```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
A98-0365--CV (HRH) "NATIVE VILLAGE OF EYAK ET AL V DONALD EVANS"
                        Briefing 74-1
```

| | |
|---|---|
| Presiding Judge: H. Russel Holland | MJ Rule: |
| Magistrate: | MJ Stop: |

```
CASE A98-0365--CV (HRH) "NATIVE VILLAGE OF EYAK ET AL V DONALD EVANS"
   BY DEF EVANS, DONALD
   BRF (brief) on remand from Ninth Circuit
               -DOCUMENT-   -FILED-    -DUE-
   Briefing     74 - 1     12/20/04              Pull date
   Opposition   77 - 1     06/17/05   06/17/05   U/A date         12/19/05
   Reply        84 - 1     12/19/05   12/16/05   Presiding Judge  [X] HRH
   R&R                                -HEARING-  Magistrate Judge [ ]
   Request O/A  79 - 1     06/17/05              Other Judge      [ ]
   Req O/A by   PLF EYAK, NATIVE VILLAGE OF et   TRIAL DATE       not set

   Order/Action|                                 Disc/Sanc        [ ]
        Status  PENDING
```

**RELATED MULTI-PART TRACKING ITEMS**

None found

**RELATED DOCUMENTS NOT LISTED ON THE TRACKING CARD**

None found

**CASE MANAGEMENT TRACKING CARD NOTES**

#72 mod brfng sch, opening brf due 12/20/04, oppo & reply brfs to be determined after receipt of opening brfs. Proposed sch for the oppo & reply due by 1/30/05
#75, Report/brf sched; oppo due 5/30/05; parties to report to crt w/prop due date for reply NLT 6/30/05.
#76, oppo due 6/17/05; parties to rpt to crt w/prop due date for reply by 7/15/05.
#78, plfs' separate stmt of disputed facts in support of oppo.
#80, def's prop date for filing of reply is 12/16/05.
#81, defs' reply due 12/16/05.
#82, defs' mot for leave to file overlength brf (reply) granted @ dkt 83.
UPDATED CARD 12/19/05 w/dkts 83 & 84 (face page).

**CHAMBERS TRACKING CARD NOTES**

None found