FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 15 AM 10: 36

BRUCE M. LANDON
DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
907-271-5452
Facsimile: 907-271-5827

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIVE VILLAGE OF EYAK, NATIVE VILLAGE OF TATITLEK, NATIVE VILLAGE OF CHENEGA, (aka CHENEGA BAY), NATIVE VILLAGE OF NANWALEK, NATIVE VILLAGE OF PORT GRAHAM,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD EVANS, Secretary of Commerce,<br><br>Defendants. | Case No. A98-365-CV (HRH) |

MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEF

Defendant moves for leave to file a 27-page Reply brief in support of the defendant's renewed motion for summary judgment on remand from the Ninth Circuit. The slightly over-length reply consists in large part of a detailed demonstration that plaintiffs' proffered evidence fails to establish a genuine disputed issue of material fact. That showing required a sentence-by-sentence analysis of portions of plaintiffs' opposition brief, and could not be accommodated within the normal page limitation. The Court has previously granted leave to plaintiffs to file a

-1-

82

32-page reply in the earlier proceedings in this action.

RESPECTFULLY SUBMITTED this 15th day of December, 2005, at Anchorage, Alaska.

*[signature]*
BRUCE M. LANDON
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 15th day of December, 2005, a copy of the foregoing was served by United States mail, first class, postage paid, to the following:

Lawrence A. Aschenbrenner
Goriune Dudukgian

*[signature]*
Lorraine Carter
Secretary