UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA



NATIVE VILLAGE OF EYAK, et al.    v.    DONALD EVANS

THE HONORABLE H. RUSSEL HOLLAND

DEPUTY CLERK                              CASE NO. A98-0365 CV (HRH)

Pam Richter

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: December 19, 2005

    Federal Defendant Donald Evans' motion for leave to file over-length reply brief at docket 82 is hereby GRANTED.

A98-0365--CV (HRH)   12-19-05
--------------------------------------
R. LANDON (AUSA)
M. LANDRETH

83