IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

|  |  |  |
|---|---|---|
| NATIVE VILLAGE OF EYAK, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. A98-365 CV (HRH) |
| v. | ) ) | |
| CARLOS GUTIERREZ, Secretary of Commerce, | ) ) ) | [PROPOSED] ORDER |
| Defendant. | ) ) ) ) ) ) ) | |

The Chugach plaintiffs' motion for leave to file sur-reply papers is granted. Plaintiffs' sur-reply brief shall not exceed 20 pages and shall be filed on or before March 6, 2006.

IT IS SO ORDERED.

DATED:

_____
H. Russel Holland
United States District Judge