IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIVE VILLAGE OF EYAK, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> CARLOS GUTIERREZ, <br> Secretary of Commerce, <br><br> Defendant. | Case No. A98-365 CV (HRH) <br><br> [PROPOSED] ORDER |

The Chugach plaintiffs' motion for leave to file sur-reply papers is granted. Plaintiffs' sur-reply brief shall not exceed 20 pages and shall be filed on or before March 6, 2006.

IT IS SO ORDERED.

DATED: _____         _____

                                H. Russel Holland
                                United States District Judge