IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

NATIVE VILLAGE OF EYAK, *et al.*,

        Plaintiffs,

v.

CARLOS GUTIERREZ,
Secretary of Commerce,

        Defendant.

Case No. A98-365 CV (HRH)

[~~PROPOSED~~] ORDER

The Chugach plaintiffs' motion for leave to file sur-reply papers is granted. Plaintiffs' sur-reply brief shall not exceed 20 pages and shall be filed on or before March 6, 2006.

IT IS SO ORDERED.

DATED: 1/17/06

        S/
        H. Russel Holland
        United States District Judge

[~~Proposed~~] Order