

COOK INLET
GULF OF ALASKA
Page

120

Exhibit

