Natalie A. Landreth
NATIVE AMERICAN RIGHTS FUND
420 L Street, Suite 505
Anchorage, Alaska 99501
phone: (907) 276-0680
facsimile: (907) 276-2466

Goriune Dudukgian
ALASKA LEGAL SERVICES CORPORATION
1016 West 6th Ave., Suite 200
Anchorage, Alaska 99501
phone: (907) 222-4524
facsimile: (907) 279-7417

Counsel for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIVE VILLAGE OF EYAK, *et al.*, <br><br> Plaintiffs, <br><br> v <br><br> CARLOS GUTIERREZ, Secretary of Commerce, <br><br> Defendant. | Case No. A98-365 CV (HRH) <br><br> **DECLARATION OF SIMEON KVASNIKOFF IN SUPPORT OF THE CHUGACH'S SUR-REPLY IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

I, Simeon Kvasnikoff, hereby declare as follows:

1. I am a member of the federally recognized tribe of Port Graham. I was born and raised in Port Graham, although I also spent 13 years living in Nanwalek. I was born in 1935. My nephews are James and Wally Kvasnikoff, who are on the Tribal Council at

Declaration of Simeon Kvasnikoff

Nanwalek. My family has been in this region for many, many generations. My great grandfather was born at Nuchek and my great grandmother came from Iliamna on the other side of Cook Inlet. My great grandfather moved from Nuchek down to the Eyak/Cordova area, but because of warfare with the Ahtna, he moved to Yalik Bay.

2. As an elder of my people, it is my role to represent them and teach them and others about our history and way of life. I have gathered a lot of stories and information on our ways, both past and present. I also have a lot of my own memories and stories passed down through my family. I pass down these traditions and teachings that I have experienced and learned to others in our community for the next generation.

3. Our food has always come mostly from the sea. As far as I know, our people have been hunting, fishing, trading, and traveling all over the Lower Cook Inlet and parts of the Gulf of Alaska since long before the Russians arrived. Our people have depended on the ocean waters for survival. This includes fishing in a lot of places that were more than three miles from shore.

4. Our people have for a long time fished and hunted in the waters of Lower Cook Inlet and the Gulf of Alaska. In the old days, people from Port Graham would go out fishing and hunting for cod far enough from shore so that you could barely see them, which is about five miles out. People also used to go in the ocean all the way down the Kenai Peninsula to Yalik Bay on the north end of Prince of William Sound. They would be gone about a month or so, and come back loaded with cod, halibut, sea lions and other kinds of seafood from the ocean. They would distribute this and share it with all the people of Port Graham. Our people

also fished on the other side of the Inlet. When I was a kid, they told me stories about the people living on the other side.

5. The way they fished in the old days was that they "marked" good places by sight; that is, they knew certain places by their relationship to a certain point or island. This way they could return to the same places year after year to get the same resources. They passed this information down to us.

6. I also know that our people have had the ability to catch fish from deep water for a long time. For example, they looked for very deep water locations so that they could target ling cod in particular. Ling cod prefer very deep waters so they are generally only found in certain places. Our people also had the ability to travel very far distances in two and three-hole bidarkas. That is how my great grandfather moved from Nuchek to the Eyak area. Our people used to travel all over the Inlet and Gulf and go far in these bidarkas.

7. I have continued our way of life and have been fishing since I was 18 years old, around 1953. I ran a small wooden boat called the "Bobby B." My mother taught me how to fish and told me the best places to go. We used a codfish skiff, which was pretty narrow and sharp on both ends. It was a very seaworthy boat. I also learned about the good places to fish by watching the elders. I would follow them to fishing "hot spots," as we call them, and fish there too. In this way, the fishing areas were handed down from generation to generation. I know that many of these "hot spots" in the Lower Cook Inlet and in the Gulf are actually very old fishing places.

8. I was a commercial fisherman for many years. With my own boat, I fished for salmon, dogs and humpies mostly, on the other side of the Inlet around Chisik Island because

3                            Declaration of Simeon Kvasnikoff

that was where the salmon ran and you go where the fish go. Sometimes I went so far while drifting that I could see the beach on Augustine Island. At that time I was mostly looking for red salmon, and you have to travel a long way to find them. Although there were specific places we went for certain fish, our "hot spots," we did not just stay in one place; we fished all over the Lower Cook Inlet. In the spring for example, we fished for halibut more than five miles from shore and sometimes way out to the middle of the Inlet.

       9. I would always go fishing with other people from Port Graham. Most of the people I fished with have passed away now. We traveled a lot together while fishing and shared information with each other. It is part of our culture and way of life.

      10. Our way of fishing has always combined both subsistence and trade or commercial fishing. When we fish commercially, we take our subsistence from the same nets as the commercial catch. I, and many other fishermen from our villages, often share some of the catch with the elders and other members of Port Graham.

    Dated this 2nd day of March, 2006

    I declare under penalty of perjury that the foregoing is true and correct

                                       */s/ Simeon B. Kvasnikoff, Sr.*
                                       Simeon Kvasnikoff