Natalie A. Landreth
NATIVE AMERICAN RIGHTS FUND
420 L Street, Suite 505
Anchorage, Alaska 99501
phone: (907) 276-0680
facsimile: (907) 276-2466

Goriune Dudukgian
ALASKA LEGAL SERVICES CORPORATION
1016 West 6th Ave., Suite 200
Anchorage, Alaska 99501
phone: (907) 222-4524
facsimile: (907) 279-7417

Counsel for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIVE VILLAGE OF EYAK, et al., | ) Case No. A98-365 CV (HRH) |
| Plaintiffs, | ) |
| v. | ) **DECLARATION OF MARIBETH MURRAY, Ph.D. IN SUPPORT OF THE CHUGACH'S SUR-REPLY IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| CARLOS GUTIERREZ, Secretary of Commerce, | ) |
| Defendant. | ) |

I, Maribeth Murray, Ph.D., hereby declare as follows:

1. I am Department Chair and Associate Professor in the Department of Anthropology at the University of Alaska, Fairbanks (UAF). I am also Director of the Human Dimensions of the Arctic System (HARC) Core Office, which is supported by the US National

Declaration of Maribeth Murray, Ph.D.

Science Foundation Arctic System Science (ARCSS) program and housed at the Center for Global Change, UAF. The aim of the HARC component of ARCSS is to better understand how humans interact with the physical and biological components of the arctic system and to investigate and explain the significance of arctic-system changes for people in the Arctic and elsewhere. From 2001 to 2005 I was the General Editor of *Anthropological Papers of the University of Alaska, New Series*. This is a peer-reviewed scholarly journal focused on the anthropology of the circumpolar north and had been produced at UAF for over 50 years. I have been an Assistant or Associate Professor in the UAF Department of Anthropology since 1998. I received my Ph.D. in Anthropology from McMaster University in Ontario, Canada in 1997. My curriculum vitae is attached to the end of this declaration. The matters set forth in this declaration are based upon my personal knowledge and experience, and I could and would competently testify to these matters if called as a witness.

   2. In my research and academic work I have studied the hunting and fishing patterns of Alaska Natives and other indigenous people. As part of this work, I often review and analyze archaeological and archaeofaunal collections. I am particularly interested in human and natural system dynamics over the long term in the Gulf of Alaska (GOA), and am currently working on a research project examining the relationships among ecosystem change, heavy metal (mercury) accumulation in marine vertebrates, climate change and changes in human subsistence practices (fishing, marine mammal hunting, terrestrial mammal and bird exploitation), over the past 6000 years in the Shelikof Strait regions of the GOA. This involves the analysis of zooarchaeological remains from ancient sites across the region as well as collaborative work with oceanographers and chemists. Another research project which I

2            Declaration of Maribeth Murray, Ph.D.

anticipate will be completed next year is the analysis of animal remains recovered from ancient midden (trash deposits) and living floors from the archaeological site XMK-303 on Mink Island in the Katmai National Park and Preserve. In 2002, I completed a research project in which I documented archaeological findings from several small archaeological sites in the Atigun Pass area of the Brooks Range, Alaska.

    3. I have read the dissertation of Dr. Linda Yarborough, and the works of Frederica DeLaguna. I am also familiar with the archaeological sites in the Chugach region such as Palugvik and Ucquvit.

    4. I have reviewed the declaration submitted by Dr. Linda Yarborough in connection with the federal government's reply in support of its motion for summary judgment. The Chugach's opposition brief noted as an important piece of evidence that the Chugach's archaeological sites contain bones of animals and deepwater fish that can only be found on the open ocean or OCS waters, and that the Chugach fished and hunted for these species in seasons when they were farther offshore, and that this is a compelling evidence that the Chugach hunted and fished on the OCS. It is noteworthy that Dr. Yarborough, whose studies reflect the presence of these remains, does not disagree with this conclusion. I would agree that it is highly likely that the Chugach tribes caught deepwater fish and fish that are only found on the OCS. In other archaeological sites on the Gulf of Alaska I have identified extremely large bones of older halibut and Pacific cod suggesting that such fish were obtained from deep waters. Halibut are generally caught in waters of 30 to 500 meters and the fish tend to move to the deeper waters in winter time and as they age. Pacific cod are found at depths of 15 to 550 meters with fish moving from coastal waters to deeper outer shelf waters as they age. Most Pacific cod older than four

3        Declaration of Maribeth Murray, Ph.D.

years are found in these deeper waters (ADF&G 1985), and thus the larger older halibut and cod recovered from archaeological deposits are likely to have been fished in deeper waters. My own experience, combined with the findings of Dr. Yarborough and others who study ancient technology (i e. deLaguna), indicates that the Chugach had the capacity, technology, and opportunity to catch large and deepwater fish such as sablefish.

     5. Dr. Yarborough asserts in her declaration that "black cod" or sablefish is not a true cod, and that there are detectable differences in the remains sablefish and true cod, and that they are different species. This is correct, however I believe it is inappropriate for the government to then draw the conclusion that the prehistoric and early historic Chugach people did not use black cod/sablefish. As described by Dr. Yarborough and others there are a wide variety of marine mammal and fish species of different age and size classes present in the few Chugach archaeological sites that have been excavated suggesting that the Chugach hunted and fished on the OCS. The limited number of excavated sites (6 out of more than 200) is not a sufficient sample to enable one to rule out the prehistoric and historic exploitation and consumption of sablefish as the exploitation of any species can be expected to vary across time and space (season, specific sites, etc.). More importantly it is not accepted scientific practice to infer that a species was not utilized simply because it is absent from a given archaeological deposit. In archaeological parlance, this is negative evidence and it is generally accepted that such "absence of evidence is not evidence of absence." This is a basic principle of archaeology that can be found in any introductory text and that is taught to all students, along with consideration of factors (both natural and cultural), that may preclude the presence or preservation of faunal remains in any given deposit. Thus, I disagree with the suggestion that

    4    Declaration of Maribeth Murray, Ph.D.

the apparent absence of sablefish remains from the six sites that have been examined thus far indicates that the prehistoric and early historic Chugach did not use black cod, especially in light of the evidence that they did target large and deepwater species. The fact that the Chugach hunted and fished in deep ocean waters, where sablefish are available, and that they had the capacity to harvest fish and marine mammals of similar and larger sizes makes it likely that they also harvested sablefish.

Dated this 6th day of March 2006 at Fairbanks, Alaska.

I declare under penalty of perjury that the foregoing is true and correct.

Maribeth Murray, Ph. D.

References

*Alaska Habitat Management Guide, South Central Region, Volume 1: Life Histories and Habitat Requirements of Fish and Wildlife.* State of Alaska Department of Fish and Game, Division of Habitat, Juneau, Alaska, 1985.