Natalie A. Landreth
NATIVE AMERICAN RIGHTS FUND
420 L Street, Suite 505
Anchorage, Alaska 99501
Phone: (907) 276-0680
Facsimile: (907) 276-2466

Goriune Dudukgian
ALASKA LEGAL SERVICES CORPORATION
1016 West 6th Ave., Suite 200
Anchorage, Alaska 99501
Phone: (907) 222-4524
Facsimile: (907) 279-7417

**Counsel for Plaintiffs**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIVE VILLAGE OF EYAK, *et al*., ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> CARLOS GUTIERREZ, ) <br> Secretary of Commerce, ) <br> ) <br> Defendant. ) | Case No. A98-365 CV (HRH) <br><br> ERRATA |

    Attached please find the Curriculum Vitae for Maribeth Suzanne Murray which should have been attached to document 92, Declaration of Maribeth Murray.

    Respectfully submitted this 6th day of March 2006.

                                                             S/ nlandreth
                                                             Natalie A. Landreth

        NATIVE AMERICAN RIGHTS FUND
        420 L Street, Suite 505
        Anchorage, Alaska 99501
        Phone: (907) 276-0680
        Facsimile: (907) 276-2466
        Email: landreth@narf.org
        Bar number: 0405020

**Of Counsel:**
Rich de Bodo
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Phone: (310) 203-7081
Facsimile: (310) 203-7199

### Certificate of Service

I hereby certify that on the 6th day of March 2006, a true and correct copy of the foregoing THE CHUGACH'S SUR-REPLY IN OPPOSITIN TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT was served electronically on Bruce M. Landon, Attorney for Federal Defendants, Department of Justice, Environmental & Natural Resources Division, 801 B Street, Anchorage, AK, 99501-3657.

        s/nlandreth