**CURRICULUM VITAE**
**MARIBETH SUZANNE MURRAY**

Department of Anthropology
PO Box 757720
University of Alaska, Fairbanks
Fairbanks, Alaska
99775-7720
(907) 474-6751
ffmsm@uaf.edu

### CURRENT ACADEMIC AND ADMINISTRATIVE APPOINTMENTS

2005- present   Chair and Associate Professor, Anthropology http://www.uaf.edu/anthro/
                University of Alaska Fairbanks, Fairbanks, Alaska, USA

2004-present    Director
                Human Dimensions of the Arctic System (HARC) Core (Science Management) Office,
                U.S. National Science Foundation, Arctic System Science Program

### PAST ACADEMIC APPOINTMENTS AND ADMINISTRATIVE POSITIONS

2004-2005   Associate Professor
            Department of Anthropology, University of Alaska Fairbanks, Fairbanks, Alaska, USA

2000-2005   General Editor
            *Anthropological Papers of the University of Alaska, New Series*

1998-2004   Assistant Professor
            Department of Anthropology, University of Alaska Fairbanks, Fairbanks, Alaska, USA

### EDUCATION

1997    Ph.D., Anthropology, McMaster University, Hamilton, Ontario, Canada.
        Dissertation: *Economic Change in the Palaeoeskimo Prehistory of the Foxe Basin, NWT, Canada*

1992    M.A., Anthropology, Memorial University of Newfoundland, St. John's, Newfoundland
        Thesis: *Beyond the Laundry List; Faunal Remains from a Dorset Dwelling at Phillip's Garden, (EeBi1), Port au Choix, Newfoundland.*

1989    Honours B.A., Archaeology, Wilfrid Laurier University, Waterloo, Ontario, Canada

### FELLOWSHIPS AND AWARDS

1997-98 Social Sciences and Humanities Research Council of Canada, Post Doctoral Fellow,
        Archaeology Unit, Department of Anthropology, Memorial University of Newfoundland
        St. John's, Newfoundland, Canada

1997    Institute of Social and Economic Research Post Doctoral Fellowship, Memorial University of
        Newfoundland, St. John's, Newfoundland (Unable to accept due to conflict with SSHRC
        fellowship)

1994-96 Social Science and Humanities Research Council of Canada Doctoral Fellowship, Dept. of
        Anthropology, McMaster University, Hamilton, Ontario

1993    Association of Canadian Universities for Northern Studies Northern Studies Trust Studentship

1992 -94 Ontario Graduate Scholarship, Ontario Ministry of Colleges and Universities.

1992    Doctoral Scholarship, Graduate School, McMaster University, Hamilton, Ontario

1992    Centennial Entrance Scholarship, McMaster University, Hamilton, Ontario

1990    Graduate Fellowship, Memorial University of Newfoundland, St. John's, Newfoundland

1985    Admission Scholarship, Wilfrid Laurier University, Waterloo, Ontario

## RESEARCH FUNDING

**Current Funded Research**

| | |
|---|---|
| 2005/07 | AOC: Subsistence Choices, Mercury Bioaccumulation and Ecosystem Changes Explaining the Links among Marine Productivity and Vertebrate Populations in Shelikof Straits, Gulf of Alaska over the Long Term |
| Award: | $124,745.00 |
| Funding Agency | US National Science Foundation, |
| Principle Investigator | **M.S. Murray**, Anthropology, UAF |
| Co-Investigators | A.C. Hirons, Institute of Marine Science, UAF, and LC. Duffy, Chemistry, UAF |

| | |
|---|---|
| 2002/07 | Archaeofaunal Analysis of Lower Midden Assemblage from XMK-303, Mink Island, Katmai National Park and Preserve |
| Funding Agency: | US National Park Service |
| Award: | $ 55,000.00 |
| Principle Investigator: | **M.S. Murray**, Anthropology, UAF |

| | |
|---|---|
| 2000/07 | Faunal and Sediment History of the Mink Island Site, Katmai National Park and Preserve, Alaska |
| Funding Agency: | US National Park Service |
| Award: | $44,500.00 |
| Principle Investigator: | **M.S. Murray,** Anthropology, UAF |

**Recent Completed Funded Research**

| | |
|---|---|
| 1999/02 | Archaeological Investigations at Atigun Pass, Brooks Range, Alaska |
| Funding Agency: | US Bureau of Land Management |
| Award: | $ 38,866.00 |
| Principle Investigator: | **M.S. Murray,** Anthropology, UAF |

## OTHER FINANCIAL AWARDS

2005-06 Human Dimensions of the Arctic Systems (HARC) Core Office Renewal    $50,150.50
    Center for Global Change, University of Alaska Fairbanks
    National Science Foundation subcontract via Arctic Research Consortium of the United States (ARCUS)

2004-05 Human Dimensions of the Arctic Systems (HARC) Core Office    $54,823.00
    Center for Global Change, University of Alaska Fairbanks
    National Science Foundation subcontract via Arctic Research Consortium of the United States (ARCUS)

| | | |
|---|---|---|
| 2002 | Environmental Archaeology/Bioanthropology Equipment Upgrade Office of Sponsored Programs, UAF/ Office of the Provost, UAF | $ 6,532.00 |
| 1999 | Archaeology Lab Enhancement, Technology Advisory Board, UAF | $ 14,573.60 |

**Completed Funded Research**

| | |
|---|---|
| 1999/02 | Palaeoeskimo Subsistence Strategies in Northwest Newfoundland |
| Funding Agency: | Big Droke Pre/Historic Cultures Foundation |
| Award: | $ 8000.00 |
| Principal Investigator | **M.S. Murray**, Anthropology, UAF, (faunal analysis only) |

| | |
|---|---|
| 1997 | A Long-term Perspective on Economy and Settlement in the Far North |
| Funding Agency: | Social Sciences and Humanities Research Council of Canada |
| Award: | $ 5000.00 |
| Principle Investigator: | **M.S. Murray**, Archaeology Unit, Memorial University of Newfoundland |

1992-96    Economic Change in the Palaeoeskimo Prehistory of the Foxe Basin, NWT, Canada Doctoral dissertation research involving the examination of settlement, subsistence and artifactual data from Igloolik, NWT. In addition to a SSHRC Doctoral Fellowship and two Ontario Graduate Fellowships, this research was funded through three grants to me as PI over a period of two years. These are outlined below.

1) 1994/95   Zooarchaeology of Palaeoeskimo Sites at Igloolik
Funding Agency: McMaster Graduate School       Award:  $5000.00

2) 1994   Archaeological Field Work, Igloolik, NWT
Funding Agency: Northern Scientific Training Program, Department of Indian and Northern Affairs, Federal Government of Canada    Award:  $4,500.00

3) 1993   Archaeological Field Work, Igloolik, NWT
Funding Agency: Northern Scientific Training Program, Department of Indian and Northern Affairs, Federal Government of Canada    Award:  $4,120.00

1990-91   Analysis of Fauna from Feature 1, Phillip's Garden, Port au Choix, Newfoundland
Funding Agency: Institute of Social and Economic Research, Memorial University of Newfoundland, St. John's, Newfoundland      Award:  $ 2,039.00

## PUBLICATIONS
(*=peer reviewed)

**Journal Articles**

In review  Mercury Levels in Alaskan Archaeofauna: Implications for Community and Ecosystem Health, *Proceedings of the National Academy of Science*, S. C.Gerlach, L. K. Duffy, **M.S. Murray**, P. M. Bowers and R. Adams

2005*   Prehistoric Use of Ringed Seals: A Zooarchaeological Study from Arctic Canada
*Environmental Archaeology: The Journal of Human Paleoecology* 10: 19-38. **M.S. Murray**

2003*   Chronology, Culture, and Climate: A Radiometric Re-evaluation of Late Prehistoric Occupations at Cape Denbigh, Alaska. *Arctic Anthropology* 40(1): 87-105. **M.S. Murray**, A. Robertson and R. Ferrara.

2003*   Changing Subsistence Practices at the Dorset Palaeoeskimo Site of Phillip's Garden, Newfoundland. *Arctic Anthropology* (40)1: 106-120. L. Hodgetts, M.A.P. Renouf, **M.S. Murray**, D. McCuaig-Balkwill, and L. Howse

1999*   Local Heroes. The Long Term Effects of Short Term Prosperity: An Example from the Canadian Arctic. *World Archaeology* 30(3): 466-483. **M.S. Murray**

1999*   Two Winter Dwellings at Phillip's Garden, A Dorset Site in Northwestern Newfoundland. *Arctic Anthropology* 36(1-2): 118-132. M.A.P. Renouf and **M.S. Murray**

1997    Dental Sectioning and Seasonality: A Preliminary Report, *Annual Archaeological Reports, Ontario* 7:137-139. L. Rankin, **M.S. Murray** and P. Ramsden

1995*   Identifying Seasonality in Pre-Dorset Structures in Back Bay, Prince of Wales Island, NWT. *Arctic Anthropology* 32(2): 106-117. P. Ramsden and **M.S. Murray**

**Books**

2001*   *People and Wildlife in Northern North America: Essays in Honor of R. Dale Guthrie*. British Archaeological Reports, International Series 944. S.C. Gerlach and **M.S. Murray**, editors 306 pages.

**Book Chapters**

In press *Whitecoats, Beaters, and Turners: Prehistoric Harp Seal Use in Northwestern Newfoundland, In *Cultural Landscapes of Port au Choix: Prehistoric Coastal Occupations of Northwestern Newfoundland*, edited by M.A.P. Renouf, Plenum Press. **M.S. Murray**

2000    A Zooarchaeological Approach to Arctic Prehistory. In *Animal Bones, Human Societies* edited by P. Rowley-Conwy. Oxbow Books, Oxford. Pp 58-64 **M.S. Murray** (reviewed by editor)

**Journal Issues**

2003*   *Anthropological Papers of the University of Alaska, New Series* 3(1): Communities of Memory, guest editor, Phyllis Morrow, **M.S. Murray**, General Editor. 150+ pages

2002*   *Anthropological Papers of the University of Alaska, New Series* 2(1): Environmental Archaeology and Human Paleoecology in the Holarctic: Papers in Honor of William Roger Powers. **M.S. Murray**, General Editor. 158 pages.

2001*   *Anthropological Papers of the University of Alaska, New Series* 1(1) Arctic Archaeological Site Structure. **M.S. Murray**, General Editor. 91 pages.

2000*   *Anthropological Papers of the University of Alaska* Volume 25(1), 2000. **M.S. Murray**, Associate Editor.

**Science Education/Science Planning Publications**

2005    *Designing a Human Dimensions Arctic Observation Network.* HARC Core Office, Center for Global Change. C. Nicolson, L. Hamilton, **M.S. Murray**, B. Morehouse, L. Hinzman, A. Voinov, B. Fitzhugh, and H. Huntington. (HARC Science Steering Committee)

2005    **Study of Environmental Arctic Change (SEARCH): Plans for Implementation during the International Polar Year and Beyond.* Report of the SEARCH Implementation Workshop, 23-25 May. P. Schlosser, M. Berman, H. Eicken, J. Griebmeir, J. Kruse, **M.S. Murray**, G. Shaver, J. Walsh, H. Wiggens.

**White Papers**

2005    *SEARCH Responding to Change Panel Position Paper* for the SEARCH Implementation Workshop, May 23-25 2005. J.Kruse, J. Bengsten, D. Kingston, J. Magdanze, N. Mantua, **M.S. Murray**, M.C. Pete.

2005    *SEARCH Observing Change Position Panel Position Paper* for the SEARCH Implementation Workshop, May 23-25, 2005. H. Eicken, C. Ashjian, L. Hinzman, G. Kling, **M.S. Murray**, E. Post, M. Steele, T. Uttal

**Book Reviews**

1998    *Threads of Arctic Prehistory: Papers in Honour of William E. Taylor Jr.* Edited by David Morrison and Jean-Luc Pilon. Archaeological Survey of Canada Mercury Series Paper 149. *Canadian Journal of Archaeology* 22(1): 87-89. **M.S. Murray** (solicited, reviewed by editor)

**Technical Reports**

2005    Report *on HARC Core Office Activities, Fourth Quarter 04/05 and Plan for 05/06*, for Nationals Science Foundation, Division of Polar Programs, Arctic System Science, and the Arctic Research Research Consortium of the United States, (ARCUS)

2005    HARC *Core Office Report on Progress, Second and Third Quarter, 1 October 2004 – 1 March* Prepared for the Arctic Research Consortium of the United States, October 2005.

2005    *Progress Report 3: Mink Island Archaeofaunal Analysis*. Report prepared for Lake Clark/Katmai National Park, NPS, Anchorage, March 2005.

2004    *HARC Core Office Quarterly Report on Progress,1 July – 30 September 2004*. Prepared for the Arctic Research Consortium of the United States, October 2005.

2004    *Second Progress Report on the Mink Island Archaeofaunal Analysis.* Report prepared for Lake Clark/Katmai National Park, NPS, Anchorage, September 25, 2004.

2004    Progress Report on the Mink Island Archaeofaunal Analysis. Report prepared for Lake Clark/Katmai National Park, NPS, Anchorage, March 15, 2004.

2000    *Report on the Archaeofauna from Peat Garden - A Groswater Site in Bird Cove, Newfoundland*. Report prepared for the Big Droke Committee on Pre/Historical Resources, Town Council, Bird Cove. March 2000. **M.S. Murray**

1998    *Peat Garden North – Archaeofauna from a Dorset site in Bird Cove Newfoundland*. Report prepared for the Town Council of Bird Cove. Bird Cove Newfoundland, Canada. November 1998. **M.S. Murray**

1994    *Faunal Analysis of Trinity Bay Historic Site*. Report prepared for the Newfoundland Museum, St. John's, Newfoundland. **M.S. Murray**

1994    *Faunal Analysis of Quidi Vidi Battery*. Report prepared for the Newfoundland Museum, St. John's Newfoundland. **M.S. Murray**

1993    *An Assessment of the Archaeological Potential of Proposed Landfill Site EE-10, Ontario Country, Regional Municipality of Durham*, *Town of Pickering*. Report on file at the Ministry of Citizenship, Culture and Recreation, Toronto, Ontario. **M.S. Murray**

1991    *Faunal Analysis of Ferryland: An Historic Site in Newfoundland*. Report prepared for the Newfoundland Museum, St. John's, Newfoundland. **M.S. Murray**

1990    *Bone Artifact Analysis from the Carson Site*. Report prepared for Archaeological Research Associates, Waterloo, Ontario. **M.S. Murray**

1990    *Analysis of Faunal Remains from the McLeod Site*. Report prepared for P. Reed, Department of Anthropology, McMaster University, Hamilton, Ontario. **M.S. Murray**

1990    *Report on the Salvage Excavations at New Aberdeen*. Report on file at the office of the Regional Archaeologist, Municipality of Waterloo, Ontario. **M.S. Murray** and D.A. Nixon

**Published Abstracts**

1999    Big Houses, Big Sites, Big Marine Mammals: Comparing Dorset and Thule in the Eastern Canadian Arctic in *Proceedings of the 1997 North Atlantic Biocultural Organization Meeting, St. John's Newfoundland*. Edited by M.A.P. Renouf. ISER. **M.S. Murray**

1998    Economic Change in the Palaeoeskimo Prehistory of the Foxe Basin, NWT. *Canadian Zooarchaeology* 14, Autumn 1998. **M.S. Murray**

**Invited Papers/Invited Reviews in Preparation**

In prep.    An Archaeological Perspective on Arctic Marine Mammals and Climate Change, for *Ecological Applications*

In prep.    Global Climate Change and Human Security in the Arctic, with S.C. Gerlach and H.P. Huntington, for *Die Erde*

In prep.    Review for *Arcta Borealia* of *Nipisat – A Saqqaq Culture Site in Sisimiut, Central West Greenland*. Meddelelser om Grønland, Man and Society 31, 2004.

## MANUSCRIPT REVIEWS

2005    Intergovernmental Report on Climate Change (IPCC), UNEP and WMO - Chapters 14 and 15
        *Arctic, American Antiquity,* Queen's/McGill University Press
2004    *Institute for Wildlife Studies*
2003    *Etudes/Inuit Studies, Canadian Journal of Archaeology*, *Arctic Anthropology*
2002    *Journal of Newfoundland Studies*
2001    *World Archaeology*¸ Cambridge University Press
2000    *Arctic*, Arctic Institute of North America

## GRANT PROPOSAL REVIEWS

2003    Global Change Student Research Grant Competition, Center for Global Change and Arctic System Research, University of Alaska Fairbanks

2002    Proposal Reviewer
        Institute of Social and Economic Research, Memorial University of Newfoundland

## OTHER REVIEWS

2004    Journal Proposal review (*Journal of Island ad Coastal Archaeology*), Taylor and Francis

**CONFERENCE PRESENTATIONS**

**Invited Conference Papers**

2005  *Human-Climate Interactions and Human Security in the Arctic*. Paper for Human Security and Climate Change – An International Workshop, Center for International Climate and Environmental Research, University of Oslo, Oslo, June 21-23 2005. **M.S. Murray**, H.P. Huntington, M. Boyle, L. Hamilton, G.Flowers, C. Deser, S.C. Gerlach, L. Hinzman, A. Lloyd, B. Morehouse, C. Nicolson, J. Overpeck, J. Weatherly, R. Zeluta

2005  *Linking the Past to the Present and Planning for the Future: Human and Ecosystem Health in the Gulf of Alaska*. Paper for the International GLOBEC Symposium, <u>Climate Variability and Sub-Arctic Marine Ecosystems</u>, Victoria May 16-20, 2005. **M. S. Murray**, L.k. Duffy, S.C Gerlach, A.C. Hirons, J. Schaaf.

2004  *Long-Term Perspectives on Biocomplexity in the Gulf of Alaska*. Paper for the session <u>Complex Environmental Systems, Chemistry, and High Latitudes</u>. American Association for the Advancement of Science, Annual Meeting, Seattle, Feb 12-16 2004. **M.S. Murray**, L.K. Duffy, S.C. Gerlach, and T. Lefrancois.

2003  *Skeletal Age, Stage of Life, and Patterns of Harp Seal Procurement at Phillip's Garden: A New Look at Some Old Bones*. Paper for the symposium <u>The Archaeology of Port au Choix</u>. 36th Annual Meeting of the Canadian Archaeological Association, 8-10 May 2003, Hamilton, Ontario. **M.S. Murray**

2001  *Chronology, Culture and Climate - Aspects of the Later Prehistory of Northwest Alaska with Special Reference to Norton Sound*. Paper for the 9th Annual Arctic Archaeology Conference, University of Utah, Salt Lake City, 26-27 October 2001. **M.S. Murray**, A. Robertson and R. Ferrara

2000  *Variability and Flexibility in Prehistoric Resource Use: Some Examples from Newfoundland.* Paper for the Special LINK Session <u>Small-Scale Societies of the North Atlantic</u>. Society for American Archaeology Annual Meeting, Philadelphia. 5-9 April 2000. **M.S. Murray**

1999  *The Importance of Being Last: Real and Perceived Differences between Dorset and Thule Site Structure.* Paper for the Session "Arctic Archaeological Site Structure and Site Formation" 32nd Annual Meeting of the Canadian Archaeological Association, Whitehorse, Yukon, 29 April –2 May 1999. **M.S. Murray**

1997  *Big Houses, Big Sites, Big Marine Mammals: Comparing Dorset and Thule in the Eastern Canadian Arctic*. Paper presented to the third North Atlantic Biocultural Organization Conference. St. John's, Newfoundland. 4-8 September 1997. **M.S. Murray**

1997  *Living in the Longhouse: Historical Prehistory in the Canadian Arctic*. Paper for the symposium "Archaeology as Long-term History." 30th Annual Chacmool Conference, University of Calgary, Calgary, Alberta, Canada. November 1997. **M.S. Murray**

1995  *How Long and How Far: Identifying Sedentism in Palaeoeskimo Prehistory*. Paper for the Special Session "Archaeological Correlates of Sedentism." 28th Annual Meeting of the Canadian Archaeological Association, Kelowna, B.C. May 1995. **M.S. Murray** and P. Ramsden

1995  *How Far and How Long: Questioning Sedentism in Iroquoia*. Paper for the Special Session "Archaeological Correlates of Sedentism." 28th Annual Meeting of the Canadian Archaeological Association, Kelowna, B.C. May 1995. P. Ramsden and **M.S. Murray**

**Contributed Conference Papers**

2006  Using Stable Isotopes and Mercury as Tracers of Paleoenvironmental Change in the Gulf of Alaska, paper for the session "Trace Elements and Isotopes in Marine and Terrestrial Biogenic Materials: From Culture Experiments to the Reconstruction of Paleoenvironments" at 13th Annual Ocean Sciences Meeting, (AGU,ASLO, TOS), Honoulu, 20-24 February 2006.  Amy C. Hirons, **M. S. Murray**, Larry K. Duffy, and Jeanne Schaaf

2005  *Mercury, Alaska, and Archaeological Chemistry*. Paper for the American Chemical Society, 60th Northwest Regional and Small Chemical Business Meeting, Fairbanks, June 15-18, 2005.  L.K. Duffy, **M.S. Murray**, and S.C. Gerlach

2004  *Can Archaeological Samples Provide Evidence of Change in Mercury Levels Through Time?* American Association for the Advancement of Science 55th Arctic Science Conference, "Human Dimensions of the Arctic Environment" Anchorage, 29 September – 1 October 2004. L.K. Duffy, S.C. Gerlach, **M.S. Murray**, T. LeFrancois, R. Rothschild, and P.M. Bowers

2004  *Synthesis and Connections: Directions in the Intellectual Development of HARC*.  Paper for the session Patterns in Human Responses to Environmental Variation and Change, American Association for the Advancement of Science 55th Arctic Science Conference, "Human Dimensions of the Arctic Environment" Anchorage, 29 September – 1 October 2004. **M.S. Murray**, H. Huntington, C. Nicholson, D. Ferguson, J. B. Fitzhugh, B. Forbes, S. C. Gerlach, L. Hamilton, B. Moorehouse, A. Ogilvie, and A.Voinov

2004  *Synthesis and Connections: Directions in the Intellectual Development of HARC*.  Paper for the session Social Science in Human Dimensions Research: Issues and Potential, International Council of Arctic Social Sciences, ICASS V Conference, Fairbanks, May 19-23, 2004. **M.S. Murray**, H. Huntington, C. Nicholson, D. Ferguson, J. B. Fitzhugh, B. Forbes, S. C. Gerlach, L. Hamilton, B. Moorehouse, A. Ogilvie, and A.Voinov

2003  *Assessing Mercury Levels in Ancient and Modern Alaskan Caribou: Implications for Community and Ecosystem Health*. Paper for the symposium Archaeological Approaches to Contemporary Environmental Issues at the 36th Annual Meeting the Canadian Archaeological Association, May 8-10, 2003, Hamilton Ontario. S.C. Gerlach, L. K. Duffy, and **M.S. Murray**

2003  *Preliminary Comparison of Mercury Levels in Ancient and Modern Alaskan Arctic Caribou* Paper for the 6th Annual Electric Utilities Environmental Conference – Air Quality and Global Climate Change. January 27-30, 2003, Tucson Arizona. L.K. Duffy, S. C. Gerlach, and **M.S. Murray**

2003  *Reconstructing Marine Paleoproductivity with Archaeofauna and Sediment*. Paper for the symposium Archaeological Approaches to Contemporary Environmental Issues, 36th Annual Meeting the Canadian Archaeological Association, May 8-10, 2003, Hamilton Ontario. A.C. Hirons, **M. S. Murray**, and B.P. Finney

2002  *Prehistoric Ringed Seal Use in Arctic Canada*. Paper for the session Social, Political and Human Impacts, American Association for the Advancement of Science, 53rd Arctic Science Conference, University of Alaska Fairbanks, September 18-21 2002. **M.S. Murray**

2002  *Chronology, Culture and Climate: The Later Prehistory of Norton Sound and the Kobuk River Sequence*. Paper presented at the 35th Annual Meeting of the Canadian Archaeological Association, Ottawa, May 16-18. **M.S. Murray** and  A.C. Robertson

8

2001    *Counting Coup or Counting Calories: The Role of Whaling in Thule Origins and the Eastern Expansion*.  Paper presented at the 34th Annual Meeting of the Canadian Archaeological Association, May 9-13, Banff. **M.S. Murray** and S.C. Gerlach

1999    *The Importance of Being Last: Real and Perceived Differences between Dorset and Thule Cultures*. Paper for the session "Current Research in Circumpolar Archaeology" at the 26th Annual Meeting of the Alaska Anthropological Association. Fairbanks, Alaska. March 31-April 3 1999. **M.S. Murray**

1996    *My Harpoon, Your Co-operation, Our Walrus*. Paper presented the 29th Annual Meeting of the Canadian Archaeological Association, Halifax, Nova Scotia, Canada. May 1-5 1996. **M.S. Murray**

1996    *The Cutting Edge: New Approaches to Sectioning for Seasonality*. Paper for the "Special Session in Honour of Dr. Howard Savage." 29th Annual Meeting of the Canadian Archaeological Association, Halifax, Nova Scotia. May 1996. L. Rankin, **M.S. Murray** and P. Ramsden

1994    *Identifying Predorset Seasonality and Settlement: An Argument for Residential Stability Among Arctic Hunters*. Paper presented to the 27th Annual Chacmool Conference, University of Calgary, Calgary, Alberta. November 1994. **M.S. Murray** and P. Ramsden

1993    *Redefining Zooarchaeology and Palaeoeskimo Prehistory*. Paper presented the 26th Annual Chacmool Conference, University of Calgary, Calgary, Alberta. November 11-14 1993. **M.S. Murray**

1992    *Dorset Settlement and Subsistence at Phillip's Garden, Port au Choix, Newfoundland.* Paper presented to the 25th Annual Meeting of the Canadian Archaeological Association, London, Ontario. May 1992. **M.S. Murray**

**Contributed Conference Posters**

2003    *Reconstructing Marine Resource Usage and Trophic Dynamics at Mink Island site (XMK-030).* Poster for the HARC Human/Environment Interactions Research: Patterns, Connections and Methods Workshop and the SEARCH Open Science Meeting, Seattle, Washington, October 25-30, 2003. A.C. Hirons, **M. S. Murray**, and J. Schaaf

## INVITED LECTURES

2005    SEARCH Scientific Steering Committee Meeting, Fairbanks Princess Riverside Lodge, Fairbanks Alaska. 30 November -2 December. Invited presentation "Current Research and Future Trends in Human Dimensions Research.

2005    National Science Foundation, Arctic System Science Steering Committee Meeting, Arlington, Va. March 2005. Invited Presentation "Plans for Human Dimensions Research, HARC Core Office, 2004-2007.

2002    *New Radiometric Dates, Diagnostic Artifacts, and the Later Prehistory of Northwest Alaska*. Archaeology Unit, Memorial University of Newfoundland, St. John's, Newfoundland. November 8, 2002.

2001    *Archaeological History, Prehistoric Demography, and the Dorset-Thule Transition: How Do We Know What We Think We Know about the Period AD 500-1500 in the Canadian Arctic.* Department of Archaeology, University of Calgary, Alberta, Canada. January 29, 2001.

1998   *The Palaeoeskimo Archaeology of the Foxe Basin, NWT, Canada*. Public Lecture, Ilisimatusarfix, The Greenland University, Nuuk, Greenland. February 20, 1998.

1995   *Economic Trends in Palaeoeskimo Prehistory: The View from Igloolik*. Anthropology Seminar Series, Department of Anthropology, Memorial University of Newfoundland, St. John's, Newfoundland, Canada. October 1995.

1993   *Palaeoeskimo Settlement and Subsistence at Igloolik, NWT.* Lecture for Fall Symposium on Northern Studies, McMaster University, Hamilton, Ontario, Canada.

## NATIONAL SCIENTIFIC PLANNING COMMITTEES

2005-2008   Study of Environmental Arctic Change (SEARCH), Responding to Change Panel (3 year appointment)

2005   SEARCH, Organizing Committee, SEARCH Implementation Workshop, Landsdown, Va. 23-25 May 2005

## INTERNATIONAL SCIENCE PLANNING

2005   International Council on Arctic Research Planning II (ICARP II), Copenhagen, DK, 9-12 November.

## CONFERENCE/WORKSHOP ORGANIZING

2005   Human Dimensions of the Arctic System – Arctic Environmental Change: A Bellweather of Global Changes. Session for the 6th Open Meeting of 6th Meeting of the Global Dimensions of Environmental Change Research Community, Bonn Germany 9-13 October 2005 (co-organizer with B. Forbes, University of Lapland, Rovaniemi, Finland).

2003   Symposium co-organizer. *Archaeological Approaches to Contemporary Environmental Issues*. Session for the 36th Annual Meeting the Canadian Archaeological Association, , May 8-10, 2003, Hamilton Ontario. (with Jeannette Smith, Anthropology, UAF)

1999   Organizer and Conference Chair
26th Annual Meeting of the Alaska Anthropological Association. Fairbanks, Alaska. March 31-April 3.

1998   Co-organizer
Sustainable Societies of the North Atlantic, LINK Workshop. Marathon, Florida.
January 11-15 1998. (with M.A.P. Renouf and S. Kaplan)

## INVITED WORKSHOPS

2005   Assessing the Impacts of Climate Change on Arctic Marine Mammals. Author's Workshop, Sponsored by the US Marine Mammal Commission, Seattle, 3-4 October 2005.

2005   SEARCH Implementation Workshop Lansdowne Va., 21-25 May 2005.

2003   Human Dimensions of the Arctic System (HARC), Science Meeting. Human/Environment Interactions Research: Patterns, Connections and Methods Workshop 25-26 October 2003, Seattle, Washington.

2002   Biocomplexity in the Environment/Human Dimensions of the Arctic System. Anchorage, Alaska 11-13 November 2002. (U.S. National Science Foundation Sponsored Workshop)

1999    Climate Change, Greenland Ice Core (GISP2) Data and Small-Scale Societies of the North Atlantic LINK Workshop. University of New Hampshire. 5-10 January 1999.

1998    The NEWLAND Project. Special Workshop on Palaeoeskimo Problems in Greenland and Canada. The Greenland University, Nuuk, Greenland. 17-22 February 1998.

1998    Sustainable Societies of the North Atlantic. Link Workshop. Marathon, Florida. 11-15 January 1998.

1995    Interdisciplinary Research in the North Atlantic. Link Workshop. The Woods, West Virginia, January.

1993    Workshop in Palaeoeskimo Archaeology and Prehistory. Department of Archaeology, University of Calgary, March.

1992    First North Atlantic Biocultural Organization Workshop. Hunter College, CUNY, 5-10 January 1992.

## ARCHAEOLOGICAL FIELD WORK

**Alaska**

2003    Invited Scientist - *Kenai Fjords Oral History and Archaeology Project*. Smithsonian Arctic Studies Center.

2002    UAF Liason/PI - *UAF Archaeological Field School- Eagle, Alaska.* Co-operative archaeological field-school with Tanana Chiefs Conference, Fairbanks, Alaska. June-August 2002.

1999    Principal Investigator - *Archaeological Investigations at Atigun Pass, Brooks Range, Alaska.* Archaeological Field School, UAF. July-August 1999.

**Nunavut (Eastern Canadian Arctic)**

1997    Principal Investigator - *A Long-term Perspective on Economy and Settlement in the Far North*. Archival, oral history and archaeological research in Pond Inlet, NWT, Canada, November 1997.

1995    Principal Investigator - *A Long-term Perspective on Economy and Settlement in the Far North*. Archaeological survey, interviews and planning with Inuit elders and community leaders for long-term archaeological research in northwest Baffin Pond Inlet. August 1995.

1994    Assistant Field Director - *Resolute Bay Archaeology Project, Resolute Bay, NWT*. Canadian Museum of Civilization. July 1994.

1993    Co-Principal Investigator - *Archaeological Fieldwork and Archival Research* Igloolik Island, NWT. July-August 1993.

**Newfoundland (Canada)**

1990    Crew Chief - *Excavations at Phillip's Garden, Port au Choix, Newfoundland*
Port au Choix Archaeology Project, Memorial University of Newfoundland. May-August 1990.

**Ontario (Canada)**

1995    Field Director - *Red Hill Valley Archaeology Project, Hamilton, Ontario*. Mayer Heritage Consultants. June-July 1995.

1992    Field Director - *Archaeological Survey, Ontario Hydro Corridor, Toronto, Ontario.* Mayer Heritage Consultants. July-August 1992.

1991    Field Archaeologist - *Ministry of Transportation*, *Provincial Government of Ontario.* Multiple excavation and survey projects (prehistoric and historic period sites). May-August 1991.

1989-90 Field Director - *Archaeological Research Associates*
Archaeological survey and excavation (various prehistoric and historic period sites), May 1989-April 1990.

1986-88 Field Assistant - *Museum of Indian Archaeology/ London Museum of Archaeology.*
Various survey and excavation projects.

**Northern Ireland**

1987    Field Assistant - *Excavations at Lyles Hill, Northern Ireland.*  Queen's University of Belfast, July.

### TEACHING

**1998 – present         Department of Anthropology, University of Alaska, Fairbanks**

*Undergraduate Courses*
Anthropology 111        Ancient Civilizations
Anthropology 210        New World Prehistory
Anthropology 351        Archaeological Analysis and Interpretation (new course for the department)
Anthropology 309        Circumpolar Archaeology (new course for the department)
Anthropology 415        Zooarchaeology and Taphonomy

*Stacked Undergraduate/Graduate Courses*
Anthropology 405/605    Archaeological Method and Theory
Anthropology 419W/619   Material Culture in Archaeology (new course for the department)

*Graduate Courses*
Anthropology 611        Proseminar in Archaeology
Anthropology 692        Problems in Hunter-Gatherer Archaeology (new course for the department)
Anthropology 652        Graduate Seminar in Circumpolar Archaeology (new course for the department)
Anthropology 652        Research Design and Professional Development (new course for the department)

*Archaeological Field Schools*
Anthropology F295/495   Archaeological Field School, Calico Bluff, Eagle, Alaska    Summer 2002
Anthropology F495       Archaeological Field School, Atigun Pass, Alaska            Summer 1999

*Individual Studies – Undergraduate Level*
Anthropology 497        Advanced Methods in Zooarchaeology                          Fall 2002
Anthropology 497        Zooarchaeological Analysis                                  Fall 1999

*Individual Studies – Graduate Level*
Anth 697        Prehistory of the Gulf of Alaska Region                             Spring 2004

| | | |
|---|---|---|
| Anth 697 | Arctic Prehistory | Spring 2004 |
| Anth 697 | Zooarchaeology | Spring 2003 |
| Anth 697 | Comparative Osteology of the Phocid Seals | Fall 2000 |
| Anth 697 | Coastal Hunter-Gatherers: Ethnographic Archaeological Perspectives | Fall 2000 |
| Anth 697 | Circumpolar Hunter-Gatherer Archaeology | Fall 2000 |
| Anth 697 | Archaeological Analysis and Interpretation | Spring 1999 |
| Anth 697 | Late Prehistoric Archaeology of NW Alaska | Spring 1999 |
| Anth 697 | Taphonomic Research in Archaeology | Spring 1999 |
| Anth 697 | Archaeological Research Design | Fall 1999 |

*On-line Development*
| | | |
|---|---|---|
| Anth 652 | Research Design and Professional Development | Spring 2003 |

## GRADUATE STUDENTS – MAJOR ADVISOR

**M.A.** (completed)

Jennifer I.M. Newton — Thesis title: *About Time – Ipiutak at Point Hope* (2000-02)

Aaron C. Robertson — Thesis title: *The Tingmiukpuk Site* (1999-02)

Meg Thornton — Thesis title: *Peregrine Falcons as Taphonomic Agents* (1998-99)

**M.A.** (in progress)
- 2005 -  Cody Strathe
- 2003 -  Nikki Tozzi
- 2003 -  Salena Bias
- 2002 -  Tiffany LeFrancois

**Ph.D.** (in progress)
- 2004 -  Jennifer I.M. Newton
- 2003 -  Joseph Daniele
- 2000-  Holly Stelton McKinney
- 1999 -  A. Dawn Laybolt
- 1999 -  Jody Patterson

## GRADUATE STUDENTS – SUPERVISORY COMMITTEE MEMBER

**M.A.** (completed)

Joshua D. Reuther — Thesis Title: *Scales of Radiocarbon Analyses, Chronometric Modeling, and Cultural Historical Frameworks: A Case Study in Northern Alaskan Prehistory* (May 2003)

E. August Goodman — Thesis title: *Using Histomorphometric Traits of Bone Microarchitecture in the Determination of Biological Affinity* (August 2002)

Jeannette Matovich — Thesis title: *Health In Predynastic Egypt: Using Skeletal Markers to Assess the Overall Health of a Working Class Population in Hierakonopolis* (May 2002)

Elizabeth Grover — Thesis title: *Faunal Remains from the Amaknak Bridge Site, Alaska* (May 2002)

Carol Gelvin-Raymiller — Thesis title: *Freshwater Mussels in Interior Alaska Wetlands: Archaeological, Taphonomic and Linguistic Perspectives* (May 2002)

Brian Davis — Thesis title: *East Aleutian Sea Mammal Hunting during the Late Holocene Neoglacial* (May 2000)

Kohji Carrigan — Thesis title: *The Croxton Site: Lithic Analysis of Tools and Debitage* (May 1999)

13

**Ph.D.** (in progress)                                   **M.A.** (in progress)

2005 –   Michelle Kaye                                    2002-   Luke Schulze
2004 -   Carrin Halfmann
2004 -   Melissa Watts Daniele
2001-    Tami Green
2000 -   Ben Potter
1999 -   Gordon McIntosh

## OTHER TEACHING

**1997-1998    Department of Anthropology, Memorial University of Newfoundland**

Anthropology 300 level    Arctic Prehistory
Anthropology 600 level    Method and Theory in Zooarchaeology

## SERVICE TO THE UNIVERSITY (UAF)

| | |
|---|---|
| 2005 | Chair, Assistant Professor of Archaeology/Bioarchaeology Search Committee, Dept. of Anthropology, University of Alaska Fairbanks |
| 2005 | Panelist, School of Graduate Studies, Graduate Student Mentoring Workshop, October 28 2005. |
| 2004-present | Member, ex-officio, Center for Global Change Scientific Steering Committee, International Arctic Research Consortium, UAF |
| 2003-present | Member, Vice-Provost for Research Working Group, UAF |
| 2004 | Panelist and Speaker, UAF Center for Global Change, Student Research Grant Workshop |
| 2003-2004 | Member, Graduate Academic and Advisory Committee, Faculty Senate |
| 2001-2004 | Member, UAF Thesis Completion Fellowship Committee |
| 2002-2003 | Chair, Graduate Academic and Advisory Committee, Faculty Senate |
| 2002-2003 | Committee Member, Administrative Committee, Faculty Senate |
| 2001-2002 | Chair, Search Committee for an Assistant Professor, Bioarchaeology, UAF Department of Anthropology |
| 2001-2002 | Member, Search Committee for and Assistant Professor, Socio-cultural Anthropology UAF Department of Anthropology, |
| 2001-2002 | Committee Member, UAF Thesis Format Workbook Revision Committee |
| 2000-2002 | Committee Member, Graduate Academic and Advisory Committee, Faculty Senate |
| 2000-2002 | UAF Faculty Senate Representative for Collage of Liberal Arts, Language and Culture |
| 1999-2000 | Member, Search Committee for an Assistant Professor/Curator of Archaeology |

|  |  |
|---|---|
|  | UA Museum/ UAF Dept. of Anthropology, |
| 1999-2000 | Member. UAF Raush Scholarship, Cooley Talent Grant Committee |
| 1998-99 | UAF, Department of Anthropology, Curriculum Revision |

**PUBLIC SERVICE**

| | |
|---|---|
| 2001 | Scientific Lecturer, TCS Expeditions, Inside Passage Tour |
| 1999-present | Public School lectures, Fairbanks<br>Normally one to two hours once or twice per academic year to provide grade-school level talks about archaeology in general and archaeology in Alaska more specifically. |
| 1998-present | Public Inquiries<br>Normally respond to 5-8 per academic year and answer questions for the public about archaeology and history. |
| 1999-present | High School student job shadows: Normally spend 1-2 days per academic year with a West Valley High students – the students job shadow, attending lectures, learning about archaeological research, etc. |