Natalie A. Landreth
NATIVE AMERICAN RIGHTS FUND
420 L Street, Suite 505
Anchorage, Alaska 99501
Phone: (907) 276-0680
Facsimile: (907) 276-2466

Goriune Dudukgian
ALASKA LEGAL SERVICES CORPORATION
1016 West 6th Ave., Suite 200
Anchorage, Alaska 99501
Phone: (907) 222-4524
Facsimile: (907) 279-7417
**Counsel for Plaintiffs**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

|  |  |  |
|---|---|---|
| NATIVE VILLAGE OF EYAK, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. A98-365 CV (HRH) |
| | ) | |
| v. | ) | |
| | ) | NOTICE OF TERMINATION OF |
| CARLOS GUTIERREZ, | ) | ATTORNEY MARTHA KING FROM |
| Secretary of Commerce, | ) | CASE AND SERVICE LIST |
| | ) | |
| Defendant. | ) | |
| | ) | |

Notice is hereby given to the court that Martha King is no longer employed as an attorney with the Native American Rights Fund and should be terminated from the case and removed from the service list.

Natalie Landreth of Native American Rights Fund and Goriune Dudukgian of Alaska Legal Services Corporation are the sole counsel of record for the Plaintiffs.

Respectfully submitted this 7th day of March, 2006.

s/nlandreth

Natalie A. Landreth
NATIVE AMERICAN RIGHTS FUND
420 L Street, Suite 505
Anchorage, AK 99501
Phone: (907) 276-0680
Facsimile: (907) 276-2466
E-mail: landreth@narf.org
Bar Number: 0405020

Rich de Bodo
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Phone: (310) 203-7081
Facsimile: (310) 203-7199
**Of Counsel**

Certificate of Service

I hereby certify that on the 7th day of March 2006, a true and correct copy of the foregoing NOTICE OF TERMINATION OF ATTORNEY MARTHA KING FROM CASE AND SERVICE LIST was served electronically on Bruce M. Landon, Attorney for Federal Defendants, Department of Justice, Environmental & Natural Resources Division, 801 B Street, Anchorage, AK, 99501-3657.

s/nlandreth