Natalie A. Landreth
NATIVE AMERICAN RIGHTS FUND
420 L Street, Suite 505
Anchorage, Alaska 99501
Phone: (907) 276-0680
Facsimile: (907) 276-2466

Goriune Dudukgian
ALASKA LEGAL SERVICES CORPORATION
1016 West 6th Ave., Suite 200
Anchorage, Alaska 99501
Phone: (907) 222-4524
Facsimile: (907) 279-7417

**Counsel for Plaintiffs**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIVE VILLAGE OF EYAK, *et al.*, | )<br>)<br>) |
| Plaintiffs, | ) Case No. A98-365 CV (HRH)<br>) |
| v. | )<br>) CERTIFICATE OF SERVICE |
| CARLOS GUTIERREZ,<br>Secretary of Commerce, | )<br>)<br>) |
| Defendant. | )<br>)<br>)<br>) |

I hereby certify that on March 6, 2006, a copy of the **DECLARATION OF MARIBETH SUZANNE MURRAY IN SUPPORT OF THE CHUGACH'S SUR-REPLY IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** was served electronically on Bruce M. Landon, Attorney for Federal Defendants, Department of Justice, Environmental & Natural Resources Division, 801 B Street, Anchorage, AK, 99501-3657.

Respectfully submitted this 24th day of March 2006.

    S/ nlandreth
Natalie A. Landreth
NATIVE AMERICAN RIGHTS FUND
420 L Street, Suite 505
Anchorage, Alaska 99501
Phone: (907) 276-0680
Facsimile: (907) 276-2466
Email: landreth@narf.org
Bar number: 0405020

**Of Counsel:**
Rich de Bodo
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Phone: (310) 203-7081
Facsimile: (310) 203-7199

## Certificate of Service

I hereby certify that on the 24th day of March 2006, a true and correct copy of the foregoing CERTIFICATE OF SERVICE was served electronically on Bruce M. Landon, Attorney for Federal Defendants, Department of Justice, Environmental & Natural Resources Division, 801 B Street, Anchorage, AK, 99501-3657.         .

    s/nlandreth