**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

__ NATIVE VILLAGE OF EYAK, et al __   v.   __ WILLIAM M. DALEY, et al __

THE HONORABLE H. RUSSEL HOLLAND

DEPUTY CLERK                                  CASE NO.  __3:98-cv-00365-HRH__

__ Linda Christensen __

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: October 13, 2006

     Oral Argument on defendant Carlos Gutierrez' Motion for Summary Judgment is hereby scheduled to be heard Tuesday, **November 21, 2006, at 9:00 a.m.** in Anchorage Courtroom 1 before U.S. District H. Russel Holland.

[]{IA.WPD*Rev.12/96}