**AMENDED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

 NATIVE VILLAGE OF EYAK, et al   v.   WILLIAM M. DALEY, et al 

THE HONORABLE H. RUSSEL HOLLAND

DEPUTY CLERK                                              CASE NO.  3:98-cv-00365-HRH 

 Linda Christensen 

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**     DATE: October 13, 2006

      Oral Argument on defendant Carlos Gutierrez' Motion for Summary Judgment is hereby scheduled to be heard Tuesday, **November 21, 2006, at 9:00 a.m.** in Anchorage Courtroom 1 before U.S. District H. Russel Holland.

      Counsel are advised arguments are limited to 30 minutes per side.

[]{IA.WPD*Rev.12/96}