# NOTICE TO NON-RESIDENT ATTORNEY

To: <u>Richard de Bodo</u>    Case Number: <u>3:98-cv-00365</u>

Case Title: <u>NATIVE VILLAGE OF EYAK, et al.</u>  v.  <u>DONALD EVANS</u>

This Notice is being sent to advise you that your application to participate as a non-resident counsel in the above referenced case has been granted. A fee in the amount **$150.00** is required for each case in which an attorney is permitted to participate as a non-resident counsel. Please forward the required fee of **$150.00, within 15 days of receipt of this notice,** with a copy of this notice to:

> U.S. District Court
> Clerk's Office
> 222 West 7th Avenue, #4
> Anchorage, Alaska 99513

Distribution:
Finance

Non-Resident Attorney Notice:  Jan. 2006