```
             MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

 NATIVE VILLAGE OF EYAK, ET AL. vs.    WILLIAM M. DALEY

BEFORE THE HONORABLE  H. RUSSEL HOLLAND   CASE NO 3:98-CV-00365-HRH

DEPUTY CLERK/RECORDER:         SUZANNETTE LUCERO

APPEARANCES:    PLAINTIFF:    NATALIE LANDRETH / GORIUNE DUDUKGIAN

                DEFENDANT:    BRUCE LANDON / ROBERT BABSON

PROCEEDINGS: ORAL ARGUMENT ON MOTION FOR SUMMARY JUDGMENT
             (DKT 74) HELD 11/21/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 9:01 a.m. court convened.

Arguments heard.

Court heard; matters taken **UNDER ADVISEMENT**, written ruling to issue.

At 9:58 a.m. court adjourned.

DATE:   November 21, 2006   DEPUTY CLERK'S INITIALS:    SCL