Natalie A. Landreth
NATIVE AMERICAN RIGHTS FUND
420 L Street, Suite 505
Anchorage, Alaska 99501
Phone: (907) 276-0680
Facsimile: (907) 276-2466

Goriune Dudukgian
ALASKA LEGAL SERVICES CORPORATION
1016 West 6th Ave., Suite 200
Anchorage, Alaska 99501
Phone: (907) 222-4524
Facsimile: (907) 279-7417
**Counsel for Plaintiffs**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIVE VILLAGE OF EYAK, *et al*., )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>CARLOS GUTIERREZ, )<br>Secretary of Commerce, )<br>)<br>Defendant. )<br>) | Case No. A98-365 CV (HRH)<br><br>NOTICE REGARDING SUBMISSION OF<br>MAPS IN CONNECTION WITH<br>SUMMARY JUDGMENT MOTION |

The Chugach plaintiffs hereby provide notice that following the Court's request during argument on November 21, 2006, the Chugach submitted two maps in connection with Defendant's pending summary judgment motion.

Both maps consist of summaries (in enlarged form) of previously submitted exhibits, including the maps in Plaintiffs' Exhibit P-2 at pages 92-96. In the first map, an area designated in light blue indicates the territory as to which the Chugach have

submitted evidence in connection with Defendant's pending motion supporting their claims of aboriginal use.  The first map also reflects the Chugach names (in Alutiiq) for various locations (*see* Exhibit P-2 at page 36), historic and contemporary Chugach travel routes (*see* Exhibit P-2 at 56), sample depths (in fathoms) for various locations (*see* Exhibit P-16), and the three-mile line separating state and federal waters.

      In the second map, areas designated in pink indicate the territories as to which the Chugach have submitted evidence supporting claims of aboriginal use by more than one of the plaintiff Chugach villages, while areas designated in blue indicate the territories as to which the Chugach have submitted evidence supporting claims of aboriginal use by only one plaintiff Chugach village.  Copies of the maps are being provided concurrently to the Defendant.

Respectfully submitted this 1st day of December, 2006.

                                                  <u>S/ nlandreth</u>
                                                  Natalie A. Landreth
                                                  NATIVE AMERICAN RIGHTS FUND
                                                  420 L Street, Suite 505
                                                  Anchorage, Alaska 99501
                                                  Phone: (907) 276-0680
                                                  Facsimile: (907) 276-2466
                                                  Email: <u>landreth@narf.org</u>
                                                  Bar number: 0405020

Of Counsel:
Richard de Bodo
Hogan & Hartson LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Phone: (310) 785-4600
Facsimile: (310) 785-4601
Email: <u>rdebodo@hhlaw.com</u>

Certificate of Service

I hereby certify that on the 1st of December, 2006, a true and correct copy of the foregoing NOTICE REGARDING MAPS EMPLOYED DURING ORAL ARGUMENT ON NOVEMBER 21, 2006 was served electronically on Bruce M. Landon, Attorney for Federal Defendants, Department of Justice, Environmental & Natural Resources Division, 801 B Street, Anchorage, AK,  99501-3657.

s/nlandreth