```
                                          RECEIVED
                                          DEC 0 4 2006
                                       CLERK U.S. DISTRICT COURT
                                          ANCHORAGE, ALASKA

                                          UNITED STATES
                                          DISTRICT COURT
                                           District of Alaska
                                           Anchorage Division

                                          #  00129452  -  PS
                                          December 4, 2006


                                  Code      Case #     Qty       Amount

                                  6855XX-N  98-365                150.00 CK


                                     TOTAL→              150.00



                                  FROM: HOGAN & HARTSON, LLP
                                        NON RESIDENT ATTORNEY
                                        3:98-CV-00365
```

## NOTICE TO NON-RESIDENT ATTORNEY

To: <u>Richard de Bodo</u>        Case Number: <u>3:98-cv-00365</u>

Case Title: <u>NATIVE VILLAGE OF EYAK, et al.</u> v. <u>DONALD EVANS</u>

This Notice is being sent to advise you that your application to participate as a non-resident counsel in the above referenced case has been granted. A fee in the amount **$150.00** is required for each case in which an attorney is permitted to participate as a non-resident counsel. Please forward the required fee of **$150.00, within 15 days of receipt of this notice,** with a copy of this notice to:

U.S. District Court
Clerk's Office
222 West 7th Avenue, #4
Anchorage, Alaska 99513

Distribution:
Finance

Non-Resident Attorney Notice: Jan. 2006