BRUCE M. LANDON
DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
907-271-5452
Facsimile: 907-271-5827
Email: bruce.landon@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIVE VILLAGE OF EYAK, ) <br> NATIVE VILLAGE OF TATITLEK, ) <br> NATIVE VILLAGE OF CHENEGA, ) <br> (aka CHENEGA BAY), NATIVE ) <br> VILLAGE OF NANWALEK, NATIVE ) <br> VILLAGE OF PORT GRAHAM, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CARLOS GUTIERREZ, Secretary ) <br> of Commerce, ) <br> ) <br> Defendant. ) <br> _____) | Case No. 3:98-cv-365 (HRH) |

REQUEST FOR STATUS CONFERENCE

Pursuant to the Court's Order Motion for Summary Judgment, filed December 4, 2006

(Docket # 106), the parties have conferred regarding their views on how this case should

proceed. The parties request the Court to schedule a status conference no earlier than January 22,

2007.  Although the parties have been able to confer, counsel for defendant has not been able to contact expert witnesses regarding their availability.  Counsel for defendants will be out of state after December 22 until January 8.  The parties believe that the status conference will be more fruitful if the parties can determine the schedules of experts and lay witnesses prior to the conference.

RESPECTFULLY SUBMITTED this 18th day of December, 2006, at Anchorage, Alaska.

Counsel for plaintiffs has authorized the undersigned to file this as the joint request of the parties.

S/ Bruce M. Landon
BRUCE M. LANDON
DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: 907-271-5452
Facsimile: 907-271-5827
Email: bruce.landon@usdoj.gov

Attorney for Defendant

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 18th day of December, 2006, a copy of the foregoing  REQUEST FOR STATUS CONFERENCE was served electronically to the following:

Natalie Landreth
Goriune Dudukgian

s/ Bruce M. Landon
Bruce M. Landon