**MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u>  NATIVE VILLAGE OF EYAK, et al  </u>   v.   <u>   WILLIAM M. DALEY, et al   </u>

THE HONORABLE H. RUSSEL HOLLAND          CASE NO. <u>3:98-cv-00365-HRH</u>

   <u>Deputy Clerk</u>                     <u>Official Recorder</u>

  <u>Linda Christensen      </u>           <u>                        </u>

APPEARANCES:    for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:    **ORDER FROM CHAMBERS**

---

    The motion for hearing (Request for Status Conference) at docket 108 is hereby **GRANTED**.  A Status Conference will be held on **Wednesday, February 7, 2007 at 3:30 p.m.** in Courtroom 4, Anchorage, Alaska before U.S. District Judge H. Russel Holland.

DATE:<u>  January 5, 2007  </u>

ENTERED AT JUDGE'S DIRECTION
    INITIALS:<u>  lc  </u>
    Deputy Clerk

[FORMS*IA*]