MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIVE VILLAGE OF EYAK, et al.   v. | CARLOS M. GUTIERREZ, Secretary of Commerce |
| THE HONORABLE H. RUSSEL HOLLAND | CASE NO.  3:98-cv-00365-HRH |
| Deputy Clerk | Official Recorder |

APPEARANCES:    for PLAINTIFF:    ----

                for DEFENDANT:    ----

PROCEEDINGS:    **ORDER FROM CHAMBERS**

---

A status conference was held in this case on February 7, 2007.

This case is tentatively set for trial on Monday, March 3, 2008, and is estimated to last between one and two weeks for trial to the court.

Counsel for the parties have agreed generally on a schedule for the pretrial development of this case. Counsel will in the immediate future be submitting to the court a proposed schedule for the completion of discovery. At a later date, at or about the time discovery is completed, the parties will submit to the court a proposed order for final pretrial proceedings and procedures for the trial of the case.