## MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIVE VILLAGE OF EYAK, et al.   v. | CARLOS M. GUTIERREZ, Secretary of Commerce |
| THE HONORABLE H. RUSSEL HOLLAND | CASE NO.  3:98-cv-00365-HRH |
| Deputy Clerk | Official Recorder |

APPEARANCES:   for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

---

     As a consequence of a February 2007 conference, the court has tentatively set this case for trial commencing March 3, 2008. The parties have estimated that the trial will last between one and two weeks.

     The court has an opportunity to attend a national workshop for district judges in California during the week of March 10, 2008. (There is available a repeat of this workshop in July that would require travel to Boston, Massachusetts.) If it were possible that this case could be presented in one week, there would be no conflict; but the court is unsure that one week will suffice.

     The court will appreciate counsel conferring with one another for the purpose of determining whether it would be possible to start the trial of this case somewhat prior to March 3 or on March 17, 2008. After conferring with other counsel, counsel for plaintiff will please, as soon as possible, inform the court of the availability of all counsel for trial of this case.