IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

NATIVE VILLAGE OF EYAK, et al., )
                                )
                    Plaintiffs, )
                                )
        vs.                     )
                                )
CARLOS M. GUTIERREZ, Secretary of )
Commerce,                       )
                                )   No. 3:98-cv-0365-HRH
                     Defendant. )
_____)

O R D E R

Trial Setting

In response to the court's minute order of June 21, 2007,[1] counsel for the defendant reports that all counsel have consulted with one another and with their witnesses and that all are available for trial of this case during the last two weeks of August 2008. Accordingly, trial by the court is now set for August 18, 2008, at 9:00 a.m. Trial of this case is expected to take five but not more than ten days.

The court will arrange a final pretrial conference with counsel for a date to be agreed upon between 30 and 60 days prior

---

[1] Docket No. 112.

to trial.  The parties may request a telephonic status conference with the court when and if needed.

   DATED at Anchorage, Alaska, this <u>24th</u> day of July, 2007.

            <u>/s/ H. Russel Holland</u>
            United States District Judge