BRIAN A. MCLACHLAN
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-305-0436
Facsimile: 202-305-0506
Email: brian.mclachlan@usdoj.gov

DEAN K. DUNSMORE
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone: (907) 271-5452
Facsimile:(907) 271-5827
Email: dean.dunsmore@usdoj.gov

Attorneys for Federal Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIVE VILLAGE OF EYAK, NATIVE VILLAGE OF TATITLEK, NATIVE VILLAGE OF CHENEGA, (aka CHENEGA BAY), NATIVE VILLAGE OF NANWALEK, NATIVE VILLAGE OF PORT GRAHAM, ) ) ) ) ) ) ) | Case No. A98-365-CV (HRH) |
| Plaintiffs, ) | **NOTICE OF SUBSTITUTION** |
| ) | **OF COUNSEL** |
| v. ) | |
| ) | |
| CARLOS GUTIERREZ, Secretary of Commerce, ) ) | |
| ) | |
| Defendant. ) | |

Defendants hereby give notice of the withdrawal of Bruce M. Landon as counsel, and the substitution of Brian A. McLachlan, as lead counsel, and Dean K. Dunsmore, as local co-counsel. Messrs. McLachlan and Dunsmore are registered to use the Court's Electronic Case Filing System ("ECF") and may be served electronically. If necessary, notices, orders or other papers may alternatively be sent to Mr. McLachlan at the addresses listed below.

Mail delivered through the U.S. Postal Service should be addressed to:

Brian A. McLachlan
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663

Mail delivered by Federal Express, United Parcel Service, or special messenger should be addressed to:

Brian A. McLachlan
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
601 D. Street, N.W.
Room 3108
Washington, DC 20004

Mr. McLachlan's telephone number is (202) 305-0436, and his fax number is (202) 305-0506. Electronic mail should be addressed to brian.mclachlan@usdoj.gov.

Mr. Dunsmore's telephone number is (907) 271-5452, and his fax number is (907) 271-5827. Electronic mail should be addressed to dean.dunsmore@usdoj.gov.

Dated: October 19, 2007                         Respectfully submitted,


                                                RONALD J. TENPAS
                                                Acting Assistant Attorney General

                                                  /s/ Brian McLachlan
                                                BRIAN MCLACHLAN (D.C. 472413)
                                                U.S. Department of Justice
                                                Environment & Natural Resources Division
                                                P.O. Box 663
                                                Washington, D.C. 20044-0663
                                                Telephone: 202-305-0436
                                                Facsimile: 202-305-0506
                                                brian.mclachlan@usdoj.gov

                                                DEAN K. DUNSMORE
                                                U.S. Department of Justice
                                                Environment & Natural Resources Division
                                                801 B Street, Suite 504
                                                Anchorage, Alaska  99501-3657
                                                Telephone: (907) 271-5452
                                                Facsimile:(907) 271-5827
                                                Email: dean.dunsmore@usdoj.gov

                                                Attorney for Federal Defendants

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 19th day of October, 2007, I filed the foregoing electronically through the CM/ECF System, which caused the following counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Goriune Dudukgian
gdudukgian@alsc-law.org

Natalie Landreth
landreth@narf.org

Richard de Bodo
rdebodo@hhlaw.com

    /s/ Brian McLachlan
BRIAN MCLACHLAN (D.C. 472413)
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-305-0436
Facsimile: 202-305-0506
brian.mclachlan@usdoj.gov

4