BRIAN A. MCLACHLAN (D.C. 472413)
United States Department of Justice
Environment & Natural Resources Division
c/o United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Tel: (206) 553-4148
Fax: (206) 553-4067
Email: brian.mclachlan@usdoj.gov

DEAN K. DUNSMORE
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Tel: (907) 271-5452
Fax:(907) 271-5827
Email: dean.dunsmore@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIVE VILLAGE OF EYAK, ) <br> NATIVE VILLAGE OF TATITLEK, ) <br> NATIVE VILLAGE OF CHENEGA, ) <br> (aka CHENEGA BAY), NATIVE ) <br> VILLAGE OF NANWALEK, NATIVE ) <br> VILLAGE OF PORT GRAHAM, ) <br> ) <br> ) <br> v.  ) <br> ) <br> CARLOS GUTIERREZ, Secretary ) <br> of Commerce, ) <br> ) <br> Defendant. ) <br> ————————————————) | Case No. A98-365-CV (HRH) <br><br><br><br><br><br> **NOTICE OF CHANGE OF ADDRESS** |

Defendant hereby provides notice to the Court and the Parties of the change of address

and telephone number for Defendant's attorney Brian McLachlan as follows:

> Brian McLachlan
> United States Department of Justice
> Environment & Natural Resources Division
> c/o United States Attorney's Office
> 700 Stewart Street, Suite 5220
> Seattle, Washington 98101-1271
> Tel: (206) 553-4148
> Fax: (206) 553-4067
> Email: brian.mclachlan@usdoj.gov

Dated: April 15, 2008                              Respectfully submitted,


                                                   RONALD J. TENPAS
                                                   Acting Assistant Attorney General

                                                     /s/ Brian McLachlan
                                                   BRIAN MCLACHLAN (D.C. 472413)
                                                   United States Department of Justice
                                                   Environment & Natural Resources Division
                                                   c/o United States Attorney's Office
                                                   700 Stewart Street, Suite 5220
                                                   Seattle, Washington 98101-1271
                                                   Tel: (206) 553-4148
                                                   Fax: (206) 553-4067
                                                   Email: brian.mclachlan@usdoj.gov

                                                   DEAN K. DUNSMORE
                                                   U.S. Department of Justice
                                                   Environment & Natural Resources Division
                                                   801 B Street, Suite 504
                                                   Anchorage, Alaska  99501-3657
                                                   Telephone: (907) 271-5452
                                                   Facsimile:(907) 271-5827
                                                   Email: dean.dunsmore@usdoj.gov

                                                   Attorney for Federal Defendants

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 15, 2008, I filed the foregoing electronically through the CM/ECF System, which caused the following counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Goriune Dudukgian
gdudukgian@alsc-law.org

Natalie Landreth
landreth@narf.org

Richard de Bodo
rdebodo@hhlaw.com

      /s/ Brian McLachlan
BRIAN MCLACHLAN (D.C. 472413)
United States Department of Justice
Environment and Natural Resources Division
c/o United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Tel: (206) 553-4148
Fax: (206) 553-4067
Email: brian.mclachlan@usdoj.gov