RONALD J. TENPAS
Assistant Attorney General

BRIAN A. MCLACHLAN
U.S. Department of Justice
Environment & Natural Resources Division
c/o United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Tel: (206) 553-4148
Fax: (206) 553-4067
brian.mclachlan@usdoj.gov

BEVERLY F. LI
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-353-9213
Facsimile: 202-305-0506
brian.mclachlan@usdoj.gov
beverly.li@usdoj.gov

DEAN K. DUNSMORE
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone: (907) 271-5452
Facsimile:(907) 271-5827
dean.dunsmore@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| NATIVE VILLAGE OF EYAK, | ) | Case No. A98-365-CV (HRH) |
| NATIVE VILLAGE OF TATITLEK, | ) | |
| NATIVE VILLAGE OF CHENEGA, | ) | |
| (aka CHENEGA BAY), NATIVE | ) | |
| VILLAGE OF NANWALEK, NATIVE | ) | |
| VILLAGE OF PORT GRAHAM, | ) | |
| | ) | **NOTICE OF ATTORNEY** |
| Plaintiffs, | ) | **APPEARANCE** |

|  |  |
|---|---|
| v. | ) |
|  | ) |
|  | ) |
| CARLOS GUTIERREZ, Secretary of Commerce, | ) |
|  | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

Defendants hereby give notice of the appearance of Beverly F. Li as co-counsel for Defendants. Ms. Li is registered to use the Court's Electronic Case Filing System ("ECF") and may be served electronically. If necessary, notices, orders or other papers may alternatively be sent to Ms. Li at the addresses listed below.

Mail delivered through the U.S. Postal Service should be addressed to:

Beverly F. Li
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663

Mail delivered by Federal Express, United Parcel Service, or special messenger should be addressed to:

Beverly F. Li
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
601 D Street, N.W.
Room 3142
Washington, DC 20004

Ms. Li's telephone number is (202) 353-9213, and her fax number is (202) 305-0506.

Electronic mail should be addressed to beverly.li@usdoj.gov.

Dated: April 15, 2008

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General

BRIAN MCLACHLAN (D.C. 472413)
U.S. Department of Justice
Environment & Natural Resources Division
c/o United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Tel: (206) 553-4148
Fax: (206) 553-4067
brian.mclachlan@usdoj.gov

  /s/ Beverly F. Li
BEVERLY F. LI (WSBA # 33267)
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-353-9213
Facsimile: 202-305-0506
brian.mclachlan@usdoj.gov
beverly.li@usdoj.gov

DEAN K. DUNSMORE
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone: (907) 271-5452
Facsimile:(907) 271-5827
dean.dunsmore@usdoj.gov

Attorneys for Federal Defendants

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 15, 2008, I filed the foregoing NOTICE OF ATTORNEY APPEARANCE electronically through the CM/ECF System, which caused the following counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Goriune Dudukgian
gdudukgian@alsc-law.org

Natalie Landreth
landreth@narf.org

Richard de Bodo
rdebodo@hhlaw.com

                /s/ Beverly F. Li
                Beverly F. Li
                Counsel for Defendants