**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

<u>  NATIVE VILLAGE OF EYAK, et al.  </u>   v.   <u>  CARLOS GUTIERREZ  </u>

THE HONORABLE H. RUSSEL HOLLAND

DEPUTY CLERK                                              CASE NO.  <u>3:98-cv-00365-HRH</u>

<u> Pam Richter </u>

<u>PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS**        DATE: April 15, 2008</u>

     A final pre-trial conference is hereby scheduled to commence in the chambers of the Honorable H. Russel Holland on Monday, April 21, 2008, at 9:00 a.m..

[]{IA.WPD*Rev.12/96}