Natalie A. Landreth
NATIVE AMERICAN RIGHTS FUND
420 L Street, Suite 505
Anchorage, Alaska 99501
Phone: (907) 276-0680
Facsimile: (907) 276-2466
Email: landreth@narf.org

Goriune Dudukgian
ALASKA LEGAL SERVICES CORPORATION
1016 West 6th Ave., Suite 200
Anchorage, Alaska 99501
Phone: (907) 222-4524
Facsimile: (907) 279-7417
Email: gdudukgian@alsc-law.org

Rich de Bodo, *Pro Hac Vice*
HOGAN & HARTSON LLP
1999 Ave of the Stars, Suite 1900
Los Angeles, CA 90067
Phone: (310) 785-4694
Facsimile: (310) 785-4601
Email: rdebodo@hhlaw.com
**Counsel for Plaintiffs**

Brian A. McLachlan
Beverly Li
U.S. Department of Justice
Environment & Natural Resources Division
c/o United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: 206-553-4148
Facsimile: 206-553-4067
Email: brian.mclachlan@usdoj.gov

Dean K. Dunsmore
U.S. Department of Justice
Environment & Natural Resources Division801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone: (907) 271-5452
Facsimile:(907) 271-5827
Email: dean.dunsmore@usdoj.gov
**Counsel for Federal Defendants**

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIVE VILLAGE OF EYAK, *et al.*,<br><br>      Plaintiffs,<br><br>  v.<br><br>CARLOS GUTIERREZ, Secretary of the U.S. Department of Commerce,<br><br>      Defendant. | No. 3:98-cv-0365 (HRH) |

**STIPULATED MOTION FOR PROTECTIVE ORDER**

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure and in accordance with section 402(b)(2) of the Magnuson-Stevens Fishery Conservation and Management Act, 16 U.S.C. § 1881a(b)(2), and Public Law 96-95, AS 40.25.120, Plaintiffs and Defendant move for a protective order to govern the production and use of the documents described in the index attached hereto as Exhibit 1. A proposed order is attached.

In support of this motion, the Parties state:

(1)  Plaintiffs requested certain documents from Defendant deemed confidential by section 402 of the Magnuson-Stevens Fishery Conservation and Management Act (MSA) because they contain information obtained by commercial fishery observers and information submitted by commercial fishery vessel operators to the National Marine Fisheries Service in compliance with the MSA.

2

(2) Certain reports and documents relied upon by the Parties' experts contain information about the location of archaeological sites within the State of Alaska protected by A.S. 40.25.120.

(3) The Parties have agreed that the documents described in Exhibit 1 will be subject to the restrictions on their use and disclosure set forth in the Order.

Accordingly, Plaintiffs and Defendant move for entry of the attached Order.

Respectfully submitted this 7th day of May, 2008.

        Natalie A. Landreth
        NATIVE AMERICAN RIGHTS FUND
        420 L Street, Suite 505
        Anchorage, Alaska 99501
        (907) 276-0680
        le: (907) 276-2466
        Email: landreth@narf.org

        /s/ Goriune Dudukgian [by permission]
        Goriune Dudukgian
        ALASKA LEGAL SERVICES CORPORATION
        1016 West 6th Ave., Suite 200
        Anchorage, Alaska 99501
        Phone: (907) 222-4524
        Facsimile: (907) 279-7417
        Email: gdudukgian@alsc-law.org

        Rich de Bodo, *Pro Hac Vice*
        HOGAN & HARTSON LLP
        1999 Ave of the Stars, Suite 1900
        Los Angeles, CA 90067
        Phone: (310) 785-4694
        Facsimile: (310) 785-4601
        Email: rdebodo@hhlaw.com
        **Counsel for Plaintiffs**

        /s/ Brian McLachlan
        Brian A. McLachlan
        Beverly Li
        U.S. Department of Justice

Environment & Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 206-553-4148
Facsimile: 206-553-4067
Email: brian.mclachlan@usdoj.gov

Dean K. Dunsmore
U.S. Department of Justice
Environment & Natural Resources
Division801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone: (907) 271-5452
Facsimile:(907) 271-5827
Email: dean.dunsmore@usdoj.gov

**Attorneys for Federal Defendants**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 7, 2008, I filed the foregoing electronically through the CM/ECF System, which caused the following counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Goriune Dudukgian
gdudukgian@alsc-law.org

Natalie Landreth
landreth@narf.org

Richard de Bodo
rdebodo@hhlaw.com

 /s/ Brian McLachlan
BRIAN MCLACHLAN (D.C. 472413)
United States Department of Justice
Environment and Natural Resources Division
c/o United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Tel: (206) 553-4148
Fax: (206) 553-4067
Email: brian.mclachlan@usdoj.gov