Natalie Landreth
NATIVE AMERICAN RIGHTS FUND
420 L Street, Suite 505
Anchorage, Alaska 99501
Phone: (907) 276-0680
Facsimile: (907) 276-2466
Email: landreth@narf.org

Goriune Dudukgian
ALASKA LEGAL SERVICES CORPORATION
1016 West 6th Ave., Suite 200
Anchorage, Alaska 99501
Phone: (907) 222-4524
Facsimile: (907) 279-7417

Rich de Bodo
HOGAN & HARTSON LLP
1999 Avenue of the Stars Suite 1400
Los Angeles, California 90067
Phone: (907) 310-785-4694
Facsimile: (907) 785-4601

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EYAK *et. al*,<br><br>    Plaintiffs,<br><br>v.<br><br>CARLOS GUTIERREZ, SECRETARY OF COMMERCE<br><br>    Defendant. | Case No. A98-365-CV (HRH)<br><br>**NOTICE REGARDING THE [PROPOSED] ORDER FOR PRE-TRIAL PROCEEDINGS & FINAL PRE-TRIAL CONFERENCE** |

Plaintiffs lodged the proposed "Order for Pre-Trial Proceedings & Final Pre-Trial Conference" with the Court on Friday, May 9, 2008. The proposed order for the Court's consideration was filed as an attachment to the notice. Plaintiffs wish to clarify that the proposed scheduling order has been agreed upon by all parties, and it is not a separate document filed on behalf of Plaintiffs only. Defendant will not be filing a separate proposed scheduling order.

DATED this 12th day of May 2008.

s/nlandreth

Natalie A. Landreth (Bar no. 0405020)
NATIVE AMERICAN RIGHTS FUND
420 L Street, Suite 505
Anchorage, Alaska 99501
Phone: (907) 276-0680
Facsimile: (907) 276-2466
Email: landreth@narf.org

## CERTIFICATE OF SERVICE

I, Natalie Landreth, certify that a true and correct copy of NOTICE REGARDING THE [PROPOSED] ORDER FOR PRE-TRIAL PROCEEDINGS in Case No. A98-365-CV (HRH) was served electronically pursuant to the Court's electronic filing procedures upon the following:

Dean Dunsmore     dean.dunsmore@usdoj.gov, lorraine.carter@usdoj.gov

Beverly F. Li     beverly.li@usdoj.gov, efile_nrs.enrd@usdoj.gov

Brian McLachlan     brian.mclachlan@usdoj.gov

s/nlandreth