Natalie Landreth
NATIVE AMERICAN RIGHTS FUND
420 L Street, Suite 505
Anchorage, Alaska 99501
Phone: (907) 276-0680
Facsimile: (907) 276-2466
Email: landreth@narf.org

Goriune Dudukgian
ALASKA LEGAL SERVICES CORPORATION
1016 West 6th Ave., Suite 200
Anchorage, Alaska 99501
Phone: (907) 222-4524
Facsimile: (907) 279-7417

Rich de Bodo
HOGAN & HARTSON LLP
1999 Avenue of the Stars Suite 1400
Los Angeles, California 90067
Phone: (907) 310-785-4694
Facsimile: (907) 785-4601

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EYAK *et. al*,<br><br>                     Plaintiffs,<br><br>v.<br><br>CARLOS GUTIERREZ, SECRETARY OF COMMERCE<br><br>                     Defendant. | Case No. A98-365-CV (HRH)<br><br>**MOTION TO AMEND PROTECTIVE ORDER** |

The parties filed a joint motion for protective order (docket 118) on May 7, 2008. The Court signed the order on May 9, 2008.

The Plaintiffs had requested specific documents from the Smithsonian, and said documents were subpoenaed on April 21, 2008 (the subpoena is dated April 18 but was served on April 21). The Smithsonian has yet to comply with this subpoena, purportedly

because it feels the protections outlined in the current protective order are inadequate. Counsel for the Smithsonian notified the parties of its claimed deficiencies after this Court had already entered the protective order currently in effect.

In order to satisfy the Smithsonian's concerns, the parties jointly request that this Court amend the current protective order to reflect two changes: specific reference to the Archaeological Resource Protection Act (16 U.S.C.A. §470hh) and a provision requiring that the Assistant United States Attorney be notified in the event the restrictions on the disclosure of documents are terminated. The revised proposed order is attached for the Court's consideration.

DATED this 14th day of May 2008.

s/nlandreth

Natalie A. Landreth (Bar no. 0405020)
NATIVE AMERICAN RIGHTS FUND
420 L Street, Suite 505
Anchorage, Alaska 99501
Phone: (907) 276-0680
Facsimile: (907) 276-2466
Email: landreth@narf.org

## CERTIFICATE OF SERVICE

I, Natalie Landreth, certify that a true and correct copy of MOTION TO AMEND PROTECTIVE ORDER AND [PROPOSED] PROTECTIVE ORDER in Case No. A98-365-CV (HRH) was served on May 14, 2008 pursuant to the Court's electronic filing procedures upon the following:

Dean Dunsmore    dean.dunsmore@usdoj.gov, lorraine.carter@usdoj.gov

Beverly F. Li    beverly.li@usdoj.gov, efile_nrs.enrd@usdoj.gov

Brian McLachlan    brian.mclachlan@usdoj.gov

                                s/nlandreth