RONALD J. TENPAS
Assistant Attorney General

BRIAN A. MCLACHLAN
U.S. Department of Justice
Environment & Natural Resources Division
c/o United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Tel: (206) 553-4148
Fax: (206) 553-4067
brian.mclachlan@usdoj.gov

Attorneys for Federal Defendants
(Additional Counsel Listed in Signature Block)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIVE VILLAGE OF EYAK, NATIVE VILLAGE OF TATITLEK, NATIVE VILLAGE OF CHENEGA, (aka CHENEGA BAY), NATIVE VILLAGE OF NANWALEK, NATIVE VILLAGE OF PORT GRAHAM,<br><br>      Plaintiffs,<br><br>  v.<br><br>CARLOS GUTIERREZ, Secretary of Commerce,<br><br>      Defendant. | Case No. A98-365-CV (HRH)<br><br>**NOTICE OF APPEARANCE** |

Defendant hereby gives notice of the appearance of Joseph H. Kim as co-counsel for Defendant. Mr. Kim is registered to use the Court's Electronic Case Filing System ("ECF") and may be served electronically. If necessary, notices, orders or other papers may alternatively be sent to Mr. Kim at the addresses listed below.

NOTICE OF APPEARANCE                                                                                                                                   1

Mail delivered through the U.S. Postal Service should be addressed to:

Joseph H. Kim  
United States Department of Justice  
Environment & Natural Resources Division  
P.O. Box 7369  
Washington, DC 20044-7369  

Mail delivered by Federal Express, United Parcel Service, or special messenger should be addressed to:

Joseph H. Kim  
United States Department of Justice  
Environment & Natural Resources Division  
601 D Street, N.W.  
3rd floor  
Washington, DC 20004  

Mr. Kim's telephone number is (202) 305-0207, and his fax number is (202) 305-0275.

Electronic mail should be addressed to joseph.kim@usdoj.gov.

Dated: June 3, 2008                                     RONALD J. TENPAS  
                                                        Assistant Attorney General  

                                                        BRIAN MCLACHLAN (D.C. 472413)  
                                                        U.S. Department of Justice  
                                                        Environment & Natural Resources Division  
                                                        c/o United States Attorney's Office  
                                                        700 Stewart Street, Suite 5220  
                                                        Seattle, Washington 98101-1271  
                                                        Tel: (206) 553-4148  
                                                        Fax: (206) 553-4067  
                                                        brian.mclachlan@usdoj.gov  

                                                        BEVERLY F. LI (WSBA # 33267)  
                                                        U.S. Department of Justice  
                                                        Environment & Natural Resources Division  
                                                        P.O. Box 663  
                                                        Washington, D.C. 20044-0663  
                                                        Telephone: 202-353-9213  
                                                        Facsimile: 202-305-0506

beverly.li@usdoj.gov

  s/ Joseph H. Kim
JOSEPH H. KIM (IL 6243249)
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7369
Washington, DC 20044-7369
Telephone: 202-305-0207
Facsimile: 202-305-0275
joseph.kim@usdoj.gov

DEAN K. DUNSMORE
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone: (907) 271-5452
Facsimile:(907) 271-5827
dean.dunsmore@usdoj.gov

Attorneys for Federal Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 3, 2008, I filed the foregoing NOTICE OF APPEARANCE electronically through the CM/ECF System, which caused the following counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Goriune Dudukgian
gdudukgian@alsc-law.org

Natalie Landreth
landreth@narf.org

Richard de Bodo
rdebodo@hhlaw.com

    s/ Joseph H. Kim
Joseph H. Kim
Counsel for Defendant