RONALD J. TENPAS
Assistant Attorney General

BRIAN A. MCLACHLAN
U.S. Department of Justice
Environment & Natural Resources Division
c/o United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Tel: (206) 553-4148
Fax: (206) 553-4067
brian.mclachlan@usdoj.gov

Attorneys for Federal Defendants
(Additional Counsel Listed in Signature Block)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| NATIVE VILLAGE OF EYAK, <br> NATIVE VILLAGE OF TATITLEK, <br> NATIVE VILLAGE OF CHENEGA, <br> (aka CHENEGA BAY), NATIVE <br> VILLAGE OF NANWALEK, NATIVE <br> VILLAGE OF PORT GRAHAM, <br><br> Plaintiffs, <br><br> v. <br><br> CARLOS GUTIERREZ, Secretary <br> of Commerce, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. A98-365-CV (HRH) <br><br><br> **MOTION TO EXPEDITE JEFF LEER'S** <br> **MOTION TO QUASH** [Docket No. 127] |

Defendant hereby moves, pursuant to D.Ak. LR 7.2(c), for expedited consideration (including the expedition of any hearing the Court may desire) of the Motion to Quash or, in the Alternative, for a Protective Order Regarding Subpoena of Jeff Leer [Docket No. 127] ("Motion to

Quash"), which seeks to entirely avoid the properly issued subpoena for a discovery deposition in this case.

Plaintiffs and Mr. Leer do not oppose this motion.

As explained in more detail in the Declaration of Joseph H. Kim (attached as Exhibit 1 hereto), expedition is needed because discovery is currently set to close on Friday, June 13, 2008. Although Plaintiffs have agreed to allow Mr. Leer's deposition to go forward notwithstanding the close of discovery should the Court deny the motion to quash, expedition is necessary because of other impending deadlines leading to trial. Defendant would thus be prejudiced by having to conduct this deposition outside the discovery window.[1]

As shown in the attached proof of service, all counsel for both Plaintiffs and Mr. Leer will receive notice of this motion through the ECF system, allowing them the opportunity to see this motion as soon as the court. See D.Ak. LR 7.2(c)(1)[B](i).

WHEREFORE, Defendant respectfully requests that this Court expedite the consideration of Mr. Leer's Motion to Quash, including shortening the time for any reply brief.

Dated: June 9, 2008                          RONALD J. TENPAS
                                             Assistant Attorney General

                                             BRIAN MCLACHLAN (D.C. 472413)
                                             U.S. Department of Justice
                                             Environment & Natural Resources Division
                                             c/o United States Attorney's Office
                                             700 Stewart Street, Suite 5220
                                             Seattle, Washington 98101-1271

---

[1] Although Defendant is not seeking to modify any case deadlines at this point, some modification may become necessary should Defendant's ability to depose Mr. Leer be delayed significantly.

Tel: (206) 553-4148
Fax: (206) 553-4067
brian.mclachlan@usdoj.gov

BEVERLY F. LI (WSBA # 33267)
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-353-9213
Facsimile: 202-305-0506
beverly.li@usdoj.gov

  s/ Joseph H. Kim
JOSEPH H. KIM (IL 6243249)
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7369
Washington, DC 20044-7369
Telephone: 202-305-0207
Facsimile: 202-305-0275
joseph.kim@usdoj.gov

DEAN K. DUNSMORE
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone: (907) 271-5452
Facsimile:(907) 271-5827
dean.dunsmore@usdoj.gov

Attorneys for Federal Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 9, 2008, I filed the foregoing MOTION TO EXPEDITE JEFF LEAR'S MOTION TO QUASH electronically through the CM/ECF System, which caused the following counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

>Goriune Dudukgian
>gdudukgian@alsc-law.org
>
>Natalie Landreth
>landreth@narf.org
>
>Richard de Bodo
>rdebodo@hhlaw.com

        s/ Joseph H. Kim
        Joseph H. Kim
        Counsel for Defendant