RONALD J. TENPAS
Assistant Attorney General

BRIAN A. MCLACHLAN
U.S. Department of Justice
Environment & Natural Resources Division
c/o United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Tel: (206) 553-4148
Fax: (206) 553-4067
brian.mclachlan@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| NATIVE VILLAGE OF EYAK,<br>NATIVE VILLAGE OF TATITLEK,<br>NATIVE VILLAGE OF CHENEGA,<br>(aka CHENEGA BAY), NATIVE<br>VILLAGE OF NANWALEK, NATIVE<br>VILLAGE OF PORT GRAHAM,<br><br>           Plaintiffs,<br><br>     v.<br><br>CARLOS GUTIERREZ, Secretary<br>of Commerce,<br><br>           Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. A98-365-CV (HRH)<br><br>**[PROPOSED] ORDER ON MOTION TO EXPEDITE JEFF LEER'S MOTION TO QUASH** [Docket No. 127] |

This matter coming before the Court on Defendant's Motion to Expedite Jeff Leer's Motion to Quash, the Court being duly advised,

**IT IS HEREBY ORDERED:**

1. Defendant's Motion to Expedite Jeff Leer's Motion to Quash is **GRANTED**.

[PROPOSED] ORDER ON MOTION TO EXPEDITE LEER'S MOTION TO QUASH
Eyak v. Gutierrez, A98-365-CV (HRH)                                                                                        1

      2.      Plaintiffs and/or Mr. Leer must file any reply brief for Mr. Leer's motion to quash by Tuesday, June 10, 2008.

      3.      Mr. Leer's motion to quash will be deemed submitted by Wednesday, June 11, 2008.


Dated: _____                              _____

                                                              H. Russel Holland
                                                              United States District Judge