RONALD J. TENPAS
Assistant Attorney General

BRIAN A. MCLACHLAN
U.S. Department of Justice
Environment & Natural Resources Division
c/o United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Tel: (206) 553-4148
Fax: (206) 553-4067
brian.mclachlan@usdoj.gov

Attorneys for Federal Defendants
(Additional Counsel Listed in Signature Block)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIVE VILLAGE OF EYAK,<br>NATIVE VILLAGE OF TATITLEK,<br>NATIVE VILLAGE OF CHENEGA,<br>(aka CHENEGA BAY),<br>NATIVE VILLAGE OF NANWALEK, and<br>NATIVE VILLAGE OF PORT GRAHAM,<br><br>    Plaintiffs,<br><br>    v.<br><br>CARLOS GUTIERREZ, Secretary<br>of Commerce,<br><br>    Defendant. | Case No. A98-365-CV (HRH)<br><br>**DECLARATION OF JOSEPH H. KIM IN SUPPORT OF DEFENDANT'S MOTION TO EXPEDITE JEFF LEER'S MOTION TO QUASH**<br>[Docket No. 127] |

I, Joseph H. Kim, hereby declare as follows:

1.    I am one of the attorneys for the Defendant in this case. In my capacity as counsel for Defendant, I have had communications with Plaintiffs' counsel, one of whom also now apparently represents Jeff Leer.

EXHIBIT _1_
Page _1_ of _4_

2.      On Tuesday evening, June 3, 2008, Defendant received a motion to quash Mr. Leer's subpoena [Docket No. 127], which sought to entirely avoid the deposition of Mr. Leer that was scheduled for June 4, 2008.

3.      Discovery in this case is set to close on Friday, June 13, 2008. See Order for Pretrial Proceedings and Final Pretrial Conference [Docket No. 123] at ¶ 10.

4.      A joint statement of issues and a joint statement of uncontested facts is due to be filed by June 27, 2008. See Order for Pretrial Proceedings and Final Pretrial Conference [Docket No. 123] at 1-2, ¶¶ 1, 2. Final revised witness lists are due to be filed by July 11, 2008, and trial exhibits are also due by that date. See id. at 2-4, ¶¶ 3, 4. Trial briefs are due to be filed by July 18, 2008. See id. at 5, ¶ 8. Final pretrial motions are due by July 25, 2008, with any responses due by August 5, 2008. See id. at 4, ¶ 5. A final pretrial conference is set for August 11, 2008, see id. at 6, ¶ 1, and trial is set to begin on August 18, 2008, see id. at 5, ¶ 9.

5.      In order to expedite consideration of this motion to quash [Docket No. 127], Defendant expedited his response by filing it on Friday, May 6, 2008 [Docket No. 128].

6.      Even with Defendant's expedited response, under normal motion practice under D.Ak. LR 7.1, the motion to quash [Docket No. 127] would not even be deemed submitted until after the close of discovery.

7.      As set forth in more detail in Defendant's response to the motion to quash [Docket No. 128], Defendant has the right to depose Mr. Leer, and Mr. Leer's counsel has not set forth any proper basis to quash the subpoena or avoid his deposition.

8.    Defendant would like to depose Mr. Leer before the close of discovery. Even if the discovery period is extended, unless other case deadlines are also modified, Defendant would be prejudiced by having to wait to depose Mr. Leer until after June 13. Defendant does not seek to modify any other case deadlines, but instead seeks to depose Mr. Leer as expeditiously as possible. Depending, however, on the date that Defendant actually gets to depose Mr. Leer, some other adjustments may be necessary to avoid or at least minimize the prejudice to Defendant.

9.    In order to further expedite consideration of this motion to quash [Docket No. 127], and as required by local rules, Defendant contacted counsel for Plaintiffs and Mr. Leer on Friday, May 6, 2008, regarding this motion to expedite. Counsel for Plaintiffs and Mr. Leer promptly responded that same day, indicating that they would not oppose an expedited reply schedule which could make their reply due as early as Tuesday, June 10, 2008, or and expedited hearing. A true and correct copy of that e-mail exchange is attached hereto as Attachment 1.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 9, 2008, at Anchorage, Alaska.

Joseph H. Kim

## Kim, Joseph (ENRD)

| | |
|---|---|
| **From:** | Natalie Landreth [landreth@narf.org] |
| **Sent:** | Friday, June 06, 2008 1:19 PM |
| **To:** | Kim, Joseph (ENRD) |
| **Cc:** | gdudukgian@alsc-law.org; 'de Bodo, Richard'; McLachlan, Brian (ENRD); Li, Beverly (ENRD) |
| **Subject:** | RE: Leer's Motion to Quash |

Yes an expedited reply (maybe 2 days) is fine, as well as an expedited hearing, but recall that we stated if Judge Holland orders Leer to be deposed he will be available even if it is after the close of discovery.

*Natalie Landreth*
*Staff Attorney*
*Native American Rights Fund*
*420 L Street, Suite 505*
*Anchorage, Alaska 99501*
*ph: 907-276-0680*
*fax: 907-276-2466*

This electronic message transmission contains information from the Native American Rights Fund which may be confidential, privileged and/or attorney work product. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us immediately by email and delete the original message

**From:** Kim, Joseph (ENRD) [mailto:Joseph.Kim@usdoj.gov]
**Sent:** Friday, June 06, 2008 12:50 PM
**To:** Natalie Landreth
**Cc:** gdudukgian@alsc-law.org; de Bodo, Richard; McLachlan, Brian (ENRD); Li, Beverly (ENRD)
**Subject:** RE: Leer's Motion to Quash

Natalie:

We are hoping to get our response to Mr. Leer's Motion to Quash on file soon (hopefully today), as we want to expedite this matter. In that regard, I am contacting you pursuant to local rule 7.2(c)(1)[A](ii) and (iii), to determine your position on this. Specifically, I would like to know whether you will agree to waive or expedite your reply brief, and whether you will agree to an expedited hearing or consideration of your motion. Given the current close of discovery on June 13, we believe it is urgent that this matter is before the court as soon as possible. I would like your response today, and will need it by the end of the day Sunday, as we believe we must file the motion contemplated by this rule no later than Monday morning.

Joe

ATTACHMENT  *1*

EXHIBIT  *1*
Page  *4*  of  *4*

6/8/2008