Natalie Landreth
NATIVE AMERICAN RIGHTS FUND
420 L Street, Suite 505
Anchorage, Alaska 99501
Phone: (907) 276-0680
Facsimile: (907) 276-2466
Email: landreth@narf.org

Rich de Bodo
HOGAN & HARTSON LLP
1999 Avenue of the Stars Suite 1400
Los Angeles, California 90067
Phone: (907) 310-785-4694
Facsimile: (907) 785-4601

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EYAK *et. al,*<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>CARLOS GUTIERREZ, SECRETARY OF COMMERCE<br><br>　　　　　　Defendant. | Case No. A98-365-CV (HRH)<br><br>**OPPOSITION TO MOTION FOR EXPEDITED CONSIDERATION** |

Plaintiffs regrettably must oppose Defendant's motion for expedited consideration regarding Mr. Leer's request to quash the subpoena issued to him. Mr. Leer filed a very short request detailing his reasons and was not aware of, and accordingly did not anticipate, the length and volume of materials submitted by Defendant in opposition to his motion to quash. Moreover, given the specificity of the statements, Mr. Leer himself may be required to provide a declaration in response which, given the fact that he remains in Seattle for medical treatment, may not be accomplished in such a short time frame. Thus, plaintiffs and

Mr. Leer will not be able to respond fully in an expedited time frame, and request that the Court deny the request for expedited consideration.

Furthermore, time is not of the essence here since Plaintiffs have notified Defendant on at least two occasions that, even though fact discovery closes in this case on June 13, should this Court not quash the subpoena Plaintiffs will not object to Mr. Leer's deposition being taken after the close of discovery.

Plaintiffs and Mr. Leer do intend to respond in accordance with the time frame set out in the Federal Rules of Civil Procedure, and reiterate that upon examination of the actual opposition to the motion to quash, they regrettably they will require more time than that allowed by expedited consideration. Therefore, they respectfully request that the Court not consider the motion to quash on an expedited timeframe.

DATED this 10th day of June 2008.

<div style="margin-left:3em">

s/nlandreth

Natalie A. Landreth (Bar no. 0405020)
NATIVE AMERICAN RIGHTS FUND
420 L Street, Suite 505
Anchorage, Alaska 99501
Phone: (907) 276-0680
Facsimile: (907) 276-2466
Email: landreth@narf.org

</div>

## CERTIFICATE OF SERVICE

I, Natalie Landreth, certify that a true and correct copy of **OPPOSITION TO MOTION FOR EXPEDITED CONSIDERATION** in Case No. A98-365-CV (HRH) was served on June 10, 2008 pursuant to the Court's electronic filing procedures upon the following:

Dean Dunsmore    dean.dunsmore@usdoj.gov, lorraine.carter@usdoj.gov

Beverly F. Li    beverly.li@usdoj.gov, efile_nrs.enrd@usdoj.gov

Brian McLachlan    brian.mclachlan@usdoj.gov


                                        s/nlandreth