Natalie Landreth
NATIVE AMERICAN RIGHTS FUND
420 L Street, Suite 505
Anchorage, Alaska 99501
Phone: (907) 276-0680
Facsimile: (907) 276-2466
Email: landreth@narf.org

Goriune Dudukgian
ALASKA LEGAL SERVICES CORPORATION
1016 West 6th Ave., Suite 200
Anchorage, Alaska 99501
Phone: (907) 222-4524
Facsimile: (907) 279-7417

Rich de Bodo
HOGAN & HARTSON LLP
1999 Avenue of the Stars Suite 1400
Los Angeles, California 90067
Phone: (907) 310-785-4694
Facsimile: (907) 785-4601

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| EYAK *et. al*,<br><br>Plaintiffs,<br><br>v.<br><br>CARLOS GUTIERREZ, SECRETARY OF COMMERCE<br><br>Defendant. | Case No. A98-365-CV (HRH)<br><br>**NOTICE OF CHANGE OF ADDRESS** |

TO ALL PARTIES AND THEIR ATTORNEYS

Please take notice that Native American Rights Fund is moving their offices.  After

July 7, 2008, Native American Rights Fund new address will be as follows:

Native American Rights Fund
801 B Street, Suite 401
Anchorage, Ak  99501

Phone and fax numbers, as well as e-mail addresses will stay the same.

DATED this 23rd day of June 2008.

<u>s/nlandreth</u>

Natalie A. Landreth (Bar no. 0405020)
NATIVE AMERICAN RIGHTS FUND
420 L Street, Suite 505
Anchorage, Alaska 99501
Phone: (907) 276-0680
Facsimile: (907) 276-2466
Email: <u>landreth@narf.org</u>

## CERTIFICATE OF SERVICE

I, Natalie Landreth, certify that a true and correct copy of NOTICE OF CHANGE OF ADDRESS was served on June 23, 2008 pursuant to the Court's electronic filing procedures upon the following:

Dean Dunsmore    dean.dunsmore@usdoj.gov, lorraine.carter@usdoj.gov

Beverly F. Li    beverly.li@usdoj.gov, efile_nrs.enrd@usdoj.gov

Brian McLachlan    brian.mclachlan@usdoj.gov

s/nlandreth