Natalie A. Landreth
NATIVE AMERICAN RIGHTS FUND
420 L Street, Suite 505
Anchorage, Alaska 99501
Tel: (907) 276-0680
Fax: (907) 276-2466
landreth@narf.org

Attorneys for Plaintiffs
(Additional counsel listed in signature block)

RONALD J. TENPAS
Assistant Attorney General

BRIAN A. MCLACHLAN
U.S. Department of Justice
Environment & Natural Resources Division
c/o United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Tel: (206) 553-4148
Fax: (206) 553-4067
brian.mclachlan@usdoj.gov

BEVERLY F. LI (WSBA # 33267)
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-353-9213
Facsimile: 202-305-0506
beverly.li@usdoj.gov

Attorneys for Federal Defendants
(Additional Counsel Listed in Signature Block)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| NATIVE VILLAGE OF EYAK, | ) | Case No. A98-365-CV (HRH) |
| NATIVE VILLAGE OF TATITLEK, | ) | |
| NATIVE VILLAGE OF CHENEGA, | ) | |
| (aka CHENEGA BAY), NATIVE | ) | |
| VILLAGE OF NANWALEK, NATIVE | ) | **JOINT STATEMENT OF** |
| VILLAGE OF PORT GRAHAM, | ) | **UNCONTESTED FACTS** |

|                                         |   |
|-----------------------------------------|---|
|                     Plaintiffs,         | ) |
| v.                                      | ) |
| CARLOS GUTIERREZ, Secretary of Commerce,| ) |
|                     Defendant.          | ) |

The parties submit the following facts as uncontested:

1. Plaintiffs, consisting of the Native Villages of Eyak, Tatitlek, Chenega, Nanwalek, and Port Graham, are all federally recognized tribes.

2. Plaintiff Villages include descendants of the people who inhabited Prince William Sound and the Lower Kenai Peninsula prior to contact with Russians and Europeans.

3. Map Nos. 16640, 16700, and 16013 generated by the National Oceanic and Atmospheric Administration ("NOAA") list the range of depths of Prince William Sound and Lower Cook Inlet.

4. The Native Villages of Eyak, Tatitlek, and Chenega are presently located in Prince William Sound.

5. The Native Villages of Port Graham and Nanwalek are presently located on the east side of Cook Inlet, on the Lower Kenai Peninsula.

6. This case involves certain waters of the Outer Continental Shelf/Exclusive Economic Zone ("EEZ") in Lower Cook Inlet and the Gulf of Alaska over which Plaintiffs claim aboriginal rights.

7. The National Marine Fisheries Service has established a fishery management area for the Gulf of Alaska that encompasses the EEZ of the North Pacific Ocean between the eastern Aleutian Islands at 170° W. longitude and Dixon Entrance at 132°40' W. longitude.

8. Prince William Sound and Lower Cook Inlet border the Gulf of Alaska.

9. Sablefish is also known as "black cod," although biologically it is not within the cod family.

## II.    Defendant's Separate Statement Not Concurred in by Plaintiffs

Pursuant to the Court's pretrial order, Defendant provided Plaintiffs with a Statement of Facts he intends to prove at trial.  See Order for Pretrial Proceedings and Final Pretrial Conference at 1-2 (requiring the Parties to "each prepare a statement of facts which they intend to prove at trial" absent an agreement for an alternate procedure).  Defendant's statement contained 188 separate facts.  Plaintiffs did not provide a statement of facts they intend to prove at trial for Defendant's review; rather, Plaintiffs provided Defendant with a draft statement of uncontested facts which listed only 7 facts.  Accordingly, Defendant could not identify those facts Plaintiffs intend to prove at trial which are not controverted.  See Order at 2.  Defendant objects to Plaintiffs' failure to provide a statement of facts they intend to prove at trial and requests that Plaintiffs provide such a statement immediately.

## III.    Plaintiffs' Separate Statement Not Concurred in by Defendant

Defendant apparently disagrees with the Plaintiffs' proposed statement of uncontested facts. The Court's order was provided that "[t]he emphasis in the statement of uncontested facts should be upon the inclusion of all possible *non-controversial,* background material." The order further provides the statement should "include all facts upon which a party intends to rely *and which the opposing party does not intent to controvert*." In accordance with the letter of the order, Plaintiffs listed only listed those facts to which the Defendant might potentially agree,

rather than all facts of the case to which Defendant would obviously not agree. Plaintiffs disagree with Defendant's interpretation of the order.

Dated: June 27, 2008

   s/nlandreth
Natalie A. Landreth
NATIVE AMERICAN RIGHTS FUND
420 L Street, Suite 505
Anchorage, Alaska 99501
Phone: (907) 276-0680
Facsimile: (907) 276-2466

Goriune Dudukgian
ALASKA LEGAL SERVICES CORPORATION
1016 West 6th Ave., Suite 200
Anchorage, Alaska 99501
Phone: (907) 222-4524
Facsimile: (907) 279-7417

Rich de Bodo
HOGAN & HARTSON LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Phone: (310) 785-4694
Facsimile: (310) 785-4601

Attorneys for Plaintiffs

Dated: June 27, 2008				RONALD J. TENPAS
						Assistant Attorney General

						BRIAN MCLACHLAN (D.C. 472413)
						U.S. Department of Justice
						Environment & Natural Resources Division
						c/o United States Attorney's Office
						700 Stewart Street, Suite 5220
						Seattle, Washington 98101-1271
						Tel: (206) 553-4148
						Fax: (206) 553-4067
						brian.mclachlan@usdoj.gov


						/s/
						BEVERLY F. LI (WSBA # 33267)
						U.S. Department of Justice
						Environment & Natural Resources Division
						P.O. Box 663
						Washington, D.C. 20044-0663
						Telephone: 202-353-9213
						Facsimile: 202-305-0506
						beverly.li@usdoj.gov

						JOSEPH H. KIM (IL 6243249)
						United States Department of Justice
						Environment & Natural Resources Division
						P.O. Box 7369
						Washington, DC 20044-7369
						Telephone: 202-305-0207
						Facsimile: 202-305-0275
						joseph.kim@usdoj.gov

						DEAN K. DUNSMORE
						U.S. Department of Justice
						Environment & Natural Resources Division
						801 B Street, Suite 504
						Anchorage, AK 99501-3657
						Telephone: (907) 271-5452
						Facsimile:(907) 271-5827
						dean.dunsmore@usdoj.gov

						Attorneys for Federal Defendants

**CERTIFICATE OF SERVICE**

I, Natalie Landreth, certify that a true and correct copy of JOINT STATEMENT OF UNCONTESTED FACTS in Case No. A98-365-CV (HRH) was served on June 27, 2008 pursuant to the Court's electronic filing procedures upon the following:

Dean Dunsmore    dean.dunsmore@usdoj.gov, lorraine.carter@usdoj.gov

Beverly F. Li    beverly.li@usdoj.gov, efile_nrs.enrd@usdoj.gov

Brian McLachlan    brian.mclachlan@usdoj.gov

                                                s/nlandreth