## UNITED STATES DISTRICT COURT

### DISTRICT OF ALASKA

| | | |
|---|---|---|
| Native Village of Eyak, et al. | ) | |
| | ) | Case No 3:98-cv-00365 (HRH) |
| | ) | |
| Plaintiff(s), | ) | MOTION AND APPLICATION |
| vs. | ) | OF NON-RESIDENT ATTORNEY |
| | ) | FOR PERMISSION TO APPEAR |
| Carlos Gutierrez, et al. | ) | AND PARTICIPATE IN THE |
| | ) | UNITED STATES DISTRICT COURT |
| Defendant(s). | ) | FOR THE DISTRICT OF ALASKA |

To the Honorable Judge of the above-entitled court:

I, Lynn Y. Lee                , hereby apply for permission to appear and participate as counsel for Native Village of Eyak, et al.        , plaintiff/defendant, in the above-entitled cause pursuant to Rule 83.1(d) of the Local Rules for the United States District Court, District of Alaska.

☐   I hereby apply for permission to appear and participate as counsel WITHOUT ASSOCIATION of local counsel because: [Check whichever of the following boxes apply, if any.]

    ☐   I am a registered participant in the CM/ECF System for the District of Alaska.

    ☐   I have concurrently herewith submitted an application to the Clerk of the Court for registration as a participant in the CM/ECF System for the District of Alaska.

    ☐   For the reasons set forth in the attached memorandum.

**OR**

[Rule 83.frm]{Rev.01/06}

☒    I hereby designate Natalie A. Landreth _____, a member of the Bar of this court, who maintains an office at the place within the district, with whom the court and opposing counsel may readily communicate regarding conduct of this case

DATE:   July 21, 2008

_____
(Signature)

Name:   Lynn Y. Lee

Address:   Hogan & Hartson LLP
              1999 Avenue of the Stars, Suite 1400
              Los Angeles, CA 90067

Telephone: **310-785-4600**          e-mail:  lylee@hhlaw.com

## Consent of Local Counsel*

I hereby consent to the granting of the foregoing application.

DATE:

_____
(Signature)

Name:   Natalie A. Landreth

Address:   Native American Rights Fund
              801 B Street, Suite 401
              Anchorage, Alaska 99501

Telephone: (907) 276-0680          e-mail:  landreth@narf.org

(*Member of the Bar of the United States District Court for the District of Alaska)

IT IS SO ORDERED:

DATED:_____          _____
                                                    UNITED STATES DISTRICT JUDGE
                                                    For the District of Alaska

[Rule 83.frm] {Rev. 01/06}

DECLARATION OF NONRESIDENT ATTORNEY

Full Name: Lynn Y. Lee

Business Address: 1999 Avenue of the Stars, Los Angeles, CA 90067
(Mailing/Street) (City, State, ZIP)

Residence: 432 S. Curson Ave., Apt. 8G, Los Angeles, CA 90036
(Mailing/Street) (City, State, ZIP)

Business Telephone: (310) 785-4623    e-mail address: lylee@hhlaw.com

Other Names/Aliases:

Jurisdictions to Which Admitted and year of Admission:

| Jurisdiction | Address | Year |
|---|---|---|
| California | | 2005 |
| Central District of California | | 2005 |
| | | |
| | | |

Are you the subject of any pending disciplinary proceeding in any jurisdiction to which admitted?

Yes ☐    No ☒    (If Yes, provide details on a separate attached sheet)

Have you ever been suspended from practice or disbarred in any jurisdiction to which admitted?

Yes ☐    No ☒    (If Yes, provide details on a separate attached sheet)

In accordance with D.AK. LR 83.1(d)(4)[A](vi), I certify I have read the District of Alaska local rules by visiting the court's website at http://www.akd.uscourts.gov and understand that the practices and procedures of this court may differ from the practices and procedures in the courts to which I am regularly admitted.

A Certificate of Good Standing from a jurisdiction to which I have been admitted is attached.

Pursuant to 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing information is true, correct, and accurate.

Dated:

(Signature of Applicant)

[Rule 83.frm]{Rev.01/06}