Natalie Landreth
NATIVE AMERICAN RIGHTS FUND
801 B Street, Suite 401
Anchorage, Alaska 99501
Phone: (907) 276-0680
Facsimile: (907) 276-2466
Email: landreth@narf.org

Goriune Dudukgian
ALASKA LEGAL SERVICES CORPORATION
1016 West 6th Ave., Suite 200
Anchorage, Alaska 99501
Phone: (907) 222-4524
Facsimile: (907) 279-7417

Rich de Bodo
HOGAN & HARTSON LLP
1999 Avenue of the Stars Suite 1400
Los Angeles, California 90067
Phone:  310-785-4694
Facsimile: 310-785-4601

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EYAK *et. al*,<br><br>              Plaintiffs,<br><br>v.<br><br>CARLOS GUTIERREZ, SECRETARY OF COMMERCE<br><br>              Defendant. | Case No. A98-365-CV (HRH)<br><br>**NOTICE OF WITHDRAWL OF MOTION TO REQUEST TO USE REAL-TIME COURT REPORTER AT TRIAL** |

        Plaintiffs hereby withdraw their request for an independent real-time court reporter at trial, which was made on **July 18, 2008.**  Plaintiffs will utilize the certified court reporters provided by the court for their daily transcription of trial proceeding.  The issues having been resolved, it is no longer necessary for the Court to consider this matter.

DATED this 25th day of July 2008.

s/nlandreth

Natalie A. Landreth (Bar no. 0405020)
NATIVE AMERICAN RIGHTS FUND
801 B Street, Suite 401
Anchorage, Alaska 99501
Phone: (907) 276-0680
Facsimile: (907) 276-2466
Email: landreth@narf.org


Goriune Dudukgian
ALASKA LEGAL SERVICES CORPORATION
1016 West 6th Ave., Suite 200
Anchorage, Alaska 99501
Phone: (907) 222-4524
Facsimile: (907) 279-7417
Email: gdudukgian@alsc-law.org

Rich de Bodo
HOGAN & HARTSON LLP
1999 Avenue of the Stars Suite 1400
Los Angeles, California 90067
Phone: 310-785-4694
Facsimile: 310- 785-4601
Email: rdebodo@hhlaw.com

**CERTIFICATE OF SERVICE**

I, Natalie Landreth, certify that a true and correct copy of **NOTICE OF WITHDRAWAL OF MOTION REQUEST TO USE REAL-TIME COURT REPORTER** was served on July 25, 2008 pursuant to the Court's electronic filing procedures upon the following:

Dean Dunsmore     dean.dunsmore@usdoj.gov, lorraine.carter@usdoj.gov

Beverly F. Li     beverly.li@usdoj.gov, efile_nrs.enrd@usdoj.gov

Brian McLachlan     brian.mclachlan@usdoj.gov


s/nlandreth