Michael R. Yarborough
May 23, 2008

Page 1

1           IN THE UNITED STATES DISTRICT COURT

2             FOR THE DISTRICT OF ALASKA

3

4   EYAK, et al.,            )
                             )
5           Plaintiffs,      )
                             )
6   vs.                      )
                             )
7   CARLOS GUTIERREZ,        )
    SECRETARY OF COMMERCE,   )
8                            )
            Defendant.       )
9   _____) CASE NO. A98-365-CV(HRH)

10

11

12  _____

13              DEPOSITION OF
              MICHAEL R. YARBOROUGH
14  _____

15             May 23, 2008
                9:30 a.m.
16

17

                Taken at:
18       Native American Rights Fund
          420 L Street, Suite 505
19         Anchorage, Alaska

20

21

22

23

24  Reported by:  Sandra M. Mierop, CRR, CCP, CBC

25

Michael R. Yarborough
May 23, 2008

Page 2

A P P E A R A N C E S

FOR THE PLAINTIFFS:

ALASKA LEGAL SERVICES CORPORATION
1016 West 6th Avenue, Suite 200
Anchorage, Alaska 99501

By: Goriune Dudukgian

FOR THE DEFENDANT:
U.S. DEPARTMENT OF JUSTICE
Environment and Natural Resources Division
U.S. Attorney's Office
700 Stewart Street, Room 5220
Seattle, Washington 98101
By: Brian A. McLachlan

Also present:
Kathleen Doherty

Page 3

INDEX TO DEPOSITION
MICHAEL R. YARBOROUGH          MAY 23, 2008
EXAMINATION
PAGE

BY MR. DUDUKGIAN                    4
BY MR. McLACHLAN                    221
BY MR. DUDUKGIAN                    225

EXHIBITS

NUMBER     DESCRIPTION       FIRST REFERENCE
                               PAGE, LINE
1     CV Michael R. Yarborough      9, 24
2     Expert Report, Yarborough    180, 7
3     Supplement Expert Report     196, 2
      Yarborough

4     Declaration, Yarborough      201, 15

5     Second Declaration,          211, 19
      Yarborough

Page 4

MICHAEL R. YARBOROUGH
having been duly sworn, testified as follows:
EXAMINATION
Q.    (BY MR. DUDUKGIAN) Sir, can you please
state your name and business address for the
record?
A.    My name is Michael Yarborough,
Y-a-r-b-o-r-o-u-g-h; and my business address is
3504 East 67th Avenue, Anchorage 99507.
Q.    And I know you've done depositions
before; I've read one of your deposition
transcripts. That's how I know. But I'd like to
go over some of the basic ground rules with you,
if I could.
        I'm going to be asking you a series
of questions that you need to answer under oath
as if you were testifying in court. The court
reporter will be transcribing my questions and
your answers. It's important that all of your
answers need to be audible. "Uh-huhs" and
"huh-uhs" will not do. You understand?
A.    Yes.
Q.    Because the transcript is being
prepared, it's important that only one of us
speak at a time. I'm going to do my best not to

Page 5

interrupt you. If you can do the same for me,
I'd appreciate it.
A.    Yes.
Q.    I'm going to ask you some questions. I
want to tell you that I know very little about
anthropology or archeology. If you don't
understand my questions, please let me know and
I'll rephrase it as many times as it takes.
A.    Okay.
Q.    If you answer one of my questions, I'm
going to assume that you understood it, okay?
A.    Yes.
Q.    If at any point during the deposition
you want to change one of your earlier answers or
you realize maybe you didn't understand my
question, let me know and we can go back to it.
        If ever you need a break for any
reason, even if we had one five minutes ago,
please let me know and we'll take a break anytime
you want to, okay?
A.    I will.
Q.    Can you think of any reasons why you
might not be able to testify truthfully today?
A.    No.
Q.    Are you physically feeling okay?

Michael R. Yarborough
May 23, 2008

Page 6

1    A.    Yes.
2    Q.    You seemed a little hesitant --
3    A.    I woke up with a headache, but other
4   than that, I'm fine.
5    Q.    And you don't think your headache's
6   going to interfere with your ability to testify
7   today?
8    A.    No; but if it does, I'll let you know.
9    Q.    Okay.  Thank you.  Are you under the
10  influence of any nonprescription medication
11  today?
12   A.    No.
13   Q.    Prescription medication?
14   A.    No.
15   Q.    Okay.  With that, I think I've covered
16  the basic ground rules.  And I want to start by
17  asking you a little bit about your CV.  You've
18  submitted several throughout the years.  This
19  case has been going on for a long time.  But I
20  believe that I have the most recent one with me.
21  And I might have left my copies, but if you need
22  to look at it, we can go off record, and I can go
23  get copies.  But I just had some questions about
24  it.  And, again, if you need to actually look at
25  it, let me know.

Page 7

1          So it looks like you got your
2   bachelor's degree in anthropology, correct?
3    A.    Yes.
4    Q.    I know little about anthropology.  Can
5   you give me a basic definition of what
6   anthropology is?
7    A.    Anthropology is the study of human
8   culture, human past and, basically, physical
9   anthropology, human -- basically, human
10  physiology.  Basically, anthropology is the study
11  of man.
12   Q.    And this might be a very basic question,
13  but how would you distinguish it from just
14  history?  Like, if you had a degree in history,
15  how would that be different than a degree in
16  anthropology?
17   A.    History revolves around written records,
18  recorded history.  Anthropology is, as I said,
19  the study of humans, human behavior, human
20  physical structure.  Human culture.
21   Q.    Okay.  Were there any particular areas
22  within the field of anthropology that you studied
23  for your bachelor's degree?
24   A.    My bachelor's degree was a generalized
25  degree in anthropology.

Page 8

1    Q.    So, am I correct in assuming there is no
2   point of emphasis for that degree?
3    A.    I specialized a bit -- more in
4   archeology, but, as I said, my degree is in
5   anthropology, so we -- we studied all three of
6   the major areas.
7    Q.    Can you tell me what those three areas
8   are?
9    A.    Cultural anthropology, physical
10  anthropology and archeology.
11   Q.    Can you give me a basic explanation of
12  what cultural anthropology is?
13   A.    Cultural anthropology is the study of
14  culture, learned, shared behavior.
15   Q.    Physical anthropology?
16   A.    Physical anthropology deals with,
17  basically, the human body, both paleontology,
18  study of human development, and also modern human
19  physiology.
20   Q.    And archeology?
21   A.    Study of past culture.
22   Q.    So, I guess I might have been confused
23  about this, but anthropology, in general, can be
24  a study of current or past cultures; is that
25  correct?

Page 9

1    A.    Yes.
2    Q.    Anthropology is limited to a study of
3   past cultures?
4    A.    No.  I think --
5    Q.    Okay.
6    A.    I think you misstated your question.
7          Anthropology --
8    Q.    Archeology -- sorry, yeah.  So,
9   anthropology is the study of culture, and
10  archeology is the study of -- did I say
11  archeology?  Archeology is the study of past
12  culture?
13   A.    Anthropology is the broader field.
14  Archeology is a subdivision of that field that
15  specializes in the study of the past.  But,
16  again, they're all part of the same broader
17  discipline.
18   Q.    Okay.  And your master's degree, that's
19  specifically in archeology, correct?
20   A.    No, anthropology.
21          MR. DUDUKGIAN:  Can we go off
22  record for a second?
23          (Discussion off the record.)
24          (Yarborough Exhibit No. 1 marked.)
25   Q.    (BY MR. DUDUKGIAN)  Sir, the court

Michael R. Yarborough
May 23, 2008

1   reporter just marked this document as Exhibit 1.
2   Do you recognize it?
3       A.   Yes.
4       Q.   Is it a copy of your current CV?
5       A.   Yes.
6       Q.   And perhaps you can clear up some
7   confusion, but at least on your CV it says that
8   your master of arts degree is in archeology?
9       A.   My master's degree is in archeology with
10  a -- anthropology with a specialty in archeology.
11  The diploma on my wall says "M. A. Anthropology."
12  That's not totally correct, but it's correct.
13      Q.   That's why I wanted to ask you the
14  question.  You got your bachelor's in '72 and
15  '73.  So was it one academic year of study to get
16  your master's degree then?
17      A.   Yes.
18      Q.   And I think you testified that your
19  specialization for your master's degree was in
20  archeology.  Did you take any general
21  anthropology courses to get your master's degree?
22      A.   Yes.
23      Q.   And do you recall what those general
24  anthropology courses were in?
25      A.   I took a year-long class in human

1   osteology, which is physical anthropology.  I
2   took a class in ethno history, which is a -- I
3   guess they call that a subdivision of cultural
4   anthropology.  I think those are the two that
5   come to mind immediately.
6       Q.   Okay.  And do you know how many courses
7   in archeology you needed to take for your degree?
8       A.   I can't remember specifically.
9       Q.   Okay.  And was there an area within
10  archeology, the field of archeology that you
11  specialized in for your degree?
12      A.   I went to Toronto to study Arctic
13  archeology.
14      Q.   And does that include the Arctic regions
15  throughout the planet, or just Canada and North
16  America?  Or can you explain a little bit about
17  what Arctic archeology means?
18      A.   Canada and North America.
19      Q.   Did you have to write a thesis to get
20  your master's degree?
21      A.   No.
22      Q.   And then it says on your CV that you did
23  do some coursework to get -- towards a Ph.D.
24  degree.  Do you have a Ph.D.?
25      A.   No.

1       Q.   And what kinds of coursework did you
2   take for the Ph.D. degree?
3       A.   It was a continuation of the master's
4   program, additional courses in archeology.  I
5   took a year of Russian.  Took a class in
6   geomorphology.
7       Q.   In your coursework for Ph.D., did you
8   take any general anthropology classes?
9       A.   No.
10      Q.   Besides the institutions listed on your
11  CV which are the University of Arkansas and the
12  University of Toronto, have you attended any
13  other institutions, whether graduate or
14  undergraduate, ever in your life?
15      A.   I've taken occasional classes over at
16  UAA.
17      Q.   Okay.
18      A.   Just for personal interest.
19      Q.   And am I correct in assuming that those
20  classes were not towards the obtaining of any
21  degree?  Just for your personal edification?
22      A.   Yes.
23      Q.   And do you have any other degrees other
24  than the ones listed on your CV?
25      A.   No.

1       Q.   Do you have any other employment since
2   you got your master's degree?  Have you worked
3   for any period of time for any other employers
4   other than the ones listed on your CV?
5       A.   I worked for about three months at a
6   radio station in Kodiak in 1976.
7       Q.   Really?
8       A.   That was --
9       Q.   Were you a DJ?
10      A.   I was news director.
11      Q.   Oh, news director.  Have you -- I see on
12  your CV there is -- you taught anthropology at
13  the Kodiak Community College?
14      A.   Yes.
15      Q.   It looks like for one semester?
16      A.   Yes.
17      Q.   Besides that position, have you had any
18  other teaching experience?
19      A.   No.
20      Q.   On your CV there's a list of one, two,
21  three, four publications, and also six papers
22  that you presented at professional meetings.
23  Besides the four published papers, are there any
24  other published papers that you are aware of that
25  you have been credited as an author?

Michael R. Yarborough
May 23, 2008

Page 14

1    A.   No.  I don't think so.
2    Q.   And are the papers presented a complete
3  list of the papers you've presented at
4  professional meetings?
5    A.   Yes.  Through the last one in 2008.
6    Q.   Have you ever been terminated from any
7  job for any reason?
8    A.   No.
9    Q.   Do you hold any -- currently hold any
10  professional licenses?
11    A.   No.
12    Q.   Have you ever held any professional
13  licenses?
14    A.   I had an FCC license to work at the
15  radio station, but --
16    Q.   Okay.  Other than that, can you think of
17  anything else?
18    A.   No.
19    Q.   Do you have any memberships in any
20  associations or societies on -- and I don't even
21  know if there are any associations or societies
22  in your field.  First of all, are there?
23    A.   Yes.
24    Q.   Are you a member of any of the
25  associations or societies?

Page 15

1    A.   I'm a member of the Alaska
2  Anthropological Society, Canadian Archeological
3  Association, the Society for Historic Archeology,
4  and the Society for American Archeology.  I think
5  that covers it.
6    Q.   In what areas would you consider
7  yourself to be an expert?
8        MR. McLACHLAN:  Objection.  Vague.
9        MR. DUDUKGIAN:  Okay.  Let me
10  rephrase the question.
11    Q.   (BY MR. DUDUKGIAN) First of all, sir,
12  did you understand that question?
13    A.   Not entirely.
14    Q.   Okay.  I will rephrase, then.
15        Do you consider yourself to be an
16  expert in anthropology?
17        MR. McLACHLAN:  Objection.
18    Q.   (BY MR. DUDUKGIAN) You can answer it,
19  sir.
20    A.   An expert?
21    Q.   Well, let me back up for a second.  Can
22  you define for me what you understand by the term
23  "expert"?
24    A.   No.
25    Q.   Do you understand that you've been

Page 16

1  retained as an expert witness in this case?
2    A.   Yes.
3    Q.   And what do you understand to be the --
4  the scope of your retention as an expert witness
5  in this case?
6    A.   It's my understanding that I was
7  retained to give expert testimony on the material
8  facts in this case from my perspective as an
9  Alaskan archeologist.
10    Q.   And what would you consider to be expert
11  testimony?  I guess -- I'm trying to get on the
12  same page as you as to the use of the word
13  "expert."
14        So, what would you consider to be
15  expert?  You said you were hired to provide
16  expert testimony.  Can you explain to me what you
17  mean by that?
18    A.   My professional opinion, best
19  professional opinion.
20    Q.   And in what fields do you believe you're
21  qualified to give, quote, unquote, expert
22  testimony?
23    A.   From my perspective as an Alaskan
24  archeologist.
25    Q.   Would it be correct to say that you

Page 17

1  believe you are qualified to provide expert
2  testimony on archeology involving the five
3  Plaintiff villages in this case?
4        MR. McLACHLAN:  Objection.  Vague.
5    Q.   (BY MR. DUDUKGIAN) You can answer it.
6    A.   Yes.
7    Q.   Do you believe that you are qualified to
8  provide expert testimony on anthropology -- the
9  anthropology of the five Plaintiff villages in
10  this case?
11        MR. McLACHLAN:  Objection.  Vague.
12    Q.   (BY MR. DUDUKGIAN) You can answer it.
13    A.   As far as archeology is a subdivision of
14  anthropology, yes.
15    Q.   Earlier when I was talking to you about
16  the subparts of anthropology, you also mentioned
17  cultural anthropology and physical anthropology.
18  Do you believe yourself to be qualified to
19  provide expert testimony on the cultural
20  anthropology of the five Plaintiff villages in
21  this case?
22    A.   No.
23        MR. McLACHLAN:  Objection.  I
24  wanted to get an objection in there.
25        Objection.  Vague.

5 (Pages 14 to 17)

Michael R. Yarborough
May 23, 2008

Page 18

1      MR. DUDUKGIAN:  It's not -- noted.
2      Q.    (BY MR. DUDUKGIAN) Do you, sir, consider
3   yourself to be qualified to provide expert
4   testimony on the physical anthropology of the
5   five Plaintiff villages in this case?
6      MR. McLACHLAN:  Objection.  Vague.
7      A.    No.
8      Q.    (BY MR. DUDUKGIAN) Besides being
9   qualified to provide expert testimony on the
10  archeology of the five Plaintiff villages in this
11  case, are there any other fields or areas where
12  you believe yourself qualified to provide expert
13  testimony?
14     MR. McLACHLAN:  Objection.  Vague.
15     A.    As an archeologist, I used a lot of
16  different areas of expertise to bring to bear on
17  my conclusions as an archeologist.
18     Q.    (BY MR. DUDUKGIAN) And can you list for
19  me all of these different areas of expertise?
20     A.    I could not.  Let me just say that in my
21  profession as an archeological consultant, I deal
22  with everything from 9-, 10,000-year-old
23  archeology sites up through World War II and Cold
24  War period sites.  So, the types of expertise
25  that I bring to bear in formulating my reports

Page 19

1   and my conclusions really vary depending on what,
2   where I'm dealing with.
3      Q.    Well, sir, in your various expert
4   reports you've provided opinions on a lot of
5   different areas that -- to use your -- to use
6   your words, a lot of areas of expertise that bear
7   on the topic; and I want to come up with a list.
8   And if it's not exclusive, at least you can start
9   with what you can think of.  You said the word "a
10  lot of areas of expertise," and I kind of want to
11  get a list started at least of these different
12  areas of expertise that you have as an
13  archeologist.  So, if you can, just start naming
14  for me these different areas.
15     A.    Specific to this case?  Or shall I be --
16     Q.    Let's start with generally.
17     A.    Okay.  Generally.  I use archeological
18  data.
19     Q.    Okay.  What else?
20     A.    I use information from physics for
21  radiocarbon dating.  We use ground-penetrating
22  radar.  I draw upon soil science.  A lot of
23  aspects from biology.  Climate change.
24  Tectonics, volcanism.  I use a lot of historic
25  resources.

Page 20

1      I draw upon ethnographic
2   information that's been collected in the past,
3   like, Frederica de Laguna and Kaj Birket-Smith.
4      For some of the studies we do of
5   historic buildings, I draw upon architects.  I've
6   worked with human osteologists for our skeletal
7   remains.  I've spent a lot of time working with
8   World War II records, DEW line site information,
9   archives.  And that's what immediately comes to
10  mind.  I'm sure there's some things I'm leaving
11  out.
12     Q.    Well, if you remember anything
13  throughout the course of the day, let me know.
14     And I do want to follow up on some
15  of the things you identified.  For example, you
16  said you consult historic resources.  Can you
17  give me some examples of historic resources that
18  you consult?
19     A.    Generally?
20     Q.    Yes.
21     A.    In my work?
22     Q.    Yes.
23     A.    I've looked at everything from both
24  primary and secondary sources on the Russian
25  period, early American period, archival

Page 21

1   materials, historic photographs, explorers'
2   journals, Alaska Commercial Company records,
3   company records.  Pretty much the why -- and also
4   published summaries, secondary sources.
5   Public -- published sources of information.  Some
6   of them more recent; some of them older.
7      Q.    So, let me see if I understand what
8   you're telling me.  If I'm wrong in any respect,
9   you let me know.
10     You identified a lot of different
11  areas that you have to consult or take into
12  account in formulating your opinions in
13  conducting your research as an archeologist.
14  You've mentioned historic resources, ethnographic
15  resources, tectonics, climate change, various
16  other things.  And my question to you is:  In
17  each of these various fields that you have to
18  consult, do you consider yourself an expert
19  qualified to provide expert testimony in any of
20  those fields?
21     MR. McLACHLAN:  Objection.  Vague.
22     A.    My expertise is in taking all the
23  diverse sources of information that I and pretty
24  much any archeologist draw upon, and evaluating
25  the information and using it, basically, to

6 (Pages 18 to 21)

Michael R. Yarborough
May 23, 2008

Page 22

1  formulate my conclusions.  I would not say that
2  I'm an expert in radiocarbon dating, but I
3  certainly know how to use the technique.
4      Q.   Okay.  Just to give an example, you
5  mention that you, as an archeologist, consult
6  ethnographic resources.  Do archeologists in your
7  field regularly consult ethnographic resources?
8      A.   Certainly.
9      Q.   And do archeologists in the field
10  regularly consult historic resources?
11     A.   Certainly.
12     Q.   Of the types that you've identified
13  earlier?
14     A.   Yes.
15     Q.   And do archeologists in your field
16  routinely consult human osteology materials?
17     A.   Yes.
18     Q.   And, let's see, shifting gears a little
19  bit, I want to ask you about the kinds of
20  information that you considered in this case in
21  formulating your opinions.
22          Did you consider any information
23  from physics in formulating your opinions in this
24  case?
25     A.   I did not.

Page 23

1      Q.   Did you consider any information
2  involving ground-penetrating radar in formulating
3  your opinions in this case?
4      A.   Not in this case, no.
5      Q.   Did you consider any soil science in
6  formulating your opinions in this case?
7      A.   Indirectly.
8      Q.   And can you explain that for me, sir?
9      A.   A lot of my understanding of the
10  archeology in Prince William Sound comes from
11  work that my wife and I did in 1988, and a lot of
12  the techniques of soil science, radiocarbon
13  dating went into the formulation of that report,
14  which as -- it formulates a lot of the basis of
15  my understanding of Prince William Sound
16  archeology.
17     Q.   Can you tell me more about the project
18  that you're working on -- is that Linda
19  Yarborough?
20     A.   Yes.
21     Q.   That was when?  In the '80s?
22     A.   1988.
23     Q.   Can you describe for me the project that
24  the two of you were working on?
25     A.   We were contracted by the National

Page 24

1  Forest Services to do testing and evaluation of
2  an archeological site in Northwest Prince William
3  Sound.
4      Q.   What's the name of that site, please?
5      A.   Uqciuvit.
6      Q.   I think the court reporter would
7  appreciate if you'd spell that.
8      A.   U-q-c-i-u-v-i-t.
9      Q.   What's the nearest contemporary
10  community to that site?
11     A.   Whittier.  Chenega Bay.
12     Q.   And when you say "testing and
13  evaluation," can you explain to me what you mean
14  by that?
15     A.   We were tasked with defining the limits
16  and nature of the site, its age, character,
17  culture, history, evaluating how it was being
18  affected by erosion.
19     Q.   So, in my idealistic Indiana Jones -- by
20  the way, did you see that movie this week?
21     A.   Not yet.
22     Q.   I'm going to see it tonight.
23          -- version of archeology,
24  archeologists are, you know, digging through soil
25  and fighting off booby traps.  But, basically,

Page 25

1  finding bones and other artifacts of ancient
2  peoples.
3          At this site, were you guys
4  responsible for uncovering these ancient bones
5  and artifacts, or were you doing something
6  different?
7      A.   The short answer is "yes."  It was a
8  standard archeological excavation.
9      Q.   Okay.  And after the excavation, you
10  guys were -- also, part of the scope of the
11  project was trying to classify what was
12  uncovered, correct?
13     A.   We did the usual archeological report,
14  yes.
15     Q.   And is that one of the published papers
16  that's listed in your CV?
17     A.   No; it's never been published.
18     Q.   Okay.  You said one of your tasks was to
19  define the limits and nature of the site.  What
20  do you mean by "the limits of the site"?
21     A.   Size and depth.
22     Q.   Okay.  And when you say "the nature of
23  the site"?
24     A.   Age.
25     Q.   Okay.

7 (Pages 22 to 25)

Michael R. Yarborough
May 23, 2008

Page 26

1    A.    Contents, degree of preservation,
2  cultural context.
3    Q.    Do you know which people had inhabited
4  the site you were studying?  Do you understand
5  that?
6    A.    I understand the question.  No.
7    Q.    So, to this day, it's not clear who had
8  occupied that site?
9    A.    Which specific people?
10    Q.    Right.  I mean, you used -- we're going
11  to get to this in a second.  But in your various
12  reports, you talk about Pacific Eskimo, Chugach
13  Eskimo?
14    A.    Pacific Eskimo.
15    Q.    But you can't be more specific than
16  Pacific Eskimo as far as who had occupied that
17  site?
18        MR. McLACHLAN:  Objection.  Vague.
19    A.    We presume that it was a group of
20  Chugach Eskimo.  But, the occupation of the site
21  extended back several thousand years from
22  probably the early historic period, back, I
23  think, the earliest radiocarbon date we had is
24  about 3,000 years.  So it was a substantial time
25  depth there.  I've stated -- I've stated in my

Page 27

1  report that our understanding is that the people
2  who occupied this site were probably the
3  ancestors of the current occupants of Prince
4  William Sound.
5    Q.    And, just for the record, who are the
6  current occupants of Prince William Sound?
7    A.    Chugach Eskimo.
8    Q.    I think the reason I started asking
9  these questions is you testified that you had
10  relied on the personal research you conducted at
11  this site.  And I'm sorry, I can't pronounce it.
12  But, you relied on the personal research you
13  conducted at this site in formulating your
14  opinions in this case, correct?
15    A.    Only in part.
16    Q.    But, in part, you did?
17    A.    In part.
18    Q.    And the reason you mention that is
19  because I was asking about soil science.  Did
20  you -- have you conducted any personal research
21  in any other areas of Prince William Sound or
22  Lower Cook Inlet?
23        MR. McLACHLAN:  Objection.  Vague.
24    A.    Yes.
25    Q.    (BY MR. DUDUKGIAN) What other research

Page 28

1  have you personally conducted?
2    A.    You want the full list?
3    Q.    Well, depends how long it is.
4    A.    Okay.  Okay.  I participated in an oil
5  spill damage assessment project in 1990, I
6  believe it was.  That involved work at several
7  sites in Prince William Sound.  This is under
8  contract for the Forest Services.
9    Q.    Okay.  Before you go on, sir, did you
10  rely on any research you did in that project in
11  formulating your opinions in this case?
12    A.    Only in a general way.  That -- that
13  project had a specific purpose.
14    Q.    And when you say "in a general way,"
15  what do you mean by that?
16    A.    That project contributed to my general
17  overall understanding of Prince William Sound,
18  prehistoric past, but it was an oil spill damage
19  assessment project.
20    Q.    Okay.  What other research have you
21  personally conducted in Prince William Sound?
22    A.    I worked for the -- I worked for Exxon
23  on the oil spill in Prince William Sound in 1989.
24  I have done several archeological surveys in the
25  Sound as an archeological consultant.  Chenega

Page 29

1  Bay, Tatitlek.  I'm going to forget some things.
2  Lower Cook Inlet.  I've worked in Tutka Bay.
3  I've done some work in Homer.  I did some work at
4  Eyak Lake.  Those are the ones that come to mind
5  immediately.
6    Q.    Okay.  The communities or areas you
7  identified and you said you worked, are you
8  referring to archeological surveys?
9    A.    Yes.  For example, the Chenega Bay
10  project was for a new airport and access road.
11  The project in Ellamar Tatitlek was for a
12  subdivision.  That's essentially the kind of work
13  I do.
14    Q.    You say you worked for Exxon on the oil
15  spill.  Was that oil spill remediation or
16  archeological work?
17    A.    Archeological surveys.
18    Q.    Okay.  Is that different than the oil
19  spill damage project?  Or is that the same?
20    A.    Different.
21    Q.    Okay.  How is it different?
22    A.    Our work for Exxon was related to their
23  permit with the Federal agencies.  It was
24  precleanup archeological surveys to locate and
25  evaluate protection measures for the

Michael R. Yarborough
May 23, 2008

Page 30

1  archeological sites during the cleanup.  The oil
2  spill damage assessment was a specific contract
3  the Forest Service had with the State University
4  of New York Binghamton to evaluate whether the
5  archeological sites were affected by the oil
6  spill.  Different contracts.
7      Q.   Did you rely on any of your work for
8  Exxon in formulating your opinions in this case?
9      A.   Again, only in a general way.
10     Q.   And when you say that, just in a general
11  understanding of the Chugach people?
12          MR. McLACHLAN:  Objection.  Vague.
13     A.   Let me -- let me say that all of my
14  experiences in the Sound, both archeologically
15  and just with the geography, the nature of the
16  Sound, I think, contributes to my understanding
17  of the prehistoric past, the nature of the Sound,
18  its geography, the character of the Sound
19  resources.
20     Q.   (BY MR. DUDUKGIAN) And as far as the
21  different archeological surveys you mentioned in
22  Chenega Bay, Tatitlek, Tutka Bay, Homer, Eyak,
23  did you rely on the findings of any of those
24  surveys in formulating your opinions in this
25  case?

Page 31

1      A.   Again, not specifically.
2      Q.   And first thing you had mentioned was
3  your project with Linda Yarborough in the '80s,
4  and you said you relied on that, in part.  Was
5  that the same kind of general understanding of
6  the Prince William Sound area, or was that a more
7  specific --
8      A.   No, very specific.
9      Q.   And can you explain for me what
10  specifically from that project you relied on in
11  formulating your opinions in this case?
12     A.   Our work in 1988 was only the second
13  major archeological excavation in Prince William
14  Sound.  The first one being de Laguna's work in
15  the '30s.
16          So, after 50 years we, basically --
17  our work there resulted in pretty much a complete
18  reevaluation of the prehistoric sequence of
19  Prince William Sound.  And, to date, still
20  remains, probably, only the second large
21  excavation in the Sound.
22     Q.   Prior to your excavation, what was the
23  understanding of the -- to use your language, the
24  prehistoric sequence of Prince William Sound?
25          MR. McLACHLAN:  Objection.  Vague.

Page 32

1      A.   Sequence was formulated by Frederica de
2  Laguna from her work in the '30s as articulated
3  in her 1959 Chugach prehistory.  She had,
4  basically, established a sequence of named
5  phases; but de Laguna was working pretty much
6  before radiocarbon dating.  And although I think
7  she was very right about many things, I think we
8  added to that sequence.  We evaluated it.  Plus,
9  we're able to compare it to a lot of work that
10  had gone on in other parts of Southcentral Alaska
11  since she did her work -- de Laguna was a
12  pioneering archeologist, and there's been quite a
13  bit more work done since then.
14     Q.   Okay.  Am I correct in assuming that
15  archeologists in your field routinely rely on de
16  Laguna's work?
17     A.   Oh, yes.
18     Q.   And can you explain to me how the
19  prehistoric sequence changed or the understanding
20  of the prehistoric sequence changed after your
21  excavation in Prince William Sound?
22          MR. McLACHLAN:  Objection.  Vague.
23     A.   We defined a new earlier phase.  We were
24  able to refine some of de Laguna's definitions of
25  some of the phases that she had defined.  We --

Page 33

1  we had an early historic period occupation at
2  Uqciuvit that was not present at Palugvik which
3  de Laguna did most of her work in.  We added to,
4  augmented, and in a few circumstances, corrected
5  her assumptions from her '30s work.
6      Q.   The early historic occupation that you
7  referred to, how far back does that go?
8          MR. McLACHLAN:  Objection.  Vague.
9      A.   How --
10     Q.   (BY MR. DUDUKGIAN) How many years back
11  does it go?
12     A.   We -- based on one human burial with a
13  large collection -- large associated collection
14  of trade beads, early trade beads, we estimated
15  that that occupation was probably from the 1750s,
16  maybe, through the 1780s.  Either immediately
17  before contact during the protohistoric period
18  when the Native peoples had access to trade
19  goods, but weren't in direct contact with the
20  Russians, possibly up into the period where
21  the -- the groups were in direct contact with the
22  Russians.  It's difficult to tell.
23          MR. McLACHLAN:  Can I clarify?  My
24  confusion was whether you were talking about the
25  historic period or the prehistoric.  And I just

9 (Pages 30 to 33)

Michael R. Yarborough
May 23, 2008

Page 34

1  wanted to make sure that the witness knew what he
2  was referring to.
3      Q.    (BY MR. DUDUKGIAN)  Let me back up a
4  little bit.  You said that after your excavation
5  in Prince William Sound you identified a new
6  period that de Laguna had not previously
7  identified.
8      A.    To clarify that, there was not a similar
9  aged occupation at the site where she did the
10  bulk of her work.
11     Q.    And that age -- am I correct in
12  understanding that that age that was not present
13  in de Laguna's excavation is the age between the
14  1750s and 1780s?
15     A.    Approximately.
16     Q.    Okay.  In what -- which of de Laguna's
17  conclusions did -- were corrected, to use your
18  words, following your excavation in Prince
19  William Sound?
20     A.    De Laguna -- well, for example, for
21  example, de Laguna did run -- I think it was
22  three radiocarbon samples from Palugvik.  She did
23  her work in '32, but she wrote her report -- it
24  was published in '56.  So, she was, basically,
25  writing her report at the very beginning of -- of

Page 35

1  what I call the radiocarbon age.
2           She rejected two out of the three
3  of her radiocarbon samples because she believed
4  they were too early.  But based on our work at
5  Uqciuvit, the samples that she had rejected fit
6  very well into the sequence that we established.
7           So I would say that she was maybe
8  premature or maybe a little hasty in rejecting --
9  she had -- I think what she thought was valid
10  reasons to do that.  But we decided that in
11  rejecting those dates she was probably mistaken.
12          We -- she made some statements
13  about the presence or absence of certain artifact
14  types that we found to be either untrue or not
15  entirely true.  Our -- or my wife's analysis of
16  the faunal material from that site suggested
17  additional information about the subsistence
18  patterns.
19          As I said, we added an earlier
20  phase that we named the Uqciuvit phase that was
21  not found at Palugvik.  So, we basically added
22  some time depth to the prehistory of -- and as I
23  said, we were -- we were able to draw on a lot of
24  work that was done subsequent to that from
25  Kachemak Bay and Kodiak and draw some broad

Page 36

1  regional comparisons that she just couldn't do
2  because the information wasn't available.
3      Q.    The Uqciuvit phase that you refer to, is
4  that the phase between the 1750s and 1780s?
5      A.    No.  This is an earlier one that's 3,000
6  years, plus or minus.
7      Q.    3,000 years from now, approximately?
8      A.    BP, before present.
9      Q.    Now, you said that you disagreed with
10  some of de Laguna's conclusions on the presence
11  or absence of artifact types.  I want you to just
12  focus now on the presence of artifact types.
13  Which of her conclusions on the presence of
14  artifact types did you disagree with?
15     A.    Let me think of an example.
16          For example, I believe, if I'm
17  recalling correctly, that she made some
18  statements about certain sorts of splitting
19  adzes, planing adzes, woodworking tools.  I'm
20  trying to remember specific examples.  I can't
21  recall anything specifically.
22     Q.    And how are your conclusions with
23  respect to those artifacts different than de
24  Laguna's?
25     A.    She -- she talks about the prevalence of

Page 37

1  certain artifacts or the absence of certain types
2  of artifacts from sites.  And I think -- I
3  don't -- I wouldn't say that -- that she was
4  specifically wrong, but that we were looking at
5  different sites from different parts of the
6  Sound, possibly with different seasonal
7  occupations.  And we were just, basically,
8  increasing the sample of tested sites in the
9  Sound by 100 percent.  And anytime -- anytime you
10  do an additional excavation, you get another look
11  at a culture, basically, add to, correct.  And
12  that's in the paper what we were doing.
13          As I said, I -- I think -- I think
14  de Laguna was an amazing woman who was working in
15  a difficult time for archeologists, and was more
16  right than not.  I'd say we just added to her
17  work.
18     Q.    Okay.  When you talked about the absence
19  of artifact types, are you saying that you in
20  your project found certain artifacts that de
21  Laguna had not found?
22     A.    I believe so, yes.
23     Q.    Did any of those artifacts deal with --
24  have to do with fishing?
25     A.    I don't believe we found any

10 (Pages 34 to 37)

Michael R. Yarborough
May 23, 2008

Page 38

1  fishing-related artifacts that de Laguna did not.
2      Q.    Okay.  What kinds of fishing-related
3  artifacts did you find?
4          MR. McLACHLAN:  Objection.
5      A.    My recollection is that we found some
6  net sinkers or line weights.  The bone
7  preservation at the site was fairly poor.  So we
8  didn't find any fish hooks.
9      Q.    (BY MR. DUDUKGIAN) Did you find any
10  other fishing-related artifacts at that site?
11      A.    I'm trying to recall.  Not that I can
12  recall.
13      Q.    And what's your opinion on why the bone
14  preservation was so poor at the Uqciuvit site?
15      A.    Forest soils are extremely acidic.  In
16  order to get bone preservation, you have to reach
17  a certain equillibrium of acid to base.
18  Archeological shell middens because of all the
19  calcium carbonate in clam shells tend to be very
20  basic.  If you reach that tipping point -- if you
21  reach the point where -- because of the
22  accumulation of shell, the soil is not so acidic,
23  you get good preservation.  So, essentially, bone
24  preservation is -- is -- it's basically a result
25  of changes in the soil chemistry.  And if you

Page 39

1  don't -- if you don't get enough shell middens
2  accumulated, then, essentially, with age the bone
3  basically disintegrates.
4          That can vary from site to site and
5  from area of a site to area of a site.
6      Q.    Okay.
7      A.    And, in general -- in general, the bone
8  preservation at Uqciuvit was not great.
9      Q.    Okay.  Did your excavation find any
10  hunting-related artifacts that de Laguna had not
11  found?
12      A.    No specific types.
13      Q.    Did your excavation find any
14  hunting-related artifacts?
15      A.    Oh, certainly.
16      Q.    What kinds of artifacts did you find?
17      A.    Quite a range of projectile points,
18  spear points, presumably, arrow points.  Dart
19  points.
20      Q.    Did you find any other hunting-related
21  artifacts at the site?
22      A.    I would say "no."
23      Q.    Okay.  Did you find any fish bones at
24  the site?
25      A.    Yes.

Page 40

1      Q.    Do you recall what species of fish bones
2  you found?
3      A.    I don't think that -- my wife did the
4  analysis of the fish bones.
5      Q.    Okay.
6      A.    And I think -- so she's the person to
7  ask.  She's the person to ask.
8      Q.    You have no independent recollection
9  of --
10      A.    Only generally.
11      Q.    Okay.  What do you generally recall?
12      A.    Cod, halibut, sculpin, rockfish.  But,
13  again, that's general recollection.
14      Q.    And when you say "cod," do you know
15  which species of cod that would include?
16      A.    Pacific.
17      Q.    Did you find any bones of black cod at
18  that site?
19      A.    No.
20      Q.    How would you be able to distinguish the
21  bones of black cod from Pacific cod?
22      A.    I can't.
23      Q.    But I guess -- is it your testimony that
24  your wife would be able to do that?
25      A.    Yes.

Page 41

1      Q.    Were bones of sea mammals found at the
2  site?
3      A.    Yes.
4      Q.    Do you know what species?
5      A.    Seal, sea lion, some whale.  I don't
6  recall if we found any sea otter or not.
7      Q.    And, again, is it the case that Linda
8  Yarborough would have a better account of the
9  marine mammal bones that were found at the site?
10      A.    That is her expertise.
11      Q.    Okay.  How would you describe her area
12  of expertise?
13          MR. McLACHLAN:  Objection.  Vague.
14      A.    Linda has the same general background in
15  Arctic archeology that I do.  Again, I'm speaking
16  about her; not for her.  Her dissertation relies
17  on faunal analysis, the analysis of animal bones,
18  fish bones, bird bones from archeological sites.
19      Q.    (BY MR. DUDUKGIAN) One other thing you
20  mentioned about your excavation at Uqciuvit -- is
21  that correct?
22      A.    I say Uqciuvit.
23      Q.    Uqciuvit?
24      A.    If you ask my wife, she will pronounce
25  it differently.

11 (Pages 38 to 41)

Michael R. Yarborough
May 23, 2008

Page 42

1    Q.    I might pronounce it any number of ways.
2  But if you're not clear as to what site I'm
3  referring to, let me know.  As far as your
4  excavation at Uqciuvit, you testified that the
5  faunal materials that were excavated at the
6  Uqciuvit site led to additional information about
7  the subsistence patterns of the people that
8  occupied the site or Prince William Sound.  Which
9  of the two is it?
10    A.    Prince William Sound, in general, or the
11  people that occupied the site of the faunal
12  material from the site gave us information
13  specifically about seasonality and subsistence
14  patterns at the site.  Combined with the
15  information from Palugvik, de Laguna's work, it
16  gave us a broader picture of subsistence patterns
17  in Prince William Sound as a whole.  So the
18  answer to your question is both.
19    Q.    Okay.  And as far as subsistence
20  patterns in Prince William Sound as a whole, what
21  conclusions did you draw following your
22  excavation?
23            MR. McLACHLAN:  Objection.  Vague.
24    A.    Again, I think you would be better
25  discussing that with my wife since that's really

Page 43

1  the topic of her Ph.D. dissertation and her
2  expertise.
3    Q.    Did you personally draw any conclusions
4  as far as subsistence patterns in Prince William
5  Sound following the excavation?
6            MR. McLACHLAN:  Objection.  Vague.
7    A.    Our report and the subsequent articles
8  that we wrote on Prince William Sound were
9  basically co-authored, and, again, relied on
10  Linda's expertise and her conclusions.
11    Q.    (BY MR. DUDUKGIAN) Okay.  What is your
12  current understanding of the subsistence patterns
13  in Prince William Sound during prehistoric times?
14    A.    That's a broad question.
15    Q.    As broad, do you consider it broad
16  because it encompasses a large period of time, or
17  can you explain to me why you consider it broad?
18    A.    Both.  It encompasses probably a
19  5,000-year time period.
20    Q.    Uh-huh.
21    A.    And subsistence patterns in the Sound, I
22  think, vary both regionally in the Sound and
23  seasonally.
24    Q.    Let me put the question a little bit
25  differently.  I'm trying to understand what your

Page 44

1  personal conclusions from that excavation were.
2  And I think you testified now a couple of times
3  that the excavation led to new information on
4  subsistence patterns in Prince William Sound.
5    A.    Uh-huh.
6    Q.    And new conclusions.  Did you personally
7  make any new conclusions about subsistence
8  patterns in Prince William Sound?
9    A.    Did I personally?
10    Q.    Yes.
11    A.    No.
12    Q.    So, any conclusions that were made on
13  subsistence patterns as a result of that
14  excavation were made by Linda Yarborough; is that
15  correct?
16    A.    They are from her expertise, yes,
17  incorporated into authors that -- co-authored
18  articles.
19    Q.    Okay.  Now, backing up a little bit, we
20  kind of went on a little tangent here, but
21  backing up you talked about various archeological
22  surveys that you've done in Prince William Sound
23  that led to your general understanding of the
24  area and generally factored into your opinions in
25  this case.  And then I believe you testified that

Page 45

1  your excavation in Prince William Sound,
2  specifically, the findings from that excavation
3  specifically factored into your opinions in this
4  case; is that correct?
5            MR. McLACHLAN:  Objection.
6  Improper summary of the witness' testimony.
7    Q.    (BY MR. DUDUKGIAN) Did your excavation
8  findings from the Uqciuvit site specifically
9  factor into your opinions and conclusions of this
10  case?
11    A.    It was one of the things that I
12  considered in my report in deposition, yes.
13    Q.    Okay.  I'm going to ask you about the
14  other things you considered, but specifically
15  limited to excavations or research that you've
16  been personally involved with, did you consider
17  any other personal research in formulating your
18  opinions in this case?
19            MR. McLACHLAN:  Objection.  Vague.
20    A.    Archeological research?
21    Q.    (BY MR. DUDUKGIAN) Let's start with
22  archeological.
23    A.    I have a long history of research in the
24  North Pacific Southwestern Alaska from work --
25  actually work in Southeast Alaska through Prince

12 (Pages 42 to 45)

Michael R. Yarborough
May 23, 2008

Page 46

1  William Sound, Cook Inlet, Kodiak, the Alaska
2  Peninsula.  And I think all of the archeological
3  and attendant background research I've done on
4  those projects really informs my report and my
5  opinions in this case.
6      Q.   When you say that it informs your
7  opinions, is that the same as when you were
8  saying it had generally factored into your
9  opinions in this case?
10     A.   Not to be vague, but I think generally
11 and specifically.  You know, the nature of my
12 archeological work has varied from
13 project-related surveys to more detailed
14 archeological work.  And all of that factors into
15 my conclusions in this case.
16     Q.   Okay.  Well, then, I guess I'd like to
17 make a list of all of the different personal
18 research that you've conducted that factored into
19 your opinions in this case.
20          So, we have the excavation at
21 Uqciuvit.  You've talked about surveys in Chenega
22 Bay, Homer, Tatitlek, Tutka Bay.  Those factored
23 into your opinions in this case, correct?
24          MR. McLACHLAN:  Objection.
25 Misstates the witness' testimony.

Page 47

1      A.   I think, as I noted before, all of my
2  archeological work and the attendant background
3  research that I've done in Prince William Sound
4  comes together in the formulation of my
5  professional opinion.  General or specific, I
6  think it all -- it all adds to my -- my
7  conclusions in this case.
8      Q.   (BY MR. DUDUKGIAN) Okay.  When we talk
9  about your various opinions in a second, I'm
10 going to go through a lot of the same questions
11 like what facts did you base your opinions on,
12 and we can cover specifically as to each opinion,
13 which -- you know, which of your personal
14 excavations you relied on.  But, for the time
15 being, we can move on, and I want to ask you
16 about the -- besides your personal work history,
17 what else did you rely on in formulating your
18 opinions in this case?
19     A.   I don't understand the question.
20     Q.   Fair enough.
21          Did you rely on any knowledge of
22 climate change in formulating your opinions in
23 this case?
24     A.   Only in the most general way.
25     Q.   Okay.  Did you rely on your knowledge of

Page 48

1  tectonics in formulating your opinions in this
2  case?
3      A.   Same answer.
4      Q.   What about your knowledge of volcanism
5  in formulating your opinions in this case?
6      A.   In this case, no.
7      Q.   You testified earlier that you will
8  oftentimes, generally speaking, consult
9  historical resources in formulating opinions and
10 conducting your work.  And you identified for me
11 various types of historic resources, and that was
12 at the time we were talking about generally.  So
13 now I want to talk specifically as it relates to
14 this case.  Did you refer to any published
15 summaries in formulating your opinions in this
16 case?
17     A.   Published summaries of historic
18 resources?  Is that the question?
19     Q.   Well, earlier do you recall talking
20 about published summaries?
21     A.   Yes.
22     Q.   And were you referring to published
23 summaries of historic resources?
24     A.   In part, yes.
25     Q.   What other types of published summaries

Page 49

1  were you referring to?
2      A.   There are compilations of archeological
3  research, if that's your question.  As I said, I
4  deal with both primary sources and secondary
5  sources.
6      Q.   So, is that a broad, basic distinction
7  of the types of historic resources you consult,
8  primary and secondary?
9          MR. McLACHLAN:  Objection.  Vague.
10     A.   I think most historians would recognize
11 that there are primary sources and secondary
12 summaries, yes.
13     Q.   (BY MR. DUDUKGIAN) Okay.  So which
14 primary sources did you consult in formulating
15 your opinions in this case?
16     A.   Historic?
17     Q.   Yes.
18     A.   Primary sources?
19     Q.   Yes.
20     A.   I would say that primary sources that I
21 consulted were the Annals of Exploration, Russian
22 and English Explorers.
23     Q.   And would all of the primary sources you
24 consulted be in the bibliographies of your expert
25 reports in this case?

13 (Pages 46 to 49)

Michael R. Yarborough
May 23, 2008

Page 50

1    A.    I think so, yes.
2    Q.    Okay.  Later on I'll probably show you
3  the reports and we can revisit this.
4    A.    Okay.  I try to be very diligent in my
5  bibliographying.
6    Q.    What types of secondary sources did you
7  consult in forming your opinions in this case?
8    A.    Again, historic?
9    Q.    Yes.
10    A.    For example, Bancroft's History of
11  Alaska, I believe I consulted.  I'm not sure if I
12  consulted it for this case, but Svetlana Federova
13  has written a history of Russian American --
14  Russians in Alaska.
15        So those are two that come to mind
16  immediately.
17    Q.    Can you think of any others at this
18  time?
19    A.    I'm sure there are others that I'm
20  forgetting.
21    Q.    Did you consult any ethnographic
22  resources in formulating your opinions in this
23  case?
24    A.    I would consider Kaj Birket-Smith's
25  Chugach Eskimo to be ethnographic.

Page 51

1    Q.    Anything else?
2    A.    De Laguna, although many would consider
3  her an archeologist, she uses a lot of
4  ethnography in her work, too.
5    Q.    And, again, just so we're on the same
6  page, can you briefly define for me what
7  "ethnography" is?
8    A.    Ethnography is -- definition?  An
9  ethnography is the product of cultural
10  anthropological field work.
11    Q.    I guess I'm not understanding that.
12    A.    I'm trying to explain -- cultural --
13  cultural anthropologists, their field work
14  consists of interviewing living individuals about
15  their cultural lifeways.
16    Q.    Okay.
17    A.    And the product of that cultural
18  anthropological field work is an ethnography.
19    Q.    And besides de Laguna and Birket-Smith
20  and I understand you said de Laguna is considered
21  mostly an archeologist, but besides those two
22  individuals, did you consult with or consider any
23  other ethnographic resources in formulating your
24  opinions in this case?
25    A.    Let me clarify that for my initial

Page 52

1  report in this case, which I believe was written
2  13 years ago, I relied on certain historical
3  ethnographies, primarily, de Laguna and
4  Birket-Smith, although I believe that you could
5  probably -- you could probably call Hassen's work
6  an ethnography, too.
7        Now, since then, of course, I have
8  looked at Plaintiffs' reports which bring in a
9  large -- you know, a variety of sources.
10    Q.    Okay.
11    A.    I have read Ron Stanek's work.  I'm not
12  sure I would call Stanek's work an ethnography.
13  It probably is.
14        Those are the main ones that I can
15  remember at this time.
16    Q.    Do archeologists in your field regularly
17  rely on Stanek's work?
18    A.    No.
19    Q.    No?  Do they rely on any of Stanek's
20  work?
21        MR. McLACHLAN:  Objection.  Vague.
22    Q.    (BY MR. DUDUKGIAN)  Do archeologists in
23  your field regularly rely on any of Stanek's
24  work?
25    A.    Specifically -- I don't rely on Stanek's

Page 53

1  work in my general, you know -- I personally do
2  not.
3    Q.    Is it the case that you did not rely on
4  any of Stanek's work in this case?
5    A.    I considered -- as I said, I -- I relied
6  on certain resources from my initial report, but
7  in formulating my opinions for later, I did
8  consider both, you know, Matt Ganley and Polly
9  Wheeler's summations of Stanek, and, you know,
10  went back to the original source.  And, you know,
11  I have considered his -- his work for my later
12  opinions.
13    Q.    In this case?
14    A.    In this case.
15    Q.    But, as a general rule, you do not rely
16  on Stanek's work?
17    A.    As a general rule, I do not.
18        MR. McLACHLAN:  Objection.  Vague.
19    Q.    (BY MR. DUDUKGIAN)  And why is that?
20    A.    Well, for -- for two reasons:
21  Specifically, I have not been involved in any
22  other project other than this case where Stanek's
23  work is pertinent.
24    Q.    Okay.
25    A.    And, two, Stanek is looking at a time

14 (Pages 50 to 53)

Michael R. Yarborough
May 23, 2008

Page 54

1  period that generally does not factor into my
2  archeological work.  Much more modern.
3      Q.   Would you consider yourself an expert --
4  strike that.
5          Would you consider yourself
6  qualified to offer expert testimony in the field
7  of fisheries biology?
8      A.   Certainly not.
9      Q.   Would you consider yourself qualified to
10 provide expert testimony in the field of fish
11 migration patterns?
12     A.   No.
13     Q.   Okay.
14         MR. DUDUKGIAN:  I think we should
15 probably -- it's been probably more than an hour
16 now we've been going.  It's almost an hour and 20
17 minutes.  So if it's okay, let's take about a
18 five- to ten-minute break.
19         THE WITNESS:  Okay.
20         (Break.)
21     Q.   (BY MR. DUDUKGIAN) Sir, do you consider
22 yourself qualified to provide expert testimony in
23 the area of linguistics?
24         MR. McLACHLAN:  Objection.
25 Ambiguous.

Page 55

1      A.   I do not.
2      Q.   (BY MR. DUDUKGIAN) Do you understand
3  what I mean by the word "linguistics"?
4      A.   As much as anybody understands
5  linguistics.
6      Q.   And is linguistics considered a sub -- a
7  subcategory of anthropology?
8      A.   I would style it a sub, subcategory.
9  Subdivision of cultural anthropology, in my view.
10     Q.   Do you consider yourself to be qualified
11 to provide expert testimony on place/time names
12 in Prince William Sound?
13         MR. McLACHLAN:  Objection.
14 Ambiguous.
15     Q.   (BY MR. DUDUKGIAN) An expert in place
16 names?
17     A.   An expert in place names?  I would say
18 place names falls under the rubric of
19 linguistics.  I don't consider myself a linguist.
20     Q.   Would that be a sub, sub, subcategory of
21 anthropology?
22     A.   I certainly have considered the place
23 name information that's available.
24     Q.   Besides the area of archeology, the
25 field of archeology, do you consider yourself

Page 56

1  qualified to provide expert testimony in any
2  other fields?
3          MR. McLACHLAN:  Objection.  Vague.
4      A.   Archeology.
5      Q.   (BY MR. DUDUKGIAN) Let me back up for a
6  second.  Do you consider archeology a science?
7      A.   Yes.
8      Q.   Do you consider yourself qualified to
9  provide expert testimony in any other fields of
10 science?
11         MR. McLACHLAN:  Objection.  Vague.
12     A.   I think I'll go back to what I said
13 earlier in that archeologists -- and I'm not just
14 including myself in this -- draw upon a wide
15 range of information in forming our conclusions.
16 While I might not consider myself an expert in
17 the techniques -- again, I'll use the example --
18 radiocarbon dating, we certainly use radiocarbon
19 dating in our site reports.  We -- we take the
20 information from other experts and evaluate it,
21 in part, to formulate our conclusions.  So, the
22 specific answer to your question of am I an
23 expert in any other science?  No.  But do we use
24 other sciences in formulating our archeological
25 conclusions?  The answer's "yes."

Page 57

1      Q.   Okay.  And one more question, which is
2  the same as my previous question, but in
3  nonscience areas.  So, do you consider yourself
4  an expert qualified to present expert testimony
5  in any other -- I'll just make it a broad
6  question.  Do you consider yourself qualified to
7  provide expert testimony in any other fields
8  besides archeology?
9          MR. McLACHLAN:  Objection.  Vague
10 and overbroad.
11     A.   Let me just say specifically that I am
12 qualified under the Secretary of Interior
13 Standards as both an archeologist and a historic
14 archeologist.
15     Q.   (BY MR. DUDUKGIAN)  Okay.
16     A.   And so the latter -- the latter,
17 basically, means that I use a lot of history in
18 some of my archeological work.
19     Q.   Does that mean -- using history mean
20 consulting the resources that we talked about
21 earlier as far as the historical resources that
22 you generally consult?
23         MR. McLACHLAN:  Objection.  Vague.
24     A.   I consult -- as I mentioned earlier, I
25 consult a wide -- a wide range of historical

Northern Lights Realtime & Reporting, Inc
(907) 337-2221

Michael R. Yarborough
May 23, 2008

Page 58

1  resources.
2      Q.   (BY MR. DUDUKGIAN) I understand that,
3  but I guess my specific question -- I probably
4  wasn't very clear.  As far as being a historic
5  archeologist, does that mean consulting the
6  historic resources, or does that mean something
7  more than that?
8          MR. McLACHLAN:  Objection.  Vague.
9      A.   Historic archeology is the archeology of
10 the historic period.
11     Q.   (BY MR. DUDUKGIAN)  Oh, I see.
12     A.   The principal difference between
13 prehistoric archeology and historic archeology is
14 that historic archeology is the age of historic
15 records.
16     Q.   Now I understand.  When is the
17 approximate cutoff between prehistoric age and
18 historic age?
19         MR. McLACHLAN:  Objection.  Vague.
20     A.   It varies.
21     Q.   (BY MR. DUDUKGIAN) Well, for Prince
22 William Sound.
23     A.   For Prince William Sound?  There is --
24 there is an interim between what we would call a
25 prehistoric period and what I would define as the

Page 59

1  early historic period.  Between the time of
2  Bering's expedition and the later English
3  explorations, Cook and Vancouver.  So, I think,
4  as is the case in many areas of archeology, it's
5  hard to draw a fine, bright line; but I think if
6  I was going to define the beginning of the
7  contact period for Prince William Sound, it would
8  be in the late 1700s.
9      Q.   So, let me see if I understand.  So, up
10 until -- after the late 1700s, you would consider
11 to be the late historic phase, or is that -- am I
12 wrong about that?
13     A.   After the period of direct and intensive
14 contact with European explorers --
15     Q.   That's considered the historic?
16     A.   Historic.
17     Q.   And that is roughly in the late 1700s
18 where that occurred?
19     A.   1770s.
20     Q.   Okay.  And then right immediately before
21 that period, there was the early historic period
22 which --
23     A.   Protohistoric.
24     Q.   It's called protohistoric?
25     A.   (Nods head.)

Page 60

1      Q.   That's the period between Bering's
2  voyage and Vancouver and Cook, roughly?
3      A.   Roughly.
4      Q.   And then prior to that is considered the
5  prehistoric period?
6      A.   Prehistoric.
7      Q.   Prehistoric?
8      A.   Prehistoric, yes.
9      Q.   So, other than the fields of archeology
10 and historic archeology, do you consider yourself
11 qualified to offer expert testimony in any other
12 fields or areas?
13         MR. McLACHLAN:  Objection.  Asked
14 and answered.  And vague.
15     A.   I would say "no."
16     Q.   (BY MR. DUDUKGIAN) Okay.  What is your
17 understanding of what this case is about?
18         MR. McLACHLAN:  Objection.  Vague.
19     A.   That's an interesting question.  I -- I
20 will quote -- I will quote here -- maybe not
21 entirely correctly, but in general from maybe
22 Matt Ganley and Polly Wheeler's earlier reports
23 when they say that:  Our work is to consider
24 whether there was use of the OCS or EEZ joint and
25 amicable to the exclusion of all others, I

Page 61

1  believe, is the general nature of that statement.
2      Q.   And when we're talking about "use," it's
3  by the five Plaintiff villages, correct?
4      A.   Economic use by the five Plaintiff
5  villages, yes.
6      Q.   What do you mean by "economic use"?
7      A.   Subsistence.
8      Q.   Is that all, or is there anything else
9  that goes into economic use?
10     A.   That would be my consideration.  That is
11 my consideration.
12     Q.   Okay.  And then you said of the OCS or
13 EEZ.  Just so we're all on the same page, in your
14 mind, are those two the same thing?
15         MR. McLACHLAN:  Objection.  Vague.
16     A.   In my mind, I think those -- those terms
17 have been used -- they've been thrown out and
18 about in this case since '95.  I think they've
19 been used interchangeably.
20     Q.   (BY MR. DUDUKGIAN) What is your
21 understanding of what the OCS means?
22     A.   My general understanding is out beyond
23 the three-mile limit.
24     Q.   And what is your general understanding
25 of what EEZ means?

16 (Pages 58 to 61)

Michael R. Yarborough
May 23, 2008

Page 62

1    A.    Essentially, the same thing.
2    Q.    And I noticed in reading your reports in
3  your first few you were calling it OCS, and then
4  the more recent one from 2008 you started calling
5  it the EEZ.  Is there a reason why you switched
6  terminology?
7    A.    I think the use of OCS originally is
8  from Bruce Landon, the original material.  And
9  somewhere -- somewhere in the interim in the past
10  18 -- 13 years the terminology has switched, not
11  of my doing.  I think I'm just using the
12  current -- the current terminology.
13    Q.    Okay.  Is Bruce Landon the person that
14  first contacted you about this case?
15    A.    Yes.
16    Q.    And do you remember approximately when
17  that was?
18    A.    I -- about 199- -- 1995, as I remember.
19    Q.    Besides Bruce Landon, have you spoken
20  with any other attorneys about this case?
21    A.    Brian McLachlin.
22    Q.    Anybody else?
23    A.    Beverly -- Beverly Lee, also associated
24  with Bruce.  I think that's it -- Brian, I'm
25  sorry.

Page 63

1    Q.    You also mentioned another term, and I
2  want to have these terms defined so we're on the
3  same page today.  You said "joint and amicable
4  use."  What is your understanding of what that
5  means?
6        MR. McLACHLAN:  Objection.  Vague.
7    A.    I would -- I would rely on the common
8  definition.  Joint meaning together, and amicable
9  meaning friendly.
10    Q.    (BY MR. DUDUKGIAN)  Okay.  And when
11  you -- I think you said that your understanding
12  of this case, as you defined it, came from
13  reading the materials from Ganley and Wheeler; is
14  that correct?
15        MR. McLACHLAN:  Objection.
16  Misstates testimony.
17    A.    No.  My citation of Ganley and Wheeler
18  was an attempt to clarify what the Plaintiffs, I
19  believe, are trying to prove.
20    Q.    (BY MR. DUDUKGIAN)  Okay.
21    A.    In their words.
22    Q.    Have you read any of the Pleadings in
23  this case?  Do you understand what I mean by the
24  word "pleading"?
25    A.    Define "Pleadings."

Page 64

1    Q.    Have you read the Complaint that was
2  filed by the Plaintiffs?
3    A.    I don't believe I have.
4    Q.    Have you read the Answer that was filed
5  by the U.S. Government?
6    A.    I do not believe I have.
7    Q.    Have you read any of the first round of
8  summary judgment briefings that happened in the
9  early 2000s?
10    A.    No.
11    Q.    Have you read -- and by that I mean both
12  by the Plaintiff and the responses by the U.S.
13  Government.
14    A.    The legal?  No.
15    Q.    Have you read any of the briefing -- the
16  summary judgment briefing that was filed with the
17  Court in -- I believe it was 2005 in this case?
18    A.    I don't believe I have.  Can you be more
19  specific?
20    Q.    Well, in 2005, the U.S. Government moved
21  for summary judgment and filed legal motions and
22  briefs with the Court.  And there are many pages,
23  I would guess.  All in all, there were about 70
24  or 80 pages.
25    A.    No.

Page 65

1    Q.    You did not read those?
2    A.    No.
3    Q.    And the Plaintiff villages filed an
4  opposition to that and those, I think, together
5  were about 70 to 80 pages as well.  Did you read
6  any of those papers?
7    A.    No.
8    Q.    How did you first find out about this
9  case?
10    A.    Bruce Landon called me.
11    Q.    Before that time, did you know anything
12  about the fact that this case had been filed?
13    A.    No.
14        MR. McLACHLAN:  Objection.  Vague.
15  If I may.  Just there was a previous case --
16        MR. DUDUKGIAN:  I was going to
17  get --
18    Q.    (BY MR. DUDUKGIAN)  When I say this
19  case --
20    A.    Oh, this case --
21    Q.    Let's back up.
22    A.    I'm lumping.
23    Q.    This case was -- the lawyers have been
24  calling it Eyak 2.  I don't know if I have a
25  caption -- yeah, I do.  It's Native Village of

17 (Pages 62 to 65)

Michael R. Yarborough
May 23, 2008

Page 66

1  Eyak, Native Village of Tatitlek, Native Village
2  of Chenega, Native Village of Nanwalek, and
3  Native Village of Port Graham.
4      A.    Let me qualify my statement.  I'm
5  lumping.  My original report was for the trawl --
6  it was a TRAWLER DIANE MARIE versus whoever the
7  Secretary of the Interior was.  Without --
8  without putting a fine legal point on it, I -- I
9  view it as all one continuum.  So when you say
10  "this case," without being more specific, that's
11  my answer.
12     Q.    Well, let me put it this way:  If you
13  agree to it, anytime I talk about this case, I'll
14  be talking about both the first Eyak case and the
15  second Eyak case.
16     A.    Okay.  That's fine.
17     Q.    So Eyak 1 and Eyak 2.  So, before Bruce
18  Landon called you, were you aware that this case
19  had -- this case existed?
20     A.    I did not.
21     Q.    And had you worked previously with Bruce
22  Landon?
23     A.    No.
24     Q.    Do you have any idea how Bruce Landon
25  knew about you?

Page 67

1      A.    I do not.
2          MR. McLACHLAN:  Objection.  Calls
3  for speculation.
4      Q.    (BY MR. DUDUKGIAN)  And prior to the
5  time Bruce Landon called you and -- I think you
6  testified that that was approximately 1995,
7  although the exact date is not so important.
8          Prior to that time, had you ever
9  worked as an expert witness in any case?
10     A.    No.
11     Q.    Prior to that time, had you ever
12  testified in any case?
13     A.    No.
14     Q.    Since that time, have you testified in
15  any -- in any lawsuit?
16     A.    No lawsuit, no.
17     Q.    Have you -- besides the other deposition
18  you gave in this case, have you testified at any
19  other deposition?
20     A.    That's the only one.
21     Q.    Besides this case, have you worked as an
22  expert witness in any other case at any point in
23  time?
24     A.    No.
25     Q.    What was your original compensation rate

Page 68

1  at the time Bruce Landon retained you?
2      A.    I believe it was $90 an hour.  I think
3  that was my billing rate back then.
4      Q.    And currently it's $100 per hour?
5      A.    (Witness nods head.)  I work cheap.
6      Q.    Besides the hourly rate that you are
7  receiving, have you received any other
8  compensation from any source for your work in
9  this case?
10     A.    No.
11     Q.    Earlier I asked you about the attorneys
12  that you have been contacted by.  Besides those
13  attorneys, have you been contacted by any other
14  person about this case?
15          MR. McLACHLAN:  Objection.  Vague.
16     A.    Any other person?
17     Q.    (BY MR. DUDUKGIAN)  Right.
18     A.    Could you be more specific?  That's hard
19  to answer.
20     Q.    Well, let's back up a little bit.  At
21  the time Bruce Landon contacted you for the first
22  time, did he explain what your assignment was
23  going to be for this case?
24     A.    I had a scope of work from Bruce for my
25  original report.

Page 69

1      Q.    Did you have a written contract with
2  him?
3      A.    I had an original -- I had a written
4  contract with the Department of Justice, Expert
5  Witness --
6      Q.    Okay.
7      A.    -- Division.
8      Q.    Did that contract, as far as you
9  remember, contain a description of your scope of
10  work in this case?
11     A.    I went back and looked at it just
12  recently, and it was very general.
13     Q.    Okay.  At the time you were contacted by
14  Bruce Landon, what was your understanding of what
15  your scope of work was for this case?
16     A.    My scope of work, the written document
17  just basically called for an expert report, and
18  it was -- it was procedural.  Expert report,
19  deposition, possible testimony.
20          On the other hand, in discussions
21  with Bruce, we set sort of the areas that I would
22  consider.
23     Q.    And what were those areas?
24     A.    In sum, Bruce asked me to bring my
25  expertise, as an archeologist who had worked in

18 (Pages 66 to 69)

Michael R. Yarborough
May 23, 2008

Page 70

1  Prince William Sound and Southcentral Alaska, to
2  the historic literature and the archeological
3  literature pertinent to this case.
4        Also, including works of de Laguna
5  and Birket-Smith which, as I said, Birket-Smith's
6  Chugach Eskimo is best styled as an ethnography.
7  De Laguna's work is really archeology, history.
8  She deals with several different areas.
9    Q.  So, your task, as you understood it from
10  your conversations with Bruce Landon, was to
11  bring your expertise from historical literature
12  and archeological literature and de Laguna and
13  Birket-Smith and to analyze what exactly?
14    A.  My original report is really in two
15  parts. It's a literature review and summary of
16  historical literature, archeological literature.
17  And then my opinions, my expert professional
18  opinions about that material vis-a-vis that case
19  or this case.
20    Q.  Okay. Did Bruce Landon ask you to
21  conduct any primary research in the scope -- in
22  the scope of your work on this case?
23    A.  Field --
24        MR. McLACHLAN: Objection. Vague.
25    A.  Field research?

Page 71

1    Q.  (BY MR. DUDUKGIAN) Thank you for
2  clarifying. Like I said, I'm not an
3  archeologist.
4    A.  He did not.
5    Q.  Let me just rephrase the question for
6  the record. Did Bruce Landon ask you to perform
7  any field research in the scope of your work on
8  this case?
9    A.  He did not.
10    Q.  Did you perform any field research?
11    A.  I did not.
12    Q.  So, am I accurately describing your
13  testimony when I say that as you understood the
14  scope of your work, at least originally, it was
15  to review the literature that you identified as
16  historical archeology, de Laguna and
17  Birket-Smith, and to derive expertise from that
18  literature?
19    A.  As I said earlier, Bruce asked me to
20  review the body of both primary, secondary
21  historic sources. Archeological reports that
22  were available at that time, and other sources
23  such as de Laguna and Birket-Smith. And some
24  others that I'm probably not remembering at this
25  time. And bring my experience as an Alaskan

Page 72

1  archeologist and someone who had worked in Prince
2  William Sound, Kodiak, really, to form some
3  professional opinions about how that material was
4  relevant to this case. Form certain conclusions.
5    Q.  So, earlier I'd asked you about your
6  understanding of what this case is about, and you
7  identified that the case is about whether there
8  was economic use of the OCS or EEZ, joint and
9  amicable to the exclusion of all others by the
10  five Plaintiff villages. So, is it accurate to
11  say that the opinions you were asked to make upon
12  reviewing the literature and bringing your own
13  experience into the mix were opinions relative to
14  those issues?
15        MR. McLACHLAN: Objection. Vague.
16    Q.  (BY MR. DUDUKGIAN) Let me strike that
17  question and ask it differently.
18        Were you explained about the
19  different areas in which you were to make
20  opinions or make conclusions?
21        MR. McLACHLAN: Objection.
22  Confusing.
23    A.  Bruce -- Bruce and I -- Bruce and I
24  discussed the scope and scale of what he asked me
25  to do. And my summary -- my summary of what the

Page 73

1  case is about, I think, maybe has been refined
2  over the course of 13 years. But, in general,
3  my -- my initial report dealt with a number of
4  topics, both historical and archeological.
5  But -- and I have -- my conclusions deal with
6  quite a number of topics. But, as I say, that --
7  the statement you just read is my basic
8  understanding of what the Plaintiffs are
9  asserting. And my -- my work was -- my
10  conclusions really go to use of the EEZ, the
11  nature of the relationships between the
12  inhabitants of Prince William Sound, their
13  neighbors, nature of subsistence and any number
14  of facts.
15    Q.  Sir, I'd like to make a list, even -- I
16  like to make lists.
17        So your conclusions are related to
18  the use of the EEZ by the five Plaintiff
19  villages, the nature of the relationship among
20  the Chugach villages, the nature of the
21  relationships between the Chugach and neighboring
22  nonChugach peoples. Am I right so far?
23    A.  Let me clarify. My research did not
24  deal specifically with the five Chugach villages.
25  My research dealt with the peoples of Prince

Michael R. Yarborough
May 23, 2008

1   William Sound. Some of the villages -- some of
2   the villages like Chenega Bay that are occupied
3   now were not occupied at the time of Russian
4   contact. So the -- the five villages who have
5   brought this suit, in my understanding, really
6   were not -- I view that, in many ways, as a
7   modern formulation that was really not part of my
8   research.
9        Q.   So, if I were to rephrase my question
10  and just refer to the Chugach people and not to
11  the five specific Plaintiff villages in this
12  case, again, it's whether the Chugach people used
13  the EEZ -- is there a time period for that?
14           MR. McLACHLAN: Objection. Vague.
15       A.   I would -- I think -- I think -- I think
16  that's -- that's a problem. I think that's a
17  problem with this case is in looking at both the
18  prehistoric and the historic record, we're
19  dealing with about 5,000 years and oftimes the
20  question gets asked without specifying when or
21  where. It really makes it difficult to give a
22  specific answer.
23       Q.   (BY MR. DUDUKGIAN) Okay. Let me see if
24  I can rephrase my question, because, again, the
25  overall goal of my questions, the next few

1   anyway, is to identify the areas in which you
2   were asked to provide conclusions by Bruce.
3        A.   Uh-huh.
4        Q.   And you identified use of the EEZ as one
5   area. And, first of all, I want to clarify that
6   I'm talking about use of the EEZ by the Chugach
7   peoples. And when you were asked to provide
8   conclusions on the use of the EEZ by the Chugach
9   peoples, were you given any time frame as to
10  when -- were you given any time frames by Bruce
11  about the time frames that you should be looking at?
12       A.   My charge from Bruce, as I understood
13  it, was to look at the prehistoric period, the
14  early Russian period, the Russian period, the
15  early American period, and we -- we discussed,
16  basically, bringing my research up to the -- I'll
17  use the term ethnographic present as established
18  by Birket-Smith and de Laguna's work.
19       Q.   Okay. A second area on which you
20  testified that you were asked to provide
21  conclusions was as far as the relationship among
22  the various Chugach peoples. Was there a time
23  frame during which you were asked to provide
24  conclusions on the relationship among the Chugach
25  peoples?

1        A.   Same answer as before, although the
2   amount of information that's available on the
3   relationship between the various people of Prince
4   William Sound is certainly -- as I say, more
5   abundant from the historic period.
6        Q.   Okay.
7        A.   Could I take five?
8        Q.   Sure, no problem.
9             (Break.)
10       Q.   (BY MR. DUDUKGIAN) Okay. The third
11  area that you said you were asked to provide
12  conclusions on was the nature of the relationship
13  between the Chugach and the neighboring tribes;
14  is that correct?
15       A.   Yes.
16       Q.   The neighboring nonChugach.
17            The third area you were asked to
18  provide conclusions on related to the nature of
19  the relationship between the Chugach and
20  nonChugach peoples, correct?
21           MR. McLACHLAN: Objection. Vague.
22       A.   I understand your question, and the
23  answer is "yes."
24       Q.   (BY MR. DUDUKGIAN) And was there a time
25  period as to which you were to provide a

1   conclusion on this topic?
2        A.   Again, prehistorically and historically.
3        Q.   Up until the ethnographic present?
4        A.   De Laguna uses the term in her report
5   "in former times"; and I like that.
6        Q.   So in former times from de Laguna's
7   times?
8        A.   From the '30s.
9        Q.   Besides the three areas we just covered,
10  were you asked to provide conclusions on any
11  other topics?
12       A.   My -- my earlier report goes beyond --
13  let's see. Try to remember here. I talk about
14  the antiquity of the occupation of Prince William
15  Sound. Let me go back and specify that my report
16  deals with the area from the Eastern side of
17  Prince William Sound to, basically, Nanwalek,
18  Port Graham. So beyond Prince William Sound.
19            The nature of the Russian
20  relationship with the Native peoples, I think
21  there's discussion of technology, there's
22  discussion of -- as you say, relationships, both
23  within the Chugach Eskimo and between them and
24  their neighbors. I think the answer to your
25  question is more than just the three areas that

Northern Lights Realtime & Reporting, Inc
(907) 337-2221

Michael R. Yarborough
May 23, 2008

Page 78

1  you've listed.
2      Q.   Right.  So that's why I'm trying to make
3  a complete list.
4           Besides everything you mentioned,
5  can you think of any other areas on which you
6  were asked to provide conclusions?
7           MR. McLACHLAN:  Objection as vague.
8      A.   Let's just say there are probably some
9  that I'm not remembering right now.
10     Q.   (BY MR. DUDUKGIAN) Okay.  Now, some of
11  these things like the antiquity of the
12  occupation, was this a topic that you were
13  specifically asked to provide an opinion on by
14  Bruce?
15     A.   As an archeologist, yes.
16     Q.   And the topic of the nature of the
17  Russian relationship, was that also a topic that
18  you were asked to provide an expert opinion on?
19     A.   Yes.
20     Q.   And the technology of the Chugach
21  peoples, is that a topic you were asked to
22  provide an expert opinion on?
23     A.   Specifically asked, no, but it -- it
24  figures into the discussion of -- Bruce -- Bruce
25  and I discussed broad topics, and then there are

Page 79

1  other subsidiary topics that feed into those.
2      Q.   Which would you classify as the broad
3  topics?
4      A.   Tenure, relationships, subsistence
5  patterns, relations with the Russians,
6  relationship considering the American period.
7  Those are the ones I remember right off.
8      Q.   Which ones would you classify as the
9  subsidiary topics?
10     A.   I think discussions of technology, of
11  prehistoric sequences, archeological background,
12  those sorts of things, feed into the broader
13  topics.
14     Q.   And the subsistence patterns, is that
15  something that Bruce specifically asked you to
16  provide an expert opinion on?
17     A.   I don't recall specifically.  I know
18  that it's the subsistence round, subsistence
19  patterns or something that both come from the
20  archeological literature and something that de
21  Laguna and Birket-Smith discuss.
22     Q.   Okay.  Now, during the 15 or so years --
23  I guess, 13 or so years that you've been working
24  on this case, did the scope of your retention as
25  an expert witness change in any way?

Page 80

1      A.   I don't consider that it has, no.
2      Q.   Okay.  When Bruce first contacted you
3  about being an expert, did he place any
4  restrictions on your work?
5           MR. McLACHLAN:  Objection.  Vague.
6      A.   Explicitly, no.
7      Q.   (BY MR. DUDUKGIAN) Okay.  What about
8  implicitly, then?
9      A.   Well, we discussed what I would do
10  which, I think, in some ways excludes what I
11  wouldn't do.
12     Q.   Okay.  Did Bruce provide you with any
13  materials to review?
14           MR. McLACHLAN:  Objection.  Vague.
15     A.   For my -- for my original report and
16  research?
17     Q.   (BY MR. DUDUKGIAN) Okay.
18     A.   No.
19     Q.   What about for your subsequent
20  declarations and reports?
21     A.   For the original case, I did the -- the
22  Eyak 1, I did the report; 2, declarations and a
23  deposition.
24           And I don't recall -- I'm trying to
25  remember -- information from my research, no.  We

Page 81

1  went through the depositions and Matt and Polly's
2  reports, and I think I was provided with that.
3  Certainly, I was.
4      Q.   So, you were provided with deposition
5  transcripts and the Ganley-Wheeler report --
6      A.   Ganley-Wheeler report.  I don't recall
7  if I saw Matt's deposition or not.
8      Q.   Were you provided with any other
9  materials from any of the lawyers that have
10  worked on this case for the U.S. Government?
11           MR. McLACHLAN:  Objection.  Vague.
12     A.   Recently?
13     Q.   (BY MR. DUDUKGIAN) Well, let's go, I
14  guess, time period by time period.
15           For your original 35-or-so-page
16  report, were you provided with any materials from
17  any lawyers for the U.S. Government?
18     A.   No.
19     Q.   For your subsequent two declarations
20  that you did in July and October of 2001, were
21  you provided with any materials to review by
22  lawyers for the U.S. Government?
23     A.   I'm fairly sure that I had Matt and
24  Polly's reports for those.  In fact, I know I
25  did.

21 (Pages 78 to 81)

Michael R. Yarborough
May 23, 2008

Page 82

1    Q.    Okay.
2    A.    Like I said, I'm not -- I can't recall
3  specifically if I had Matt's deposition, but --
4  but other than that, I think the answer's "no."
5    Q.    What about for your March 2008 report
6  that you prepared?  Did you -- were you provided
7  with any materials to review by the lawyers for
8  the U.S. Government?
9    A.    Yes.
10    Q.    What materials were you given?
11    A.    Oh, let's see.  I had a complete set of
12  Matt Ganley's reports.  It included a copy of my
13  wife's dissertation.  Steve Langdon's report.  A
14  fairly complete record up to that point of
15  reports, depositions, subsequent reports.
16    Q.    Have you had any conversations with
17  Langdon about this case?
18    A.    No.
19    Q.    Besides any reports that were prepared
20  for this case or deposition transcripts from this
21  case, at any point in time were you provided with
22  any materials to review for purposes of preparing
23  any of your reports or declarations?
24        MR. McLACHLAN:  Objection.  Vague.
25    A.    I don't -- I don't exactly understand

Page 83

1  the question.
2    Q.    (BY MR. DUDUKGIAN) Okay.  It sounds to
3  me like you were provided with copies of the
4  various reports that our experts and the other
5  U.S. experts submitted in this case, right?
6    A.    Yes.
7    Q.    And it sounds to me like you were
8  provided with deposition transcripts to review
9  from this case?
10    A.    I -- the latest -- the package of
11  materials to review that Brian gave me most
12  recently does not have deposition materials in
13  it.
14    Q.    Okay.
15    A.    But, I am certain that I reviewed Matt
16  Ganley's deposition during Eyak 1.
17    Q.    When did you get this latest packet of
18  materials from Brian?
19    A.    Well, it was before my March report.
20  So, it would have been prior to that.  But not
21  long prior to that.
22    Q.    And did this packet of materials consist
23  entirely of the other expert reports prepared for
24  this case?
25    A.    As I understand it, yes.

Page 84

1    Q.    What do you mean as you --
2    A.    Well, like I said, it included -- no, it
3  included my wife's dissertation, which was
4  certainly not prepared for this case.  I think in
5  the main, though, it was both Plaintiff and
6  Defendant reports, declarations.
7    Q.    Okay.  Did you review any of these
8  materials in preparing for your deposition today?
9    A.    Yes.
10    Q.    Which ones did you review?
11    A.    Well, since I've gotten the package,
12  I've reread all of them.
13    Q.    So the entire package that you were
14  provided before your March report, you've read
15  everything for today's deposition?
16    A.    Uh-huh.  Some in more detail than
17  others.
18    Q.    Did you reread your previous reports and
19  declarations?
20    A.    Yes.
21    Q.    Did you review your previous deposition
22  transcript?
23    A.    No.
24    Q.    Did you do anything else in preparing
25  for this deposition today?

Page 85

1    A.    I -- in going back through all the
2  documents, certain things I felt I needed to
3  explore further.  My -- my March report deals
4  with some additional resources that -- that have
5  come about since my original report back in the
6  '90s.  As I have gone through both my report and
7  Matt's report, there have been questions that
8  have come up that I've gone back to the original
9  sources.  So I think the answer to your question
10  is "yes."
11    Q.    I forgot what my question was.
12        MR. McLACHLAN:  Then I'll object as
13  vague.
14    Q.    (BY MR. DUDUKGIAN) So, I guess one
15  thing I want to follow up on is you said in
16  reviewing these materials to prepare for the
17  deposition you identified certain areas where you
18  think you'd like to explore further; is that
19  accurate?
20    A.    Explore further or clarify or just --
21  this case has been going on for a long time, and
22  there was a break in the middle; and some of the
23  material has been new to me.  And so I have spent
24  quite a few hours reading, reviewing, like I
25  said, some in more detail than others, where

22 (Pages 82 to 85)

Michael R. Yarborough
May 23, 2008

Page 86

1 there have been questions raised. I've gone back
2 to the -- both from my report and from some of
3 Matt's many reports, gone back to the original
4 cited source just to clarify, maybe form my own
5 opinion on things.
6    Q.   And just to clarify, that's for purposes
7 of this deposition, not for your supplemental
8 report that you did?
9    A.   I know some of it. Some of it -- some
10 of it was reviewed in order to prepare my March
11 report, and some of it was just basically to
12 refresh my memory for this deposition.
13    Q.   Okay. Are there any areas that you
14 still believe, sitting here today, that you need
15 to explore further?
16    A.   It's a broad, open-ended question.
17    Q.   Well.
18    A.   I'm sure -- well, the broader answer to
19 your question is I think I have covered the
20 available material adequately. Is there
21 additional material out there that nobody knows
22 about that I haven't looked at? Sure.
23    Q.   Are you anticipating reviewing any
24 additional materials that you haven't to date
25 reviewed before you testify in trial in this

Page 87

1 case?
2    A.   What -- I think what I have done both
3 for my subsequent reports, declarations and what
4 I did in preparing for this is basically just go
5 back and relook at -- refamiliarize myself with,
6 really, a large body of information. And also
7 read -- read the declarations of some -- some of
8 the newer declarations that have come up since
9 then.
10    Q.   I might have misspoken, but my question
11 was a little bit different. Before you testify
12 in trial -- by the way, have you been told
13 whether or not you're going to be testifying at
14 trial in this case?
15    A.   I've been told when the trial is.
16    Q.   Okay.
17    A.   And that I might be called to testify.
18    Q.   And you understand that the trial --
19 it's going to start August 18th and go for about
20 two weeks, do you --
21    A.   That's my understanding, yes.
22    Q.   And are you anticipating doing any other
23 work on this case as far as -- strike that.
24       Are you anticipating reviewing any
25 additional materials that you haven't up to this

Page 88

1 point in time reviewed before you are possibly
2 called to testify in August?
3    A.   If -- I can't answer that specifically.
4 I mean, if anything new comes to light, I would
5 certainly review it. But I think, again, I would
6 mainly before testifying go back and -- there's a
7 large amount of information in this case. And I
8 find that reading it again really, really helps.
9    Q.   So, there's no additional work that you
10 know of as far as reviewing literature out there
11 that you know will have to get done before trial?
12       I mean, let me just back up. This
13 is what I'm getting at. I'm not trying to be
14 tricky. I'm trying to be clear. There might be
15 some work that you simply didn't have time to do
16 before today, but you know it will need to be
17 done before trial. There might be a book out
18 there that you know of that you haven't had the
19 chance to review yet or a report out there that
20 you haven't had a chance to review yet. Do you
21 know of any -- was there any work that would have
22 been helpful to you in formulating your opinions
23 in this case that you know of that you have not
24 been able to accomplish to this day?
25    A.   That question I can answer. I think the

Page 89

1 answer to that is "no."
2    Q.   Okay. At any point in time, did you
3 request any materials to review for this case
4 that you were not able to get?
5       MR. McLACHLAN:  Objection. Vague.
6    A.   Requests from Brian?
7    Q.   (BY MR. DUDUKGIAN) Well, first of all,
8 did you request any materials from Brian or any
9 other U.S -- any other lawyers working for the
10 U.S. Government that you were not -- that they
11 were not able to provide you with?
12    A.   No.
13    Q.   Were you -- at any point, did you
14 identify any reports or resources or any kind of
15 literature that you thought might be helpful for
16 you in reviewing but you just did not have access
17 to?
18    A.   Because of really 30 years of working in
19 Alaska in the subject area, I have -- we have a
20 fairly extensive library or access to the
21 available information. I think in general, to
22 answer your question is was there anything I
23 wanted to look at I could not find, I think
24 the answer to that is "no."
25    Q.   Okay. I'd like to move on now and start

Northern Lights Realtime & Reporting, Inc
(907) 337-2221

Michael R. Yarborough
May 23, 2008

Page 90

1    talking about the different opinions you may be
2    offering at trial in this case.  And, as you
3    know, I like to make lists, so let's start by
4    making a list of the different areas -- the
5    different opinions that you might be offering in
6    this case.  So, if you want, we could go from
7    more broad to more specific or do it any way you
8    would like.  I'd like to at least come up with a
9    list of your opinions in this case.
10           MR. McLACHLAN:  Objection.  Vague.
11    A.    You want me to list the opinions that I
12    might be offering at trial?
13    Q.    (BY MR. DUDUKGIAN)  Right.
14           MR. McLACHLAN:  Objection.  Calls
15    for speculation.
16    A.    Yeah, could I -- could I discuss some of
17    the opinions that I offered in, say, my report
18    and my declarations?  Is that the same thing?
19    Q.    (BY MR. DUDUKGIAN)  First of all, I
20    think you said you had a chance to review before
21    this deposition your first report, your
22    declarations, your March, 2008 report and your
23    supplemental report from a few weeks ago,
24    correct?
25    A.    Uh-huh.

Page 91

1    Q.    In reviewing all of those reports, did
2    you come across any conclusions or opinions that
3    you made that you would like to withdraw?
4    A.    No.
5    Q.    Did you -- and I know that your first
6    report was 1995, and in your subsequent
7    declarations and subsequent reports you talk
8    about some additional research that has been done
9    by Mann and Crowell --
10    A.    Aron Crowell.
11    Q.    Crowell.  And other additional
12    literature that you have reviewed.  So I just
13    want to limit this question to the March, 2008
14    report.
15    A.    Okay.
16    Q.    Are there any opinions or conclusions
17    that you made in your March, 2008 report that you
18    would like to modify in any way?
19    A.    I don't think so, no.
20    Q.    Are there any opinions or conclusions
21    that you would like to supplement?
22    A.    Supplement?
23    Q.    By that, I mean, additional opinions
24    that you thought in reviewing the report were
25    maybe omitted that should have been in there?

Page 92

1    A.    One -- I think one clarification that I
2    would make is regarding de Laguna's discussion of
3    the -- the eight local groups in Prince William
4    Sound.  In going back -- my -- my March, 2008
5    report includes additional information, as you
6    stated, and then, basically, concludes with a
7    summation of my conclusions from my 2000 -- or
8    '95 report, and basically says that, really, I
9    have considered this additional information, and
10    this additional information -- I still consider
11    this information to be true.
12    Q.    Okay.
13    A.    And then I list the various summarized
14    conclusions.  I think the one thing I would
15    clarify, although not disagree with, is de
16    Laguna's characterization of the eight local
17    groups in Prince William Sound, and the time
18    period of consideration or her statement of those
19    groups.  As I said earlier, de Laguna uses the
20    phrase and I quote it directly "in former times."
21    And I state in that summation something like
22    presumably at the time of Russian contact.  I
23    would probably, upon considering that, modify
24    that to say that de Laguna's discussion of the
25    eight local groups in Prince William Sound

Page 93

1    follows upon her discussion of history of Russian
2    contact.  So, in context, in her '56 report,
3    she's discussing the eight local groups in
4    context of her discussion of Russian contact.
5           Birket-Smith, upon rereading
6    Birket-Smith, mentioned that some of the eight
7    local groups are actually mentioned in some of
8    the early historic records.  Although he does
9    also note that other groups are also mentioned,
10    which are not in de Laguna's list.  So, I think
11    if I was going to qualify -- or one qualification
12    that I would make is that I think in former
13    times, that vague reference is probably more
14    accurate than presumably at the time of Russian
15    contact, which is a conclusion that I came to,
16    which, upon consideration, maybe is a little too
17    precise.
18    Q.    Okay.
19    A.    That's one thing.
20           I think, in general, though --
21    another -- another thing that I have -- I think
22    would qualify based on really more recent work is
23    a statement that I attribute to Hassen about the
24    necessity of the Russians to obtain permission
25    from the Chugach to hunt.  Very recently I've

Northern Lights Realtime & Reporting, Inc
(907) 337-2221

Michael R. Yarborough
May 23, 2008

Page 94

1  gone back and reread Hassen and gone back to the
2  original reading, Akoun -- Akoun, who Hassen
3  cites on his report.  I would say on very recent
4  rereading of the sources that Hassen's statement
5  that the Russians had to obtain permission from
6  the Chugach to hunt is a mischaracterization of
7  Akoun's -- basically, his statement in his
8  history of the Russian American Company.  Those
9  are two specific examples.
10    Q.    How recently did you read that primary
11  source?
12    A.    Maybe last week or so.
13    Q.    Did you read it in English or Russian?
14    A.    It's in English.
15    Q.    Was it originally in English or
16  translated?
17    A.    It's translated.
18    Q.    Is it your opinion today that the
19  Russians did not need to get permission from the
20  Chugach in order to hunt in Prince William Sound?
21        MR. McLACHLAN:  Objection.  Vague.
22    A.    I would say that, you know, my -- my
23  characterization of the relationship between the
24  Russians and the Chugach, based on what Hassen
25  said, based on what Akoun had written, is

Page 95

1  incorrect because I believe Hassen was
2  attributing more to the Akoun source.  So, when
3  Hassen basically says that the Russians had to
4  get permission from the Chugach to hunt, he's
5  going way beyond what Akoun said.  And that, you
6  know -- my attributing to that -- it's a
7  misstatement.
8    Q.    Okay.  Aside from Akoun, are you aware
9  of any other primary sources from which an
10  archeologist might be able to draw a conclusion
11  as to whether the Russians needed to obtain
12  permission from the Chugach to hunt in Prince
13  William Sound?
14    A.    Primary sources?
15    Q.    Right.  Well -- first of all, would you
16  consider Akoun a primary source?
17    A.    No.
18    Q.    So what was the primary source?
19    A.    Akoun relied on the archives in
20  Leningrad and Moscow for his work.
21    Q.    I see.
22    A.    His research was primary research.  But
23  I would consider it a secondary source, because
24  he's summarizing the primary work.
25    Q.    Well, without -- without distinguishing

Page 96

1  between primary and secondary sources, aside from
2  Hassen and Akoun, are there any other -- is there
3  any literature from any other sources that would
4  allow you to draw a conclusion as to whether the
5  Chugach needed to obtain Russian -- sorry, the
6  Russians needed to obtain Chugach permission in
7  order to hunt?
8        MR. McLACHLAN:  Objection.  Vague.
9    A.    That is the only reference that I can
10  recall in my report that addresses that
11  relationship between the Russians and the Chugach
12  and the whole permission thing.
13    Q.    (BY MR. DUDUKGIAN) When you originally
14  talked about the Russians and the Chugach and
15  permission to hunt, were you referring to the
16  Russians hunting in, quote, unquote, Chugach
17  territory?
18        MR. McLACHLAN:  Objection.  Vague.
19    A.    I was referring originally to Prince
20  William Sound.
21    Q.    (BY MR. DUDUKGIAN) Okay.  So your
22  original reference had nothing to do with the
23  Gulf of Alaska or Cook Inlet?
24        MR. McLACHLAN:  Objection.  Vague.
25    A.    As Hassen -- Hassen says nothing of the

Page 97

1  Gulf of Alaska or Cook Inlet.  He was talking
2  specifically about the relationship to -- the
3  relationship between the Russians and the Chugach
4  in Prince William Sound.
5    Q.    And I know you disagree with Hassen, but
6  as far as Hassen and his -- and his -- I guess
7  literature was that the Russians needed to obtain
8  Chugach permission in order to hunt in Prince
9  William Sound?
10    A.    In Prince William Sound.
11    Q.    Was it throughout Prince William Sound,
12  or was it any specific areas of Prince William
13  Sound?
14    A.    I can't answer that.  In my
15  understanding, he just refers to Prince William
16  Sound.
17    Q.    Okay.  And the only person that Hassen
18  attributed for that statement was Akoun?
19    A.    That's his citation, yes.
20    Q.    And you went back and read Akoun and you
21  disagree with his characterization of what Akoun
22  said?
23    A.    I reread almost all of Akoun.  He refers
24  to the Chugach in a very short paragraph, and
25  refers to Chugach Bay or Prince William Sound in

Michael R. Yarborough
May 23, 2008

Page 98

1  only about four or five pages. And I think -- I
2  think Hassen was -- was maybe extrapolating, but
3  certainly -- certainly the word "permission"
4  never comes into Akoun's discussion.
5    Q.   Okay. And where did you find the Akoun
6  materials? Is that here in Anchorage?
7    A.   ARLIS, UAA.
8    Q.   Approximately, how many pages of Akoun
9  materials are there?
10    A.   How many pages? It's -- I would say,
11  oh, it's a fairly thin little book (indicating).
12  Maybe less than 200.
13    Q.   And aside from Akoun -- I think I asked
14  you this, let me just clarify and ask the
15  question more clearly. Aside from Akoun and
16  Hassen, is there any other literature that you
17  are aware of that talks about the Russians
18  needing to obtain permission to hunt in Prince
19  William Sound?
20        MR. McLACHLAN: Objection. Vague.
21    A.   There -- there are a number of historic
22  sources that talk about the relationship between
23  the Koniag, the Aleuts, the Chugach and the
24  Tlingit, but that's the only reference that I can
25  recall; and Hassen uses the word, I'm sure,

Page 99

1  "permission" specifically that I can recall that
2  talks about permission.
3    Q.   And do you have an opinion one way or
4  another whether the Russians did need to get
5  Chugach permission to hunt in Prince William
6  Sound?
7    A.   I -- I'd say on further recollection
8  that the Russians probably did not need to get
9  permission to hunt in Prince William Sound.
10    Q.   And what is the basis for your opinion?
11    A.   Probably the historical relationship
12  between the Russians and other Native groups in
13  Alaska.
14    Q.   Can you explain? I'm not sure I
15  understand.
16    A.   The nature of the contact, the early
17  contact between the Aleuts and the Russians was
18  very violent. The early relationship between the
19  Russians and the Koniag was very violent. There
20  are numbers of battles between the Russians and
21  the Tlingits. And the early -- the early
22  relationship between the Russians and the Chugach
23  was not that friendly either.
24        But, in all instances, whether
25  through just force of arms, disruption of the

Page 100

1  population, decimation of the population because
2  of diseases, the Russians will out. Now, the
3  nature of the relationship between the Aleuts,
4  the Koniag, the Chugach and the Tlingits varied
5  for numbers of reasons. But, in my professional
6  opinion, I don't think the Russians really ever
7  needed permission to do anything they wanted to.
8    Q.   Okay. So besides the nature of the
9  relationship between the Russians and the other
10  Native tribes, like the Tlingits, Koniags and
11  Aleuts, are there any other reasons for your
12  opinion that the Russians did not need to obtain
13  Chugach permission to hunt within Prince William
14  Sound?
15        MR. McLACHLAN: Objection. Vague.
16    A.   Well, I think -- if -- again, going back
17  to Akoun and what I've recently read, you know,
18  his -- what does he say about the Chugach? And
19  he basically characterizes the relationship that
20  the -- the Russians -- the Russians -- the
21  Chugach -- the Chugach did not hunt for the
22  Russians, and the Russians did not employ them.
23  I think there's varying -- there's a number of
24  reasons for that. Again, going back to the
25  evolution of the Russians' relationship with the

Page 101

1  Native peoples and the nature of Prince William
2  Sound and the peoples there.
3        But, no, to answer your question
4  specifically, I think there's a large body of
5  historical literature narratives, both primary,
6  Russian-English sources, and more secondary
7  compilations of the history of the Russians and
8  the Native relationships that basically
9  characterizes the nature of both the -- you know,
10  the aggressive occupation of the Aleutians in
11  Kodiak by the Russians and the cultural
12  disruption that resulted therein.
13    Q.   Are there any sources that are specific
14  to the relations between the Russians and the
15  Chugach?
16        MR. McLACHLAN: Objection. Vague.
17    A.   Any -- yes.
18    Q.   (BY MR. DUDUKGIAN) What sources are
19  those?
20    A.   The -- there are early -- there are
21  early accounts of the first Russian forays into
22  Prince William Sound that talk about -- you know,
23  the relationship changed, and there are any
24  number of the Russian explorers that left
25  accounts that talk about the relationships.

26 (Pages 98 to 101)

Michael R. Yarborough
May 23, 2008

Page 102

1   It -- like I said, it evolved from the early
2   contact period into the -- through the late
3   1800s, into the late 1700s into the 1800s.
4       Q.    Are you talking specifically about
5   relations between the Russians and the Chugach?
6       A.    The Russians and the Chugach, yeah.
7       Q.    What are the sources that you're
8   familiar with that talk about those relations
9   between the Russians and Chugach?
10      A.    Well, I think Davydov talks about some
11  of that.  There's some of the English explorers.
12  Davydov who spends a lot of time on Kodiak
13  basically collecting ethnographic information
14  more specifically about the Koniag, but he also
15  mentions the Chugach and the Kenaitze and the --
16  basically, the Eyak or the -- and then, again, if
17  you look at some of the secondary sources like
18  Bancroft or Svetlana Federova, the Russians and
19  Russian America.
20      Q.    Besides what you've testified to
21  already, is there any other reason for your
22  opinion that the Russians did not need to get
23  permission from the Chugach to hunt within Prince
24  William Sound?
25      A.    Not -- not that comes to mind

Page 103

1   immediately.
2       Q.    Okay.  And besides the two -- the
3   clarification you made on de Laguna and the
4   change of your opinion about the need for the
5   Russians to obtain permission, did you identify
6   any other opinions in reviewing your March, 2008
7   report that you would like to clarify?
8       A.    I don't think so.  I think -- I think
9   I'm comfortable with my conclusions and opinions
10  other than -- and I'd say that maybe the two
11  preceding examples are more clarifications
12  really.
13      Q.    Just to be clear and use your language,
14  you don't believe any other clarifications are
15  necessary at this point in time?
16      A.    I'm comfortable with my conclusions.
17      Q.    And in reviewing the report, the March,
18  2008 report, did you identify any omissions that
19  should have been in the report that you'd like to
20  supplement now?
21      A.    Supplement now?  No, I don't think so.
22      Q.    Other than the opinions that are
23  contained in your March, 2008 report, did you
24  reach any other opinions about -- about this
25  case?

Page 104

1             Sorry.  Let me rephrase.  That's
2   kind of broad.
3             Other than the ones contained -- do
4   you recall earlier when we talked about the six
5   or seven different areas where Bruce Langdon
6   asked you to make conclusions?
7       A.    Uh-huh.
8       Q.    Relative to those six or seven areas,
9   did you reach any other conclusions other than
10  the ones contained in your March, 2008 -- March,
11  2008 expert report?
12            MR. McLACHLAN:  Objection.  Vague.
13      A.    I have read a large amount of
14  information for this case, including more recent
15  expert -- what's the word?  -- declarations by
16  people who really, I'm not -- things from --
17  things from outside of my area of expertise, you
18  asked me before, fisheries.  But other than
19  reading those, considering them, I think -- in
20  terms of my research, my opinions, my report, my
21  declarations, I think that -- those are my expert
22  opinions.
23      Q.    Well, I'm going to be upfront to you and
24  kind of explain to you why I'm asking the
25  questions the way I am.  Because you've been

Page 105

1   retained as an expert witness in the case, we're
2   entitled to ask about what you'll be testifying
3   about.  The expert report, the March, 2008,
4   report in which you reached opinions in this
5   case, I'm basically giving you another
6   opportunity here today to add to those opinions,
7   if you're going to be testifying to something
8   additional at trial, and you should understand
9   that if -- unless we are told of those opinions
10  today or in your report, you're probably not
11  going to make -- give those opinions at trial.
12  So I'd like you to really think carefully about
13  whether there are any additional opinions you'd
14  like me to know about so we have it in
15  anticipation of trial.
16            MR. McLACHLAN:  Objection.  Calls
17  for speculation and mischaracterizes what would
18  be available at trial, opinions.
19      A.    Several -- several personal observations
20  came to mind while I was reading the documents
21  pertaining to this case, none of which are
22  pertinent to my expert opinions in terms of
23  expert opinions that I would offer.  I think they
24  are well documented in my reports and my
25  declarations.  I don't feel at this time the need

27 (Pages 102 to 105)

Michael R. Yarborough
May 23, 2008

Page 106

1  to add anything to what I've already put in the
2  record.
3      Q.   (BY MR. DUDUKGIAN) Okay.  Fair enough.
4  And just -- just because I'm curious, what are
5  some of these personal observations that you've
6  made?
7      A.   Is she going to write this down?
8      Q.   Yeah, she is.
9      A.   As I noted before, I'm impressed or
10  amazed at the number of reports and declarations
11  that Matt Ganley has written.  Those sorts of
12  things.
13      Q.   When you say "impressed" or "amazed," I
14  mean, those generally have a positive
15  connotation.  I want to make sure I'm
16  understanding you correctly.  Are you saying that
17  it's a positive thing that he's submitted so many
18  reports, or a negative thing?
19      A.   I -- I just -- I offer no -- neither
20  way.  I'm just -- he's submitted a lot of
21  reports.  That's one thing -- it's that sort of
22  personal observations that really have nothing to
23  do with my opinion on the facts.
24      Q.   Are you familiar with Matt Ganley?
25      A.   I've known Matt.  We're not -- we're

Page 107

1  professional colleagues.  We don't socialize.
2      Q.   Are you familiar with his work?
3      A.   I'm familiar, generally, with his work.
4  But he works in a part of Alaska that is in the
5  main outside of where I work.  So my main -- my
6  main articulation with Matt has been through this
7  case.
8      Q.   What is Matt Ganley's reputation among
9  archeologists in Alaska?
10      A.   I can't speak to that.  I can tell you
11  that, you know -- I have -- my impression of --
12  you know, my impression of Matt is he's -- he's a
13  capable archeologist.  I've not heard anything
14  derogatory about him.  But, like I said, we --
15  we -- we work in the same field, in the same
16  state; but our orbits are different.  Except,
17  like I said, we come together for this case.
18      Q.   Do you know whether he's well respected
19  in the community of archeologists in Alaska?
20      A.   I can't speak for my colleagues.  I -- I
21  have -- I don't know respect -- like I said, I --
22  I think he's -- I think he's accepted into the
23  community as a competent archeologist.
24      Q.   Okay.
25          MR. DUDUKGIAN:  Could we go off

Page 108

1  record for a second?
2          (Discussion off the record.)
3          (Lunch break.)
4          MR. McLACHLAN:  Mr. Yarborough
5  would like to clarify two points from his prior
6  testimony, one about, you asked about prior
7  testimony; and the other about materials he
8  received -- reviewed in this case.
9          THE WITNESS:  I, this past summer,
10  testified in a civil case on one of my employees
11  regarding a restraining order.  Basically, a
12  civil hearing before a magistrate in Unalaska.
13  Nothing to do with this case or anything to do
14  with archeology.
15      Q.   (BY MR. DUDUKGIAN) That was a protective
16  order against some other person, I'm guessing?
17      A.   Not me.  Definitely not me, no.
18          And the other thing is that I -- I
19  received two folders of reports and depositions.
20  I guess I wasn't clear -- I wasn't clear.  One I
21  received prior to my March report, and the other
22  one, most recently, I received about a week and a
23  half ago.  The most recent materials.  So, two
24  sets, but all since March.
25      Q.   Just to clarify, the most recent

Page 109

1  materials you received were the reports and
2  supplemental reports of the other expert
3  witnesses in this case?
4      A.   Since -- since my March report.
5      Q.   Okay.  Other than expert reports and
6  supplemental reports, were any other materials
7  provided to you in the last two weeks?
8      A.   No.
9      Q.   Okay.  A couple other points I just
10  wanted to ask you about before we dive back into
11  your opinions.
12          Have you read Crowell's 2008 paper?
13  I think it's still in draft form.
14      A.   Have I read that?  No, I don't think so.
15      Q.   Okay.  Have you heard of someone by the
16  name of Lydia Black?
17      A.   I know Lydia.  Or I knew Lydia.  She's
18  deceased.
19      Q.   She is.  Okay.  Do you know her body of
20  work?  I mean, what I mean by that is:  Do you
21  know what areas she has written about?
22          MR. McLACHLAN:  Objection.  Vague.
23      A.   In some areas, yes.
24      Q.   (BY MR. DUDUKGIAN) And she has written
25  about the Russian period in Alaska?

28 (Pages 106 to 109)

Michael R. Yarborough
May 23, 2008

Page 110

1    A.    Russians in Alaska, yes.
2    Q.    And have you read that book, "Russians
3  in Alaska"?
4    A.    No.
5    Q.    Would you consider Lydia Black a person
6  whom archeologists would rely upon?
7    A.    I have used her Aleut Art in my
8  profession, so I have to truthfully answer that
9  "yes."
10   Q.    I'm not sure I understand.  She was also
11 an artist, or is that the name of her book?
12   A.    That's the name of her book.  She wrote
13 a book on Aleut art.  How would I -- Lydia would
14 be -- Lydia would be best styled a cultural
15 anthropologist, despite her last name, she was
16 very Russian did a lot of work in the Russian
17 Archives.
18   Q.    Do you know whether other archeologists
19 would rely on her "Russians in Alaska" book?
20   A.    I would think so, yes.
21   Q.    Okay.  Are you familiar with
22 Dr. Patricia Partnow?
23   A.    I know Pat.
24   Q.    When you say -- like --
25   A.    I know her personally.

Page 111

1    Q.    And is she well regarded in the field
2  of -- I guess would it be anthropology or
3  archeology?  What would you consider her to be?
4    A.    I think Pat's a cultural anthropologist,
5  too.  I know her personally, but I don't know her
6  body of work.  Our spheres do not overlap.
7    Q.    And do you know anything about her
8  reputation in the community of anthropologists
9  and archeologists in Alaska?
10   A.    Not specifically, no.
11   Q.    Okay.  All right.  Well, before the
12 break -- actually, quite a while before the
13 break, we had identified the different topic
14 areas that Bruce Landon asked you to provide
15 opinions on.  And I think we came up with a list.
16 And I want to ask you about the conclusions you
17 reached as to each one.
18        The first one you had identified
19 was use of the EEZ by the Chugach, and relative
20 to three time periods prehistoric, protohistoric
21 and historic eras; is that correct?
22   A.    Prehistoric, protohistoric and -- I
23 would further divide the historic period, but in
24 the main, yes.
25   Q.    Okay.  What conclusions, if any, did you

Page 112

1  reach about the Chugach's use of the EEZ in
2  prehistoric times?
3        MR. McLACHLAN:  Objection.  Vague.
4    Q.    (BY MR. DUDUKGIAN)  And by this
5  question -- you know, it's a broad question
6  intended to cover, you know, as many years -- I
7  know there's thousands of years in this period.
8  So if there are differences, please identify that
9  for me.
10   A.    I think I could -- I could truthfully
11 correctly say that there is no definitive
12 archeological evidence for use of the EEZ during
13 the prehistoric period.
14   Q.    Now, is that the same for the historical
15 period?
16   A.    You're asking if the Russian records,
17 the historical accounts, the explorers' accounts,
18 and -- I think -- I think my conclusion, as
19 stated in my reports were that there -- there is
20 certainly evidence of travel across -- however
21 you want to style it, the OCS, the EEZ, that's
22 well documented, portrayed for -- portrayed for
23 warfare.  Specific evidence of the use of the
24 outer, beyond-three-mile-limit waters for
25 hunting/fishing, no, I would say that there is

Page 113

1  little to no evidence of that.
2    Q.    Okay.  Now, there's a lot that I need to
3  follow up on.  First of all, going back to my
4  first question and your first answer, you said
5  there's no definitive archeological evidence,
6  what would you consider to be definitive evidence
7  of use?  And for purposes of this question, I'm
8  not talking about travel, but you called it
9  economic use.  Let's call it economic use.
10       MR. McLACHLAN:  Objection.  Vague.
11   A.    I would say that the archeological
12 evidence speaks to subsistence practices.  And
13 that there is no evidence in the archeological
14 record of use of any fish or land mammal, sea
15 mammal that would necessitate going out --
16 necessitate going out beyond the three-mile
17 limit.  I think the overwhelming evidence is that
18 these were locally available resources.
19   Q.    (BY MR. DUDUKGIAN) So, just to make sure
20 we're on the same page, when you talk about
21 archeological evidence, are you referring
22 specifically to faunal remains?
23   A.    Faunal remains.
24   Q.    Is there anything else that would fall
25 within archeological evidence?

29 (Pages 110 to 113)

Michael R. Yarborough
May 23, 2008

Page 114

1    A.    Tool types and technology speak to,
2  basically, capabilities and subsistence patterns;
3  but in the main we were talking about
4  seasonality, subsistence, we're looking at the
5  faunal remains.
6    Q.    And what would you consider to be
7  definitive archeological evidence?  Are you
8  saying if there were faunal remains of species
9  that were only available on the EEZ, that would
10  qualify as definitive evidence?
11         MR. McLACHLAN:  Objection.  Vague.
12  Also, speculation.
13    A.    I think I would go back to what I said
14  earlier.  There is no evidence in the
15  archeological record that -- whichever time
16  period we have information for that they were
17  hunting, using species that would require them to
18  go out beyond whatever, the three-mile limit, to
19  obtain.
20    Q.    I guess what I'm trying to understand is
21  what kind of archeological evidence would it take
22  for you or an archeologist to have -- to be able
23  to give an opinion that there was use of these
24  EEZ waters?
25    A.    What kind of evidence?  I think -- I

Page 115

1  think the evidence -- the evidence suggests what
2  species, what animals they were hunting, fishing.
3  And the evidence is such that there is really no
4  indication that these were not locally available
5  species that would require you to travel long
6  distances out into the open ocean to obtain.
7    Q.    So, is it fair to say that the evidence
8  of the faunal remains were of a species that were
9  found both within Prince William Sound and on the
10  EEZ?
11         MR. McLACHLAN:  Objection.
12  Compound.  Vague.
13    A.    That's different.  We're talking about
14  many different species of sea mammals, fish.  I
15  think there is no one answer to that.
16    Q.    (BY MR. DUDUKGIAN) Okay.  Let me ask it
17  differently.  Are you aware of any faunal remains
18  that were found at any site within Prince William
19  Sound of species that are only available on the
20  EEZ?
21    A.    Species that are only available on the
22  EEZ?  No.
23    Q.    Besides finding faunal remains of
24  species that are only available in the EEZ, can
25  you think of any other types of definitive

Page 116

1  archeological evidence of the use of EEZ waters?
2         MR. McLACHLAN:  Objection.
3  Misstates testimony.
4    A.    Could you repeat that question?
5    Q.    (BY MR. DUDUKGIAN) Okay.  What I'm
6  trying to understand is how an archeologist would
7  go about either proving or disproving the fact
8  that the waters of the EEZ were used by the
9  Chugach people.  So I'm asking you to identify
10  for me what types of evidence would allow you to
11  make an opinion that the Chugach did use the
12  waters of the EEZ for economic purposes.
13    A.    You turn that around and say -- I think
14  your question is:  Is there any archeological
15  evidence that they used the EEZ?  And I think the
16  answer to that is "no."
17    Q.    Sir, that wasn't my question.  So let me
18  try it again.
19    A.    Sorry.  Try it again.
20    Q.    Is it possible to archeologically prove
21  use of the EEZ in prehistoric times?
22    A.    Is it possible to prove?
23         MR. McLACHLAN:  Objection.  Vague.
24    A.    No, I don't think so.
25    Q.    (BY MR. DUDUKGIAN)  Is it possible to

Page 117

1  archeologically rule out Chugach's use of the EEZ
2  in prehistoric times?
3    A.    I think it's possible to demonstrate
4  archeologically that the people would not have
5  needed to use the EEZ.
6    Q.    But that wasn't my specific question.
7    A.    I know that's not your question.
8    Q.    My question is:  Is it possible to rule
9  it out through archeological evidence?
10    A.    I think, to be most correct, I think
11  from archeological evidence, you can't prove or
12  disprove use of the EEZ.
13    Q.    Okay.
14    A.    But -- the only logical evidence is very
15  suggestive, and how -- so much of the
16  archeological evidence is very suggestive that
17  there is no species that they were using that was
18  not locally available or that you would need to
19  travel great distances out into the open ocean to
20  obtain.
21    Q.    Is this -- is your answer limited to
22  prehistoric times or more than --
23    A.    We're talking about archeological
24  evidence, yes.  Prehistoric.
25    Q.    Is there any archeological evidence that

30 (Pages 114 to 117)

Michael R. Yarborough
May 23, 2008

Page 118

1  you are aware of suggesting use of the EEZ by the
2  Chugach in prehistoric times?
3      A.   I think that's the same question as you
4  asked before, and I would say, again, if I
5  understand the question, the answer's "no."
6  From --
7      Q.   Okay. Well, just so I explain my
8  question to you, I'm saying: Is there any
9  archeological evidence that you are aware of that
10  would support the inference that the Chugach were
11  using the EEZ waters in prehistoric times.
12      A.   For --
13          MR. McLACHLAN: Objection. Vague.
14      A.   For --
15      Q.   For nontravel --
16      A.   No, I know of none.
17      Q.   Now, in support of your opinion that
18  there is no archeological evidence of Chugach use
19  of the EEZ waters in prehistoric times, you
20  mentioned as one basis for your opinion that no
21  species were not -- or that Chugach were not
22  using any species that were not locally
23  available. Are there any other reasons why --
24  that support your opinion that the Chugach did
25  not use the EEZ waters during prehistoric times?

Page 119

1          MR. McLACHLAN: Objection. Vague
2  and confusing.
3      Q.   (BY MR. DUDUKGIAN) Okay. Let me back
4  up.
5      A.   I think I understand the question, but
6  maybe you could --
7      Q.   Just tell me all evidence on which you
8  base your opinion that the Chugach did not use
9  the OCS or EEZ waters in prehistoric times?
10      A.   I think we're -- I think we're looking
11  at both presence and absence of evidence. The
12  data from the archeological record establishes
13  both what species they were hunting, land mammal,
14  sea mammal, fish, intertidal invertebrates, and
15  from that you can infer seasonality of the site;
16  meaning that there are certain species that are
17  available certain times of year. Based on that,
18  you can establish for a site seasonality and
19  conclusions about the subsistence patterns for a
20  particular site.
21          Now, as I mentioned before, if
22  you're looking at Aishihik in the Northwest
23  corner of the Sound and Palugvik in the Southeast
24  corner of the Sound, you are going to get
25  different seasons, different locally available

Page 120

1  species. Same thing with the outer Coastal Kenai
2  Peninsula. You've got different coastline types.
3  You've got different available resources. That
4  is the archeological data that you're looking at.
5  And my -- I think at this point we're into
6  professional opinion formed on, you know -- in
7  the main by studies my wife has done, but also
8  from other people's information, that given what
9  we know about seasonality and subsistence
10  patterns, local occupation patterns, even
11  variations in different parts of the Sound, that
12  I see no resources that would not have been
13  available locally. And no reason, in my
14  personal -- or professional opinion, for the
15  Chugach to have needed to go out into ocean
16  waters to obtain the resources we know they were
17  using.
18      Q.   Which studies from your wife are you
19  referring to?
20      A.   Mainly her dissertation. But she's also
21  done faunal analysis of Aron Crowell's, she's
22  also done faunal analysis for me on my analysis
23  that went into her dissertation.
24      Q.   I'm going to sum up, and if I speak in
25  any way wrong let me know. First of all, your

Page 121

1  opinion is Chugach did not prehistorically use
2  the waters of the EEZ for nontravel, correct?
3          MR. McLACHLAN: Objection.
4  Misstates testimony.
5      A.   I think -- no, I -- two things, I
6  think -- you asked me before is there any
7  archeological evidence that they did, and I think
8  my answer to that is "no."
9      Q.   No.
10      A.   My professional opinion, based on my
11  experience as an archeologist, is that the
12  prehistoric peoples of that Coast would not have
13  needed to use the OCS to obtain the resources
14  that they were depending on. So it has a
15  two-part answer.
16      Q.   Right. So, is it your professional
17  opinion, then, that the Chugach people in
18  prehistoric times did not hunt or fish in the
19  EEZ?
20          MR. McLACHLAN: Objection. Vague.
21      A.   I think my -- my professional opinion is
22  that there is no -- my conclusion is that there
23  isn't any evidence that they did. Not proven. I
24  think you cannot say based on the archeological
25  evidence -- you can't say based on the

31 (Pages 118 to 121)

Michael R. Yarborough
May 23, 2008

Page 122

1  archeological evidence that the people of the
2  coast we're talking about used the EEZ.  The
3  evidence is just not there to make a positive
4  statement of.
5        My professional opinion, based on
6  many years of looking at the information and
7  working the area is -- my personal opinion is
8  that the resources were available locally and
9  they would not have needed to -- subtle
10  difference.  You can't use archeology to say they
11  did use the EEZ.  And my professional opinion is
12  that they really would not have needed to.
13  Subtle difference.
14    Q.   Okay.  I see what you're saying.
15    A.   Never mind.
16    Q.   And what is the reason you think that
17  during prehistoric times the Chugach would not
18  have needed to fish out in the EEZ or hunt out in
19  the EEZ?
20        MR. McLACHLAN:  Object.  Asked and
21  answered.
22    A.   Well, as I stated previously, I think
23  that based on what we know of the resources they
24  were using and their subsistence patterns, those
25  resources were available locally.  And what I

Page 123

1  mean by locally, not out in open waters.
2    Q.   (BY MR. DUDUKGIAN) Is there any reason
3  besides that why they would not need to hunt or
4  fish in the EEZ during prehistoric times?
5        MR. McLACHLAN:  Objection.  Vague.
6    A.   Not that I could cite at this time, no.
7    Q.   (BY MR. DUDUKGIAN) Putting aside the
8  archeological evidence for a second, is there any
9  other anthropological evidence that the Chugach
10  hunted or fished on the EEZ during prehistoric
11  times?
12    A.   There -- it's certainly well established
13  from historic records, both -- especially the
14  early Russian records, the Russian records, that
15  there was travel, there was travel between
16  Kodiak, Kenai Peninsula; Kenai Peninsula and
17  Prince William Sound.  We know that there was
18  travel.  But I can think of no specific
19  historic -- from the Russian accounts, from the
20  English accounts -- reference to hunting or
21  fishing in the open ocean.
22    Q.   Okay.
23    A.   Beyond the three-mile limit.  However
24  you want to define it.
25    Q.   Besides the reports of the early

Page 124

1  Russian, British, and others, would there
2  potentially be any other types of anthropological
3  evidence of use of the EEZ by the Chugach in
4  prehistoric times?
5    A.   Prehistoric times?  No.
6    Q.   And is that because there was no written
7  material that the Chugach people were compiling?
8  Or because they had no -- I mean, is it the case
9  that there was no written language?
10    A.   I'm -- okay.  Prehistorically, no, we --
11  prehistorically, we're dealing with the
12  archeological record.
13    Q.   Is there, as far as you know, any
14  ethnographical evidence of Chugach use of the EEZ
15  during prehistoric times for hunting or fishing?
16    A.   Ethnographic for the prehistoric period?
17        I don't think any of the
18  ethnographic information that we have for the
19  Chugach really is applicable to the -- well, let
20  me qualify that.
21        The further -- the further away we
22  get from the time of Russian contact into what I
23  would call true ethnography, the less applicable
24  it is to the historical period.  And I'm really
25  not certain that some of the early Russian

Page 125

1  observations -- like I said earlier, I think
2  Davydov, who was working principally on Kodiak
3  Island, I think you could almost call what he was
4  doing ethnography.  But even -- even before the
5  period of, say, Vancouver and Cook and later
6  on -- I think disease and population crash really
7  had affected the culture.  So, to answer your
8  question specifically:  Are any of the formal
9  ethnographies that we're talking about,
10  Birket-Smith, de Laguna, and even some of the
11  more recent stuff, are they familiar in the
12  prehistoric period?  No.
13    Q.   Are you saying it's impossible to use
14  that ethnography to make the determination one
15  way or another whether the Chugach were using the
16  EEZ in prehistoric times?
17        MR. McLACHLAN:  Objection.  Vague.
18    A.   Do I -- again, I think I would give the
19  same answer.  I think the -- if you're talking
20  about the more formal ethnography of Birket-Smith
21  it was so far removed from the prehistoric period
22  that I think it gives hints to the past, and I
23  think some -- some of the -- some of the material
24  in Birket-Smith when combined with archeological
25  information where there is correspondence between

32 (Pages 122 to 125)

Michael R. Yarborough
May 23, 2008

Page 126

1  the two, that information is applicable.
2  Certainly, something we consider.  But we also
3  consider when Birket-Smith recorded his
4  information.  The cultural disruptions that had
5  occurred between the prehistoric period -- and,
6  again, if you consider that the prehistoric
7  period ran right up to the day that Vitus Bering
8  went to Kayak Island in 1773 is very different
9  from what was happening in the Sound 5,000 years
10  ago.  I would say, in general, that in writing
11  archeological reports, we consider a wide variety
12  of sources, and consider the context.  Context is
13  very important.  And how -- you know, the whole
14  body of data fits together to form a reasonable,
15  coherent picture of a past lifeway.
16      Q.   So just to sum up this line of
17  questioning, is it your opinion that the
18  ethnographic literature that's available does not
19  demonstrate use of EEZ waters by the Chugach in
20  prehistoric times?
21          MR. McLACHLAN:  Objection.  Vague.
22      A.   With -- with all of the foregoing
23  qualifications, I think the ethnographic
24  information, you know, adds to and is considered
25  as part of the way we approach archeological

Page 127

1  reports.  But I -- and, again, I'm only talking
2  about Birket-Smith and de Laguna.  I don't see
3  anything in their reports that specifically is
4  applicable to the prehistoric use of the Outer
5  Continental Shelf.
6      Q.   (BY MR. DUDUKGIAN) Now, the next series
7  of questions I'm going to ask are going to
8  pertain to the protohistoric period.  Is there
9  any archeological evidence that you are aware of
10  suggesting Chugach use of the EEZ waters during
11  protohistoric times?
12          MR. McLACHLAN:  Objection.  Vague.
13      A.   Excuse me.  That -- that period -- that
14  period from about 1743 until Vancouver and Cook
15  in the 1780s, one, it's a very narrow time frame.
16  Two, except for the -- the one historic burial at
17  Uqciuvit, and I think some of Aron Crowell's -- I
18  know Aron Crowell's stuff from Verdant Cove is
19  all early historic.  I'd have to say that that's
20  a period -- it's a very short time period that we
21  don't know much about archeologically.  So I
22  think the answer to your question of do we know
23  anything about evidence that would suggest use of
24  the EEZ from that time period?  I would have to
25  say "no."

Page 128

1      Q.   (BY MR. DUDUKGIAN) Archeologically?
2      A.   Archeologically.
3      Q.   What about the historic period?
4      A.   Historic period?  Well, Bering
5  visited -- Bering visited Kayak Island, and then
6  left and, really, between then and really what
7  I'd call the beginning of the historic period,
8  there are no historic records.  That's just the
9  time period where, you know, the people in Prince
10  William Sound had access to western goods from
11  trade indirectly; and they also, unfortunately,
12  had access to western diseases and like so many
13  of the Native -- Native peoples of North America,
14  really, died at alarming numbers.  So, it's a
15  time -- by definition, the protohistoric period
16  is a period for which we don't really have any
17  direct historic evidence.
18      Q.   Right.  I think we covered that.  And
19  then I said what about the historic period?
20      A.   The historic period?
21          MR. McLACHLAN:  Objection.  Vague.
22      A.   Historic period.
23      Q.   (BY MR. DUDUKGIAN) Let me rephrase the
24  question.  Would there even on -- once we were
25  talking about the historic period, is it even

Page 129

1  archeology or are we talking --
2      A.   Oh, no, I do historic archeology.
3      Q.   Is there any historic use for -- Chugach
4  use for hunting or fishing in the EEZ in historic
5  period?
6      A.   No.
7      Q.   And that's none whatsoever?
8      A.   Archeological evidence from the historic
9  period of the Chugach hunting and fishing in the
10  EEZ, I know of none.
11      Q.   Do you know of any ethnographic evidence
12  of Chugach use of the EEZ for hunting or fishing
13  during historic periods?
14      A.   Historic periods?
15          MR. McLACHLAN:  Objection.  Vague.
16      A.   Okay.  Something -- I think -- I
17  think -- if I may editorialize a little bit, I
18  think a big problem with this case is we tend to
19  lump -- you know, I -- I am -- I had tried to be
20  very specific about, you know, really, the early
21  Russian period, the later Russian period, the
22  American period, and even into the '20s and '30s
23  which I would almost characterize as the
24  commercial fishing period.  And each -- each one
25  of those periods is very different.  The Russians

33 (Pages 126 to 129)

Michael R. Yarborough
May 23, 2008

Page 130

1  had a very different attitude and approach to the
2  Native people than the Americans did.  And even
3  early on, the early Russian explorers had a very
4  different attitude than the time of the Russian
5  American Company monopoly.
6        So, given that, it's hard to answer
7  your question.
8    Q.   (BY MR. DUDUKGIAN)  Okay.  Let me
9  rephrase.  Do you agree that as of today, the
10  Chugach people are using -- or Chugach people
11  have used the EEZ waters for hunting and fishing?
12        MR. McLACHLAN:  Objection.  Vague.
13    Q.   (BY MR. DUDUKGIAN)  At any point in
14  time?
15    A.   Well, if you define it that way, I'd
16  certainly have to answer "yes."
17    Q.   Okay.  I want you to identify for me, if
18  you can, the point in time after which there is
19  archeological evidence of Chugach use of the EEZ
20  waters for hunting or fishing.
21        MR. McLACHLAN:  Objection.  Vague.
22    A.   I -- I think, as I stated before, there
23  really is no archeological evidence.
24    Q.   (BY MR. DUDUKGIAN)  At any point in time?
25    A.   At any point in time?

Page 131

1    Q.   Can you identify for me the point in
2  time after which there's anthropological evidence
3  of the Chugach using the EEZ waters for hunting
4  or fishing?
5        MR. McLACHLAN:  Objection.  Vague.
6    A.   I am, of course, as I stated before,
7  familiar with some of the expert reports of Matt
8  Ganley, Polly Wheeler and others citing some of
9  the oral -- oral histories that -- both the BIA
10  histories and the ones that were specifically
11  gathered for this case.  The problem that I have
12  with those in answering your specific question is
13  it's -- it's -- in both instances, it's difficult
14  to -- it's -- it's different.  It's difficult to
15  assess the context of some of these statements,
16  and also to identify the time period and the
17  context of, you know, some of the claims whether
18  we're referring to the time period where people
19  were using, you know, outboard motors and modern
20  skiffs and modern fishing boats.  Whether we're
21  referring to the time of -- you know, where
22  people were still using kayaks and open-skin
23  boats.  So I think the best way to answer that
24  is:  Yes, I'm aware that there is information in
25  some of the reports that claim, based on oral

Page 132

1  histories, use of the OCS, the EEZ; but I find it
2  very hard to -- to place those in context.  And,
3  really, you know, as I said, I think context is
4  very important.  Time, not only -- not only
5  who -- who, referring to when, the time period,
6  and really where.  We were actually talking about
7  a long stretch of coastline.
8    Q.   Okay.  So, is it fair to say -- and I'm
9  going to ask the three things you identified.  Is
10  it fair to say that from the anthropological
11  literature you cannot state an opinion as to when
12  the Chugach started using the EEZ waters for
13  hunting and fishing?
14        MR. McLACHLAN:  Objection.  Vague.
15    A.   I'm trying to figure out how to -- we
16  know -- I know, I think we all would agree that
17  during the Russian period that the Russians
18  assembled large flotillas of kayaks to go on sea
19  otter hunts, but my understanding of those
20  expeditions was that those were coastwise and
21  except for crossing the intervening waters really
22  were not -- let's call them EEZ hunts.  There are
23  records from the American period when, really,
24  the hunting of furbearers was very different than
25  it was in prehistoric time of contact that talks

Page 133

1  about the method of hunting.
2        And then, like I said, we come up
3  to the -- the oral histories that were gathered
4  in the '60s and the ones that I believe were done
5  specifically for this case in 1996 and -- is that
6  correct, '96?
7    Q.   Something like that.
8    A.   And I just think that the -- it's
9  difficult to tell from the context of those --
10  the time they were referring to and really the
11  context of whether it was, you know, commercial
12  fishing during the American period or, you know,
13  really a traditional hunt, and I think the
14  further -- the further -- as I say, the further
15  away we get to the time of contact, the more
16  cultural change and disruption we're looking at.
17  So, have I considered and am I familiar with
18  those?  Yes.  Have I considered them in the
19  formulation of my opinions?  Yes.  Do I think
20  they substantially change my opinions?  No, I do
21  not.
22    Q.   Okay.  Sir, my question is a bit
23  different.  And if you don't understand it, let
24  me know.
25    A.   Okay.

34 (Pages 130 to 133)

Michael R. Yarborough
May 23, 2008

Page 134

1    Q.    My question is this:  Do you have an
2  opinion as to when, as far as the date, the year,
3  in which -- or if not the date, then the
4  period -- in which the Chugach first started
5  hunting and fishing on the EEZ?
6             MR. McLACHLAN:  Objection.  Vague.
7    A.    Well, I -- I think -- what I've been
8  trying to explain is it's difficult to tell from
9  the context of the oral histories; and so, you
10  know, the simplest answer to that would be "no."
11  But with the foregoing qualifications.
12    Q.    (BY MR. DUDUKGIAN)  Okay.  Do you have,
13  like, a range of dates that you could give me
14  where the Chugach first started to hunt and fish
15  on the EEZ or -- let me rephrase that.
16             What's the earliest possible date,
17  based on the literature you've reviewed, that the
18  Chugach would have started hunting and fishing on
19  the EEZ?
20             MR. McLACHLAN:  Objection.  Vague.
21    A.    I think the flaw -- the flaw in your
22  question is the presumption that the Chugach were
23  hunting on the EEZ.  I can't -- I would have -- I
24  would have to -- I would have to assume that the
25  oral histories and the information, you know,

Page 135

1  really prove or show that they were hunting on
2  the EEZ to state when I think they started.
3    Q.    (BY MR. DUDUKGIAN)  Well, let me -- let
4  me just say this:  I thought you agreed with me
5  that as of today you believe that the Chugach are
6  hunting on the EEZ, correct?
7    A.    I believe that, you know, at some recent
8  time period -- you know, we know that -- we know
9  that people are fishing in the outer waters.  I
10  mean, they're using modern fishing boats.  You
11  know, can I -- can I establish a period -- go
12  back and say that on Thursday of 1915, that's
13  when they started?  I can't do that.
14    Q.    Okay.  That's what I was asking.
15    A.    It doesn't have to be a Thursday.  Could
16  have been a Friday.
17    Q.    Would you say it was after -- before
18  1900 or after?
19    A.    I -- I can't answer that.
20    Q.    Okay.  Did you reach any conclusions or
21  opinions on the nature -- well, let me back up
22  for a second.
23             I think this is a good time to
24  maybe identify -- there is -- like I said before,
25  in your report I know you referred to Pacific

Page 136

1  Eskimo, Chugach Eskimo, Lower Kenai Eskimo and
2  Unegkurmiut, which is U-n-e-g-k-u-r-m-i-u-t.
3    Q.    If I can start by asking:  Who are
4  the Pacific Eskimo?
5    A.    I think the definition of the Pacific
6  Eskimo is actually included in the name.  It was
7  the -- basically, the Eskimo -- the cultural
8  group, the Eskimo cultural group living on the
9  shores of the Pacific Ocean.
10    Q.    Okay.  And are the Chugach Eskimo a
11  subset of the Pacific Eskimo?
12    A.    They are.
13    Q.    Who are included within the Chugach
14  Eskimo?  I think earlier you said there were
15  eight groups; is that correct?
16    A.    I think what I referred to is the fact
17  that de Laguna says there were eight groups;
18  Birket-Smith says there were eight groups, but
19  more than eight groups.  I think -- what
20  Birket-Smith says is that there were eight main
21  groups and some subgroups.  I think what we can
22  say is that the -- that within Prince William
23  Sound there were probably a changing subset -- a
24  changing set of local groups.
25             It might have been eight one

Page 137

1  century; six the next.  I think what we can say
2  is that the group styled the Chugach Eskimo were
3  composed of some set of local groups.
4    Q.    And do we have names for the local
5  groups today?
6    A.    Today, we have the names that de Laguna
7  and Birket-Smith recorded, and there are also
8  names that some of the early explorers like
9  Portlock reported.  And, as I said, some of those
10  are the same, and some are different.
11    Q.    So, for example, de Laguna -- which
12  eight were they?  What were the eight groups that
13  de Laguna identified?  Only if you know the
14  answer.
15    A.    What I can say is de Laguna identified a
16  number of local groups which she said were named
17  after either their principal village or a
18  prominent geographic feature in their local area.
19    Q.    And the Unegkurmiut, are they one of the
20  eight groups?
21    A.    No, not according to de Laguna.
22    Q.    What about according to Birket-Smith?
23    A.    Not according to Birket-Smith either, in
24  my understanding.
25    Q.    The members of the five Plaintiff

35 (Pages 134 to 137)

Michael R. Yarborough
May 23, 2008

Page 138

1  villages in this case, are they descendents of
2  the Chugach Eskimo?
3      MR. McLACHLAN: Objection. Vague.
4      Q.   (BY MR. DUDUKGIAN) Let me rephrase it.
5          Would you consider the members of
6  the five Plaintiff villages Chugach Eskimo?
7      MR. McLACHLAN: Objection. Vague.
8      A.   That's a difficult question to answer.
9      Q.   (BY MR. DUDUKGIAN) What makes it
10  difficult?
11      A.   Well, one of -- one of -- one of the
12  village corporations within the Chugach region is
13  the Eyak Corporation.
14      Q.   Right.
15      A.   And the Eyak were certainly not Chugach.
16  There was -- there was a -- there was a criterion
17  for enrollment in a village corporation which
18  stipulated a certain fraction of the Native
19  ancestry. So, how do I answer this question?
20  There are villagers in Prince William Sound who
21  identify themselves as Chugach, and in part, to
22  the degree that they are Native and not Norwegian
23  or Russian or any other ethnicity, they are
24  descendent, as I've said in my report, from -- at
25  least from the archeological evidence that we can

Page 139

1  see -- from the same people who were living in
2  Prince William Sound 3 to 5,000 years ago.
3      Q.   Okay.
4      A.   So --
5      Q.   So, I think -- especially in more modern
6  times but throughout history, I think it's fair
7  to assume that in any geographical area there are
8  going to be some individuals, either through
9  intermarriage or travel, that are ethnically
10  different. Would you say that as of today that
11  the majority of the villagers in the five
12  villages that are the Plaintiffs in this action
13  are descended from the Chugach Eskimo?
14      MR. McLACHLAN: Objection. Vague.
15      A.   I can't answer that question.
16      Q.   (BY MR. DUDUKGIAN) Okay. You can't
17  answer because you don't know, or the question is
18  faulty?
19      A.   I think the question is faulty. But
20  assuming that I understand your question, I can't
21  answer it.
22      Q.   How did you understand my question?
23      A.   Well, I think your question is: Are the
24  majority of the descendents in the five villages
25  descended from Chugach, and I just -- I can't

Page 140

1  answer that question. I just don't know.
2      Q.   Okay. In your opinion, are any of the
3  descendents of the Unegkurmiut living in Prince
4  William Sound or Cook Inlet today -- or I should
5  just say Southcentral Alaska today?
6      MR. McLACHLAN: Objection. Vague.
7      A.   The archeological and historical
8  information strongly suggests that the
9  residents -- the residents of the outer coast of
10  the Kenai Peninsula, however you want to style
11  them, consolidated in -- well, what's now
12  Nanwalek, English Bay. So -- so to the degree --
13  to the degree that the population of that coast
14  was drawn to and concentrated around the Russian
15  then later American period trading post at
16  English Bay, now Nanwalek, then I guess the
17  answer to your question is "yes."
18      Q.   (BY MR. DUDUKGIAN) And I'm going to ask
19  you the same question, and if you don't know,
20  that's fine, just tell me.
21          Are the majority of -- of the
22  inhabitants of Port Graham and Nanwalek today
23  descended from the Unegkurmiut?
24      A.   I can't answer that.
25      Q.   Now that we have -- at least I -- you

Page 141

1  already had it straight. Now that I have the
2  terminology straight, did you reach any
3  conclusions in this case about the nature of the
4  relationship among the various Chugach groups
5  during your -- I guess, again, we should probably
6  take it down by time period, so the nature of the
7  relationship among the Chugach groups during
8  prehistoric times?
9      MR. McLACHLAN: Objection. Vague.
10      A.   We see a lot of focus on defense --
11  defensive locations for sites during the
12  prehistoric period. So I'd say the settlement --
13  the settlement period -- the settlement pattern
14  that we see through the prehistoric period
15  strongly suggests that in many instances they
16  were more interested in defense than they were
17  resource -- ease of resources.
18      Q.   (BY MR. DUDUKGIAN) Does the settlement
19  pattern suggest the people that the Chugach were
20  being defensive of?
21      A.   No.
22      Q.   So, again, just to focus -- I'm going to
23  ask you about the relationship between the
24  Chugach and the nonChugach neighbors. But as far
25  as the relationship among the -- let's call it

36 (Pages 138 to 141)

Michael R. Yarborough
May 23, 2008

Page 142

1  eight Chugach groups -- just call it the Chugach
2  groups identified by de Laguna and Birket-Smith,
3  did you reach any conclusions as far as the
4  nature of the relationship among the Chugach
5  group, between the Chugach groups during
6  prehistoric times?
7          MR. McLACHLAN: Objection. Vague.
8      A.   My opinion would be that the concern --
9  the concern -- well, again, I'll say that the
10 archeological settlement pattern suggests that
11 there was a large concern, even overriding ease
12 of access to resources like salmon streams for
13 defense.  They were afraid of someone.  But to
14 answer the question you haven't asked already,
15 the information from the historic period suggests
16 that the people they were concerned about
17 defending themselves against were other Chugach
18 groups.
19     Q.   (BY MR. DUDUKGIAN) That information is
20 from the historic period?  Is that what you said?
21     A.   Historic period, and de Laguna and
22 Birket-Smith are very specific about that.
23     Q.   But focusing just for a second -- before
24 we move on on the prehistoric period, I just want
25 to make sure I'm getting everything.  You said

Page 143

1  from the prehistoric -- during the prehistoric
2  period your opinion is that the Chugach had an
3  overriding large concern for defense.  Besides
4  that opinion and conclusion, did you reach any
5  other conclusions about the relationship among
6  the Chugach peoples during prehistoric times?
7      A.   No.
8          MR. McLACHLAN: Objection. Vague.
9          Excuse me, wait.  Let me make my
10 objections.
11     Q.   (BY MR. DUDUKGIAN) And as far as your
12 conclusion about the large overriding conclusion
13 about defense, what is the basis for that
14 conclusion?  You already mentioned the sites of
15 the settlements that were chosen.  Is there
16 anything else that suggests that the Chugach had
17 an overriding concern for defense at that time?
18     A.   No.  I think I stated we concluded that
19 they were concerned about defense.
20     Q.   During historic times, did you reach a
21 conclusion about relationships among the Chugach
22 groups?
23          MR. McLACHLAN: Objection. Vague.
24     A.   There is a large -- in this instance, I
25 will lump the entire historic period.  As I've

Page 144

1  stated in my report, there is considerable
2  discussion of the fact that the Chugach were at
3  odds with each other as often as they were with
4  other surrounding groups.
5      Q.   And where is this considerable
6  discussion contained?
7      A.   I think one of the most telling
8  discussion is in Birket-Smith's discussions of
9  endemic warfare.  When Birket-Smith is discussing
10 the eight groups he very often characterizes
11 those eight local groups -- each of the
12 individual groups in relation to their near
13 neighbors, whether they were the aggressors or
14 those that were preyed upon.  The more powerful
15 groups that preyed upon their neighbors or,
16 really, the victims of intergroup violence.
17     Q.   I think we'll come back to some of those
18 passages, because I think you quoted from them in
19 one of your reports.  But my broader question at
20 this time is:  Were those battles and conflicts
21 occurring -- I just want to clarify.  These were
22 conflicts occurring during the historic age,
23 correct?  Or are they historical accounts of
24 conflicts that occurred previously?
25          MR. McLACHLAN: Objection. Vague.

Page 145

1      Q.   (BY MR. DUDUKGIAN) Do you understand --
2      A.   Yeah, I understand your question.  I'm
3  just considering my answer.
4          The -- I think the contemporary
5  historical accounts address contemporary events.
6  As I've said before, de Laguna and Birket-Smith
7  were attempting to -- to use de Laguna's "in
8  former times."
9      Q.   Okay.  And in your opinion, does "in
10 former times" include prehistoric times, or is it
11 just historic times?
12     A.   Birket-Smith and de Laguna I would now
13 infer that they were referring that far back.
14     Q.   Okay.  You've said previously that you
15 considered the warfare among the Chugach peoples
16 to be endemic.  Do you still agree with that?
17     A.   I think that's --
18     Q.   You have to orally answer.
19     A.   Yes.
20     Q.   How would you define "endemic"?
21     A.   Endemic:  Characteristic, common, more
22 norm than not.
23     Q.   This endemic warfare, just -- your
24 opinion that this warfare was endemic was during
25 historic times?

37 (Pages 142 to 145)

Michael R. Yarborough
May 23, 2008

Page 146

1    A.   My professional opinion is that the
2  information, of course, that we have, the written
3  records, the information we have pertains to the
4  historic period.
5    Q.   Okay.
6    A.   But, as I've said, we can infer to the
7  prehistoric period that the nature of these
8  defensive sites is the result of what we know
9  about the interaction between the groups during
10  the period that we have, you know, direct
11  observation.
12        I don't think between the
13  prehistoric period and the modern period or the
14  historic period anything changed.
15    Q.   Okay.  And is it common in archeological
16  science to infer facts like you did from one time
17  period to another?
18        MR. McLACHLAN:  Objection.  Vague.
19    A.   In the formulation of an archeological
20  report, or as I referred to before, the
21  reconstruction of a past lifeway.  As I said
22  earlier, we consider lots of different avenues of
23  inquiry; and in this instance, I think the
24  inference back in time of this -- to use my word,
25  endemic warfare, is appropriate.  When you look

Page 147

1  at the settlement pattern, you see the settlement
2  pattern, try to make sense out of it, the most
3  logical fit is the information that we have from
4  the historic period that suggests that warfare
5  was extremely common, which very logically
6  explains why the settlement pattern -- which
7  otherwise wouldn't make much sense -- is the way
8  it is.
9    Q.   (BY MR. DUDUKGIAN) How common was
10  warfare during the historic period between the
11  Chugach and nonChugach peoples?
12        MR. McLACHLAN:  Objection.  Vague.
13    A.   Well, again, I think it depends on which
14  historic period you're talking about.  I think
15  during the American period, late 1800s, warfare
16  was not common.  On the other hand, the
17  historical record suggest that even after
18  Russian contact during the early Russian period
19  that warfare was still fairly common.  There are
20  records of Eyak incursions in Tlingit, and in
21  many -- in many instances the Russian -- the
22  early Russian period did not stop that pattern of
23  prehistoric -- continuing prehistoric warfare.
24    Q.   (BY MR. DUDUKGIAN) And what is -- what
25  are you basing your opinion on as far as

Page 148

1  conflicts between the Chugach and nonChugach
2  people in early Russian times?
3    A.   Historical record.  There are specific
4  accounts.
5    Q.   Okay.  And by the "historical record,"
6  do you have specific sources that you're relying
7  on?
8    A.   I'm trying to -- the answer is "yes."
9  Could I cite them at this point?  I think
10  Birket-Smith and de Laguna do a very good job of
11  summarizing the -- the Eyak incursions.  Some of
12  the Tlingit expansions, all of which were
13  happening during contact time, early contact
14  time, and information that's coming from the
15  various Russian-English sources.
16    Q.   Do you have an opinion as to how common
17  warfare was between the Chugach and nonChugach
18  peoples in prehistoric times?
19    A.   Again, same answer, projecting back from
20  what we know about the -- the records from the
21  contact period and also looking at the settlement
22  patterns, the defensive nature of sites, very
23  common.
24    Q.   So, would you also agree that in the
25  prehistoric period warfare between the Chugach

Page 149

1  and nonChugach was endemic?
2        MR. McLACHLAN:  Objection.  Vague.
3    A.   Endemic in the way it was between the
4  various Chugach groups amongst themselves, yes.
5    Q.   (BY MR. DUDUKGIAN) Okay.  Now, as far as
6  the conflicts or wars between the Chugach groups
7  themselves, how many separate conflicts or wars
8  are you aware of?
9    A.   I can't answer that.  I think -- I can't
10  answer that question.
11    Q.   Why is that?  Is there too many to list?
12  Or you don't know?  Or what's the answer?
13    A.   Well, I think to go back to my -- you
14  asked for my definition of endemic, I think it
15  was common.  I think it was -- it was -- it was
16  more the norm than not.  Someone -- I think it
17  might have been me -- referred to the
18  relationship between Native groups, the Aleuts,
19  Koniags as:  Raid when you can get away with it;
20  trade when you had to.  I think -- you talk about
21  the Pacific Eskimo culture, raiding each other is
22  just something they did.  It was part of the
23  culture.  It was endemic.
24    Q.   Okay.  I guess if I'm understanding
25  correctly, you're taking the amount of conflict

38 (Pages 146 to 149)

Michael R. Yarborough
May 23, 2008

Page 150

1  there was during the historic period and
2  extrapolating it back to the prehistoric period,
3  and I'm wondering if during the historic period
4  you know of any specific wars between the various
5  Chugach groups.
6     A.    There are specific references -- like I
7  said, there are -- there are references in de
8  Laguna, Birket-Smith.  There are stories and
9  legends of specific battles.  There are specific
10  stories about specific raids and specific
11  battles.  But I -- I think those are -- those are
12  maybe more memorable events of something that was
13  very common.
14     Q.    Besides reading de Laguna, Birket-Smith,
15  where else would I find legends and stories of
16  Chugach wars recounted?
17              MR. McLACHLAN:  Objection.  Vague.
18     A.    I think that would be the main source.
19     Q.    (BY MR. DUDUKGIAN) Can you think of any
20  other sources?
21     A.    I think if I am remembering correctly --
22  I think if I'm remembering correctly -- well, no,
23  I'll stick with that answer.  I think de Laguna
24  and Birket-Smith probably give the best summary
25  of all of that literature.

Page 151

1     Q.    And are there any accounts from Russian
2  or other explorers during the early contact
3  years -- strike that.
4              Are there any accounts from Russian
5  or other non-Native peoples during the historic
6  period of battles or wars among the Chugach
7  people?
8     A.    I can't recall that point.  I'm sure
9  there are, but I can't cite you a specific --
10     Q.    Besides the ethnographic information
11  from de Laguna and Birket-Smith, are you basing
12  your opinion of the endemic Chugach warfare
13  during historic times on any other pieces of
14  evidence or information?
15     A.    It -- as I said, I believe there are --
16  I believe there are Russian accounts that talk
17  about the Native warfare, but I can't bring any
18  to mind right now.
19     Q.    Is there anything else you can think of
20  on this topic of endemic Chugach warfare during
21  historic times?
22              MR. McLACHLAN:  Objection.  Vague.
23     A.    Not at this time.
24     Q.    (BY MR. DUDUKGIAN) Okay.  Did you reach
25  any opinions on the subsistence patterns of the

Page 152

1  Chugach people during prehistoric times?  And I
2  guess let me just clarify that.  We talked at
3  quite a bit of length on Chugach use of the EEZ,
4  and you had mentioned use of the EEZ, and you had
5  mentioned subsistence patterns as two topic
6  patterns that you were asked your opinions on.
7  If those two are the same in your mind, then I
8  won't ask you the same questions again.
9     A.    I think -- well, a lot of the
10  archeological work that has been done has gone
11  toward characterizing subsistence patterns.  My
12  wife's whole dissertation is on that very topic.
13     Q.    Okay.
14     A.    But -- so, yes, I could -- I could
15  summarize my understanding of that information
16  for you in general, if you really want.
17     Q.    Well, I guess, are you going to be
18  summarizing for me your -- I mean, are you going
19  to be summarizing for me your wife's
20  dissertation, or are you going to be summarizing
21  for me your own opinions as to the subsistence
22  patterns?
23     A.    My information on the subsistence
24  patterns on Prince William Sound, on the Kenai
25  Peninsula comes from more than my wife's

Page 153

1  dissertation.
2     Q.    Summarize it for me.
3              MR. McLACHLAN:  Objection.  Vague.
4     A.    The Pacific -- let's broaden out.  The
5  Pacific Eskimo, in general, had a maritime-based
6  subsistence pattern.  They relied on terrestrial
7  resources, but not to the degree that they relied
8  on sea mammals and fish.  The resources -- the
9  resources that they used tended to be seasonal.
10  Settlement patterns that we see reflect seasonal
11  availability of resources.  The overwhelming body
12  of evidence is that they tended to rely on fish
13  to a great degree.  I think the evidence also is
14  that they were broad-spectrum -- broad-spectrum
15  hunters.  I think they tended to eat anything and
16  everything that was available.  There was a large
17  dependence on collateral resources, clams,
18  shellfish.
19              Sea mammal hunting tended to be a
20  high-status pursuit, but I think in the main we
21  would probably see that the bulk diet was really
22  provided by fish.
23              That's in short how I would
24  characterize the subsistence patterns.
25     Q.    (BY MR. DUDUKGIAN) In your opinion, did

39 (Pages 150 to 153)

Michael R. Yarborough
May 23, 2008

Page 154

1  the Chugach hunt year-around?
2      A.   Certainly.
3      Q.   Did they fish year-around?
4      A.   Certainly.
5          MR. McLACHLAN:  Objection.  Vague.
6      Q.   (BY MR. DUDUKGIAN) What specific
7  species, in your opinion, did the Chugach fish
8  for in prehistoric times?
9          MR. McLACHLAN:  Objection.  Vague.
10     A.   I think the simplest answer to that is,
11 as I said before, they certainly -- they
12 certainly were targeting specific resources as
13 they were available during certain times of the
14 year.  But, as I said, I don't think that really
15 there was -- there were very few available
16 resources that they weren't using.
17     Q.   (BY MR. DUDUKGIAN) Do you know of any
18 that they were not using?
19         MR. McLACHLAN:  Objection.  Vague.
20     A.   To my knowledge, I don't know of anyone
21 who was ever -- who has ever found a crab shell
22 on an archeological site.
23     Q.   (BY MR. DUDUKGIAN) Can you think of any
24 other resources that they were not using, in your
25 opinion?

Page 155

1      A.   No.
2      Q.   During prehistoric times, did the
3  Chugach have their own -- I believe in your
4  report you said something like self-defined
5  territory?  Did the Chugach have a self-defined
6  territory in prehistoric times?
7          MR. McLACHLAN:  Objection.  Vague.
8      A.   The Chugach, as a whole, I don't think
9  so.
10     Q.   (BY MR. DUDUKGIAN) And did you -- do
11 you recall using that term "self-defined
12 territory," or am I making it up?
13     A.   I think you're using it perhaps in a
14 different context than -- than I would.  I mean,
15 considering -- you know, anyway, maybe you could
16 restate your question.
17     Q.   Well, do you recall ever using that term
18 "self-defined territory"?
19     A.   I recall that, yeah.
20     Q.   How did you use that term?  What did you
21 mean by it?
22     A.   I think the best way to answer that is
23 to go back to my discussion earlier of the --
24 whatever number of local groups that occupied
25 Prince William Sound and the outer coast of the

Page 156

1  Kenai Peninsula.  It's a cumbersome term.  But I
2  think those local groups had a resource-based
3  territory, meaning a specific area within which
4  they hunted and fished.  And I think that just as
5  the number of local groups probably changed over
6  time, I think that the territories -- the
7  territories is not the right word.  The -- the
8  use areas of these local groups which they
9  identified as their area changed.
10         Now, there was a larger Chugach
11 identity, and I think the members of that larger
12 identity recognized that they were part of a
13 larger group, and I think that identification as
14 part of a larger group came from linguistics,
15 dialectical differences, maybe kinship ties, and
16 proximity.
17         And I note in my report that while
18 I did use the term "self-identified territory"
19 and I think that basically suggests that the
20 peoples who might have considered them Chugach as
21 distinctive from the Eyak or the Tlingit or the
22 Koniag or the Aleut recognized that they all
23 lived in Prince William Sound, or that they lived
24 along the outer coast of the Kenai Peninsula.  I
25 think in that way they were self-identified.  But

Page 157

1  I also recognize that the boundaries of this
2  territory was ever-changing, and that there's a
3  lot of continuum.  There were not, as I mentioned
4  earlier, bright lines between these various
5  peoples.  And I think there was a lot of overlap
6  and, as I mentioned earlier, if you did draw a
7  boundary on Thursday, maybe by Saturday it would
8  be very different.
9      Q.   At any point in time, did these
10 boundaries extend out into what would today be
11 considered the EEZ?
12         MR. McLACHLAN:  Objection.  Vague.
13     A.   I -- I see no evidence of that.
14     Q.   (BY MR. DUDUKGIAN) What kind of
15 evidence would you be looking for?
16         MR. McLACHLAN:  Objection.  Vague.
17     A.   I'm not sure I can -- I guess having
18 not -- having not recognized any evidence that
19 these boundaries extended out that far, I
20 couldn't tell you what that evidence would be.
21 It's -- I think the answer is, "no," I don't see
22 the evidence.
23     Q.   (BY MR. DUDUKGIAN) Do you have an
24 opinion as to how far offshore these boundaries
25 would extend?

40 (Pages 154 to 157)

Michael R. Yarborough
May 23, 2008

Page 158

1          MR. McLACHLAN: Objection. Vague.
2     A.   I would go back and say that I -- I
3  think boundaries -- the boundaries is not a good
4  term to use here. As I said, I'm more of a
5  believer in continuum than I am sharp divisions.
6  I think that you've got -- you've got a
7  changing -- changing population, changing
8  alliances that, you know, really, as I said, to
9  draw boundaries, I think, imposes maybe a strict
10  concept that's really not applicable.
11     Q.   So if you think boundary is not the
12  right word, do you have a different word that we
13  could use?
14     A.   No, I think I used boundaries because
15  maybe it's the best word we've got. But I think
16  that, in my vision, that maybe it's not the best
17  concept.
18     Q.   Do you -- in your opinion, are the
19  waters between Prince William Sound and Middleton
20  Island considered Chugach territory?
21          MR. McLACHLAN: Objection. Vague.
22     A.   Birket-Smith notes that there was a
23  subgroup of the eastern group of Chugach Eskimo
24  who considered Wingham Island, Kayak Island,
25  Controller Bay, and Middleton Island as their

Page 159

1  local territory. I dislike that term, but -- he
2  does not speak to whether they consider the
3  waters in between as part of their identified
4  area.
5     Q.   (BY MR. DUDUKGIAN) Is there any evidence
6  that you're aware of that the waters in between
7  those areas were considered Chugach territory?
8          MR. McLACHLAN: Objection. Vague.
9     A.   It's not specifically addressed.
10     Q.   (BY MR. DUDUKGIAN) Okay. Are you aware
11  of any evidence during prehistoric times of
12  nonChugach groups harvesting resources in the
13  waters of the Gulf of Alaska between Prince
14  William Sound and Middleton Island?
15     A.   No.
16     Q.   So, I guess, just to step back and kind
17  of look at the big picture, you've stated your
18  opinion that there's no archeological evidence of
19  the Chugach using the waters of the EEZ for
20  harvesting resources. Is there any archeological
21  evidence of any other group harvesting resources
22  from the EEZ during prehistoric times?
23          MR. McLACHLAN: Objection. Vague.
24     A.   I think the same -- I think the same
25  answer I gave for the Chugach really applies to

Page 160

1  other groups, too. That there is no direct
2  archeological evidence for any group of
3  specifically harvesting resources in the EEZ.
4     Q.   (BY MR. DUDUKGIAN) Okay. What about for
5  travel through the EEZ? Is there archeological
6  evidence of any group traveling through the EEZ
7  during prehistoric times?
8          MR. McLACHLAN: Objection. Vague.
9     A.   The answer to that has got to be "yes."
10     Q.   (BY MR. DUDUKGIAN) Okay. And what
11  kinds of travel are you referring to?
12     A.   Both travel from one place to another.
13  I don't really know how else.
14     Q.   That's by the Chugach people?
15     A.   By everyone.
16     Q.   When you say "everyone," Chugach people,
17  who else? The Koniags?
18     A.   Well, to -- Kodiak -- Kodiak is an
19  island. I suspect that 7,000 -- I'm being a
20  little facetious here, but 7,000 years ago when
21  people first occupied Kodiak Island, they came
22  there by boat. We have archeological evidence of
23  trade between the various groups. We have
24  certain resources that are only available in one
25  place that show up in another. And, again,

Page 161

1  barring any other mode of transportation, then,
2  yes, I suspect there was boat travel across
3  areas -- intervening areas more than three miles
4  from shore.
5     Q.   Is there any archeological evidence of
6  the Kodiak -- the Koniag -- I guess -- is Koniag
7  the term for --
8     A.   Koniag.
9     Q.   -- Koniag trading with the villages in
10  the Prince William Sound in prehistoric times?
11     A.   There are very specific cultural trades
12  from Southeast Alaska up through Prince William
13  Sound to Kodiak Island that you can trace their
14  origin to one end of that spectrum or another.
15  There are artifact styles that show up
16  prehistorically from Kodiak that you find in
17  Prince William Sound. There are things that
18  originate in -- there are things that originate
19  in Southeast that you find from Prince William
20  Sound to Kodiak. And whether through trade or
21  other sorts of cultural contact, these -- this
22  is -- some of the questions you've asked we could
23  not specifically address archeologically. But I
24  think this one is where we can very specifically
25  say that there was a good deal of cultural

41 (Pages 158 to 161)

Michael R. Yarborough
May 23, 2008

Page 162

1  interaction prehistorically between all of these
2  groups around the Gulf of Alaska.
3      Q.    And one last question I have on this
4  topic is:  Is there archeological evidence of
5  either -- strike that.
6          Is there any archeological evidence
7  of non-Native groups harvesting species within
8  Prince William Sound?
9          MR. McLACHLAN:  Objection.  Vague.
10     A.    Yes.
11     Q.    (BY MR. DUDUKGIAN) And what kind of
12  evidence is there?
13         MR. McLACHLAN:  Objection.  Vague.
14     A.    As I mentioned -- as I mentioned
15  earlier, I'm both a prehistoric and historic
16  archeologist, and one of the -- one of my
17  employees did a large study of canneries for the
18  Forest Service.  And if we define archeology and
19  historic archeology the way I do, then I would
20  say definitely.  If you consider canneries of
21  historic archeology, they're evidence -- I'm
22  extending broadly here.
23     Q.    (BY MR. DUDUKGIAN) What about during
24  prehistoric times?
25         MR. McLACHLAN:  Objection.  Vague.

Page 163

1      A.    De Laguna found one Chinese coin at
2  Beluga.
3      Q.    (BY MR. DUDUKGIAN) What's the
4  significance of that?
5      A.    I have no idea.  But that's really the
6  only prehistoric evidence that we have of any
7  non-Native group, and that probably doesn't even
8  imply direct contact.
9          MR. McLACHLAN:  I was just going to
10  say when we finish this, kind of, line, we could
11  take a break.
12         MR. DUDUKGIAN:  That's a good idea.
13  I guess one or two more.
14     Q.    (BY MR. DUDUKGIAN) Is there
15  archeological evidence of nonChugach groups
16  fishing in the Lower Cook Inlet?
17         MR. McLACHLAN:  Objection.  Vague.
18     A.    Archeological evidence --
19     Q.    (BY MR. DUDUKGIAN) Prehistoric times.
20     A.    That -- that is a vague question, but I
21  can give you a specific answer.
22     Q.    Which part of my question is vague?
23     A.    Really, what you consider by Lower Cook
24  Inlet.
25     Q.    Okay.  How would you define Lower Cook

Page 164

1  Inlet?
2      A.    Well, I would answer your question by
3  saying that we -- we -- it is well -- it is well
4  established that there were Dena'ina Indians down
5  around the coast into Kachemak Bay in at least as
6  far as Seldovia during de Laguna's times; and
7  Dena'ina Indians occupying the western shore of
8  Lower Cook Inlet over in Kachemak Bay, so I would
9  basically answer your question and say, yes,
10  there is definitely archeological evidence that
11  there were other groups, specifically the
12  Dena'ina Indians, who were definitely not Chugach
13  who were fishing the inner waters, the in-shore
14  waters of Lower Cook Inlet.
15     Q.    When you say the "inner waters,"
16  approximately how far out are you contemplating?
17     A.    I can't draw a line.
18     Q.    Would you say that it was within three
19  miles of shore?
20     A.    I think the --
21         MR. McLACHLAN:  Objection.  Vague.
22     A.    I think, as I've stated earlier, it is
23  my professional opinion that the resources -- the
24  people, whether they were Eskimos, Indians or
25  Aleuts or Tlingit or Eyak were available in

Page 165

1  shore.  You know, three miles is a very arbitrary
2  line.  But, in general, again, I'll say that it
3  is my firm belief and professional opinion that
4  we're talking about locally available in-shore
5  resources.
6          MR. DUDUKGIAN:  Okay.  We can take
7  a break for a few minutes.
8          (Break.)
9      Q.    (BY MR. DUDUKGIAN)  Sir, did you reach
10  an opinion in this case as to whether the Chugach
11  jointly and amicably fished in prehistoric times?
12         MR. McLACHLAN:  Objection.  Vague.
13     Q.    (BY MR. DUDUKGIAN) And I mean for any
14  species.
15     A.    I would say -- to address your specific
16  statement, I think as a group, the Chugach did
17  not jointly, and I think I've stated here earlier
18  that while certainly there were relationships, it
19  was also not that amicable.  I don't -- I think
20  the answer to your specific question would be,
21  "no," I don't think so.
22     Q.    Okay.  Now, let's kind of break that
23  term apart.  It's kind of a term of art that's
24  been used both in your reports and other papers.
25  But is there evidence that members of the

42 (Pages 162 to 165)

Michael R. Yarborough
May 23, 2008

Page 166

1  different Chugach groups jointly fished in
2  prehistoric times?
3       MR. McLACHLAN: Objection. Vague.
4    A.   It would be my opinion that members of
5  local groups, family groups, local groups would
6  fish together. I -- I don't imagine large
7  agglomerations of Chugach fishing together.
8    Q.   (BY MR. DUDUKGIAN) Okay. And maybe one
9  thing you can clarify for me. I've seen in the
10  literature the word "tribe" and the word
11  "geographical group." Is there a difference, as
12  far as in your mind, in what those two terms
13  signify?
14    A.   I think geographical group is pretty
15  self-explanatory. I remember specifically
16  Birket-Smith says that the tribe is not a good
17  term for the Chugach, and then he proceeds to use
18  it. I think geographical group -- again, I would
19  use the term local group. Group with a
20  geographic identity. A tribe -- I think tribe --
21  tribe connotes a different -- different political
22  structure than most Eskimo societies had. But,
23  like I said, both de Laguna and Birket-Smith say
24  it's a bad term and then they use it, so --
25    Q.   They use it to refer to the Chugach

Page 167

1  people as a whole, or to the separate groups --
2    A.   The separate groups. They call them the
3  tribes. But, again, they say it's not a good
4  term.
5    Q.   Okay. And I guess, just for clarity's
6  sake, for the next few questions I just want to
7  use de Laguna's term of tribes.
8       Are there -- is there -- is it your
9  opinion that in prehistoric times members of
10  one -- before you said large -- large groups, I'm
11  not necessarily limiting it to large groups, but
12  was there evidence that members of one Chugach
13  tribe would go out with members of a different
14  Chugach tribe to go out and fish -- to go out
15  fishing or harvesting resources?
16       MR. McLACHLAN: Objection.
17  Confusing.
18    Q.   (BY MR. DUDUKGIAN) Do you understand my
19  question, sir?
20    A.   Your question has many levels. I guess,
21  is there any way to be more specific or --
22    Q.   Well, I'm just trying to understand your
23  opinion on joint use, and we'll put amicable
24  aside for a second. Your opinion on joint use --
25  joint fishing use of Prince William Sound by the

Page 168

1  Chugach peoples during prehistoric times, and
2  your opinion, as I understand it, is that there
3  was not joint use of Prince William Sound by the
4  different Chugach groups, and my question is: Is
5  there any -- is there any evidence that you're
6  aware of of members of one Chugach group fishing
7  with another Chugach group within Prince William
8  Sound?
9    A.   There is certainly evidence from the
10  Russian period of large groups of sea otter
11  hunters coming together. But I think coming
12  together under Russian direction. There are
13  stories and legends of varying local groups
14  coming together for other purposes. But to
15  specifically answer your question, fishing, no.
16    Q.   What are these other purposes that the
17  large groups would come together for?
18    A.   There are specific stories involving
19  warfare.
20    Q.   War with known Chugach groups?
21    A.   Yes.
22    Q.   And I think my first question was
23  specific to fishing --
24    A.   Fishing. The answer to that is "no."
25    Q.   Is there evidence of large groups of

Page 169

1  Chugach peoples coming together to hunt for any
2  species within Prince William Sound?
3       MR. McLACHLAN: Objection --
4  objection. Vague.
5    A.   During prehistoric times?
6    Q.   (BY MR. DUDUKGIAN) Sure. Let's start
7  with that.
8    A.   No.
9    Q.   During historic times, other than the
10  otter hunts you mentioned?
11    A.   Other than the otter hunts, large groups
12  of Chugach groups coming together to hunt? Not
13  that come to mind, no.
14    Q.   I'm trying to understand how you'd go
15  about determining whether or not the Chugach were
16  jointly fishing in prehistoric times. What kinds
17  of evidence would you consider?
18    A.   I think the reason that I would answer
19  "no" that there is no evidence of the Chugach
20  coming together to fish prehistorically is that
21  it would be very difficult to determine
22  archeologically.
23    Q.   Okay. And is there any
24  ethnographical -- I guess we've kind of covered
25  this and you can just say it's the same answer --

43 (Pages 166 to 169)

Michael R. Yarborough
May 23, 2008

Page 170

1  but ethnographical evidence of joint fishing in
2  prehistoric times? You've told me what your
3  opinion is of using ethnographical evidence for
4  the prehistoric period.
5          MR. McLACHLAN: Objection. Vague.
6      A.   Not that I can recall.
7      Q.   (BY MR. DUDUKGIAN) During the historic
8  period, is there ethnographic evidence of the
9  Chugach groups fishing together within Prince
10  William Sound?
11     A.   Ethnographic evidence? Fishing?
12  Groups? I do not believe so.
13     Q.   And is there ethnographic evidence of
14  Chugach people hunting together during historic
15  times?
16          MR. McLACHLAN: Objection. Vague.
17     A.   There are accounts both in the
18  historical record and de Laguna, Birket-Smith,
19  tales and stories of various Chugach groups
20  coming together for hunting.
21     Q.   (BY MR. DUDUKGIAN) Is this the hunting
22  for the otter that the Russians were directing or
23  other types of hunts?
24     A.   I think the Russian accounts are going
25  to be, I think, specifically about the large

Page 171

1  directed sea otter hunts. But if I remember
2  correctly, I think some of the stories that
3  Birket-Smith recalled do address hunting parties,
4  too.
5      Q.   Hunting parties. Does Birket-Smith --
6  does Birket-Smith talk about what species were
7  being hunted during these historic times?
8      A.   Not that I can recall, no. Just a vague
9  recollection.
10     Q.   Okay. What's your vague recollection?
11     A.   I vaguely recall that Birket-Smith talks
12  about larger groups for hunting, but I can't be
13  more specific than that.
14     Q.   So, I guess I could just be confused,
15  but is it -- it's getting late.
16          Is it your opinion, then, that
17  during the historic period that Chugach groups
18  did not jointly hunt in Prince William Sound?
19          MR. McLACHLAN: Objection. Vague.
20     A.   Is it my opinion? I find that hard to
21  answer. In my opinion?
22     Q.   (BY MR. DUDUKGIAN) Let me withdraw that
23  question and ask a different one.
24          Do you have an opinion, one way or
25  another, whether Chugach groups hunted within

Page 172

1  Prince William Sound during the historic period?
2      A.   Again, the overwhelming record addresses
3  sea otter hunting under the Russians. It's --
4  it's -- it's what the Russians were interested
5  in. It's what the Russians tended to record.
6      Q.   Well, let me try to separate out the
7  Russians and say: Is it your opinion one way or
8  another whether the Chugach subsistence-hunted or
9  subsistence-fished together within Prince William
10  Sound during the historic period?
11          MR. McLACHLAN: Objection. Vague.
12     A.   My opinion is that, again, going back to
13  the idea of a local group and locally available
14  resources, I think the instances where it would
15  be necessary for inter- -- you admitted the use
16  of tribal. Intertribal grouping coming together
17  for hunting or fishing would have been very rare.
18  Most hunting or fishing was a solitary or a
19  small-group operation that -- except for
20  sea-otter hunting which required a different
21  technique would, in my opinion, have been very
22  rare.
23     Q.   (BY MR. DUDUKGIAN) So, first of all, I
24  didn't admit to the word tribal -- just like de
25  Laguna and Birket-Smith?

Page 173

1          MR. McLACHLAN: Bad term, but I'll
2  use it anyway.
3      Q.   (BY MR. DUDUKGIAN) I thought I heard you
4  accept from your general opinion the sea otter
5  hunts; is that correct? I'm talking about --
6  first of all, let me back up and say: During
7  historic times, were the Chugach people
8  subsistence hunting for otter, sea otter?
9          MR. McLACHLAN: Objection. Vague.
10     A.   Subsistence hunting for sea otter? My
11  understanding is that the sea otter was so
12  valuable that the Russians very strictly
13  controlled that hunt, that the Chugach groups
14  were subsistence hunting and fishing, but that
15  sea otter hunting in the main was done for the
16  Russians. I wouldn't -- I wouldn't -- I would
17  style that a commercial harvest under direction
18  of the Russians; not a subsistence hunt.
19     Q.   (BY MR. DUDUKGIAN) Okay.
20     A.   And that -- the same pertains in the
21  American period, too.
22     Q.   Now, was there -- is there evidence that
23  the Chugach peoples were hunting sea otter in
24  prehistoric times before Russian contact?
25     A.   Yes, there is.

44 (Pages 170 to 173)

Michael R. Yarborough
May 23, 2008

Page 174

1    Q.   And do you have an opinion whether those
2  prehistoric otter hunts were joint hunts with the
3  various Chugach groups participating?
4         MR. McLACHLAN: Objection. Vague.
5    A.   My opinion is that a sea otter hunt
6  prehistorically would not have involved the large
7  flotillas gathered by the Russians. It's
8  something that a local group could take care of
9  themselves.
10    Q.   (BY MR. DUDUKGIAN) And what is the basis
11  of your opinion?
12    A.   My knowledge of the way that at least
13  ethnographically that sea otters were hunted, I
14  think it's something that, you know, it's -- sea
15  otter hunting required -- it's something,
16  certainly, that one person could do. But most
17  efficiently it took a couple -- a couple -- a
18  small group of kayaks. But it's not something
19  you would need every kayak from Prince William
20  Sound to do unless you were involved in a
21  commercial hunt like the Russians were.
22    Q.   And you're basing this on the
23  ethnographic literature?
24    A.   Yes.
25    Q.   Are you basing it on anything else?

Page 175

1    A.   Both the ethnographic literature from
2  Prince William Sound and also accounts of sea
3  otter hunts from Kodiak, the Aleutians. Most of
4  the Pacific Eskimo hunted sea otters in the same
5  way.
6    Q.   But that would still be within the
7  category of ethnographic literature?
8    A.   Yes.
9    Q.   Any other kinds of evidence that you're
10  considering for your opinion on the joint otter
11  hunts by the Chugach in prehistoric times?
12    A.   No.
13         MR. McLACHLAN: Objection. Vague.
14    Q.   (BY MR. DUDUKGIAN) Do you know the
15  locations where the Chugach groups hunted for sea
16  otter in prehistoric times?
17         MR. McLACHLAN: Objection. Vague.
18    A.   All of -- well, as I mentioned earlier,
19  the archeological evidence from -- you're
20  speaking specifically -- we're back to Prince
21  William Sound?
22    Q.   (BY MR. DUDUKGIAN) Correct.
23    A.   The archeological evidence from Prince
24  William Sound is pretty scanty. There is
25  archeologic evidence that on Palugvik Island they

Page 176

1  were hunting otters.
2    Q.   Is there any evidence of the locations?
3    A.   Where they were hunting?
4    Q.   Yes.
5    A.   No.
6    Q.   Is there any other prehistoric evidence
7  of where they were hunting prehistorically?
8    A.   Prehistoric? Direct archeologically?
9  No.
10    Q.   Do you know the locations where Chugach
11  hunted sea otter in historic times?
12    A.   De Laguna talks about the sea otter
13  camps on the outer shore of Montague Island in
14  former times. There is also information from the
15  American period as to where sea otters were being
16  hunted during that time period.
17    Q.   During -- well, where was that?
18    A.   I think you -- you enumerated those
19  areas earlier, Wooded Island, areas off of
20  Montague, the sea otter camps. De Laguna
21  specifically mentions sea otter camps along the
22  shore of Montague Island. By the American
23  period, hunting locations had moved offshore, I
24  think, for two reasons: One, I think the --
25  possibly the sea otters that were closer in shore

Page 177

1  on Montague had been hunted out; and, two, the
2  sea otter hunt during the American period was
3  very dependent on the availability of the
4  schooners that the Americans were using which
5  allowed them to range out further.
6    Q.   Is there any evidence that the Chugach
7  ever hunted for otter near Wessell Reef? Are you
8  familiar with that location?
9         MR. McLACHLAN: Objection. Vague.
10    A.   I'm familiar with Wessell Reef. I think
11  Davidson, who you brought up earlier, cites a
12  location that was being used during the American
13  period that was between Montague and Wessell
14  Reef, if I remember correctly.
15    Q.   (BY MR. DUDUKGIAN) And your
16  understanding is this was during the American
17  period?
18    A.   I believe that's the only reference to
19  hunting in that area.
20    Q.   In your opinion, did the Chugach fish
21  for sablefish during prehistoric times?
22         MR. McLACHLAN: Objection. Vague.
23    A.   I -- prehistoric? I know of one
24  possible sablefish vertebra from all of the
25  tested archeological sites that I'm aware of. I

45 (Pages 174 to 177)

Michael R. Yarborough
May 23, 2008

Page 178

1 would suspect that given the abundance of
2 other -- of cod, rockfish, salmon, vertebrae
3 remains from a large number of archeological
4 sites that one possible sablefish vertebra is
5 very scant remains and probably suggests that it
6 was not an important subsistence item, if used at
7 all. One vertebra doesn't account for much.
8     Q.    (BY MR. DUDUKGIAN) What site was that
9 vertebra recovered from? Do you know?
10    A.    I don't recall.
11    Q.    Do you have an opinion as to whether the
12 Chugach fished for sablefish during historic
13 times?
14          MR. McLACHLAN: Objection. Vague.
15    A.    I know of no references to the Chugach
16 fishing for sablefish during historic times.
17    Q.    (BY MR. DUDUKGIAN) As far as the
18 sablefish vertebra that was found, when did you
19 first become aware of that?
20    A.    It's something my wife mentioned to me.
21    Q.    Do you know if it was in one of her
22 excavations?
23    A.    No. You'd have to ask her the specific
24 reference. But -- I think it's something someone
25 told her about.

Page 179

1     Q.    Earlier we asked whether the Chugach
2 fished year-around in prehistoric times. During
3 the winter months, which we'll define as from
4 November 1st to March 31st, do you know what
5 species of fish the Chugach fished for in
6 prehistoric times?
7          MR. McLACHLAN: Objection. Vague.
8     A.    I would -- I remember reference to
9 halibut fishing during the winter. Certainly,
10 they weren't fishing for salmon in the
11 wintertime. That's my recollection.
12    Q.    (BY MR. DUDUKGIAN) This reference, do
13 you know what literature it was in? This
14 reference to halibut fishing in the wintertime?
15    A.    I would -- I would be pretty sure that
16 it comes from either de Laguna or Birket-Smith's
17 discussion of the seasonal round. The
18 traditional, in quotes, in former times, seasonal
19 round.
20    Q.    Do you know if the Chugach, in
21 prehistoric times, hunted for any species in the
22 winter months as I defined from my previous
23 question?
24          MR. McLACHLAN: Objection. Vague.
25    A.    Not specific species.

Page 180

1     Q.    (BY MR. DUDUKGIAN) Do you know of any
2 species that they hunted during the winter months
3 in prehistoric times?
4     A.    I just don't recall at this time.
5     Q.    What I'd like to do now is show you your
6 March, 2008 report and mark it as an exhibit.
7          (Yarborough Exhibit No. 2 marked.)
8     Q.    (BY MR. DUDUKGIAN) Can you tell me all
9 people that were involved in drafting or editing
10 this report?
11    A.    All the people that were involved in
12 drafting and editing this report?
13    Q.    Right.
14          MR. McLACHLAN: Objection. Vague.
15    A.    It was drafted and edited by me.
16    Q.    (BY MR. DUDUKGIAN) Did anybody else
17 contribute to drafting any part of it?
18    A.    It contains large block quotes from
19 other people's work.
20    Q.    Right.
21    A.    But the document was crafted on my
22 computer by me.
23    Q.    Was it edited by anyone other than
24 yourself?
25    A.    Edited? Brian read it and asked a

Page 181

1 couple of questions for clarification; but all
2 the editing and writing was my own.
3     Q.    Okay. If you could skip forward to -- I
4 guess, for the record, I should ask you: This
5 Exhibit 2 that we marked is a true and accurate
6 copy of your expert report, the March, 2008
7 expert report in this case?
8     A.    Yes.
9     Q.    And on page 8, on the signature block,
10 is that a copy -- is that your signature?
11    A.    It is.
12    Q.    On page 6 is where you state your
13 opinions.
14    A.    Huh?
15    Q.    I'd like you --
16    A.    Uh-huh.
17    Q.    I'd like you to scan them quickly for me
18 and let me know when you're done.
19    A.    (Witness complies.) Okay. Okay.
20    Q.    We kind of went through this once
21 before. But having just reread your opinions in
22 this report, subject to the ones that you already
23 clarified earlier in your deposition, are there
24 any other clarifications you want to make at this
25 point in time?

46 (Pages 178 to 181)

Michael R. Yarborough
May 23, 2008

Page 182

1    A.   I addressed B, and presumably at the
2  time of Russian contact. We've discussed the
3  eight tribes and groups, cultural boundaries. I
4  think I would say that these are, for the most
5  part, the conclusions from my first report, and
6  I -- as I say here, I believe them to still
7  accurately reflect my conclusions.
8    Q.   Is paragraph 22, subparagraphs A through
9  J, a complete list of the opinions you will be
10  offering at trial in this case?
11         MR. McLACHLAN: Objection.
12  Speculative. Or asks for speculation.
13    A.   I think the best way to answer that is
14  to say that, you know, these are the opinions
15  from my report and declarations, and that -- I
16  can't -- you know, I don't know what will be
17  asked of me at trial, but I -- I think these are
18  the things that I reported on, and, you know,
19  continue to believe to be true.
20    Q.   (BY MR. DUDUKGIAN) And do you have any
21  opinions relevant to this case that are not
22  presently contained within paragraph 2 of your
23  March 2008 report? I guess subject to -- I
24  understand you had a later supplemental report.
25  If you want to take a look at that, I can show

Page 183

1  you a copy.
2         MR. McLACHLAN: Objection. Vague.
3    A.   This -- this is a true and accurate
4  summation of my opinions from my prior report and
5  declarations written before this date. But I
6  think it's fairly clear from the discussion that
7  we've had today that, you know, I've certainly
8  been asked for opinions on other issues.
9    Q.   (BY MR. DUDUKGIAN) Uh-huh.
10    A.   Which I, within the area of my
11  expertise, certainly feel willing and capable of
12  addressing even though they aren't outlined here.
13  So, I'd say these are my opinions, but I think,
14  you know, upon questioning that I might be able
15  to address other things, too. It's a hard
16  question to answer.
17    Q.   All right. What other types of things
18  do you think -- I mean, I'm just having trouble
19  following -- what I'm trying to understand is:
20  Are there any other opinions you have relative to
21  this case that are not contained within -- I
22  mean, I'm not -- what I'm trying to get at is not
23  explanations or the reasons for these opinions,
24  but other separate opinions that you might have
25  relative to this case and the issues you've

Page 184

1  identified that are material to this case?
2         MR. McLACHLAN: Objection. Asked
3  and answered.
4    A.   I don't -- the document that you have
5  given me is a recapitulation of a much larger
6  report that I wrote in 1995. There is other
7  information in there that, you know, I think
8  expands upon these. As I said, this is a summary
9  of my opinions and conclusions, but I think as is
10  obvious from our discussion today, there are a
11  lot of other things that these individual
12  statements really address. So --
13    Q.   (BY MR. DUDUKGIAN) Okay. I just want to
14  ask you some specific questions about different
15  terms and things like that in this report.
16         If you look at paragraph 22B --
17    A.   22B.
18    Q.   In the last sentence of that paragraph
19  you say: "...these areas were also," quote,
20  unquote, "'used' by the Tlingit and Koniag for at
21  least travel, trade and warfare."
22         First of all, what areas are you
23  referring to?
24    A.   Okay. My intent there is to say these
25  areas, including the lands and waters of Prince

Page 185

1  William Sound, the coast between the Sound and
2  Cook Inlet, I think that's what I mean by "these
3  areas."
4         Basically, the geographical area
5  under discussion here.
6    Q.   Would these areas include any waters of
7  the EEZ?
8    A.   As stated here, no, I don't believe so.
9    Q.   Okay. And why is the word "used" in
10  quotes?
11    A.   "Used" is in quotes because of the -- I
12  think it's an imprecise term. It's a -- it's
13  a -- it encompasses all of what could be included
14  under trade, travel and warfare.
15    Q.   Okay.
16    A.   What do you use for warfare? What do
17  you use for trade? It's an imprecise term. And
18  I tend to -- I tend to put things in quotes when
19  I'm indicating that there's a broad connotation.
20    Q.   On the next page in paragraph C you
21  write: "...the groups may not have considered
22  all marine waters open to general navigation."
23         First of all, which groups are you
24  talking about? Are you talking about the Chugach
25  groups in that sentence?

Michael R. Yarborough
May 23, 2008

Page 186

1    A.    Back to the first part, the Eyak, the
2  Chugach, the Kenai -- the Kenai, Eskimo.
3  Basically, those groups.
4    Q.    And I think I asked you this, but are
5  the Lower Kenai Eskimo the same as the
6  Unegkurmiut, or are they different?
7    A.    The same.
8    Q.    And which marine waters did the groups
9  not consider to be open to general navigation?
10   A.    My interpretation would be the marine
11  waters along shore, and the inland waters of
12  Prince William Sound.
13   Q.    Would any of these marine waters include
14  the EEZ?
15   A.    That would not be my interpretation and
16  certainly not -- not what I'm suggesting here.
17   Q.    And the other more powerful groups
18  you're referring to, who are those?
19   A.    Tlingit, Koniag.
20   Q.    Paragraph F, you talk about the
21  disruption of sociopolitical organization and
22  disastrous losses following Russian contact.  And
23  I was wondering, in your mind, why you believe
24  that paragraph F is relevant to this case.
25   A.    I think it's very relevant.  We are -- I

Page 187

1  think the whole point of this discussion is to
2  establish a certain baseline and to draw that
3  line of really what and when we're discussing.
4  And I think it also -- it also addresses the fact
5  that it is very difficult because of the effects
6  that the Russians had on the Native populations
7  of Alaska.  There are some giant gaps there.
8  It's really hard to look back from our
9  perspective or from de Laguna or Birket-Smith's
10  perspectives across -- across a time period when
11  disease and economic disruption, changes in
12  culture and lifestyle and really say for -- for
13  certain what the cultural lifeways were with the
14  comings of the Russians.  I think it's very
15  important.
16   Q.    In paragraph H you say that "...it does
17  not follow that any or all species that became
18  available during the hunt were harvested."  What
19  would be a reason that a species that became
20  available was not harvested?
21        MR. McLACHLAN:  Objection.  Vague.
22   A.    I can give you one specific example that
23  comes from my -- my interpretation of the
24  archeological record.  There were very specific
25  tool types that were being used for very specific

Page 188

1  types of hunting.  And if you are out in a kayak
2  with a specific set of tools targeting a specific
3  species, then you might not have the correct
4  tools to hunt -- for example, if you're out
5  hunting sea otters with sea otter darts and came
6  across a sea lion, you just might not be equipped
7  to hunt said sea lion.  The different species
8  occupied different parts -- different parts of
9  the coast, different part of the environment.
10   Q.    (BY MR. DUDUKGIAN) Can you think of
11  other reasons why a species might not have been
12  harvested even if it became available during a
13  hunt?
14   A.    There were certain times of the year
15  when sea lions just tasted so bad that nobody
16  wanted to eat them.
17   Q.    Can you think of any other reasons?
18   A.    I think there were certain species
19  that -- culturally whaling -- whaling was a very
20  prestigious pursuit.  There was a class of
21  hunters who were whalers.  I think there were
22  probably culturally people that weren't allowed
23  to hunt whales.  So I think, you know, unless you
24  were -- whaling involved a lot of ritual
25  preparation that took quite some time and was

Page 189

1  very elaborate.  And I suspect that, one, if you
2  weren't part of that whaling cult or you hadn't
3  gone through the ritual preparation, that if you
4  came across a whale in one of the bays in Prince
5  William Sound that you would not hunt it.  So I
6  think there would be technological, cultural
7  preference and really world view and ideological
8  reasons -- many reasons why you might be
9  targeting a certain species and come across
10  another one and not pursue it.
11   Q.    In paragraph J, when you talked about
12  aboriginal use, is that another word for
13  prehistoric use?
14   A.    It is, yes.
15   Q.    Okay.  And, let's see.  I had another
16  question about this paragraph.
17        You cite Davidson as saying:
18  Chugach use at Middleton Island was seasonal and
19  temporary.  When you say "temporary," do you mean
20  during a given year -- is that just a word for
21  seasonal, or is it something else like it?
22   A.    If I had to give an opinion of what
23  Davidson meant for seasonal, in short term.
24   Q.    When you say "short term," are you
25  saying that it was only for a few years and then

48 (Pages 186 to 189)

Michael R. Yarborough
May 23, 2008

Page 190

1    it stopped or --
2        A.    No, if I was -- if I was going to offer
3    an opinion of that, I mean, it's out of context
4    and there were -- any of the Pacific Eskimo
5    cultures had permanent winter villages, and, you
6    know, he goes on to talk about a few huts, and in
7    my -- in my view what that means is that, you
8    know, seasonal meaning they went out there for
9    certain times of year, and temporary in that they
10   were using lightly constructed huts and not
11   establishing permanent winter villages.
12       Q.    Okay.
13       A.    It would be my archeological
14   interpretation of that.
15       Q.    If you could turn to paragraph 11, on
16   page 3.  In paragraph 11 and 12 you talk about
17   the Unegkurmiut culture, and you talk about
18   Crowell and Mann note that it was distinctly
19   individual -- it was a distinctly individual
20   culture.  Why is it important that the
21   Unegkurmiut had a distinctly individual culture?
22           MR. McLACHLAN:  Objection.  Vague.
23       A.    I don't -- why was it important to me,
24   or why was it --
25       Q.    (BY MR. DUDUKGIAN) Why was -- why was it

Page 191

1    important enough to mention here?  Why was it
2    important enough to mention in your report?
3        A.    The Unegkurmiut are an enigmatic group.
4    De Laguna speaks of them very briefly.  And I
5    think she specifically says they were a
6    little-known group.  I think what Aron Crowell is
7    trying to do is -- from his work out there is
8    really further defining the cultural group of
9    that shore and the -- the prehistoric sequence
10   out there.
11           And I think -- I think the reason I
12   noted that is because it just gives us a better
13   understanding of the identity of this group along
14   the outer coast of the Kenai Peninsula.  That was
15   my purpose.  Was just -- it's additional
16   information.  It's more information than is
17   available in de Laguna.
18       Q.    But just to be clear, the Unegkurmiut
19   were not one of the Chugach groups in the area,
20   correct?
21           MR. McLACHLAN:  Objection.  Vague.
22       A.    The Unegkurmiut are not one of the eight
23   or more groups in Prince William Sound that de
24   Laguna mentions.  She does -- she does -- she
25   talks about the eight groups, and then she

Page 192

1    mentions the Unegkurmiut, and I think her -- her
2    discussion of them is something like a
3    little-known group along.  So -- I think the
4    answer to your question is, "yes," it's not one
5    of the eight.
6        Q.    (BY MR. DUDUKGIAN) Okay.  And paragraph
7    13, the next paragraph, you talk about the
8    relatively low population of the area.  What is
9    the significance of the relatively low
10   population?
11           MR. McLACHLAN:  Objection.  Vague.
12       A.    Significance to me?
13       Q.    (BY MR. DUDUKGIAN) Significance to this
14   case.
15       A.    Ahh, significance to this case?
16           MR. McLACHLAN:  Objection.  Vague.
17       A.    I believe that the relatively small
18   population of Prince William Sound and the outer
19   Kenai Peninsula really speaks to the nature of
20   the relationship between the Chugach and their
21   neighbors to the -- call it the south and west.
22   You mentioned before the more powerful groups,
23   the Tlingit and the Koniag.  I think that had to
24   do a lot with populations.
25           Again, I think that the relatively

Page 193

1    low population of Prince William Sound really had
2    a lot to do with their relationships with their
3    neighbors.
4        Q.    (BY MR. DUDUKGIAN) Okay.  In paragraph
5    17 you talk about the Eleanor Island excavation.
6    I mean, that was one that your wife participated
7    in, correct?
8        A.    It's one that she directed, yes.
9        Q.    Okay.  Are you familiar with the faunal
10   remains that were recovered at that site?
11       A.    I am familiar with my wife's conclusions
12   based on the faunal remains from the site, but --
13       Q.    And is it your opinion that the species
14   recovered at Eleanor Island would have been
15   relatively available within a kilometer of the
16   island?
17           MR. McLACHLAN:  Objection.  Vague.
18       A.    Having read my wife's report and
19   considered the evidence therein, I certainly
20   chose to use this quote which says that very
21   thing, that the species recovered would have been
22   readily available less than a kilometer north of
23   the Island.
24       Q.    (BY MR. DUDUKGIAN) Besides your wife's
25   report, do you have any other basis to have an

49 (Pages 190 to 193)

Michael R. Yarborough
May 23, 2008

Page 194

1  opinion as to whether the species recovered would
2  have been available within a kilometer north of
3  the island?
4      A.   Other than my wife's report?
5      Q.   Yes.
6      A.   No.
7      Q.   Is Charles Sheldon a source on which
8  experts in your field rely?
9      A.   Is Charles Sheldon --
10          MR. McLACHLAN:  Objection.  Vague.
11      A.   Let me answer that by saying that I have
12  quote -- I quoted Sheldon in my original report,
13  although on a different subject.  I have used
14  Sheldon as a reference in some of my other work
15  that's not in this case.  I quoted paragraph 18,
16  basically, to -- you know, to note that he was --
17  he's very well regarded by the National Parks
18  Service.  I guess the best answer to that is he's
19  someone that I use.
20      Q.   (BY MR. DUDUKGIAN) Do you know whether
21  other archeologists rely upon the work of Charles
22  Sheldon?
23          MR. McLACHLAN:  Objection.  Vague.
24      A.   I couldn't cite any examples.
25      Q.   (BY MR. DUDUKGIAN) Okay.  Finally, with

Page 195

1  this report, if you look at paragraphs 20 and 21,
2  especially 21, you talk about the Chugach having
3  a western notion of private property, and this is
4  based on Sheldon's writing, I guess -- is that
5  from 1912?
6      A.   It's from Sheldon's 1912 publication,
7  yes.
8      Q.   So that would be about 150 years after
9  Russian contact; is that right?
10      A.   Okay.  Sheldon was writing in 1906.
11      Q.   Okay.
12      A.   And the publication was 1912.  And could
13  you repeat the second part of that question?
14      Q.   Well, my -- let me rephrase the question
15  actually.
16          So, Sheldon was writing over 100
17  years after Russian contact.  Is there any
18  evidence that you have encountered in the
19  literature that you've reviewed for this case
20  about the Chugach having, quote, unquote, western
21  notions of private property before Russian
22  contact?
23      A.   Before Russian contact?  There's no
24  evidence of that.
25      Q.   I'd like to next show you the

Page 196

1  supplemental report.
2          (Yarborough Exhibit No. 3 marked.)
3      Q.   (BY MR. DUDUKGIAN) Do you recognize that
4  document?
5      A.   Yes, I do.
6      Q.   And is that your signature on page 3?
7      A.   It is.
8      Q.   And that's the supplemental report you
9  prepared in this case, correct?
10      A.   It is the -- yes.
11      Q.   I'm going to ask the same questions that
12  I asked about the other report.  Are you the one
13  that drafted this report?
14      A.   Yes.
15      Q.   Did anybody besides yourself participate
16  in editing it?
17      A.   Again, same answer.  Brian read it,
18  asked some questions which I answered in the
19  final version.  But, as I say, the writing and
20  the editing is all mine.
21      Q.   In paragraph 3 you talk about the
22  matters you considered.  Is that an exhaustive
23  list of the matters you considered for your
24  supplemental report?
25      A.   Paragraph 3?  Yes, this supplemental

Page 197

1  report specifically addresses the expert -- yes,
2  the subject of this report is Matt Ganley's
3  report.
4      Q.   Okay.
5      A.   The answer is "yes."
6      Q.   And had you previously read the Davydov
7  text?
8      A.   I had cited Davydov in my '95 report.
9      Q.   And you went back and reread it?
10      A.   I went back and reread it specifically
11  to really address Matt's use of certain quotes.
12      Q.   And the version you read, was that in
13  English?
14      A.   Yes.
15      Q.   And, again, is that through our list
16  that you could get a copy of it or --
17      A.   That copy I specifically checked out of
18  the Loussac Library.
19      Q.   Upon rereading the Davydov text, did
20  you -- did it cause you to reconsider any of your
21  opinions in this case?
22      A.   No.
23      Q.   In paragraph 5 you talk about the lines
24  that Ganley drew for hypothetical travel routes
25  and how yours are different based on, quote,

Northern Lights Realtime & Reporting, Inc
(907) 337-2221

Michael R. Yarborough
May 23, 2008

Page 198

1  unquote, historical descriptions. Which
2  historical descriptions are you referring to?
3      A.   Well, one of them I cite directly under
4  that, as I noted in my first report. I mean,
5  Davydov talks specifically about hunting parties
6  traveling along the coast and from island to
7  island. I think the answer -- at least one
8  answer to that question is within the report.
9      Q.   Is there -- is there any other
10 historical accounts that you relied on?
11     A.   I -- there is -- all of the Russian
12 encounters with Native people along the shore
13 that I'm aware of, every one, except for one that
14 I note in my report, details encounters with
15 parties -- boat parties in near-shore waters.
16          As I was reviewing the latest set
17 of documents that I received just recently, which
18 includes in the back a lot of illustrations of
19 Native kayaks, I think it's provided by Matt
20 Ganley, all of those historical illustrations are
21 of Native boaters in in-shore waters.
22          Both the Davydov quote that I quote
23 here, every reference, as I said, but one that
24 I've seen of encounters between Russians and the
25 Natives and all of the illustrations from Cook

Page 199

1  and Vancouver, basically, show in-shore travel,
2  and that, I think, is the basis for my opinion.
3      Q.   During prehistoric times, are you aware
4  of any off-shore travel by the Chugach groups for
5  any purpose?
6      A.   I think as I -- as I stated earlier, we
7  can infer from the archeological record that
8  there was contact in trade, and that trade and
9  contact was going in several directions. So, I
10 think -- I think I would qualify that by saying
11 that during the prehistoric period there's ample
12 archeological evidence of widespread contact
13 between the Pacific Eskimo and the Tlingit and
14 the Aleuts on both ends.
15     Q.   And would that contact imply travel by
16 the Chugach in waters that are currently in the
17 EEZ?
18     A.   It doesn't imply that to me.
19     Q.   Well, I guess if I could just ask you to
20 clarify, then, is there ample evidence of the
21 Chugach groups traveling to and from Kodiak
22 Island?
23     A.   Prehistorically?
24     Q.   Yes.
25     A.   There's a suggestion of contact back and

Page 200

1  forth, ample evidence, I think, may be
2  overstating it.
3      Q.   Okay. When you said "ample evidence,"
4  which areas were you referring to?
5      A.   As I said, there is ample evidence of
6  widespread contact between the Aleuts, the
7  Koniag, the Chugach, the Tlingits, the Eyak,
8  Pacific -- you know, the body -- the body of
9  evidence, I think, speaks to the whole Pacific
10 Eskimo group. There is -- as I said, there
11 are -- as I said earlier, there are artifact
12 styles from Prince William Sound that are very
13 obviously coming from Kodiak Island. There are
14 artifact styles, types of artifacts in Kodiak
15 that obviously came from Prince William Sound,
16 some of which originated in Southeast Alaska.
17 There is -- there is a considerable body of
18 evidence of trade and interaction back and forth
19 prehistorically.
20     Q.   Right. So I guess what I was getting at
21 is: If there was evidence of travel -- in
22 prehistoric times, evidence of travel between
23 Prince William Sound and Kodiak, doesn't that
24 necessarily imply travel through the EEZ --
25     A.   I would --

Page 201

1          MR. McLACHLAN:  Objection. Vague.
2      A.   Travel across the EEZ, but not
3  exclusively through. Is that too specific?
4      Q.   (BY MR. DUDUKGIAN) No, it's not. But I
5  don't think I was asking about exclusively
6  through. To get to Kodiak Island from Prince
7  William Sound, don't they necessarily have to
8  cross the waters through the EEZ?
9      A.   Yes.
10     Q.   And the same with Middleton Island?
11     A.   Yes, you have to go more than three
12 miles offshore to go to Middleton Island.
13     Q.   The next document I want to show you is
14 the July, 2001 declaration.
15          (Yarborough Exhibit No. 4 marked.)
16     A.   Okay.
17     Q.   (BY MR. DUDUKGIAN) Do you recognize
18 this document?
19     A.   I do.
20     Q.   And if you look at page 3 at the bottom,
21 that's your signature, correct?
22     A.   It is.
23     Q.   So, when you look at paragraph 3 and you
24 talk about not one sablefish bone being
25 identified, today you testified about the one

51 (Pages 198 to 201)

Michael R. Yarborough
May 23, 2008

Page 202

1  vertebra that was discovered. Was that
2  discovered after the time of this declaration?
3     A.   Yes. And I -- my recollection is vague,
4  but I'm not even sure that one sablefish bone is
5  from the Prince William Sound and Kenai coast
6  that we're discussing. But, yes, it certainly
7  would be information that's come to light since
8  this.
9     Q.   Where else might it be from, that bone?
10    A.   Southeast Alaska. It might also be from
11 somewhere out further in the Alaska Peninsula.
12    Q.   Let's see. In paragraph 5 you talk
13 about your conclusion that "...it is unlikely
14 that the Chugach and Lower Cook Inlet Eskimos
15 used the transited portions of the OCS as hunting
16 and fishing grounds." And we've touched upon
17 this before, but can you tell me all reasons for
18 your opinion that the Chugach
19 and Lower Cook Inlet Eskimos used the transited
20 portions of the OCS to hunt and fish?
21    A.   I think the answer to your question is
22 at the very end of my declaration here, and it's
23 a professional opinion based on my understanding
24 of traditional hunting patterns, the nature of
25 travel, my experience boating in some of these

Page 203

1  waters. It's a professional opinion based on
2  several different lines of -- of evidence.
3     Q.   Right --
4          MR. McLACHLAN: May I note for the
5  record, first, there's a mark under "unlikely."
6  I have a feeling that's not what was
7  produced. I just wanted to say that for the
8  record.
9          MR. DUDUKGIAN: Okay. Fair enough.
10    Q.   (BY MR. DUDUKGIAN) So, I'm trying to
11 identify all of the different, I guess, lines or
12 factors you considered in reaching this
13 conclusion.
14          Now, did you consider any
15 archeological evidence in reaching this
16 conclusion?
17    A.   I think my archeological understanding
18 of the technology, both the hunting technology
19 informs this decision, but probably less than
20 other lines. You know, the archeological
21 evidence is suggestive based on the type of tools
22 and -- hunting tools and implements they were
23 using.
24    Q.   What kind of different hunting tools and
25 implements would they need to hunt in the

Page 204

1  transited portions of the OCS?
2          MR. McLACHLAN: Objection. Vague.
3     A.   Well, as I mentioned before, there
4  were -- and, again, I think -- my understanding
5  of the hunting patterns, subsistence species, and
6  I said personal experience, knowledge --
7  knowledge of these areas having boated them
8  myself. It's just -- it's my opinion that travel
9  is very different from hunting, and that hunting
10 is a specific activity that, basically, you have
11 to be prepared for. You have to be targeting
12 certain species. And I -- I would offer the
13 opinion that when one is traveling across the
14 open waters between the Chugach Islands and the
15 Barren Islands that one would be more concerned
16 about reaching the other side safely than
17 trawling for halibut.
18    Q.   (BY MR. DUDUKGIAN) Okay. Is it your
19 opinion that Chugach would not be prepared for
20 hunting when they transited the OCS?
21          MR. McLACHLAN: Objection. Vague.
22    A.   My opinion would be, having done some
23 kayaking, and as I've said, being familiar with
24 the nature of the tools, the nature of their
25 kayaks, that one would probably have one's

Page 205

1  hunting gear stowed while traveling through open
2  waters like that.
3     Q.   (BY MR. DUDUKGIAN) And besides your own
4  personal experience in kayaking in open waters,
5  what else are you basing this opinion on?
6          MR. McLACHLAN: Objection.
7  Misstates testimony.
8     A.   I think I could just summarize by saying
9  that I think the nature of travel -- all -- my
10 archeological experience, my background in the
11 historical literature, ethnographic literature,
12 really, everything that I know about hunting
13 patterns, traveling patterns really suggests to
14 me that travel and hunting were very different.
15 And that it -- as I say here, it was unlikely
16 that they used the transited portions of the OCS
17 as hunting and fishing grounds. I think that the
18 nature of travel often large expanses of open
19 water was very different from a hunting
20 expedition.
21    Q.   (BY MR. DUDUKGIAN) What specifically in
22 the ethnographical literature causes you to think
23 that hunting and travel were different and not
24 done at the same time?
25          MR. McLACHLAN: Objection.

Northern Lights Realtime & Reporting, Inc
(907) 337-2221

Michael R. Yarborough
May 23, 2008

Page 206

1   Misstates testimony.
2      A.   I think to answer that -- the best way
3   to answer that question is the ethnographic
4   literature strongly suggests to me that hunting
5   took place in near-shore sheltered waters.
6   Birket-Smith specifically says that whales were
7   only hunted in -- whales were only hunted in
8   bays; not in the open ocean.  I think it's my
9   strong belief that the preponderance of the
10  ethnographic information suggests that all of the
11  Pacific Eskimos were hunting in sheltered waters.
12  And that leads me to believe that the travel
13  between -- travel between areas and open, exposed
14  ocean, which are also, I think, in the main not
15  going to be the -- possibly the most -- the most
16  conducive locales for various species.  As I said
17  before, I think the hunts were targeted.  I think
18  they went out for specific species and they took
19  appropriate toolkit with them that they were
20  prepared -- they were prepared for those hunts.
21     Q.   (BY MR. DUDUGKIAN) Go ahead.
22     A.   And I just -- I believe that there was a
23  difference between a targeted hunt in familiar
24  in-shore waters that one knew that certain
25  resources were available for at certain times of

Page 207

1   year and traveling from Hinchinbrook to Middleton
2   Island.
3      Q.   Do you know how long a trip from
4   Hinchinbrook to Middleton Island would take?
5          MR. McLACHLAN:  Objection.  Vague.
6      A.   Do you want me to speculate?  I --
7   it's -- I do believe that it's in one of Matt
8   Ganley's documents that he cites -- let's see, I
9   think he says that the trip out was a lot quicker
10  than the trip back because of the tides and
11  currents.
12     Q.   Uh-huh.
13     A.   I don't remember the exact --
14     Q.   So, you have no independent knowledge
15  from your own research how long the trip would
16  take?
17     A.   No.  Never made the trip.
18     Q.   Okay.  You talk about certain reasons
19  why the OCS may not have been used for
20  subsistence which you enumerate in subparagraph-s
21  A, B, and C.  And A is if a certain species is
22  not available on the OCS.  Do you know of any
23  species that the Chugach harvested in prehistoric
24  times that are not available on the OCS?  I'm
25  just --

Page 208

1      A.   Okay.  Let me reread this.
2      Q.   And I'll rephrase the question.
3      A.   Yes, please do.
4      Q.   I know you wrote this quite a while ago.
5   But when you talk about species not being
6   available on the OCS, did you have a certain
7   species in mind?
8          MR. McLACHLAN:  Objection.
9   Misstates the report.
10     A.   I think the -- the purpose -- I think
11  that the purpose of this -- the purpose of this
12  section was to address the opportunistic nature
13  of the hunting.
14     Q.   (BY MR. DUDUGKIAN) Uh-huh.
15     A.   Which is something that came up quite a
16  bit in my first deposition.
17     Q.   Okay.
18     A.   And I think -- I think the statement
19  there goes to really this -- the emphasis on
20  opportunistic that really came out during that
21  deposition more than to the species available.
22  The crucial part of this is the opportunistic
23  nature of the subsistence lifestyle rather than
24  species.
25     Q.   So I guess, just so I'm clear, are there

Page 209

1   any species that the Chugach claim to be
2   opportunistically harvesting that you concluded
3   just don't exist on the OCS?
4          MR. McLACHLAN:  Objection.
5   Misstates the report.  Vague.
6      A.   Say that one more time.
7      Q.   (BY MR. DUDUGKIAN) Well, if I'm not --
8   if I'm understanding your declaration correctly,
9   what you're saying is the Chugach couldn't
10  opportunistically hunt for a species that aren't
11  available on the OCS; is that correct?
12         MR. McLACHLAN:  Objection.  Vague.
13     A.   Okay.  What this -- okay.  This -- there
14  was a lot of discussion and a lot of -- a lot of
15  emphasis made on this term "opportunistic" back
16  when this all was going on, and we -- we were
17  discussing, really, what opportunistic means,
18  and -- and the purpose -- the purpose of this is
19  not to really discuss which species were
20  available or which species were not, but to
21  basically say opportunistic -- I think is, as
22  Matt Ganley was trying to define opportunistic,
23  he was saying that the Chugach would hunt
24  anything they came across.  If they were
25  traveling from point A to point B and they came

53 (Pages 206 to 209)

Michael R. Yarborough
May 23, 2008

Page 210

1  across a sea otter, a whale, a sea lion, they
2  would hunt it.  And that was, basically, his --
3  I'm interpreting that as his definition of
4  opportunistic.
5          And what I'm saying here is, yes, I
6  agree that two -- to a point the Chugach were
7  opportunistic.  But they weren't opportunistic if
8  they were traveling -- and I think this, again,
9  goes to Middleton Island or from Chugach Island
10 to -- the Chugach cannot opportunistically hunt
11 something that's not there.  If the species is
12 not available, they can't hunt it.  As I said
13 before, if you're traveling between point A and B
14 and you don't have the technology available to
15 hunt whatever you come across, then opportunistic
16 does not apply there either, and, too, it's my
17 firm belief that hunting and travel were very
18 different.  I don't think the intention is here
19 to say this species is available, this species is
20 not.  What I'm saying, you couldn't hunt
21 opportunistically if something wasn't there.  Or
22 if you did come across something, you didn't have
23 the proper technology to hunt it if you were
24 traveling from A to B and the weather was coming
25 up.  And you had your wife up in the bow and she

Page 211

1  was complaining, really, stopping a sea lion
2  would be a hindrance.  And I think that's the
3  gist of what I'm saying here.
4      Q.    (BY MR. DUDUKGIAN) I mean, just that
5  first part, I mean, it seems obvious to me you
6  can't hunt something that's not there, if that's
7  all you're saying.
8      A.    That's basically what it says -- I think
9  it's -- like I said, I'm not sure that this
10 concept of opportunistic looms as large as it did
11 ten years ago.  You know, I -- opportunistic,
12 yes, but opportunistic within limits.
13     Q.    Okay.
14         MR. DUDUKGIAN:  I guess we'll take
15 one last break for a few minutes, and then I have
16 just a few more questions and we'll wrap up for
17 the day.
18         (Break.)
19         (Yarborough Exhibit No. 5 marked.)
20     Q.    (BY MR. DUDUKGIAN)  First of all, do you
21 recognize this document?
22     A.    Yes, I do.
23     Q.    And on the last page that's your
24 signature, correct?
25     A.    Page 7 of 7.

Page 212

1      Q.    If you can turn to page 3 and 4, I guess
2  it's within paragraph 6, your general thesis is
3  that the literature demonstrates that there was
4  no joint and amicable use of the EEZ by the
5  Plaintiffs, and on page 4 to the middle of page 5
6  you have some block quotes from Birket-Smith.
7  You have some -- I think they're all from
8  Birket-Smith, although one -- one of the
9  Birket-Smith quotes on page 5 is quoting from
10 Portlock, and right before you get into these
11 block quotes the lead-in sentence is that, quote,
12 "Warfare was just as common among" -- with the
13 emphasis on the among -- "the eight Chugach
14 groups, as it was between the Chugach and their
15 Indian and Eskimo neighbors."  And then you have
16 the different block quotes.
17         Earlier I asked you about the basis
18 for your opinion that there was endemic warfare
19 among the Chugach groups during the historic
20 period and the prehistoric period, and you
21 said -- am I correct in saying that the basis for
22 your opinion is the ethnographic literature?
23         MR. McLACHLAN:  Objection.
24 Misstates testimony.
25     A.    If I remember correctly, I said that

Page 213

1  there were both Russian accounts and ethnographic
2  literature.  That's what I remember.
3      Q.    (BY MR. DUDUKGIAN) Okay.  And would you
4  consider these quotes just from the ethnographic
5  literature?
6      A.    No, I would consider Portlock and
7  Davydov to be Russian -- well, Portlock was
8  English, I believe.  These are historic accounts.
9      Q.    Are these quotes the entirety of the
10 literature references that you relied on for your
11 opinion that warfare among Chugach groups was
12 endemic?
13         MR. McLACHLAN:  Objection.  Vague.
14     A.    I would say that these are the quotes
15 that I chose to cite here, but I would not
16 specifically say it's all of them.  I think --
17 let's see.  This was -- okay.  All right.
18         If I remember my purpose in --
19 really, the reason -- what I was addressing here,
20 let's see -- okay.  Birket-Smith, de Laguna,
21 okay.  I referred to some in more general terms.
22 Some of these quotes from Birket-Smith earlier in
23 terms of his recounting stories and legends, and
24 his -- as I said, a lot of -- a large part of
25 Birket-Smith's -- well, not a large part, but

54 (Pages 210 to 213)

Michael R. Yarborough
May 23, 2008

Page 214

1 Birket-Smith's discussion of the local groups in
2 Prince William Sound almost every one of those
3 statements about this group and that group
4 address the relationship of those folks with
5 their neighbors. And almost exclusively it's the
6 contentious nature of that relationship. So I
7 think, basically, my statement earlier in general
8 and these quotes from Birket-Smith in specific
9 really go to that -- and then we go to Davydov
10 who I believe was the one who coined the term
11 "Chugach," and Portlock who was an early English
12 explorer addressed the same thing. So, I think
13 in the main, yes.
14    Q.    (BY MR. DUDUKGIAN) Is it fair to say
15 that you chose the best quotes from Birket-Smith
16 to support your thesis statement that warfare was
17 just as common among the eight Chugach groups as
18 it was between the Chugach and their neighbors?
19         MR. McLACHLAN: Objection. Vague.
20    A.    Actually, I don't think I chose the best
21 ones, I chose some, but, you know, going back to
22 my previous statement I think, you know, having,
23 as I said, just recently reread Birket-Smith, I
24 think I could actually include more. I can't --
25 I don't know if my intention at the time was to

Page 215

1 choose the best ones. There are -- these are
2 certainly some, and I think there are certainly
3 more.
4    Q.    (BY MR. DUDUKGIAN) Sitting here in this
5 room today, can you think of any specific quotes
6 from Birket-Smith that you would -- you could
7 add?
8    A.    Let's see which ones I've used in --
9 okay.
10         He said, in his -- in his
11 discussion of your local groups in Prince William
12 Sound -- which I actually just reread this
13 morning before I came over here -- you know, he
14 talks -- he talks about the stronger groups, the
15 richer groups -- the richer groups preying on
16 the -- the smaller groups. He even discusses one
17 local group of Chugach that were so poor that
18 nobody bothered with them. You know, I think if
19 my intent was to be more complete and, you know,
20 I think one could include that whole discussion
21 of Birket-Smith's.
22    Q.    When Birket-Smith is using terms like
23 weaker groups and stronger groups, how do you
24 know that Birket-Smith is referring to Chugach
25 groups?

Page 216

1    A.    Because his -- that discussion is
2 included within the section of his book that
3 talks about -- he's enumerating the local groups
4 just like de Laguna did, and he names a local
5 group, and then he discusses them in a paragraph.
6 And within that paragraph, he talks about, you
7 know, their -- their area -- he speaks to, you
8 know, whether they were, you know, I think
9 richer -- in terms of material goods, stronger,
10 weaker, I think in terms of population size.
11 That's actually contained within his discussion
12 of these groups in Prince William Sound. So he's
13 specifically talking about Prince William Sound
14 and the relationship between the groups. And I
15 think it would be my opinion, just from reading
16 Birket-Smith, that he talks more about the
17 contentious relationship between these groups
18 than he does -- than he does the cooperation and
19 close ties.
20         I think this quote on page 5
21 from -- a lot quoted in Birket-Smith, it talks
22 about "hated by all their neighbors, with whom
23 they were continuously at variance." You asked
24 about endemic warfare. I think that's a pretty
25 good definition.

Page 217

1    Q.    Okay. Before we adjourn, I just want to
2 go back for a second and ask one follow-up on the
3 opportunistic hunting. Since you said it was
4 more prominent in the first deposition, I started
5 thinking maybe I'm missing something. So just so
6 I know exactly what you considered in formulating
7 your opinion on the opportunistic hunting in
8 transit between Prince William Sound and
9 Middleton Island and between the -- and then
10 travel between the Kenai Peninsula and Augustine
11 Island, you talked about your personal experience
12 with boating those waters; is that correct?
13    A.    Yes. I have actually been from Kodiak
14 to Afognak, to the Barren Islands, to the Chugach
15 Islands and completely up the shore of the Kenai
16 Peninsula and into Prince William Sound.
17 Admittedly, it wasn't in a kayak, but it was in a
18 small enough boat that the crossing was rather
19 hairy.
20    Q.    Do you have any experience crossing
21 those waters in a kayak?
22    A.    I do not, but I've done -- I've done
23 kayaking in Prince William Sound.
24    Q.    Okay. Have you done any kayaking in
25 traditional kayaks that would be of the type that

55 (Pages 214 to 217)

Michael R. Yarborough
May 23, 2008

Page 218

1  the Chugach were using?
2      A.   No.  Those are rare.
3      Q.   Okay.  Besides your personal travel in
4  offshore areas in various types of boats, what
5  else are you basing your opinion on as far as the
6  opportunistic hunting and fishing of the Chugach?
7      A.   Well, I think I answered this before.
8  As I said, I think -- I think -- I think based
9  on -- based on the archeological evidence as it
10  applies, ethnographic descriptions of seasonal
11  round, species targeted, discussions of hunting,
12  as I said, statements like Birket-Smith's as to
13  where they hunted whales, it's, one, my opinion
14  that travel for trade or warfare was different
15  than targeted hunting.
16           I mean, even -- when the Russians
17  would gather on large flotillas of badarkas or
18  kayaks to go from Kodiak and some of those fleets
19  went as far as Sitka, Southeast Alaska,
20  everything I read suggests that those were
21  hunting parties.  But, as Davydov says, they
22  traveled along shore.  They camped ashore at
23  night.  And it was targeted hunting.  That they
24  were going to specific places to hunt sea otters.
25           Like I said, that, along with my

Page 219

1  personal experience and -- just knowing how
2  dangerous the waters are.  There's Russians'
3  accounts of -- you know, the technology was an
4  amazing technology, but a lot of people died on
5  these trips, too.  And so I think it's just based
6  on, you know, what I view as the evidence that,
7  you know, opportunistic certainly applies.  But,
8  you know, there was opportunistic -- there's a
9  time and place for opportunistic.
10      Q.   And one last question:  When -- I think
11  it's undisputed that there was travel to and from
12  Middleton Island in prehistoric times.  Once they
13  got -- the Chugach peoples got to Middleton
14  Island, were they harvesting resources on
15  Middleton Island?
16           MR. McLACHLAN:  Objection.  Vague.
17      Q.   (BY MR. DUDUKGIAN)  Let me kind of break
18  that down -- and all of these questions are going
19  to be during prehistoric times.  Is there
20  evidence, archeological evidence, that the
21  Chugach people hunted any animals?  They don't
22  have to be marine animals, but any animals on
23  Middleton Island itself?
24      A.   I will be very specific here because,
25  again, I think we're dealing with the definition

Page 220

1  of prehistoric and what we know.  I think if we,
2  as most archeologists would, separate the
3  prehistoric from that protohistoric period,
4  Russians did visit Middleton Island and find
5  Chugach people there.  And I guess one could
6  argue that that was the point of contact, at
7  least for Middleton Island.  The first time the
8  Russians went there and found Native peoples on
9  that island, if you were being very specific, you
10  could say, okay, that's the beginning of the
11  historic period for Middleton Island.  So, if you
12  consider that the day before the Russians got
13  there was precontact, then I think I could -- I
14  would allow as how -- I'm being -- I would allow
15  as how there were people there precontact.  But
16  I -- I don't think anyone can say how far back
17  that occupation of Middleton goes.  We know -- we
18  know that there is at least one house pit site on
19  Middleton Island, but no one has ever established
20  its time date.  So, by the very fact that
21  Russians went there and found people there, then
22  there would be people there, quote, unquote,
23  precontact.  But I could not say with any degree
24  of certainty that there were people on Middleton
25  Island 2,000, 3,000 years ago.

Page 221

1      Q.   Have there been any excavations on
2  Middleton?
3      A.   No.
4      Q.   And there's been no analysis of any
5  faunal remains?
6      A.   No.  I'm not -- no.
7           MR. DUDUKGIAN:  Okay.  I have no
8  further questions, sir.
9           MR. McLACHLAN:  I have a couple of
10  things.  One, I'd like to reserve our opportunity
11  under Rule 30 to review -- under Rule 30(d)1 --
12  excuse me, 30(e) to review the transcript and
13  make any corrections that are necessary.
14           EXAMINATION
15      Q.   (BY MR. McLACHLAN) Mr. Yarborough, are
16  the opinions and conclusions included in the
17  reports and declarations you've offered in this
18  case and in the previous case that we've referred
19  to as the TRAWLER DIANE MARIE case within your
20  area of expertise?
21           MR. DUDUKGIAN:  Compound and vague.
22      A.   The -- yes.  The types of information
23  that I deal with in my reports and declarations
24  is in no way different from the type of work that
25  I have done throughout my professional career.

56 (Pages 218 to 221)

Michael R. Yarborough
May 23, 2008

Page 222

1  It's the type of information, whether it's
2  archeological, historical, ethnographical, that I
3  really address wherever I'm working in Alaska,
4  whether it's Southeast, the Aleutians, the
5  Interior. So, I think, really, my report and
6  declarations is very much what I do for a living.
7      Q.   (BY MR. McLACHLAN) Okay. I want to go
8  back to Exhibit 4, if you could pull that out.
9      A.   5.
10          MR. McLACHLAN: It's the
11  declaration of Mike Yarborough. It says
12  "declaration" straight up.
13     Q.   (BY MR. McLACHLAN) I want to direct
14  your attention to paragraph 5 -- or excuse me,
15  paragraph 6.
16     A.   Uh-huh.
17     Q.   And that paragraph says: "Despite this
18  travel, I believe that it is unlikely that the
19  Chugach and Lower Cook Inlet Eskimos used the
20  transited portions of the OCS as hunting and
21  fishing grounds."
22          And I wanted to point that out to
23  you because for my next question, just to provide
24  the context, do you have an opinion whether the
25  people who occupied Prince William Sound and the

Page 223

1  Lower Kenai Peninsula in the prehistoric era
2  customarily or regularly used what is now
3  referred to as the EEZ or the OCS for subsistence
4  purposes?
5          MR. DUDUKGIAN: Vague.
6      A.   I think -- I think, really, that -- that
7  question is real -- has really been at the core
8  of my report, and all of my declarations. I
9  think it's -- it's the -- it's the thing from
10 looking at the evidence that I have been trying
11 to form an opinion on, and I would say,
12 basically, throughout the reading, the study I've
13 done in my reports and declarations, I -- I think
14 my opinion is that they did not.
15     Q.   (BY MR. McLACHLAN) Earlier in your
16 deposition Mr. Dudukgian asked you some questions
17 about a report from a -- I believe it's Ronald
18 Stanek. Do you recall that?
19     A.   Yes, I do.
20     Q.   And you testified -- he asked you some
21 questions about whether -- and I'm paraphrasing
22 here -- whether you generally relied on the work
23 of Mr. Stanek in your work as an archeologist.
24 My question to you is -- and I believe your
25 testimony was that you did not.

Page 224

1          My question to you is: Can you
2  explain the reason why, generally, you have not
3  used the work of Mr. Stanek in your archeological
4  work?
5      A.   Let me first say that I don't -- I don't
6  think that Ron Stanek's work is something that it
7  would be unusual for archeologists to use in the
8  background literature, research for a particular
9  project.
10          You know, I would say personally
11 Ron Stanek's work would not be something that I
12 would, say, customarily use simply because it
13 deals with a time period that's -- that's really
14 more recent than I normally deal with.
15     Q.   Would work -- would reports similar to
16 Mr. Stanek's be the type that archeologists would
17 utilize when they were evaluating the topics that
18 you evaluated and opined on in the reports that
19 you have submitted in this case?
20          MR. DUDUKGIAN: Objection. Vague.
21     A.   I think the best way to answer that is
22 to say that -- that I have -- I have read Ron
23 Stanek's reports. It's -- or his report. And,
24 again, I would say that it's -- it's one of many
25 lines of evidence that would be used in the

Page 225

1  consideration. But in the main, I think it
2  really -- it addresses a time period that's
3  possibly more recent than I would consider
4  pertinent, more pertinent than other lines of
5  evidence.
6          MR. McLACHLAN: I have no further
7  questions.
8          FURTHER EXAMINATION
9      Q.   (BY MR. DUDUKGIAN) I just have one
10 follow-up question. I asked you about your
11 business address. Is it the case that you reside
12 here in Anchorage?
13     A.   Yes.
14          (Deposition adjourned at 5:20 p.m.)
15
16
17
18
19
20
21
22
23
24
25

Northern Lights Realtime & Reporting, Inc
(907) 337-2221

Michael R. Yarborough
May 23, 2008

Page 226

1    WITNESS CERTIFICATE
2  MICHAEL R. YARBOROUGH    Taken on May 23, 2008
3
   Eyak, et al. v. Gutierrez; A98-365-CV (HRH)
4
5  I hereby certify that I have read the foregoing
   deposition and accept it as true and correct,
6  with the following exceptions:
7  ================================================
8  PAGE    LINE    CORRECTION/REASON
9  _____   _____   _____
10 _____   _____   _____
11 _____   _____   _____
12 _____   _____   _____
13 _____   _____   _____
14 _____   _____   _____
15 _____   _____   _____
16 _____   _____   _____
17 _____   _____   _____
18 _____   _____   _____
19 _____   _____   _____
20
21
22 _____   _____
   Date          MICHAEL R. YARBOROUGH
23
24 (Use additional paper to note corrections as
   needed, signing and dating each page.)    (SMM)
25

Page 227

1    REPORTER'S CERTIFICATE
2
3     I, SANDRA M. MIEROP, Certified Realtime
4  Reporter and Notary Public in and for the State of
5  Alaska do hereby certify:
6     That the witness in the foregoing proceedings
7  was duly sworn; that the proceedings were then taken
8  before me at the time and place herein set forth;
9  that the testimony and proceedings were reported
10 stenographically by me and later transcribed under
11 my direction by computer transcription; that the
12 foregoing is a true record of the testimony and
13 proceedings taken at that time; that the witness
14 requested signature; and that I am not a party to,
15 nor do I have any interest in, the outcome of the
16 action herein contained.
17    IN WITNESS WHEREOF, I have hereunto subscribed
18 my hand and affixed my seal this 6th day of June,
19 2008.
20
21
22 _____
   SANDRA M. MIEROP, CRR, CCP
23 Notary Public for Alaska
   My commission expires: 9/18/11
24
25

58 (Pages 226 to 227)