IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIVE VILLAGE OF EYAK,  )<br>NATIVE VILLAGE OF TATITLEK,  )<br>NATIVE VILLAGE OF CHENEGA,  )<br>(aka CHENEGA BAY), NATIVE  )<br>VILLAGE OF NANWALEK, NATIVE  )<br>VILLAGE OF PORT GRAHAM,  )<br>                                                                  )<br>            Plaintiffs,  )<br>                                                                  )<br>       v.                                                    )<br>                                                                  )<br>CARLOS GUTIERREZ, Secretary  )<br>of Commerce,                                        )<br>                                                                  )<br>            Defendant.  )<br>_____)| Case No. A98-365-CV (HRH) |

## SUPPLEMENTAL EXPERT REPORT OF MICHAEL R. YARBOROUGH

**Introduction**

1. I have been retained as an expert witness in the above referenced action since 2000. I previously prepared two expert reports, supplemented by declarations in this action and *Native Village of Eyak v. Trawler Diane Marie*. My first report and declarations were prepared at a time when the parties were pursuing summary judgment. I recently prepared a second expert report, dated March 3, 2008, incorporating and updating my prior report and declarations.

2. I believed the statements in my reports and declarations to be true and correct at the time they were given. I also believe them to still accurately reflect my conclusions and findings.

**Matters Considered**

3. I have been asked to provide comments and opinions on certain aspects of the *Supplemental Expert Report of Matt Ganley* dated March 17, 2008. As detailed in the discussion below, these specifically include two new maps and Mr. Ganley's citations from Gavriil Davydov's (1977) description of two voyages to Russian America in the early nineteenth century.

1

**Opinions**

4. In his *Supplemental Report,* Mr. Ganley provides additional information "discovered since [his] earlier reports. He also presents two new maps. Mr. Ganley discusses the relationship between the people of Prince William Sound and the outer Kenai Peninsula, the historic interaction between the Chugach and the Russians, the traditional seasonal round, and oral histories. However, in my opinion, much of the information is only peripherally relevant to the issue at hand—aboriginal use of the EEZ—and the opinions expressed are often little more than speculation.

5. Specifically, both new maps (P-23 and P-24) show hypothetical travel routes between Prince William Sound and Cook Inlet and between Cook Inlet and Kodiak that extend more than three miles offshore into the EEZ. However, based on historical descriptions, these routes should have been drawn through safer in-shore waters. As I noted in my first expert report:

> Kayak voyages from Kodiak to Sitka, a distance of over 1,600 km, were not uncommon. However, Davydov (1977:193-194) indicates that hunting parties traveled along the coast or from island to island, and landed on shore at night to rest.

6. Also, in his discussion of Fishing Habits and Technology, Ganley credits Gavriil Davydov with more specificity of detail than is revealed by a closer reading of the text. Ganley (at 9-10) states:

> As I have noted in previous reports, the explorer Davydov described how the Chugach ride out storms at sea by tying the boats together, but Davydov also wrote that the Chugach traveled "hundreds of versts from shore," and that once he learned to handle his baidarka he too was able to "travel quite a distance out to sea" (Davydov at 164, 203).

7. The actually passages from Davydov on page 203 read:

> An American in his baidarka can withstand the most violent storm. With no protection but his own agility he sets to sea and will travel hundreds of versts from the shore when the weather promises to be calm…In my spare time on Kad'iak I learnt how to paddle a one-man baidarka and grew accustomed to it that I eventually went quite a distance out to sea in it.

8. Gavriil Davydov spent the winter of 1802-1803 in Kodiak, "at which time [he] studied the island and its native population (Davydov 1977:vi). "Davydov at 164" is from a section entitled "The Position of Kad'iak and Adjacent Islands. The Number of Inhabitants, Known as Koniagas" that includes "a description of the island of Kad'iak and its inhabitants" (Davydov 1977:147). "Davydov at 203" is from a section entitled "The Koniaga Baidaras, Baidarkas, and Hunting Implements."

9. Davydov never visited Prince William Sound or the Kenai Peninsula, and although he frequently mentions the "Kinai", the "Chugaches", and the Aleuts, he gives no sources of his information on these groups. However, from the context of his discussion, it seems likely that "an American" actually refers to "a Koniag."

2

10. A verst is 1.067 kilometers or 3,500 feet. A hundred versts are 66 miles and "hundreds of versts" are 132 miles or more. Assuming that the 1977 translation accurately captures the meaning of Davydov's description of setting to sea and traveling from shore, this passage implies nothing about subsistence or economic use of EEZ and could very well refer to Koniag travel to the Alaska Peninsula, the Aleutians, and to the Barren Islands and the Kenai Peninsula.

Dated: 5-14-08

Michael R. Yarborough

**References Cited**

Davydov, Gavriil I.
  1977  *Two Voyages to Russian America, 1802-1807.* Translated by Colin Bearne, edited by Richard A. Pierce. Materials for the Study of Alaskan History No. 10. Limestone, Kingston, Ontario.