Natalie Landreth
NATIVE AMERICAN RIGHTS FUND
420 L Street, Suite 505
Anchorage, Alaska 99501
Phone: (907) 276-0680
Facsimile: (907) 276-2466
Email: landreth@narf.org

Goriune Dudukgian
ALASKA LEGAL SERVICES CORPORATION
1016 West 6th Ave., Suite 200
Anchorage, Alaska 99501
Phone: (907) 222-4524
Facsimile: (907) 279-7417

Rich de Bodo
HOGAN & HARTSON LLP
1999 Avenue of the Stars Suite 1400
Los Angeles, California 90067
Phone:  310-785-4694
Facsimile: 310-785-4601

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EYAK *et. al*,<br><br>        Plaintiffs,<br><br>v.<br><br>CARLOS GUTIERREZ, SECRETARY OF COMMERCE<br><br>        Defendant. | Case No. A98-365-CV (HRH)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION IN LIMINE NO. 1 TO EXCLUDE EXPERT TESTIMONY OF MICHAEL R. YARBOROUGH** |

This Court, having reviewed Plaintiffs' Motion in Limine No. 1 to Exclude Expert Testimony of Michael R. Yarborough, and any opposition thereto, and being fully advised in the premises, IT IS HEREBY ORDERED THAT the Defendant shall be precluded from offering any expert testimony from Michael R. Yarborough at trial in the above-captioned case.

DATED:_____        _____
                                                                H. RUSSELL HOLLAND
                                                                United States District Judge