RONALD J. TENPAS
Assistant Attorney General

BRIAN A. MCLACHLAN
U.S. Department of Justice
Environment & Natural Resources Division
c/o United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Tel: (206) 553-4148
Fax: (206) 553-4067
brian.mclachlan@usdoj.gov

Attorneys for Federal Defendants
(Additional Counsel Listed in Signature Block)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIVE VILLAGE OF EYAK,<br>NATIVE VILLAGE OF TATITLEK,<br>NATIVE VILLAGE OF CHENEGA,<br>(aka CHENEGA BAY), NATIVE<br>VILLAGE OF NANWALEK, NATIVE<br>VILLAGE OF PORT GRAHAM,<br><br>    Plaintiffs,<br><br> v.<br><br>CARLOS GUTIERREZ, Secretary<br>of Commerce,<br><br>    Defendant. | Case No. A98-365-CV (HRH)<br><br>**DEFENDANT'S MOTION TO COMPEL**<br>**INTERROGATORY RESPONSES** |

Pursuant to Rule 37 of the Federal Rules of Civil Procedure ("Rule 37"), Defendant, Carlos Gutierrez, Secretary of Commerce, hereby moves the Court for an Order compelling Plaintiffs to answer interrogatories 1 and 3 included in Defendant's First Set of Interrogatories and First Request

DEFENDANT'S MOTION TO COMPEL
Eyak v. Gutierrez, A98-365-CV (HRH) 1

for Production.  In accordance with Rule 37, counsel certifies that Defendant has in good faith conferred with Plaintiffs in an attempt to obtain the requested discovery but such attempt has failed to resolve the issue.

As explained further in Defendant's Memorandum in Support of Motion to Compel Interrogatory Responses, in his first interrogatory, Defendant requested Plaintiffs to identify those waters over which they claim aboriginal rights.  In his third interrogatory, Defendant requested Plaintiffs to identify all time periods during which Plaintiffs claim to have exercised *exclusive* use and occupancy of the areas identified in interrogatory number 1.  These questions go to the heart of this case and require a straightforward response.  Instead, Plaintiffs have provided evasive and incomplete answers that have left Defendant unable to determine with reasonable accuracy the area(s) over which Plaintiffs claim aboriginal rights, and the period in which they claim exclusive use of such area(s).

Defendant respectfully requests that the Court grant Defendant's motion to compel and, given the pendency of trial, order Plaintiffs to fully and completely answer Defendant's interrogatories 1 and 3 by 3 p.m. AKDT on August 13, 2008.

Dated: July 25, 2008

           RONALD J. TENPAS
           Assistant Attorney General

             /s/ Brian McLachlan
           BRIAN MCLACHLAN (D.C. 472413)
           U.S. Department of Justice
           Environment & Natural Resources Division
           c/o United States Attorney's Office
           700 Stewart Street, Suite 5220
           Seattle, Washington 98101-1271
           Tel: (206) 553-4148
           Fax: (206) 553-4067

brian.mclachlan@usdoj.gov

BEVERLY F. LI (WSBA # 33267)
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-353-9213
Facsimile: 202-305-0506
beverly.li@usdoj.gov

JOSEPH H. KIM (IL 6243249)
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7369
Washington, DC 20044-7369
Telephone: 202-305-0207
Facsimile: 202-305-0275
joseph.kim@usdoj.gov

DEAN K. DUNSMORE
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: (907) 271-5452
Facsimile:(907) 271-5827
dean.dunsmore@usdoj.gov

Attorneys for Federal Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 25, 2008, I filed the foregoing Defendant's Motion to Compel Interrogatory Responses, along with the associated Memorandum in Support, exhibits, and proposed order, electronically through the CM/ECF System, which caused the following counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

    Goriune Dudukgian
    gdudukgian@alsc-law.org

    Natalie Landreth
    landreth@narf.org

    Richard de Bodo
    rdebodo@hhlaw.com


                                     /s/ Brian McLachlan
                                     Brian McLachlan
                                     Counsel for Defendant