IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIVE VILLAGE OF EYAK, ) <br> NATIVE VILLAGE OF TATITLEK, ) <br> NATIVE VILLAGE OF CHENEGA, ) <br> (aka CHENEGA BAY), NATIVE ) <br> VILLAGE OF NANWALEK, NATIVE ) <br> VILLAGE OF PORT GRAHAM, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CARLOS GUTIERREZ, Secretary ) <br> of Commerce, ) <br> ) <br> Defendant. ) <br> _____) | Case No. A98-365-CV (HRH) |

**[PROPOSED] ORDER**

This matter is before the Court pursuant to Defendant's Motion to Compel Interrogatory Responses. Upon consideration of the motion and for good cause shown, it is hereby ORDERED that:

Defendant's Motion to Compel Interrogatory Responses is hereby GRANTED and Plaintiffs shall fully and completely answer Defendant's interrogatories 1 and 3 by 3 p.m. AKDT on August 13, 2008.

SO ORDERED.


Date: _____          _____
                                 H. Russel Holland
                                 United States District Judge

1