

Figure 22: Comprehensive Map of Resource Use Areas for the Communities of Tatitlek, Nanwalek, Port Graham, Chenega Bay and Cordova.

EXHIBIT 3
Page 1 of 1