

Figure 21. Area filed for under protest by Chugach Native Association, Tatitlek Village, Chugachmiute Tribe, and Eyak Native Tribe in 1968.

Page 0000101 of 120

Exhibit P-2

EXHIBIT 4
Page 1 of 1