Page 1

```
 1              THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF ALASKA
 3   NATIVE VILLAGE OF EYAK,
     NATIVE VILLAGE OF TATITLEK,
 4   NATIVE VILLAGE OF CHENEGA
     (aka CHENEGA BAY), NATIVE
 5   VILLAGE OF NANWALEK, NATIVE
     VILLAGE OF PORT GRAHAM,
 6
           Plaintiffs,
 7
     vs.
 8
     CARLOS GUTIERREZ, Secretary
 9   of Commerce,
10         Defendant.
11   _____
12   Case No. 3:98-CV-0365 Civil
13
14
15
              DEPOSITION OF BOB JAMES HENRICHS
16
                    Taken June 5, 2008
17               Commencing at 9:37 a.m.
18        Volume I - Pages 1 - 163, inclusive
19
20              Taken by the Defendant
                         at
21             U.S. Department of Justice
         Environment & Natural Resources Division
22              801 B Street, Suite 504
                   Anchorage, Alaska
23
24   Reported by:
     Mary A. Vavrik, RMR
25                                    EXHIBIT 6
                                      Page 1 of 14
```

Page 58

1    Q    Can you name these other marine mammals
2    specifically?
3    A    Oh, seals, harbor seals.  Other than harbor
4    seals, I couldn't really tell you.
5    Q    And what about after 1900; are there resources
6    that became depleted since that period?
7    A    Salmon.
8              MS. LANDRETH:  Objection, vague.
9              THE WITNESS:  The federal government
10   managed the salmon when we were a territory, and
11   they allowed the harvest on the Copper River to
12   become so huge that right before 1920 they had
13   winters where Natives up the Copper River, whole
14   tribes starved to death because all the salmon were
15   taken by these outside processors.  And in the '50s,
16   the management of the Copper River and the Prince
17   William Sound was so terrible with those fish traps,
18   they killed the runs off.  And when the State took
19   over management, they had to be very conservative to
20   rebuild the stocks.  And the federal government's
21   management was terrible.
22   BY MS. LI:
23   Q    Do you know whether, when Mr. Ganley
24   interviewed the Elders at Eyak in preparing the map
25   that's marked as Exhibit 2, whether he would have

```
 1   heard any specific stories about resource use in
 2   precontact times?
 3                MS. LANDRETH:  Objection, vague.  I
 4   believe that's a better question for Mr. Ganley.
 5                THE WITNESS:  I believe he probably
 6   did hear those stories about precontact.
 7   BY MS. LI:
 8   Q    Do you know any of those stories about
 9   precontact harvesting of resources?
10                MS. LANDRETH:  Objection, vague and
11   asked and answered.
12                THE WITNESS:  Just oral history.
13   BY MS. LI:
14   Q    And when you say, "oral history," what do you
15   mean?
16   A    I mean passed down from the Elders from their
17   Elders down to present day.
18   Q    And did these oral histories talk about
19   specific areas that were used in precontact times
20   for hunting and fishing besides Middleton Island,
21   and I think you also mentioned Copper River?
22                MS. LANDRETH:  Objection, vague and
23   asked and answered.
24                THE WITNESS:  It certainly mentioned
25   other areas in the -- inside Prince William Sound
```

```
 1   and over by -- are we talking about Eyak or --
 2   BY MS. LI:
 3   Q    We are talking about Eyak.
 4   A    Okay.  Yeah.  It mentioned other areas.  And
 5   his report covered it all.  There were other areas
 6   that were used.
 7   Q    Were there specific areas in the Gulf of Alaska
 8.  or in the federal -- what is now the federal waters
 9   that were mentioned in the early histories about
10   harvesting resources in precontact times that you
11   know of?
12                MS. LANDRETH:  Objection, vague and
13   asked and answered.
14                THE WITNESS:  I'd have to refer to
15   his report.  I believe, like I said, sometimes the
16   seafood wasn't in one spot.  You had to travel
17   around to get it.  And our people traveled lots.  We
18   went all over the place.
19   BY MS. LI:
20   Q    And turning again to the map that's been marked
21   as Exhibit 2, are there certain areas that have been
22   identified that are only used in certain seasons of
23   the year?
24                MS. LANDRETH:  Objection, vague.
25                THE WITNESS:  Some areas maybe you
```

1          MS. LANDRETH: Objection, vague.
2          THE WITNESS: According to the oral
3  histories and the stuff that Ganley put together, it
4  was from interviews with the Elders; it was how they
5  determined it is by use and occupancy.
6  BY MS. LI:
7  Q    And these areas that more than one Chugach
8  village would use, would someone from one of the
9  villages be required to ask permission to use that
10 area?
11         MS. LANDRETH: Objection, vague.
12         THE WITNESS: If both of them used
13 the area, I don't think you would really need
14 permission if you both had a history of using it.
15 BY MS. LI:
16 Q    And you had mentioned Mr. Ganley's work
17 regarding these areas that more than one village of
18 the Chugach might use. Do you know which Elders
19 Mr. Ganley would have spoken to regarding these
20 areas?
21 A    I know some of them, but I don't know them all.
22 I probably did at one time, but he did this work
23 quite a few years ago.
24 Q    Would you say that Mr. Ganley has better
25 information than you do regarding the areas that the

```
 1   Chugach villages used in precontact times?
 2                MS. LANDRETH:  Objection, vague.
 3                THE WITNESS:  Mr. Ganley is the one
 4   that interviewed all the -- he and others
 5   interviewed all the Elders in the region, and I did
 6   not.  I have what -- the oral history and what I've
 7   heard from our Elders, but he may have better
 8   information.
 9   BY MS. LI:
10   Q    Have you talked to some of the Elders in the
11   villages about areas that more than one Chugach
12   village would have used in precontact times?
13                MS. LANDRETH:  Objection, vague.
14                THE WITNESS:  I more than likely have
15   over the years.  I can't tell you the names of them.
16   A lot of ones I talked to are gone now.
17   BY MS. LI:
18   Q    The ones that you did talk to, in your opinion,
19   are they reliable regarding the oral histories that
20   they told you?
21   A    I think all of them that were talked to were
22   reliable.
23   Q    And I had shown you before the break Exhibit 2,
24   the map that Mr. Ganley had prepared.  Did you talk
25   to Mr. Ganley about what he did to prepare this map?
```

1  A    I didn't, but this map was prepared from
2  interviews with the Elders and was information that
3  had been handed down over the years, so he came up
4  with this after several interviews with many Elders.
5  Q    And how do you know he interviewed several
6  Elders?
7              MS. LANDRETH:  Objection, vague and
8  asked and answered.
9              THE WITNESS:  Because I helped set up
10 the interviews when he was down there.
11 BY MS. LI:
12 Q    In precontact times, were there any areas that
13 the Chugach villages would use together with other
14 nonChugach Alaska Natives?
15             MS. LANDRETH:  Objection, vague.
16             THE WITNESS:  Not to my knowledge.
17 BY MS. LI:
18 Q    Are you saying that none of the oral histories
19 that you know of describe any areas that Chugach and
20 nonChugach Natives would have used together in
21 precontact times?
22             MS. LANDRETH:  Same objection,
23 vague.
24             THE WITNESS:  Not to my knowledge.
25 BY MS. LI:

1           MS. LI:  Let's mark as Exhibit 8 this
2    map.
3               (Exhibit No. 8 marked.)
4    BY MS. LI:
5    Q    Mr. Henrichs, do you recognize the document
6    that I've marked as Exhibit 8?
7    A    Yes.
8    Q    Can you tell me what it is?
9    A    Composite map of resource use areas for
10   Chenega, Cordova (Eyak), Nanwalek, Port Graham, and
11   Tatitlek.
12   Q    And do you know how this map was created?
13   A    From interviews of the Elders and others from
14   each of the five villages.
15   Q    And who conducted these interviews that you
16   refer to?
17   A    Matt Ganley, George Sherrod, Lare Aschenbrenner
18   and Eric Johnson.
19   Q    Is -- is the information on which Exhibit 8 is
20   based the same information as the map marked as
21   Exhibit 7?
22              MS. LANDRETH:  Objection, vague.
23              THE WITNESS:  Sure looks the same.
24   Must be.
25   BY MS. LI:

1  Q    And are these the areas that the plaintiff
2  villages are claiming as their territory in this
3  lawsuit?
4               MS. LANDRETH:  Objection, vague.
5               THE WITNESS:  Yes.
6  BY MS. LI:
7  Q    And in comparing Exhibit 7 to Exhibit 8, it
8  appears that the traditional and historic routes
9  that are identified on Exhibit 7 do not appear on
10 Exhibit 8.  Would you agree, Mr. Henrichs?
11 A    Yes, and then this circle here is round and
12 this one isn't round, so --
13              MS. LI:  For the record, the witness
14 was pointing to Exhibit 8 when he said that the
15 circle on the right side of the map was not round.
16 BY MS. LI:
17 Q    Mr. Henrichs, do you know why the traditional
18 and historic routes are not shown on Exhibit 8?
19 A    I do not know.
20 Q    Do you know whether the five plaintiff villages
21 in this lawsuit are claiming the traditional and
22 historic routes as territory that belongs to the
23 Chugach villages?
24              MS. LANDRETH:  Objection, vague and
25 calls for a legal conclusion.

Page 156

1           THE WITNESS: Can you repeat that
2    question?
3    BY MS. LI:
4    Q    Sure.  Do you know whether the five plaintiff
5    villages in this lawsuit are claiming that the
6    traditional and historic routes constitute their
7    territory?
8           MS. LANDRETH: Same objections.
9           THE WITNESS: You know, I look at
10   this one and here is this historic route that's way
11   out there.  Apparently they are.
12   BY MS. LI:
13   Q    So is it your testimony that Exhibit 8, to the
14   extent it does not depict the traditional and
15   historic routes, fails to completely identify the
16   areas that the plaintiff villages are claiming in
17   this lawsuit?
18          MS. LANDRETH: Objection, vague.
19          THE WITNESS: Yeah.  It doesn't look
20   like it does.
21   BY MS. LI:
22   Q    Turning back to Exhibit 8, there are areas
23   shaded in pink that are disconnected from other
24   areas, for example, the circle on the right side of
25   the map.  Is it accurate to state that the five

Case No. 3:98-CV-0365                                              Bob James Henrichs

Page 157

1   plaintiff villages are not claiming the waters in
2   between the circle and the larger areas shaded in
3   pink as their territory?
4                  MS. LANDRETH:  Objection, vague.
5                  THE WITNESS:  Probably not, but that
6   circle, that's the W grounds.  There's where you
7   fish for halibut down there, so -- and I'm the one
8   that put that in there.
9   BY MS. LI:
10  Q    You put that in the circle?
11  A    That -- that's me that's fishing down there.
12  That's why it's there.
13  Q    Were people from any of the Chugach villages
14  fishing in the W grounds in precontact times?
15                 MS. LANDRETH:  Objection, vague.
16                 THE WITNESS:  They probably made it
17  down there, yes, at times.  Probably not every
18  year -- every year, but they probably were down
19  there.
20  BY MS. LI:
21  Q    And why is it that you think they were probably
22  down there?
23  A    That's where the halibut were running, and it
24  was fairly close to other areas.  Yeah, they'd go
25  try it.  Some needs to discover those areas.

1   Q   Are there any oral histories or stories that
2   you know of that talk about fishing in or hunting in
3   the W grounds in precontact times by the Chugach?
4           MS. LANDRETH:  Objection, vague.
5           THE WITNESS:  I don't know if there
6   are.  I never really thought about it.  All I know
7   is that's on the map because I fish there
8   personally.
9   BY MS. LI:
10  Q   Are there other areas that are on the map
11  because you fish there personally?
12  A   That is the one that, you know I was probably
13  responsible for.  I fished in a lot of the other
14  areas as well as a lot of other Chugach people.
15          MS. LI:  Let's mark as Exhibit 9 this
16  map.
17          (Exhibit No. 9 marked.)
18  BY MS. LI:
19  Q   Do you recognize this map?
20  A   I don't recognize this map, no.  I don't know
21  what these blank areas are.  Oh, okay.  Joint use
22  areas are unshaded.  Okay.
23  Q   And do you know how this map was created?
24  A   It was from the interviews that Sherrod and
25  Ganley and Aschenbrenner and Johnson did in the five

Page 159

1    Chugach villages.

2    Q    And would you say that it accurately depicts
3    the areas claimed by the Chugach villages except for
4    the fact that the joint use areas are unshaded?
5                MS. LANDRETH:  Objection, vague.
6                THE WITNESS:  Yes.
7    BY MS. LI:
8    Q    Do you know whether this map was created in
9    reliance on the same interviews that were used to
10   create the maps we had identified as Exhibits 2
11   through 7?
12   A    I believe it was.
13   Q    Do you know if -- whether there is any
14   significance to the fact that some -- do you know
15   whether there is any significance in this lawsuit as
16   to areas that are only claimed by one village versus
17   areas that are jointly claimed by one or more -- two
18   or more villages?
19               MS. LANDRETH:  Objection, vague and
20   calls for a legal conclusion.
21               THE WITNESS:  Could you repeat that
22   question?
23   BY MS. LI:
24   Q    In this lawsuit, do you know if there is any
25   significance to the fact that some areas are claimed

Page 160

1  by only one village while other areas are claimed by
2  two or more villages?
3           MS. LANDRETH:  Same objections.
4           THE WITNESS:  I don't think there is
5  any significance to that, as a lot of the -- we were
6  all -- we all work together, so -- and we use common
7  areas.
8           MS. LI:  Do you just want to break
9  here and continue tomorrow?
10          MS. LANDRETH:  Sure, if you think you
11 are at a good time.
12          MS. LI:  What I have will be longer
13 than five minutes, so --
14          MS. LANDRETH:  Fair enough.  Okay.
15          (Proceedings adjourned at 4:55 p.m.)