```
 1
 2             IN THE UNITED STATES DISTRICT COURT
 3                  FOR THE DISTRICT OF ALASKA
 4
 5  NATIVE VILLAGE OF EYAK,
    NATIVE VILLAGE OF TATITLEK,
 6  NATIVE VILLAGE OF CHENEGA,
    (aka CHENEGA BAY), NATIVE
 7  VILLAGE OF NANWALKE, NATIVE
    VILLAGE OF PORT GRAHAM,
 8
            Plaintiffs,
 9
    vs.
10
    CARLOS GUTIERREZ, Secretary of
11  Commerce,
12          Defendant.
13
    Case No. 3:98-CV-0365 (HRH)
14
15             DEPOSITION OF MATT GANLEY
                 Taken June 6, 2008
16               Commencing at 9:10 a.m.
17
           Volume I - Pages 1 - 288, inclusive
18
19
20             Taken by the Defendant
                         at
21         U.S. DEPARTMENT OF JUSTICE
       ENVIRONMENT & NATURAL RESOURCS DIVISION
22              801 B Street, Suite 504
                  Anchorage, AK 99501
23
24
25  Reporter:  Anna-Marie P. Shinn
```

```
 1   BY MR. MCLACHLAN:
 2   Q    Okay.  So let's me just -- why don't -- why don't we
 3   do this.  If you can take this, I think, pink highlighter
 4   and just circle the areas that you don't think that --
 5   A    Why don't we do this.
 6   Q    -- representative of Chugach territory.
 7   A    Why don't we do this.  Because I think it probably
 8   represents it as accurately as I could draw it.  I think
 9   the map with the ANCSA claim actually represents what I
10   would pen on here pretty closely, and I'm trying to find
11   that map so that I don't make a mistake and leave that out.
12   Q    Yeah, I know I've seen it.
13   A    Page 96.  The page before 96.  Yeah, that's about it.
14   I would -- I would probably consider that a fairly good
15   representation of what we would consider Chugach territory
16   precontact.
17   Q    And you're referring to the --
18   A    The 1968 --
19   Q    Figure 20 -- 21 in your first report?
20   A    Right.
21   Q    Which is P-2.  Okay.
22        Now, are you making any distinction when you say
23   Chugach territory between Prince William Sound, Chugach and
24   the people that populated the lower Kenai Peninsula at the
25   time?
```

Page 104

1  A   I'm using the term that was used by the first Russians
2  to contact them for the whole area, which was Chugach --
3  which is probably derived from what the Koniag people
4  called those people in getting on the lower Kenai all the
5  way over to Eyak country as Chugach.
6      The Russians utilized the ethnonyms used by the
7  people they took with them into the Chugach area.
8  Q   Okay. Now, this -- this map, Figure 21, does not
9  include some of the areas that are on Figure 22.
10 Specifically, the areas that are adjacent to -- let me see
11 if I can describe this accurately -- Kodiak Island.
12     Let's see. That would be to the east of Kodiak
13 Island. This map does not include a large portion of the
14 shaded area on Figure 22 that's within the lower Cook
15 Inlet, both north of Port Graham and also directly east of
16 Port Graham; is that correct?
17 A   That's correct.
18 Q   So would you -- do you think -- having said that,
19 would you exclude the areas that I've just mentioned, the
20 areas that are on Figure 22, let's see, to the east of
21 Kodiak Island to the direct east of Port Graham and to the,
22 I guess, north east of Port Graham and lower Cook Inlet.
23 Would you exclude those areas from Chugach territory
24 prehistorically?
25 A   Well, I think --

1           MS. LANDRETH: Objection. Vague and compound.
2           THE WITNESS: Well, the problem here is that
3    you're asking me about resource use areas -- recent --
4    relatively recently, with some explanation, and what I said
5    would generally represent Chugach territory precontact. I
6    think I would -- I would exclude the areas between Kodiak
7    Island and the mainland, but it's probably Kodiak -- Koniag
8    territory. However, the fact that people used -- use it
9    now doesn't have bearing on where I would draw the boundary
10   precontact. The areas to the west of Port Graham --
11   BY MR. MCLACHLAN:
12   Q    I think it would be to the --
13   A    I'm sorry.
14   Q    You're right, excuse me. I'm wrong. To the west of
15   Port Graham, you're correct.
16   A    Yeah, I was questioning myself.
17   Q    Yeah, I'm sorry.
18   A    West, is that really west? But I would -- I would say
19   that the waters of Cook Inlet were within Chugach
20   territory. We known that the Dena'ina, who occupied the
21   other side of the coast, found a way -- were not very great
22   seafarers. And that's noted in the historical literature
23   as well as in the Dena'ina -- they say that if they do go
24   on the ocean they use Chugach bidarka. So, yeah, I would
25   say that we would probably include the waters of Cook

Page 106

1    Inlet, extending over to the east shore of Cook Inlet
2    within Chugach territory.
3         When I say "Chugach," I -- again, I'm using the
4    ethnonym applied to them by the first historic -- the first
5    contact with Russian folks.
6    Q    And what I'm just trying to do is just trying to get a
7    fair representation on the map --
8    A    Sure.
9    Q    -- the general are. And so there's some that you
10   would exclude here, and there's some that you would
11   include. So this -- this map, Figure 22, doesn't --
12   doesn't necessarily represent, other than that what you've
13   testified now, the prehistoric territory of the Chugach?
14        MS. LANDRETH: Objection. Vague.
15        THE WITNESS: The title says "Comprehensive
16   Map of Resource Use Areas for the Communities of Tatitlek,
17   Nanwalek, Port Graham, Chenega Bay and Cordova." And it's
18   explained very clearly in the report what this represents.
19   BY MR. MCLACHLAN:
20   Q    And my question to you is that map does not
21   necessarily represent the territory of the Chugach --
22   A    It represents --
23   Q    Well, let me finish my question.  -- the territory of
24   the Chugach precontact?
25        MS. LANDRETH: Objection. Vague and asked and

```
 1   answered.
 2              THE WITNESS:  It wasn't meant to represent the
 3   territory of the Chugach precontact.
 4   BY MR. MCLACHLAN:
 5   Q    Okay.  What was it meant to represent?
 6   A    Figure 22, "Comprehensive Map of Resource Use Areas
 7   for the Communities of Tatitlek, Nanwalek, Port Graham,
 8   Chenega Bay and Cordova."
 9   Q    Okay.  Let me ask you this:  Does this represent the
10   resource use areas for the Chugach people precontact?
11              MS. LANDRETH:  Objection.  Vague and asked and
12   answered.
13              THE WITNESS:  Comprehensive -- the map does
14   not represent -- what is explained within the report it
15   represents; the title clearly says what it represents.
16         I -- I'm not going to change the title of this
17   particular figure -- at this point I don't think I could.
18   But it represents the comprehensive map or resource use
19   areas for those communities today.
20   BY MR. MCLACHLAN:
21   Q    Okay.  And I'm just trying to clarify, so I understand
22   what the map represents.  Because it is representative in
23   some instances as the claimed area in this case.
24         So I want to know if it -- if it does represent --
25   and I want to make sure my understanding is correct that it
```

Page 108

1   doesn't represent the resource use areas of the Chugach
2   people in prehistoric times?
3                MS. LANDRETH:  Objection.  Vague.
4                THE WITNESS:  I can only attest to what the
5   map represents; I can't attest to what it doesn't
6   represent.  And I think I clearly said that I would
7   substitute for this map is -- it's within range and with
8   some caveats as being the area defined as traditional
9   territory.
10  BY MR. MCLACHLAN:
11  Q    And that area is represented, I take it, on Figure 21
12  the -- which we refer to as the ANCSA claim?
13  A    Generally.
14  Q    Okay.  What are the shaded areas in this map based on?
15  A    It's --
16  Q    I know it's in your report, but I kind of want to go
17  through it here, so I'd ask you to just explain what -- how
18  you came about -- you created this map; is that correct?
19  A    That's correct.
20  Q    How you created the map.
21  A    It's -- it's -- I -- okay, if you want to -- you want
22  me to explain it all, I can.
23            The interviews were done with Mylars over maps.
24  Okay?  The map is a composite of the interviews that were
25  conducted with people in the five communities to determine

Page 122

1   Chugach territory as generally within this composite
2   resource map that we drew (indicating).
3   Q   Well, part of the -- part of what we have to do is
4   draw lines on maps to say, you know --
5   A   Right.
6   Q   -- this was their territory or this wasn't. And I'm
7   not asking for, you know, a precise -- precise in the terms
8   of, you know, okay, 30 feet from here was their territory
9   and 30 feet on the other side was not their territory. But
10  I'm trying to get a general idea of whether, for instance,
11  the Eyak would have recognized certain areas as Chugach
12  territory, whether the Chugach would have recognized these
13  areas as Chugach territories, and where, maybe, those areas
14  are that they wouldn't have recognized that.
15          And we have some -- we have this map. And what I'd
16  like you to do, in just general terms, is if there are
17  areas here, say for instance, to the east of Kodiak Island,
18  Shelikof Strait area that you think at the time -- time of
19  contact and immediately before you can say that, you know,
20  probably this area wasn't recognized by the Chugach as
21  their territory. If you could --
22  A   I --
23  Q   -- draw a map around that and just, generally, tell me
24  where it is.
25  A   Again, I think that it's described in detail here on

Page 123

1    the extent of Chugach territory in terms that are fairly
2    clear.  When what we talk about extending to Barren Islands
3    and the waters of Cook Inlet, I mean, it's described in my
4    report.  I really am reluctant, you know -- from the
5    standpoint of what it conveys and how it would be
6    interpreted -- to draw a line that clearly says this is the
7    area of traditional use and that there wasn't any use
8    beyond that, that there wasn't any conflict about the
9    boundaries.  I mean, I just -- in drawing that line, I'm
10   going to be conveying a very static situation and picture
11   that really belies the dynamics of socioterritorial units
12   at that time.
13   Q    Well, we -- you've already put some maps together, and
14   you put resource use areas on it.  And they're -- they
15   don't say they they're territories, but just for resource
16   use areas, do you think you could put -- do you think you
17   could create a map or draw some lines on these maps that
18   would depict the resource use areas for the Chugach people
19   immediately before the time of contact?
20        If you can't, just tell me you can't; but otherwise
21   I'd --
22   A    I think --
23   Q    -- like you to do so.
24   A    No.  Well, let's go back about 15 minutes.  I think I
25   said, in general terms, the resource use area corresponds

Page 124

1   to the ANCSA map with some caveats. The traditional use

2   source -- use area corresponds to Figure 21, with certain

3   reservations. That is the territory with certain

4   reservations; one being that I don't like the fact that

5   it's bounded by a little line. But in general terms, it

6   does reflect what I -- the conclusions I have reached in my

7   research.

8   Q   Would Chugach territory -- as we look at Figure 22,

9   which is the ANCSA map, would Chugach territory --

10  A   Figure 21?

11  Q   Excuse me, Figure 21. Thank you for the

12  correction. -- extend west past Kayak Island? I think

13  that's past Icy Bay, down the coast that way.

14              MS. LANDRETH: You mean east?

15              THE WITNESS: As I said --

16  BY MR. MCLACHLAN:

17  Q   Yeah, I'm sorry, east. Because it's not really

18  represent -- that area isn't really represented on these

19  resource --

20  A   Right.

21  Q   -- use maps that we've been talking. And so I'm

22  trying to get an idea, and I think -- I think that you need

23  to tell me the general areas. And if you don't want to

24  draw a specific line on a map, we need to --

25  A   I think it's described in my report, as far as the