1   THE WITNESS: We have in the -- in
2   the recent past we have shared. And everybody --
3   you know, in front of their own villages, you know,
4   is a pretty rich area. They would -- each village
5   would take care of themselves, but they would share
6   areas.
7   BY MS. LI:
8   Q    And when you say in recent years, what do you
9   mean by that?
10  A    I personally have dropped samples off at
11  Tatitlek, dropped salmon off at Chenega in recent
12  years. Personally I know others that have done the
13  same. And they have dropped it off on us when we
14  wanted it and didn't have it.
15  Q    Do you know whether the five villages would
16  provide resources as needed in precontact times?
17           MS. LANDRETH: Objection, vague.
18           THE WITNESS: I believe that they
19  did, from the stories I was told.
20  BY MS. LI:
21  Q    Can you tell me any specifics of these stories?
22  A    I have no specific instances, except that I
23  know that people in the different villages were
24  related to each other.
25  Q    And why does the fact that the people in the

1  villages were related to each other lead you to
2  believe that there was the provision of resources in
3  precontact times?
4  A    Because there is now, and I don't think that
5  just was a new thing.
6  Q    Can you explain further why you don't think
7  it's a new thing?
8  A    It's been passed down from our Elders in the
9  oral history that we share with the other people in
10 villages that needed something.  We shared with
11 them.  It's oral history.
12 Q    But you don't recall any specific stories
13 regarding sharing of resources?
14 A    No, no specific instances.
15              MS. LI:  You want to take a break?
16 We have been over an hour.
17              MS. LANDRETH:  Sure.
18         (A break was taken.)
19 BY MS. LI:
20 Q    I wanted to clarify something from earlier.
21 Mr. Henrichs, are you on the tribal council for the
22 Native Village of Eyak?
23 A    I'm president and have been since '93.
24 Q    So as president you are on the tribal council?
25 A    Oh, you bet.

Page 40

```
 1   Q     When we left off before the break, we were
 2   talking about, you know, sharing of resources among
 3   the various Chugach villages in precontact times.
 4   And as I recall, you had stated that -- that there
 5   were stories in the oral history and from the Elders
 6   about sharing of resources.  Do you recall which
 7   specific Elders you heard these stories from?
 8   A     No.
 9   Q     Do you recall which villages the Elders might
10   have been from?
11   A     Tatitlek and Chenega, probably, more than
12   likely.  They were the most closely related to us.
13   Q     Why is it that Tatitlek and Chenega are the
14   most closely related to Eyak?
15   A     Physically they are the closest to us, but like
16   all five of the villages in our region, you know, we
17   share common culture and language.
18   Q     And what are the elements of the culture that
19   is common between all five of the villages?
20              MS. LANDRETH:  Objection, vague.
21              THE WITNESS:  Dance groups, carving,
22   the carving of masks and other things, making of
23   baskets.  All the villages have cultural centers
24   now, I believe.  And the making of bidarkis, making
25   of umiaks.  It's a lot of different things.
```