IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIVE VILLAGE OF EYAK, <br> NATIVE VILLAGE OF TATITLEK, <br> NATIVE VILLAGE OF CHENEGA, <br> (aka CHENEGA BAY), NATIVE <br> VILLAGE OF NANWALEK, NATIVE <br> VILLAGE OF PORT GRAHAM, <br><br> Plaintiffs, <br><br> v. <br><br> CARLOS GUTIERREZ, Secretary <br> of Commerce, <br><br> Defendant. | Case No. A98-365-CV (HRH) <br><br> **[PROPOSED] ORDER ON** <br> **DEFENDANT'S PRETRIAL MOTION** <br> **ON EVIDENTIARY MATTERS** |

This matter is before the Court pursuant to Defendant's Pretrial Motion on Evidentiary Matters. Upon consideration of the motion and for good cause shown, it is hereby ORDERED that:

Defendant's Pretrial Motion on Evidentiary Matters is hereby GRANTED. This order *in limine*:

(1) excludes as evidence any oral histories that Plaintiffs may seek to offer as proof of the truth of the matters asserted therein;

(2) excludes Tracy Buck from Plaintiffs' Final Witness List;

(3) limits Jeff Leer as a fact witness for Plaintiffs, who is further limited to any factual testimony specifically disclosed in Plaintiffs' Final Witness List; and

(4) excludes any undisclosed evidence from Plaintiffs' affirmative case.

SO ORDERED.

Date: _____                    _____
                                            H. Russel Holland
                                            United States District Judge