RONALD J. TENPAS
Assistant Attorney General

BRIAN A. MCLACHLAN
U.S. Department of Justice
Environment & Natural Resources Division
c/o United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Tel: (206) 553-4148
Fax: (206) 553-4067
brian.mclachlan@usdoj.gov

Attorneys for Federal Defendant
(Additional Counsel Listed in Signature Block)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIVE VILLAGE OF EYAK, NATIVE VILLAGE OF TATITLEK, NATIVE VILLAGE OF CHENEGA, (aka CHENEGA BAY), NATIVE VILLAGE OF NANWALEK, NATIVE VILLAGE OF PORT GRAHAM,<br><br>Plaintiffs,<br><br>v.<br><br>CARLOS GUTIERREZ, Secretary of Commerce,<br><br>Defendant. | Case No. A98-365-CV (HRH)<br><br>**DEFENDANT'S SCHEDULE OF EXHIBITS** |

Pursuant to the Court's Order for Pretrial Proceedings and Final Pretrial Conference [Docket No. 123], Defendant hereby files the attached Defendant's Schedule of Exhibits with Plaintiffs Designations.

Because Plaintiffs have the burden of proof at trial to satisfy each element of their claims by a preponderance of the evidence, Defendant may use some or all of the exhibits listed on the attached schedule of exhibits depending on the content of Plaintiffs' case in chief.  By including a potential exhibit on Defendant's schedule of exhibits, Defendant does not concede that part or all of the exhibit is admissible for all or any purposes.

Dated: July 25, 2008

RONALD J. TENPAS
Assistant Attorney General

 /s/ Brian McLachlan
BRIAN A. MCLACHLAN (D.C. 472413)
U.S. Department of Justice
Environment & Natural Resources Division
c/o United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Tel: (206) 553-4148
Fax: (206) 553-4067
brian.mclachlan@usdoj.gov

BEVERLY F. LI (WSBA # 33267)
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-353-9213
Facsimile: 202-305-0506
beverly.li@usdoj.gov

JOSEPH H. KIM (IL 6243249)
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7369
Washington, DC 20044-7369
Telephone: 202-305-0207
Facsimile: 202-305-0275
joseph.kim@usdoj.gov

DEAN K. DUNSMORE
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone: (907) 271-5452
Facsimile:(907) 271-5827
dean.dunsmore@usdoj.gov

Attorneys for Federal Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 25, 2008, I filed the foregoing DEFENDANT'S SCHEDULE OF EXHIBITS (including attachment) through the CM/ECF System, which caused the following counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Goriune Dudukgian
gdudukgian@alsc-law.org

Natalie Landreth
landreth@narf.org

Richard de Bodo
rdebodo@hhlaw.com

 /s/ Brian McLachlan
Brian A. McLachlan
Counsel for Defendant