# DEFENDANT'S EXHIBIT LIST WITH PLAINTIFFS' DESIGNATIONS
## July 25, 2008

| Exhibit # | Document | Admitted | Authenticated but not admitted | Objections |
|---|---|---|---|---|
| A | NOAA Nautical Chart No. 16013 (30th ed., July 2006) | | X | |
| B | NOAA, Nautical Chart No. 16580 (13th ed., Jan. 2005), | | X | |
| C | NOAA, Nautical Chart No. 16640 (24th ed., Sept. 15, 2001), | | X | |
| D | NOAA, Nautical Chart No. 16680 (10th ed., July 10, 1999), | | X | |
| E | NOAA, Nautical Chart No. 16700 (30th ed., Dec. 2007), | | X | |
| F | NOAA, Nautical Chart No. 16723 (15th ed., Jan. 29, 2000)) | | X | |
| G | Deposition transcript of Herman Moonin | | X | Hearsay (Rule 802) |
| H | Deposition transcript of Simeon Kvasnikoff | | X | Hearsay (Rule 802) |
| I | Deposition transcript of Henry Makarka | | X | Hearsay (Rule 802) |
| J | Deposition transcript of Nick Tanape | | X | Hearsay (Rule 802) |
| K | Deposition transcript of Ken Vlasoff | | X | Hearsay (Rule 802) |
| L | Deposition transcript of Pete Kompkoff | | X | Hearsay (Rule 802) |
| M | Deposition transcript of Mae Lange | | X | Hearsay (Rule 802) |
| N | Deposition transcript of Bob Henrichs (Vol. I & II) | | X | Hearsay (Rule 802) |
| O | Deposition transcript of Matt Ganley, June 6, 2008 | | X | Hearsay (Rule 802) |
| P | Deposition transcript of | | X | Hearsay (Rule 802) |

| | | | | |
|---|---|---|---|---|
| | Matt Ganley, Jan. 24, 2001 | | | |
| Q | Deposition transcript of Polly Wheeler, Jan. 24, 2001 | | X | Hearsay (Rule 802) |
| R | Deposition transcript of Patricia Partnow | | X | Hearsay (Rule 802) |
| S | Deposition transcript of Eric Knudsen | | X | Hearsay (Rule 802) |
| T | Deposition transcript of John Johnson | | X | Hearsay (Rule 802) |
| U | Deposition transcript of Jeff Leer | | X | Hearsay (Rule 802) |
| V | Hubert Bancroft, History of Alaska 1730-1885 (1886; 1970) | | X | |
| W | D.J. Orth, Dictionary of Alaska Place Names, Geological Survey Professional Paper 567, U.S, Dept. of Interior (1967) | | X | |
| X | Jeff Leer, Alutiiq Placenames (unpublished) | | X | |
| Y | Jeff Leer, Kenai Peninsula Alutiiq Placename List (Dec. 1980, unpublished preliminary draft) | | X | |
| Z | Jeff Leer (undated) Kenai Peninsula Alutiiq Place Names (unpublished | | X | |
| AA | Jeff Leer – map with placenames | | X | |
| AB | Jeff Leer – map with placenames | | X | |
| AC | Jeff Leer – map with placenames | | X | |
| AD | Declaration of M. Yarborough, July 2001 | | X | Hearsay (Rule 802) |
| AE | Second Declaration of M. Yarborough | | X | Hearsay (Rule 802) |
| AF | Expert Report of M. Yarborough, March 2008 | | X | Hearsay (Rule 802) |
| AG | Supplemental Expert Report of M. Yarborough, | | X | Hearsay (Rule 802) |

| | | | | |
|---|---|---|---|---|
| | May 2008 | | | |
| AH | Expert Report of M. Yarborough, November 1995 | | X | Hearsay (Rule 802) |
| AI | Hubert Bancroft, The Native Races (reproduced in The Works of Hubert Howe Bancroft) (1883). | | X | Relevance (FRE 403), hearsay/double hearsay (FRE 802 and 805), lacks trustworthiness FRE 104). Note: this work contains racially inflammatory and offensive language beyond what is generally tolerated by virtue of historical license. |
| AJ | Kaj Birket-Smith, The Chugach Eskimo (1953) | | X | |
| AK | Kaj Birket-Smith and Frederica de Laguna, The Eyak Indians of the Copper River Delta, Alaska (1938) | | X | |
| AL | Gavriil Davydov, Two Voyages to Russian America, 1802-1807 (1977) | | X | |
| AM | K. Solovjova and A. Vovnyanko, The Rise and Decline of the Lebedev-Lastochkin Company (1999) | | X | |
| AN | James Haggarty, et al., The 1990 Exxon Cultural Resource Program: Site Protection and Maritime Cultural Ecology in Prince William Sound and the Gulf of Alaska (1991). | | X | Hearsay (Rule 802), lacks trustworthiness (Rule 104) because of the entity that directed its production |
| AO | Frederica de Laguna, Chugach Prehistory: The Archaeology of Prince | | X | |

3

| | | | | |
|---|---|---|---|---|
| | William Sound, Alaska (1956) | | | |
| AP | Nathaniel Portlock, A Voyage Round the World: But More Particularly to the North-West Coast of America (1789) | | X | |
| AQ | George Vancouver, A Voyage of Discovery to the North Pacific Ocean and Round the World (vol. 3) (1967) | | X | |
| AR | Moser, Jefferson. The Salmon and Salmon Fisheries of Alaska (1898). | | X | Relevance (FRE 403), Hearsay/double hearsay (FRE 802, 805) |
| AS | Grigorii Shelikov, A Voyage to America (1981) | | X | |
| AT | Donald W. Clark, Pacific Eskimo: Historic Ethnography, published in Arctic (edited by David Damas) | | X | |
| AU | Petr Tikhmenev, A History of the Russian-American Company (1978) | | X | |
| AV | Basil Dmytryshyn, The Russian American Colonies, 1798-1867: A Documentary Record (1989) | | X | |
| AW | J.C. Beaglehole (editor), The Journal of Captain James Cook. The Voyage of the Resolution and Discovery, 1776-1780 (vol. 3, parts 1 and 2) (1967) | | X | |
| AX | Charles Sheldon, The Wilderness of the North Pacific Coast Islands | | X | |

4

|    |    |    |    |    |
|----|----|----|----|----|
|    | (1912) |    |    |    |
| AY | Michael and Linda Yarborough, Uqciuvit: A Multicomponent Site in Northwestern Prince William Sound, Alaska (1991) |    | X | Hearsay (Rule 802), lacks guarantees of trustworthiness (FRE 104) because this appears to be an unpublished manuscript. |
| BA | Harold Hassen, The Affect of European and American Contact on the Chugach Eskimo of Prince William Sound Alaska (Ph.D dissertation) (1978) |    | X |    |
| BB | Semen Okun, The Russian-American Company (1951) |    | X |    |
| BC | William Workman, Archaeology of the Southern Kenai Peninsula (now published in 35 Arctic Anthropology (1998)) |    | X |    |
| BD | Katherine L. Arndt, The Russian-American Company and the Smallpox Epidemic of 1835 to 1840, (paper presented) (1985) |    | X | Relevance (FRE 403), Hearsay/double hearsay (FRE(805), lacks trustworthiness (FRE 104) because it appears to be an unpublished, non-peer reviewed paper |
| BE | Hieromonk Gedeon, The Round the World Voyage of Hieromonk Gedeon, 1803, 1809 (Richard A. Pierce, ed.) (1989) |    | X |    |
| BF | Jean F.G. La Perouse, A Voyage Round the World in the Years 1785, 1786, 1787, and 1788, by the Bourrole and Astrolabe (Vol 1) (1799, 1968) |    | X |    |
| BG | Svetlana Federova, The |    | X |    |

5

| | | | | |
|---|---|---|---|---|
| | Russian Population in Alaska and California, Late 18th c. – 1867 (1973) | | | |
| BH | David McMahan and Charles Holmes, Report of Archaeological and Historical Investigations at Nuka Island and the Adjacent Kenai Peninsula, Gulf of Alaska (1987) | | X | |
| BI | Robert Betts, et al., Site Protection and Oil Spill Treatment at SEL-188, An Archaeological Site in Kenai Fjords National Park, Alaska (1991) | | X | Hearsay (Rule 802), lacks trustworthiness (Rule 104) because of the entity that directed its production |
| BJ | William Fitzhugh (ed.), Prehistoric Maritime Adaptations of the Circumpolar Zone (1975) | | X | |
| BK | Alexander W. F. Banfield, The Mammals of Canada (1974) | | X | |
| BL | Pavel Golovin, The End of Russian America: Captain P. N. Golovin's Last Report, 1862 (1979) | | X | |
| BM | Walker, Alexander An Account of a Voyage to the Northwest Coast of America in 1785 and 1786. (ed. by Fisher and Bumstead), 1982. | | X | |
| BN | Declaration of S. Langdon, July 2001 | | X | Hearsay (Rule 802) |
| BO | Second Declaration of S. Langdon, September 2001 | | X | Hearsay (Rule 802) |
| BP | Expert Report of S. Langdon, September 2000 | | X | Hearsay (Rule 802) |
| BQ | Expert Report of S. Langdon, March 2008 | | X | Hearsay (Rule 802) |

6

| | | | | |
|---|---|---|---|---|
| BR | Janet Klein, Kamishak Bay: A Brief History (1988) | | X | |
| BS | Janet Klein, Abandoned Villages, Discovered Histories (1999) | | X | |
| BT | John Hussey, Embattled Katmai: A History of Katmai National Monument (1971) | | X | |
| BU | Lee Stratton and Evelyn Chisum, Resource Use Patterns in Chenega, Western Prince William Sound: Chenega in the 1960s and Chenega Bay 1984-1986, Tech. Paper No. 139, ADF&G (1986) | | X | |
| BV | Lee Stratton, Resource Harvest and Use in Tatitlek, Alaska, Tech. Paper No. 181, ADF&G (1990) | | X | |
| BW | Ronald Stanek, Patterns of Wild Resource Use in English Bay and Port Graham, Alaska, Tech. Paper No. 104, ADF&G (1985) | | X | |
| BX | Ronald Stanek, Natural Resource Harvest at Port Graham and English Bay, Tech. Paper No. 32, ADF&G (1982) | | X | |
| BY | Ronald Stanek, Ethnographic Overview and Assessment for Nanwalek and Port Graham, Tech. Mem. No. 8, MMS (2000) | | X | |
| BZ | Walt and Elsa Pederson, A Larger History of the Kenai Peninsula (1983) | | X | Relevance (FRE 403), Hearsay/double hearsay (FRE 805), lacks trustworthiness |

| | | | | |
|---|---|---|---|---|
| | | | | (FRE 104), lacks reliability (FRE 402) because this is a self-published work that is not scholarly, peer-reviewed nor a historical document. |
| CA | James Fall, et al., An Update on Subsistence Harvests in Chenega Bay and Tatitlek in the Year Following the Exxon Valdez Oil Spill, Tech. Paper No. 199, ADF&G (1996) | | X | |
| CB | James Fall, et al., Subsistence Harvests and Uses in Seven Gulf of Alaska Communities in the Second Year Following the Exxon Valdez Oil Spill, Tech. Paper No. 218, ADF&G (1996) | | X | |
| CC | Lee Stratton, Resource Uses in Cordova, A Coastal Commuity of Southcentral Alaska, Tech. Paper No. 153, ADF&G (1989) | | X | |
| CD | Lee Stratton, Cordova: A 1998 Update on Resource Harvests and Uses, Tech. Paper No. 204, ADF&G (1989) | | X | |
| CE | James Fall and RonaldStanek, Overview of Harvests and Uses of Rockfish and Lingcod by Lower Cook Inlet Communities Outside the Nonsubsistence Area: Nanwalek, Port Graham and Sedovia, Report to AK Board of Fisheries | | X | |

| | | | | |
|---|---|---|---|---|
| | (1998) | | | |
| CF | Federal Field Committee for Development Planning in Alaska, Alaska Natives & the Land) (1968) [excerpt] | | X | |
| CG | Robert DeArmond, Fur Trade of Cook Inlet, 1867-1900 (1969) | | X | |
| CH | Declaration of L. Yarborough, December 2005 | | X | Hearsay (Rule 802) |
| CI | Expert Report of L. Yarborough, March 2008 | | X | Hearsay (Rule 802) |
| CJ | Supplemental Expert Report of L. Yarborough, May 2008 | | X | Hearsay (Rule 802) |
| CK | Linda Yarborough, Ph.D Dissertation: Prehistoric and Early Historic Subsistence Patterns Along the North Gulf of Alaska Coast. | | X | |
| CL | Crowell & Mann (editors), Archaelogy and Coastal Dynamics of Kenai Fjords National Park (1998). | | X | |
| CM | Linda and Michael Yarborough, Prehistoric Maritime Adaptations of Prince William Sound and the Pacific Coast of the Kenai Peninsula, in 35 Arctic Anthropology (1998) | | X | |
| CN | Rickman, Journal of Captain Cook's Last Voyage to the Pacific Ocean (1966) | | X | |
| CO | Linda Yarborough, Prehistoric Use of Cetacean Species in the Northern Gulf of Alaska, printed in Hunting the Largest Animals: Native | | X | |

9

| | | | | |
|---|---|---|---|---|
| | Whaling in the Western Arctic and Subarctic (Allen McCartney, editor) (1995) | | | |
| CP | Aron Crowell, [pre-publication materials] | | X | |
| CQ | GeorgeVancouver, Voyage of Discovery to the North Pacific Ocean and Round the World (1967) | | X | |
| CR | Trigger, Ethnohistory: Problems and Prospects in Ethnohistory 29(1):1-19 (1982) | | X | Relevance (FRE 403), Hearsay/double hearsay (FRE 805), lacks trustworthiness (FRE 104), lacks reliability (FRE 402). |
| CS | Expert Report of M. Wilkins, March 2008 | | X | Hearsay (Rule 802) |
| CT | Supplemental Expert Report of M. Wilkins, May 2008 | | X | Hearsay (Rule 802) |
| CU | A.C. Seitz, et al., Pop-up Archival Transmitting (PAT) Tags: A Method to Investigate the Migration and Behavior of Pacific Halibut Hippoglossus stenolepis in the Gulf of Alaska (2003) | | X | |
| CV | T. Loher and A.C. Seitz, Seasonal Migration and Environmental Conditions of Pacific Halibut (Hippoglossus stenolepis), Elucidated from Pop-up Archival Transmitting (PAT) Tags (2006) | | X | |
| CW | S.H. Hoag, et al., Bottom Area Estimates of Habitat for Pacific Halibut | | X | |

10

| | | | | |
|---|---|---|---|---|
| | (1997). International Pacific Halibut Commission, Tech. Report No. 36 | | | |
| CX | International Pacific Halibut Commission, Tech. Report No. 40; "The Pacific Halibut: Biology, Fishery, and Management" | | X | |
| CY | Shimada, A.M. and Kimura, D.K. Seasonal Movements of Pacific cod, [latin name] in the eastern Bering Sea and Adjunct waters based on tag-recapture data. Fisherby Bulletin 92(4) (1994). | | X | |
| CZ | Hooge and Taggert, Site Fidelity in Pacific Halibut [poster ] | | | Not authenticated as a data compilation, hearsay (FRE 802) |
| DA | Maps of station identifications | | | Not authenticated as a data compilation, hearsay (FRE 802) |
| DB | IPHC info spreadsheet | | | Not authenticated as a data compilation, hearsay (FRE 802) |
| DC | Expert Report of D Hanselman, March 2008 | | X | Hearsay (FRE 802) |
| DD | J.C. Mason, et al., Sexual Maturity, Fecudity, Spawning, and Early Life History of Sablefish (1983) | | X | |
| DE | Maps – GOA sablefish survey coverage | | | Not authenticated, hearsay (FRE 802) |
| DF | Maps – sablefish longline CPUE (Fig. 17) | | | Not authenticated, hearsay (FRE 802) |
| DG | Maps – sablefish trawl CPUE  (Fig. 16) | | | Not authenticated, hearsay (FRE 802) |
| DH | Expert Report of R. Angliss, March 2008 | | X | Hearsay (FRE 802) |
| DI | Map of POP sperm whale sightings. In CONFIDENTIAL | | X | Hearsay (FRE 802) |

11

| | | | | |
|---|---|---|---|---|
| | supplemental Angliss materials | | | |
| DJ | Map of sperm whale and gray whale strandings | | | Hearsay (FRE 802), not authenticated |
| DL | Map of POP gray whale sightings. In CONFIDENTIAL supplemental Angliss materials | | | Hearsay (FRE 802), not authenticated |
| DM | Stock assessment report – gray whale, with map showing distribution | | X | Hearsay (FRE 802) |
| DN | Map of Gray and Sperm whale sightings. CONFIDENTIAL. Figure 1 in Clapham white paper | | | Hearsay (FRE 802), not authenticated |
| DO | Stock assessment report – fur seal, with map showing distribution | | | Hearsay (FRE 802), not authenticated |
| DP | Observer forms – sperm whales | | X | Hearsay (FRE 802), lack guarantees of reliability and trustworthiness (FRE 104) |
| DQ | Observer forms – gray whales | | X | Hearsay (FRE 802), lack guarantees of reliability and trustworthiness (FRE 104) |
| DR | Expert Report of G. Noll, March 2008 | | X | Hearsay (FRE 802), relevance |
| DS | Bowditch, National Imagery and Mapping Agency (2002), The American Practical Navigator | | X | Hearsay (FRE 802), relevance |
| DT | Expert Report of Christopher Wooley, March 2008 | | X | Hearsay (FRE 802) |
| DU | Aron Crowell, et al., editors, Looking Both Ways: Heritage and Identify of the Alutiiq People (2001) | | X | |
| DV | J.M. Erlandson, et al., Spatial and Temporal | | X | |

| | | | X | |
|---|---|---|---|---|
| | Patterns in Alutiiq Paleodemography (1992) | | | |
| DW | Ben Fitzhugh, The Evolution of Complex Hunter-Gatherers: Archaeological Evidence from the North Pacific (2003) | | X | Hearsay (FRE 802), relevance as it relates entirely to Kodiak |
| DX | William Fitzhugh and Aron Crowell, Crossroads of Continents: Cultures of Siberia and Alaska (1988) | | X | |
| DY | J. Townsend, Ranked Societies of the Alaskan Pacific Rim (1980) | | X | Hearsay (FRE 802), relevance |
| DZ | Lydia Black, Russians in Alaska: 1732-1867 (cited as both 1992 and 2004) | | X | |
| EA | Fourtine, "Chills and Fever,": Health and Disease in the Early History of Alaska. Fairbanks: University of Alaska Press, 1989. | | X | Hearsay (FRE 802), relevance as it is not clear how this relates to aboriginal use of the waters |
| EB | Burch, Ernest S. "Tiger". The Inupiaq Eskimo Nations of Northwest Alaska. Fairabnks: University of Alaska Press, 1998. | | X | |
| EC | Leuhrmann, Sonja. Alutiiq Villages Under Russian and U.S. Rule. Fairbanks: University of Alaska Press, 2008. | | X | |
| ED | Haggarty James C. 1982. The archaeology of Hesquiat Harbour: The Archaeological Utility of an Ethnographically Defined Social Unit. Washington State Univ. Pullman WA. Anthropology Dep't | | X | |
| EE | Federal Field Committee | | X | |

13

|    |    |    |    |    |
|----|----|----|----|----|
|    | for Development Planning in Alaska, Alaska Natives & the Land) (1968) [additional excerpt] |    |    |    |
| EF | Patricia Partnow, Making History: Alutiiq/Sugpiaq Life on the Alaska Peninsula (2001) |    | X  |    |
| EG | Jan Vansina, Oral Tradition as History (1985) |    | X  |    |
| EJ | Plaintiffs' Expert's interview notes |    | X  | Hearsay (Rule 802); ATTORNEY WORK PRODUCT. Note: some of these notes are those of Matt Ganely and Plaintiffs do not object to those on grounds other than hearsay, but some are those of previous counsel Eric Johnson and are subject to the work product privilege. |
| EK | Transcript of interview of Theodore Chemavitsky. BIA/ANCSA 79CAC001, Parts 1 & 2 |    |    | Authentication (901), until tape can be compared to transcript |
| EL | Transcript of interview of Theodore Chemavitsky. BIA/ANCSA 79CAC001, Parts 3 & 4 |    |    | Authentication (901), until tape can be compared to transcript |
| EM | Transcript of interview of John Klashnikoff. BIA/ANCSA 79CAC003, Parts 1 & 2 |    |    | Authentication (901), until tape can be compared to transcript |
| EN | Transcript of interview of John Klashnikoff. BIA/ANCSA 79CAC003, Parts 3 & 4 |    |    | Authentication (901), until tape can be compared to transcript |
| EO | Transcript of interview of John Klashnikoff. |    |    | Authentication (901), until tape can |

| | BIA/ANCSA 79CAC006 | | | be compared to transcript |
|---|---|---|---|---|