Natalie Landreth
NATIVE AMERICAN RIGHTS FUND
420 L Street, Suite 505
Anchorage, Alaska 99501
Phone: (907) 276-0680
Facsimile: (907) 276-2466
Email: landreth@narf.org

Goriune Dudukgian
ALASKA LEGAL SERVICES CORPORATION
1016 West 6th Ave., Suite 200
Anchorage, Alaska 99501
Phone: (907) 222-4524
Facsimile: (907) 279-7417

Rich de Bodo
HOGAN & HARTSON LLP
1999 Avenue of the Stars Suite 1400
Los Angeles, California 90067
Phone: (310) 785-4694
Facsimile: (310) 785-4601

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIVE VILLAGE OF EYAK *et. al*,<br><br>Plaintiffs,<br><br>v.<br><br>CARLOS GUTIERREZ, SECRETARY OF COMMERCE<br><br>Defendant. | Case No. A98-365-CV (HRH)<br><br>**PLAINTIFFS' TRIAL EXHIBIT LIST** |

## PRELIMINARY STATEMENT

The following is Plaintiffs' trial exhibit list, including Defendant's objections and

authentications.  Please note that rows containing no information represent deleted exhibits.

Defendant has reserved its right to amend its objections, as have Plaintiffs with respect to

Defendant's exhibit list.

1

| Plaintiffs' Exhibit # | Defendant's Exhibit # | Date | Description | Admitted | Authenticated but not admitted | Objection |
|---|---|---|---|---|---|---|
| 1 | | 1968-00-00 | 1968 ANCSA claim map | | √ | 802 |
| 2 | | 1987-05-06 | Chugach Regional Travel System | | | 802, 402, 901 |
| 3 | | 0000-00-00 | Model of kayak | | | 104, 901 |
| 4 | | 0000-00-00 | Drawing of kayak, bailer and how kayaks were tied together | | | 104, 901 |
| 5 | | 0000-00-00 | Mitchell, W.W. n.d. Chugach Navigation. Cooperative Parks Studies Unit. Fairbanks. University of Alaska. | | √ | 802 |
| 6 | | 0000-00-00 | Selected AHRS cards for archaeological sites located on Middleton Island, the Barren Islands, Augustine Island and the Chugach Islands | √ | | |
| 7 | | 0000-00-00 | Composite Map of Resource Use Areas: Chenega, Cordova (Eyak), Nanwalek, Port Graham and Tatitlek | | √ | 802 |
| 8 | | 0000-00-00 | Composite Map: Joint Use Areas are Unshaded. Chenega, Cordova (Eyak), Nanwalek, Port Graham and Tatitlek | | √ | 802 |
| 9 | | 0000-00-00 | Map – Gulf of Alaska: US Department of Interior Minerals Management Service, Alaska OCS Region. Boundary between state and federal waters from Cape Yakataga through Lower Cook Inlet | √ | | |
| 10 | | 0000-00-00 | Map – Middleton Island Tract 29 | | | 901, 802 |
| 11 | | 0000-00-00 | Map depicting all known prehistoric, protohistoric and historic archaeological sites associated with the Chugach in the Gulf of Alaska, Prince William Sound and the Lower Cook Inlet. | | √ | 802 |
| 12 | | 0000-00-00 | Map depicting the known prehistoric, protohistoric and historic archeological sites as well as the hunting and fishing use areas | | √ | 802 |

| Plaintiffs' Exhibit # | Defendant's Exhibit # | Date | Description | Admitted | Authenticated but not admitted | Objection |
|---|---|---|---|---|---|---|
| 13 | | 0000-00-00 | Generalized Bathymetric Map of Prince William Sound and Offshore Areas of the Gulf of Alaska | | | 901, 802 |
| 14 | | 1980-00-00 | Map - Seasonal Fish Camps, Chenega in the early 1980's | √ | | |
| 15 | D | 1999-07-10 | NOAA Nautical Chart Nos. 16680 (10th ed., July 10, 1999) | √ | | |
| 16 | | 2000-00-00 | Map of the Alutiiq region in 2000 | | | 901, 802 |
| 17 | F | 2000-01-29 | NOAA Nautical Chart Nos. 16723 (15th ed., Jan. 29, 2000) | √ | | |
| 18 | C | 2001-09-15 | NOAA Nautical Chart Nos. 16640 (24th ed., Sept. 15, 2001) | √ | | |
| 19 | B | 2005-00-01 | NOAA Nautical Chart Nos. 16580 (13th ed., Jan 2005) | √ | | |
| 20 | A | 2006-07-00 | NOAA Nautical Chart Nos. 16013 (30th ed., July 2006) | √ | | |
| 21 | E | 2007-12-00 | NOAA Nautical Chart Nos. 16700 (30th ed., Dec. 2007) | √ | | |
| 22 | | 0000-00-00 | Figure 1 – Map of the Study Area | | √ | 802 |
| 23 | | 0000-00-00 | Figure 2 – Territory and Settlements of the Eyak in the 19th Century | | √ | 802 |
| 24 | | 0000-00-00 | Figure 3 – Traditional Geo-Territorial Groupings of the Chugach Eskimo | | √ | 802 |
| 25 | | 0000-00-00 | Figure 9 – Resource Use Areas of Port Graham and English Bay residents, 1880's to Present | | √ | 802 |
| 26 | | 0000-00-00 | Figure 5 – Alutiiq Place Names of the Prince William Sound and Lower Kenai Peninsula Areas | | √ | 802 |
| 27 | | 0000-00-00 | Figure 6 – Alutiiq Settlements of Prince William Sound | | √ | 802 |
| 28 | | 0000-00-00 | Figure 7 – Primary Currents Affecting Baidarka Travel | | √ | 802 |
| 29 | | 0000-00-00 | Figure 8 – Contemporary Ocean Currents | | √ | 802 |
| 30 | | 0000-00-00 | Figure 9 – Annual Round of Harvest Activities by Residents of the Cordova Area, 1988 | | √ | 802 |
| 31 | | 0000-00-00 | Figure 10 - Subsistence Use Areas, Tatitlek | | √ | 802 |
| 32 | | 0000-00-00 | Figure 11 – Seasonal Round of Harvest Activities | | √ | 802 |
| 33 | | 0000-00-00 | Figure 12 – Marine Mammal Use Areas, Chenega Bay | | √ | 802 |
| 34 | | 0000-00-00 | Figure 13 – Marine Mammal and Bear Harvesting Areas, Port Graham and Nanwalek | | √ | 802 |
| 35 | | 0000-00-00 | Figure 14 – Salmon and Waterfowl Hunting and Marine Bird Egging and Hunting, Port Graham and Nanwalek | | √ | 802 |

| Plaintiffs' Exhibit # | Defendant's Exhibit # | Date | Description | Admitted | Authenticated but not admitted | Objection |
|---|---|---|---|---|---|---|
| 36 | | 0000-00-00 | Figure 15 – Contemporary Resource Use: Cordova (Eyak) | √ | | 802 |
| 37 | | 0000-00-00 | Figure 16 - Contemporary Use: Tatitlek | √ | | 802 |
| 38 | | 0000-00-00 | Figure 17 - Contemporary Resource Use: Chenega Bay | √ | | 802 |
| 39 | | 0000-00-00 | Figure 18 - Contemporary Resource Use – Nanwalek | √ | | 802 |
| 40 | | 0000-00-00 | Figure 19 – Contemporary Resource Use – Port Graham | √ | | 802 |
| 41 | | 0000-00-00 | Figure 20 – Alaska Village Reservation Petitions Pursuant to the Indian Reorganization | √ | | 802 |
| 42 | | 0000-00-00 | Figure 21 – Area filed for under protest by Chugach native Association, Tatitlek Village, Chugacmiute Tribe, and Eyak Native tribe in 1968 | | √ | 802 |
| 43 | | 0000-00-00 | Figure 22 – Comprehensive Map of Resource Use Areas for the Communities of Tatitlek, Nanwalek, Port Graham, Chenaga Bay and Cordova | | √ | 802 |
| 44 | | 0000-00-00 | Table 1 - Population of Prince William Sound and Lower Cook Inlet – 1818-1998 | | √ | 802 |
| 45 | | 0000-00-00 | Table 2 - Eyak Population, 1787-1985 | | √ | 802 |
| 46 | | 0000-00-00 | Table 3 - Chugach Eskimo Population Estimates, 1818-1890 | | √ | 802 |
| 47 | | 1988-00-00 | Table 4 - Estimated Harvest of Fish, Game and Plant resources in Prince William Sound for the Community of Cordova, 1988 | | √ | 802 |
| 48 | | 0000-00-00 | Table 5 - Estimated Levels of Household Harvest of Fish, Game, and Plant Resources , Tatitlek 1987-88 | | √ | 802 |
| 49 | | 0000-00-00 | Table 6 - Estimated Levels of Household Harvest of Fish, Game, and Plant Resources , Tatitlek 1988-89 | | √ | 802 |
| 50 | | 0000-00-00 | Table 7 - Composition of Tatitlek Resources Harvests, 1987-89 | | √ | 802 |
| 51 | | 0000-00-00 | Table 8 - Household and Per Capita Levels of Resource Harvests and Use, Chenega Bay 1985-85 | | √ | 802 |
| 52 | | 0000-00-00 | Table 9 - Monthly Mean Pounds of Harvest by Resource Group, Port Graham 1981-1982 | | √ | 802 |

| Plaintiffs' Exhibit # | Defendant's Exhibit # | Date | Description | Admitted | Authenticated but not admitted | Objection |
|---|---|---|---|---|---|---|
| 53 | | 0000-00-00 | Table 10 - Monthly Mean Pounds of Harvest by Resource Group, Nanwalek 1981-1982 | | √ | 802 |
| 54 | | 0000-00-00 | Artifacts in the possession of Nanwalek Tribal Council (weights, halibut hooks, spear tips) | | | 901 |
| 55 | | 0000-00-00 | Artifacts in the possession of Port Graham Tribal Council (spear points, Russian beads, etc.) | | | 901 |
| 56 | | 0000-00-00 | Personal documents in the collection of Nick Tenape turned over in response to Tenape subpoena (undated) | | | 901 |
| 57 | Y | 1980-12-00 | Kenai Peninsula Alutiiq – Place Name List | | √ | 802 |
| 58 | | 1999-00-00 | Lower Cook inlet and Southern Kenai Peninsula: Distribution of Alutiiq and Dena'ina Place Names after Leer (1980) and Kari/Kolyaha (1999) | | √ | 802 |
| 59 | | 0000-00-00 | Boundary: Kanai Alutiiq and Koniag Alutiiq Dialects, From Fortescue, et al. | | √ | 802 |
| 60 | | 0000-00-00 | Boundary: Kenai Alutiiq and Koniag Alutiiq Dialects, From Kraus | | √ | 802 |
| 61 | | 0000-00-00 | Archaeology of Kachemak Bay, Alaska by Janet R. Klein | | √ | 802 |
| 62 | | 0000-00-00 | Prehistoric Pictograph of an umiak and an engraving of a boat used for shelter in Prince William Sound | | √ | 802 |
| 63 | | 0000-00-00 | Selection of historic images of Chugach in kayaks hunting and fishing | | √ | 802 |
| 64 | | 2008-06-16 | "The Hunter And The Hunted" – A Pratt Museum Exhibition | | | 901, 802 |
| 65 | | | | | | |
| 66 | AO | 0000-00-00 | De Laguna. Chugach Prehistory "The Archaeology of Prince William Sound, Alaska | | √ | 802 |

| Plaintiffs' Exhibit # | Defendant's Exhibit # | Date | Description | Admitted | Authenticated but not admitted | Objection |
|---|---|---|---|---|---|---|
| **67** | | 0000-00-00 | Hooge, P. N, S.J. Taggart, and E.R. Hooge. Unpublished manuscript. Home range and movement patterns of Pacific halibut in Glacier Bay, Alaska: Site fidelity within and between years. USGS, Alaska Science Center, Glacier Bay Field Station, Douglas, Alaska. | √ | | |
| **68** | | | | | | |
| **69** | | 0000-00-00 | Bureau of Indian Affairs ANCSA (BWANCSA) 1979 to 1987 The Chugach Region, ANCSA oral History Tape Collection. Anchorage, Alaska Bureau of Indian Affairs. | | | 901 |
| **70** | | 0000-00-00 | Colnett, Captain J. n.d. "Journal, *Prince of Wales,* 16 October 1786-7 November 1788," Unpublished MS, Admiralty 551146, Public record Office, London. | | | 901, 802 |
| **71** | CF? EE? Dupe of 125 | 1968-00-00 | Federal Field Committee for Development Planning in Alaska 1968 Alaska Natives and the Land. Washington: U.S. Government Printing Office | | | 901 |
| **72** | | 0000-00-00 | Johnson, John F.C. (ed.) n.d. Eyak Legends: Stories and Photographs. Anchorage: Chugach Heritage Foundation. | | √ | 802 |
| **73** | | | | | | |
| **74** | BF | 0000-00-00 | La Perouse, Jean Francois de Galaup 1968 [1799] A Voyage Around the World in the Years 1785, 1786, 1787, and 1788, by the *Bourrole* and *Astrolabe*, Vol. 1. New York: Da Capo. | | | 901, 802 |

6

| Plaintiffs' Exhibit # | Defendant's Exhibit # | Date | Description | Admitted | Authenticated but not admitted | Objection |
|---|---|---|---|---|---|---|
| 75 | X | 0000-00-00 | Leer, Jeff n.d. Alutiiq Place Names. Alaska Native Language Center. Fairbanks, Alaska. University of Alaska. | | √ | 802 |
| 76 | AN  Dupe of 222? | 0000-00-00 | Mobley, Charles M., James G. Haggarty, Charles J. Utermohle, Morely Edridge, Richard Ranier, Aron Crowell, Bruce A. Ream, David R. Yesner, Jon M. Erlandson, Paul E. Buck, William B. Workman, Karen Wood Workman 1990 The 1990 Exxon Valdez Cultural Resources Program. Anchorage: Exxon Shipping Co. and Exxon Co., USA. | | | 901, 802 |
| 77 | W | 0000-00-00 | Orth, Donald J. 1971 [1967] Dictionary of Alaska Place Names. Washington, D.C.: U.S. Government Printing Office. | √ | | |
| 78 | | 0000-00-00 | Stanek, Ronald Technical Paper No. 29. Anchorage: Division of Subsistence, Alaska Department of Fish and Game. | √ | | |
| 79 | | 0000-00-00 | Stanek, Ronald Technical Paper No. 31. Anchorage: Division of Subsistence, Alaska Department of Fish and Game. | √ | | |
| 80 | | 0000-00-00 | Confidential report by Aron Crowell entitled "An Historic Alutiiq Village on the Outer Kenai Coast: Subsistence and Trade in the Early Russian Contact Period." | | √ | 802 |
| 81 | | 0000-00-00 | "Scientific Studies in Kenai Fjords National Park," Alaska park Science vol. 3 issue 1 | | √ | 802 |
| 82 | DZ | 0000-00-00 | "Russians in America 1732-1867" by Lydia Black | | | 901, 802 |
| 83 | | 0000-00-00 | Russian American Company Charters | | √ | 802 |
| 84 | | 0000-00-00 | Exxon Valdez Oil Spill  Restoration Project 95007B Final Report: Site Specific Archaeological Restoration at SEW-440 and SEW-488 | | | 901, 802 |
| 85 | | | | | | |

7

| Plaintiffs' Exhibit # | Defendant's Exhibit # | Date | Description | Admitted | Authenticated but not admitted | Objection |
|---|---|---|---|---|---|---|
| **86** | CN | 1782-00-00 | Rickman, John<br>1782 An Authentic Narrative of a Voyage Performed by Captain Cook and Captain Clark in his Majesty's Ships Resolution and Discovery During the Years 1776, 1777, 1778, 1779 and 1780, in Search of the Northwest Passage Between the Continents of Asia and America by Ellis, assistant surgeon. 2 vols. London: G. Robinson. J. Sewell and J. Debrett. | | | 901, 802 |
| **87** | | 1784-00-00 | Cook, James and J. King<br>1784 A Voyage to the Pacific Ocean Undertaken by the Command of his Majesty, for Makina Discoveries in the Northern Hemisphere. Performed Under the Direction of Captains Cook, Clarke, and Gore, in his Majesty's ships the *Resolution* and *Discovery in* the years 1777, 1778, 1779 and 1780.3 vols. London: G. Nichol and T. Cadell. | | | 901, 802 |
| **88** | | 1789-00-00 | Beresford, William<br>1789 A Voyage Around the World: But More Particularly to the North-West Coast of America, Performed in 1785, 1786, 1787, and 1788, in the *King George* and *Queen Charlotte*. Captains Portlock and Dixon. London: G. Goulding. | | | 901, 802 |
| **89** | | 1802-00-00 | Sauer, Martin. 1802. An Account of a Geographical and Astronomical Expedition to the Northern Parts of Russia. Performed by Commodore Joseph Billings, in the Years 1785, & c. to 1794. London: T. Cadell, Jun. and W. Davies, in the Strand. | | | 901, 802 |
| **90** | | 1814-00-00 | Lisiansky, Urey. 1814. A Voyage Round the World in the Years 1803, 4, 5 & 6. London: John Booth. | | √ | 802 |

| Plaintiffs' Exhibit # | Defendant's Exhibit # | Date | Description | Admitted | Authenticated but not admitted | Objection |
|---|---|---|---|---|---|---|
| **91** | | 1863-00-00 | Tikhmenev, Petr A.<br>1863 (1938) Supplement of Some Historical Documents to the Historical Review of the Formation of the Russian American Company. Dimitri Krenov (trans). Works Progress Administration, Project No. 5668, Seattle, Washington. | | | 901, 802 |
| **92** | | 1868-00-00 | Davidson, George<br>1868 Report of Assistant George Davidson relative to the coast, features and resources of Alaska territory. In Russian America, Report of the Secretary of the State in Alaska, pp. 219-325. Washington, DC. | | | 901, 802 |
| **93** | | 1870-00-00 | Dall, William H.<br>1870 Alaska and Its Resources. Boston: Lee and Shepard. | | | 901, 802 |
| **94** | | 1870-00-00 | Colyer, Vincent<br>1870 *Report of the Hon. Vincent Colyer; United States Special*<br>*Indian Commissioner on the Indian Tribes Their Surrounding in Alaska Territory,* from Personal Observation and Inspection in 1869 | | | 901, 802 |
| **95** | | 1871-00-00 | Dall, William H.<br>1871 *Alaska and Its Resources.* Lee and Shepard. Boston. | | | 901, 802 |
| **96** | | | | | | |
| **97** | | | | | | |
| **98** | | 1887-00-00 | Seton-Karr, Heywood. 1887. Shores and Alps of Alaska. Chicago: A.C. McClurg. | | | 901, 802 |
| **99** | | | | | | |

| Plaintiffs' Exhibit # | Defendant's Exhibit # | Date | Description | Admitted | Authenticated but not admitted | Objection |
|---|---|---|---|---|---|---|
| **100** | | 1893-00-00 | Porter, Robert P.<br>1893 Report on the Population and Resources of Alaska at the Eleventh Census: 1890.<br>Washington, D.C.: U.S. Department of the Interior.<br>Anchorage: National Bank of Alaska<br>Rare Book Microfilming Project, 1991-5066. Microfilm on file at Rasmusson Library,<br>University of Alaska Fairbanks. | | | 901, 802 |
| **101** | | | | | | |
| **102** | | | | | | |
| **103** | | 1898-00-00 | AOM: Pravoslavnyi Amerikanskii Vestnik' [American Orthodox Messenger]<br>1898: Short Church Historical Description of the Kodiak Parish (from the archives of the Kodiak Church). Draft translation by P.H. Partnow. Vol. 2:265-6, 508-510. | | √ | 802 |
| **104** | | 1899-00-00 | 1899: Report on Kodiak Parish. Draft translation by P.H. Partnow. Vol. 3:91, 160. | | √ | 802 |
| **105** | | 1900-00-00 | Petroff, Ivan<br>1900 [1884] Population, Resources of Alaska, 1880. In Compilation of Narratives of Explorations in Alaska. pp. 55-281. Washington, DC: government Printing Office. | | | 901, 802 |
| **106** | | | | | | |
| **107** | | | | | | |
| **108** | AX | 1912-00-00 | Sheldon, Charles<br>1912 The Wilderness of the North Pacific Coast Islands. New York: Charles Scribner's Sons. | | | 901, 802 |
| **109** | | | | | | |
| **110** | | | | | | |
| **111** | | | | | | |
| **112** | | 1970-08-31 | Minutes of Ad Hoc Committee | √ | | |

| Plaintiffs' Exhibit # | Defendant's Exhibit # | Date | Description | Admitted | Authenticated but not admitted | Objection |
|---|---|---|---|---|---|---|
| 113 | AK | 1938-00-00 | Birket-Smith, Kaj and Frederica de Laguna 1938 The Eyak Indians of the Copper River Delta, Alaska. Copenhagen: Levin and Munksgaard. | | | 901, 802 |
| 114 | | | | | | |
| 115 | | 1950-04-06 | Russian Administration of Alaska | √ | | |
| 116 | BB | 1951-00-00 | Okun, S.B. 1951 The Russian American Company. Carl Ginsberg, Trans. Cambridge: Harvard University Press. | | | 901, 802 |
| 117 | | 1952-00-00 | Andreyev, A.I., ed. 1952 Russian Discoveries in the Pacific and in North America in the Eighteenth and Nineteenth Centuries. Carl Ginsberg, Trans. Ann Arbor: J.W. Edwards, Publisher. | | | 901, 802 |
| 118 | AJ | 1953-00-00 | Birket-Smith, Kaj 1953 The Chugach Eskimo. Kobenhavn: Nationalmuseets Publikationsfond. | | √ | 802 |
| 119 | | 1953-00-00 | Hulley, Clarence C. 1953 Alaska 1741-1953. Portland, Oregon: Binford and Mort Publishers. | | | 901, 802 |
| 120 | | | | | | |
| 121 | | | | | | |
| 122 | | 1956-00-00 | Kaiakokonok, Harry O. 1956. Story. Photocopy of ms. originally published in Island Breezes. Sitka: Public Health Service. | | | 901, 802 |
| 123 | | | | | | 901, 802 |
| 124 | BY | 1999-12-30 | Ron Stanek, "Ethnographic Overview and Assessment for Nanwalek and Port Graham" | | | 901, 802 |
| 125 | CF EE | 1968-10-01 | Alaska Natives & the Land | √ | | |
| 126 | | | | | | |
| 127 | | | | | | |

| Plaintiffs' Exhibit # | Defendant's Exhibit # | Date | Description | Admitted | Authenticated but not admitted | Objection |
|---|---|---|---|---|---|---|
| **128** | BT | 1971-08-00 | Excerpt History of Katmai by Hussey | √ | | |
| **129** | AH | 1995-11-20 | Report by Michael Yarborough "Traditional Aboriginal Use of the Outer Continental Shelf from Kayak Island to Lower Cook Inlet" | | | |
| **130** | AW | 1967-00-00 | Beaglehole, J.C. ed.<br>1967 The Journals of Captain James Cook on his Voyages of Discovery: The Voyage of the *Resolution* and the *Discovery,* 1776-1780, Vol. III, Parts One and Two. Cambridge: University Press. | | | 901, 802 |
| **131** | | 1967-00-00 | Meares, John<br>1967 [I7901 Voyages Made in the Years 1788 and 1789, from China to the North West Coast of America. To Which Are Prefixed, an Introductory Narrative of Voyage Performed in 1786, from Bengal, in the Ship Nootka; Observations on the probable existence of a North-West passage; and some account of the trade between the North-West Coast of America and China; and the latter country and great Britain. New York: Da Capo. | | | 901, 802 |
| **132** | | | | | | |
| **133** | | | | | | |
| **134** | | 1968-00-00 | Clark, Donald W.<br>1968 Konig Pre-History, Ph.D. dissertation, Department of Anthropology, University of Wisconsin | | | 901, 802 |
| **135** | | | | | | 901, 802 |
| **136** | | | | | | |
| **137** | | | | | | |
| **138** | AP | 1968-00-00 | Portlock, Nathaniel<br>1968 A Voyage Around the World. Da Capo, New York. Originally published in 1789, London. | | √ | 802 |

| Plaintiffs' Exhibit # | Defendant's Exhibit # | Date | Description | Admitted | Authenticated but not admitted | Objection |
|---|---|---|---|---|---|---|
| **139** | | 1968-00-00 | Scammon, Charles M.<br>1968 [1874] The Marine Mammals of the Northwestern Coast of North America. New York: Dover Publications, Inc. | | | 901, 802 |
| **140** | | 1968-00-00 | United States Senate, Committee on Interior and Insular Affairs<br>1968 Hearings on S. 2906, A Bill to Authorize the Secretary of the Interior to Grant Certain Lands to Alaska Natives, Settle Alaska Native Land Claims, and for Other Purposes and S., 1964, S. 1960, and S. 2020. February 8, 9, 10, 1968. Washington: U.S. Government Printing Office. | | | 901 |
| **141** | AQ<br>CQ | 1968-00-00 | Vancouver, George<br>1968 [1798] A Voyage of Discovery to the North Pacific Ocean, in and Around the World and Performed in the years 1790, 1791, 1792, 1793, 1794 and 1795, Vol. 11, Vol. LD. New York: Da Capo Press. | | | 802, 901 |
| **142** | CG | 1969-00-00 | DeArmond, Robert<br>1969 *Fur Trade of Cook Inlet 1867-1900*. Unpublished Manuscript. Alaska Historical Commission. Juneau. | | | 901, 802 |
| **143** | V | 1970-00-00 | Bancroft, Hubert H.<br>1970 [1890] History of Alaska, 1730-1885. Darien: Haher Publishing Co. | | √ | 802 |
| **144** | | | | | | |
| **145** | | 1972-00-00 | Laguna, Frederica de<br>1972 Under Mount Saint Elias: The History and Culture and the Yakutat Tungit 3 Volumes. Washington DC: Smithsonian Institution Press. | | | 802, 901 |
| **146** | BG | 1973-00-00 | Federova, Svetlana G.<br>1973 The Russian Population in Alaska and California, Late 18th Century- 1867.<br>Richard A. Pierce, ed. Kingston: The Limestone Press. | | | 901, 802 |

| Plaintiffs' Exhibit # | Defendant's Exhibit # | Date | Description | Admitted | Authenticated but not admitted | Objection |
|---|---|---|---|---|---|---|
| **147** | | 1973-00-00 | Khlebnikov, Kirill T.<br>1973 Baranov: Chief Manager of the Russian Colonies in America. Colin Bearne, Trans. Kingston: The Limestone Press. | | | 901, 802 |
| **148** | BK | 1974-00-00 | Banfield, Alexander W.F.<br>1974 The Mammals of Canada. Toronto: University of Toronto Press. | | | 901, 802 |
| **149** | | 1997-06-17 | Native Village of Eyak v. Trawler Diane Marie | | √ | 802 |
| **150** | BJ | 1975-00-00 | Fitzhugh, William W., ed.<br>1975 Prehistoric Maritime Adaptations of the Circumpolar Zone. The Hague: Mouton Publishers. | | | 901, 802 |
| **151** | | | | | | |
| **152** | | 1980-05-00 | Discovery Program | | √ | 802 |
| **153** | | | | | | |
| **154** | BP | 2000-09-15 | Resource Uses by Alaska and Natives and Non-Natives in the Central Gulf of Alaska Outside Three Miles in the 20th Century by Steve Langdon | | | |
| **155** | AL | 1977-00-00 | Davydov, Gabriil I. 1977 [1810-1812] Two Voyages to Russian America, 1802-1807.<br>Translated by Colin Bearne. Kingston, Ontario: Limestone Press. | | √ | 802 |
| **156** | | | | | | |
| **157** | | | | | | |
| **158** | | 1977-00-00 | Jacobsen, Johan Adrian<br>1977 [I8851 Alaskan Voyage 1881-1883. An Expedition to the Northwest Coast of America. Erna Gunther, trans. Chicago: University of Chicago Press. 266 p. | | | 901, 802 |
| **159** | | | | | | |

| Plaintiffs' Exhibit # | Defendant's Exhibit # | Date | Description | Admitted | Authenticated but not admitted | Objection |
|---|---|---|---|---|---|---|
| **160** | | 1978-00-00 | Arnold, Robert D.<br>1978 Alaska Native Land Claims. Anchorage: Alaska Native Foundation. | | | 901, 802 |
| **161** | BA | 1978-00-00 | Hassen, Harold<br>1978 The Effect of European and American Contact on the Chugach Eskimo of Prince William Sound, Alaska, 1741-1930. Ph.D. dissertation, Department of Anthropology, The University of Wisconsin-Milwaukee. | | √ | 802 |
| **162** | | | | | | |
| **163** | AU | 1978-00-00 | Tikhmenev, Petr A.<br>1978 A History of the Russian American Company, Vol. 2, Documents. Dmitri Krenov, trans. Kingston: The Limestone Press. | | √ | 802 |
| **164** | BL | 1979-00-00 | Golovin, P.N. 1979 [1862]. The End of Russian America: Captain P.N. Golovin's Last Report 1862. Translated by Basil Dmytryshyn and E.A.P. Crownhart-Vaughan. Portland: Oregon Historical Society. | | | 901, 802 |
| **165** | | 1979-00-00 | Belcher, Edward<br>1979 [1843] H.M.S. Sulpher on the Northwest and California Coast, 1837 and 1839.<br>R.A. Pierce and J.H. Winslow, eds. Kingston: The Limestone Press. | | | 901, 802 |
| **166** | | 1979-00-00 | Golovin, Pavel N.<br>1979 [1863] The End of Russian America: Captain P.N. Golovin's Last Report. B. Dmytryshyn and E.A.P. Crownhart-Vaughan, translators. Portland: Oregon Historical Society. | | | 901, 802 |

| Plaintiffs' Exhibit # | Defendant's Exhibit # | Date | Description | Admitted | Authenticated but not admitted | Objection |
|---|---|---|---|---|---|---|
| **167** | | 1979-00-00 | Krauss, Michael E.<br>1979 Na-Dene and Eskimo Aleut. In The Languages of Native America: Historical and Comparative Assessment. Lyle Campgell and Marianne Mithuan, eds. Pp. 808-901. Austin: University of Texas Press. | | | 901, 802 |
| **168** | | | | | √ | 802 |
| **169** | | 1980-00-00 | Cordova Baptist Press<br>1980 Out of Our Time: The Storytellers Oonechguk Edowchu. Cordova Alaska.<br>Cordova Baptist Press. | | | 901, 802 |
| **170** | | 1980-00-00 | Kenai Peninsula Borough School District<br>1980 Alexandrovsk: English Bay in its Traditional Way. No. 1. Anchorage: Alaska Printing Company. | | | 901, 802 |
| **171** | | | | | | |
| **172** | | | | | | |
| **173** | | 1980-00-00 | Workman; William B.<br>1980 Continuity and Change in the Prehistoric Record from Southern Alaska. *In* Alaska Native Culture and History, Y. Kotani and W.B. Workman, eds. Pp. 49-101. Semi Ethnological Studies No. 4. Osaka: National Museum of Ethnology. | | | 901, 802 |
| **174** | | | | | | 901, 802 |
| **175** | | 1981-00-00 | Krauss, Michael E. and Jeff Leer<br>1981 Athabaskan, Eyak and Tlingit Sonorets. Alaska Native Language Center Research Paper No. 5. Fairbanks: University of Alaska Fairbanks. | | √ | 802 |
| **176** | | | | | | |
| **177** | AS | 1981-00-00 | Shelikov, Grigorii I.<br>1981 [1786] A Voyage to America, 1783-1786. Marina Ramsay, trans., Richard A. Pierce, ed. Kingston: The Limestone Press. | | √ | 802 |

| Plaintiffs' Exhibit # | Defendant's Exhibit # | Date | Description | Admitted | Authenticated but not admitted | Objection |
|---|---|---|---|---|---|---|
| **178** | | | | | | |
| **179** | | | | | | |
| **180** | | 1981-00-00 | Townsend, Joan B.<br>1981 Tanaina. *In* Handbook of North American Indians, Vol. 6, Subarctic, J. Helm, ed. Pp. 623- 640. Washington, DC: Smithsonian Institution. | √ | | |
| **181** | | 1982-00-00 | Garison, K. J. and B. S. Miller. 1982. Review of the early life history of Puget Sound fishes., ed. Fisheries Research Institute, University of Washington. | | | 901, 801 |
| **182** | | | | | | 901, 802 |
| **183** | BX | 1982-00-00 | Stanek, Ronald<br>1982 Natural Resource Harvests at Port Graham and English Bay: An Interim Report.<br>Anchorage: Division of Subsistence, Alaska Department of Fish and Game. | | | 901 |
| **184** | | | | | | |
| **185** | | | | | | |
| **186** | BM | 1982-00-00 | Walker, Alexander<br>1982 An Account of a Voyage to the North-West Coast of America in 1785 and 1786.<br>Robin Fisher and J.M. Bumsted, eds. Seattle: University of Washington Press | | | 901, 802 |
| **187** | | 1984-00-00 | Veniaminov, Ivan. 1984. [1840] Notes on the Islands of the Unalashka District.<br>Translated by Lydia T. Black and R.H. Geoghegan; edited, with an introduction, by Richard A. Pierce. Kingston, Ontario: The Limestone Press. | | | 901, 802 |
| **188** | | | | | | |

| Plaintiffs' Exhibit # | Defendant's Exhibit # | Date | Description | Admitted | Authenticated but not admitted | Objection |
|---|---|---|---|---|---|---|
| **189** | AT | 1984-00-00 | Clark, Donald W.<br>1984 Pacific Eskimo: Historic Ethnography. *In* Handbook of North American Indians, Vol. 5, Arctic, D. Damas, ed. pp. 185-197. Washington, DC: Smithsonian Institution. | | | 901, 802 |
| **190** | | | | | | |
| **191** | | | | | | |
| **192** | | | | | | |
| **193** | | | | | | |
| **194** | | 1984-00-00 | Johnson, John F.C.(ed.)<br>1984 Chugach Legends: Stories and Photographs of the Chugach Region.<br>Chugach Alaska Corporation. Anchorage, Alaska. | | √ | 802 |
| **195** | | 1985-00-00 | Holmberg, Heirich Johan. 1985 [1855-1864]. Holmberg's Ethnographic Sketches.<br>Translated by Fritz Jaensch and edited by Marvin W. Falk. Fairbanks: University of Alaska Press. | | √ | 802 |
| **196** | | | | | | |
| **197** | BW | 1985-00-00 | Stanek, Ronald<br>1985 Patterns of Wild Resource Use in English Bay and Port Graham, Alaska.<br>Technical Paper No. 104. Anchorage: Division of Subsistence, Alaska Department of Fish and Game. | √ | | |
| **198** | | | | | | |
| **199** | | | | | √ | 802 |
| **200** | | 1986-00-00 | Dyson, George. 1986. Baidarka. Alaska Northwest Publishing Company. | | | 901, 802 |
| **201** | | | | | | |

| Plaintiffs' Exhibit # | Defendant's Exhibit # | Date | Description | Admitted | Authenticated but not admitted | Objection |
|---|---|---|---|---|---|---|
| 202 | | 1986-00-00 | Sarychev, Gavriil A.<br>1986 [1806] Account of a Voyage of Discovery to the North-East of Siberia, the Frozen Ocean and the North-East Sea. Anchorage: National Bank of Alaska Rare Book Microfilming Project. Microfilm on file at Rasmusson Library, University of Alaska Fairbanks. | | | 901, 802 |
| 203 | BU | 1986-00-00 | Stratton, Lee<br>1986 Resource Use Patterns in Chenega, Western Prince William Sound: Chenega in the 1960's and Chenega Bay 1984-1986. Technical Paper No. 139. Anchorage: Division of Subsistence, Alaska Department of Fish and Game | √ | | |
| 204 | BH | 1987-00-00 | McMahan, David J. and Charles E. Holmes<br>1987 Report on the Archeological and Historical Investigations at Nuka Island and the Adjacent Kenai Peninsula, Gulf of Alaska. Office of History and Archeology Report<br>Number 5. Anchorage: Office of History and Archaeology, Division of Parks and Outdoor Recreation, Alaska Department of Natural Resources. | | | 901, 802 |
| 205 | | 1988-00-00 | Allen, M. J. and G.B. Smith. 1988. Atlas and zoogeography of common fishes in the Bering Sea and northeastern Pacific. U.S. Department of Commerce, NOAA Technical Report, NMFS 66. | √ | | |
| 206 | | 1988-00-00 | Black, Lydia<br>1988 The Story of Russian American Crossroads of Continents: Cultures of Siberia and Alaska, W.W. Fitzhugh and A. Crowell, eds. Pp. 70-82. Washington, DC: Smithsonian Institution Press. | | √ | 802 |

| Plaintiffs' Exhibit # | Defendant's Exhibit # | Date | Description | Admitted | Authenticated but not admitted | Objection |
|---|---|---|---|---|---|---|
| **207** | | 1988-00-00 | Burch, Ernest S., Jr.<br>1988 War and Trade. *In* Crossroads of Continents: Cultures of Siberia and Alaska, W.W. Fitzhugh and A. Crowell, eds. Pp. 227-240. Washington, DC: Smithsonian Institution Press. | | √ | 802 |
| **208** | DX | 1988-00-00 | Fitzhugh, William W. and Aron Crowell, eds.<br>1988 Crossroads of Continents: Cultures of Siberia and Alaska. Washington, D.C.: Smithsonian Institution Press | | | 901 |
| **209** | | 1988-00-00 | McCartney, Allen P.<br>1988 Maritime Adaptations in Southern Alaska. In Proceedings of the International Symposium on Maritime Adaptations in the North Pacific, Hiroaki Okada, ed., pp. 19-55. Abashiri, Hokaido. | | | 901, 802 |
| **210** | | 1997-06-03 | Native Village of Eyak v. Trawler Diane Marie – Order | √ | | |
| **211** | BE | 1989-00-00 | Gideon, Hieromonk. 1989. The Round the World Voyage of Hieromonk Gideon 1803-1809. Translated and with an introduction and notes by Lydia T. Black: edited by Richard A. Pierce. Kingston, Ontario: The Limestone Press. | | √ | 802 |
| **212** | AV | 1989-00-00 | Dmytryshyn, Basil, E.A. P. Crownhart-Vaughn, and Thomas Vaughan, eds. and trans.<br>1989 The Russian American Colonies, 1798-1867, Vol.. 3: A Documentary Record.<br>Portland: Oregon Historical Society Press. | | | 901, 802 |
| **213** | | | | | | |
| **214** | CC | 1989-00-00 | Stratton, Lee<br>1989 Resource Uses in Cordova, A Coastal Community of Southcentral Alaska.<br>Technical Paper No. 153. Anchorage: Division of Subsistence, Alaska Department of<br>Fish and Game. | | | 901 |

| Plaintiffs' Exhibit # | Defendant's Exhibit # | Date | Description | Admitted | Authenticated but not admitted | Objection |
|---|---|---|---|---|---|---|
| **215** | | 1990-00-00 | Laguna, Frederica de<br>1990 Eyak. In Handbook of North American Indians, Vol. 7, Northwest Coast, W. Suttles, ed. Pp. 189-196. Washington, DC: Smithsonian Institution. | | √ | 802 |
| **216** | BV | 1990-00-00 | Stratton, Lee<br>1990 Resource Harvest and Use in Tatitlek, Alaska. Technical Paper No. 181<br>Anchorage: Division of Subsistence, Alaska Department of Fish and Game. | √ | | |
| **217** | | | | | | |
| **218** | | 2000-10-00 | North Pacific Fishery Management Article | √ | | |
| **219** | | 1991-00-00 | Love, M. S. 1991. Probably more than you want to know about the fishes of the Pacific Coast. Really Big Press. Santa Barbara, California. | | | 901, 802 |
| **220** | BI | 1991-00-00 | Betts, Robert C., Christopher B. Wooley, Charles M. Moberly, James C. Haggerty, and Aron Crowell<br>1991 Site Protection and Oil Spill Treatment at SEL-188: An Archaeological Site in the Kenai Fjords National Park, Alaska. Anchorage: Exxon Shipping Company and Exxon Co., USA. | | | 901, 802 |
| **221** | | | | | | |
| **222** | AN | 1991-00-00 | Haggarty, James C., Christopher B. Wooley, Jon Erlandson and Aron Crowell<br>1991 The 1990 Exxon Cultural Resources Program. Anchorage: Exxon Shipping Company and Exxon Company, USA. | | | |
| **223** | | | | | | |
| **224** | AY | 1991-00-00 | Yarborough, Michael R. and Linda F. Yarborough<br>1991 Uqciuvit: A Multicomponent Site in Northwestern Prince William<br>USDA Forest Service, Chugach National Forest. | | | 901, 802 |

| Plaintiffs' Exhibit # | Defendant's Exhibit # | Date | Description | Admitted | Authenticated but not admitted | Objection |
|---|---|---|---|---|---|---|
| **225** | | | | | | |
| **226** | | | | | | |
| **227** | | | | | | |
| **228** | | | | | | |
| **229** | CD | 1992-00-00 | Stratton, Lee<br>1992 Cordova: A 1988 Update on Resource Harvests and Uses. Technical Paper No. 204. Anchorage: Division of Subsistence, Alaska Department of Fish and Game. Stratton. Lee and Evelvn B. Chisum | | | 901 |
| **230** | | 1993-00-00 | Wolotira, R. J. Jr., T.M. Sample, S.F. Noel, and C.R. Iten. 1993. Geographic and Bathymetric Distributions for Many Commercially Important Fishes and Shellfishes Off the West Coast of North America, Based on Research Survey and Commercial Catch Data, 1912-84. U.S. DEPARTMENT OF COMMERCE, National Oceanic and Atmospheric Administration, National Marine Fisheries Service, Alaska Fisheries Science Center, NOAA Tech. Memo. NMFS-AFSC-6, 184p. (http://www.afsc.noaa.gov/Publications/AFSC-T~OAA-TM-AFSC-6.pdf.) | √ | | |
| **231** | | 1993-00-00 | Menzies, Archibald<br>1993 The Alaska Travel Journal of Archibald Menzies, 1793-1794. Fairbanks: University of Alaska Press. | | | 901, 802 |
| **232** | BC | 1993-00-00 | Workman; William B.<br>1993 Archaeology of the Southern Kenai Peninsula. Paper presented at the Maritime Cultures Seminar, Honolulu. | | | 901, 802 |
| **233** | | | | | | |

| Plaintiffs' Exhibit # | Defendant's Exhibit # | Date | Description | Admitted | Authenticated but not admitted | Objection |
|---|---|---|---|---|---|---|
| 234 | CY | 1994-00-00 | Shimada, A.M., and D.K. Kimura. 1994. Seasonal movements of Pacific cod, *Gadus macrocephalus*, in the eastern Bering Sea and adjacent waters based on tag-recapture data. Fishery Bulletin 92(4). | | | 901, 802 |
| 235 | | 1994-00-00 | Khlebnikov, Kirill T. 1994 Notes on Russian America, Parts II-V: Kad'iak, Unalashka, Atkha, the Pribylovs. Marina Ramsay, trans., Richard Pierce, ed. Kingston: The Limestone Press. | | √ | 802 |
| 236 | | 1994-00-00 | Fortescue, M.; Jacobson. S.; Kaplan L. 1994 *Cornparative Eskimo Dictionary with Aleut Cognates.* Alaska Native Language Center. Research paper Number 9. University of Alaska, Fairbanks. | | | 901, 802 |
| 237 | | | | | | |
| 238 | | 1995-00-00 | Hunting the Largest Animals: Native Whaling in the Western Artic and Subartic | | √ | 802 |
| 239 | | | | | | |
| 240 | | 1998-02-00 | Kamishak Bay Article | | √ | 802 |
| 241 | CL | 1998-00-00 | Crowell, A. L. and D.H. Mann. 1998. Archeology and coastal dynamics of Kenai Fjords National Park, Alaska. Department of the Interior, National Park Service, Alaska Support Office, Anchorage, Alaska, Resources management report ARRCR/CRR-98/34. | | √ | 802 |
| 242 | CX | 1998-00-00 | IPHC (International Pacific Halibut Commission). 1998. The Pacific Halibut: Biology, Fishery, and Management. IF'HC Tech. Rep. No. 40:5-18. | √ | | |
| 243 | | | | | | |

| Plaintiffs' Exhibit # | Defendant's Exhibit # | Date | Description | Admitted | Authenticated but not admitted | Objection |
|---|---|---|---|---|---|---|
| 244 | EB | 1998-00-00 | Burch, Ernest S., Jr.<br>1998 The Inupiaq Nations of Northwest Alaska. Fairbanks, Alaska. University of Alaska Press. | | √ | 802 |
| 245 | BR | 1998-00-00 | Klein, Janet R.<br>1998 Kamishak Bay: A Brief History. The Chenik Institute, Homer, Alaska.<br>(mss.) | | √ | 802 |
| 246 | | 1999-00-00 | Anderson, P. J. and J.F. Piatt. 1999. Community reorganization in the Gulf of Alaska following ocean climate regime shift. Mar Ecol Prog Ser 189: 117-123. | | √ | 802 |
| 247 | | 1999-00-00 | Kari, James<br>1999 *Nikoli Kolyaha Narratives.* Transcribed and Edited by James<br>Kari. Recorded by James Kari with Dolly Hobson in April and August 1981. Dena'ina translations by Albert Wassillie, Andrew<br>Balluta, Walter Johnson, and James Kari. Sponsored by Lake Clark National Preserve. Mss. | | √ | 901, 802 |
| 248 | AM | 1999-00-00 | Solovjova and Vovnyanko Article | | √ | 802 |
| 249 | BS | 1999-03-00 | Abandoned Villages, Discovered Histories Article | | √ | 802 |
| 250 | | | | | √ | 802 |
| 251 | CK | 2000-00-00 | Yarborough, L.F. 2000. Prehistoric and early historic subsistence patterns along the North Gulf of Alaska coast. University of Wisconsin, Madison. | √ | | |
| 252 | | 2000-00-00 | Zimmerly, David W. 2000. Qayaq: Kayaks of Alaska and Siberia. Fairbanks: University of Alaska Press. | | √ | 802 |
| 253 | | | | | | |

| Plaintiffs' Exhibit # | Defendant's Exhibit # | Date | Description | Admitted | Authenticated but not admitted | Objection |
|---|---|---|---|---|---|---|
| **254** | | 2001-00-00 | DiCosimo, J. and N. Kimball. 2001. Groundfish of the Gulf of Alaska: A Species Profile North Pacific Fishery Management Council, Anchorage, AK . http://www.fakr.noaa.gov/npfmc/summaryryreports/goaspecies2001.pdf | √ | | |
| **255** | | 2002-00-00 | Wolfe, R. J. 2002. Subsistence Halibut Harvest Assessment Methodologies. Robert J. Wolfe and Associates. Report prepared for the National Marine Fisheries Service, Sustainable Fisheries Division., San Marcos, CA. | √ | | |
| **256** | | 2002-00-00 | Mecklenburg, C. W., T.A. Mecklenburg, and L.K. Thorsteinson. 2002. Fishes of Alaska, American Fisheries Society. Bethesda, Maryland. | | √ | 802 |
| **257** | CU | 2003-00-00 | Seitz, A. C., D. Wilson, B.L. Norcross, and J.L. Neilson. 2003. Pop-up Archival Transmitting (PAT) Tags: A method to investigate the migration and behavior of Pacific halibut *Hippoglossus stenolepis* in the Gulf of Alaska. Alaska Fishery Research Bulletin l0(2): 124-136. | | | 901, 802 |
| **258** | | | | | | |
| **259** | DM | 2006-00-00 | Angliss, R.P., and R.B. Outlaw. 2006. Alaska Marine Mammal Stock Assessments, 2006. NOAA Technical Memorandum NMFS-AFSC-168. Alaska Fisheries Science Center, National Marine Mammal Laboratory, Seattle, WA (http://www.nmfs.noaa.gov/pr/pdfs/sars/ak2006.pdf) | √ | | |
| **260** | | 2007-00-00 | Fall, J. A., D. Koster, and M.Turek. 2007. Subsistence harvests of Pacific halibut in Alaska, 2006. Alaska Department of Fish and Game, Division of Subsistence, Juneau, Alaska, Technical Paper No. 333. | √ | | |
| **261** | | | | | | |

| Plaintiffs' Exhibit # | Defendant's Exhibit # | Date | Description | Admitted | Authenticated but not admitted | Objection |
|---|---|---|---|---|---|---|
| 262 | DN | 2007-00-00 | Clapham, P. 2007. Large Whales And Other Cetaceans In The Prince William Sound Area: Data Relevant To Chugach Case. Cetacean Assessment and Ecology Program, National Marine Mammal Laboratory, Seattle. | | | |
| 263 | | 2008-00-00 | NPFMC (North Pacific Fishery Management Council). 2008. Fishery management plan for groundfish of the Gulf of Alaska. North Pacific Fishery Management Council, Anchorage, Alaska. (http://www.fakr.noaa.gov/npfmc/hp/goa~GOA.pdf.) | √ | | |
| 264 | | 0000-00-00 | Visual Aids | | | 901, 402, 802 |
| 265 | | 0000-00-00 | Interview materials | | | 901, 402, 802 |
| 266 | | 0000-00-00 | CD containing spreadsheets and documents regarding GOA Hauls, All GOA Cruises and supporting documents | | √ | 901,402, 802 |
| 267 | | 0000-00-00 | Figure 1. General Area showing three-mile territorial line and ADF&G groundfish and shellfish statistical areas. | | √ | 802 |
| 268 | | 0000-00-00 | Figure 2. Halibut relative abundance based on commercial trawl catch surveys | | √ | 802 |
| 269 | | 0000-00-00 | Figure 3. Area of distribution of late juvenile and adult Pacific cod (blue) in South Central Alaska coastal and OCS waters | | √ | 802 |
| 270 | | 0000-00-00 | Figure 4. Bathymetry patterns | | √ | 802 |
| 271 | | 0000-00-00 | Figure 5. Relative abundance of Gulf of Alaska fishery taxa 1961-1996 | | √ | 802 |
| 272 | | 0000-00-00 | Figure 6. The area around Wessel's reef, Alaska | | √ | 802 |
| 273 | | 0000-00-00 | Figure 7. Traditional and historic single and joint resource use areas | | √ | 802 |
| 274 | | 1984-00-00 | Figure 8. Pacific halibut relative abundance data from NOAA small-mesh trawl surveys in 1984 | | √ | 802 |

| Plaintiffs' Exhibit # | Defendant's Exhibit # | Date | Description | Admitted | Authenticated but not admitted | Objection |
|---|---|---|---|---|---|---|
| 275 | | 1996-00-00 | Figure 9. Pacific halibut relative abundance data from NOAA small-mesh trawl surveys in 1996 | | √ | 802 |
| 276 | | 2005-00-00 | Figure 10. Pacific halibut relative abundance data from NOAA small-mesh trawl surveys in 2005 | | √ | 802 |
| 277 | | 1984-00-00 | Figure 11. Pacific cod relative abundance data from NOAA small-mesh trawl surveys in 1984 | | √ | 802 |
| 278 | | 1996-00-00 | Figure 12. Pacific cod relative abundance data from NOAA small-mesh trawl surveys in 1996 | | √ | 802 |
| 279 | | 2005-00-00 | Figure 9. Pacific cod relative abundance from NOAA small-mesh trawl surveys in 2005 | | √ | 802 |
| 280 | | 0000-00-00 | Table 1987-1988 fish harvest from the OCS | | √ | 802 |
| 281 | | 0000-00-00 | Appendix 1. Basic statistics, distribution, and goodness of fit of catch and size variables, for all IPHC longline data combined | | √ | 802 |
| 282 | | 0000-00-00 | Appendix 2. Basic statistics, distribution, and goodness of fit for average weight variables, by species, for all NOAA trawl data combined | | √ | 802 |
| 283 | | 0000-00-00 | Appendix 3. Basic statistics for IPHC longline catch and size variables. Comprising all inside data vs. all outside data. | | √ | 802 |
| 284 | | 0000-00-00 | Appendix 4. Basic statistics for all IPHC longline catch and size variables, by zones | | √ | 802 |
| 285 | | 0000-00-00 | Appendix 5. Basic statistics for traditional use | | √ | 802 |
| 286 | | 0000-00-00 | Appendix 6. Results of Mann-Whitney comparisons of IPHC longline halibut weight CPUE, numbers CPUE, and average weight between traditional outside fishing areas and adjacent inside zones | | √ | 802 |
| 287 | | 0000-00-00 | Appendix 7. Graphics for comparisons of traditional outside fishing areas to adjacent inside zones | | √ | 802 |

| Plaintiffs' Exhibit # | Defendant's Exhibit # | Date | Description | Admitted | Authenticated but not admitted | Objection |
|---|---|---|---|---|---|---|
| 288 | | 0000-00-00 | Appendix 8. Basics statistics for NOAA trawl halibut, sablefish, and Pacific cod average weight data inside and outside the 3-mile line | | √ | 802 |
| 289 | | 0000-00-00 | Appendix 9. Box plots of NOAA trawl weight comparisons inside and adjacent outside zones, by species | | √ | 802 |
| 290 | | 0000-00-00 | Table 1. Overall comparison of CPUE for halibut, sablefish, and Pacific cod between inside and outside the 3-mile line based on data from trawl hauls in which the given species was present | | √ | 802 |
| 291 | | 0000-00-00 | Table 2. Comparison of weight and numbers CPUE for halibut, sablefish, and Pacific cod between inside and outside the 3-mile line, for winter only, based on data from trawl hauls in which the given species was present | | √ | 802 |
| 292 | | 0000-00-00 | Table 3. Comparison of weight and numbers CPUE for halibut, sablefish, and Pacific cod between inside and outside the 3-mile line, for winter only, in winter and July inside and outside the 3-mile line, based on data from trawl hauls in which the given species was present | | √ | 802 |
| 293 | | 0000-00-00 | Appendix 1. Basic statistics for halibut, sablefish, and Pacific cod, inside and outside the 3-mile line | | √ | 802 |
| 294 | | 0000-00-00 | Appendix 2. Box plots of CPUE Weight and CPUE numbers for halibut, sablefish, and Pacific cod, based on all NOAA trawl data | | √ | 802 |
| 295 | | 0000-00-00 | Appendix 3. Basic statistics for halibut, sablefish, and Pacific cod, inside and outside the 3-mile line, in winter only | | √ | 802 |
| 296 | | 0000-00-00 | Appendix 4. Box plot comparisons for halibut, sablefish, and Pacific cod, inside and outside the 3-mile line, in winter only | | √ | 802 |

| Plaintiffs' Exhibit # | Defendant's Exhibit # | Date | Description | Admitted | Authenticated but not admitted | Objection |
|---|---|---|---|---|---|---|
| 297 | | 0000-00-00 | Appendix 5. Basic statistics for halibut, sablefish, and cod CPUE weight and numbers inside and outside the 3-mile line, by season. | | √ | 802 |
| 298 | | 0000-00-00 | Appendix 6. Box plot graphics of halibut, sablefish, and cod CPUE comparing weight and numbers inside and outside the 3-mile line, by season | | √ | 802 |
| 299 | | 0000-00-00 | Appendix 7. Box plots of halibut, sablefish, and cod CPUE comparing weight and numbers in July to winter, inside and outside the 3-mile limit | | √ | 802 |
| 300 | | 1993-11-24 | Deposition transcript of Chris Wooley | | √ | 802 |
| 301 | | 1993-11-23 | Deposition transcript of Chris Wooley | | √ | 802 |
| 302 | | 2008-05-30 | Deposition transcript of Dana Hanselman | | √ | 802 |
| 303 | | 2008-05-30 | Deposition transcript of Guy Noll | | √ | 802 |
| 304 | | 2008-05-29 | Deposition transcript of Robyn Angliss | | √ | 802 |
| 305 | | 2008-05-29 | Deposition transcript of Mark Wilkins | | √ | 802 |
| 306 | | 2001-01-25 | Deposition of Stephen Langdon | | √ | 802 |
| 307 | | 2001-01-25 | Deposition of Michael Yarborough | | √ | 802 |
| 308 | | 2008-05-28 | Deposition transcript of Linda Yarborough | | √ | 802 |
| 309 | | 2008-05-27 | Deposition transcript of Christopher Wooley | | √ | 802 |
| 310 | | 2008-05-23 | Deposition transcript of Michael Yarborough | | √ | 802 |
| 311 | | 2007-06-11 | Deposition transcript of Tracy Buck | | √ | 802 |
| 312 | T | 2008-06-04 | Deposition transcript of John Johnson | | √ | 802 |
| 313 | | 2008-06-03 | Deposition transcript of Stephen Langdon | | √ | 802 |
| 314 | BO | 2001-09-28 | Second Declaration of Stephen Langdon | | | |
| 315 | AE | 2001-09-28 | Second Declaration of Michael Yarborough | | | |
| 316 | | 2003-04-25 | Declaration of Steve Langdon Appellees' Supp Excerpts of Record | | | |
| 317 | CH | 2005-12-13 | Declaration of Linda Yarborough | | | |
| 318 | BN | 2001-07-13 | Declaration of Steve Langdon | | | |
| 319 | AD | 2001-07-09 | Second Declaration of Michael Yarborough | | | |
| 320 | | 2001-07-06 | Declaration of Mike Sigler | | | |

| Plaintiffs' Exhibit # | Defendant's Exhibit # | Date | Description | Admitted | Authenticated but not admitted | Objection |
|---|---|---|---|---|---|---|
| 321 | AG | 2008-05-15 | Supplemental Expert Report of Michael R. Yarborough | | | |
| 322 | CJ | 2008-03-14 | Supplemental Expert Report of Linda F. Yarborough | | | |
| 323 | DC | 2008-03-14 | Expert Report of Dana H. Hanselman | | | |
| 324 | DR | 2008-03-14 | Expert Report of Guy T. Noll | | | |
| 325 | DT | 2008-03-14 | Expert Report of Christopher Brian Wooley | | | |
| 326 | CI | 2008-03-13 | Expert Report of Linda F. Yarborough | | | |
| 327 | AF | 2008-03-13 | Expert Report of Michael Yarborough | | | |
| 328 | CS | 2008-03-12 | Expert Report of Mark Wilkins | | | |
| 329 | CT | 2008-05-08 | Supplemental Expert Report of Mark Wilkins | | | |
| 330 | BQ | 2006-03-06 | Expert Report of Stephen J. Langdon | | | |
| 331 | DH | 2008-03-07 | Expert Report of Robyn P. Angliss | | | |
| 332 | | 2008-04-25 | Angliss 2008b. Additional Supporting Materials for Expert Report of Robyn P. Angliss | | | |
| 333 | | 2004-12-20 | Defendant's Brief On Remand From Ninth Circuit | | √ | 802 |
| 334 | | 2001-11-16 | Plaintiffs' Reply To Defendant's Opposition To Plaintiffs' Motion For Summary Judgment | | √ | 802 |
| 335 | | 2001-11-16 | Reply To Plaintiffs' Opposition To Defendant's Motion For Summary Judgment | | √ | 802 |
| 336 | | 2003-04-25 | Answering Brief Of Appellee | | √ | 802 |
| 337 | | 2003-04-25 | Appellees' Supplemental Excerpts Of Record | | √ | 802 |
| 338 | | 2005-12-19 | Oral Argument | | √ | 802 |
| 339 | | 2005-12-19 | Reply In Support Of Defendant's Motion For Summary Judgment On Remand | | √ | 802 |
| 340 | | 2004-05-24 | Appellants' Supplemental Brief | | √ | 802 |
| 341 | | 2003-02-24 | Opening Brief Of Appellants | | √ | 802 |
| 342 | | 2001-07-16 | Federal Defendants' Memorandum In Support Of Motion For Summary Judgment | | √ | 802 |
| 343 | | 2001-07-16 | Plaintiffs' Motion For Summary Judgment | | √ | 802 |
| 344 | | 2001-10-09 | Plaintiffs' Opposition To Defendant's Motion For Summary Judgment | | √ | 802 |

| Plaintiffs' Exhibit # | Defendant's Exhibit # | Date | Description | Admitted | Authenticated but not admitted | Objection |
|---|---|---|---|---|---|---|
| 345 | | 2001-10-09 | Defendant's Opposition To Plaintiffs' Motion For Summary Judgment | | √ | 802 |
| 346 | | 2005-06-17 | Plaintiffs' Opposition To Defendant's Motion For Summary Judgment | | √ | 802 |
| 347 | | 2005-06-17 | Plaintiff's Request For Oral Argument On Defendant's Motion For Summary Judgment And [Proposed] Order | | √ | 802 |
| 348 | | 2005-06-17 | Separate Statement Of Disputed Facts In Support Of The Chugach's Opposition To The Defendant's Motion For Summary Judgment | | √ | 802 |
| 349 | | 2004-02-19 | Supplemental Brief Of Appellee Supporting Hearing En Banc | | √ | 802 |
| 350 | | 2004-02-19 | Memorandum In Support Of En Bank Review | | √ | 802 |
| 351 | | 2003-06-05 | Reply Brief Of Appellants | | √ | 802 |
| 352 | | 2006-03-06 | The Chugach's Sur-Reply In Opposition To Defendant's Motion For Summary Judgment | | √ | 802 |
| 353 | | 2008-06-13 | Defendant's Objections And Responses To Plaintiffs' First Request For Production Of Documents To Defendant | | √ | 802 |
| 354 | | 2008-06-13 | Defendant's Objections And Responses To Plaintiffs' First Set Of Interrogatories | | √ | 802 |
| 355 | | | Partnow, Making History | | √ | 802 |

DATED this 25th day of July 2008.

s/nlandreth

Natalie A. Landreth (Bar no. 0405020)
NATIVE AMERICAN RIGHTS FUND
420 L Street, Suite 505
Anchorage, Alaska 99501
Phone: (907) 276-0680
Facsimile: (907) 276-2466
Email: landreth@narf.org

Goriune Dudukgian
ALASKA LEGAL SERVICES CORPORATION
1016 West 6th Ave., Suite 200
Anchorage, Alaska 99501
Phone: (907) 222-4524
Facsimile: (907) 279-7417
Email: gdudukgian@alsc-law.org

Rich de Bodo, *Pro hac vice*
HOGAN & HARTSON LLP
1999 Avenue of the Stars Suite 1400
Los Angeles, California 90067
Phone: (310) 785-4694
Facsimile: (310) 785-4601
Email: rdebodo@hhlaw.com

**CERTIFICATE OF SERVICE**

I, Natalie Landreth, certify that a true and correct copy of **PLAINTIFFS' TRIAL EXHIBIT LIST** was served on July 25, 2008 pursuant to the Court's electronic filing procedures upon the following:

Dean Dunsmore     dean.dunsmore@usdoj.gov, lorraine.carter@usdoj.gov

Beverly F. Li     beverly.li@usdoj.gov, efile_nrs.enrd@usdoj.gov

Brian McLachlan     brian.mclachlan@usdoj.gov


s/nlandreth