Natalie Landreth
NATIVE AMERICAN RIGHTS FUND
420 L Street, Suite 505
Anchorage, Alaska 99501
Phone: (907) 276-0680
Facsimile: (907) 276-2466
Email: landreth@narf.org

Goriune Dudukgian
ALASKA LEGAL SERVICES CORPORATION
1016 West 6th Ave., Suite 200
Anchorage, Alaska 99501
Phone: (907) 222-4524
Facsimile: (907) 279-7417

Rich de Bodo
HOGAN & HARTSON LLP
1999 Avenue of the Stars Suite 1400
Los Angeles, California 90067
Phone: (310) 785-4694
Facsimile: (310) 785-4601

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIVE VILLAGE OF EYAK *et. al*, <br><br> Plaintiffs, <br><br> v. <br><br> CARLOS GUTIERREZ, SECRETARY OF COMMERCE <br><br> Defendant. | Case No. A98-365-CV (HRH) <br><br> **PLAINTIFFS' OBJECTIONS TO DEFENDANT'S TRIAL EXHIBIT LIST** |

## PRELIMINARY STATEMENT

Plaintiffs write separately to comment upon the Defendant's trial exhibit list. The reason for this is the Plaintiffs offered to admit most of Defendant's exhibits, and in the alternative offered to waive hearsay objections, but the Defendant has not agreed to this offer as of today, therefore Plaintiffs must preserve their objections in the event no agreement is reached.

Plaintiffs offered on Wednesday, July 23rd, to simply admit 65 of the Defendant's exhibits listed below.    In the alternative, Plaintiffs offered on July 24th to waive all hearsay objections to all exhibits that appeared on both sides' lists.    This would have waived hearsay as to almost 90 exhibits (more than two thirds of Defendant's list).    The reason Plaintiffs made this offer is that many of the exhibits in question are books by scholars or books consisting of historical accounts; most of the items of Defendant's list also appear on Plaintiffs' exhibit list and therefore it seemed logical to waive hearsay objections or simply admit all the published sources on which both sides rely.    However, Defendant's counsel has indicated it will need more time to review and consider the offer.

Therefore, the Defendant is filing today a list of its exhibits with Plaintiffs' objections, but Plaintiffs also file this separate list of objections which removes most of the proposed stipulations.    Plaintiffs contend any such waiver or stipulation must be bilateral, but Defendant has not yet agreed.    It must be noted however, that Plaintiffs do not anticipate maintaining all the objections below, but they must be preserved pending a more global agreement.


<u>**DEFENDANT'S EXHIBIT LIST WITH PLAINTIFFS' OBJECTIONS**</u>


| Exhibit | Document | Ad mit | Authenticated but not admitted | Objection |
|---|---|---|---|---|
| A | NOAA Nautical Chart No. 16013 (30th ed., July 2006) | | X | Plaintiffs stipulate to admission (but reserve the right to object as to the accuracy of the three-mile line and the description of "state lands"). |

| B | NOAA, Nautical Chart No. 16580 (13th ed., Jan. 2005), | | X | Plaintiffs stipulate to admission (but reserve the right to object as to the accuracy of the three-mile line and the description of "state lands"). |
|---|---|---|---|---|
| C | NOAA, Nautical Chart No. 16640 (24th ed., Sept. 15, 2001), | | X | Plaintiffs stipulate to admission (but reserve the right to object as to the accuracy of the three-mile line and the description of "state lands"). |
| D | NOAA, Nautical Chart No. 16680 (10th ed., July 10, 1999), | | X | Plaintiffs stipulate to admission (but reserve the right to object as to the accuracy of the three-mile line and the description of "state lands"). |
| E | NOAA, Nautical Chart No. 16700 (30th ed., Dec. 2007), | | X | Plaintiffs stipulate to admission (but reserve the right to object as to the accuracy of the three-mile line and the description of "state lands"). |
| F | NOAA, Nautical Chart No. 16723 (15th ed., Jan. 29, 2000)) | | X | Plaintiffs stipulate to admission (but reserve the right to object as to the accuracy of the three-mile line and the description of "state lands"). |
| G | Deposition transcript of Herman Moonin | | X | Hearsay (Rule 802) |
| H | Deposition transcript of Simeon Kvasnikoff | | X | Hearsay (Rule 802) |
| I | Deposition transcript of Henry Makarka | | X | Hearsay (Rule 802) |
| J | Deposition transcript of Nick Tanape | | X | Hearsay (Rule 802) |
| K | Deposition transcript of Ken Vlasoff | | X | Hearsay (Rule 802) |
| L | Deposition transcript of Pete Kompkoff | | X | Hearsay (Rule 802) |
| M | Deposition transcript of Mae Lange | | X | Hearsay (Rule 802) |

| | | | | |
|---|---|---|---|---|
| N | Deposition transcript of Bob Henrichs (Vol. I & II) | | X | Hearsay (Rule 802) |
| O | Deposition transcript of Matt Ganley, June 6, 2008 | | X | Hearsay (Rule 802) |
| P | Deposition transcript of Matt Ganley, Jan. 24, 2001 | | X | Hearsay (Rule 802) |
| Q | Deposition transcript of Polly Wheeler, Jan. 24, 2001 | | X | Hearsay (Rule 802) |
| R | Deposition transcript of Patricia Partnow | | X | Hearsay (Rule 802) |
| S | Deposition transcript of Eric Knudsen | | X | Hearsay (Rule 802) |
| T | Deposition transcript of John Johnson | | X | Hearsay (Rule 802) |
| U | Deposition transcript of Jeff Leer | | X | Hearsay (Rule 802) |
| V | Hubert Bancroft, *History of Alaska 1730-1885* (1886; 1970) | | X | Hearsay |
| W | D.J. Orth, *Dictionary of Alaska Place Names,* Geological Survey Professional Paper 567, U.S, Dept. of Interior (1967) | | X | Hearsay |
| X | Jeff Leer, *Alutiiq Placeuanies* (unpublished) | | X | Hearsay |
| Y | Jeff *Leer, Kenai Peninsula Alutiiq Placename List* (Dec. 1980, unpublished preliminary draft) | | X | Hearsay |
| Z | Jeff Leer (undated) *Kenai Peninsula Alutiiq Place Names* (unpublished | | X | Hearsay |
| AA | Jeff Leer - map with placenames | | X | Hearsay |

| AB | Jeff Leer - map with placenames | | X | Hearsay |
|---|---|---|---|---|
| AC | Jeff Leer - map with placenames | | X | Hearsay |
| AD | Declaration of M. Yarborough, July 2001 | | X | Hearsay (Rule 802) |
| AE | Second Declaration of M. Yarborough | | X | Hearsay (Rule 802) |
| AF | Expert Report of M. Yarborough, March 2008 | | X | Hearsay (Rule 802) |
| AG | Supplemental Expert Report of M. Yarborough, May 2008 | | X | Hearsay (Rule 802) |
| AH | Expert Report of M. Yarborough, November 1995 | | X | Hearsay (Rule 802) |
| AI | Hubert Bancroft, *The Native Races* (reproduced in *The Works of Hubert Howe Bancroft*) (1883). | | X | Relevance (FRE 403), Hearsay/double hearsay (FRE 802 and 805), lacks trustworthiness FRE 104). Note: this work contains racially inflammatory and offensive language beyond what is generally tolerated by virtue of historical license. |
| AJ | Kaj Birket-Smith, *The Chugach Eskimo* (1953) | | X | Hearsay |
| AK | Kaj Birket-Smith and Frederica de Laguna, *The Eyak Indians of the Copper River Delta, Alaska (1938)* | | X | Hearsay |
| AL | Gavriil Davydov, *Two Voyages to Russian America, 1802-1807* (1977) | | X | Hearsay |
| AM | K. Solovjova and A. Vovnyanko, *The Rise and Decline of the Lebedev-Lastochkin Company* (1999) | | X | Hearsay |

| | | | | |
|---|---|---|---|---|
| AN | James F Haggarty, *et al., The 1990 Exxon Cultural Resource Program: Site Protection and Maritime Cultural Ecology in Prince William Sound and the Gulf of Alaska* (1991). | | X | Hearsay (Rule 802), lacks trustworthiness (Rule 104) because of entity that directed its production |
| AO | Frederica de Laguna, *Chugach Prehistory: The Archaeology of Prince William Sound, Alaska* (1956) | | X | Hearsay |
| AP | Nathaniel Portlock, *A Voyage Round the World: But More Particularly to the North-West Coast of America* (1789) | | X | Hearsay |
| AQ | George Vancouver, *A Voyage of Discovery to the North Pacific Ocean and Round the World* (vol. 3) *(1967)* | | X | Hearsay |
| AR | Moser, Jefferson. *The Salmon and Salmon Fisheries of Alaska* (1898). | | X | Relevance (FRE 403), Hearsay/double hearsay (FRE 802, 805). |
| AS | Grigorii Shelikov, *A Voyage to America* (1981) | | X | Hearsay |
| AT | Donald W. Clark, *Pacific Eskimo: Historic Ethnography,* published in *Arctic* (edited by David Damas) | | X | Hearsay |
| AU | Petr Tikhmenev, *A History of the Russian- American Company* (1978) | | X | Hearsay |

| AV | Basil Dmytryshyn, *The Russian American Colonies, 1798-1867: A Documentary Record* (1989) | | X | Hearsay |
|---|---|---|---|---|
| AW | J.C. Beaglehole (editor), *The Journal of Captain James Cook. The Voyage of the Resolution and Discovery, 1776-1780 (vol. 3, parts 1 and 2)* (1967) | | X | Hearsay |
| AX | Charles Sheldon, *The Wilderness of the North Pacific Coast Islands* (1912) | | X | Hearsay |
| AY | Michael and Linda Yarborough, *Uqciuvit: A Multicomponent Site in Northwestern Prince William Sound, Alaska* (1991) | | X | Hearsay (Rule 802), lacks guarantees of trustworthiness (FRE 104) because this appears to be an unpublished manuscript. |
| BA | Harold *Hassen, The Affect of European and American Contact on the Chugach Eskimo of Prince William Sound Alaska* (Ph.D dissertation) (1978) | | X | Hearsay |
| BB | Semen Okun, *The Russian- American Company* (1951) | | X | Hearsay |
| BC | William Workman, *Archaeology of the Southern Kenai Peninsula* (now published in 35 *Arctic Anthropology* (1998)) | | X | Hearsay |

| | | | | |
|---|---|---|---|---|
| BD | Katherine L. Arndt, *The Russian-American Company and the Smallpox Epidemic of 1835 to 1840,* (paper presented) (1985) | | X | Relevance (FRE 403), Hearsay/double hearsay (FRE 805), lacks trustworthiness (FRE 104) because it appears to be an unpublished, non-peer reviewed paper |
| BE | Hieromonk Gedeon, *The Round the World Voyage of Hieromonk Gedeon, 1803, 1809* (Richard A. Pierce, ed.) (1989) | | X | Hearsay |
| BF | Jean F.G. La Perouse, *A Voyage Round the World in the Years 1785, 1786, 1787, and 1788, by the Bourrole and Astrolabe* (Vol 1) (1799, 1968) | | X | Hearsay |
| BG | Svetlana Federova, *The Russian Population in Alaska and California, Late 18th c. - 1867* (1973) | | X | Hearsay |
| BH | David McMahan and Charles Holmes, *Report of Archaeological and Historical Investigations at Nuka Island and the Adjacent Kenai Peninsula, Gulf of Alaska* (1987) | | X | Hearsay |
| BI | Robert Betts, *et al., Site Protection and Oil Spill Treatment at SEL-188, An Archaeological Site in Kenai Fjords National Park, Alaska* (1991) | | X | Hearsay (Rule 802), lacks trustworthiness (Rule 104) because of entity that directed its production |

| BJ | William Fitzhugh (ed.), *Prehistoric Maritime Adaptations of the Circumpolar Zone (1975)* | | X | Hearsay |
|----|----|----|----|----|
| BK | Alexander W. F. Banfield, *The Mammals of Canada (1974)* | | X | Hearsay |
| BL | Pavel Golovin, *The End of Russian America: Captain P. N. Golovin 's Last Report, 1862 (1979)* | | X | Hearsay |
| BM | Walker, Alexander *An Account of a Voyage to the Northwest Coast of America in 1785 and 1 786.* (ed. by Fisher and Bumstead), 1982. | | X | Hearsay |
| BN | Declaration of S. Langdon, July 2001 | | X | Hearsay (Rule 802) |
| BO | Second Declaration of S. Langdon, September 2001 | | X | Hearsay (Rule 802) |
| BP | Expert Report of S. Langdon, September 2000 | | X | Hearsay (Rule 802) |
| BQ | Expert Report of S. Langdon, March 2008 | | X | Hearsay (Rule 802) |
| BR | Janet Klein, *Kamishak Bay: A Brief History (1988)* | | X | Hearsay |
| BS | Janet Klein, *Abandoned Villages, Discovered Histories (1999)* | | X | Hearsay |
| BT | John Hussey, *Embattled Katmai: A History of Katmai National Monument* (1971) | | X | Hearsay |

| | | | | |
|---|---|---|---|---|
| BU | Lee Stratton and Evelyn Chisum, *Resource Use Patterns in Chenega, Western Prince William Sound: Chenega in the 1960s and Chenega Bay 1984- 1986,* Tech. Paper No. 139, ADF&G (1986) | | X | Hearsay |
| BV | Lee Stratton, *Resource Harvest and Use in Tatitlek, Alaska,* Tech. Paper No. 181, ADF&G *(1990)* | | X | Hearsay |
| BW | Ronald Stanek, *Patterns of Wild Resource Use in English Bay and Port Graham, Alaska,* Tech. Paper No. 104, ADF&G (1985) | | X | Hearsay |
| BX | Ronald Stanek, *Natural Resource Harvest at Port Graham and English Bay,* Tech. Paper No. 32, ADF&G (1982) | | X | Hearsay |
| BY | Ronald Stanek, *Ethnographic Overview and Assessment for Nanwalek and Port Graham,* Tech. Mem. No. 8, MMS (2000) | | X | Hearsay |
| BZ | Walt and Elsa Pederson, *A Larger History of the Kenai Peninsula* (1983) | | X | Relevance (FRE 403), Hearsay/double hearsay (FRE 805), lacks trustworthiness FRE 104), lacks reliability (FRE 402) because this is a self-published work that is not scholarly, peer-reviewed nor a historical document. |

| CA | James Fall, *et al., An Update on Subsistence Harvests in Chenega Bay and Tatitlek in the Year Following the Exxon Valdez Oil Spill,* Tech. Paper No. 199, ADF&G (1996) | | X | Hearsay |
|----|----|----|----|----|
| CB | James Fall, *et al., Subsistence Harvests and Uses in Seven Gulf of Alaska Communities in the Second Year Following the Exxon Valdez Oil Spill,* Tech. Paper No. 218, ADF&G (1996) | | X | Hearsay |
| CC | Lee Stratton, *Resource Uses in Cordova, A Coastal Comrnuity of Southcentral Alaska,* Tech. Paper No. 153, ADF&G (1989) | | X | Hearsay |
| CD | Lee Stratton, *Cordova: A 1998 Update on Resource Harvests and Uses,* Tech. Paper No. 204, ADF&G (1989) | | X | Hearsay |
| CE | James Fall and Ronald Stanek, *Overview of Harvests and Uses of Rockfish and Lingcod by Lower Cook Inlet Communities Outside the Nonsubsistence Area. Nanwalek, Port Graham and Sedovia,* Report to AK Board of Fisheries (1998) | | X | Hearsay |

| CF | Federal Field Committee for Development Planning in Alaska, *Alaska Natives & the Land)* (1968) [excerpt] | | X | Hearsay |
|----|----|----|----|----|
| CG | Robert DeArmond, *Fur Trade of Cook Inlet, 1867-1900* (1969) | | X | Hearsay |
| CH | Declaration of L. Yarborough, December 2005 | | X | Hearsay (Rule 802) |
| CI | Expert Report of L. Yarborough, March 2008 | | X | Hearsay (Rule 802) |
| CJ | Supplemental Expert Report of L. Yarborough, May 2008 | | X | Hearsay (Rule 802) |
| CK | Linda Yarborough, Ph.D Dissertation: *Prehistoric and Early Historic Subsistence Patterns Along the North Gulf of Alaska Coast.* | | X | Hearsay |
| CL | Crowell & Mann (editors), *Archaelogy and Coastal Dynamics of Kenai Fjords National Park* (1998). | | X | Hearsay |
| CM | Linda and Michael Yarborough, *Prehistoric Maritime Adaptations of Prince William Sound and the Pacific Coast of the Kenai Peninsula, in 35 Arctic Anthropology* (1998) | | X | Hearsay |
| CN | Rickman, *Journal of Captain Cook's Last Voyage to the Pacific Ocean* (1966) | | X | Hearsay |

| CO | Linda Yarborough, *Prehistoric Use of Cetacean Species in the Northern Gulf of Alaska,* printed in *Hunting the Largest Animals: Native Whaling in the Western Arctic and Subarctic* (Allen McCartney, editor) (1995) | | X | Hearsay |
|---|---|---|---|---|
| CP | Aron Crowell, [pre- publication materials] | | X | Hearsay |
| CQ | GeorgeVancouver, *Voyage of Discovery to the North Pacific Ocean and Round the World* (1967) | | X | Hearsay |
| CR | Trigger, *Ethnohistory: Problems and Prospects* in *Ethnohistory 29(1):1- 19 (1982)* | | X | Relevance (FRE 403), Hearsay/double hearsay (FRE 805), lacks trustworthiness FRE 104), lacks reliability (FRE 402). |
| CS | Expert Report of M. Wilkins, March 2008 | | X | Hearsay (Rule 802) |
| CT | Supplemental Expert Report of M. Wilkins, May 2008 | | X | Hearsay (Rule 802) |
| CU | A.C. Seitz, *et al., Pop-up Archival Transmitting (PAT) Tags: A Method to Investigate the Migration and Behavior of Pacific Halibut Hippoglossus stenolepis* in the Gulf of Alaska (2003) | | X | Hearsay |

| | | | | |
|---|---|---|---|---|
| CV | T. Loher and A.C. Seitz, *Seasonal Migration and Environmental Conditions of Pacc Halibut (Hippoglossus stenolepis), Elucidated from Pop- up Archival Transmitting (PAT) Tags (2006)* | | X | Hearsay |
| CW | S.H. Hoag, *et al., Bottom Area Estimates of Habitat for Pacific Halibut* (1997). International Pacific Halibut Commission, Tech. Report No. 36 | | X | Hearsay |
| CX | International Pacific Halibut Commission, Tech. Report No. 40; "The Pacific Halibut: Biology, Fishery, and Management" | | X | Hearsay |
| CY | Shimada, A.M. and Kimura, D.K. *Seasonal Movements of Pacific cod, [Latin name] in the eastern Bering Sea and Adjunct waters based on tag- recapture data.* Fisherby Bulletin 92(4) (1994). | | X | Hearsay |
| CZ | Hooge and Taggart, *Site Fidelity in Pacific Halibut* [poster ] | | | Not authenticated as a data compilation, hearsay (FRE 802) |
| DA | Maps of station identifications | | | Not authenticated as a data compilation, hearsay (FRE 802). |
| DB | IPHC info spreadsheet | | | Not authenticated as a data compilation, hearsay (FRE 802) |

| | | | | |
|---|---|---|---|---|
| DC | Expert Report of D Hanselman, March 2008 | | X | Hearsay (Rule 802) |
| DD | J.C. Mason, et al., *Sexual Maturity, Fecudity, Spawning, and Early Life History of Sablefish* (1983) | | X | Hearsay |
| DE | Maps – GOA sablefish survey coverage | | | Not authenticated, hearsay (Rule 802) |
| DF | Maps – sablefish longline CPUE (Fig. 17) | | | Not authenticated, hearsay (Rule 802) |
| DG | Maps – sablefish trawl CPUE (Fig. 16) | | | Not authenticated, hearsay (Rule 802) |
| DH | Expert Report of R. Angliss, March 2008 | | X | Hearsay (Rule 802) |
| DI | Map of POP sperm whale sightings. In CONFIDENTIAL supplemental Angliss materials | | X | Hearsay (Rule 802) |
| DJ | Map of sperm whale and gray whale strandings | | | Hearsay (Rule 802), not authenticated |
| DL | Map of POP gray whale sightings. In CONFIDENTIAL supplemental Angliss materials | | | Hearsay (Rule 802), not authenticated |
| DM | Stock assessment report - gray whale, with map showing distribution | | X | Hearsay (Rule 802) |
| DN | Map of Gray and Sperm whale sightings. CONFIDENTIAL. Figure 1 in Clapham white paper | | | Hearsay (Rule 802), not authenticated |
| DO | Stock assessment report – fur seal, with map showing distribution | | | Hearsay (Rule 802), not authenticated |

| | | | | |
|---|---|---|---|---|
| DP | Observer forms - sperm whales | | X | Hearsay (Rule 802) lack guarantees of reliability and trustworthiness (FRE 104) |
| DQ | Observer forms - gray whales | | X | Hearsay (Rule 802) lack guarantees of reliability and trustworthiness (FRE 104) |
| DR | Expert Report of G. Noll, March 2008 | | X | Hearsay (Rule 802), relevance |
| DS | *Bowditch*, National Imagery and Mapping Agency (2002), *The American Practical Navigator* | | X | Hearsay (Rule 802), relevance |
| DT | Expert Report of Christopher Wooley, March 2008 | | X | Hearsay (FRE 802) |
| DU | Aron Crowell, et al., editors, *Looking Both Ways: Heritage and Identify of the Alutiiq People* (2001) | | X | Hearsay |
| DV | J.M. Erlandson, et al., *Spatial and Temporal Patterns in Alutiiq Paleodemography* (1992) | | X | Hearsay |
| DW | Ben Fitzhugh, *The Evolution of Complex Hunter- Gatherers: Archaeological Evidence from the North Pacific* (2003) | | X | Hearsay (Rule 802), relevance as it relates entirely to Kodiak |
| DX | William Fitzhugh and Aron Crowell, *Crossroads of Continents: Cultures of Siberia and Alaska* (1988) | | X | Hearsay |
| DY | J. Townsend, *Ranked Societies of the Alaskan Pacific Rim* (1980) | | X | Hearsay (Rule 802), relevance |

| | | | | |
|---|---|---|---|---|
| DZ | Lydia Black, *Russians in Alaska: 1732-1867* (cited as both 1992 and 2004) | | X | Hearsay |
| EA | Fourtine, *"Chills and Fever,"*: *Health and Disease in the Early History of Alaska*. Fairbanks: University of Alaska Press, 1989. | | X | Hearsay (Rule 802), relevance as it is not clear how this relates to aboriginal use of the waters |
| EB | Burch, Ernest S. "Tiger". The Inupiaq Eskimo Nations of Northwest Alaska. Fairabnks: University of Alaska Press, 1998. | | X | Hearsay |
| EC | Leuhrmann, Sonja. *Alutiiq Villages Under Russian and U.S. Rule*. Fairbanks: University of Alaska Press, 2008. | | X | Hearsay |
| ED | Haggarty James C. 1982. *The archaeology of Hesquiat Harbour: The Archaeological Utility of an Ethnographically Defined Social Unit*. Washington State Univ. Pullman WA. Anthropology Dep't | | X | Hearsay |
| EE | Federal Field Committee for Development Planning in Alaska, *Alaska Natives & the Land)* (1968) [additional excerpt] | | X | Hearsay |
| EF | Patricia Partnow, *Making History: Alutiiq/Sugpiaq Life on the Alaska Peninsula* (2001) | | X | Hearsay |

| | | | | |
|---|---|---|---|---|
| EG | Jan Vansina, *Oral Tradition as History* (1985) | | X | Hearsay |
| EJ | Plaintiffs' Expert's interview notes | | X | Hearsay (Rule 802); ATTORNEY WORK PRODUCT. Note: some of these notes are those of Matt Ganley and Plaintiffs do not object to those on grounds other than hearsay, but some are those of previous counsel Eric Johnson and are subject to the work product privilege. |
| EK | Transcript of interview of Theodore Chemavitsky. BIAIANCSA 79CAC001, Parts 1 & 2 | | | Authentication (901), until tape can be compared to transcript; hearsay |
| EL | Transcript of interview of Theodore Chemavitsky. BIAIANCSA 79CAC001, Parts 3 & 4 | | | Authentication (901), until tape can be compared to transcript; hearsay |
| EM | Transcript of interview of John Klashnikoff. BIA/ANCSA 79CAC003, Parts 1 & 2 | | | Authentication (901), until tape can be compared to transcript; hearsay |
| EN | Transcript of interview of John Klashnikoff. BIA/ANCSA 79CAC003, Parts 3 & 4 | | | Authentication (901), until tape can be compared to transcript |
| EO | Transcript of interview of John Klashnikoff. BIAIANCSA 79CAC006 | | | Authentication (901), until tape can be compared to transcript; hearsay |

DATED this 25th day of July 2008.

s/nlandreth

Natalie A. Landreth (Bar no. 0405020)
NATIVE AMERICAN RIGHTS FUND
420 L Street, Suite 505
Anchorage, Alaska 99501
Phone: (907) 276-0680

Facsimile: (907) 276-2466
Email: landreth@narf.org

Goriune Dudukgian
ALASKA LEGAL SERVICES CORPORATION
1016 West 6th Ave., Suite 200
Anchorage, Alaska 99501
Phone: (907) 222-4524
Facsimile: (907) 279-7417
Email: gdudukgian@alsc-law.org

Rich de Bodo, *Pro hac vice*
HOGAN & HARTSON LLP
1999 Avenue of the Stars Suite 1400
Los Angeles, California 90067
Phone: (310) 785-4694
Facsimile: (310) 785-4601
Email: rdebodo@hhlaw.com

## CERTIFICATE OF SERVICE

I, Natalie Landreth, certify that a true and correct copy of **PLAINTIFFS' OBJECTIONS TO DEFENDANT'S TRIAL EXHIBIT LIST** was served on July 25, 2008 pursuant to the Court's electronic filing procedures upon the following:

Dean Dunsmore        dean.dunsmore@usdoj.gov, lorraine.carter@usdoj.gov

Beverly F. Li          beverly.li@usdoj.gov, efile_nrs.enrd@usdoj.gov

Brian McLachlan        brian.mclachlan@usdoj.gov


                             s/nlandreth