**DR. ARON L. CROWELL**

Arctic Studies Center
Department of Anthropology
National Museum of Natural History
Smithsonian Institution
121 W. 7th Ave., Anchorage, AK  99501
907-343-6162/ 907-343-6130 (FAX)
crowella@si.edu
www.mnh.si.edu/arctic

*EDUCATION*

Ph.D.  1994   University of California, Berkeley (Anthropology)
M.A.   1984   George Washington University (Anthropology)
B.A.   1978   George Washington University (Anthropology)

*EMPLOYMENT AND PROFESSIONAL SERVICE*

*Director*, Alaska Office, Arctic Studies Center, Smithsonian Institution, 1994 - present
*Principal Investigator*, Kenai Fjords Oral History and Archaeology Project, 2001 - present
*Principal Investigator* & *Project Archaeologist*, Gulf of Alaska Archaeological Survey Program, National Park Service, Anchorage, 1994-Present
*Co-Principal Investigator*, NEHRDP study of North Pacific earthquake history and archaeological impacts (2000-2001)
*Curator*, *Living Our Cultures: Sharing Our Heritage*, permanent Smithsonian exhibition at the Anchorage Museum (2010)
*Curator*, *Sharing Knowledge:Alaska Native Cultures* web site http://alaska.si.edu
*Project Director*, Smithsonian Alaska Collections Project (1999 - present)
*Curator*, *Looking Both Ways: Heritage and Identity of the Alutiiq People*, an exhibition by the Arctic Studies Center and Alutiiq Museum (Kodiak), 1997-2003
*Co-Curator*, Smithsonian Institution exhibition *Crossroads of Continents: Cultures of Siberia and Alaska*, National Museum of Natural History, Washington, DC, 1986-88
*Exhibition Advisory Panels* (current): Bering Sea Ivories (Princeton Museum of Art), Yup'ik Science (NSF/Anchorage Museum), Beringia Museum of Culture and Science, Museum of the Aleutians
*Arctic Research Consortium of the United States (ARCUS)*, Smithsonian representative, 1998-present
*Arctic Social Sciences Review Panel*, National Science Foundation, 1996-present
*Board of Directors*, Museums Alaska (President; board service 1998-present)
*President*, Alaska Anthropological Society (2007)
*Harriman Scholar*, 2000 Harriman Alaska Expedition
*Affiliate Assistant Professor of Anthropology*, University of Alaska, Anchorage, 1995-Present
*Anthropology Graduate Program Advisory Board*, University of Alaska, Anchorage, 1999-Present
*Principal Investigator*, Three Saints Harbor Archaeology Project, Kodiak, 1990-1991

*SELECTED PUBLICATIONS*

n.d.   "An Historic Alutiiq Village on the Outer Kenai Coast: Subsistence and Trade in the Early Contact Period." *Alaska Journal of Anthropology*, in review.
n.d.   "The St. Lawrence Island Famine and Epidemic, 1878-1880" in *Living with Stories*, edited by W. Schneider, Utah State University Press, in press.
n.d.   "Russian Colonialism in Alaska" and "Prince William Sound, Outer Kenai Coast, and Cook Inlet, Alaska." In *Archaeology in America: An Encyclopedia*, edited by F. P. McManamon, in press
n.d.   "The Art of Iñupiaq Whaling: Elders' Interpretations of International Polar Year Ethnological Collections."  In *Smithsonian Contributions to Anthropology*, in press.
n.d.   "Recurrence and Extent of Great Earthquakes in Southern Alaska during the Late Holocene from

| | |
|---|---|
| | an Analysis of the Radiocarbon Record of Land-Level Change and Village Abandonment" (co-author), *Radiocarbon*, in press |
| 2006 | "The St. Lawrence Island Famine and Epidemic,1878-80: A Yupik Narrative in Cultural and Historical Context." *Arctic Anthropology* 43(1):1-19 |
| 2006 | Great Earthquakes and Tsunamis at the Alaska Subduction Zone: Geoarchaeological Evidence of Recurrence and Extent.  Final Technical Report National Earthquake Hazard Reduction Program (NEHRP) grant 01-HQ-GR-0022 (co-author) |
| 2006 | The Outer Coast Project: Kenai Fjords Oral History and Archaeology: Final Technical Report, Grant SI 634019, Ocean Alaska Science and Learning Center, Seward, Alaska. |
| 2004 | "Terms of Engagement: The Collaborative Representation of Alutiiq Identity." *Ėtudes/Inuit/Studies* 28(1):9-35. |
| 2004 | Response to Lee and Graburn's Review of *Looking Both Ways: Heritage and Identity of the Alutiiq People*. *American Anthropologist* 106(2):431-33. |
| 2004 | "Connecting with the Past: The Kenai Fjords Oral History and Archaeology Project." *Alaska Park Science* 3(1):33-38.. |
| 2004 | "One Century at a Time: The Alutiiq People of Kodiak Island." In *The Harriman Expedition Retraced, 2001*, edited by T. Litwin.  Rutgers University Press, Piscataway, NJ. |
| 2003 | "Implications of 'Punctuated Productivity' for Coastal Settlement Patterns: A GIS Study of the Katmai Coast, Gulf of Alaska." *Alaska Journal of Anthropology* 2(1):62-96. |
| 2002 | "Russian Colonialism." In *Encyclopedia of Historical Archaeology*, edited by C. Orser, pp 486-489. Routledge, London. |
| 2001 | *Looking Both Ways: Heritage and Identity of the Alutiiq People*.  University of Alaska Press, Fairbanks |
| 2000 | "Maritime Cultures of the Gulf of Alaska." *Journal of American Archeology* 17/18/19:177-216 |
| 1998 | "Climatic Changes, Sea-Level Changes, and Geological Disturbances in the Gulf of Alaska Region During the Holocene." *Arctic Anthropology* 35(1):112-131. |
| 1998 | *Archaeology and Coastal Dynamics of Kenai Fjords National Park, Alaska*.  Research monograph, National Park Service, Anchorage. |
| 1997 | *Archaeology and the Capitalist World System: A Study from Russian America*.  Plenum Press, New York. |
| 1997 | "Russians in Alaska, 1784: Foundations of Colonial Society at Three Saints Harbor, Kodiak Island, Alaska." In *The Archaeology of Russian Colonialism in the North and Tropical Pacific*, edited by P. R. Mills and A. Martinez, pp. 10-39.  Kroeber Anthropological Society Papers 81, University of California, Berkeley. |
| 1996 | "Sea Level Dynamics, Glaciers, and Archaeology Along the Central Gulf of Alaska Coast." *Arctic Anthropology* 33(2):16-37. |
| 1996 | "A Large Earthquake Occurring 700 - 800 Years Ago in Aialik Bay, Southern Coastal Alaska." *Canadian Journal of Earth Sciences* 33:117-126. (co-author) |
| 1991 | *The 1990 Exxon Cultural Resource Program: Site Protection and Maritime Cultural Ecology in Prince William Sound and the Gulf of Alaska* (co-author).  Anchorage: Exxon Company USA. |
| 1988 | *Crossroads of Continents: Cultures of Siberia and Alaska*.  Smithsonian Institution Press, Washington, D.C. (co-editor). |
| 1985 | *Archeological Survey and Site Condition Assessment of St. Lawrence Island, Alaska*. Smithsonian Institution, Washington, D.C. |

*SELECTED RESEARCH SUPPORT AND EXHIBITION GRANTS*

National Science Foundation, 2007
National Park Service/ Alaska SeaLife Center 2002, 2003, 2004, 2007
Wenner-Gren Foundation for Anthropological Research, 2004
Beringian Heritage Program, National Park Service, 2004
Anchorage Museum Foundation, 2005, 2006, 2007
CIRI Foundation, 2005
Alaska Humanities Forum, 1997, 1999, 2001, 2004
National Earthquake Hazard Reduction Program, 2001

Museum Loan Network (MIT), 2001
Rasmuson Foundation, Alaska Collections Project, 2000
National Endowment for the Humanities, *Looking Both Ways* exhibition, 1996, 1999
ARCO Foundation, 1997
Special Exhibition Program, Smithsonian Institution, 1996
Collections Based Research Fund, Smithsonian Institution, 1995
Stahl Endowment Fund, University of California, Berkeley, 1993
National Science Foundation, dissertation research, 1990

*AWARDS AND FELLOWSHIPS*
Exemplary Service Award, Smithsonian Institution, 1988, 1997, 2003, 2006
Outstanding Current Achievement, Alaska Anthropological Association, 2004
Harriman Scholar, Harriman Alaska Expedition, 2000
Chancellor's Fellowship, University of California, Berkeley, 1992
Bancroft Library Fellowship, University of California, Berkeley, 1992
Regents' Fellowship, University of California, Berkeley, 1989
Charles Atwood Fellowship, University of California, Berkeley, 1988