Natalie Landreth
NATIVE AMERICAN RIGHTS FUND
801 B Street, Suite 401
Anchorage, Alaska 99501
Phone: (907) 276-0680
Facsimile: (907) 276-2466
Email: landreth@narf.org

Goriune Dudukgian
ALASKA LEGAL SERVICES CORPORATION
1016 West 6th Ave., Suite 200
Anchorage, Alaska 99501
Phone: (907) 222-4524
Facsimile: (907) 279-7417

Rich de Bodo
HOGAN & HARTSON LLP
1999 Avenue of the Stars Suite 1400
Los Angeles, California 90067
Phone: (907) 310-785-4694
Facsimile: (907) 785-4601

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EYAK et. al,<br><br>        Plaintiffs,<br><br>v.<br><br>CARLOS GUTIERREZ, SECRETARY OF COMMERCE<br><br>        Defendant. | Case No. A98-365-CV (HRH)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION IN LIMINE NO. 3 TO EXCLUDE EVIDENCE AND ARGUMENT ON MATTERS OUTSIDE THE SCOPE OF THE 9TH CIRCUIT REMAND** |

This Court, having reviewed Plaintiffs' Motion in Limine No. 3 to Exclude Evidence and Argument on matters Outside the Scope of the 9th Circuit Remand, and any opposition thereto, and being fully advised in the premises, IT IS HEREBY ORDERED THAT the Defendant shall be precluded from introducing evidence or argument relating to any matters that lie outside the

scope of the Ninth Circuit remand, namely, what aboriginal rights to fish beyond the three-mile line, if any, Plaintiffs have.

DATED:_____        _____
                                         H. RUSSEL HOLLAND
                                         United States District Judge