Natalie Landreth
NATIVE AMERICAN RIGHTS FUND
801 B Street, Suite 401
Anchorage, Alaska 99501
Phone: (907) 276-0680
Facsimile: (907) 276-2466
Email: landreth@narf.org

Goriune Dudukgian
ALASKA LEGAL SERVICES CORPORATION
1016 West 6th Ave., Suite 200
Anchorage, Alaska 99501
Phone: (907) 222-4524
Facsimile: (907) 279-7417

Rich de Bodo
HOGAN & HARTSON LLP
1999 Avenue of the Stars Suite 1400
Los Angeles, California 90067
Phone: (907) 310-785-4694
Facsimile: (907) 785-4601

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EYAK et. al,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>CARLOS GUTIERREZ, SECRETARY OF COMMERCE<br><br>　　　　　Defendant. | Case No. A98-365-CV (HRH)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION IN LIMINE NO. 2 TO APPOINT DR. ARON L. CROWELL AS A COURT-APPOINTED EXPERT UNDER FEDERAL RULE OF EVIDENCE 706** |

　　　　This Court, having reviewed Plaintiffs' Motion in Limine No. 2 to Appoint Dr. Aron L. Crowell As a Court-Appointed Expert Under Federal Rule of Evidence 706, and any opposition thereto, and being fully advised in the premises, the Court HEREBY APPOINTS Smithsonian Institution anthropologist Aron L. Crowell Ph.D. as a Court-appointed expert AND ORDERS that (1) all parties be precluded from engaging in any *ex parte* communications with Dr. Crowell;

(2) that he only be called upon to provide testimony on specific factual issues to be determined by the parties and the Court; and (3) that the cost of his time be divided between the two parties.

DATED:_____        _____
                                        H. RUSSEL HOLLAND
                                        United States District Judge