Natalie Landreth
NATIVE AMERICAN RIGHTS FUND
420 L Street, Suite 505
Anchorage, Alaska 99501
Phone: (907) 276-0680
Facsimile: (907) 276-2466
Email: landreth@narf.org

Goriune Dudukgian
ALASKA LEGAL SERVICES CORPORATION
1016 West 6th Ave., Suite 200
Anchorage, Alaska 99501
Phone: (907) 222-4524
Facsimile: (907) 279-7417

Rich de Bodo
HOGAN & HARTSON LLP
1999 Avenue of the Stars Suite 1400
Los Angeles, California 90067
Phone: (310) 785-4694
Facsimile: (310) 785-4601

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| EYAK *et. al*,<br><br>               Plaintiffs,<br><br>v.<br><br>CARLOS GUTIERREZ, SECRETARY OF COMMERCE<br><br>               Defendant. | Case No. A98-365-CV (HRH)<br><br>**NOTICE OF REFILING PLAINTIFFS' MOTION IN LIMINE NO. 2 TO APPOINT DR. ARON L. CROWELL AS A COURT-APPOINTED EXPERT UNDER FEDERAL RULE OF EVIDENCE 706** |

Notice is hereby given the court that Plaintiffs filed twice the same motion, Plaintiffs' Motion in Limine No. 2 to Appoint Dr. Aron L. Crowell as a Court-Appointed Expert under Federal Rule of Evidence 706. The motion was originally filed at Docket No. 153 on July 25, 2008, but Plaintiffs immediately realized they had neglected attach a proposed order and

therefore re-filed the same document at Docket No. 156. Docket No. 156 has the [PROPOSED] ORDER attached. Plaintiffs request that the court disregard the filing at Docket No. 153.

DATED this 28th day of July 2008.

        s/nlandreth

        Natalie A. Landreth (Bar no. 0405020)
        NATIVE AMERICAN RIGHTS FUND
        801 B Street, Suite 401
        Anchorage, Alaska 99501
        Phone: (907) 276-0680
        Facsimile: (907) 276-2466
        Email: landreth@narf.org

        Goriune Dudukgian
        ALASKA LEGAL SERVICES CORPORATION
        1016 West 6th Ave., Suite 200
        Anchorage, Alaska 99501
        Phone: (907) 222-4524
        Facsimile: (907) 279-7417
        Email: gdudukgian@alsc-law.org

        Rich de Bodo
        HOGAN & HARTSON LLP
        1999 Avenue of the Stars Suite 1400
        Los Angeles, California 90067
        Phone: 310-785-4694
        Facsimile: 310- 785-4601
        Email: rdebodo@hhlaw.com

## CERTIFICATE OF SERVICE

I, Natalie Landreth, certify that a true and correct copy of **NOTICE OF REFILING PLAINTIFFS' MOTION IN LIMINE NO. 2 TO APPOINT DR. ARON L. CROWELL AS A COURT-APPOINTED EXPERT UNDER FEDERAL RULE OF EVIDENCE 706** was served on July 28, 2008 pursuant to the Court's electronic filing procedures upon the following:

Dean Dunsmore    dean.dunsmore@usdoj.gov, lorraine.carter@usdoj.gov

Beverly F. Li    beverly.li@usdoj.gov, efile_nrs.enrd@usdoj.gov

Brian McLachlan    brian.mclachlan@usdoj.gov

s/nlandreth