Natalie Landreth
NATIVE AMERICAN RIGHTS FUND
801 B Street, Suite 401
Anchorage, Alaska 99501
Phone: (907) 276-0680
Facsimile: (907) 276-2466
Email: landreth@narf.org

Goriune Dudukgian
ALASKA LEGAL SERVICES CORPORATION
1016 West 6th Ave., Suite 200
Anchorage, Alaska 99501
Phone: (907) 222-4524
Facsimile: (907) 279-7417

Rich de Bodo
HOGAN & HARTSON LLP
1999 Avenue of the Stars Suite 1400
Los Angeles, California 90067
Phone: (907) 310-785-4694
Facsimile: (907) 785-4601

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EYAK *et. al,*<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>CARLOS GUTIERREZ, SECRETARY OF COMMERCE<br><br>　　　　　　　Defendant. | Case No. A98-365-CV (HRH)<br><br>**NOTICE REGARDING DIGITAL EVIDENCE PRESENTATION SYSTEM (DEPS)** |

　　　　In accordance with Local Rule 39.3(c), Plaintiffs give notice that they intend to use the Digital Evidence Presentation System (DEPS) at the trial scheduled to begin August 18, 2008, at 9:00 a.m. in Anchorage before Judge Holland.  Counsel for Plaintiffs has taken training with the court Automation Specialist in accordance with 39.3(c)(1).

DATED this 4th day of August 2008.

        <u>s/nlandreth</u>

        Natalie A. Landreth (Bar no. 0405020)
        NATIVE AMERICAN RIGHTS FUND
        801 B Street, Suite 401
        Anchorage, Alaska 99501
        Phone: (907) 276-0680
        Facsimile: (907) 276-2466
        Email: landreth@narf.org

## CERTIFICATE OF SERVICE

I, Natalie Landreth, certify that a true and correct copy of **NOTICE REGARDING DIGITAL EVIDENCE PRESENTATION SYSTEM (DEPS)** was served on August 4, 2008 pursuant to the Court's electronic filing procedures upon the following:

Dean Dunsmore    dean.dunsmore@usdoj.gov, lorraine.carter@usdoj.gov

Beverly F. Li    beverly.li@usdoj.gov, efile_nrs.enrd@usdoj.gov

Brian McLachlan    brian.mclachlan@usdoj.gov

        s/nlandreth