

## CULTURAL RESOURCE CONSULTANTS LLC
3504 East 67th Avenue
Anchorage, Alaska 99507
(907) 349-3445

### Michael Roy Yarborough

Place and Date of Birth:   Asheville, North Carolina. October 16, 1950.

Education:   University of Toronto, course work for Ph.D., 1973 to 1974.

University of Toronto, Master of Arts Degree in Archeology, 1973.

University of Arkansas, Bachelor of Arts Degree with high honors in Anthropology, 1972.

Honors:   Phi Beta Kappa, University of Arkansas, 1972.

Commissioner, Municipality of Anchorage Historical Landmarks Commission, 1982 to 1986.

Board member, Alaska Association for Historic Preservation, 2005 to present.

Employment:   Principal Archeologist, Cultural Resource Consultants LLC, Anchorage, July 1981 to present.

Archeologist, USDA Forest Service, Chugach National Forest, Anchorage, April to May 1990.

Archeologist, U.S. Fish and Wildlife Service, Alaska Regional Office, Anchorage, June 1977 to July 1981.

Anthropology Instructor, Kodiak Community College, Kodiak, January to May 1977.

Supervisory Archeologist, Alyeska Pipeline Project, Institute of Arctic Biology, University of Alaska, Fairbanks, May 1974 to August 1976.

Publications:   1974 Analysis of Pottery from the Western Alaska Peninsula. *Anthropological Papers of the University of Alaska* 16(1).

1977 Archeological Sites in Section Four. In *Pipeline Archeology*, J.P. Cook editor, Institute of Arctic Biology, University of Alaska, Fairbanks.

1996 "A Village Which Sprang Up Before My Very Eyes," An Historical Account of the Founding of Eklutna. In *Adventures Through Time: Readings in the Anthropology of Cook Inlet, Alaska.* Cook Inlet Society, Anchorage.

1998 Prehistoric Marine Adaptations of Prince William Sound and the Pacific Coast of the Kenai Peninsula. *Arctic Anthropology* 35(1):132-145.

Papers Presented at Professional Meetings:

*Analysis of Pottery from the Western Alaska Peninsula.* Paper presented at the Annual Meeting of the Society for American Archaeology, Miami, 1972.

*A Site on Every Flat Spot.* Paper presented at the 1979 Meeting of the Society for American Archaeology, Vancouver, B. C.

*Prehistoric Marine Adaptations of Prince William Sound and the Pacific Coast of the Kenai Peninsula.* Paper presented at the International Seminar on the Origins, Development, and Spread of Prehistoric North Pacific-Bering Sea Maritime Cultures. Tokai University, Honolulu, 1993.

*"A Village Which Sprang Up Before My Very Eyes," A Historical Account of the Founding of Eklutna.* Paper presented at the 20th Annual Meeting of the Alaska Anthropological Association, Anchorage, 1993.

*"It was a weird and majestic spot."* Paper presented at the 30th Annual Meeting of the Alaska Anthropological Association, Fairbanks, 2003.

*Salvage Recovery at the Amaknak Bridge Site.* Paper presented at the 35th Annual Meeting of the Alaska Anthropological Association, Anchorage, 2008.

*Cultural Resource Consultants LLC*                                                   *Anchorage, Alaska*

EXHIBIT 1
Page 2 of 2