Page 126

1  the two, that information is applicable.
2  Certainly, something we consider. But we also
3  consider when Birket-Smith recorded his
4  information. The cultural disruptions that had
5  occurred between the prehistoric period -- and,
6  again, if you consider that the prehistoric
7  period ran right up to the day that Vitus Bering
8  went to Kayak Island in 1773 is very different
9  from what was happening in the Sound 5,000 years
10 ago. I would say, in general, that in writing
11 archeological reports, we consider a wide variety
12 of sources, and consider the context. Context is
13 very important. And how -- you know, the whole
14 body of data fits together to form a reasonable,
15 coherent picture of a past lifeway.
16     Q.  So just to sum up this line of
17 questioning, is it your opinion that the
18 ethnographic literature that's available does not
19 demonstrate use of EEZ waters by the Chugach in
20 prehistoric times?
21         MR. McLACHLAN: Objection. Vague.
22     A.  With -- with all of the foregoing
23 qualifications, I think the ethnographic
24 information, you know, adds to and is considered
25 as part of the way we approach archeological

Page 127

1  reports. But I -- and, again, I'm only talking
2  about Birket-Smith and de Laguna. I don't see
3  anything in their reports that specifically is
4  applicable to the prehistoric use of the Outer
5  Continental Shelf.
6     Q.  (BY MR. DUDUKGIAN) Now, the next series
7  of questions I'm going to ask are going to
8  pertain to the protohistoric period. Is there
9  any archeological evidence that you are aware of
10 suggesting Chugach use of the EEZ waters during
11 protohistoric times?
12         MR. McLACHLAN: Objection. Vague.
13     A.  Excuse me. That -- that period -- that
14 period from about 1743 until Vancouver and Cook
15 in the 1780s, one, it's a very narrow time frame.
16 Two, except for the -- the one historic burial at
17 Uqciuvit, and I think some of Aron Crowell's -- I
18 know Aron Crowell's stuff from Verdant Cove is
19 all early historic. I'd have to say that that's
20 a period -- it's a very short time period that we
21 don't know much about archeologically. So I
22 think the answer to your question of do we know
23 anything about evidence that would suggest use of
24 the EEZ from that time period? I would have to
25 say "no."

Page 128

1     Q.  (BY MR. DUDUKGIAN) Archeologically?
2     A.  Archeologically.
3     Q.  What about the historic period?
4     A.  Historic period? Well, Bering
5  visited -- Bering visited Kayak Island, and then
6  left and, really, between then and really what
7  I'd call the beginning of the historic period,
8  there are no historic records. That's just the
9  time period where, you know, the people in Prince
10 William Sound had access to western goods from
11 trade indirectly; and they also, unfortunately,
12 had access to western diseases and like so many
13 of the Native -- Native peoples of North America,
14 really, died at alarming numbers. So, it's a
15 time -- by definition, the protohistoric period
16 is a period for which we don't really have any
17 direct historic evidence.
18     Q.  Right. I think we covered that. And
19 then I said what about the historic period?
20     A.  The historic period?
21         MR. McLACHLAN: Objection. Vague.
22     A.  Historic period.
23     Q.  (BY MR. DUDUKGIAN) Let me rephrase the
24 question. Would there even on -- once we were
25 talking about the historic period, is it even

Page 129

1  archeology or are we talking --
2     A.  Oh, no, I do historic archeology.
3     Q.  Is there any historic use for -- Chugach
4  use for hunting or fishing in the EEZ in historic
5  period?
6     A.  No.
7     Q.  And that's none whatsoever?
8     A.  Archeological evidence from the historic
9  period of the Chugach hunting and fishing in the
10 EEZ, I know of none.
11     Q.  Do you know of any ethnographic evidence
12 of Chugach use of the EEZ for hunting or fishing
13 during historic periods?
14     A.  Historic periods?
15         MR. McLACHLAN: Objection. Vague.
16     A.  Okay. Something -- I think -- I
17 think -- if I may editorialize a little bit, I
18 think a big problem with this case is we tend to
19 lump -- you know, I -- I am -- I had tried to be
20 very specific about, you know, really, the early
21 Russian period, the later Russian period, the
22 American period, and even into the '20s and '30s
23 which I would almost characterize as the
24 commercial fishing period. And each -- each one
25 of those periods is very different. The Russians

Page 130

1  had a very different attitude and approach to the
2  Native people than the Americans did. And even
3  early on, the early Russian explorers had a very
4  different attitude than the time of the Russian
5  American Company monopoly.
6      So, given that, it's hard to answer
7  your question.
8    Q.  (BY MR. DUDUKGIAN) Okay. Let me
9  rephrase. Do you agree that as of today, the
10 Chugach people are using -- or Chugach people
11 have used the EEZ waters for hunting and fishing?
12     MR. McLACHLAN: Objection. Vague.
13   Q.  (BY MR. DUDUKGIAN) At any point in
14 time?
15   A.  Well, if you define it that way, I'd
16 certainly have to answer "yes."
17   Q.  Okay. I want you to identify for me, if
18 you can, the point in time after which there is
19 archeological evidence of Chugach use of the EEZ
20 waters for hunting or fishing.
21     MR. McLACHLAN: Objection. Vague.
22   A.  I -- I think, as I stated before, there
23 really is no archeological evidence.
24   Q.  (BY MR. DUDUKGIAN) At any point in time?
25   A.  At any point in time?

Page 131

1    Q.  Can you identify for me the point in
2  time after which there's anthropological evidence
3  of the Chugach using the EEZ waters for hunting
4  or fishing?
5      MR. McLACHLAN: Objection. Vague.
6    A.  I am, of course, as I stated before,
7  familiar with some of the expert reports of Matt
8  Ganley, Polly Wheeler and others citing some of
9  the oral -- oral histories that -- both the BIA
10 histories and the ones that were specifically
11 gathered for this case. The problem that I have
12 with those in answering your specific question is
13 it's -- it's -- in both instances, it's difficult
14 to -- it's -- it's different. It's difficult to
15 assess the context of some of these statements,
16 and also to identify the time period and the
17 context of, you know, some of the claims whether
18 we're referring to the time period where people
19 were using, you know, outboard motors and modern
20 skiffs and modern fishing boats. Whether we're
21 referring to the time of -- you know, where
22 people were still using kayaks and open-skin
23 boats. So I think the best way to answer that
24 is: Yes, I'm aware that there is information in
25 some of the reports that claim, based on oral

Page 132

1  histories, use of the OCS, the EEZ; but I find it
2  very hard to -- to place those in context. And,
3  really, you know, as I said, I think context is
4  very important. Time, not only -- not only
5  who -- who, referring to when, the time period,
6  and really where. We were actually talking about
7  a long stretch of coastline.
8    Q.  Okay. So, is it fair to say -- and I'm
9  going to ask the three things you identified. Is
10 it fair to say that from the anthropological
11 literature you cannot state an opinion as to when
12 the Chugach started using the EEZ waters for
13 hunting and fishing?
14     MR. McLACHLAN: Objection. Vague.
15   A.  I'm trying to figure out how to -- we
16 know -- I know, I think we all would agree that
17 during the Russian period that the Russians
18 assembled large flotillas of kayaks to go on sea
19 otter hunts, but my understanding of those
20 expeditions was that those were coastwise and
21 except for crossing the intervening waters really
22 were not -- let's call them EEZ hunts. There are
23 records from the American period when, really,
24 the hunting of furbearers was very different than
25 it was in prehistoric time of contact that talks

Page 133

1  about the method of hunting.
2      And then, like I said, we come up
3  to the -- the oral histories that were gathered
4  in the '60s and the ones that I believe were done
5  specifically for this case in 1996 and -- is that
6  correct, '96?
7    Q.  Something like that.
8    A.  And I just think that the -- it's
9  difficult to tell from the context of those --
10 the time they were referring to and really the
11 context of whether it was, you know, commercial
12 fishing during the American period or, you know,
13 really a traditional hunt, and I think the
14 further -- the further -- as I say, the further
15 away we get to the time of contact, the more
16 cultural change and disruption we're looking at.
17 So, have I considered and am I familiar with
18 those? Yes. Have I considered them in the
19 formulation of my opinions? Yes. Do I think
20 they substantially change my opinions? No, I do
21 not.
22   Q.  Okay. Sir, my question is a bit
23 different. And if you don't understand it, let
24 me know.
25   A.  Okay.

**Page 134**

1  Q. My question is this: Do you have an
2  opinion as to when, as far as the date, the year,
3  in which -- or if not the date, then the
4  period -- in which the Chugach first started
5  hunting and fishing on the EEZ?
6      MR. McLACHLAN: Objection. Vague.
7  A. Well, I -- I think -- what I've been
8  trying to explain is it's difficult to tell from
9  the context of the oral histories; and so, you
10 know, the simplest answer to that would be "no."
11 But with the foregoing qualifications.
12 Q. (BY MR. DUDUKGIAN) Okay. Do you have,
13 like, a range of dates that you could give me
14 where the Chugach first started to hunt and fish
15 on the EEZ or -- let me rephrase that.
16      What's the earliest possible date,
17 based on the literature you've reviewed, that the
18 Chugach would have started hunting and fishing on
19 the EEZ?
20      MR. McLACHLAN: Objection. Vague.
21 A. I think the flaw -- the flaw in your
22 question is the presumption that the Chugach were
23 hunting on the EEZ. I can't -- I would have -- I
24 would have to -- I would have to assume that the
25 oral histories and the information, you know,

**Page 135**

1  really prove or show that they were hunting on
2  the EEZ to state when I think they started.
3  Q. (BY MR. DUDUKGIAN) Well, let me -- let
4  me just say this: I thought you agreed with me
5  that as of today you believe that the Chugach are
6  hunting on the EEZ, correct?
7  A. I believe that, you know, at some recent
8  time period -- you know, we know that -- we know
9  that people are fishing in the outer waters. I
10 mean, they're using modern fishing boats. You
11 know, can I -- can I establish a period -- go
12 back and say that on Thursday of 1915, that's
13 when they started? I can't do that.
14 Q. Okay. That's what I was asking.
15 A. It doesn't have to be a Thursday. Could
16 have been a Friday.
17 Q. Would you say it was after -- before
18 1900 or after?
19 A. I -- I can't answer that.
20 Q. Okay. Did you reach any conclusions or
21 opinions on the nature -- well, let me back up
22 for a second.
23      I think this is a good time to
24 maybe identify -- there is -- like I said before,
25 in your report I know you referred to Pacific

**Page 136**

1  Eskimo, Chugach Eskimo, Lower Kenai Eskimo and
2  Unegkurmiut, which is U-n-e-g-k-u-r-m-i-u-t.
3      If I can start by asking: Who are
4  the Pacific Eskimo?
5  A. I think the definition of the Pacific
6  Eskimo is actually included in the name. It was
7  the -- basically, the Eskimo -- the cultural
8  group, the Eskimo cultural group living on the
9  shores of the Pacific Ocean.
10 Q. Okay. And are the Chugach Eskimo a
11 subset of the Pacific Eskimo?
12 A. They are.
13 Q. Who are included within the Chugach
14 Eskimo? I think earlier you said there were
15 eight groups; is that correct?
16 A. I think what I referred to is the fact
17 that de Laguna says there were eight groups;
18 Birket-Smith says there were eight groups, but
19 more than eight groups. I think -- what
20 Birket-Smith says is that there were eight main
21 groups and some subgroups. I think what we can
22 say is that the -- that within Prince William
23 Sound there were probably a changing subset -- a
24 changing set of local groups.
25      It might have been eight one

**Page 137**

1  century; six the next. I think what we can say
2  is that the group styled the Chugach Eskimo were
3  composed of some set of local groups.
4  Q. And do we have names for the local
5  groups today?
6  A. Today, we have the names that de Laguna
7  and Birket-Smith recorded, and there are also
8  names that some of the early explorers like
9  Portlock reported. And, as I said, some of those
10 are the same, and some are different.
11 Q. So, for example, de Laguna -- which
12 eight were they? What were the eight groups that
13 de Laguna identified? Only if you know the
14 answer.
15 A. What I can say is de Laguna identified a
16 number of local groups which she said were named
17 after either their principal village or a
18 prominent geographic feature in their local area.
19 Q. And the Unegkurmiut, are they one of the
20 eight groups?
21 A. No, not according to de Laguna.
22 Q. What about according to Birket-Smith?
23 A. Not according to Birket-Smith either, in
24 my understanding.
25 Q. The members of the five Plaintiff

Michael R. Yarborough
May 23, 2008

Page 138

1  villages in this case, are they descendents of
2  the Chugach Eskimo?
3       MR. McLACHLAN: Objection. Vague.
4  Q.  (BY MR. DUDUKGIAN) Let me rephrase it.
5       Would you consider the members of
6  the five Plaintiff villages Chugach Eskimo?
7       MR. McLACHLAN: Objection. Vague.
8  A.  That's a difficult question to answer.
9  Q.  (BY MR. DUDUKGIAN) What makes it
10 difficult?
11 A.  Well, one of -- one of -- one of the
12 village corporations within the Chugach region is
13 the Eyak Corporation.
14 Q.  Right.
15 A.  And the Eyak were certainly not Chugach.
16 There was -- there was a -- there was a criterion
17 for enrollment in a village corporation which
18 stipulated a certain fraction of the Native
19 ancestry. So, how do I answer this question?
20 There are villagers in Prince William Sound who
21 identify themselves as Chugach, and in part, to
22 the degree that they are Native and not Norwegian
23 or Russian or any other ethnicity, they are
24 descendent, as I've said in my report, from -- at
25 least from the archeological evidence that we can

Page 139

1  see -- from the same people who were living in
2  Prince William Sound 3 to 5,000 years ago.
3  Q.  Okay.
4  A.  So --
5  Q.  So, I think -- especially in more modern
6  times but throughout history, I think it's fair
7  to assume that in any geographical area there are
8  going to be some individuals, either through
9  intermarriage or travel, that are ethnically
10 different. Would you say that as of today that
11 the majority of the villagers in the five
12 villages that are the Plaintiffs in this action
13 are descended from the Chugach Eskimo?
14      MR. McLACHLAN: Objection. Vague.
15 A.  I can't answer that question.
16 Q.  (BY MR. DUDUKGIAN) Okay. You can't
17 answer because you don't know, or the question is
18 faulty?
19 A.  I think the question is faulty. But
20 assuming that I understand your question, I can't
21 answer it.
22 Q.  How did you understand my question?
23 A.  Well, I think your question is: Are the
24 majority of the descendents in the five villages
25 descended from Chugach, and I just -- I can't

Page 140

1  answer that question. I just don't know.
2  Q.  Okay. In your opinion, are any of the
3  descendents of the Unegkurmiut living in Prince
4  William Sound or Cook Inlet today -- or I should
5  just say Southcentral Alaska today?
6       MR. McLACHLAN: Objection. Vague.
7  A.  The archeological and historical
8  information strongly suggests that the
9  residents -- the residents of the outer coast of
10 the Kenai Peninsula, however you want to style
11 them, consolidated in -- well, what's now
12 Nanwalek, English Bay. So -- so to the degree --
13 to the degree that the population of that coast
14 was drawn to and concentrated around the Russian
15 then later American period trading post at
16 English Bay, now Nanwalek, then I guess the
17 answer to your question is "yes."
18 Q.  (BY MR. DUDUKGIAN) And I'm going to ask
19 you the same question, and if you don't know,
20 that's fine, just tell me.
21      Are the majority of -- of the
22 inhabitants of Port Graham and Nanwalek today
23 descended from the Unegkurmiut?
24 A.  I can't answer that.
25 Q.  Now that we have -- at least I -- you

Page 141

1  already had it straight. Now that I have the
2  terminology straight, did you reach any
3  conclusions in this case about the nature of the
4  relationship among the various Chugach groups
5  during your -- I guess, again, we should probably
6  take it down by time period, so the nature of the
7  relationship among the Chugach groups during
8  prehistoric times?
9       MR. McLACHLAN: Objection. Vague.
10 A.  We see a lot of focus on defense --
11 defensive locations for sites during the
12 prehistoric period. So I'd say the settlement --
13 the settlement period -- the settlement pattern
14 that we see through the prehistoric period
15 strongly suggests that in many instances they
16 were more interested in defense than they were
17 resource -- ease of resources.
18 Q.  (BY MR. DUDUKGIAN) Does the settlement
19 pattern suggest the people that the Chugach were
20 being defensive of?
21 A.  No.
22 Q.  So, again, just to focus -- I'm going to
23 ask you about the relationship between the
24 Chugach and the nonChugach neighbors. But as far
25 as the relationship among the -- let's call it

36 (Pages 138 to 141)

Page 142

eight Chugach groups -- just call it the Chugach groups identified by de Laguna and Birket-Smith, did you reach any conclusions as far as the nature of the relationship among the Chugach group, between the Chugach groups during prehistoric times?

MR. McLACHLAN: Objection. Vague.

A. My opinion would be that the concern -- the concern -- well, again, I'll say that the archeological settlement pattern suggests that there was a large concern, even overriding ease of access to resources like salmon streams for defense. They were afraid of someone. But to answer the question you haven't asked already, the information from the historic period suggests that the people they were concerned about defending themselves against were other Chugach groups.

Q. (BY MR. DUDUKGIAN) That information is from the historic period? Is that what you said?

A. Historic period, and de Laguna and Birket-Smith are very specific about that.

Q. But focusing just for a second -- before we move on on the prehistoric period, I just want to make sure I'm getting everything. You said

Page 143

from the prehistoric -- during the prehistoric period your opinion is that the Chugach had an overriding large concern for defense. Besides that opinion and conclusion, did you reach any other conclusions about the relationship among the Chugach peoples during prehistoric times?

A. No.

MR. McLACHLAN: Objection. Vague.

Excuse me, wait. Let me make my objections.

Q. (BY MR. DUDUKGIAN) And as far as your conclusion about the large overriding conclusion about defense, what is the basis for that conclusion? You already mentioned the sites of the settlements that were chosen. Is there anything else that suggests that the Chugach had an overriding concern for defense at that time?

A. No. I think I stated we concluded that they were concerned about defense.

Q. During historic times, did you reach a conclusion about relationships among the Chugach groups?

MR. McLACHLAN: Objection. Vague.

A. There is a large -- in this instance, I will lump the entire historic period. As I've

Page 144

stated in my report, there is considerable discussion of the fact that the Chugach were at odds with each other as often as they were with other surrounding groups.

Q. And where is this considerable discussion contained?

A. I think one of the most telling discussion is in Birket-Smith's discussions of endemic warfare. When Birket-Smith is discussing the eight groups he very often characterizes those eight local groups -- each of the individual groups in relation to their near neighbors, whether they were the aggressors or those that were preyed upon. The more powerful groups that preyed upon their neighbors or, really, the victims of intergroup violence.

Q. I think we'll come back to some of those passages, because I think you quoted from them in one of your reports. But my broader question at this time is: Were those battles and conflicts occurring -- I just want to clarify. These were conflicts occurring during the historic age, correct? Or are they historical accounts of conflicts that occurred previously?

MR. McLACHLAN: Objection. Vague.

Page 145

Q. (BY MR. DUDUKGIAN) Do you understand --

A. Yeah, I understand your question. I'm just considering my answer.

The -- I think the contemporary historical accounts address contemporary events. As I've said before, de Laguna and Birket-Smith were attempting to -- to use de Laguna's "in former times."

Q. Okay. And in your opinion, does "in former times" include prehistoric times, or is it just historic times?

A. Birket-Smith and de Laguna I would now infer that they were referring that far back.

Q. Okay. You've said previously that you considered the warfare among the Chugach peoples to be endemic. Do you still agree with that?

A. I think that's --

Q. You have to orally answer.

A. Yes.

Q. How would you define "endemic"?

A. Endemic: Characteristic, common, more norm than not.

Q. This endemic warfare, just -- your opinion that this warfare was endemic was during historic times?

Michael R. Yarborough
May 23, 2008

Page 146

1    A.   My professional opinion is that the
2  information, of course, that we have, the written
3  records, the information we have pertains to the
4  historic period.
5    Q.   Okay.
6    A.   But, as I've said, we can infer to the
7  prehistoric period that the nature of these
8  defensive sites is the result of what we know
9  about the interaction between the groups during
10 the period that we have, you know, direct
11 observation.
12           I don't think between the
13 prehistoric period and the modern period or the
14 historic period anything changed.
15   Q.   Okay. And is it common in archeological
16 science to infer facts like you did from one time
17 period to another?
18           MR. McLACHLAN: Objection. Vague.
19   A.   In the formulation of an archeological
20 report, or as I referred to before, the
21 reconstruction of a past lifeway. As I said
22 earlier, we consider lots of different avenues of
23 inquiry; and in this instance, I think the
24 inference back in time of this -- to use my word,
25 endemic warfare, is appropriate. When you look

Page 147

1  at the settlement pattern, you see the settlement
2  pattern, try to make sense out of it, the most
3  logical fit is the information that we have from
4  the historic period that suggests that warfare
5  was extremely common, which very logically
6  explains why the settlement pattern -- which
7  otherwise wouldn't make much sense -- is the way
8  it is.
9    Q.   (BY MR. DUDUKGIAN) How common was
10 warfare during the historic period between the
11 Chugach and nonChugach peoples?
12           MR. McLACHLAN: Objection. Vague.
13   A.   Well, again, I think it depends on which
14 historic period you're talking about. I think
15 during the American period, late 1800s, warfare
16 was not common. On the other hand, the
17 historical record suggests that even after
18 Russian contact during the early Russian period
19 that warfare was still fairly common. There are
20 records of Eyak incursions in Tlingit, and in
21 many -- in many instances the Russian -- the
22 early Russian period did not stop that pattern of
23 prehistoric -- continuing prehistoric warfare.
24   Q.   (BY MR. DUDUKGIAN) And what is -- what
25 are you basing your opinion on as far as

Page 148

1  conflicts between the Chugach and nonChugach
2  people in early Russian times?
3    A.   Historical record. There are specific
4  accounts.
5    Q.   Okay. And by the "historical record,"
6  do you have specific sources that you're relying
7  on?
8    A.   I'm trying to -- the answer is "yes."
9  Could I cite them at this point? I think
10 Birket-Smith and de Laguna do a very good job of
11 summarizing the -- the Eyak incursions. Some of
12 the Tlingit expansions, all of which were
13 happening during contact time, early contact
14 time, and information that's coming from the
15 various Russian-English sources.
16   Q.   Do you have an opinion as to how common
17 warfare was between the Chugach and nonChugach
18 peoples in prehistoric times?
19   A.   Again, same answer, projecting back from
20 what we know about the -- the records from the
21 contact period and also looking at the settlement
22 patterns, the defensive nature of sites, very
23 common.
24   Q.   So, would you also agree that in the
25 prehistoric period warfare between the Chugach

Page 149

1  and nonChugach was endemic?
2            MR. McLACHLAN: Objection. Vague.
3    A.   Endemic in the way it was between the
4  various Chugach groups amongst themselves, yes.
5    Q.   (BY MR. DUDUKGIAN) Okay. Now, as far as
6  the conflicts or wars between the Chugach groups
7  themselves, how many separate conflicts or wars
8  are you aware of?
9    A.   I can't answer that. I think -- I can't
10 answer that question.
11   Q.   Why is that? Is there too many to list?
12 Or you don't know? Or what's the answer?
13   A.   Well, I think to go back to my -- you
14 asked for my definition of endemic, I think it
15 was common. I think it was -- it was -- it was
16 more the norm than not. Someone -- I think it
17 might have been me -- referred to the
18 relationship between Native groups, the Aleuts,
19 Koniags as: Raid when you can get away with it;
20 trade when you had to. I think -- you talk about
21 the Pacific Eskimo culture, raiding each other is
22 just something they did. It was part of the
23 culture. It was endemic.
24   Q.   Okay. I guess if I'm understanding
25 correctly, you're taking the amount of conflict

38 (Pages 146 to 149)

Page 150

1 there was during the historic period and
2 extrapolating it back to the prehistoric period,
3 and I'm wondering if during the historic period
4 you know of any specific wars between the various
5 Chugach groups.
6    A.   There are specific references -- like I
7 said, there are -- there are references in de
8 Laguna, Birket-Smith.  There are stories and
9 legends of specific battles.  There are specific
10 stories about specific raids and specific
11 battles.  But I -- I think those are -- those are
12 maybe more memorable events of something that was
13 very common.
14    Q.   Besides reading de Laguna, Birket-Smith,
15 where else would I find legends and stories of
16 Chugach wars recounted?
17         MR. McLACHLAN:  Objection.  Vague.
18    A.   I think that would be the main source.
19    Q.   (BY MR. DUDUKGIAN)  Can you think of any
20 other sources?
21    A.   I think if I am remembering correctly --
22 I think if I'm remembering correctly -- well, no,
23 I'll stick with that answer.  I think de Laguna
24 and Birket-Smith probably give the best summary
25 of all of that literature.

Page 151

1    Q.   And are there any accounts from Russian
2 or other explorers during the early contact
3 years -- strike that.
4         Are there any accounts from Russian
5 or other non-Native peoples during the historic
6 period of battles or wars among the Chugach
7 people?
8    A.   I can't recall that point.  I'm sure
9 there are, but I can't cite you a specific --
10    Q.   Besides the ethnographic information
11 from de Laguna and Birket-Smith, are you basing
12 your opinion of the endemic Chugach warfare
13 during historic times on any other pieces of
14 evidence or information?
15    A.   It -- as I said, I believe there are --
16 I believe there are Russian accounts that talk
17 about the Native warfare, but I can't bring any
18 to mind right now.
19    Q.   Is there anything else you can think of
20 on this topic of endemic Chugach warfare during
21 historic times?
22         MR. McLACHLAN:  Objection.  Vague.
23    A.   Not at this time.
24    Q.   (BY MR. DUDUKGIAN)  Okay.  Did you reach
25 any opinions on the subsistence patterns of the

Page 152

1 Chugach people during prehistoric times?  And I
2 guess let me just clarify that.  We talked at
3 quite a bit of length on Chugach use of the EEZ,
4 and you had mentioned use of the EEZ, and you had
5 mentioned subsistence patterns as two topic
6 patterns that you were asked your opinions on.
7 If those two are the same in your mind, then I
8 won't ask you the same questions again.
9    A.   I think -- well, a lot of the
10 archeological work that has been done has gone
11 toward characterizing subsistence patterns.  My
12 wife's whole dissertation is on that very topic.
13    Q.   Okay.
14    A.   But -- so, yes, I could -- I could
15 summarize my understanding of that information
16 for you in general, if you really want.
17    Q.   Well, I guess, are you going to be
18 summarizing for me your -- I mean, are you going
19 to be summarizing for me your wife's
20 dissertation, or are you going to be summarizing
21 for me your own opinions as to the subsistence
22 patterns?
23    A.   My information on the subsistence
24 patterns on Prince William Sound, on the Kenai
25 Peninsula comes from more than my wife's

Page 153

1 dissertation.
2    Q.   Summarize it for me.
3         MR. McLACHLAN:  Objection.  Vague.
4    A.   The Pacific -- let's broaden out.  The
5 Pacific Eskimo, in general, had a maritime-based
6 subsistence pattern.  They relied on terrestrial
7 resources, but not to the degree that they relied
8 on sea mammals and fish.  The resources -- the
9 resources that they used tended to be seasonal.
10 Settlement patterns that we see reflect seasonal
11 availability of resources.  The overwhelming body
12 of evidence is that they tended to rely on fish
13 to a great degree.  I think the evidence also is
14 that they were broad-spectrum -- broad-spectrum
15 hunters.  I think they tended to eat anything and
16 everything that was available.  There was a large
17 dependence on collateral resources, clams,
18 shellfish.
19         Sea mammal hunting tended to be a
20 high-status pursuit, but I think in the main we
21 would probably see that the bulk diet was really
22 provided by fish.
23         That's in short how I would
24 characterize the subsistence patterns.
25    Q.   (BY MR. DUDUKGIAN)  In your opinion, did

Page 154

1  the Chugach hunt year-around?
2  A. Certainly.
3  Q. Did they fish year-around?
4  A. Certainly.
5     MR. McLACHLAN: Objection. Vague.
6  Q. (BY MR. DUDUKGIAN) What specific
7  species, in your opinion, did the Chugach fish
8  for in prehistoric times?
9     MR. McLACHLAN: Objection. Vague.
10 A. I think the simplest answer to that is,
11 as I said before, they certainly -- they
12 certainly were targeting specific resources as
13 they were available during certain times of the
14 year. But, as I said, I don't think that really
15 there was -- there were very few available
16 resources that they weren't using.
17 Q. (BY MR. DUDUKGIAN) Do you know of any
18 that they were not using?
19    MR. McLACHLAN: Objection. Vague.
20 A. To my knowledge, I don't know of anyone
21 who was ever -- who has ever found a crab shell
22 on an archeological site.
23 Q. (BY MR. DUDUKGIAN) Can you think of any
24 other resources that they were not using, in your
25 opinion?

Page 155

1  A. No.
2  Q. During prehistoric times, did the
3  Chugach have their own -- I believe in your
4  report you said something like self-defined
5  territory? Did the Chugach have a self-defined
6  territory in prehistoric times?
7     MR. McLACHLAN: Objection. Vague.
8  A. The Chugach, as a whole, I don't think
9  so.
10 Q. (BY MR. DUDUKGIAN) And did you -- do
11 you recall using that term "self-defined
12 territory," or am I making it up?
13 A. I think you're using it perhaps in a
14 different context than -- than I would. I mean,
15 considering -- you know, anyway, maybe you could
16 restate your question.
17 Q. Well, do you recall ever using that term
18 "self-defined territory"?
19 A. I recall that, yeah.
20 Q. How did you use that term? What did you
21 mean by it?
22 A. I think the best way to answer that is
23 to go back to my discussion earlier of the --
24 whatever number of local groups that occupied
25 Prince William Sound and the outer coast of the

Page 156

1  Kenai Peninsula. It's a cumbersome term. But I
2  think those local groups had a resource-based
3  territory, meaning a specific area within which
4  they hunted and fished. And I think that just as
5  the number of local groups probably changed over
6  time, I think that the territories -- the
7  territories is not the right word. The -- the
8  use areas of these local groups which they
9  identified as their area changed.
10    Now, there was a larger Chugach
11 identity, and I think the members of that larger
12 identity recognized that they were part of a
13 larger group, and I think that identification as
14 part of a larger group came from linguistics,
15 dialectical differences, maybe kinship ties, and
16 proximity.
17    And I note in my report that while
18 I did use the term "self-identified territory"
19 and I think that basically suggests that the
20 peoples who might have considered them Chugach as
21 distinctive from the Eyak or the Tlingit or the
22 Koniag or the Aleut recognized that they all
23 lived in Prince William Sound, or that they lived
24 along the outer coast of the Kenai Peninsula. I
25 think in that way they were self-identified. But

Page 157

1  I also recognize that the boundaries of this
2  territory was ever-changing, and that there's a
3  lot of continuum. There were not, as I mentioned
4  earlier, bright lines between these various
5  peoples. And I think there was a lot of overlap
6  and, as I mentioned earlier, if you did draw a
7  boundary on Thursday, maybe by Saturday it would
8  be very different.
9  Q. At any point in time, did these
10 boundaries extend out into what would today be
11 considered the EEZ?
12    MR. McLACHLAN: Objection. Vague.
13 A. I -- I see no evidence of that.
14 Q. (BY MR. DUDUKGIAN) What kind of
15 evidence would you be looking for?
16    MR. McLACHLAN: Objection. Vague.
17 A. I'm not sure I can -- I guess having
18 not -- having not recognized any evidence that
19 these boundaries extended out that far, I
20 couldn't tell you what that evidence would be.
21 It's -- I think the answer is, "no," I don't see
22 the evidence.
23 Q. (BY MR. DUDUKGIAN) Do you have an
24 opinion as to how far offshore these boundaries
25 would extend?

Michael R. Yarborough
May 23, 2008

Page 158

1  MR. McLACHLAN: Objection. Vague.
2  A.  I would go back and say that I -- I
3  think boundaries -- the boundaries is not a good
4  term to use here. As I said, I'm more of a
5  believer in continuum than I am sharp divisions.
6  I think that you've got -- you've got a
7  changing -- changing population, changing
8  alliances that, you know, really, as I said, to
9  draw boundaries, I think, imposes maybe a strict
10 concept that's really not applicable.
11 Q.  So if you think boundary is not the
12 right word, do you have a different word that we
13 could use?
14 A.  No, I think I used boundaries because
15 maybe it's the best word we've got. But I think
16 that, in my vision, that maybe it's not the best
17 concept.
18 Q.  Do you -- in your opinion, are the
19 waters between Prince William Sound and Middleton
20 Island considered Chugach territory?
21 MR. McLACHLAN: Objection. Vague.
22 A.  Birket-Smith notes that there was a
23 subgroup of the eastern group of Chugach Eskimo
24 who considered Wingham Island, Kayak Island,
25 Controller Bay, and Middleton Island as their

Page 159

1  local territory. I dislike that term, but -- he
2  does not speak to whether they consider the
3  waters in between as part of their identified
4  area.
5  Q.  (BY MR. DUDUKGIAN) Is there any evidence
6  that you're aware of that the waters in between
7  those areas were considered Chugach territory?
8  MR. McLACHLAN: Objection. Vague.
9  A.  It's not specifically addressed.
10 Q.  (BY MR. DUDUKGIAN) Okay. Are you aware
11 of any evidence during prehistoric times of
12 nonChugach groups harvesting resources in the
13 waters of the Gulf of Alaska between Prince
14 William Sound and Middleton Island?
15 A.  No.
16 Q.  So, I guess, just to step back and kind
17 of look at the big picture, you've stated your
18 opinion that there's no archeological evidence of
19 the Chugach using the waters of the EEZ for
20 harvesting resources. Is there any archeological
21 evidence of any other group harvesting resources
22 from the EEZ during prehistoric times?
23 MR. McLACHLAN: Objection. Vague.
24 A.  I think the same -- I think the same
25 answer I gave for the Chugach really applies to

Page 160

1  other groups, too. That there is no direct
2  archeological evidence for any group of
3  specifically harvesting resources in the EEZ.
4  Q.  (BY MR. DUDUKGIAN) Okay. What about for
5  travel through the EEZ? Is there archeological
6  evidence of any group traveling through the EEZ
7  during prehistoric times?
8  MR. McLACHLAN: Objection. Vague.
9  A.  The answer to that has got to be "yes."
10 Q.  (BY MR. DUDUKGIAN) Okay. And what
11 kinds of travel are you referring to?
12 A.  Both travel from one place to another.
13 I don't really know how else.
14 Q.  That's by the Chugach people?
15 A.  By everyone.
16 Q.  When you say "everyone," Chugach people,
17 who else? The Koniags?
18 A.  Well, to -- Kodiak -- Kodiak is an
19 island. I suspect that 7,000 -- I'm being a
20 little facetious here, but 7,000 years ago when
21 people first occupied Kodiak Island, they came
22 there by boat. We have archeological evidence of
23 trade between the various groups. We have
24 certain resources that are only available in one
25 place that show up in another. And, again,

Page 161

1  barring any other mode of transportation, then,
2  yes, I suspect there was boat travel across
3  areas -- intervening areas more than three miles
4  from shore.
5  Q.  Is there any archeological evidence of
6  the Kodiak -- the Koniag -- I guess -- is Koniag
7  the term for --
8  A.  Koniag.
9  Q.  -- Koniag trading with the villages in
10 the Prince William Sound in prehistoric times?
11 A.  There are very specific cultural trades
12 from Southeast Alaska up through Prince William
13 Sound to Kodiak Island that you can trace their
14 origin to one end of that spectrum or another.
15 There are artifact styles that show up
16 prehistorically from Kodiak that you find in
17 Prince William Sound. There are things that
18 originate in -- there are things that originate
19 in Southeast that you find from Prince William
20 Sound to Kodiak. And whether through trade or
21 other sorts of cultural contact, these -- this
22 is -- some of the questions you've asked we could
23 not specifically address archeologically. But I
24 think this one is where we can very specifically
25 say that there was a good deal of cultural

41 (Pages 158 to 161)

Northern Lights Realtime & Reporting, Inc
(907) 337-2221

EXHIBIT 2
Page 41 of 58

Page 162

1  interaction prehistorically between all of these
2  groups around the Gulf of Alaska.
3      Q.   And one last question I have on this
4  topic is: Is there archeological evidence of
5  either -- strike that.
6           Is there any archeological evidence
7  of non-Native groups harvesting species within
8  Prince William Sound?
9           MR. McLACHLAN: Objection. Vague.
10     A.   Yes.
11     Q.   (BY MR. DUDUKGIAN) And what kind of
12 evidence is there?
13          MR. McLACHLAN: Objection. Vague.
14     A.   As I mentioned -- as I mentioned
15 earlier, I'm both a prehistoric and historic
16 archeologist, and one of the -- one of my
17 employees did a large study of canneries for the
18 Forest Service. And if we define archeology and
19 historic archeology the way I do, then I would
20 say definitely. If you consider canneries of
21 historic archeology, they there's evidence -- I'm
22 extending broadly here.
23     Q.   (BY MR. DUDUKGIAN) What about during
24 prehistoric times?
25          MR. McLACHLAN: Objection. Vague.

Page 163

1      A.   De Laguna found one Chinese coin at
2  Beluga.
3      Q.   (BY MR. DUDUKGIAN) What's the
4  significance of that?
5      A.   I have no idea. But that's really the
6  only prehistoric evidence that we have of any
7  non-Native group, and that probably doesn't even
8  imply direct contact.
9           MR. McLACHLAN: I was just going to
10 say when we finish this, kind of, line, we could
11 take a break.
12          MR. DUDUKGIAN: That's a good idea.
13 I guess one or two more.
14     Q.   (BY MR. DUDUKGIAN) Is there
15 archeological evidence of nonChugach groups
16 fishing in the Lower Cook Inlet?
17          MR. McLACHLAN: Objection. Vague.
18     A.   Archeological evidence --
19     Q.   (BY MR. DUDUKGIAN) Prehistoric times.
20     A.   That -- that is a vague question, but I
21 can give you a specific answer.
22     Q.   Which part of my question is vague?
23     A.   Really, what you consider by Lower Cook
24 Inlet.
25     Q.   Okay. How would you define Lower Cook

Page 164

1  Inlet?
2      A.   Well, I would answer your question by
3  saying that we -- we -- it is well -- it is well
4  established that there were Dena'ina Indians down
5  around the coast into Kachemak Bay in at least as
6  far as Seldovia during de Laguna's times; and
7  Dena'ina Indians occupying the western shore of
8  Lower Cook Inlet over in Kachemak Bay, so I would
9  basically answer your question and say, yes,
10 there is definitely archeological evidence that
11 there were other groups, specifically the
12 Dena'ina Indians, who were definitely not Chugach
13 who were fishing the inner waters, the in-shore
14 waters of Lower Cook Inlet.
15     Q.   When you say the "inner waters,"
16 approximately how far out are you contemplating?
17     A.   I can't draw a line.
18     Q.   Would you say that it was within three
19 miles of shore?
20     A.   I think the --
21          MR. McLACHLAN: Objection. Vague.
22     A.   I think, as I've stated earlier, it is
23 my professional opinion that the resources -- the
24 people, whether they were Eskimos, Indians or
25 Aleuts or Tlingit or Eyak were available in

Page 165

1  shore. You know, three miles is a very arbitrary
2  line. But, in general, again, I'll say that it
3  is my firm belief and professional opinion that
4  we're talking about locally available in-shore
5  resources.
6           MR. DUDUKGIAN: Okay. We can take
7  a break for a few minutes.
8           (Break.)
9      Q.   (BY MR. DUDUKGIAN) Sir, did you reach
10 an opinion in this case as to whether the Chugach
11 jointly and amicably fished in prehistoric times?
12          MR. McLACHLAN: Objection. Vague.
13     Q.   (BY MR. DUDUKGIAN) And I mean for any
14 species.
15     A.   I would say -- to address your specific
16 statement, I think as a group, the Chugach did
17 not jointly, and I think I've stated here earlier
18 that while certainly there were relationships, it
19 was also not that amicable. I don't -- I think
20 the answer to your specific question would be,
21 "no," I don't think so.
22     Q.   Okay. Now, let's kind of break that
23 term apart. It's kind of a term of art that's
24 been used both in your reports and other papers.
25 But is there evidence that members of the

Page 166

```
 1   different Chugach groups jointly fished in
 2   prehistoric times?
 3           MR. McLACHLAN: Objection. Vague.
 4   A.  It would be my opinion that members of
 5   local groups, family groups, local groups would
 6   fish together. I -- I don't imagine large
 7   agglomerations of Chugach fishing together.
 8   Q.  (BY MR. DUDUKGIAN) Okay. And maybe one
 9   thing you can clarify for me. I've seen in the
10   literature the word "tribe" and the word
11   "geographical group." Is there a difference, as
12   far as in your mind, in what those two terms
13   signify?
14   A.  I think geographical group is pretty
15   self-explanatory. I remember specifically
16   Birket-Smith says that the tribe is not a good
17   term for the Chugach, and then he proceeds to use
18   it. I think geographical group -- again, I would
19   use the term local group. Group with a
20   geographic identity. A tribe -- I think tribe --
21   tribe connotes a different -- different political
22   structure than most Eskimo societies had. But,
23   like I said, both de Laguna and Birket-Smith say
24   it's a bad term and then they use it, so --
25   Q.  They use it to refer to the Chugach
```

Page 167

```
 1   people as a whole, or to the separate groups --
 2   A.  The separate groups. They call them the
 3   tribes. But, again, they say it's not a good
 4   term.
 5   Q.  Okay. And I guess, just for clarity's
 6   sake, for the next few questions I just want to
 7   use de Laguna's term of tribes.
 8           Are there -- is there -- is it your
 9   opinion that in prehistoric times members of
10   one -- before you said large -- large groups, I'm
11   not necessarily limiting it to large groups, but
12   was there evidence that members of one Chugach
13   tribe would go out with members of a different
14   Chugach tribe to go out and fish -- to go out
15   fishing or harvesting resources?
16           MR. McLACHLAN: Objection.
17   Confusing.
18   Q.  (BY MR. DUDUKGIAN) Do you understand my
19   question, sir?
20   A.  Your question has many levels. I guess,
21   is there any way to be more specific or --
22   Q.  Well, I'm just trying to understand your
23   opinion on joint use, and we'll put amicable
24   aside for a second. Your opinion on joint use --
25   joint fishing use of Prince William Sound by the
```

Page 168

```
 1   Chugach peoples during prehistoric times, and
 2   your opinion, as I understand it, is that there
 3   was not joint use of Prince William Sound by the
 4   different Chugach groups, and my question is: Is
 5   there any -- is there any evidence that you're
 6   aware of of members of one Chugach group fishing
 7   with another Chugach group within Prince William
 8   Sound?
 9   A.  There is certainly evidence from the
10   Russian period of large groups of sea otter
11   hunters coming together. But I think coming
12   together under Russian direction. There are
13   stories and legends of varying local groups
14   coming together for other purposes. But to
15   specifically answer your question, fishing, no.
16   Q.  What are these other purposes that the
17   large groups would come together for?
18   A.  There are specific stories involving
19   warfare.
20   Q.  War with known Chugach groups?
21   A.  Yes.
22   Q.  And I think my first question was
23   specific to fishing --
24   A.  Fishing. The answer to that is "no."
25   Q.  Is there evidence of large groups of
```

Page 169

```
 1   Chugach peoples coming together to hunt for any
 2   species within Prince William Sound?
 3           MR. McLACHLAN: Objection --
 4   objection. Vague.
 5   A.  During prehistoric times?
 6   Q.  (BY MR. DUDUKGIAN) Sure. Let's start
 7   with that.
 8   A.  No.
 9   Q.  During historic times, other than the
10   otter hunts you mentioned?
11   A.  Other than the otter hunts, large groups
12   of Chugach groups coming together to hunt? Not
13   that come to mind, no.
14   Q.  I'm trying to understand how you'd go
15   about determining whether or not the Chugach were
16   jointly fishing in prehistoric times. What kinds
17   of evidence would you consider?
18   A.  I think the reason that I would answer
19   "no" that there is no evidence of the Chugach
20   coming together to fish prehistorically is that
21   it would be very difficult to determine
22   archeologically.
23   Q.  Okay. And is there any
24   ethnographical -- I guess we've kind of covered
25   this and you can just say it's the same answer --
```

Page 170

1  but ethnographical evidence of joint fishing in
2  prehistoric times? You've told me what your
3  opinion is of using ethnographical evidence for
4  the prehistoric period.
5       MR. McLACHLAN: Objection. Vague.
6   A.  Not that I can recall.
7   Q.  (BY MR. DUDUKGIAN) During the historic
8  period, is there ethnographic evidence of the
9  Chugach groups fishing together within Prince
10 William Sound?
11  A.  Ethnographic evidence? Fishing?
12 Groups? I do not believe so.
13  Q.  And is there ethnographic evidence of
14 Chugach people hunting together during historic
15 times?
16       MR. McLACHLAN: Objection. Vague.
17  A.  There are accounts both in the
18 historical record and de Laguna, Birket-Smith,
19 tales and stories of various Chugach groups
20 coming together for hunting.
21  Q.  (BY MR. DUDUKGIAN) Is this the hunting
22 for the otter that the Russians were directing or
23 other types of hunts?
24  A.  I think the Russian accounts are going
25 to be, I think, specifically about the large

Page 171

1  directed sea otter hunts. But if I remember
2  correctly, I think some of the stories that
3  Birket-Smith recalled do address hunting parties,
4  too.
5   Q.  Hunting parties. Does Birket-Smith --
6  does Birket-Smith talk about what species were
7  being hunted during these historic times?
8   A.  Not that I can recall, no. Just a vague
9  recollection.
10  Q.  Okay. What's your vague recollection?
11  A.  I vaguely recall that Birket-Smith talks
12 about larger groups for hunting, but I can't be
13 more specific than that.
14  Q.  So, I guess I could just be confused,
15 but is it -- it's getting late.
16      Is it your opinion, then, that
17 during the historic period that Chugach groups
18 did not jointly hunt in Prince William Sound?
19      MR. McLACHLAN: Objection. Vague.
20  A.  Is it my opinion? I find that hard to
21 answer. In my opinion?
22  Q.  (BY MR. DUDUKGIAN) Let me withdraw that
23 question and ask a different one.
24      Do you have an opinion, one way or
25 another, whether Chugach groups hunted within

Page 172

1  Prince William Sound during the historic period?
2   A.  Again, the overwhelming record addresses
3  sea otter hunting under the Russians. It's --
4  it's -- it's what the Russians were interested
5  in. It's what the Russians tended to record.
6   Q.  Well, let me try to separate out the
7  Russians and say: Is it your opinion one way or
8  another whether the Chugach subsistence-hunted or
9  subsistence-fished together within Prince William
10 Sound during the historic period?
11      MR. McLACHLAN: Objection. Vague.
12  A.  My opinion is that, again, going back to
13 the idea of a local group and locally available
14 resources, I think the instances where it would
15 be necessary for inter- -- you admitted the use
16 of tribal. Intertribal grouping coming together
17 for hunting or fishing would have been very rare.
18 Most hunting or fishing was a solitary or a
19 small-group operation that -- except for
20 sea-otter hunting which required a different
21 technique would, in my opinion, have been very
22 rare.
23  Q.  (BY MR. DUDUKGIAN) So, first of all, I
24 didn't admit to the word tribal -- just like de
25 Laguna and Birket-Smith?

Page 173

1       MR. McLACHLAN: Bad term, but I'll
2  use it anyway.
3   Q.  (BY MR. DUDUKGIAN) I thought I heard you
4  accept from your general opinion the sea otter
5  hunts; is that correct? I'm talking about --
6  first of all, let me back up and say: During
7  historic times, were the Chugach people
8  subsistence hunting for otter, sea otter?
9       MR. McLACHLAN: Objection. Vague.
10  A.  Subsistence hunting for sea otter? My
11 understanding is that the sea otter was so
12 valuable that the Russians very strictly
13 controlled that hunt, that the Chugach groups
14 were subsistence hunting and fishing, but that
15 sea otter hunting in the main was done for the
16 Russians. I wouldn't -- I wouldn't -- I would
17 style that a commercial harvest under direction
18 of the Russians; not a subsistence hunt.
19  Q.  (BY MR. DUDUKGIAN) Okay.
20  A.  And that -- the same pertains in the
21 American period, too.
22  Q.  Now, was there -- is there evidence that
23 the Chugach peoples were hunting sea otter in
24 prehistoric times before Russian contact?
25  A.  Yes, there is.

Page 174

1   Q.   And do you have an opinion whether those
2  prehistoric otter hunts were joint hunts with the
3  various Chugach groups participating?
4           MR. McLACHLAN:  Objection.  Vague.
5   A.   My opinion is that a sea otter hunt
6  prehistorically would not have involved the large
7  flotillas gathered by the Russians.  It's
8  something that a local group could take care of
9  themselves.
10  Q.   (BY MR. DUDUKGIAN) And what is the basis
11 of your opinion?
12  A.   My knowledge of the way that at least
13 ethnographically that sea otters were hunted, I
14 think it's something that, you know, it's -- sea
15 otter hunting required -- it's something,
16 certainly, that one person could do.  But most
17 efficiently it took a couple -- a couple -- a
18 small group of kayaks.  But it's not something
19 you would need every kayak from Prince William
20 Sound to do unless you were involved in a
21 commercial hunt like the Russians were.
22  Q.   And you're basing this on the
23 ethnographic literature?
24  A.   Yes.
25  Q.   Are you basing it on anything else?

Page 175

1   A.   Both the ethnographic literature from
2  Prince William Sound and also accounts of sea
3  otter hunts from Kodiak, the Aleutians.  Most of
4  the Pacific Eskimo hunted sea otters in the same
5  way.
6   Q.   But that would still be within the
7  category of ethnographic literature?
8   A.   Yes.
9   Q.   Any other kinds of evidence that you're
10 considering for your opinion on the joint otter
11 hunts by the Chugach in prehistoric times?
12  A.   No.
13          MR. McLACHLAN:  Objection.  Vague.
14  Q.   (BY MR. DUDUKGIAN) Do you know the
15 locations where the Chugach groups hunted for sea
16 otter in prehistoric times?
17          MR. McLACHLAN:  Objection.  Vague.
18  A.   All of -- well, as I mentioned earlier,
19 the archeological evidence from -- you're
20 speaking specifically -- we're back to Prince
21 William Sound?
22  Q.   (BY MR. DUDUKGIAN) Correct.
23  A.   The archeological evidence from Prince
24 William Sound is pretty scanty.  There is
25 archeologic evidence that on Palugvik Island they

Page 176

1  were hunting otters.
2   Q.   Is there any evidence of the locations?
3   A.   Where they were hunting?
4   Q.   Yes.
5   A.   No.
6   Q.   Is there any other prehistoric evidence
7  of where they were hunting prehistorically?
8   A.   Prehistoric?  Direct archeologically?
9  No.
10  Q.   Do you know the locations where Chugach
11 hunted sea otter in historic times?
12  A.   De Laguna talks about the sea otter
13 camps on the outer shore of Montague Island in
14 former times.  There is also information from the
15 American period as to where sea otters were being
16 hunted during that time period.
17  Q.   During -- well, where was that?
18  A.   I think you -- you enumerated those
19 areas earlier, Wooded Island, areas off of
20 Montague, the sea otter camps.  De Laguna
21 specifically mentions sea otter camps along the
22 shore of Montague Island.  By the American
23 period, hunting locations had moved offshore, I
24 think, for two reasons:  One, I think the --
25 possibly the sea otters that were closer in shore

Page 177

1  on Montague had been hunted out; and, two, the
2  sea otter hunt during the American period was
3  very dependent on the availability of the
4  schooners that the Americans were using which
5  allowed them to range out further.
6   Q.   Is there any evidence that the Chugach
7  ever hunted for otter near Wessell Reef?  Are you
8  familiar with that location?
9           MR. McLACHLAN:  Objection.  Vague.
10  A.   I'm familiar with Wessell Reef.  I think
11 Davidson, who you brought up earlier, cites a
12 location that was being used during the American
13 period that was between Montague and Wessell
14 Reef, if I remember correctly.
15  Q.   (BY MR. DUDUKGIAN) And your
16 understanding is this was during the American
17 period?
18  A.   I believe that's the only reference to
19 hunting in that area.
20  Q.   In your opinion, did the Chugach fish
21 for sablefish during prehistoric times?
22          MR. McLACHLAN:  Objection.  Vague.
23  A.   I -- prehistoric?  I know of one
24 possible sablefish vertebra from all of the
25 tested archeological sites that I'm aware of.  I

Page 178

1  would suspect that given the abundance of
2  other -- of cod, rockfish, salmon, vertebrae
3  remains from a large number of archeological
4  sites that one possible sablefish vertebra is
5  very scant remains and probably suggests that it
6  was not an important subsistence item, if used at
7  all. One vertebra doesn't account for much.
8      Q.   (BY MR. DUDUKGIAN) What site was that
9  vertebra recovered from? Do you know?
10     A.   I don't recall.
11     Q.   Do you have an opinion as to whether the
12 Chugach fished for sablefish during historic
13 times?
14          MR. McLACHLAN: Objection. Vague.
15     A.   I know of no references to the Chugach
16 fishing for sablefish during historic times.
17     Q.   (BY MR. DUDUKGIAN) As far as the
18 sablefish vertebra that was found, when did you
19 first become aware of that?
20     A.   It's something my wife mentioned to me.
21     Q.   Do you know if it was in one of her
22 excavations?
23     A.   No. You'd have to ask her the specific
24 reference. But -- I think it's something someone
25 told her about.

Page 179

1      Q.   Earlier we asked whether the Chugach
2  fished year-around in prehistoric times. During
3  the winter months, which we'll define as from
4  November 1st to March 31st, do you know what
5  species of fish the Chugach fished for in
6  prehistoric times?
7           MR. McLACHLAN: Objection. Vague.
8      A.   I would -- I remember reference to
9  halibut fishing during the winter. Certainly,
10 they weren't fishing for salmon in the
11 wintertime. That's my recollection.
12     Q.   (BY MR. DUDUKGIAN) This reference, do
13 you know what literature it was in? This
14 reference to halibut fishing in the wintertime?
15     A.   I would -- I would be pretty sure that
16 it comes from either de Laguna or Birket-Smith's
17 discussion of the seasonal round. The
18 traditional, in quotes, in former times, seasonal
19 round.
20     Q.   Do you know if the Chugach, in
21 prehistoric times, hunted for any species in the
22 winter months as I defined from my previous
23 question?
24          MR. McLACHLAN: Objection. Vague.
25     A.   Not specific species.

Page 180

1      Q.   (BY MR. DUDUKGIAN) Do you know of any
2  species that they hunted during the winter months
3  in prehistoric times?
4      A.   I just don't recall at this time.
5      Q.   What I'd like to do now is show you your
6  March, 2008 report and mark it as an exhibit.
7           (Yarborough Exhibit No. 2 marked.)
8      Q.   (BY MR. DUDUKGIAN) Can you tell me all
9  people that were involved in drafting or editing
10 this report?
11     A.   All the people that were involved in
12 drafting and editing this report?
13     Q.   Right.
14          MR. McLACHLAN: Objection. Vague.
15     A.   It was drafted and edited by me.
16     Q.   (BY MR. DUDUKGIAN) Did anybody else
17 contribute to drafting any part of it?
18     A.   It contains large block quotes from
19 other people's work.
20     Q.   Right.
21     A.   But the document was crafted on my
22 computer by me.
23     Q.   Was it edited by anyone other than
24 yourself?
25     A.   Edited? Brian read it and asked a

Page 181

1  couple of questions for clarification; but all
2  the editing and writing was my own.
3      Q.   Okay. If you could skip forward to -- I
4  guess, for the record, I should ask you: This
5  Exhibit 2 that we marked is a true and accurate
6  copy of your expert report, the March, 2008
7  expert report in this case?
8      A.   Yes.
9      Q.   And on page 8, on the signature block,
10 is that a copy -- is that your signature?
11     A.   It is.
12     Q.   On page 6 is where you state your
13 opinions.
14     A.   Huh?
15     Q.   I'd like you --
16     A.   Uh-huh.
17     Q.   I'd like you to scan them quickly for me
18 and let me know when you're done.
19     A.   (Witness complies.) Okay. Okay.
20     Q.   We kind of went through this once
21 before. But having just reread your opinions in
22 this report, subject to the ones that you already
23 clarified earlier in your deposition, are there
24 any other clarifications you want to make at this
25 point in time?

Page 182

1  A.  I addressed B, and presumably at the
2  time of Russian contact. We've discussed the
3  eight tribes and groups, cultural boundaries. I
4  think I would say that these are, for the most
5  part, the conclusions from my first report, and
6  I -- as I say here, I believe them to still
7  accurately reflect my conclusions.
8  Q.  Is paragraph 22, subparagraphs A through
9  J, a complete list of the opinions you will be
10 offering at trial in this case?
11        MR. McLACHLAN: Objection.
12 Speculative. Or asks for speculation.
13 A.  I think the best way to answer that is
14 to say that, you know, these are the opinions
15 from my report and declarations, and that -- I
16 can't -- you know, I don't know what will be
17 asked of me at trial, but I -- I think these are
18 the things that I reported on, and, you know,
19 continue to believe to be true.
20 Q.  (BY MR. DUDUKGIAN) And do you have any
21 opinions relevant to this case that are not
22 presently contained within paragraph 2 of your
23 March 2008 report? I guess subject to -- I
24 understand you had a later supplemental report.
25 If you want to take a look at that, I can show

Page 183

1  you a copy.
2        MR. McLACHLAN: Objection. Vague.
3  A.  This -- this is a true and accurate
4  summation of my opinions from my prior report and
5  declarations written before this date. But I
6  think it's fairly clear from the discussion that
7  we've had today that, you know, I've certainly
8  been asked for opinions on other issues.
9  Q.  (BY MR. DUDUKGIAN) Uh-huh.
10 A.  Which I, within the area of my
11 expertise, certainly feel willing and capable of
12 addressing even though they aren't outlined here.
13 So, I'd say these are my opinions, but I think,
14 you know, upon questioning that I might be able
15 to address other things, too. It's a hard
16 question to answer.
17 Q.  All right. What other types of things
18 do you think -- I mean, I'm just having trouble
19 following -- what I'm trying to understand is:
20 Are there any other opinions you have relative to
21 this case that are not contained within -- I
22 mean, I'm not -- what I'm trying to get at is not
23 explanations or the reasons for these opinions,
24 but other separate opinions that you might have
25 relative to this case and the issues you've

Page 184

1  identified that are material to this case?
2        MR. McLACHLAN: Objection. Asked
3  and answered.
4  A.  I don't -- the document that you have
5  given me is a recapitulation of a much larger
6  report that I wrote in 1995. There is other
7  information in there that, you know, I think
8  expands upon these. As I said, this is a summary
9  of my opinions and conclusions, but I think as is
10 obvious from our discussion today, there are a
11 lot of other things that these individual
12 statements really address. So --
13 Q.  (BY MR. DUDUKGIAN) Okay. I just want to
14 ask you some specific questions about different
15 terms and things like that in this report.
16       If you look at paragraph 22B --
17 A.  22B.
18 Q.  In the last sentence of that paragraph
19 you say: "...these areas were also," quote,
20 unquote, "'used' by the Tlingit and Koniag for at
21 least travel, trade and warfare."
22       First of all, what areas are you
23 referring to?
24 A.  Okay. My intent there is to say these
25 areas, including the lands and waters of Prince

Page 185

1  William Sound, the coast between the Sound and
2  Cook Inlet, I think that's what I mean by "these
3  areas."
4        Basically, the geographical area
5  under discussion here.
6  Q.  Would these areas include any waters of
7  the EEZ?
8  A.  As stated here, no, I don't believe so.
9  Q.  Okay. And why is the word "used" in
10 quotes?
11 A.  "Used" is in quotes because of the -- I
12 think it's an imprecise term. It's a -- it's
13 a -- it encompasses all of what could be included
14 under trade, travel and warfare.
15 Q.  Okay.
16 A.  What do you use for warfare? What do
17 you use for trade? It's an imprecise term. And
18 I tend to -- I tend to put things in quotes when
19 I'm indicating that there's a broad connotation.
20 Q.  On the next page in paragraph C you
21 write: "...the groups may not have considered
22 all marine waters open to general navigation."
23       First of all, which groups are you
24 talking about? Are you talking about the Chugach
25 groups in that sentence?

Page 186

1  A. Back to the first part, the Eyak, the
2  Chugach, the Kenai -- the Kenai, Eskimo.
3  Basically, those groups.
4  Q. And I think I asked you this, but are
5  the Lower Kenai Eskimo the same as the
6  Unegkurmiut, or are they different?
7  A. The same.
8  Q. And which marine waters did the groups
9  not consider to be open to general navigation?
10 A. My interpretation would be the marine
11 waters along shore, and the inland waters of
12 Prince William Sound.
13 Q. Would any of these marine waters include
14 the EEZ?
15 A. That would not be my interpretation and
16 certainly not -- not what I'm suggesting here.
17 Q. And the other more powerful groups
18 you're referring to, who are those?
19 A. Tlingit, Koniag.
20 Q. Paragraph F, you talk about the
21 disruption of sociopolitical organization and
22 disastrous losses following Russian contact. And
23 I was wondering, in your mind, why you believe
24 that paragraph F is relevant to this case.
25 A. I think it's very relevant. We are -- I

Page 187

1  think the whole point of this discussion is to
2  establish a certain baseline and to draw that
3  line of really what and when we're discussing.
4  And I think it also -- it also addresses the fact
5  that it is very difficult because of the effects
6  that the Russians had on the Native populations
7  of Alaska. There are some giant gaps there.
8  It's really hard to look back from our
9  perspective or from de Laguna or Birket-Smith's
10 perspectives across -- across a time period when
11 disease and economic disruption, changes in
12 culture and lifestyle and really say for -- for
13 certain what the cultural lifeways were with the
14 comings of the Russians. I think it's very
15 important.
16 Q. In paragraph H you say that "...it does
17 not follow that any or all species that became
18 available during the hunt were harvested." What
19 would be a reason that a species that became
20 available was not harvested?
21    MR. McLACHLAN: Objection. Vague.
22 A. I can give you one specific example that
23 comes from my -- my interpretation of the
24 archeological record. There were very specific
25 tool types that were being used for very specific

Page 188

1  types of hunting. And if you are out in a kayak
2  with a specific set of tools targeting a specific
3  species, then you might not have the correct
4  tools to hunt -- for example, if you're out
5  hunting sea otters with sea otter darts and came
6  across a sea lion, you just might not be equipped
7  to hunt said sea lion. The different species
8  occupied different parts -- different parts of
9  the coast, different part of the environment.
10 Q. (BY MR. DUDUKGIAN) Can you think of
11 other reasons why a species might not have been
12 harvested even if it became available during a
13 hunt?
14 A. There were certain times of the year
15 when sea lions just tasted so bad that nobody
16 wanted to eat them.
17 Q. Can you think of any other reasons?
18 A. I think there were certain species
19 that -- culturally whaling -- whaling was a very
20 prestigious pursuit. There was a class of
21 hunters who were whalers. I think there were
22 probably culturally people that weren't allowed
23 to hunt whales. So I think, you know, unless you
24 were -- whaling involved a lot of ritual
25 preparation that took quite some time and was

Page 189

1  very elaborate. And I suspect that, one, if you
2  weren't part of that whaling cult or you hadn't
3  gone through the ritual preparation, that if you
4  came across a whale in one of the bays in Prince
5  William Sound that you would not hunt it. So I
6  think there would be technological, cultural
7  preference and really world view and ideological
8  reasons -- many reasons why you might be
9  targeting a certain species and come across
10 another one and not pursue it.
11 Q. In paragraph J, when you talked about
12 aboriginal use, is that another word for
13 prehistoric use?
14 A. It is, yes.
15 Q. Okay. And, let's see. I had another
16 question about this paragraph.
17    You cite Davidson as saying:
18 Chugach use at Middleton Island was seasonal and
19 temporary. When you say "temporary," do you mean
20 during a given year -- is that just a word for
21 seasonal, or is it something else like it?
22 A. If I had to give an opinion of what
23 Davidson meant for seasonal, in short term.
24 Q. When you say "short term," are you
25 saying that it was only for a few years and then