Michael R. Yarborough
May 23, 2008

Page 190

1  it stopped or --
2    A.  No, if I was -- if I was going to offer
3  an opinion of that, I mean, it's out of context
4  and there were -- any of the Pacific Eskimo
5  cultures had permanent winter villages, and, you
6  know, he goes on to talk about a few huts, and in
7  my -- in my view what that means is that, you
8  know, seasonal meaning they went out there for
9  certain times of year, and temporary in that they
10 were using lightly constructed huts and not
11 establishing permanent winter villages.
12   Q.  Okay.
13   A.  It would be my archeological
14 interpretation of that.
15   Q.  If you could turn to paragraph 11, on
16 page 3. In paragraph 11 and 12 you talk about
17 the Unegkurmiut culture, and you talk about
18 Crowell and Mann note that it was distinctly
19 individual -- it was a distinctly individual
20 culture. Why is it important that the
21 Unegkurmiut had a distinctly individual culture?
22       MR. McLACHLAN: Objection. Vague.
23   A.  I don't -- why was it important to me,
24 or why was it --
25   Q.  (BY MR. DUDUKGIAN) Why was -- why was it

Page 191

1  important enough to mention here? Why was it
2  important enough to mention in your report?
3    A.  The Unegkurmiut are an enigmatic group.
4  De Laguna speaks of them very briefly. And I
5  think she specifically says they were a
6  little-known group. I think what Aron Crowell is
7  trying to do is -- from his work out there is
8  really further defining the cultural group of
9  that shore and the -- the prehistoric sequence
10 out there.
11       And I think -- I think the reason I
12 noted that is because it just gives us a better
13 understanding of the identity of this group along
14 the outer coast of the Kenai Peninsula. That was
15 my purpose. Was just -- it's additional
16 information. It's more information than is
17 available in de Laguna.
18   Q.  But just to be clear, the Unegkurmiut
19 were not one of the Chugach groups in the area,
20 correct?
21       MR. McLACHLAN: Objection. Vague.
22   A.  The Unegkurmiut are not one of the eight
23 or more groups in Prince William Sound that de
24 Laguna mentions. She does -- she does -- she
25 talks about the eight groups, and then she

Page 192

1  mentions the Unegkurmiut, and I think her -- her
2  discussion of them is something like a
3  little-known group along. So -- I think the
4  answer to your question is, "yes," it's not one
5  of the eight.
6    Q.  (BY MR. DUDUKGIAN) Okay. And paragraph
7  13, the next paragraph, you talk about the
8  relatively low population of the area. What is
9  the significance of the relatively low
10 population?
11       MR. McLACHLAN: Objection. Vague.
12   A.  Significance to me?
13   Q.  (BY MR. DUDUKGIAN) Significance to this
14 case.
15   A.  Ahh, significance to this case?
16       MR. McLACHLAN: Objection. Vague.
17   A.  I believe that the relatively small
18 population of Prince William Sound and the outer
19 Kenai Peninsula really speaks to the nature of
20 the relationship between the Chugach and their
21 neighbors to the -- call it the south and west.
22 You mentioned before the more powerful groups,
23 the Tlingit and the Koniag. I think that had to
24 do a lot with populations.
25       Again, I think that the relatively

Page 193

1  low population of Prince William Sound really had
2  a lot to do with their relationships with their
3  neighbors.
4    Q.  (BY MR. DUDUKGIAN) Okay. In paragraph
5  17 you talk about the Eleanor Island excavation.
6  I mean, that was one that your wife participated
7  in, correct?
8    A.  It's one that she directed, yes.
9    Q.  Okay. Are you familiar with the faunal
10 remains that were recovered at that site?
11   A.  I am familiar with my wife's conclusions
12 based on the faunal remains from the site, but --
13   Q.  And is it your opinion that the species
14 recovered at Eleanor Island would have been
15 relatively available within a kilometer of the
16 island?
17       MR. McLACHLAN: Objection. Vague.
18   A.  Having read my wife's report and
19 considered the evidence therein, I certainly
20 chose to use this quote which says that very
21 thing, that the species recovered would have been
22 readily available less than a kilometer north of
23 the Island.
24   Q.  (BY MR. DUDUKGIAN) Besides your wife's
25 report, do you have any other basis to have an

Page 194

1  opinion as to whether the species recovered would
2  have been available within a kilometer north of
3  the island?
4    A.  Other than my wife's report?
5    Q.  Yes.
6    A.  No.
7    Q.  Is Charles Sheldon a source on which
8  experts in your field rely?
9    A.  Is Charles Sheldon --
10       MR. McLACHLAN: Objection. Vague.
11   A.  Let me answer that by saying that I have
12  quote -- I quoted Sheldon in my original report,
13  although on a different subject. I have used
14  Sheldon as a reference in some of my other work
15  that's not in this case. I quoted paragraph 18,
16  basically, to -- you know, to note that he was --
17  he's very well regarded by the National Parks
18  Service. I guess the best answer to that is he's
19  someone that I use.
20   Q.  (BY MR. DUDUKGIAN) Do you know whether
21  other archeologists rely upon the work of Charles
22  Sheldon?
23       MR. McLACHLAN: Objection. Vague.
24   A.  I couldn't cite any examples.
25   Q.  (BY MR. DUDUKGIAN) Okay. Finally, with

Page 195

1  this report, if you look at paragraphs 20 and 21,
2  especially 21, you talk about the Chugach having
3  a western notion of private property, and this is
4  based on Sheldon's writing, I guess -- is that
5  from 1912?
6    A.  It's from Sheldon's 1912 publication,
7  yes.
8    Q.  So that would be about 150 years after
9  Russian contact; is that right?
10   A.  Okay. Sheldon was writing in 1906.
11   Q.  Okay.
12   A.  And the publication was 1912. And could
13  you repeat the second part of that question?
14   Q.  Well, my -- let me rephrase the question
15  actually.
16       So, Sheldon was writing over 100
17  years after Russian contact. Is there any
18  evidence that you have encountered in the
19  literature that you've reviewed for this case
20  about the Chugach having, quote, unquote, western
21  notions of private property before Russian
22  contact?
23   A.  Before Russian contact? There's no
24  evidence of that.
25   Q.  I'd like to next show you the

Page 196

1  supplemental report.
2       (Yarborough Exhibit No. 3 marked.)
3    Q.  (BY MR. DUDUKGIAN) Do you recognize that
4  document?
5    A.  Yes, I do.
6    Q.  And is that your signature on page 3?
7    A.  It is.
8    Q.  And that's the supplemental report you
9  prepared in this case, correct?
10   A.  It is the -- yes.
11   Q.  I'm going to ask the same questions that
12  I asked about the other report. Are you the one
13  that drafted this report?
14   A.  Yes.
15   Q.  Did anybody besides yourself participate
16  in editing it?
17   A.  Again, same answer. Brian read it,
18  asked some questions which I answered in the
19  final version. But, as I say, the writing and
20  the editing is all mine.
21   Q.  In paragraph 3 you talk about the
22  matters you considered. Is that an exhaustive
23  list of the matters you considered for your
24  supplemental report?
25   A.  Paragraph 3? Yes, this supplemental

Page 197

1  report specifically addresses the expert -- yes,
2  the subject of this report is Matt Ganley's
3  report.
4    Q.  Okay.
5    A.  The answer is "yes."
6    Q.  And had you previously read the Davydov
7  text?
8    A.  I had cited Davydov in my '95 report.
9    Q.  And you went back and reread it?
10   A.  I went back and reread it specifically
11  to really address Matt's use of certain quotes.
12   Q.  And the version you read, was that in
13  English?
14   A.  Yes.
15   Q.  And, again, is that through our list
16  that you could get a copy of it or --
17   A.  That copy I specifically checked out of
18  the Loussac Library.
19   Q.  Upon rereading the Davydov text, did
20  you -- did it cause you to reconsider any of your
21  opinions in this case?
22   A.  No.
23   Q.  In paragraph 5 you talk about the lines
24  that Ganley drew for hypothetical travel routes
25  and how yours are different based on, quote,

Michael R. Yarborough
May 23, 2008

Page 198

1 unquote, historical descriptions. Which
2 historical descriptions are you referring to?
3   A.   Well, one of them I cite directly under
4 that, as I noted in my first report. I mean,
5 Davydov talks specifically about hunting parties
6 traveling along the coast and from island to
7 island. I think the answer -- at least one
8 answer to that question is within the report.
9   Q.   Is there -- is there any other
10 historical accounts that you relied on?
11   A.   I -- there is -- all of the Russian
12 encounters with Native people along the shore
13 that I'm aware of, every one, except for one that
14 I note in my report, details encounters with
15 parties -- boat parties in near-shore waters.
16       As I was reviewing the latest set
17 of documents that I received just recently, which
18 includes in the back a lot of illustrations of
19 Native kayaks, I think it's provided by Matt
20 Ganley, all of those historical illustrations are
21 of Native boaters in in-shore waters.
22       Both the Davydov quote that I quote
23 here, every reference, as I said, but one that
24 I've seen of encounters between Russians and the
25 Natives and all of the illustrations from Cook

Page 199

1 and Vancouver, basically, show in-shore travel,
2 and that, I think, is the basis for my opinion.
3   Q.   During prehistoric times, are you aware
4 of any off-shore travel by the Chugach groups for
5 any purpose?
6   A.   I think as I -- as I stated earlier, we
7 can infer from the archeological record that
8 there was contact in trade, and that trade and
9 contact was going in several directions. So, I
10 think -- I think I would qualify that by saying
11 that during the prehistoric period there's ample
12 archeological evidence of widespread contact
13 between the Pacific Eskimo and the Tlingit and
14 the Aleuts on both ends.
15   Q.   And would that contact imply travel by
16 the Chugach in waters that are currently in the
17 EEZ?
18   A.   It doesn't imply that to me.
19   Q.   Well, I guess if I could just ask you to
20 clarify, then, is there ample evidence of the
21 Chugach groups traveling to and from Kodiak
22 Island?
23   A.   Prehistorically?
24   Q.   Yes.
25   A.   There's a suggestion of contact back and

Page 200

1 forth, ample evidence, I think, may be
2 overstating it.
3   Q.   Okay. When you said "ample evidence,"
4 which areas were you referring to?
5   A.   As I said, there is ample evidence of
6 widespread contact between the Aleuts, the
7 Koniag, the Chugach, the Tlingits, the Eyak,
8 Pacific -- you know, the body -- the body of
9 evidence, I think, speaks to the whole Pacific
10 Eskimo group. There is -- as I said, there
11 are -- as I said earlier, there are artifact
12 styles from Prince William Sound that are very
13 obviously coming from Kodiak Island. There are
14 artifact styles, types of artifacts in Kodiak
15 that obviously came from Prince William Sound,
16 some of which originated in Southeast Alaska.
17 There is -- there is a considerable body of
18 evidence of trade and interaction back and forth
19 prehistorically.
20   Q.   Right. So I guess what I was getting at
21 is: If there was evidence of travel -- in
22 prehistoric times, evidence of travel between
23 Prince William Sound and Kodiak, doesn't that
24 necessarily imply travel through the EEZ --
25   A.   I would --

Page 201

1       MR. McLACHLAN: Objection. Vague.
2   A.   Travel across the EEZ, but not
3 exclusively through. Is that too specific?
4   Q.   (BY MR. DUDUKGIAN) No, it's not. But I
5 don't think I was asking about exclusively
6 through. To get to Kodiak Island from Prince
7 William Sound, don't they necessarily have to
8 cross the waters through the EEZ?
9   A.   Yes.
10   Q.   And the same with Middleton Island?
11   A.   Yes, you have to go more than three
12 miles offshore to go to Middleton Island.
13   Q.   The next document I want to show you is
14 the July, 2001 declaration.
15       (Yarborough Exhibit No. 4 marked.)
16   A.   Okay.
17   Q.   (BY MR. DUDUKGIAN) Do you recognize
18 this document?
19   A.   I do.
20   Q.   And if you look at page 3 at the bottom,
21 that's your signature, correct?
22   A.   It is.
23   Q.   So, when you look at paragraph 3 and you
24 talk about not one sablefish bone being
25 identified, today you testified about the one

51 (Pages 198 to 201)

Michael R. Yarborough
May 23, 2008

Page 202

1  vertebra that was discovered. Was that
2  discovered after the time of this declaration?
3     A.  Yes. And I -- my recollection is vague,
4  but I'm not even sure that one sablefish bone is
5  from the Prince William Sound and Kenai coast
6  that we're discussing. But, yes, it certainly
7  would be information that's come to light since
8  this.
9     Q.  Where else might it be from, that bone?
10    A.  Southeast Alaska. It might also be from
11 somewhere out further in the Alaska Peninsula.
12    Q.  Let's see. In paragraph 5 you talk
13 about your conclusion that "...it is unlikely
14 that the Chugach and Lower Cook Inlet Eskimos
15 used the transited portions of the OCS as hunting
16 and fishing grounds." And we've touched upon
17 this before, but can you tell me all reasons for
18 your opinion that it's unlikely that the Chugach
19 and Lower Cook Inlet Eskimos used the transited
20 portions of the OCS to hunt and fish?
21    A.  I think the answer to your question is
22 at the very end of my declaration here, and it's
23 a professional opinion based on my understanding
24 of traditional hunting patterns, the nature of
25 travel, my experience boating in some of these

Page 203

1  waters. It's a professional opinion based on
2  several different lines of -- of evidence.
3     Q.  Right --
4        MR. McLACHLAN: May I note for the
5  record, first, there's a mark under "unlikely."
6  I have a feeling that that's not what was
7  produced. I just wanted to say that for the
8  record.
9        MR. DUDUKGIAN: Okay. Fair enough.
10    Q.  (BY MR. DUDUKGIAN) So, I'm trying to
11 identify all of the different, I guess, lines or
12 factors you considered in reaching this
13 conclusion.
14       Now, did you consider any
15 archeological evidence in reaching this
16 conclusion?
17    A.  I think my archeological understanding
18 of the technology, both the hunting technology
19 informs this decision, but probably less than
20 other lines. You know, the archeological
21 evidence is suggestive based on the type of tools
22 and -- hunting tools and implements they were
23 using.
24    Q.  What kind of different hunting tools and
25 implements would they need to hunt in the

Page 204

1  transited portions of the OCS?
2        MR. McLACHLAN: Objection. Vague.
3     A.  Well, as I mentioned before, there
4  were -- and, again, I think -- my understanding
5  of the hunting patterns, subsistence species, and
6  I said personal experience, knowledge --
7  knowledge of these areas having boated them
8  myself. It's just -- it's my opinion that travel
9  is very different from hunting, and that hunting
10 is a specific activity that, basically, you have
11 to be prepared for. You have to be targeting
12 certain species. And I -- I would offer the
13 opinion that when one is traveling across the
14 open waters between the Chugach Islands and the
15 Barren Islands that one would be more concerned
16 about reaching the other side safely than
17 trawling for halibut.
18    Q.  (BY MR. DUDUKGIAN) Okay. Is it your
19 opinion that Chugach would not be prepared for
20 hunting when they transited the OCS?
21       MR. McLACHLAN: Objection. Vague.
22    A.  My opinion would be, having done some
23 kayaking, and as I've said, being familiar with
24 the nature of the tools, the nature of their
25 kayaks, that one would probably have one's

Page 205

1  hunting gear stowed while traveling through open
2  waters like that.
3     Q.  (BY MR. DUDUKGIAN) And besides your own
4  personal experience in kayaking in open waters,
5  what else are you basing this opinion on?
6        MR. McLACHLAN: Objection.
7  Misstates testimony.
8     A.  I think I could just summarize by saying
9  that I think the nature of travel -- all -- my
10 archeological experience, my background in the
11 historical literature, ethnographic literature,
12 really, everything that I know about hunting
13 patterns, traveling patterns really suggests to
14 me that travel and hunting were very different.
15 And that it -- as I say here, it was unlikely
16 that they used the transited portions of the OCS
17 as hunting and fishing grounds. I think that the
18 nature of travel often large expanses of open
19 water was very different from a hunting
20 expedition.
21    Q.  (BY MR. DUDUKGIAN) What specifically in
22 the ethnographical literature causes you to think
23 that hunting and travel were different and not
24 done at the same time?
25       MR. McLACHLAN: Objection.

52 (Pages 202 to 205)

Page 206

1  Misstates testimony.
2     A.   I think to answer that -- the best way
3  to answer that question is the ethnographic
4  literature strongly suggests to me that hunting
5  took place in near-shore sheltered waters.
6  Birket-Smith specifically says that whales were
7  only hunted in -- whales were only hunted in
8  bays; not in the open ocean. I think it's my
9  strong belief that the preponderance of the
10 ethnographic information suggests that all of the
11 Pacific Eskimos were hunting in sheltered waters.
12 And that leads me to believe that the travel
13 between -- travel between areas and open, exposed
14 ocean, which are also, I think, in the main not
15 going to be the -- possibly the most -- the most
16 conducive locales for various species. As I said
17 before, I think the hunts were targeted. I think
18 they went out for specific species and took the
19 appropriate toolkit with them that they were
20 prepared -- they were prepared for those hunts.
21    Q.   (BY MR. DUDUKGIAN) Go ahead.
22    A.   And I just -- I believe that there was a
23 difference between a targeted hunt in familiar
24 in-shore waters that one knew that certain
25 resources were available for at certain times of

Page 207

1  year and traveling from Hinchinbrook to Middleton
2  Island.
3     Q.   Do you know how long a trip from
4  Hinchinbrook to Middleton Island would take?
5         MR. McLACHLAN: Objection. Vague.
6     A.   Do you want me to speculate? I --
7  it's -- I do believe that it's in one of Matt
8  Ganley's documents that he cites -- let's see, I
9  think he says that the trip out was a lot quicker
10 than the trip back because of the tides and
11 currents.
12    Q.   Uh-huh.
13    A.   I don't remember the exact --
14    Q.   So, you have no independent knowledge
15 from your own research how long the trip would
16 take?
17    A.   No. Never made the trip.
18    Q.   Okay. You talk about certain reasons
19 why the OCS may not have been used for
20 subsistence which you enumerate in subparagraph-s
21 A, B, and C. And A is if a certain species is
22 not available on the OCS. Do you know of any
23 species that the Chugach harvested in prehistoric
24 times that are not available on the OCS? I'm
25 just --

Page 208

1     A.   Okay. Let me reread this.
2     Q.   And I'll rephrase the question.
3     A.   Yes, please do.
4     Q.   I know you wrote this quite a while ago.
5  But when you talk about species not being
6  available on the OCS, did you have a certain
7  species in mind?
8         MR. McLACHLAN: Objection.
9  Misstates the report.
10    A.   I think the -- the purpose -- I think
11 that the purpose of this -- the purpose of this
12 section was to address the opportunistic nature
13 of the hunting.
14    Q.   (BY MR. DUDUKGIAN) Uh-huh.
15    A.   Which is something that came up quite a
16 bit in my first deposition.
17    Q.   Okay.
18    A.   And I think -- I think the statement
19 there goes to really this -- the emphasis on
20 opportunistic that really came out during that
21 deposition more than to the species available.
22 The crucial part of this is the opportunistic
23 nature of the subsistence lifestyle rather than
24 species.
25    Q.   So I guess, just so I'm clear, are there

Page 209

1  any species that the Chugach claim to be
2  opportunistically harvesting that you concluded
3  just don't exist on the OCS?
4         MR. McLACHLAN: Objection.
5  Misstates the report. Vague.
6     A.   Say that one more time.
7     Q.   (BY MR. DUDUKGIAN) Well, if I'm not --
8  if I'm understanding your declaration correctly,
9  what you're saying is the Chugach couldn't
10 opportunistically hunt for a species that aren't
11 available on the OCS; is that correct?
12        MR. McLACHLAN: Objection. Vague.
13    A.   Okay. What this -- okay. This -- there
14 was a lot of discussion and a lot of -- a lot of
15 emphasis made on this term "opportunistic" back
16 when this all was going on, and we -- we were
17 discussing, really, what opportunistic means,
18 and -- and the purpose -- the purpose of this is
19 not to really discuss which species were
20 available or which species were not, but to
21 basically say opportunistic -- I think is, as
22 Matt Ganley was trying to define opportunistic,
23 he was saying that the Chugach would hunt
24 anything they came across. If they were
25 traveling from point A to point B and they came

Page 210

1  across a sea otter, a whale, a sea lion, they
2  would hunt it. And that was, basically, his --
3  I'm interpreting that as his definition of
4  opportunistic.
5      And what I'm saying here is, yes, I
6  agree that two -- to a point the Chugach were
7  opportunistic. But they weren't opportunistic if
8  they were traveling -- and I think this, again,
9  goes to Middleton Island or from Chugach Island
10 to -- the Chugach cannot opportunistically hunt
11 something that's not there. If the species is
12 not available, they can't hunt it. As I said
13 before, if you're traveling between point A and B
14 and you don't have the technology available to
15 hunt whatever you come across, then opportunistic
16 does not apply there either, and, too, it's my
17 firm belief that hunting and travel were very
18 different. I don't think the intention is here
19 to say this species is available, this species is
20 not. What I'm saying, you couldn't hunt
21 opportunistically if something wasn't there. Or
22 if you did come across something, you didn't have
23 the proper technology to hunt it if you were
24 traveling from A to B and the weather was coming
25 up. And you had your wife up in the bow and she

Page 211

1  was complaining, really, stopping a sea lion
2  would be a hindrance. And I think that's the
3  gist of what I'm saying here.
4  Q. (BY MR. DUDUKGIAN) I mean, just that
5  first part, I mean, it seems obvious to me you
6  can't hunt something that's not there, if that's
7  all you're saying.
8  A. That's basically what it says -- I think
9  it's -- like I said, I'm not sure that this
10 concept of opportunistic looms as large as it did
11 ten years ago. You know, I -- opportunistic,
12 yes, but opportunistic within limits.
13 Q. Okay.
14     MR. DUDUKGIAN: I guess we'll take
15 one last break for a few minutes, and then I have
16 just a few more questions and we'll wrap up for
17 the day.
18     (Break.)
19     (Yarborough Exhibit No. 5 marked.)
20 Q. (BY MR. DUDUKGIAN) First of all, do you
21 recognize this document?
22 A. Yes, I do.
23 Q. And on the last page that's your
24 signature, correct?
25 A. Page 7 of 7.

Page 212

1  Q. If you can turn to page 3 and 4, I guess
2  it's within paragraph 6, your general thesis is
3  that the literature demonstrates that there was
4  no joint and amicable use of the EEZ by the
5  Plaintiffs, and on page 4 to the middle of page 5
6  you have some block quotes from Birket-Smith.
7  You have some -- I think they're all from
8  Birket-Smith, although one -- one of the
9  Birket-Smith quotes on page 5 is quoting from
10 Portlock, and right before you get into these
11 block quotes the lead-in sentence is that, quote,
12 "Warfare was just as common among" -- with the
13 emphasis on the among -- "the eight Chugach
14 groups, as it was between the Chugach and their
15 Indian and Eskimo neighbors." And then you have
16 the different block quotes.
17     Earlier I asked you about the basis
18 for your opinion that there was endemic warfare
19 among the Chugach groups during the historic
20 period and the prehistoric period, and you
21 said -- am I correct in saying that the basis for
22 your opinion is the ethnographic literature?
23     MR. McLACHLAN: Objection.
24 Misstates testimony.
25 A. If I remember correctly, I said that

Page 213

1  there were both Russian accounts and ethnographic
2  literature. That's what I remember.
3  Q. (BY MR. DUDUKGIAN) Okay. And would you
4  consider these quotes just from the ethnographic
5  literature?
6  A. No, I would consider Portlock and
7  Davydov to be Russian -- well, Portlock was
8  English, I believe. These are historic accounts.
9  Q. Are these quotes the entirety of the
10 literature references that you relied on for your
11 opinion that warfare among Chugach groups was
12 endemic?
13     MR. McLACHLAN: Objection. Vague.
14 A. I would say that these are the quotes
15 that I chose to cite here, but I would not
16 specifically say it's all of them. I think --
17 let's see. This was -- okay. All right.
18     If I remember my purpose in --
19 really, the reason -- what I was addressing here,
20 let's see -- okay. Birket-Smith, de Laguna,
21 okay. I referred to some in more general terms.
22 Some of these quotes from Birket-Smith earlier in
23 terms of his recounting stories and legends, and
24 his -- as I said, a lot of -- a large part of
25 Birket-Smith's -- well, not a large part, but

54 (Pages 210 to 213)

Page 214

1  Birket-Smith's discussion of the local groups in
2  Prince William Sound almost every one of those
3  statements about this group and that group
4  address the relationship of those folks with
5  their neighbors. And almost exclusively it's the
6  contentious nature of that relationship. So I
7  think, basically, my statement earlier in general
8  and these quotes from Birket-Smith in specific
9  really go to that -- and then we go to Davydov
10 who I believe was the one who coined the term
11 "Chugach," and Portlock who was an early English
12 explorer addressed the same thing. So, I think
13 in the main, yes.
14   Q. (BY MR. DUDUKGIAN) Is it fair to say
15 that you chose the best quotes from Birket-Smith
16 to support your thesis statement that warfare was
17 just as common among the eight Chugach groups as
18 it was between the Chugach and their neighbors?
19       MR. McLACHLAN: Objection. Vague.
20   A. Actually, I don't think I chose the best
21 ones, I chose some, but, you know, going back to
22 my previous statement I think, you know, having,
23 as I said, just recently reread Birket-Smith, I
24 think I could actually include more. I can't --
25 I don't know if my intention at the time was to

Page 215

1  choose the best ones. There are -- these are
2  certainly some, and I think there are certainly
3  more.
4    Q. (BY MR. DUDUKGIAN) Sitting here in this
5  room today, can you think of any specific quotes
6  from Birket-Smith that you would -- you could
7  add?
8    A. Let's see which ones I've used in --
9  okay.
10       He said, in his -- in his
11 discussion of the local groups in Prince William
12 Sound -- which I actually just reread this
13 morning before I came over here -- you know, he
14 talks -- he talks about the stronger groups, the
15 richer groups -- the richer groups preying on
16 the -- the smaller groups. He even discusses one
17 local group of Chugach that were so poor that
18 nobody bothered with them. You know, I think if
19 my intent was to be more complete and, you know,
20 I think one could include that whole discussion
21 of Birket-Smith's.
22   Q. When Birket-Smith is using terms like
23 weaker groups and stronger groups, how do you
24 know that Birket-Smith is referring to Chugach
25 groups?

Page 216

1   A. Because his -- that discussion is
2  included within the section of his book that
3  talks about -- he's enumerating the local groups
4  just like de Laguna did, and he names a local
5  group, and then he discusses them in a paragraph.
6  And within that paragraph, he talks about, you
7  know, their -- their area -- he speaks to, you
8  know, whether they were, you know, I think
9  richer -- in terms of material goods, stronger,
10 weaker, I think in terms of population size.
11 That's actually contained within his discussion
12 of these groups in Prince William Sound. So he's
13 specifically talking about Prince William Sound
14 and the relationship between the groups. And I
15 think it would be my opinion, just from reading
16 Birket-Smith, that he talks more about the
17 contentious relationship between these groups
18 than he does -- than he does the cooperation and
19 close ties.
20       I think this quote on page 5
21 from -- a lot quoted in Birket-Smith, it talks
22 about "hated by all their neighbors, with whom
23 they were continuously at variance." You asked
24 about endemic warfare. I think that's a pretty
25 good definition.

Page 217

1   Q. Okay. Before we adjourn, I just want to
2  go back for a second and ask one follow-up on the
3  opportunistic hunting. Since you said it was
4  more prominent in the first deposition, I started
5  thinking maybe I'm missing something. So just so
6  I know exactly what you considered in formulating
7  your opinion on the opportunistic hunting in
8  transit between Prince William Sound and
9  Middleton Island and between the -- and then
10 travel between the Kenai Peninsula and Augustine
11 Island, you talked about your personal experience
12 with boating those waters; is that correct?
13   A. Yes. I have actually been from Kodiak
14 to Afognak, to the Barren Islands, to the Chugach
15 Islands and completely up the shore of the Kenai
16 Peninsula and into Prince William Sound.
17 Admittedly, it wasn't in a kayak, but it was in a
18 small enough boat that the crossing was rather
19 hairy.
20   Q. Do you have any experience crossing
21 those waters in a kayak?
22   A. I do not, but I've done -- I've done
23 kayaking in Prince William Sound.
24   Q. Okay. Have you done any kayaking in
25 traditional kayaks that would be of the type that

Michael R. Yarborough
May 23, 2008

Page 218

1  the Chugach were using?
2     A.  No.  Those are rare.
3     Q.  Okay.  Besides your personal travel in
4  offshore areas in various types of boats, what
5  else are you basing your opinion on as far as the
6  opportunistic hunting and fishing of the Chugach?
7     A.   Well, I think I answered this before.
8  As I said, I think -- I think -- I think based
9  on -- based on the archeological evidence as it
10 applies, ethnographic descriptions of seasonal
11 round, species targeted, discussions of hunting,
12 as I said, statements like Birket-Smith's as to
13 where they hunted whales, it's, one, my opinion
14 that travel for trade or warfare was different
15 than targeted hunting.
16         I mean, even -- when the Russians
17 would gather on large flotillas of badarkas or
18 kayaks to go from Kodiak and some of those fleets
19 went as far as Sitka, Southeast Alaska,
20 everything I read suggests that those were
21 hunting parties.  But, as Davydov says, they
22 traveled along shore.  They camped ashore at
23 night.  And it was targeted hunting.  That they
24 were going to specific places to hunt sea otters.
25         Like I said, that, along with my

Page 219

1  personal experience and -- just knowing how
2  dangerous the waters are.  There's Russians'
3  accounts of -- you know, the technology was an
4  amazing technology, but a lot of people died on
5  these trips, too.  And so I think it's just based
6  on, you know, what I view as the evidence that,
7  you know, opportunistic certainly applies.  But,
8  you know, there was opportunistic -- there's a
9  time and place for opportunistic.
10    Q.  And one last question:  When -- I think
11 it's undisputed that there was travel to and from
12 Middleton Island in prehistoric times.  Once they
13 got -- the Chugach peoples got to Middleton
14 Island, were they harvesting resources on
15 Middleton Island?
16         MR. McLACHLAN:  Objection.  Vague.
17    Q.  (BY MR. DUDUKGIAN)  Let me kind of break
18 that down -- and all of these questions are going
19 to be during prehistoric times.  Is there
20 evidence, archeological evidence, that the
21 Chugach people hunted any animals?  They don't
22 have to be marine animals, but any animals on
23 Middleton Island itself?
24    A.   I will be very specific here because,
25 again, I think we're dealing with the definition

Page 220

1  of prehistoric and what we know.  I think if we,
2  as most archeologists would, separate the
3  prehistoric from that protohistoric period,
4  Russians did visit Middleton Island and find
5  Chugach people there.  And I guess one could
6  argue that that was the point of contact, at
7  least for Middleton Island.  The first time the
8  Russians went there and found Native peoples on
9  that island, if you were being very specific, you
10 could say, okay, that's the beginning of the
11 historic period for Middleton Island.  So, if you
12 consider that the day before the Russians got
13 there was precontact, then I think I could -- I
14 would allow as how -- I'm being -- I would allow
15 as how there were people there precontact.  But
16 I -- I don't think anyone can say how far back
17 that occupation of Middleton goes.  We know -- we
18 know that there is at least one house pit site on
19 Middleton Island, but no one has ever established
20 its time date.  So, by the very fact that
21 Russians went there and found people there, then
22 there would be people there, quote, unquote,
23 precontact.  But I could not say with any degree
24 of certainty that there were people on Middleton
25 Island 2,000, 3,000 years ago.

Page 221

1     Q.  Have there been any excavations on
2  Middleton?
3     A.  No.
4     Q.  And there's been no analysis of any
5  faunal remains?
6     A.  No.  I'm not -- no.
7         MR. DUDUKGIAN:  Okay.  I have no
8  further questions, sir.
9         MR. McLACHLAN:  I have a couple of
10 things.  One, I'd like to reserve our opportunity
11 under Rule 30 to review -- under Rule 30(d)1 --
12 excuse me, 30(e) to review the transcript and
13 make any corrections that are necessary.
14             EXAMINATION
15    Q.  (BY MR. McLACHLAN)  Mr. Yarborough, are
16 the opinions and conclusions included in the
17 reports and declarations you've offered in this
18 case and in the previous case that we've referred
19 to as the TRAWLER DIANE MARIE case within your
20 area of expertise?
21         MR. DUDUKGIAN:  Compound and vague.
22    A.   The -- yes.  The types of information
23 that I deal with in my reports and declarations
24 is in no way different from the type of work that
25 I have done throughout my professional career.

56 (Pages 218 to 221)

Page 222

1   It's the type of information, whether it's
2   archeological, historical, ethnographical, that I
3   really address wherever I'm working in Alaska,
4   whether it's Southeast, the Aleutians, the
5   Interior. So, I think, really, my report and
6   declarations is very much what I do for a living.
7   Q.   (BY MR. McLACHLAN) Okay. I want to go
8   back to Exhibit 4, if you could pull that out.
9   A.   5.
10       MR. McLACHLAN: It's the
11  declaration of Mike Yarborough. It says
12  "declaration" straight up.
13  Q.   (BY MR. McLACHLAN) I want to direct
14  your attention to paragraph 5 -- or excuse me,
15  paragraph 6.
16  A.   Uh-huh.
17  Q.   And that paragraph says: "Despite this
18  travel, I believe that it is unlikely that the
19  Chugach and Lower Cook Inlet Eskimos used the
20  transited portions of the OCS as hunting and
21  fishing grounds."
22       And I wanted to point that out to
23  you because for my next question, just to provide
24  the context, do you have an opinion whether the
25  people who occupied Prince William Sound and the

Page 223

1   Lower Kenai Peninsula in the prehistoric era
2   customarily or regularly used what is now
3   referred to as the EEZ or the OCS for subsistence
4   purposes?
5       MR. DUDUKGIAN: Vague.
6   A.   I think -- I think, really, that -- that
7   question is real -- has really been at the core
8   of my report, and all of my declarations. I
9   think it's -- it's the -- it's the thing from
10  looking at the evidence that I have been trying
11  to form an opinion on, and I would say,
12  basically, throughout the reading, the study I've
13  done in my reports and declarations, I -- I think
14  my opinion is that they did not.
15  Q.   (BY MR. McLACHLAN) Earlier in your
16  deposition Mr. Dudukgian asked you some questions
17  about a report from a -- I believe it's Ronald
18  Stanek. Do you recall that?
19  A.   Yes, I do.
20  Q.   And you testified -- he asked you some
21  questions about whether -- and I'm paraphrasing
22  here -- whether you generally relied on the work
23  of Mr. Stanek in your work as an archeologist.
24  My question to you is -- and I believe your
25  testimony was that you did not.

Page 224

1       My question to you is: Can you
2   explain the reason why, generally, you have not
3   used the work of Mr. Stanek in your archeological
4   work?
5   A.   Let me first say that I don't -- I don't
6   think that Ron Stanek's work is something that it
7   would be unusual for archeologists to use in the
8   background literature, research for a particular
9   project.
10      You know, I would say personally
11  Ron Stanek's work would not be something that I
12  would, say, customarily use simply because it
13  deals with a time period that's -- that's really
14  more recent than I normally deal with.
15  Q.   Would work -- would reports similar to
16  Mr. Stanek's be the type that archeologists would
17  utilize when they were evaluating the topics that
18  you evaluated and opined on in the reports that
19  you have submitted in this case?
20      MR. DUDUKGIAN: Objection. Vague.
21  A.   I think the best way to answer that is
22  to say that -- that I have -- I have read Ron
23  Stanek's reports. It's -- or his report. And,
24  again, I would say that it's -- it's one of many
25  lines of evidence that would be used in the

Page 225

1   consideration. But in the main, I think it
2   really -- it addresses a time period that's
3   possibly more recent than I would consider
4   pertinent, more pertinent than other lines of
5   evidence.
6       MR. McLACHLAN: I have no further
7   questions.
8       FURTHER EXAMINATION
9   Q.   (BY MR. DUDUKGIAN) I just have one
10  follow-up question. I asked you about your
11  business address. Is it the case that you reside
12  here in Anchorage?
13  A.   Yes.
14      (Deposition adjourned at 5:20 p.m.)

57 (Pages 222 to 225)

Michael R. Yarborough
May 23, 2008

Page 226

```
 1         WITNESS CERTIFICATE
 2  MICHAEL R. YARBOROUGH    Taken on May 23, 2008
 3
    Eyak, et al. v. Gutierrez; A98-365-CV (HRH)
 4
 5  I hereby certify that I have read the foregoing
    deposition and accept it as true and correct,
 6  with the following exceptions:
 7  =====================================================
 8  PAGE    LINE    CORRECTION/REASON
 9  ____    ____    _____
10  ____    ____    _____
11  ____    ____    _____
12  ____    ____    _____
13  ____    ____    _____
14  ____    ____    _____
15  ____    ____    _____
16  ____    ____    _____
17  ____    ____    _____
18  ____    ____    _____
19  ____    ____    _____
20
21
22  _____    _____
    Date            MICHAEL R. YARBOROUGH
23
24  (Use additional paper to note corrections as
    needed, signing and dating each page.)    (SMM)
25
```

Page 227

```
 1         REPORTER'S CERTIFICATE
 2
 3      I, SANDRA M. MIEROP, Certified Realtime
 4  Reporter and Notary Public in and for the State of
 5  Alaska do hereby certify:
 6      That the witness in the foregoing proceedings
 7  was duly sworn; that the proceedings were then taken
 8  before me at the time and place herein set forth;
 9  that the testimony and proceedings were reported
10  stenographically by me and later transcribed under
11  my direction by computer transcription; that the
12  foregoing is a true record of the testimony and
13  proceedings taken at that time; that the witness
14  requested signature; and that I am not a party to,
15  nor do I have any interest in, the outcome of the
16  action herein contained.
17      IN WITNESS WHEREOF, I have hereunto subscribed
18  my hand and affixed my seal this 6th day of June,
19  2008.
20
21
22      _____
        SANDRA M. MIEROP, CRR, CCP
23      Notary Public for Alaska
        My commission expires: 9/18/11
24
25
```

58 (Pages 226 to 227)

Northern Lights Realtime & Reporting, Inc
(907) 337-2221

EXHIBIT  2
Page 58 of 58