# ARCTIC ANTHROPOLOGY

Founded by Chester S. Chard

Vol. 35                                         1998                                         No. 1

## NORTH PACIFIC AND BERING SEA MARITIME SOCIETIES
## The Archaeology of Prehistoric and Early Historic Coastal Peoples

### CONTENTS

Introduction .............................. Allen P. McCartney, Hiroaki Okada, Atsuko Okada, and William Workman   1

The Development of Maritime Adaptations on the Southern Northwest Coast of North America .................. Jon M. Erlandson, Mark A. Tveskov, and R. Scott Byram   6

Coastal British Columbia in the Light of North Pacific Maritime Adaptations .............................. Roy L. Carlson   23

Maritime Adaptation and Evolution of the Developed Northwest Coast Pattern on the Central Northwest Coast ........... Gary Coupland   36

Contingency and Agency in the Growth of Northwest Coast Maritime Economies ................................. Aubrey Cannon   57

Economic Prehistory of the Northern British Columbia Coast ....... Kenneth M. Ames   68

Northern Northwest Coast Regional Overview ................... Madonna L. Moss   88

Holocene Geologic and Climatic History around the Gulf of Alaska .............. Daniel H. Mann, Aron L. Crowell, Thomas D. Hamilton, and Bruce P. Finney   112

Prehistoric Maritime Adaptations of Prince William Sound and the Pacific Coast of the Kenai Peninsula ........ Michael R. Yarborough and Linda Finn Yarborough   132

Archaeology of the Southern Kenai Peninsula................. William B. Workman   146

Archaeology of the Northern Kenai Peninsula and Upper Cook Inlet .. Douglas S. Reger   160

Kodiak Island: The Later Cultures............................. Donald W. Clark   172

Maritime Adaptation on the Northern Alaska Peninsula............. Don E. Dumond   187

Origins and Development of Maritime Adaptations in the Northwest Pacific Region of North America: A Zooarchaeological Perspective .. David R. Yesner   204

Prehistoric Maritime Adaptations in the Western and Central Aleutian Islands, Alaska............................. Douglas W. Veltre   223

An Archaeology of the Central Yupik: A Regional Overview for the Yukon-Kuskokwim Delta, Northern Bristol Bay, and Nunivak Island. ....................................... Robert D. Shaw   234

EXHIBIT 3
Page 1 of 17

Early Maritime Traditions in the Bering, Chukchi,
and East Siberian Seas.................................... Robert E. Ackerman   247

The Development of Maritime Adaptations among the Early
Populations of the Northwest Bering Sea Region............ Aleksandr A. Orekhov   263

Fishing as an Early Form of Maritime Adaptation on the Pacific
Coast of Northeast Asia................................... Ruslan S. Vasil'evskii   281

Maritime Cultures of the North Coast of the Sea of Okhotsk... Aleksandr I. Lebedintsev   296

The Sea Mammal Hunting Cultures of the Okhotsk Sea with
Special Reference to Hokkaido Prehistory ..................... Kiyoshi Yamaura   321

Maritime Adaptations in Northern Japan ........................ Hiroaki Okada   335

Maritime Adaptations in Hokkaido .............................. Atsuko Okada   340

Long-Distance Trade Networks and Shipping in the Ezo Region ........ Tezuka Kaoru   350

Coast to Coast: Prehistoric Maritime Cultures            William B. Workman and
in the North Pacific...................................... Allen P. McCartney   361

*Cover illustration:* Mask of Salmon Dancer. F. Boas, The Social
Organization and the Secret Societies of the Kwakiutl Indians,
pp. 311-738. *Report of the U.S. National Museum for the Year 1895.*
Government Printing Office, Washington, D. C., 1897.

EXHIBIT  3
Page  2  of  17

*ARCTIC ANTHROPOLOGY* is an international journal devoted to the study of northern cultures and peoples, past and present, in both the Old and New Worlds. Archaeology, ethnology, ethnohistory, linguistics, human biology, and other related fields are represented. The journal also invites translations of Russian, Japanese, Chinese, Korean, and Scandinavian contributions to these subjects.

*EDITORIAL BOARD*   *Editor:* Allen P. McCartney (University of Arkansas); *Associate Editors:* Ann Fienup-Riordan (Anchorage, Alaska), Hans Christian Gulløv (National Museum of Denmark), Robert W. Jarvenpa (State University of New York, Albany), Susan A. Kaplan (The Peary-MacMillan Arctic Museum, Bowdoin College), Michael E. Krauss (Alaska Native Language Center, University of Alaska-Fairbanks), Igor I. Krupnik (Arctic Studies Center, Smithsonian Institution), Catharine McClellan (University of Wisconsin), Hiroaki Okada (Hokkaido University, Japan), James M. Savelle (McGill University, Canada), Pamela Stern (University of California-Berkeley), J. Garth Taylor (Canadian Museum of Civilization, Canada), George W. Wenzel (McGill University, Canada), William B. Workman (University of Alaska-Anchorage); *Assistant Editor:* Deborah R. Sabo (University of Arkansas).

*EDITORIAL OFFICE*   Department of Anthropology, University of Arkansas, Fayetteville, Arkansas 72701, (501) 575-2508, FAX (501) 575-6595. *ARCTIC ANTHROPOLOGY* invites the submission of suitable manuscripts; see inside back cover for details.

*BUSINESS OFFICE*   All correspondence concerning subscriptions and other allied matters should be sent to: Journal Division, The University of Wisconsin Press, 2537 Daniels Street, Madison, Wisconsin 53718, (608) 224-3880.

*SUBSCRIPTION RATE*   Libraries/institutions $115/year; individuals $36/year (must prepay). Add $8.00/year for foreign subscriptions; airmail service $11/year additional.

*POSTMASTER:*   Send address changes to: *ARCTIC ANTHROPOLOGY,* Journal Division, University of Wisconsin Press, 2537 Daniels Street, Madison, Wisconsin 53718. Postage paid at Madison, Wisconsin, and at additional mailing offices.

Authorization to photocopy items for internal or personal use, or the internal or personal use of specific clients, is granted by the Board of Regents of the University of Wisconsin System for libraries and other users registered with the Copyright Clearance Center (CCC) Transactional Reporting Service, provided that the base fee of $1.50 per copy is paid directly to CCC, 21 Congress Street, Salem, Massachusetts 01970. 0065-955X/84 $1.50/0

*ARCTIC ANTHROPOLOGY* is published twice yearly by The University of Wisconsin Press. ©1998 by the Board of Regents of The University of Wisconsin System.

ISSN 0066-6939

nf-14d

EXHIBIT 3
Page 3 of 17

# PREHISTORIC MARITIME ADAPTATIONS OF PRINCE WILLIAM SOUND AND THE PACIFIC COAST OF THE KENAI PENINSULA

MICHAEL R. YARBOROUGH and LINDA FINN YARBOROUGH

*Abstract.* Prince William Sound and the outer Kenai Peninsula coast were the homeland of the Chugach and the Unegkurmiut, two related groups of Pacific Eskimo with a Modified Maritime subsistence and settlement pattern. Despite a wealth of climatic, tectonic, biological, and ethnohistorical data for the region, knowledge of the area's archaeology is still rather meager. The oldest radiocarbon date from the Kenai coast is only 1710 ± 120 BP. Out of necessity, this discussion focuses primarily on Prince William Sound, where the earliest known occupation dates to about 4400 BP. However, even for the sound, there are more questions than answers.

Despite these weaknesses, this region may be ideal for viewing the interaction between people and their subsistence base, and exploring the relationship between maritime resources and cultural change. Holocene climatic fluctuations may have affected faunal habitat sufficiently to require adjustments in not only patterns of resource use, but also settlement patterns, social organization, and inter-group relationships. Such adjustments might be most noticeable in areas where earthquake activity could have compounded the effects of environmental change and the prehistoric residents may have had to struggle to adapt their maritime-oriented culture to variations in resource availability.

## Introduction

The following regional overview of Prince William Sound and the adjacent coastline of the Gulf of Alaska (Figs. 1 and 2) focuses on an area that extends westward from the offshore islands in Controller Bay to the mouth of Cook Inlet. For the region, there is a rather impressive body of climatic, tectonic, and biological data to consider. There are also the observations of early explorers and ethnographic information recorded by Birket-Smith (1953) and de Laguna (1956). Our knowledge of the area's archaeology, however, is meager. In the entire region, there have been only two large-scale excavations; all other past work has been limited to survey and testing. Out of necessity, much of this discussion focuses on Prince William Sound, although even here there are more questions than answers.

The region conveniently corresponds with the homelands of two closely related groups of Pacific Eskimo. To paraphrase Birket-Smith (1953:

Michael R. Yarborough, Cultural Resource Consultants, 3504 East 67th Avenue, Anchorage, AK 99507
Linda Finn Yarborough, University of Wisconsin-Madison and Chugach National Forest,
3301 C Street, Suite 300, Anchorage, AK 99503-3998

ARCTIC ANTHROPOLOGY Vol. 35, No. 1, pp. 132–145, 1998

EXHIBIT 3
Page 4 of 17



**Figure 1.** Map of Prince William Sound.

18), Prince William Sound and the adjacent islands comprise the habitat of the Chugach Eskimo. The gulf coast of the Kenai Peninsula was occupied by the Chugach's nearest neighbors to the west, the Eskimo of Resurrection Bay, Nuka Bay, and Port Graham (Birket-Smith 1953:99). The Eyak, on the very eastern edge of the sound, will be briefly mentioned and then largely ignored. Although there is good ethnographic information on this Indian group, there is compelling evidence that they are recent arrivals into the region (de Laguna 1990).

The people of the sound and the Kenai coast, like other North Pacific groups, were more than simple hunter-gatherers. Available historical and ethnographic information suggests that they had many of the characteristics associated with social complexity: sedentism, elaborate burial customs, occupational and task specialization, the potential for dietary surplus, redistributive economies, terri-

EXHIBIT 3
Page 5 of 17



Figure 2. Map of the Gulf Coast of the Kenai Peninsula.

torial boundaries, long-distance exchange networks, technological innovation, and warfare (Price and Brown 1985). In addition, the social inequality observed by early explorers and missionaries warrants their being categorized as ranked societies (Townsend 1980; Yarborough 1995:2). Recently available archaeological information also suggests that sedentism, population density, and social complexity increased over time (cf., Erlandson et al. 1992).

## Environmental Setting

### Physiography and Coastal Morphology

Prince William Sound, an irregular, 113 km-wide embayment, lies within a maturely eroded part of the Kenai-Chugach Mountains (Grant and Higgins 1910:14; Wahrhaftig 1965:39; Orth 1967:778). These rugged, 900 to 4000 m mountains along the northern coast of the Gulf of Alaska also form the "backbone" of the Kenai Peninsula (Lethcoe 1987: 56). Deep fjords and sounds mark the southern face of the mountains, and ridges extend southward as chains of islands (Wahrhaftig 1965:40).

The Copper River, the major drainage in the region, crosses the eastern part of the Chugach Mountains in a canyon 1.8 to 2.1 km deep (Wahrhaftig 1965:40). The river delta forms the westernmost portion of a relatively straight, exposed coast broken only occasionally by large fjords (Wahrhaftig 1965:41).

Prince William Sound, with roughly 4800 km of shoreline, is comprised of an intricate system of bays and islands (Grant and Higgins 1910:15; Lethcoe 1987:1). Fjords are common in the northern and northwestern areas of the sound, while the eastern part is characterized more by relatively flat, low islands and forelands (Grant and Higgins 1910:15–17). There are numerous coastal streams in the sound, although most head in glaciers and are short and swift (Wahrhaftig 1965:40; Alaska Department of Fish and Game 1978:11).

The islands of southwestern Prince William Sound and the outer coast of the Kenai Peninsula are dominated by bedrock shorelines. Shores exposed to large waves are typically characterized by

EXHIBIT 3
Page 6 of 17

high cliffs, while scarps in more sheltered areas have a lower relief. Depositional features such as sand and gravel beaches and "river mouth delta-tidal flat and salt marsh systems" are common only in protected waters (Hayes 1986:446–467).

## Glacial History

The large ice fields and numerous valley glaciers found today in the Chugach and Kenai mountains are but remnants of a much larger late Pleistocene ice sheet. Ice flowing from the mountains coalesced in Prince William Sound to form a huge piedmont glacier which probably extended at least to Montague and Hinchinbrook islands (Heusser 1983:337). Prince William Sound was apparently deglaciated later than other areas of south-central Alaska. Heavy snowfall during the late Pleistocene evidently maintained the glaciers here even as the ice wasted in neighboring regions. Deglaciation began sometime prior to 10,000 BP, although it was not until about 9000 BP that lower elevations were completely ice free (Heusser 1983:337, 353; 1985:153).

In the Kenai Mountains, there is depositional and erosional evidence for five Pleistocene glaciations (Karlstrom 1964:53). During late Wisconsin times, "mountain glaciers coalesced as an ice cap over the seaward side of the Kenai Peninsula and down fjords such as Nuka Bay" (Mobley et al. 1990:40). Harding Icefield, covering approximately 1865 km², is a vestige of this ice mass (Alaska Planning Group 1975:32).

There were three major intervals of late Holocene glaciation in the mountains of the Kenai Peninsula: one that began about 3600 BP, a second that commenced about 1350 BP, and a third that lasted from about 650 to 100 BP (Wiles and Calkin 1994:281). Similar periods of Neoglacial advance are seen in western Prince William Sound. The first advance in this area dates between about 3200 and 2400 BP (Heusser 1983:351). The second occurred about 1410 BP (Heusser 1983:351), while the third began between 650 and 580 years ago, and ended sometime during the nineteenth century (Post 1980).

## Holocene Tectonics

The tectonic movement associated with the 1964 Alaskan earthquake was only the latest in a long series of deformations in the region (Plafker 1969:1). Paleoseismic data from the area indicate that there have been earthquakes on the order of the 1964 event every 650 to 850 years since about 3035 BP. During the past several thousand years, the trend has been one of emergence of portions of the continental margin and concurrent submergence of the Chugach, Kenai, and Kodiak mountains. In general, there is a correspondence between zones where there was a significant amount of uplift or subsidence during the 1964 earthquake and areas of net emergence or submergence during the late Holocene (Plafker 1969:62). The seismic cycle in the region is complex, however, and uplifted areas can subside as much or more between earthquakes as they are raised during events (George Plafker, personal communication, 1990).

Studies done after 1964 suggest that much of the coast affected by the Alaskan earthquake had also experienced a pronounced, short-term tectonic submergence (Plafker 1969:60–61). Radiocarbon dates from samples of submerged terrestrial vegetation taken from Seward to Cape Suckling show that this submergence occurred gradually or in numerous small increments, and generally took place at a rate of approximately 52 cm per century during the last 930 years. The upper limit for the duration of this submergence is uncertain, but it could have begun as early as 1350 BP (Plafker 1969:62).

## Holocene Climate and Vegetation

During the past 10,000 years, the North Pacific region has experienced two gross environmental periods (Heusser et al. 1985). The early Holocene was characterized by warm temperatures and low precipitation, while the late Holocene (after 5000 BP) featured higher precipitation and lower temperatures. Increased storm activity during the late Holocene, combined with steadily decreasing temperatures, brought on the Neoglacial episodes described above (Heusser et al. 1985:486–487).

The weather during the final Neoglacial advance was described by Tikhmenev (1978:417) in the mid-nineteenth century:

> The shores of Chugach Bay present a cheerless picture. They and the high snow-capped mountains hovering above the shore are enveloped by eternal fog accompanied by a continuous sleet or drizzling rain. The ice in the ravines and crevices in the mountains never melts. There is bad weather here at least three quarters of the year. The thermometer does not rise above 12 [degrees C].

The earliest human migrants into the region probably found a landscape dominated by sedge tundra with thickets of willow and alder. Sitka spruce and hemlock entered the pollen record about 3000 BP, although it has only been during the last 2000 years that they have replaced much of the alder. The establishment of stands of conifers in Prince William Sound was the result of a migration northwestward along the coast of the Gulf of Alaska that took place as storm tracks strengthened during the late Holocene (Heusser 1983, 1985).

EXHIBIT 3
Page 7 of 17

### Resources

Terrestrial mammals are relatively abundant on the mainland and islands of Prince William Sound and the outer Kenai coast. The species present, including mountain goat, bears, wolf, fox, wolverine, mink, weasel, marten, porcupine, marmot, beaver, squirrel, muskrat, and land otter, are typical of coastal western hemlock-Sitka spruce-mountain hemlock and alpine tundra ecosystems. Among the marine mammals found in the region are sea otters, harbor seal, sea lions, and a variety of cetaceans (National Park Service 1988:33; Yarborough and Yarborough 1996). Fur seals, occasional visitors to the area, may have been more plentiful prior to overhunting in the nineteenth and early twentieth centuries (Dennis McAllister, personal communication, 1990).

Only a few species of birds are found year round in the area. Their numbers are augmented, however, by the many migratory species which either summer or winter along the coast (Isleib and Kessel 1992). Runs of king, red, and silver salmon are small in the sound, although pink and chum salmon are common during the spawning season (Yarborough and Yarborough 1996). All of the salmon species spawn in the streams of the Kenai coast (National Park Service 1988:34). Both bottom and mid-water fish are plentiful. Among the freshwater fish found in nearby lakes and streams are trout and Dolly Varden. A wide variety of shellfish and invertebrates are found in the area, both in the intertidal zone and deeper water (National Park Service 1988:34; Yarborough and Yarborough 1996).

## Cultural Setting

### History of Research

The most significant archaeological research in Prince William Sound to date was done by Frederica de Laguna (1956) during the summers of 1930 and 1933. De Laguna conducted an intensive survey of the sound and undertook a major excavation at Palugvik on Hawkins Island. Other work has included burial cave investigations by Johan Jacobsen in the late nineteenth century and Edmond Meany in the early twentieth century (de Laguna 1956:90–91), site identification and recording in conjunction with the Alaska Native Claims Settlement Act 14(h)(1) selections, a survey by John Lobdell (1976), site inventory by Chugach Alaska Corporation, and surveys by the U.S. Forest Service.

During the summer of 1988, the authors of this paper excavated at Uqciuvit, a large, multicomponent village site in northwestern Prince William Sound (Yarborough and Yarborough 1996). In 1989, archaeologists employed by Exxon Company, USA surveyed approximately 1600 km of shoreline in areas of southwestern Prince William Sound impacted by the *Exxon Valdez* oil spill (Mobley et al. 1990:170). Also during 1989, SJS Archaeological Services inspected a road corridor and associated recreation areas on the southern end of Montague Island (Jensen 1990). Exxon archaeologists returned to the sound during the summer of 1990 for additional oil spill related survey work (Haggarty and Wooley 1990).

In 1991, personnel from both the State University of New York (SUNY) at Binghamton and the Alaska Office of History and Archaeology (OHA) conducted independent field studies to assess the effects of oil contamination on selected sites along the northern Gulf of Alaska coast (Dekin 1993; Reger et al. 1992). The SUNY-Binghamton and OHA archaeologists surveyed and tested six different sites in the sound. Archaeologists from the Chugach National Forest have also conducted oil spill related research, testing three sites between 1993 and 1995 (Yarborough 1997). Forest Service crews have also gathered information from six other sites during reburial of repatriated human remains.

Our limited knowledge of the archaeology of the outer coast of the Kenai Peninsula comes from surveys by the State of Alaska (McMahan and Holmes 1987), the National Park Service (Shields 1983), and the Bureau of Indian Affairs (1991). In addition, work done following the *Exxon Valdez* oil spill included surveys by Exxon archaeologists in 1989 and 1990, testing of a site in McArthur Pass by both Exxon (Betts et al. 1991) and a joint crew from the National Park Service and Chugach Alaska Corporation (Schaaf and Johnson 1990), visits to all but five of the known sites in the Port Dick and Nuka Passage area by an OHA field crew in 1990 (McMahon 1991), and surveys along the shore of the Kenai Fjords National Park by Crowell and Mann (1996) in 1993. The 1991 SUNY-Binghamton and OHA oil contamination studies also involved work along the coast of the Kenai Peninsula. OHA archaeologists investigated six sites in the Nuka Passage area, although only one was extensively tested (Reger et al. 1992:6). The Binghamton crew excavated at sites in Port Dick and along the shore of McArthur Pass.

### Ethnohistoric Boundaries

Historically, Prince William Sound was occupied by eight geographic groups of Chugach Eskimo. Although these groups shared the same language and culture, each was politically independent, with its own leader and principal village (de Laguna 1956:27). The coast between Prince William Sound and Cook Inlet was apparently inhabited by the Unegkurmiut (Unikhkurmiut, Unixkugmiut), a mostly undocumented people who may have been

EXHIBIT 3
Page 8 of 17

a subgroup of the Chugach (Clark 1984b:199). They were certainly more closely tied to the Chugach, through dialect, social visits, and intermarriage, than to the Koniag of Kodiak Island (de Laguna 1956:34–35).

During the eighteenth century, the area between the Chugach of Prince William Sound and the Tlingit of Dry Bay was occupied by Eyak Indians. The original homeland of the Eyak stretched from an area east of Yakutat to Cape Suckling, and probably included the shores of Controller Bay. The Chugach, however, controlled the offshore islands. During the early nineteenth century, Tlingitized Eyak pushed the Chugach out of Controller Bay, while "mostly pure Eyak people" occupied the Copper River delta and the very eastern margin of Prince William Sound (de Laguna 1990:189).

Although there was a common identity among the major self-named groups (Clark 1984b:185), the above defined ethnohistoric boundaries appear to have been rather porous. Ethnographic and historic data, for example, indicate that intermarriage between different southern Alaskan groups may have been the norm rather than the exception. Tikhmenev (1978:433–434) noted that "The Chugach natives . . . are of the same origin as the natives of Kad'iak, but, being related by intermarriage to the Kolosh from Yakutat, resemble them in appearance." In addition, analysis of prehistoric skeletal material from the region indicates that there was an anatomical continuum from the Northwest Coast to Kodiak Island (Yarborough and Yarborough 1996).

## Physiography, Marine Resources, and Cultural Development

The cultural development of the Chugach Eskimo appears to have been greatly influenced by the particular characteristics of Prince William Sound. For example, explorers' comments and census reports indicate that the early historic period population in the sound was "strikingly and consistently" low (de Laguna 1956:256). Alexander Walker, who visited the sound in August, 1785, recorded the following observation:

> This part of the world is either very thinly inhabited, or at the Season, in which we visited it, the greater part of the People had retired to some other place. Probably the scarcity of Inhabitants, that we met with, was owing to both circumstances. For even allowing that a great proportion of the Inhabitants had gone into the interior parts of the Country for the sake of Game, still if Prince Williams Sound were the residence of many People during the Winter, it is likely, that in traversing so many places we would have fallen in with more of their Houses. We did not (altogether) see above one hundred People, but what proportion these bore to the whole Inhabitants, it is impossible to say (Walker 1982:147).

The census figures and explorers' impressions are in accord with the archaeological evidence. During her surveys, de Laguna (1956: 255–256) found relatively few sites, none of which could be described as a large village. She also noted that there are long segments of coastline where there are no sites.

De Laguna (1956:257) could not explain this "apparent underpopulation" of the sound, although she suggested that the Chugach may have been more exposed to "raids by foreign peoples." The physical location of Prince William sound, in a cul-de-sac along the coast, certainly suggests such a vulnerability, and there is evidence that defensive potential may have been more important than the availability of food resources in the selection of village locations. Even the "tempting presence" of salmon streams and shellfish beds was not enough to entice the Chugach to settle at the heads of bays, "dead ends from which no escape by water would be possible in the event of an attack." Instead, villages were frequently placed in a "strategic position" that "commanded a view of the approaches" (de Laguna 1956:11).

Siesmic activity may also have affected the size of the population of the Prince William Sound region. Archaeological and geological data from the outer Shumagin Islands suggest that there is an "inverse correlation between prehistoric settlement size and numbers and geologically inferred earthquakes" (Winslow and Johnson 1989:314). An example of the negative effect of seismic activity on settlement patterns can be seen at Uqciuvit, where one portion of the site appears to have been abandoned following an earthquake dating to roughly 1600 years BP.

It may be that Prince William Sound was simply not capable of supporting a large population. Like Kachemak Bay, the sound may have been "marginal habitat for true Pacific Eskimos" (Workman and Workman 1988). Compared with other areas in southwestern Alaska, Prince William Sound has fewer ecological "hot spots" (McCartney 1988:33, 46). Salmon runs are smaller, and pinniped haul-outs are fewer and farther between. As Hassen (1978:72) has proposed, it could be that "Chugach population density [actually reflected] the carrying capacity of the Prince William Sound environment considering the technology used to exploit the resources."

There is some evidence that a relative paucity of some food resources in the sound may have been, in part, a result of both Holocene climatic fluctuations and tectonic movement. As an example, climate changes during the late Holocene may have adversely impacted salmon stocks. Dur-

EXHIBIT 3
Page 9 of 17