ing Neoglacial episodes, decreases in surface water temperature likely affected salmon size, abundance, seasonal return, and maturity rates. Decreases in ocean salinity near spawning streams from increased runoff and/or increased melting of glacial ice could also have hampered the ability of salmon to return to a particular spawning stream (Yarborough 1993b). Seismic activity has been observed to profoundly affect the resources in this region. Shellfish, which are particularly sensitive to co-seismic turbidity and changes in depth (Winslow and Johnson 1989:312), were severely impacted by the 1964 earthquake, which killed an estimated 36% of the hard-shell clams and 90% of the blue mussels in Prince William Sound (Baxter 1971:238, 245). The earthquake also killed thousands of rockfish, flatfish, and cod, and salmon returns to Montague island, estimated to be approximately 700,000 before 1964, were only about 20,000 in 1969 (Harry 1971:2, 4).

## Prehistoric Cultural Sequence

### Prince William Sound

De Laguna's surveys and her excavation at Palugvik provided the initial ideas about the culture history, settlement patterns, and subsistence strategies in Prince William Sound. She was also the first to suggest that the prehistoric inhabitants of the sound "shared in the basic cultural patterns common to southwestern Alaska" (de Laguna 1956:258). She attributed any distinctive elements found in the sound to its location along the northeastern margin of the area, the local availability (or unavailability) of particular resources, and closer contacts between its inhabitants and Indian groups.

The cultural chronology in Prince William Sound is known primarily from the excavations at Palugvik and Uqciuvit. The occupation at Uqciuvit lasted from about 3800 years ago to historic times with only one major break, while recent evidence indicates that Palugvik was inhabited from approximately 2200 years ago until at least the early to mid-1700s (Clark 1984a:145, Figure 2; Workman 1980:80; Yarborough and Yarborough 1996).

The earliest known occupation of the sound, termed the Uqciuvit phase, is dated to between about 4400 and 3300 years ago. Very little is known about the people of this pre-Neoglacial phase, except that they hunted sea mammals, used red ocher, and were familiar with slate grinding. They lived during a time of cool, moist, and sometimes severe weather, in a landscape dominated by sedge tundra (Heusser 1960, 1983:343, 347).

At least portions of the sound appear to have been abandoned during the Neoglacial interval. At Uqciuvit, there is a gap in the occupational sequence that corresponds almost exactly with the age—3200 to 2500 BP—of the first Neoglacial advance in northwestern Prince William Sound. During this time, ice came within about 7 km of the site (Heusser 1983:351, Fig. 8). As Workman (1980:58) has suggested, the advancing ice probably drove the site's inhabitants from the inner coast of the sound. However, although the cooler climate and increased moisture that accompanied the advance probably did have an effect on settlement patterns, it does not appear that the entire sound was abandoned, as there is evidence of occupation at SEW-430 on Eleanor Island about 3800 BP and at SEW-488 on Knight Island about 2700 BP (Yarborough 1997).

Palugvik was apparently first occupied and Uqciuvit was reoccupied approximately 2250 to 2350 years ago by people of the Palugvik phase. This phase, divided into early and late periods, lasted from about 400 BC to roughly AD 1100. The change from early to late Palugvik seems to have occurred sometime after the middle years of the first millennium AD. One factor which probably contributed to this change was the development during the last 2000 years of conifer forest communities in the sound. A marked shift in the abundance of fire-cracked rock, the presence or absence of a few artifact types, and changes in the popularity of certain forms have been used to distinguish between the early and late periods of the Palugvik phase, although there is actually little difference between the material culture of these two periods (de Laguna 1956:60, 64). Stability through time can be seen in many of the tool forms at both Palugvik and Uqciuvit.

The late prehistoric, protohistoric, and possibly early historic occupations of the sound belong to the Chugach phase. This phase shows continuity with late Palugvik, although a few new artifact forms are added to the assemblage. The separation of the Palugvik and Chugach phases, and the periodization of each, is somewhat arbitrary, since an in situ development can be seen at Uqciuvit from the earliest post-Neoglacial occupation of the site to the protohistoric or early historic period. There is, however, a marked correlation between these phase and period divisions and where others have drawn lines between Kachemak Bay or Kodiak Island phases. This correspondence is not forced, but simply reflects the dating and artifact typology from Uqciuvit. Early Palugvik appears to be roughly contemporaneous with Kachemak sub-III and III, while the division between late Palugvik and Chugach occurs at about the same time as the beginning of the Koniag phase on Kodiak. The Palugvik phase continues beyond the AD 500 temporal boundary that Workman and Workman (1988:Fig. 2) believe marks the disappearance of the Kachemak tradition from Kachemak Bay, al-

EXHIBIT 3
Page 10 of 17

though the shift from early to late Palugvik seems to occur soon after.

### Outer Coast of the Kenai Peninsula

Because of a lack of research, "the area along the Pacific Coast of the Kenai Peninsula . . . is largely a void in the archaeological record" (McMahan and Holmes 1987:8–9). The oldest radiocarbon date from the region, from SEL-188 along McArthur Pass, is only 1710 ± 120 years (Dekin et al. 1993: 139). Other dates from SEL-188 suggest a continuous occupation until about 600 BP (Schaaf and Johnson 1990:Table 2; Dekin et al. 1993:139), although there is also an undated historic component. This site was probably occupied seasonally by small groups of people whose "stone technology reflects associations with late prehistoric groups from Kodiak, Kachemak Bay, and Prince William Sound" (Schaaf and Johnson 1990:21).

The work by Crowell and Mann in 1993 included a reconnaissance of Aialik and Harris Bays, and a portion of the western shore of Resurrection Bay (Crowell 1993:4). They also tested three sites along the southern shore of Verdant Cove: the Denton site (XBS-014), on the outermost pre-1964 beach ridge; a village site (XBS-029) situated in a swale north of XBS-014; and a fire-cracked rock midden to the southeast of XBS-014. Russian and American period artifacts ("beads, glass, transfer-printed ceramics, hand stamped and painted whiteware") collected from a cabin ruin at the Denton site suggest an occupation between about 1820 and 1860. Tests in the midden and a small semisubterranean house at XBS-029 yielded Russian beads, and triangular and barbed ground slate points. This early contact period assemblage probably dates to about AD 1790 to 1820. The fire-cracked rock midden, the oldest locality at the site, dates to 570 ± 50 BP (Crowell and Mann 1996:21).

Other prehistoric settlements in the area which have received some degree of scrutiny include SEL-215, a site in the Nuka Passage area which postdates AD 1000 and shares some traits with the Koniag phase (Reger et al. 1992:20–21), and the Northwest Lagoon site, a large village in Harris Bay (Bureau of Indian Affairs 1991:316). The latter site was initially occupied about AD 1225. The site was used up to and during the last Neoglacial advance of Harris Glacier, but was finally abandoned at the glacial maximum (Crowell and Mann 1996:22, 25).

### Significance of Maritime Activities over Time

The residents of Prince William Sound and the outer coast of the Kenai Peninsula may be categorized as having a Modified Maritime subsistence and settlement pattern (Fitzhugh 1975:344; McCartney 1988:33). Although they used both terrestrial and marine resources, they certainly emphasized the latter. According to Birket-Smith (1953: 43), the staple diet of the Chugach was formed by sea mammals, fish, and, to a lesser degree, land animals, birds, mollusks, and vegetable products. The hunting of land animals was far less important economically and socially than the pursuit of sea mammals, with the mountain goat being the only large terrestrial animal regularly hunted (Birket-Smith 1953:37).

An extensive early use of marine resources evident at the Rice Ridge site on Kodiak Island (Hausler-Knecht 1991, 1993) is echoed in the meager mammal and bird remains from Uqciuvit phase components in Prince William Sound (Haggarty et al. 1991:175; Yarborough and Yarborough 1996). Later residents of the sound also relied heavily on marine resources, especially various species of sea mammals. Although the species that constitute the bulk of the remains at each site are somewhat different, the people at Uqciuvit and Palugvik seem to have depended on sea mammals to provide roughly similar proportions of their diet. Harbor seal is the most common marine mammal at Palugvik and Uqciuvit (Yarborough 1996; Yarborough and Yarborough 1996). Sea otters were also taken in large numbers at Palugvik, although they are absent in the Uqciuvit collection, probably reflecting differences in resource habitat and availability. While Dall and harbor porpoise have been found at both sites, the Palugvik remains also include orca, sperm whale, and unidentified baleen whales. The relative importance of sea mammals at Uqciuvit seems to change very little from the early post-Neoglacial to the protohistoric and early historic occupation (Yarborough and Yarborough 1996).

Fish were an important component of the prehistoric diet. To paraphrase de Laguna (1956: 258), probably the most significant fact about Chugach subsistence that a researcher would miss by studying only artifacts and site features would be the importance of salmon in the economy. She believed that fish, especially salmon, were as important prehistorically as they were in the nineteenth and twentieth centuries, and that storage technology would have been an important prerequisite for habitation of a village on a continuous basis. Salmon, herring, cod, pollock, shark, spiny dogfish, halibut, and other flatfish were caught throughout the occupation of Palugvik (Inge Enghoff, personal communication,1993; de Laguna 1956; Yarborough 1993a, 1996). Over 60% of the mostly Chugach phase fauna from SEW-440 on Eleanor Island is cod, with some rockfish and sculpins, and a small amount of salmon (Yarbor-

EXHIBIT 3
Page 11 of 17

ough 1997). In general, fish comprise a small part of the faunal collection at Uqciuvit, but this may be the result of taphonomic processes (cf., Jones 1986; Butler 1990) or testing bias. Salmon are the most numerous fish in this collection, but halibut, Pacific cod, and a small species of cod are also present.

About 9% of the vertebrate fauna recovered from Uqciuvit are land mammals, with marmot the most common of the five species identified (Yarborough and Yarborough 1996). Marmot is also the most common of the 11 terrestrial mammal species identified from Palugvik (Yarborough 1996). Although land mammals were originally reported as constituting about 16% of the Palugvik vertebrate fauna (de Laguna 1956:52), recent identification and ongoing reanalysis of this large collection suggest that the proportion of this category to the total collection may be much smaller than previously realized (Yarborough 1996).

Birds seem to have been a minor part of the subsistence economy. Only a few bones of six bird species were recovered from Uqciuvit, and bird remains are similarly rare at SEW-440 and SEW-430 (Yarborough and Yarborough 1996; Yarborough 1997). Although initial study of the Palugvik collection resulted in the identification of only seven species of birds (de Laguna 1956:49), recent reanalysis of the collection has documented four migratory and 19 resident bird species, as well as two species which are known today only as rare visitors to the area. The most abundant elements in the collection are from white-winged, surf, and black-winged scoters (Yarborough 1996).

Initial analyses indicate that molluscs and other invertebrate fauna may have been an important late winter/early spring resource at Palugvik and Uqciuvit (Steve Ignell, personal communication, 1997; Yarborough and Yarborough 1996). Although she did not collect or sample the shellfish remains, de Laguna (1956:51) suggested an increased use of shellfish over time at Palugvik. While she cautioned that her observations might simply reflect the crushing and condensing of shell in the lower layers of the midden, excavations at the site in 1996 by Forest Service archaeologists seem to corroborate her suggestion. The presence of increased amounts of shellfish at Palugvik beginning about 1500 BP may be due in part to changes in seasons of occupation. It is difficult to make a true estimate of shellfish use at Uqciuvit because of poor preservation and the uneven distribution of shell across the site, though it may be that shellfish were most important during the late Palugvik phase than at other times.

## Relationships with Adjacent Regions

As the easternmost Eskimo groups on the Pacific coast, the people of Prince William Sound and the outer Kenai Peninsula were in contact not only with other Eskimos, but also with several Indian tribes. The Chugach, for example, had names for the Eskimo inhabitants of Kodiak, Iliamna Lake, and Bristol Bay, and both general and geographically specific names for the Indians of the Kenai Peninsula and Copper River. Although warfare seems to have been "the general state of affairs" between the Chugach themselves, and between the Chugach and their neighbors (Birket-Smith 1953: 101), trade was also important. Commerce was primarily in non-food items—slaves, copper, greenstone, slate, and caribou skins—although the Eyak, who "were very poor," bought food from the Chugach "with baskets, snowshoes, adzes, and wedges" (Birket-Smith 1953:100–101). The "most important trading" was with the Atna who provided the Chugach with canoes, copper knives, and caribou skins (Birket-Smith 1953:101).

Their geographic location put the inhabitants of the region in a rather curious position. While they were on the periphery of two cultural areas, they also occupied a pivotal point, receiving and sometimes passing on influences from both (Yarborough 1991). The many basic cultural traits shared by the people of Prince William Sound and other groups around the Gulf of Alaska is reflected in Workman's (1980:80) inclusion of the sound in his North Pacific Maritime co-tradition, and de Laguna's assertion that we are "dealing with a North Pacific province where the cultural lines . . . are much less sharply drawn than are the linguistic boundaries" (de Laguna et al. 1964:209).

Archaeologically, although the Palugvik phase is related to Kachemak tradition, Clark (1984a:140) is probably justified in excluding Prince William Sound from the tradition proper. The pervasive similarities both in stylistic details and more general cultural trends, and "the broad underlying interconnectedness that most of us sense in the Kachemak tradition . . . over a span of more than 1000 years" (Workman 1988:14) apparently did not exist between Prince William Sound and either Kachemak Bay or Kodiak. Instead, Prince William Sound seems to have been at the northeastern edge of a Kachemak cultural continuum that began on Kodiak Island.

The most simplistic answer to de Laguna's (1956:275) question "Who really were the Chugach?" is that they are the direct descendants of Palugvik phase people who appeared in Prince William Sound at least 2400 years ago. The Chugach, however, are both physically and linguistically related to the Koniag of Kodiak Island

EXHIBIT 3
Page 12 of 17

(Clark 1974:172, 177). There are also close archaeological ties between the late Palugvik phase and northern, nonceramic Koniag assemblages, although this is not to suggest that one was derived from the other. Instead, similarities between the Chugach and Koniag are probably best explained by both diffusion and common ancestry.

There is also a particularly strong relationship between Prince William Sound and the Yakutat region:

> There is hardly a single trait of Yakutat archaeology that cannot be duplicated or at least matched by something similar from Prince William Sound, and the trends noted with respect to the use of copper, of woodworking tools, and so forth, are the same in both areas. Many of these points of similarity apply to traits that are narrowly defined and that appear only in late prehistoric times, but others apply to traits that are very much older (de Laguna et al. 1964:209).

## Strengths and Weaknesses of the Archaeological Record

It should be obvious from the foregoing discussion that there are more weaknesses than strengths in the archaeological record of Prince William Sound and the Pacific coast of the Kenai Peninsula. Currently, although there are clues in the historic and ethnographic record, not enough is known about the archaeology of this region to even assess its ultimate potential for contributing to the understanding of North Pacific maritime cultures. However, rather than retreating into cliché and hiding behind a call for more research, it might be profitable to consider some of the methodological and theoretical approaches which have been either applied to, or suggested as having utility in, the study of the maritime adaptation of the region.

Numerous hypotheses—which Yesner (1992:168, 176) has categorized as "North Pacific Maritime Stability," environmental change, and resource intensification models—have been proposed to explain the development of North Pacific coast technological and social complexity. The maritime stability model, more or less assumed by some researchers for the North Pacific, attempts to explain technological change without reference to population increases or environmental changes.

A model of resource and settlement patterns developed by Schalk (1981) for the Northwest Coast, applied by McCartney (1988:46–47) to the Bering Sea shore of the Alaska Peninsula, and used by Yarborough and Yarborough (1996) for Prince William Sound, is an example of a stability model. Schalk (1981:57) hypothesized that complex societies developed as a result of the "clumped" nature of resources in more northern regions, rather than as a result of increasing population size or general regional resource availability. An early attempt by Hassen (1978) to explain prehistoric Chugach settlement patterns also uses a line of reasoning very similar to Schalk's model.

Environmental change models—such as Kotani's (1980) and Yesner's (1982) respective explanations for changes in molluscan fauna at the Hot Springs site on the Alaska Peninsula and the Chaluka site on southwestern Umnak Island—"invokes climatic and/or geomorphological change as a source of changes in exploitative patterns . . ." (Yesner 1992:168). An example of a subsistence intensification model is one proposed by Haggarty et al. (1991) and Erlandson et al. (1992) for the northern Gulf of Alaska, including Prince William Sound. They have assumed gradual population growth, with increasing stress on presumed stable and abundant subsistence resources over the past 7000 years.

Both Yesner (1992:176–177) and Yarborough (1995) have suggested the utility of elements of all three types of model in understanding the relationship between maritime resources and cultural change in the Pacific Eskimo/Aleut region in general, and the Prince William Sound/Kenai coast area in particular. According to Yesner (1992:177), "[the] unraveling of the culture history of the region may require stepping beyond the 'maritime stability model' to apply a variety of approaches, including various measures of environmental change and subsistence intensification."

Yarborough (1995) has proposed that data on climatic change be combined with evidence for increasing populations and greater human pressure on resources to provide a more realistic picture of the interaction between people and their subsistence base.

Although the reasons for technological change noted in the archaeological record are not yet well defined, there does seem to be a general correspondence between broad climatic fluctuations and the divisions that researchers have made in the prehistoric cultural sequences of the northern Gulf of Alaska. It may be that climatic fluctuations affected faunal habitats sufficiently to have required adjustments not only in patterns of resource use, but also in settlement patterns, social organization, inter-group relationships, and religious/magic beliefs. For instance, if salmon populations began to decrease or fail as a result of changes in climate during the late Holocene, one might expect to see archaeological evidence of: (1) greater use of other species and/or a broadening of the subsistence base to include resources not previously exploited; (2) movement of settlements away from salmon streams and nearer to other, more stable resources; and (3) indications of either more complex social organization, as people

EXHIBIT 3
Page 13 of 17

came together in areas of stable resources, or increased numbers of small seasonal sites as groups disbanded in search of alternative sources of food.

One might also find indications of an increase in warfare as people competed for fewer resources and a rise in religious/magic activity as people tried to ensure plenty for their families. Such adjustments might be most noticeable in "marginal" areas such as Prince William Sound, where earthquake activity could have compounded the effects of environmental change, and the prehistoric residents may have had to struggle to adapt their maritime-oriented culture to variations in resource availability. Indeed, the sound may be the perfect vantage from which to view the interaction between people and their subsistence base. An exploration of the relationship between environmental factors and cultural development in this area could lead to a broader understanding of the nature of maritime adaptation in the North Pacific region.

# References

Alaska Department of Fish and Game
1978  *Alaska's Fisheries Atlas, vol. 1.* State of Alaska, Department of Fish and Game.

Alaska Planning Group
1975  *Proposed Harding Icefield-Kenai Fjords National Monument, Alaska.* U.S. Department of the Interior, Washington, D.C.

Baxter, Rae E.
1971  Earthquake Effects on Clams of Prince William Sound. In: *The Great Alaska Earthquake of 1964,* pp. 238–245. National Academy of Sciences, Washington, D.C.

Butler, Virginia L.
1990  *Distinguishing Natural from Cultural Salmonoid Deposits in Pacific Northwest North America.* Ph.D. dissertation, University of Washington, Seattle.

Betts, Robert C., Christopher B. Wooley, Charles M. Mobley, James C. Haggarty, and Aron Crowell
1991  *Site Protection and Oil Spill Treatment at SEL-188, An Archaeological Site in Kenai Fjords National Park, Alaska.* Exxon Shipping Company and Exxon Company, USA, Anchorage.

Birket-Smith, Kaj
1953  *The Chugach Eskimo.* Nationalmuseets Skrifter Ethnografisk Roekke, VI. Nationalmuseets Publikationsfond, Kobenhavn.

Bureau of Indian Affairs
1991  *Report of Investigations for Chugach Alaska Corporation, Sites BLM AA-10720 through BLM AA-41502, Vol. III.* Bureau of Indian Affairs, ANCSA Office, Anchorage.

Clark, Donald W.
1974  *Koniag Prehistory.* Tubinger Monographien zur Urgeschicte No. 1. Universitat Tubingen, Stuttgart.

1984a  Prehistory of the Pacific Eskimo Region. In: *Handbook of North American Indians, Vol. 5, Arctic,* edited by David Damas, pp. 136–148. Smithsonian Institution, Washington, D.C.

1984b  Pacific Eskimo: Historic Ethnography. In: *Handbook of North American Indians, Vol. 5, Arctic,* edited by David Damas, pp. 185–197. Smithsonian Institution, Washington, D.C.

Crowell, Aron
1993  *"Severity of Climate, Wildness of Nature"; Preliminary Report on Archaeological Results of the 1993 Survey of Kenai Fjords National Park, Alaska.* Department of Anthropology, University of California, Berkeley.

Crowell, Aron L., and Daniel H. Mann
1996  Sea Level Dynamics, Glaciers, and Archaeology Along the Central Gulf of Alaska Coast. *Arctic Anthropology* 33(2):16–37.

Dekin, Albert A.
1993  The Impact of the Exxon Valdez Oil Spill on Cultural Resources. Paper presented at the Exxon Valdez Oil Spill Symposium, Anchorage.

Dekin, Albert A., Jr., Mark S. Cassell, James I. Ebert, Eileen Camilli, Janet M. Kerley, Michael R. Yarborough, Peter A. Stahl, and Beth L. Turcey
1993  *Exxon Valdez Oil Spill Archaeological Damage Assessment.* Final Report, Contract No. 53-0109-1-00325. USDA Forest Service, Juneau.

Erlandson, Jon, Aron Crowell, Christopher Wooley, and James Haggarty
1992  Spatial and Temporal Patterns in Alutiiq Paleodemography. *Arctic Anthropology* 29(2):42–62.

Fitzhugh, William (editor)
1975  *Prehistoric Maritime Adaptations of the Circumpolar Zone.* Mouton, The Hague.

Grant, Ulysses S., and Daniel F. Higgins
1910  *Reconnaissance of the Geology and Mineral Resources of Prince William Sound, Alaska.* U.S. Geological Survey Bulletin 443. U.S. Government Printing Office, Washington, D.C.

Haggarty, James C., and Christopher B. Wooley
1990  *Interim Report of the 1990 Exxon Cultural Resource Program.* Exxon Company, USA, Anchorage.

Haggarty, James C., Christopher B. Wooley, Jon M. Erlandson, and Aron Crowell
1991  The 1990 Exxon Cultural Resource Program:

EXHIBIT 3
Page 14 of 17

*Site Protection and Maritime Cultural Ecology in Prince William Sound and the Gulf of Alaska.* Exxon Shipping Company and Exxon Company, USA, Anchorage.

Harry, George Y., Jr.
1971  General Introductions, Summary, and Conclusions. In: *The Great Alaska Earthquake of 1964,* pp. 1–7. National Academy of Sciences, Washington, D.C.

Hassen, H.
1978  *The Effect of European and American Contact on the Chugach Eskimo of Prince William Sound, Alaska. 1741–1930.* Ph.D. dissertation, University of Wisconsin, Milwaukee. University Microfilms, Ann Arbor.

Hausler-Knecht, Philomena
1991  An Expanded View of the Ocean Bay Period: Preliminary Findings from the KOD-363 Site. Paper presented at the 18th Alaska Anthropological Association Conference, Anchorage.

1993  Early Prehistory of the Kodiak Archipelago. Paper presented at "The Origins, Development, and Spread of North Pacific-Bering Sea Maritime Cultures," NSF-JSPS Seminar, June 1993, Honolulu.

Hayes, Miles O.
1986  Oil Spill Vulnerability, Coastal Morphology, and Sedimentation of Outer Kenai Peninsula and Montague Island. In: *Environmental Assessment of the Alaskan Continental Shelf, Final Reports of Principal Investigators,* vol. 51, pp. 419–538. National Oceanic and Atmospheric Administration, Outer Continental Shelf Environmental Assessment Program, Boulder.

Heusser, Calvin J.
1960  *Late-Pleistocene Environments of North Pacific North America.* Special Publication No. 35. American Geographical Society, New York.

1983  Holocene Vegetation History of the Prince William Sound Region, South-Central Alaska. *Quaternary Research* 19:337–355.

1985  Quaternary Pollen Records from the Pacific Northwest Coast: Aleutians to the Oregon-California Boundary. In: *Pollen Records of Later Quaternary North American Sediments,* edited by V. M. Bryant and Richard G. Holloway, pp. 141–165. American Association of Stratigraphic Palynologists Foundation.

Heusser, C. J., L. E. Heusser, and D. M. Peteet
1985  Late-Quaternary Climatic Change on the American North Pacific Coast. *Nature* 315(6019):485–487.

Isleib, M. E. "Pete," and Brina Kessel
1992  *Birds of the North Gulf Coast - Prince William Sound Region.* Biological Papers of the University of Alaska No. 14. Reprinted by the University of Alaska Press.

Jensen, Anne M.
1990  *Montague Island Archaeological Survey.* Draft report, Contract #53-0109-8-00250. USDA Forest Service, Chugach National Forest, Anchorage.

Jones, Andrew K. G.
1986  Fishbone Survival in the Digestive Systems of Pig, Dog, and Man: Some Experiments. In: *Fish and Archaeology,* edited by D. C. Brinkhuizen and A. T. Clason, pp. 53–61. BAR International Series No. 294.

Karlstrom, Thor N. V.
1964  *Quaternary Geology of the Kenai Lowland and Glacial History of the Cook Inlet Region, Alaska.* Geological Survey Professional Paper 443. U.S. Government Printing Office, Washington, D.C.

Kotani, Yoshinobu
1980  Paleoecology of the Alaska Peninsula as Seen from the Hot Springs Site, Port Moller. In: *Alaska Native Culture and History,* edited by Yoshinobu Kotani and William Workman, pp. 49–101. Senri Ethnological Studies No. 4. National Museum of Ethnology, Osaka.

de Laguna, Frederica
1956  *Chugach Prehistory: The Archaeology of Prince William Sound, Alaska.* University of Washington Publications in Anthropology No. 13. University of Washington, Seattle.

1990  Eyak. In: *Handbook of North American Indians, Vol. 7, Northwest Coast,* edited by Wayne Suttles, pp. 189–196. Smithsonian Institution, Washington, D.C.

de Laguna, Frederica, Francis A. Riddell, Donald F. McGeein, Kenneth S. Lane, and J. Arthur Freed
1964  *Archaeology of the Yakutat Bay Area, Alaska.* Bureau of American Ethnology Bulletin 192. Smithsonian Institution, U.S. Government Printing Office, Washington, D.C.

Lethcoe, Nancy R.
1987  *An Observer's Guide to the Glaciers of Prince William Sound, Alaska.* Prince William Sound Books, Valdez.

Lobdell, John E.
1976  *An Archaeological Reconnaissance of Selected Areas of Northern and Central Prince William Sound, Alaska, July 1976.* Submitted to the Chugach National Forest, Anchorage.

McCartney, Allen P.
1988  Maritime Adaptations in Southern Alaska. In: *Proceedings of the International Symposium on Maritime Adaptations in the North Pacific,*

EXHIBIT 3
Page 15 of 17

edited by H. Okada. Abashiri, Hokkaido, Japan.

McMahan, J. David
1991    *1990 Archaeological Investigations in the Gulf of Alaska (Port Dick, Nuka Passage, and Shuyak Island Areas): A State Response to the Exxon Valdez Oil Spill*. Alaska Division of Parks and Outdoor Recreation, Office of History and Archaeology, Anchorage.

McMahan, J. David, and Charles E. Holmes
1987    Report of Archaeological and Historical Investigations at Nuka Island and the Adjacent Kenai Peninsula, Gulf of Alaska. Office of History and Archaeology Report No. 5. Alaska Department of Natural Resources, Division of Parks and Outdoor Recreation, Anchorage.

Mobley, Charles M., James C. Haggarty, Charles J. Utermohle, Morley Eldridge, Richard E. Reanier, Aron Crowell, Bruce A. Ream, David R. Yesner, Jon M. Erlandson, and Paul E. Buck
1990    *The 1989 Exxon Valdez Cultural Resource Program*. Exxon Shipping Company and Exxon Company, USA, Anchorage.

National Park Service
1988    *Kenai Fjords*. Draft Environmental Impact Statement, Wilderness Recommendation. USDI National Park Service, Anchorage.

Orth, Donald J.
1967    *Dictionary of Alaska Place Names*. Geological Survey Professional Paper No. 567. U.S. Government Printing Office, Washington, D.C.

Plafker, George
1969    *Tectonics of the March 27, 1964, Alaska Earthquake*. Geological Survey Professional Paper 543-I. U.S. Government Printing Office, Washington, D.C.

Post, Austin
1980    *Preliminary Bathymetry of Blackstone Bay, Prince William Sound, Alaska*. U.S. Geological Survey Open-file Report 80-417. U.S. Government Printing Office, Washington, D.C.

Price, T. Douglas, and James A. Brown
1985    Aspects of Hunter-Gatherer Complexity. In: *Prehistoric Hunter-Gatherers: The Emergence of Cultural Complexity*, edited by T. Douglas Price and James A. Brown. Academic Press, Orlando.

Reger, Douglas R., J. David McMahan, and Charles E. Holmes
1992    *Effect of Crude Oil Contamination on Some Archaeological Sites in the Gulf of Alaska, 1991 Investigations*. Office of History and Archaeology Report No. 30. Alaska Department of Natural Resources, Division of Parks and Outdoor Recreation, Anchorage.

Schaaf, Jeanne, and Lora Johnson
1990    Upland Investigations at SEL-188, McArthur Pass, Kenai Fjords National Park. Ms. on file, USDI National Park Service, Anchorage.

Schalk, Randall F.
1981    Land Use and Organizational Complexity Among Foragers of Northwestern North America. In: *Affluent Foragers: Pacific Coasts East and West*, edited by Shuzo Koyama and David Hurst Thomas. Senri Ethnological Studies No. 9. National Museum of Ethnology, Osaka.

Shields, Harvey M.
1983    Historic Mining Site Evaluation in Kenai Fjords National Monument, 1983. Ms on file, USDI National Park Service, Anchorage.

Townsend, Joan B.
1980    Ranked Societies of the Alaska Pacific Rim. In: *Alaska Native Culture and History*, edited by Yoshinobu Kotani and William B. Workman, pp. 123–156. Senri Ethnological Studies No. 4. National Museum of Ethnology, Osaka.

Tikhmenev, Petr A.
1978    *A History of the Russian-American Company*. Translated and edited by Richard A. Pierce and Alton S. Donnelly. University of Washington Press, Seattle.

Wahrhaftig, Clyde
1965    *Physiographic Divisions of Alaska*. Geological Survey Professional Paper No. 482. U.S. Government Printing Office, Washington, D.C.

Walker, Alexander
1982    *An Account of a Voyage to the Northwest Coast in 1785 & 1786*, edited by Robin Fisher and J. M. Bumstead. University of Washington, Seattle.

Wiles, Gregory C., and Parker E. Calkin
1994    Late Holocene, High Resolution Glacial Chronologies and Climate, Kenai Mountains, Alaska. *Geological Society of America Bulletin* 106:281–303.

Winslow, Margaret A., and Lucy L. Johnson
1989    Prehistoric Human Settlement Patterns in a Tectonically Unstable Environment: Outer Shumagin Islands, Southwestern Alaska. *Geoarchaeology* 4(4):297–318.

Workman, Karen W., and William B. Workman
1988    The Last 1300 Years of Prehistory in Kachemak Bay: Where Later is Less. In: *The Late Prehistoric Development of Alaska's Native People*, edited by Robert D. Shaw, Roger K. Harritt, and Don E. Dumond, pp. 339–354.

EXHIBIT 3
Page 16 of 17

Aurora, Alaska Anthropological Association Monograph Series No. 4. Anchorage.

Workman, William B.
1980 Continuity and Change in the Prehistoric Record from Southwestern Alaska. In: *Alaska Native Culture and History,* edited by Yoshinobu Kotani and William Workman, pp. 49–101. Senri Ethnological Studies No. 4. National Museum of Ethnology, Osaka.

1988 Strangers, Kinsmen and Enemies: Cultural Relationships between the Peoples of the Outer Kenai Peninsula and the Kodiak Island Group Over the Last 3500 Years. Paper presented at the Kodiak Heritage Conference, Kodiak, Alaska.

Yarborough, Linda Finn
1993a Prehistoric Ecological Adaptations of Chugach Eskimos at Palugvik. Ms. in possession of the author.

1993b Potential Effects of Late Holocene Climate Change on Salmon Populations, and Correlations with Human Cultural Change. Ms. in possession of the author.

1995 Prehistoric Use of Cetacean Species in the Northern Gulf of Alaska. In: *Hunting the Largest Animals,* edited by Allen P. McCartney, pp. 63–82. Studies in Whaling No. 3, Occasional Publication No. 36. Canadian Circumpolar Institute, Edmonton.

1996 Recent Advances in Understanding the Subsistence of Prince William Sound, Alaska.

Paper presented at the 22nd Annual Meeting of the Alaska Anthropological Association, Fairbanks.

1997 *Site Specific Archaeological Restoration at SEW-440 and SEW-488.* Exxon Valdez Oil Spill Restoration Project 95007B Final Report, Forest Service Report No. R10-TP-69. UDSA Forest Service, Chugach National Forest, Anchorage, Alaska.

Yarborough, Michael R.
1991 On the Margin or the Cutting Edge? Relationships between the People of Prince William Sound and Other North Pacific Maritime Groups. Paper presented at the 18th Annual Meeting of the Alaska Anthropological Association, Anchorage.

Yarborough, Michael R., and Linda Finn Yarborough
1996 Uqciuvit: *A Multicomponent Site in Northwestern Prince William Sound, Alaska.* Final Report, Contract No. 53-0114-7-00132. USDA Forest Service, Chugach National Forest, Anchorage.

Yesner, David R.
1982 Analysis of Faunal Remains from the 1981 Salvage Excavations at the Chaluka Site, Umnak Island, Eastern Aleutians. Ms. on file, U.S. Public Health Service, Anchorage.

1992 Evolution of Subsistence in the Kachemak Tradition: Evaluating the North Pacific Maritime Stability Model. *Arctic Anthropology* 29(2):167–181.

EXHIBIT 3
Page 17 of 17