Traditional Aboriginal Use of the Outer Continental Shelf

from Kayak Island to Lower Cook Inlet

by

Michael R. Yarborough

Native Village of Eyak v. Trawler Diane Marie

DJ File No. 90-2-4-1753

November 20, 1995

Cultural Resource Consultants
Anchorage, Alaska

Page 0000001 of 39

Exhibit P-3

EXHIBIT 5
Page 1 of 39

## INTRODUCTION

The following is a review and analysis of anthropological and historical literature on traditional aboriginal use of the Outer Continental Shelf (OCS) from Kayak Island to Lower Cook Inlet. It is also a summary and discussion of historic information concerning Russian regulation of Native Alaskan hunting and fishing activities, and Native participation in non-traditional commercial fisheries.

The discussion of traditional aboriginal use of the OCS emphasizes the precontact, Russian, and early American periods. The terminal date for this study is the 1930s, when work by Kaj Birket-Smith (1953) established an "ethnographic present" for the Chugach Eskimos. The literature reviewed includes descriptions of Native lifeways recorded by early Russian, English, and Spanish explorers; ethnographic data gathered by Birket-Smith and Frederica de Laguna; and archeological information on prehistoric technology. The goals of this review were to discover: a) the character and extent of aboriginal use of the study area; b) the nature of each tribe's tenancy and relationships with other groups; and c) the historical succession of tribes along the eastern and western margins of the area.

## STUDY AREA

Prince William Sound, with roughly 4,800 km of shoreline, is comprised of an intricate system of bays and islands (Grant and Higgins 1910:15; Lethcoe 1987:1). Deep fjords are common in the northern and northwestern areas of the sound, while the eastern part is characterized more by relatively flat, low islands and forelands (Grant and Higgins 1910:15-17). There are numerous coastal streams in the sound, although most head in glaciers and are short and swift (Wahrhaftig 1965:40; Alaska Department of Fish and Game 1978:11).

The Copper River, the major drainage in the region, crosses the eastern part of the Chugach Mountains in a canyon 1.8 to 2.1 km deep (Wahrhaftig 1965:40). The river delta forms the westernmost portion of a relatively straight, exposed coast broken only occasionally by large fjords (Wahrhaftig 1965:41). Kayak Island is narrow and approximately 28 km long. Along with Okalee Spit, the island defines the southern margin of Controller Bay (de Laguna 1972:101). Cape St. Elias, at the southern end of the island, is an important landmark. The mainland shore of Controller Bay is low and "broken by many streams," while the bay itself is shallow (U.S. Coast and Geodetic Survey 1916:30).

The islands of southwestern Prince William Sound and the outer coast of the Kenai Peninsula are dominated by bedrock shorelines. Beaches and river mouth deltas are less common (Hayes 1986:447-467). Glacial activity has left the deep fjords that are found along the outer coast. Shores exposed to large waves are typically characterized by high cliffs, while scarps in more

sheltered areas have a lower relief. Sand and gravel beaches, tidal flats, salt marshes, and stream deltas are more common in protected waters (Hayes 1986:446).

## ETHNOGRAPHIC GROUPS

Historically, Prince William Sound and the adjacent islands were occupied by eight geographic groups of Chugach Eskimo (de Laguna 1956:27). The coast between the sound and Cook Inlet was inhabited by the Unegkurmiut, a mostly undocumented people who may have been a subgroup of the Chugach (Clark 1984:199). They were certainly more closely tied to the Chugach, through dialect, social visits, and intermarriage, than to the Koniag of Kodiak Island (de Laguna 1956:34-35).

The "ethnic frontier" between Unegkurmiut and the Dena'ina Indians of Cook Inlet was near Seldovia on the southern shore of Kachemak Bay (Workman 1993:6). According to de Laguna (1975:13-14):

> The Cook Inlet region is at present [1930s] inhabited by the Kenai Indians...Their territory extends down the Inlet as far as Seldovia on the south shore of Kachemak Bay, and the south shore of Kamishak Bay on the west side of the inlet. At Port Graham, at English Bay, and at Koyuktolik, or Dogfish Bay, are settlements of Eskimo.

However, as one of de Laguna's (1975:15) informants from Kenai noted: "in former times there were only Eskimo at Seldovia." This is confirmed by the Petroff (1883) in 1880 and Porter (1893) in 1890, who both reported that Seldovia was occupied by Eskimos. Russell (1991:4) says that "historically" the boundary between the Dena'ina and the Eskimo was at the first stream west of Seldovia.

During the eighteenth century, the area between the Chugach of Prince William Sound and the Tlingit of Dry Bay was occupied by Eyak Indians. Their original homeland stretched from just east of Yakutat to Cape Suckling, and probably included the shores of Controller Bay. The Chugach, however, controlled the offshore islands.

There were four territorial groups of Eyak. The "Eyak proper" have occupied former Chugach territory in the Cordova-Copper River region since the early 1800s. Eyak living around Controller Bay, sometimes called the Chilkats, "...were becoming Tlingitized by 1850." The Yakatagas--Eyak of the gulf coast between Capes Sukling and Yakataga--were also adopting the Tlingit language and culture in the mid 1800s. The fourth group of Eyak lived along the shores of Yakutat Bay (de Laguna 1990:189).

EXHIBIT 5
Page 3 of 39

Page 00000003 of 39

2

Exhibit P-3

## PREHISTORY

The cultural chronology in Prince William Sound is known primarily from the excavations at the Palugvik and Uqciuvit sites. The earliest known occupation of the sound, termed the Uqciuvit phase, is dated to between about 4400 and 3300 years ago. Very little is known about the people of this pre-Neoglacial phase, except that they hunted sea mammals, used red ocher, and were familiar with slate grinding. They lived during a time of cool, moist, and sometimes severe weather (Heusser 1960), in a landscape that was dominated by sedge tundra (Heusser 1983:343, 347).

At least portions of the sound appear to have been abandoned during the Neoglacial interval. At Uqciuvit, there is a gap in the occupational sequence that corresponds almost exactly with the age---3200 to 2500 B.P.---of the first Neoglacial advance in northwestern Prince William Sound. Palugvik was apparently first occupied and Uqciuvit was reoccupied approximately 2250 to 2350 years ago by people of the Palugvik phase. This phase spans the period from about 400 B.C. to roughly A.D. 1100. The late prehistoric, protohistoric, and possibly early historic occupations of the sound belong to the Chugach phase. This phase shows continuity with late Palugvik, although a few new artifact forms are added to the assemblage.

The most simplistic answer to de Laguna's (1956:275) question "Who really were the Chugach?" is that they are the direct descendants of Palugvik phase people who appeared in Prince William Sound at least 2400 years ago. The Chugach, however, are both physically and linguistically related to the Koniag of Kodiak Island (Clark 1974:172, 177).

Because of a lack of research, "the area along the Pacific Coast of the Kenai Peninsula...is largely a void in the archeological record" (McMahan and Holmes 1987:8-9). The oldest radiocarbon date from the region, from SEL-188 along McArthur Pass, is only $1710 \pm 120$ years (Research Foundation of the State University of New York 1992:139). Other dates from SEL-188 suggest a continuous occupation until about 600 B.P. (Schaaf and Johnson 1990:Table 2; Research Foundation of the State University of New York 1992:139), although there is also an undated historic component.

Other prehistoric settlements in the area which have received some degree of scrutiny include SEL-215, a site in the Nuka Passage area which post-dates A.D. 1000 (Reger et al. 1992:20-21), and the Northwest Lagoon site, a large village in Harris Bay (Bureau of Indian Affairs 1991:316). The latter site, with dates of $140 \pm 60$ and $206 \pm 73$, may have been occupied during the last Neoglacial advance of Harris Glacier and abandoned at the glacial maximum (Aron Crowell, personal communication, 1993).

# HISTORY

*Exploration*

Although members of Vitus Bering's expedition landed on Kayak Island in 1741, the historic period in Prince William Sound, for all intents and purposes, began with Captain James Cook's voyage of 1778 (Beaglehole 1967:1418). During his third voyage to the new world, Cook explored Prince William Sound and the area that later became known as "Cook's Inlet."

In 1779, Captains Ignacio Arteaga and Juan Francisco de la Bodega y Quadra visited Kayak Island, Prince William Sound, and Cape Elizabeth. They also landed in a bay at the end of the Kenai Peninsula (La Pérouse 1968:251-254; Gormly 1977:13-14). The first Russian trading expedition to Prince William Sound was undertaken by commanders Eustrate Delarof, Dmitri Polutof, and Potap Zaikof in 1783 (Bancroft 1970:187-189; de Laguna 1956:64).

Captains Nathaniel Portlock (1968) and George Dixon (1968), both of whom had been with Cook during his 1778 voyage, sailed into Cook Inlet in July, 1786. After visiting with a party of Russian traders, they left the inlet in August, but missed the southwestern entrance into Prince William Sound and were unable to make Cape Hinchinbrook. They wintered in Hawaii and returned north the following year. Also in 1786, John Meares, captain of the *Nootka*, sailed eastward through the Aleutian Islands and Kodiak Archipelago to Cook Inlet and Prince William Sound. He spent the winter of 1786-1787 near Montague Island where half of his crew died of scurvy.

Captain James Strange (1982:24-25) and Alexander Walker (1982) arrived in Prince William Sound in the fall of 1786. Although they only stayed a few weeks, both left detailed accounts of their visit. During the summer of 1787, Portlock (1968) and Dixon (1968) spent roughly three months in the vicinity of Montague and Hinchinbrook Islands. While in the sound, they visited with Meares and what was left of his crew.

There were three voyages to Prince William Sound in the spring of 1788. Captain James Colnett spent April and early May trading in the sound. With Colnett was surgeon and naturalist Archibald Menzies, who later returned to Alaska with Vancouver (Olson 1992:iii-iv). In May, two vessels under the command of Estéban José Martínez and Gonzalo López spent 11 days in a harbor on the southern end of Montague Island. They explored the area by small boat and traded with the local Natives (Gormly 1977:15). Also in May, Russian navigators Ismailof and Bocharov sailed to the sound from Kodiak. They had been instructed to "explore the American coasts and to establish the empress' rule over all the newly described places" (Tikhmenev 1978:24).

In the spring of 1790, Salvador Fidalgo explored Prince William Sound, discovering Columbia Glacier and naming Valdez Arm. He also became the first Spanish navigator to enter Cook Inlet (Moore

1975:1). That same year, "a secret astronomical and geographical expedition" commanded by Joseph Billings sailed eastward from Okhotsk, visiting the Aleutians, Kodiak, Cook Inlet, and Prince William sound (Baker 1906:61-62). Lieutenant Gavrila Sarychev 1969), secretary and translator Martin Sauer (1972), and naturalist Carl Merck (1980) all kept journals of the expedition.

In 1791, Alejandro Malaspina, while on a scientific expedition around the world, sailed past Kayak Island and along the outer shore of Hinchinbrook Island. He did not, however, enter the sound (Gormly 1977:29-30)

Captain George Vancouver, on board the *Discovery*, and Lieutenant William Broughton, in command of the *Chatham*, explored large areas of the Gulf of Alaska coast in 1793 and 1794. Vancouver and Broughton reached the head of Cook Inlet in April, 1794, then sailed eastward into Prince William Sound. During this expedition, Lieutenant James Whidbey was often dispatched in a launch to survey areas of the coast in greater detail (Vancouver 1967; Orth 1967:40).

While on a voyage around the world, Sir Edward Belcher (1979) visited Nuchek in 1837. He gave a detailed description of the post and the nearby Chugach village.

*Settlement*

Until 1781, the fur trade in Alaska was conducted by a few entrepreneurs and small companies. The character of the trade changed, however, after the formation of a new, well organized company headed by Grigorii Shelikhov. With Aleksandr Baranov as its director, the Shelikhov company was able to overcome its rivals and in 1799, under the name of the Russian American Company, become a state chartered monopoly (VanStone 1984:149-150)

As early as 1786, private companies began to establish permanent posts along the northern gulf coast. These posts were fortified for protection against the Natives "who were frequently angered by the [Russian] excesses and ...other companies' promyshlenniks, who were constantly feuding among themselves" (Tikhmenev 1978:45). Competition among the various trading groups often affected "the islanders, since the promyshlenniks, in an effort to defend their own interests, frequently set friendly tribes against each other" (Tikhmenev 1978:45).

In 1786, employees of the Shelikhov company began building a post at Alexandrovsk (English Bay) (Fedorova 1973:115). That same year, promyshlenniki of the Lebedev-Lastochkin company settled the post of Georgievsk (Saint George) at Kasilof. Construction of another Lebedev-Lastochkin fort, Sv. Nikolai or Nikolaevsk, at the mouth of the Kenai River was begun in 1791 and completed in 1795 (Tikhmenev 1978:25).

Page 0000006

EXHIBIT 5
Page 6 of 39

Exhibit P-3

Voskresenskaya, a Shelikhov company fort and shipyard in Resurrection Bay, was established in 1793. Also in 1793, the Lebedev-Lastochkin Company settled Fort Constantine at Nuchek (Bancroft 1970:190). They attempted, but failed, to get the Chugach to hunt for them. The Shelikhov-Golikhov Company captured the fort in 1796 and, as a result of adopting a more laissez-faire attitude, had more trading success. The post was soon moved to a Chugach village which grew up nearby (Ketz 1981).

After 1818, because of the depletion of fur bearers in the Gulf of Alaska, the Russian American Company shifted its focus north to Bristol Bay and the Bering Sea. The chief manager of Russian colonies in America, Leonid Hagemeister, recommended abandoning all of the posts on the Kenai Peninsula but Nikolaevsk. Concerning Aleksandrovsk, Hagemeister wrote: "From now on there is no advantage in occupying the fort...move from the old one to the new one, and abandon or dismantle the old one." Novo-Aleksandrovsk was built on the Nushagak River in 1819 (Fedorova 1973:136-138). Voskresenskaya was downgraded to a one-man post in 1818, and abandoned sometime after 1840.

Coal deposits at the mouth of Port Graham Bay, originally discovered by Portlock in 1786, were rediscovered by the Russians in 1850. The Russian American Company established a mine in 1855 which primarily supplied the needs of the California gold rush. However, as higher grade coal became available locally in California, the mine was closed and the residents of "Coal Village" moved back to Alexandrovsk (Stanek 1985:42).

*History Since 1867*

Hutchinson, Kohl and Company acquired the assets of the Russian American Company when Alaska was transferred to the United States in 1867. Reorganized one year later as the Alaska Commercial Company (ACC), the firm reopened the post at Nuchek in the early 1870s and established new stores at Chenega, Kiniklik, and Tatitlek (Ketz 1978:6; Haggarty et al. 1991:105). The ACC was the dominant trading company in the sound until the post at Nuchek closed in about 1907, although it did face early competition from the Western Fur and Trading Company. The fierce rivalry between these two firms lead to high fur prices and the availability of almost unlimited credit. As a consequence, many of the Natives became deeply in debt to these companies. When the Western Fur and Trading Company ultimately went out of business, it transferred its accounts to the ACC. This, combined with the a decline in the fur market during the 1890s, left many of the Natives burdened with an impossible debt:

> At present, when furs are brought in, half their value is applied to the extinguishment of these old debts, and the unfortunate native, suffering from the extravagance into which credit led him, gives up in discouragement and hunts only when compelled by pressing needs (Abercrombie 1900:400).

When need overcame discouragement, the Natives still had to "start out and hunt as [the ACC store manager] may direct them." If they hunted off the eastern end of Hinchinbrook Island or the southeastern corner of Montague Island, they paddled directly from Nuchek. However, if they were traveling farther afield, the store manager carried the hunters and their kayaks in his schooner, and anchored nearby while they hunted (Sheldon 1912:62-63).

The American period fur trade reached its peak in the mid 1880s. However, because of a region-wide decline in the number of sea otters, the trade collapsed in 1898. In 1911, the federal government established a total ban on sea otter hunting (Ketz 1978:6-8).

During the late nineteenth century, most Europeans and Americans were drawn to Prince William Sound by mining possibilities. Miners settled Valdez in the late 1800s and Cordova was built in 1906 principally as an export center for copper from the Wrangell Mountains (Stratton 1989:15, 28). Between 1900 and 1920, Ellamar was the site of the second largest copper mine in Prince William Sound. Following the closing of the mine, the facilities were converted to a cannery which operated until 1947.

Much of the logging in the Prince William Sound area during the early 1900s was done to supply the demands of copper mines. The pace of timber sales in the Chugach National Forest increased during World War I. By the 1920s, when handlogging was largely replaced by cable logging, most of the timber accessible from the shore had been cut at least once. Logs were cut for the mills by contractors, many of whom were Native (Haggarty et al. 1991:109-111).

*Population*

The number of Chugach Natives living in Prince William Sound today is not much different from what it may have been at the time of European contact. The low population of Prince William Sound was frequently commented on by early explorers. Meares (1790:xlvii) reported seeing only about 500 to 600 Natives during his winter at Snug Corner Cove, while Vancouver (1967:197) wrote in 1794 that "the population of this large sound is very inconsiderable when compared with its extent...." The highest census figure given for the sound during the Russian period was 1,563 (782 males, 781 females) recorded by Wrangell in 1825. Most other census numbers and explorer's estimates are "strikingly and consistently" low, on the order of 300 to 600 (de Laguna 1956:255-256). By way of comparison, Richard Jordan (personal communication 1990) estimates that the Koniag population at the time of Russian contact could have been as high as 10,000, and some estimates run as high as 30,000 (Haggarty et al. 1991:218).

Low nineteenth century population counts are in part a result of disease. Smallpox epidemics occurred in 1808, 1818, 1835-40, and

1862 (Tikhmenev 1978:161,198, 371). Although the Russians began to vaccinate residents of the Alaskan colonies in the 1820s (Arndt 1985:6), each outbreak of the disease had an impact on the population. Abercrombie (1900:399) referred to the epidemic of the 1830s as "extraordinary," and said it "swept away half the native population from Prince of Wales Island to the Arctic." Measles in 1848 and 1875, and influenza and typhus in 1855 also took their toll (Tikhmenev 1978:372, Abercrombie 1900:399). As the population declined during the early historic period, the number of settlements in the sound decreased to four: Tatitlek, Chenega, Nuchek, and Kiniklik.

There was a sudden increase in the population of Prince William Sound after Cordova was established. The number of residents in the area grew from about 300 in 1900 (Abercrombie 1900:399) to over 2,000 in 1910 (Stratton 1989:29). However, the early years of the twentieth century "was the period in which the Cordova-Controller Bay Eyak were virtually destroyed" (de Laguna 1990:195). Oil development, the construction of the Copper River Railroad, and depletion of the herring and salmon stocks drove the Eyak from their homelands and left them destitute:

> Debauched by alcohol, the native population was left to starve in winter and die from epidemics. Many children were shipped off to school at Chemawa, Oregon, from which few returned. By 1920 almost the only Eyak-speakers were those, fewer than 20, who lived at Old Town, Cordova (de Laguna 1990:195).

During the twentieth century, the populations of Cordova and Valdez, whose residents are mostly non-Native, have grown slowly but steadily. Censuses have shown that the populations of Tatitlek and Chenega have remained fairly constant, with minor fluctuations, excluding the 20 years that Chenega was uninhabited following the 1964 earthquake. However, the villages of Kiniklik and Nuchek were both deserted by 1929.

There were 25 residents in English Bay in 1786. As a center of trade and the site of a Russian Orthodox church, the village continued to grow until it had a population of 107 in 1890. However, some families did move to Port Graham and Portlock when canneries were built at these sites in 1912 and 1915, respectively. Portlock, in Port Chatham Bay, grew up around a halibut cold storage co-operative. After the demise of the halibut plant, the settlement served as the supply center for early twentieth century logging, mining, fishing, and fox farming activities in the area (Kenai Peninsula Borough School District 1980:44). Portlock thrived between 1920 and 1940, but was abandoned in 1950 (Stanek 1985:45, Table 6). Between 1930 and 1970, the number of people in English Bay declined as there was a corresponding increase in the population of Port Graham (Stanek 1985:83).

Many of the Unegkurmiut living between Prince William Sound and Cook Inlet relocated to Alexandrovsk in the mid 1800s (Stanek 1985:43). Yalik, with a population of 32, was the only outer coast settlement listed in the 1880 census (Petroff 1884:28). All of the villages along this shore had been abandoned by 1890, when the only occupants of the coast listed in the 1890 census were the Lowell family of Resurrection Bay (Porter 1893:68; McMahan and Holmes 1987:14-15; Betts et al. 1991:18).

*Native Participation in Commercial Fisheries*

The commercial fishing industry in the Gulf of Alaska grew from small salteries in the 1880s to large canneries supplied by fishtraps in the early 1900s (Haggarty et al. 1991:105). The most profound effect of this growth on the area's Native inhabitants was the disruption of their annual seasonal round. Work in the fishery or in canneries "pulled people away from traditional substance activities" (Stanek 1985:45). Also, the use of fish traps during the early decades of the twentieth century decimated Gulf of Alaska stocks and depleted subsistence resources (Stanek 1985:48; Haggarty et al. 1991:105-106).

The fishing industry also had an influence on regional settlement patterns. Some villages were established almost overnight, while others were either abandoned or at least depopulated during fishing season. The lure of the cash economy, store-bought goods, and permanent housing also contributed to a more sedentary way of life for the Natives. However, importation of non-local laborers usually left the Natives without jobs (Stanek 1985:45).

The focus of commercial fishing in the Prince William Sound region during the late nineteenth and early twentieth centuries was on the mouth of the Copper River. Four canneries opened in the area in 1889, two on Wingham Island and two at the western end of Eyak Lake (Krauss 1982:14). Six new facilities were established between 1910 and 1920. However, after World War I, overfishing and low prices resulted in many closures, and by 1924 there were only seven canneries operating in the region (Hassen 1978:151-153).

The first canneries in the Cordova-Controller Bay area offered little employment to the Eyak or the Chugach. Chinese workers provided much of the labor in the early days of the fishery. After the Chinese Exclusion Act of 1904, they were replaced by Japanese, Filipinos, Mexicans, and Puerto Ricans. Because the cannery operators felt that they were unreliable and unwilling workers, "...the Chugach played only a minor role in the commercial fishing industry" (Hassen 1978:154). This is reflected in the low number of Chugach listed in the yearly employment figures for the canneries (Hassen 1978:155). For example, there were only six Natives working at the Pacific Steam Whaling Company cannery at Orca in 1897 (Moser 1899:131).

The Chugach, however, did fish for the canneries, and by the 1930s, commercial fishing was the principal source of cash income:

9

EXHIBIT 5
Page 10 of 39

> On May 1st, after school teaching has been discontinued, the inhabitants [of Chenega] except some of the women and children together with most of the dogs move to Port Wells where they live in (white man's) tents with wooden floors, which are left from one season to another. Here they fish salmon for the canneries until August 2d, when the season closes (Birket-Smith 1953:24).

The Natives also operated salteries, which required little capital and could be easily moved from one location to another (Hassen 1978:156).

The first salmon canneries in Kachemak Bay were built about 1910. However, the decline in the salmon stocks ultimately resulted in control of the fishery shifting from the canneries to local net fishermen. Nonetheless, until the end of World War II, residents were limited to set netting, cannery work, or subsistence fishing (Stanek 1985:48). There was a thriving herring fishery in the bay between 1911 and 1930, but these stocks were also quickly depleted and the industry died (Stanek 1985:48).

### PREHISTORIC DIET

The residents of Prince William Sound and the outer coast of the Kenai Peninsula may be categorized as having a Modified Maritime subsistence and settlement pattern (Fitzhugh 1975:344; McCartney 1988:33). Although they used both terrestrial and marine resources, they certainly emphasized the latter.

The few faunal remains from the Uqciuvit phase components in Prince William Sound echo an extensive early use of marine resources evident on Kodiak Island (Hausler-Knecht 1991; Haggarty et al. 1991:175; Yarborough and Yarborough 1991). Palugvik phase (2530-900 B.P.) residents of both Palugvik and Uqciuvit also relied heavily on marine resources, especially various species of sea mammal. The most striking similarity between the vertebrate faunal collections from these two sites is that they contain almost equal percentages of sea mammal bones. Although the species that constitute the bulk of the remains at each site are different, the people at Uqciuvit and Palugvik seem to have depended on sea mammals to provide roughly the same proportions of their diet. Also, the relative importance of sea mammals, at least at Uqciuvit, changes little from the early post-Neoglacial to the protohistoric and early historic occupation (Yarborough and Yarborough 1991).

The non-sea mammal portion of the diet at Palugvik and Uqciuvit was different. At Palugvik, it was comprised of land mammals, birds, and a significant amount of shellfish. At Uqciuvit, the remainder of the prehistoric larder was made up primarily of fish supplemented with land mammals, birds, and some shellfish. This is due in part to differences in resource availability in the

vicinity of each site, but may also reflect variation in season of occupation.

In general, fish comprise a small part of the faunal collection at Uqciuvit and Palugvik, although this may be the result of taphonomic processes or sampling error. It would, therefore, be premature to assume that fish played a lesser part in the diet of the sound's residents than did sea mammals. To paraphrase de Laguna (1956:258), probably the most significant fact about Chugach subsistence that a researcher would miss by studying only the artifacts would be the importance of salmon in the economy.

De Laguna believed that fish, especially salmon, were as important prehistorically as they were in the nineteenth and twentieth centuries. The late prehistoric inhabitants of Uqciuvit were catching both anadromous and deep-sea fish. Salmon comprise the majority of the fish remains at this site, along with Pacific grey cod, and saffron cod (Yarborough and Yarborough 1991). Recent analysis of the fauna from Palugvik indicates the use of salmon, herring, flatfish, halibut, and shark, although the majority of the fish bones from the site are Pacific grey cod (Yarborough 1995:5). At SEW-440, a site on Eleanor Island where fish bones constitute over 80% of the faunal remains, Pacific grey cod are again the most common species. Other fish species represented include large rock fish, sculpins, and herring (Yarborough 1995:6).

The most complete faunal data from the Chugach phase (900-150 B.P.) are from Uqciuvit (Yarborough and Yarborough 1991). Here, the vertebrate fauna is primarily sea mammal, with smaller percentages of terrestrial mammal, bird, and fish. Of the sea mammal species, pinnipeds are the most abundant (92%), followed by porpoise (2%), cetacea sp. (2%), and unidentified sea mammal (4%).

## HISTORIC DATA ON SUBSISTENCE ACTIVITIES

Sources of information on the traditional Pacific Eskimo culture include eighteenth and nineteenth century observations by European explorers, adventurers, Russian Orthodox priests, and fur traders. Little of this information is quantified, much is based on short, observations, and some is second hand or obviously biased. However, the majority of the authors attempted to be objective, and a few spent one or more years in residence in Prince William Sound or on nearby Kodiak Island. Subsistence information is generally in the form of notes about the natural environment; hunting, fishing, or gathering activities; and trade.

The writings of eighteenth and early nineteenth century European explorers indicate that meat, fish, and shellfish were important items in the proto-historic and early historic diet. According to Walker (1982:151), "[w]e had little opportunity of observing how these People lived, but Fish and Seals Flesh seemed to be the principal part of their subsistence." Fidalgo reported that the Chugach ate:

> ...the flesh of Whale, Bear, Sealion and other fishes; these they dry in the sun and in the wind to make provision for the Winter, having observed that they eat [it] indifferently raw, boiled, or roasted; they also make much use of the eggs of Eagles and other Birds (Moore 1975:38).

Davydov (1977:208-227) noted that the Chugach hunted seals, sea otter, black bear, lynx, swans, and geese. He also inferred that they hunted sheep, observing that the Koniag obtained sheep horn from them (Davydov 1977:213).

On Elizabeth Island, Arteaga and Bodega y Quadra found what may have been a Unegkurmiut hunting camp:

> On Isla del Regla were found some small huts, seals recently flayed, a great number of bird's heads, but not one inhabitant (La Pérouse 1968:254).

The Natives in "Kenai Bay" hunted beluga, but not larger whales (Khlebnikov 1994:43).

Cook (Beaglehole 1967), Portlock (1986), Meares (1790), and Davydov (1977:321) all recorded that fish were the Native's basic food source. Davydov (1977:232) noted that cod and halibut were the most important salt-water fish, but that these were not preserved in any way, being merely a "temporary source of food until the reappearance of the salmon." In addition, fish roe attached to kelp was considered a delicacy "of which they gather and eat great quantities" (Portlock 1968:239).

Charles Sheldon (1912:55), who visited Hinchinbrook and Montague Islands in 1905, noted the following about the seasonal round of the early twentieth century:

> When in Nuchek, [the Natives] live in cabins, and during the early summer subsist chiefly on cod and halibut. Later, they catch and dry salmon, which last for part of the winter, and for the remaining months eke out an existence as best they can, mostly going in debt to Swanson [the store owner]. They hunt sea-otters in the summer, and trap land-otters in the winter.

### ETHNOGRAPHIC DATA ON SUBSISTENCE ACTIVITIES

#### Eyak

The following brief sketch of traditional Eyak subsistence is primarily from a summary by de Laguna (1990:190-191), who, along with Birket-Smith, collected ethnographic information from the Eyak in the early 1930s (Birket-Smith and de Laguna 1938). The Eyak utilized stranded whales and sea lions, although these were animals that they "dared not hunt" Eulachon were caught in traps,

or with dip nets or spears. Trout, whitefish, and cod were taken with hook and line, and salmon caught with traps, dip nets, harpoons, and fish spears.

Seals and sea otter were the only sea mammals hunted by the Eyak (Birket-Smith and de Laguna 1938:107). Seals were harpooned on floating glacial ice, and sea otters were shot with arrows. The tidal flats around the Egg Islands and off of Strawberry Point (Hinchenbrook Island) were popular sea otter hunting grounds (Birket-Smith and de Laguna 1938:2, 111). Molting geese and ducks were clubbed, and bears and mountain goats hunted with arrows and spears. Fur bearers were trapped in fall and winter, and roots, berries, seaweed, and bird eggs were collected in season.

*Prince William Sound*

The principal source of ethnographic information for Prince William Sound is research conducted in 1933 by Kaj Birket-Smith of the National Museum of Denmark. Birket-Smith interviewed two Chugach Eskimos from Cordova over a six week period, and spent two weeks with a third in Chenega. He also interviewed two teachers at the Indian Service School in Chenega. Although he realized it might affect his results, he chose not to include the inhabitants of the "recently" settled village of Tatitlek, or the "halfbreed" inhabitants of Ellamar. It is likely, therefore, that the information which he obtained was biased towards resource use and the seasonal round of the outer, or southern, portions of the sound, with which his informants were more familiar.

As Birket-Smith's primary purpose was to record what he considered the remnants "of a vanishing culture," he tried to investigate and discuss only those things which seemed to be non-European or "traditional." However, his research occurred 192 years after Bering's voyage and 145 years after Cook's visit. By this time, Chugach Eskimo society had been altered by a variety of factors. Disease, and consolidation and relocation of Native villages had created demographic and settlement patterns that were different from those of the late eighteenth century (Tikhmenev 1978). In addition, much of the Native technology had been replaced with Euro-American tools, the diet included some Western foods, and the seasonal round reflected cannery and American school schedules (Birket-Smith 1953).

According to Birket-Smith (1953:43), the traditional diet of the Chugach was formed by sea mammals, fish, and, to a lesser degree, land animals, birds, mollusks, and vegetable products. The hunting of land animals was far less important economically and socially than the pursuit of sea mammals, with the mountain goat being the only large terrestrial animal regularly hunted (Birket-Smith 1953:37).

Traditionally, seal hunting was a year-round activity. Seals were harpooned in the water or on ice-floes (Birket-Smith 1953:25), driven into nets placed in the water (Black 1977:98), or hunted on

13

EXHIBIT 5
Page 14 of 39

land. Birket-Smith's (1953:17) informants gave the impression that fur seals were more common than harbor seal, at least in the Chenega area, although there is little direct biological evidence of fur seal in the sound (Pitcher 1975:35; Lloyd Lowerie and Dennis McAllister, personal communications 1990). However, it is possible that prior to over-hunting in the late nineteenth and early twentieth centuries, migrating fur seals may have entered Prince William Sound following herring runs. Fur seals were reportedly hunted "in May, if the weather was fine, for instance round Naked, Knight and Smith Islands" (Birket-Smith 1953:27). Several men in kayaks would quietly approach fur seals sleeping in the water, and harpoon them before they awoke.

Harbor seals frequent sheltered bays and inlets, although they also occasionally venture into, and may winter over in, fresh water lakes. Unlike many other seals, harbor seals do not migrate and are usually found within 16 km of the shore (Banfield 1974:370). Harbor seals are more dispersed than other pinnipeds species in Prince William Sound, and are often found individually or in small groups. They prefer haulout areas that are not too steep sided, such as glacial ice, rocks, reefs, or beaches within the tide zone, and tend to change their haulout places frequently.

Sea otters were also hunted year-round. They were taken with light harpoons or bows and arrows, by large hunting parties using two-hole kayaks. The greatest numbers of sea otters were found around the islands at the entrance to the sound:

> Tributary to Prince William Sound are four widely separated feeding-grounds of the sea-otter: one off Point Steele, on the east end of Hinchinbrook Island; one off Wooded Island, near the southeast corner of Montague Island, near Wessell Reef; and the last off Cape St. Elisa, on the southwest end of Kayak Island (Sheldon 1912:62).

De Laguna (1956:7, 11) reported that the Chugach hunted sea otters from temporary camps on the exposed, outer shores of Montague Island. They were also hunted off of Kayak Island in the summer (Birket-Smith 1953:27-28).

Sea lions were hunted in the fall, winter, and spring, although those killed in the autumn provided more meat (Birket-Smith 1953:27). Sea lions were not taken in the summer when they had a strong odor. Because of the physical danger present in hunting these large mammals, sea lions were generally harpooned as they slept in open water by a group of men in several kayaks. Birket-Smith (1953:27-28) mentions that sea lions were commonly pursued in the waters between Chenega and Montague Islands.

Sea lions are the largest pinniped in Prince William Sound. Although they generally migrate southward in the winter and north in the summer, at least a few are likely to be present in the sound year round. Sea lions tend to congregate at hauling grounds

14

EXHIBIT 5
Page 15 of 39

and rookeries, although individuals have been observed far from these areas. They prefer wave-beaten rocks and islets, and steeper more remote haul-out areas than seals (Kenyon and Scheffer 1953:9).

There is no record of how the Chugach hunted porpoise in the eighteenth, nineteenth, or early twentieth centuries, although the method used may have been similar to that described below for whales. In Cook Inlet, the Dena'ina traditionally hunted porpoise during or after its northward migration in late spring. An adept hunter could harpoon porpoise as they lay basking on the surface of the water during clear, calm weather (Osgood 1976:39; Scammon 1968:97).

Both Dall and harbor porpoise occur in Prince William Sound, although the latter is the more common of the two (Murie 1959:338) Harbor porpoises are usually found in small groups along coastal areas, particularly in sheltered bays and inlets, and is seldom more than 32 km offshore (Banfield 1974:269; Scammon 1968:97). A favored habitat seems to be shallow areas near stream mouths where fresh and ocean water mix (Scammon 1968:97). However, harbor porpoise may move out into deeper water to avoid turbulence (Watts and Gaskin 1985:733-744). They are considered migratory, although they are sometimes sighted along the southern Alaska coast during winter months. Dall porpoise usually inhabit rough, deep water, and rarely enters bays (Banfield 1974:270). Like the harbor porpoise, they live on a diet of various fishes and squid, and are considered migratory (Murie 1959:338).

Birket-Smith's Chugach informants gave two different accounts of whale hunting. One individual indicated that whales were traditionally hunted from two-holed kayaks, with a slate bladed lance which was possibly smeared with poison. Another informant, who considered the method he described to be the older, more authentic one, said that the Chugach hunted in groups from large open boats, used a large harpoon, and never resorted to poison (Birket-Smith 1953:33-35). Whales were taken year round, but were most often hunted in the winter. Whaling "was carried on in land-locked bays, never in the open sea, where the carcass could not be secured" (Birket-Smith 1953:32).

Baleen whales hunted in the past in Prince William Sound included the humpback, minke, and possibly the fin whale. A rarely seen baleen whale, the California gray, may have been occasionally hunted. Toothed whales, such as the white or beluga whale, pilot whale, and killer whale were also pursued. The sperm whale and North Pacific right whale, toothed species that rarely occur in Prince William Sound, also may have been hunted (Birket-Smith 1953:17; Pike 1956).

Salmon fishing dominated the summer months and was perceived as a more important summer activity than hunting. Fish taken before the beginning of the salmon runs included halibut, cod, herring, and eulachon. Though early spring was traditionally the principal

15

EXHIBIT 5
Page 16 of 39

halibut fishing season, they were reportedly caught year round (Birket-Smith 1953:23, 39). Young halibut, found on the bottom in shallow inshore areas, probably would have been easily accessible to Chugach fishermen. Mature halibut may occur near the surface, although they are most often found at depths of 55 to 422 m (Hart 1973:615).

Pacific cod are also available in Prince William Sound throughout the year, although they were traditionally caught in spring or early summer, when they are in shallower water (Birket-Smith 1953:23-24). Pacific cod are usually found near the bottom, at depths of 12 to 550 m (Eschmeyer et al. 1983:97). Pacific Herring are usually offshore, although they come into harbors or large estuaries to spawn in late winter or spring (Eschmeyer et al. 1983:71). Eulachon are anadromous, returning to rivers to spawn between March and May (Eschmeyer et al. 1983:83).

In the category of traditionally gathered food, Birket-Smith (1953:42-45) lumped both invertebrates and flora. The former included various mollusks, sea urchins, chitons, sea slugs, shrimp, crab, and octopus. Late spring and early summer was the time for collecting shellfish. Among the flora, Birket-Smith listed 35 species, of which a considerable number were "collected more or less regularly." He reported that while gathered food was important in the subsistence economy, it was only a mainstay during lean times.

The contemporary (early twentieth century) annual round described by Birket-Smith (1953:24) consisted of catching salmon for the canneries from May 1 to August 2, and putting up fish for personal use during the winter from August until school began for the children. Seals, ducks and geese, black bear, and mountain goats were hunted during the fall. Sealing continued through the winter. Mink and land otter were occasionally trapped for their fur. Porcupine was taken at any time of the year, although most frequently in winter. Herring were caught in the spring, while red snapper, cod, and halibut were fished year-round.

*Cook Inlet*

The most complete summary of "historic resource use patterns" for the English Bay and Port Graham area is in a report by Ronald Stanek (1985). Stanek attempted to reconstruct the seasonal round followed between the 1880s to the 1940s "...from accounts in the ethnographic literature and from descriptions by knowledgeable individuals..." (Stanek 1985:52). In his reconstruction, Stanek relied heavily on information from local informants Walter Meganeck and Joe Tanape.

During the spring, summer, and fall, the residents of Port Graham and English Bay harvested resources in the Kachemak Bay area. In the spring, shellfish were collected, bears were hunted as they emerged from their winter dens, and cod were caught along the shores of English Bay, Port Graham, Portlock, and Dogfish Bay"

(Stanek 1985:52). During the summer, red and pink salmon and halibut were caught and dried, and wood was gathered for the winter. Silver salmon and berries were harvested in early fall (Stanek 1985:54).

Also in the fall, some hunters moved to camps on the outer coast where they spent the winter trapping, hunting land and marine mammals, and taking waterfowl. The outer coast was favored because of its numerous protected bays and high density of marine mammals. During the fall and winter, seals were hunted in sheltered bays as they took refuge from stormy weather (Stanek 1985:54-55).

As people became more involved in the commercial fishing industry, the move to winter camps along the outer coast was replaced by the use of more local, temporary camps. Hunters took seals along the southern shore of Kachemak Bay during February and March, and Halibut Cove was a popular hunting spot during late winter and early spring (Stanek 1985:56). The need for cash was met in the early 1900s by trapping and collecting seal bounties" (Stanek 1985:55). By the 1940s and 1950s, cash was earned by commercial fishing and working in canneries.

## TECHNOLOGY

The prehistoric inhabitants of the northern Gulf of Alaska coast had a tool kit which allowed them to take advantage of many, if not most, of the natural resources in their environment. Moreover, their technology was adequate to ensure a sufficiency of food, clothing, and housing. Splitting and planing adzes, chisels, burin-like tools, and axes were employed to fashion boats, spear shafts and points, harpoon heads, fish hooks and leister prongs, drying racks, storage boxes and dishes, spear throwers, hafts, needles, pins, and other wooden and bone objects which are sometimes rare in the archaeological record due to imperfect preservation. Saws, grinding slabs, whetstones, and hammerstones were employed to fashion points, ulus, knife blades, and scrapers were used in hunting and processing game and fish.

At the time of contact, the Chugach were using kayaks, umiaqs, and dug-out canoes. Their kayaks, as described by Colnett in 1788:

> ...are made of seal skins sew'd together & of the following construction. some with two holes & others with one, two sometimes sitting in a Hole Back to back & at other times one will be stow'd away in the bottom.(Olson 1992:18).

The kayaks used by the Natives of the north Pacific were extremely seaworthy:

> It is common to send one of these craft [from Kodiak] as far as the island of Oonalashka, or to Sitca Sound. For such voyages, however, the rowers must be furnished with

> new camleykas...as a guard against the waves of the sea, which often roll over them. When there are several of these vessels in company, and a storm overtakes them, they fasten together in parties of three or four, and thus ride it out, like so many ducks tossed up and down by the waves, without the smallest of danger (Lisiansky 1968:211-212).

However, by the late 1890s, the Chugach had apparently lost some of their kayaking skill:

> The bidarkas are propelled by single-bladed paddles, and in expert hands will weather almost any storm. All natives, however, are not experts, and the trick said to be not uncommonly done among the northern Eskimo of upsetting and righting on the other side with their paddles only would appear to them as the feats of the circus ring do to horsemen in general (Abercrombie 1990:400).

By the 1930s, the three-hole kayak, introduced by the Russians, was the only kind of Native craft still in use in Chenega. They were, however, much rarer than wooden, gas-powered boats (Birket-Smith 1953:46).

Umiaqs were large, open, skin boats (Birket-Smith 1953:49). According to Colnett:

> They have larger canoes built after the same constructions as their small one, but open, & will carry 25 or thirty people, neither of them appear to be adapted for war as a slight stroke would demolish them" (Olson 1992:19).

Abercrombie (1900:400-401) also commented on the umiaq's capacity and fragility:

> [They] are open, flat-bottomed boats, from 25 to 30 feet in length, of 6 feet beam, and are 4 feet in depth. A boat of this size with any considerable load requires for its propulsion eight to ten paddles and a steersman. Great care has to be taken in landing, as well as to guard against contact with brush or floating objects while under way. A very slight touch tears the thin and rotten lovtak [seal skin covering], while the least scum of young ice cuts it like a knife.

The Eyak used both kayaks and large skin canoes "like umiaks" (de Laguna 1990:191). However, at least by the late 1800s, their principal means of transportation was the wooden canoe:

> In experienced hands they will ride out in safety a considerable sea, provided it is not breaking, and in open water, where rocks, brush, floating logs or ice do

not endanger them, are exceedingly serviceable (Abercrombie 1990:398).

Chugach hunting weapons noted by Colnett in 1788 included "Bows, arrows, lances of long pieces of Iron [and] spears made to strike fish pointed with bone." Arrows for "shooting birds [were] slung & fitted like their spears for striking fish..." (Olson 1992:18-19). Beluga were "killed by a spear with a thong ten sazhens [21 m] long attached to a bladder" (Khlebnikov 1994:43).

According to Portlock (1968:253), the Natives' fishing gear consisted of:

> ...wooden hooks, with lines made of a small kind of rockweed, which grows to a considerable length, and will hold a good strain, if kept clear of hinks [sic], and properly moistened. With these hooks and lines they catch halibut and cod, salmon they catch in weirs, or spear them; and herring I believe they catch with small nets...

The lower stem of the bull kelp was dried, smoked, and spliced together to form fishing lines (Russell 1991:68). According to Birket-Smith (1953:41), some of the pieces of kelp were up to 16 m long.

During the late 1700s and early 1800s, residents of the Port Graham/English Bay region caught salmon with spears, snagging lines, and gaffs. Spears were particularly important, as they were an effective method of taking fish in shallow waters (Stanek 1985:59-65). Traps and weirs were built in rivers to harvest large quantities of fish for winter use (Stanek 1985:65). Halibut, sculpin, and cod caught with hand lines made of dried kelp roots or sinew (Stanek 1985:67).

In general, most European items were not available to the Native populace until after 1839, when an agreement between the Russian American Company and the Hudson Bay Company allowed the latter to supply goods to Russian settlements (Khlebnikov 1973; Hassen 1978). Despite being in close and constant contact with Fort Constantine, inhabitants of Nuchek did not become dependent on European material goods until the late 1830s (Hassen 1978:186).

The substitution of guns for complicated harpoon and float gear used to hunt sea mammals was perhaps the earliest exchange of European for Native technology. The Russians allowed their Alaskan workers to use guns to take fur bearers, although the guns were taken back after the hunt. Firearms did not become easily available to Native Alaskans until the early nineteenth century, when they were offered in trade by "Yankee" traders (Tikhmenev 1978). In the late 1890s, weapons popular along the Gulf of Alaska coast included "the double rifle and shotgun combined, the smooth-bore musket, together with the bow and arrow, for otter" (Abercrombie 1900:400).