## TENANCY AND RELATIONSHIPS WITH ADJACENT REGIONS

Although shared language and culture created a common identity among the eight geographic groups of the Chugach, each was politically independent, with its own leader and principal village (de Laguna 1956:27). Each group's territory varied in size and some were richer in resources than others (Birket-Smith 1953:20-21).

None of the four regional groups of Eyak formed a tribe "in any political sense" (de Laguna 1990:189). The actual political and legal units were matrilineal clans. Villages were identified with certain clans, "probably because its chief was the most prominent or his clansmen most numerous..." (de Laguna 1990:193). South of Controller Bay, hunting areas were controlled by clans, although this does not appear to have been the case among the Cordova Eyak.

The ethnohistoric boundaries between the Chugach, the Unegkurmiut, and the Eyak appear to have been rather porous. Ethnographic and historic data, for example, indicate that intermarriage between different southern Alaskan groups may have been the norm rather than the exception. Tikhmenev (1978:433-434) noted that "The Chugach natives...are of the same origin as the natives of Kad'iak, but, being related by intermarriage to the Kolosh from Yakutat, resemble them in appearance." Similarly, Wrangell (1989:418-419) commented in 1838 that "...the Chugach and the Kodiaks have intermixed with other American natives whose wives they have taken captive." At the turn of the century, Abercrombie (1900:397) wrote that:

> Intermarriage with the Thlinkets, Aleuts, and to a slight extent the Midnooskies, has destroyed whatever regular personal characteristics might have once distinguished [the Eyak].

Finally, as de Laguna (1975:13-14) reported in the 1930s:

> Some of the Port Graham Eskimo have recently moved into the Kachemak Bay region and have married Indian women. The Port Graham natives now form a separate tribal group, though they appear to be related more closely to the Chugach of Prince William Sound than to the Kodiak Islanders.

As the easternmost Eskimo groups on the Pacific coast, the people of Prince William Sound and the outer Kenai Peninsula were in contact not only with other Eskimos, but also with several Indian tribes. The Chugach, for example, had names for the Eskimo inhabitants of Kodiak, Iliamna Lake, and Bristol Bay, and both general and geographically specific names for the Indians of the Kenai Peninsula and Copper River. Although trade was important, warfare seems to have been "the general state of affairs" between

the Chugach themselves, and the Chugach and their neighbors (Birket-Smith 1953:101). According to Zaikov, there was "continuous warfare between the Pacific tribes" (Birket-Smith 1953:101), while Portlock (1968:250) noted that "the weaker tribes...are frequently robbed and plundered by the stronger, and prevented from hunting." Khlebnikov (quoted by Tikhmenev 1978:46) said that:

> The Chugach...are surrounded by peoples who are their historical enemies, they are subject to attack by the Kolosh from the sea and by the inhabitants of the Copper River area from land. They were therefore warlike, extremely wary, and energetic.

During the early nineteenth century, the Eyak began to encroach on Chugach territory. The Eyak:

> ...extended their hunting excursions in Prince William Sound to Port Gravina and even as far as Ellamar, and sometimes they hunted sea otter off the Egg Islands and the east end of Hinchinbrook Island, although they realized that this was trespassing on Eskimo territory (Birket-Smith 1953:18-19).

Tlingitized Eyak finally pushed the Chugach out of Controller Bay, while "mostly pure Eyak people" settled in the Copper River delta and the very eastern margin of Prince William Sound (de Laguna 1990:189, 195). The Tlingit "even occupied the village of Taukhtyuik on Hawkins Island in 1805, but soon had to leave it again" (Birket-Smith 1953:19).

*RUSSIAN REGULATION OF NATIVE ALASKAN HUNTING AND FISHING*

*Practices of the Fur Trading Companies*

Early contacts between Russian fur traders and the inhabitants of the Gulf of Alaska were brief and not always peaceful. For example, during their 1783 trading expedition to Prince William Sound, the crews of Delarof, Polutof, and Zaikof:

> wandered about in small detachments, committing outrages whenever they came upon a village with unprotected women and children. The Russians, who had for some time been accustomed to overcome all opposition on the part of the natives with comparative ease, imagined that their superior arms would give them the same advantage here. They soon discovered their mistake (Bancroft 1970:188).

Initial forays into the sound and Cook Inlet were made from Kodiak or the Aleutians. As Captain George Dixon (1968:59-60) recorded at Coal Harbor in 1786:

> It seems that Russians had no fixed settlement here, and, in short, no other residence than a mere temporary

one...all that could be learnt from them was, that they came in a sloop from Onalaska, and that the people we had seen in the canoes were Codiak Indians, which they had brought with them, the better to facilitate their traffic with the inhabitants of Cook's River, and the adjacent country; but not withstanding this, they had frequently quarreled and fought with the natives, and were at present on such bad terms with them, that they never went to sleep without their arms ready loaded by their side.

As trading companies began to establish permanent settlements along the coast, the Russians tried to exert more strict control over the Natives. Whaling, the hunting of birds for parkas, and cod and halibut fishing were regulated by the Russians (Davydov 1977:195). Their general approach to the fur trade in the early 1800s was described by Davydov (1977:193):

> Although the company has numerous kaiurs [natives in life-service to the company]...the remaining Americans are enslaved by it and have no less obligations laid on them. Among the most onerous is the sending of men to hunt sea otters...the company [sends] Koniagas, Aliaksintsy and Chugaches along the coast of America and even as far as the island of Sitka, which is more than 1,500 versts [1600 km] from Kad'iak. The savages are forced to row this distance in their leather baidarkas, landing on shore at night to rest. On the journey many are drowned or die as a result of other mishaps...After [the hunt] they all hurry home as fast as they can in order to catch the fish still going upstream in the rivers and to lay in stocks of them as winter food. Others remain on the islands near Voskresensk Bay to hunt birds for parkas.

In 1794, Vancouver met with a large fleet of kayaks near Port Dick, carrying "not less than four hundred men" which de Laguna (1956:36) has suggested was a party of sea otter hunters under Russian control. The hunters traded hunting and fishing implements and other hand-crafted items, but not furs: "not an article of this description had been offered for sale, or even seen in the possession of the native, as forming a part of their apparel..." (Vancouver 1984:1264).

The Russian American Company was chartered in 1799 for a period of twenty years. In 1821, Tsar Alexander I renewed the privileges of the company and approved regulations governing its activities. Among the regulations were strict controls on the Natives of Russian American:

> Islanders not in Company service are permitted to fish along shores where they live for their personal and family sustenance, but they are not allowed to go to neighboring areas without special permission from the

22

EXHIBIT 5
Page 23 of 39
Page 000023 of 39
Exhibit P.3

> Company. They may likewise hunt sea and land animals on those islands and in places where they live, everything thus procured is their own property. But if they wish to sell any of the furs they obtain in this manner, they may only sell to the Company, at a price which the Company Administration must report to the government (Dmytryshyn 1989:363).

Acculturation accelerated after 1840. A smallpox epidemic of 1837-1839 severely damaged social cohesion, by cutting social ties, and disrupted kinship networks and political alliances (Knecht and Jordan 1985:32). By 1844, when the Russian American Company charter was renewed, the inhabitants of the Kuril and Aleutian Islands, the Kodiak Archipelago, and the Alaska Peninsula, as well as "tribes who live along the coast of America, such as the Kenaits, Chugach and others" were considered "settled natives" (Dmytryshyn 1989:470). The renewed charter contained strictures on the Natives similar to those promulgated in 1821:

> Natives not in service to the Company, in their free time, may fish along the coast where they live to procure food for themselves and their families. However, they cannot do this in neighboring areas without special permission from the colonial administration. They may likewise hunt marine and land animals on the islands and places where they live, and everything thus acquired is their inviolable property. However, if they wish to sell any furs they acquire, they may sell only to the Company, at a price which the administration is to report to the government within two years of the time these regulations are put into effect (Dmytryshyn 1989:471-472).

*The Chugach and "Kenais"*

Because there was a rapid depletion of sea otter in Prince William Sound, the Russian American Company post at Nuchek played a minor role in fur trade. Therefore, the Chugach were never controlled to the degree that the Koniag and Aleuts were. Once the Chugach agreed to a Russian presence in the sound, the trading companies were able to bring in hunters from the Aleutians and Kodiak. While it was essential for the Russians to gain permission to hunt, the Russians were not dependent on the Chugach for labor (Hassen 1979:136). Ultimately, the Chugach were not forced to hunt for the company, but could not purchase goods at Nuchek if they sold their furs to independent traders. In encouraging the Chugach to hunt for the furs, the Russians appealed to the Native desire for exotic status items (Khlebnikov 1973; Okun 1951:206; Hassen 1978:136).

The Russians considered the Chugach to be Imperial subjects, although the Natives apparently did not acknowledge Russian sovereignty. Even the Chugach living near the Russian American

23

EXHIBIT 5
Page 24 of 39

Company post at Nuchek considered themselves independent. According to Golovin (1979:24-25):

> ...the sum total of their dependence on the Company is that when requested by the colonial administration they send small parties out to hunt sea otters, but only in places near their settlements. Sometimes they are also hired for Company work. Sea otter hunting parties are outfitted here just as with the Aleuts, and the catch is purchased from the Chugach at set prices. They are paid for their work as all natives are.

However, when the Chugach were in need or "sometimes if there is a dispute," they turned to the prikashchik who is in charge of the Nuchek redoubt (Golovin 1979:25).

As Chugach participation in the fur trade, for the most part, was voluntary, it did not interfere with subsistence activities (Hassen 1978:136, 185). It was not until the late 1830s that most of the inhabitants of Nuchek, even though they were in close and constant contact with the post at Fort Constantine, were acculturated to the point that they no longer relied on a traditional subsistence strategy (Hassen 1978:186).

The "Kenais" along the shore of Cook Inlet also considered themselves independent:

> They do not go on sea otter hunts, but they do hunt land animals. They sell part of their pelts to the Company at a set price, and part of them to other natives. The Company hires them to maintain baidara communication between Nikolaevsk redoubt and the coal mining post; they also make charcoal and do other work in the redoubt (Golovin 1979:25).

## CONCLUSIONS

The Pacific Eskimo have a long tenancy in the study area. The Chugach are direct cultural descendants of people who appeared in Prince William Sound at least 2,400 years ago, while the ancestors of the Unegkurmiut have probably lived along the coast of the Kenai Peninsula for at least 1700 years. Each of the self-identified groups in the area had their own territory that they jealously guarded. However, ethnic boundaries in the region have likely shifted several times during the past millennium. Probably the most dramatic of these shifts occurred sometime between A.D. 1000 and A.D. 500, when the Dena'ina replaced the Pacific Eskimo in the Cook Inlet basin (Boraas and Klein 1989:13). The early nineteenth century Eyak intrusion into Chugach territory along the western margin of Prince William Sound is another example.

The relationship between these groups was complex. Warfare was endemic among the eight Chugach "tribes," and between the Chugach and their Indian and Eskimo neighbors. However, trade and

intermarriage were also common. Actually, the cultural boundaries between the Eyak, Chugach, Unegkurmiut, and Koniag were probably more imagined than real. Both Workman (1980:90) and Clark (1974:184) have remarked on similarities between the late prehistoric and contact period cultures of the Gulf of Alaska, and the ethnographic Eyak and northern Tlingit area. In addition, due to common ancestry and diffusion, the Chugach, Unegkurmiut, and Koniag were physically, culturally, and linguistically related.

In general, the native inhabitants of the northern Gulf of Alaska coast "suffered much economic deprivation, disruption of sociopolitical organization, and disastrous losses of population" (Knecht and Jordan 1985:32) as a result of Russian contact. As described by Clark (1984:187):

> ...demands and dispersals severely disrupted the native lifeway and resulted in a rapid population decline although attempts at directed culture change appear to have been minimal. From an estimated population of more than 9,000 at the time of first sustained contact in 1784, the Pacific Eskimo decreased to less that 6,000 by 1800, soon to 5,000, following a smallpox epidemic to 3,000 by the middle of the nineteenth century, and possibly minus a few hundred more persons by the time of the first U.S. census there in 1880.

As reflected in its charters of 1821 and 1844, the Russian American Company tried to exert strict control over Native participation in the fur trade. However, there were fewer restrictions on personal and family sustenance, although permission from the company was required for travel to neighboring areas.

The Chugach were never controlled to the degree that the Koniag and Aleuts were. Initially, their participation in the fur trade did not entail much socio-economic change. Because late prehistoric trade already included the furs that the Russians and English wanted, involvement in the European-influenced, early historic economy was simply a way to obtain different types of status items. It did not require much of a change in the subsistence way of life. However, once the Russians established permanent settlements and brought in Koniag and Aleut hunters, it become more risky to remain outside the trade economy than to join it. The benefits of participating in the system were increased access to material goods and food stuffs. Being part of the system gave the Chugach some measure of control over, and a small amount of cash profit from the fur trade. Similarly, when non-Native fishermen, cannery workers, miners, and fox farmers began moving into the sound after 1867, the Chugach provided subsistence resources to the newcomers and worked as cannery watchmen. Again, they were reducing the risk of being pushed out of their traditional economy, and of losing the ability to purchase western items that had become both necessities and status items.

There has been a certain amount of continuity in the use of subsistence resources from prehistoric through modern times among the Chugach. The main difference between contact period and modern diets is that less sea mammal meat is now being eaten. Whales and sea otter are not part of the modern diet, although they probably added considerably to prehistoric and early historic larder. The earliest historic records specify that fish were the mainstay of the Chugach diet. Further archaeological research is necessary to determine whether this was also true prehistorically.

Russian-American Company policies forced employees to rely at least partly on local resources, and encouraged local people to preserve some knowledge of late prehistoric subsistence patterns. Ethnographic information from the 1930s suggests that people in Prince William Sound depended on much the same wild species as their ancestors. The contributions of birds, invertebrates, terrestrial mammals and wild vegetation to the diet is small in both prehistoric and historic times. Sea mammals have always been important, although the emphasis placed on them by the elders interviewed by Birket-Smith may reflect the high emic value of these resources rather than the actual amount eaten. Fish, birds, invertebrates, and vegetation may have been so routine in the diet that they were not emphasized by informants.

These is no conclusive evidence of aboriginal use of the OCS in the historic or ethnographic literature of the study area for anything other than travel. One possible reference to fishing on the open ocean is noted below, but there is nothing in the literature of the region to compare with Langsdorff's unequivocal observation from the Aleutians:

> The Aleutians often run out to sea even to a considerable distance upon their hunting parties, and then commonly several go together in company... (Langsdorff 1814, quoted by Hrdlicka 1945:124-125).

Almost all of the late eighteenth century encounters between Europeans and Natives in the study area took place in inshore waters, usually while the explorers were at anchor. Even the large fleet of kayaks that Vancouver met in 1794 was near the coast of Port Dick (Betts et al. 1991:17, Figure 3.1).

Archibald Menzies may have been referring to fishing on the OCS when he wrote in his journal: "Some of these canoes joind us from sea, where they had been out fishing, & from them we procurd a supply of very good Halibut" (Olson 1993:109). However, "from the sea" is just as likely an indication of direction as it is a suggestion that the fisherman had been on the Continental Shelf.

The Pacific Eskimo did have watercraft capable of surviving the open ocean. Two members of the Billings expedition recorded the following encounter off the outer coast of the Kenai Peninsula:

EXHIBIT 5
Page 21 of 39

> On the 12th the fog dispersed, and we discovered at
> distance of five miles northward, the mountainous shore
> of America. We soon saw two Americans, rowing to us in
> a single-seated baidar (Sarychev 1969:20).

> When we were at about three miles from shore, two of the
> natives came off in their canoes, making the general
> sign of peace...They stayed but a short time on board;
> and Delareff went on shore in his three-seated baidar,
> which he brought with him, [with] two Americans,
> accompanied by the natives who had visited us...(Sauer
> 1972:186).

However, it is obvious from Sauer's account that the Natives were coming from shore to meet the Russians.

The Chugach also crossed the Gulf of Alaska to Middleton Island, roughly 75 km southeast of Montague Island. According to George Davidson (1868:292), who conducted a geographical reconnaissance of coastal areas of Alaska in 1867:

> A few huts are scattered about [Middleton Island] and
> serve as shelter for the natives temporarily sojourning
> here for the purpose of collecting sea weeds and hunting
> seals.

Ismailof and Bocharov, who visited Middleton in 1788, described the island as "abounding in sea-otters." The Russians traded with the Natives for a time, but were alarmed by the approach of "several bidars filled with Chugatsches." After a brief skirmish during which a Chugach was killed, the Russians departed for Kayak Island (Bancroft 1970:268).

Kayak voyages from Kodiak to Sitka, a distance of over 1,600 km, were not uncommon. However, Davydov (1977:193-194) indicates that hunting parties traveled along the coast or from island to island, and landed on shore at night to rest. Also, despite the skill of the kayakers and the seaworthiness of their craft, such journeys were still fraught with danger. As Davydov (1977:193-194) noted:

> On the journey many are drowned or die as a result of
> other mishaps, to such an extent that now on Kad'iak of
> 30,000 inhabitants (an estimate by Shelikhov when he
> arrived on the island) very few are left.

Eventually, even the Russians had to give way to the dangers of ocean travel in a kayak. Khlebnikov (1994:48) reported in this early nineteenth century notes on Russian America that hunting parties were no longer sent to Kayak Island "due to the dangerous passage and difficulties in landing..."

Although the Chugach had seaworthy boats, Birket-Smith's ethnography suggests that they did most of their hunting within Prince William Sound. For example, he says that whales were

hunted "in land-locked bays, never in the open sea." Fur seals were pursued "for instance round Naked, Knight and Smith Islands," and sea lions were commonly taken in the waters between Chenega and Montague Islands (Birket-Smith 1953:27-28, 32). Sea otters were apparently the only species hunted on exposed shores (Birket-Smith 1953:27-28). During the late nineteenth century, sea otter hunters were dispatched from Nuchek to hunt the "reefs" along the outer shore of Montague Island (Ketz and Johnson 1985:13).

It would not have been necessary for the Chugach to travel out onto the open ocean to catch deep water species of fish. Halibut, for example, are often found in deep water, although their preferred habitat is still shallower than many areas of the sound. In fact, the waters of Prince William Sound are generally as deep or deeper than those south and southwest of Montague and Hinchinbrook Islands. As Davidson (1868:297) has written, the sound is "very deep," with depths of over 730 m northwest of Knight Island.

This notwithstanding, salmon, herring, halibut, and eulachon could have been--and probably were--caught in shallow waters. Birket-Smith (1953:23-24) specifically says that cod were traditionally taken when they were in shallow water. Also, while at anchor in Constantine harbor, Portlock's crew "caught fine cod and halibut in plenty, large quantities of herring, and as many as two thousand salmon at each haul of the seine" (Davidson 1868:295). Similarly, Fidalgo (Moore 1975:36) recorded that:

> in the Channel between Montague Island and the Green Islands [where today the water is 9 to 46 fathoms deep] were caught flatfish...that is, a fish of the same shape as the flounder, but of a weight of 75, 100 and up to 150 pounds, of fairly good flavor.

Fish stocks in the past were not as depleted as they are at present. The halibut, cod, pollock, and rock fish found in archeological sites are generally larger than those caught today. For example, remains of cod that probably weighed up to 23 kg (50 pounds) have been recovered from sites on Eleanor Island (Linda Yarborough, personal communication 1995). This allowed the Natives to catch large fish without having to travel long distances from their settlements.

Information for lower Cook Inlet and the outer coast of the Kenai Peninsula is not as detailed as that for Prince William Sound. However, Stanek (1985) noted that the residents of Port Graham and English Bay harvested resources in the Kachemak Bay area during the spring, summer, and fall. Cod were caught along the shore, and salmon were taken in near-shore waters or streams (Stanek 1985:52, 59-67). Halibut, sculpin, and cod were traditionally caught with handlines made of kelp or sinew. However, with the advent of "stronger" lines, "halibut and other bottom species which swim along the shoreline at high tides..." were taken with gear laid out at low tide (Stanek 1985:68-69). The outer coast

where favored for fall and winter marine mammal hunting because of "the numerous protected bays" where seals took refuge from stormy weather (Stanek 1985:55).

# REFERENCES CITED

Abercrombie, William R.
  1900 *Compilation of Narratives of Explorations in Alaska.*
    U.S. Government Printing Office, Washington, D.C.

Alaska Department of Fish and Game
  1978 *Alaska's Fisheries Atlas*, vol. 1. State of Alaska,
    Department of Fish and Game.

Arndt, Katherine L.
  1985 The Russian-American Company and the Smallpox Epidemic of
    1835 to 1840. Paper presented at the 12th Annual Meeting of
    the Alaska Anthropological Association, Anchorage.

Baker, Marcus
  1906 *Geographic Dictionary of Alaska.* U.S. Geological Survey
    Professional Paper No. 299. U.S. Government Printing Office,
    Washington, D.C.

Bancroft, Hubert H.
  1970 *History of Alaska 1730-1885.* Reprinted. Hafner, Darien,
    Connecticut. Originally published 1886.

Banfield, Alexander W. F.
  1974 *The Mammals of Canada.* University of Toronto Press,
    Toronto.

Beaglehole, J.C. (editor)
  1967 *The Journal of Captain James Cook. The Voyage of the
    Resolution and Discovery, 1776-1780.* vol. 3, parts 1 and 2.
    Hakluyt Society, Cambridge University Press, Cambridge.

Belcher, Edward,
  1979 *H.M.S. Sulphur on the Northwest and California Coasts,
    1837 and 1839: The Accounts of Captain Edward Belcher and
    Midshipman Francis Guillemard Simpkinson.* Edited by Richard
    A. Pierce and John H. Winslow. Materials for the Study of
    Alaska History No. 12. Limestone Press, Kingston, Ontario.

Betts, Robert C., Christopher B. Wooley, Charles M. Mobley, James
C. Haggarty, and Aron Crowell
  1991 *Site Protection and Oil Spill Treatment at SEL-188, An
    Archaeological Site in Kenai Fjords National Park, Alaska.*
    Exxon Shipping Company and Exxon Company, USA, Anchorage.

Birket-Smith, Kaj
  1953 *The Chugach Eskimo.* Nationalmuseets Skrifter Ethnografisk
    Række, VI. Nationalmuseets Publikationsfond, København.

Birket-Smith, Kaj, and Frederica de Laguna
  1938 *The Eyak Indians of the Copper River Delta, Alaska.* Det
    Kgl. Danske Videnskabernes Selskab. Levin & Munksgaard,
    København.

Black, Lydia (editor)
  1977  The Koniag (the Inhabitants of the Island of Kodiak) by Iosaf [Bolotov] (1794-1799) and by Gideon (1804-1807). *Arctic Anthropology* 14(2):79-108.

Boraas, Alan, and Janet Klein
  1989  Radiocarbon Dates from SEL-010: Kachemak Bay, Alaska. Paper presented at the 16th Annual Meeting of the Alaska Anthropological Association, Anchorage.

Bureau of Indian Affairs
  1991  *Report of Investigations for Chugach Alaska Corporation, Sites BLM AA-10720 through BLM AA-41502*, vol. III. Bureau of Indian Affairs, ANCSA Office, Anchorage.

Clark, Donald W.
  1974  *Koniag Prehistory*. Tubinger Monographien zur Urgeschichte No. 1. Universitat Tubingen, Stuttgart.

  1984  Pacific Eskimo: Historic Ethnography. In *Arctic*, edited by David Damas, pp. 185-197. Handbook of North American Indians, vol. 5, William G. Sturtevant, general editor. Smithsonian Institution, Washington, D.C.

Colnett, James
  1992  *Voyage to the N.W. Side of America*. Edited and annotated by Wallace M. Olson.

Davidson, George
  1868  Report of Assistant George Davidson relative to the coast, features, and resources of Alaska territory. In *Russian America*, Report of the Secretary of State in Alaska, pp. 219-325. Washington, D.C.

Davydov, Gavriil I.
  1977  *Two Voyages to Russian America, 1802-1807*. Translated by Colin Bearne, edited by Richard A. Pierce. Materials for the Study of Alaskan History No. 10. Limestone, Kingston, Ontario.

Dixon, George
  1968  *A Voyage Round the World*. Da Capo, New York. Originally published 1789, G. Goulding, London.

Dmytryshyn, Basil (editor and translator)
  1989  *The Russian American Colonies, 1798-1867: A Documentary Record*. Oregon Historical Society, Portland.

Eschmeyer, William N., Earl S. Herald, and Howard Hammann
  1983  *Pacific Coast Fishes*. Houghton Mifflin, Boston.

Fedorova, Svetlana G.
  1973  *The Russian Population in Alaska and California, Late 18th Century-1867*. Translated and edited by Richard A. Pierce and Alton S. Donnelly. Materials for the Study of Alaska History, No. 4. Limestone Press, Kingston, Ontario.

Fitzhugh, William (editor)
  1975  *Prehistoric Maritime Adaptations of the Circumpolar Zone*. Mouton, The Hague.

Gedeon, Hieromonk
  1989  *The Round the World Voyage of Hieromonk Gedeon 1803-1809*. Translated by Lydia T. Black, edited Richard A. Pierce. Limestone Press, Kingston, Ontario.

Golovin, Pavel N.
  1979  *The End of Russian America: Captain P. N. Golovin's Last Report, 1862*. Translated with introduction and notes by Basil Dmytryshyn and E. A. P. Crownhart-Vaughan. Oregon Historical Society, Portland.

Gormly, Mary
  1977  Early Culture Contact on the Northwest Coast, 1774-1795: Analysis of Spanish Source Material. *Northwest Anthropological Research Notes* 2(1).

Grant, Ulysses S., and Daniel F. Higgins
  1910  *Reconnaissance of the Geology and Mineral Resources of Prince William Sound, Alaska*. Geological Survey Bulletin 443. U.S. Government Printing Office, Washington, D.C.

Haggarty, James C., Christopher B. Wooley, Jon M. Erlandson and Aron Crowell
  1991  *The 1990 Exxon Cultural Resource Program: Site Protection and Maritime Cultural Ecology in Prince William Sound and the Gulf of Alaska*. Exxon Shipping Company and Exxon Company, USA, Anchorage.

Hassen, Harold
  1978  *The Affect of European and American Contact on the Chugach Eskimo of Prince William Sound, Alaska*. Ph.D. dissertation, University of Wisconsin. University Microfilms, Ann Arbor.

Hausler-Knecht, Philomena
  1991  An Expanded View of the Ocean Bay Period: Preliminary Findings from the KOD-363 Site. Paper presented at the 18th Alaska Anthropological Association Conference, Anchorage.

EXHIBIT 5
Page 33 of 39

Page 0000033 of 99

Exhibit P-3

32

Hayes, Miles O.
  1986  Oil Spill Vulnerability, Coastal Morphology, and Sedimentation of Outer Kenai Peninsula and Montague Island. In *Environmental Assessment of the Alaskan Continental Shelf, Final Reports of Principal Investigators*, vol. 51:419-538. National Oceanic and Atmospheric Administration, Outer Continental Shelf Environmental Assessment Program, Boulder.

Heusser, Calvin J.
  1960  *Late-Pleistocene Environments of North Pacific North America*. Special Publication No. 35. American Geographical Society, New York.

  1983  Holocene Vegetation History of the Prince William Sound Region, South-Central Alaska. *Quatenary Research* 19:337-355.

Hrdlicka, Ales
  1945  1945  *The Aleutian and Commander Islands and Their Inhabitants*. Wistar Institute of Anatomy and Biology, Philadelphia.

Kenai Peninsula Borough School District
  1980  *Alexandrovsk, English Bay in its Traditional Way*. Kenai Peninsula Borough, Kenai.

Kenyon, Karl W., and Victor B. Scheffer
  1953  *The Seals, Sea-lions, and Sea Otter of the Pacific Coast*. Wildlife Leaflet No. 344, USDI Fish and Wildlife Service. U.S. Government Printing Office, Washington, D.C.

Ketz, James
  1978  Nuchek: An Historical Sketch, 1778-1930. Cooperative Parks Studies Unit, University of Alaska, Fairbanks. Ms. on file, Office of History and Archaeology, Alaska Department of Natural Resources, Division of Parks and Outdoor Recreation, Anchorage.

  1981  Port Etches Historic District National Register Nomination. Ms. on file, National Park Service, Anchorage,

Ketz, James, and John F. C. Johnson
  1985  *Chugach Archaeological Inventory, 1983, Controller Bay, Alaska*. Chugach Alaska Corporation, Anchorage.

Khlebnikov, K. T.
  1973  The Life of Aleksandr Baranov Andreevich Baranov, chief manager of the Russian colonies in America. Limestone Press, Kingston, Ontario.

  1994  *Notes on Russian America*. translated by Marina Ramsay, edited by Richard Pierce. Alaska History No. 42, Limestone Press, Kingston, Ontario.

Knecht, Richard A., and Richard H. Jordan
  1985 Nunakakhnak: An Historic Period Koniag Village in Karluk, Kodiak Island, Alaska. *Arctic Anthropology* 22(2):17-35.

Krauss, Michael E.
  1982 *In Honor of Eyak: The Art of Anna Nelson Harry*. Alaska Native Language Center, University of Alaska, Fairbanks.

Laguna, Frederica de
  1956 *Chugach Prehistory: The Archaeology of Prince William Sound, Alaska*. University of Washington Publications in Anthropology No. 13, University of Washington, Seattle.

  1972 *Under Mount Saint Elias: The History and Culture of the Yakutat Tlingit*. Smithsonian Institution, Washington, D.C.

La Pérouse, Jean F. G.
  1968 *A Voyage Round the World In the Years 1785, 1786, 1787, and 1788, by the Bourrole and Astrolabe*, Vol. 1. Da Capo, New York. Originally published 1799, A. Hamilton, London.

Lethcoe, Nancy R.
  1987 *An Observer's Guide to the Glaciers of Prince William Sound, Alaska*. Prince William Sound Books, Valdez.

Lisiansky, Urey
  1968 *A Voyage Round the World in the Years 1803, 4, 5, & 6*. Greg Press, Ridgewood, New Jersey. Originally published 1814, London.

McCartney, Allen P.
  1988 Maritime Adaptations in Southern Alaska. In *Proceedings of the International Symposium on Maritime Adaptations in the North Pacific*, edited by Hiroaki Okada, pp. 19-55. Abashiri, Hokkaido.

McMahan, J. David, and Charles E. Holmes
  1987 *Report of Archaeological and Historical Investigations at Nuka Island and the Adjacent Kenai Peninsula, Gulf of Alaska*. Office of History and Archaeology Report No. 5. Alaska Department of Natural Resources, Division of Parks and Outdoor Recreation, Anchorage.

Meares, John
  1790 *Voyages Made in the Years 1788 and 1789 from China to the North West Coast of America*. Logographic, London.

Menzies, Archibald
  1993 *The Alaska Travel Journal of Archibald Menzies, 1793-1794*. Edited by Wallace M. Olson. University of Alaska, Fairbanks.

EXHIBIT 5
Page 35 of 39

Page 0000035 of 39

34

Exhibit P-3

Merck, Carl H.
  1980  *Siberia and Northwestern America 1788-1792: The Journal of Carl Heinrich Merck Naturalist with the Russian Scientific Expedition led by Captains Joseph Billings and Gavriil Sarychev.* Translated by Fritz Janisch, edited by Richard A. Pierce. Materials for the Study of Alaskan History No. 17. Limestone, Kingston, Ontario.

Mobley, Charles M., James C. Haggarty, Charles J. Utermohle, Morley Eldridge, Richard E. Reanier, Aron Crowell, Bruce A. Ream, David R. Yesner, Jon M. Erlandson, and Paul E. Buck
  1990  *The 1989 EXXON VALDEZ Cultural Resource Program.* Exxon Shipping Company and Exxon Company U.S.A. (A Division of Exxon Corporation), Anchorage.

Moore, Katrina H.
  1975  Fidalgo's Alaska Voyage of 1790, The Claiming and Naming of Cordova and Valdez. Ms. on file, University of Alaska Fairbanks Archives.

Moser, Jefferson F.
  1899  *The Salmon and Salmon Fisheries of Alaska.* U.S. Fish Commission Bulletin 18:1-178.

Murie, Olaus J.
  1959  *Fauna of the Aleutian Islands and Alaska Peninsula.* North American Fauna No. 61. USDI Fish and Wildlife Service. U.S. Government Printing Office, Washington, D.C.

Okun, Semen B.
  1951  *The Russian-American Company.* Translated by Carl Ginsburg, edited by B.D. Grekov. Harvard University Press, Cambridge Massachusetts.

Orth, Donald J.
  1967  *Dictionary of Alaska Place Names.* U.S. Geological Survey Professional Paper No. 567. U.S. Government Printing Office, Washington, D.C.

Osgood, Cornelius
  1976  *The Ethnography of the Tanaina.* Yale University Publications in Anthropology No. 16. Reprinted. Human Relations Area Files, New Haven. Originally published 1937, Yale University, New Haven.

Petroff, Ivan
  1884  Report on the Population and Resources of Alaska, 1880. In *10th Census of the United States, 1880,* vol. 8. U.S. Government Printing Office, Washington, D.C.

Pike, Gordon C.
  1956  *Guide to the Whales, Porpoises and Dolphins of the North East Pacific and Arctic Waters of Canada and Alaska.* Circular No. 32. Fisheries Research Board of Canada, Nanaimo.

Pitcher, Kenneth W.
   1975  Distribution and Abundance of Sea Otters, Steller Sea
      Lions and Harbor Seals in Prince William Sound, Alaska. Ms.
      on file, Alaska Department of Fish and Game, Anchorage.

Porter, Robert P.
   1893  *Report on the Population and Resources of Alaska at the
      Eleventh Census: 1890.*  Department of the Interior, Census
      Office.  U.S. Government Printing Office, Washington, D.C.

Portlock, Nathaniel
   1968  *A Voyage Round the World.* Da Capo, New York. Originally
      published 1789, London.

Reger, Douglas R., J. David McMahan, and Charles E. Holmes
   1992  *Effect of Crude Oil Contamination on Some Archaeological
      Sites in the Gulf of Alaska, 1991 Investigations.*  Office of
      History and Archaeology Report No. 30.  Alaska Department of
      Natural Resources, Division of Parks and Outdoor Recreation,
      Anchorage.

Research Foundation of the State University of New York
   1992  *Exxon Valdez Oil Spill Archaeological Damage Assessment.*
      State University of New York at Binghamton.  Draft report
      submitted to the USDA Forest Service, Juneau.

Russel, Priscilla N.
   1991  *English Bay and Port Graham Alutiiq Plantlore.*  Chugach
      Heritage Foundation, Anchorage.

Sarychev, Gavriil A.
   1969  *Account of a Voyage of Discovery to the North-East of
      Siberia, the Frozen Ocean and the North-East Sea.*  Vol. 2.  Da
      Capo, New York.

Sauer, Martin
   1972  *An Account of a Geographical and Astronomical Expedition
      to the Northern Parts of Russia.*  Richmond, Surrey, England.
      Originally published 1802, Cadell, London.

Scammon, Charles M.
   1968  *The Marine Mammals of the Northwestern Coast of North
      America.*  Dover, New York.

Schaaf, Jeanne, and Lora Johnson
   1990  Upland Investigations at SEL-188, McArthur Pass, Kenai
      Fjords National Park.  Ms. on file, USDI National Park
      Service, Anchorage.

Shelikhov, Grigorii I.
   1981  *A Voyage to America 1783-1786.*  Translated by Marina
      Ramsay, edited by Richard A. Pierce.  Materials for the Study
      of Alaskan History No. 19.  Limestone, Kingston, Ontario.

EXHIBIT 5
Page 37 of 39

36

Page 000037 of
Exhibit P-3

Sheldon, Charles
   1912  *The Wilderness of the North Pacific Coast Islands.* Charles Scribner's Sons, New York.

Stanek, Ronald T.
   1985  *Patterns of Wild Resource Use in English Bay and Port Graham, Alaska.* Technical paper No. 104, Alaska Department of Fish and Game, Division of Subsistence, Anchorage.

Strange, James
   1982  *James Strange's Journal and Narrative of the Commercial Expedition from Bombay to the Northwest Coast of America.* Ye Galleon Press, Fairfield, Washington.

Stratton, Lee
   1989  *Resource Uses in Cordova, A Coastal Community of Southcentral Alaska.* Technical Paper No. 153 Division of Subsistence, Alaska Department of Fish and Game, Anchorage.

   1990  *Resource Harvest and Use in Tatitlek, Alaska.* Technical Paper No. 181. Division of Subsistence, Alaska Department of Fish and Game, Anchorage.

Stratton, Lee, and Evelyn B. Chisum
   1986  *Resource Use and Patterns in Chenega, Western Prince William Sound: Chenega in the 1960s and Chenega Bay 1984-1986.* Technical Paper No. 139. Division of Subsistence, Alaska Department of Fish and Game, Anchorage.

Tikhmenev, Petr A.
   1978  *A History of the Russian-American Company.* Translated and edited by Richard A. Pierce and Alton S. Donnelly. University of Washington Press, Seattle.

U.S. Coast and Geodetic Survey
   1916  *United States Coast Pilot, Alaska; Part II, Yakutat to Arctic Ocean.* U.S. Department of Commerce. Government Printing Office, Washington, D.C.

Vancouver, George
   1967  *A Voyage of Discovery to the North Pacific Ocean and Round the World,* vol. 3. De Capo, New York. Originally published 1798, G. G. and J. Robinson, London.

VanStone, James W.
   1984  Exploration and Contact History of Western Alaska. In *Arctic,* edited by David Damas, pp. 149-160. Handbook of North American Indians, vol. 5, William G. Sturtevant, general editor. Smithsonian Institution, Washington, D.C.

Wahrhaftig, Clyde
   1965  *Physiographic Divisions of Alaska.* U.S. Geological Survey Professional Paper No. 482. U.S. Government Printing Office, Washington, D.C.

Walker, Alexander
  1982  *An Account of a Voyage to the Northwest Coast of America in 1785 & 1786.* Edited by Robin Fisher and J. M. Bumsted. University of Washington, Seattle.

Watts, Peter, and David E. Gaskin
  1985  Habitat Index Analysis of the Harbor Porpoise (*Phocoena phocoena*) in the Southern Coastal Bay of Fundy, Canada. *Journal of Mammalogy* 66(4):733-744.

Workman, William B.
  1980  Continuity and Change in the Prehistoric Record from Southwestern Alaska. In *Alaska Native Culture and History*, edited by Yoshinobu Kotani and William Workman, pp. 49-101. National Museum of Ethnology, Senri Ethnological Series No. 4, Osaka, Japan.

  1993  Archaeology of the Southern Kenai Peninsula. Paper presented at the Maritime Cultures Seminar, Honolulu.

Wrangell, Ferdinand P.
  1989  A Report of the Natives of the Northwest Coast of American by Baron Ferdinand P. Wrangell, Former Chief Administrator of the Russian American Company. In *The Russian American Colonies 1798-1867.* vol. 3, pp. 406-428. Edited and translated by Basil Dmytryshyn, E.A.P. Crownhart-Vaughn, and Thomas Vaughan. Oregon Historical Society.

Yarborough, Linda F.
  1995  Filling in the Culture History of the North Pacific: Recent Archaeological Investigations in Prince William. Paper presented at the 60th Annual Meeting of the Society for American Archaeology, Minneapolis.

Yarborough, Michael R. and Linda F. Yarborough
  1991  *Uqciuvit: A Multicomponent Site in Northwestern Prince William Sound, Alaska.* Submitted to USDA Forest Service, Chugach National Forest, Anchorage, in press.

Page 0000039 of 39

EXHIBIT 5
Page 39 of 39

Exhibit P-3