BRUCE M. LANDON
DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
907-271-5452
Facsimile: 907-271-5827

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

NATIVE VILLAGE OF EYAK,                )
NATIVE VILLAGE OF TATITLEK,            )
NATIVE VILLAGE OF CHENEGA,             )   Case No. A98-365-CV (HRH)
(aka CHENEGA), NATIVE VILLAGE          )
OF NANWALEK, NATIVE VILLAGE            )
OF PORT GRAHAM,                        )
                                       )
            Plaintiffs,                )
                                       )
                                       )
WILLIAM M. DALEY, Secretary            )
of Commerce,                           )
                                       )
            Defendants.                )
_____)

**DECLARATION OF MICHAEL YARBOROUGH**

Pursuant to 28 USC 1746 Michael Yarborough declares and states:

1.  Attached to this declaration is a copy of my curriculum vitae which is true and correct.

2.  In connection with <u>Native Village of Eyak v. Trawler Diane Marie</u>, A95-063 CV (HRH)(D. Alaska) I prepared a report entitled *Traditional Aboriginal Use of the Outer Continental Shelf from Kayak Island to Lower Cook Inlet* dated November 20, 1995. That report considered uses up until approximately 1930. I believed the statements in that report to be true and correct in 1995, and I believe them to be true and correct today.

MOT. FOR EXTENSION

EXHIBIT 6
Page 1 of 9

3. Since 1995, additional archeological evidence has come to light regarding Chugach subsistence uses. Among the new materials available is the doctoral dissertation of Linda Finn Yarborough entitled *Prehistoric and Early Historic Subsistence Patterns Along the North Gulf of Alaska Coast*. That dissertation consisted of an analysis of faunal collections from prehistoric and historic sites on Prince William Sound and the Kenai coast dating from approximately 2,400 years before present to the late 1800s. There was not one sablefish bone identified from any of those sites.

4. In my 1995 report, I concluded that there was no conclusive evidence of aboriginal use of the OCS in the historic or ethnographic literature of the study area for anything other than travel. 1995 Report at 26. In contrast, early Europeans did report open sea hunting by Aleuts in the Aleutians. 1995 Report at 26.

5. The Chugach clearly crossed portions of the OCS to Middleton Island in the Gulf of Alaska. Lower Cook Inlet Eskimos crossed portions of the OCS to Augustine Island and the Barren Islands.

6. Despite this travel, I believe that it is unlikely that the Chugach and Lower Cook Inlet Eskimos used the transited portions of the OCS as hunting and fishing grounds. I agree that the Chugach and Lower Cook Inlet Eskimo subsistence lifestyle was "opportunistic" in the sense that although certain species may have been targeted, other species might be taken when the opportunity presented itself. The opportunistic nature of the Chugach and Lower Cook Inlet Eskimo subsistence lifestyle does not lead to a conclusion of use of the OCS itself if a) the

species is not available on the OCS, b) the species is found on the OCS, but the technology to harvest the species is unavailable, c) the harvest would interfere with the travel. For example, mature sablefish are not available on the OCS itself, but congregate in deep waters where the OCS slopes down to the deep sea. Conversely, sea otters are limited in the depth to which they can dive. Consequently, they will not congregate in areas where the sea is deeper than their diving depth. Examples of species that would not be harvested because of technological difficulties would include whales and sablefish. The Chugach hunted whales primarily in landlocked bays because of the difficulty of recovering the carcass of whales hunted in the open ocean. 1995 Report at 15. Mature sablefish occur at such great depths that it is unlikely that the traditional gear would be capable of harvesting them. Finally, one must consider the general nature of open ocean travel. If one is paddling a kayak or bidarka across the Gulf of Alaska, one cannot simultaneously be fishing for halibut with the traditional handlines made of kelp or sinew. There would be no incentive to interrupt the travel across the coast to harvest a species readily available in nearshore areas.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 9, 2001

_____
MICHAEL YARBOROUGH



**CULTURAL RESOURCE CONSULTANTS**
3504 East 67th Avenue
Anchorage, Alaska 99507
(907) 349-3445

Michael Roy Yarborough

Place and Date of Birth:   Asheville, North Carolina. October 16, 1950.

Education:   University of Toronto, course work for Ph.D., 1973 to 1974.

University of Toronto, Master of Arts Degree in Archeology, 1973.

University of Arkansas, Bachelor of Arts Degree with high honors in Anthropology, 1972.

Honors:   Phi Beta Kappa, University of Arkansas, 1972.

Commissioner, Municipality of Anchorage Historical Landmarks Commission, 1982 to 1986.

Board member, City of Cordova Historic Preservation Commission, 1995 to present.

Employment:   Principal Archeologist, Cultural Resource Consultants, Anchorage, Alaska, July 1981 to present.

Archeologist, U.S.D.A. Forest Service, Chugach National Forest, Anchorage, Alaska, April to May 1990.

Archeologist, U.S. Fish and Wildlife Service, Alaska Regional Office, Anchorage, Alaska, June 1977 to July 1981.

Anthropology Instructor, Kodiak Community College, Kodiak, Alaska, January to May 1977.

Supervisory Archeologist, Alyeska Pipeline Project, Institute of Arctic Biology, University of Alaska, Fairbanks, Alaska, May 1974 to August 1976.

Alaskan Research/Fieldwork:

1999   Literature review and reconnaissance survey, Pogo Claims Area, Delta Junction

Literature review and reconnaissance survey, Falls Creek Hydroelectric Project, Gustavus.

Literature review, Anton Larson Boat Launch Ramp, Kodiak.

Archeological survey, Alaska Railroad Realignment, Anchorage.

Literature review and reconnaissance survey, Egegik Airport Expansion Project.

Literature review and reconnaissance survey, Threemile Creek Well Site, Beluga.

Alaskan Research/Fieldwork continued:

1999   Cultural resource survey, Fairbanks NOAA Facility Master Plan.

Cultural resource surveys and SHPO coordination, Corps of Engineers environmental restoration, Unalaska, Dutch Harbor, and Chernofski.

Cultural resource surveys and SHPO coordination, Corps of Engineers environmental restoration, Metlakatla.

1998   Literature review and reconnaissance surveys, Pogo Claims Area, Delta Junction.

Cultural resource surveys and SHPO coordination, Corps of Engineers environmental restoration, Unalaska and Dutch Harbor.

1997   Literature review and reconnaissance survey, Pogo Claims Area, Delta Junction.

Construction monitoring and report preparation, Alaska SeaLife Center, Seward.

Survey, testing, and construction monitoring, Knik Arm Gravel Extraction, Knik.

Literature review for Platinum airport master plan.

Literature review for the Lace River Hydroelectric Project.

Survey of a proposed airport, Clarks Point.

Literature review and field reconnaissance, Lower Susitna Boating Access Study.

1996   Literature review and field survey for a proposed hydroelectric project, Power Creek, Cordova.

Literature review for airport master plans, Kipnuk and Kwethluk.

Literature review and field survey for the Echo Cove/Cascade Point Access Road and Initial Development, Juneau.

Data recovery, Alaska SeaLife Center, Seward.

Survey of a proposed road improvements, Hooper Bay.

Survey, testing, and construction monitoring, Knik Arm Gravel Extraction project, Knik.

Literature review for the Southern Intertie, Anchorage to Soldotna.

1995   Field survey of access roads, airport, and sanitation facilities, Toksook Bay.

Report preparation, Juneau Access Environmental Impact Statement.

Construction monitoring and archeological testing, Alaska SeaLife Center, Seward.

1994   Director of archeological research for the Juneau Access Environmental Impact Statement.

Alaskan Research/Fieldwork continued:

1994    Literature review and field survey for a proposed Corps of Engineers' project, Northway area.

Survey of the proposed infrastructure improvements, Institute of Marine Science, Seward.

Survey and testing of a proposed gravel source, Knik.

Survey of a proposed access road, Tazimina Lake.

Impacts assessment for the Gambell airport master plan.

1993    Archeological consulting for an oil spill response drill, Valdez.

Literature review for an airport master plan, Bettles.

Survey of a fuel facilities project, Wales.

Literature reviews for Public Health Service construction projects in Aleknagik, Athmauthluak, Birch Creek, Chalkyitsik, Clarks Point, Crooked Creek, Elim, Holy Cross, Huslia, Kobuk, Larsen Bay, Naknek, Nondalton, Noorvik, Pedro Bay, Russian Mission, Scammon Bay, Shageluk, Sheldon Point, Toksook Bay, and Twin Hills.

Field surveys of sanitation facilities projects in Crooked Creek, Golovin, Kotzebue, Nelson Lagoon, and Pedro Bay.

Archeological consulting on cultural heritage issues for the Bristol Bay Native Corporation.

Survey of village trust lands, Kake.

Survey of a proposed access corridor, Whittier.

Survey of proposed salmon hatchery improvements, Tutka Bay.

1992    Review of a remedial action plan for the National Park Service's Kantishna Hills Project.

Survey of a proposed access road, Chenega Bay.

Survey of a proposed transmission line, Seward.

Literature reviews for Public Health Service construction projects in Allakaket, Chignik Bay, Craig, Hoonah, Igiugig, Ivanof Bay, Kake, Kaltag, Kiana, Kipnuk, Kivalina, Klawock, Klukwan, Koyuk, Kwethluk, Levelock, Nelson Lagoon, Nenana, New Koliganek, New Stuyahok, Nikolai, Noorvik, Northway, Ouzinkie, Perryville, Pilot Point, Platinum, Russian Mission, Saint Michael, Sand Point, Savoonga, Selawik, Seldovia, Shaktoolik, Shishmaref, Teller, Togiak, Wales, White Mountain, and Yakutat.

Field surveys of sanitation facilities projects in Kake, Klukwan, Levelock, Perryville, Selawik, and Wales.

Literature review for an Environmental Impact Statement, Main Bay Hatchery.

Survey, testing, and monitoring of an airport improvements project, Igiugig.

Alaskan Research/Fieldwork continued:

1991  Survey of a timber harvest area, Cordova.

Survey of a proposed runway, Chenega Bay.

Survey and test excavations around the village of Igiugig.

Literature review for two airport projects, Chignik Lagoon and Egegik.

Survey and testing at KOD-142, a prehistoric site in Larsen Bay.

Literature review for an airport master plan, Gambell.

Survey of a proposed airport, Egegik.

1990  Survey of three proposed weather radar sites, Homer, Kenai, and Sterling.

Survey of a sewage lagoon and material source, Igiugig.

1989  Survey of coastal areas of Prince William Sound and the Gulf of Alaska, Exxon Valdez oil spill.

Survey of a proposed fish processing plant, Dutch Harbor.

Survey of the Beaver Creek crossing, Kenai Spur Road, Kenai.

1988  Excavation at Uqciuvit (SEW-056), a prehistoric site in northwestern Prince William Sound.

Survey of a proposed material source, Anvik.

Survey of the Golden Zone Mine near Mt. McKinley.

Survey of two proposed housing units, Adak.

Survey of a proposed port facility, Dutch Harbor.

1987  Literature review for two proposed post offices, Ester and North Pole.

Survey and excavation at the site of a proposed post office, Eagle.

Survey of a proposed runway, Parker Lake.

1986  Survey of a proposed hydroelectric plant site, Tazimina River.

Survey of a proposed access road, Pedro Bay.

Survey and inventory of the Ellamar town site, Ellamar.

Survey of the Valdez Creek Mine, Cantwell.

Survey of two proposed runways and an access road, St. George Island.

Case 3:98-cv-00365-HRH   Document 161-12   Filed 08/05/2008   Page 8 of 9

Alaskan Research/Fieldwork continued:

1986  Survey of a proposed post office site, Kasilof.

1985  Literature review for the Katalla Road Reconnaissance Study.

Survey of a proposed runway and access road, Pedro Bay.

Survey of a proposed fisheries research center, Near Island.

Survey of a proposed runway extension, Larsen Bay.

Survey of a proposed hydroelectric plant, Bell Island.

1984  Survey of a proposed runway and access road, Unalaska.

Survey of two proposed power transmission lines, Anchorage.

Literature review and survey of historic coal mines and related sites for draft EIS, Healy District Mine Reclamation Project.

1983  Survey of proposed sanitation facilities, Shishmaref.

Monitoring of the construction of an abutment for the Near Island Bridge, Kodiak.

Survey of three proposed construction areas, Beaver Creek Oil and Gas Unit, Kenai.

Aerial reconnaissance and literature review for the Knik Arm Crossing project, Matanuska-Susitna Borough.

Survey of the proposed Willow Creek/Big Susitna River access road, Willow.

Survey and testing of sites SEW 175/176 and SEW 187, Cooper Landing.

1982  Excavations at UGA-035, a historic site in Ugashik.

Survey of a proposed airport access road, Kokhanok.

Survey of a proposed gas line and field gathering system, Kenai.

Alaskan Research/Fieldwork continued:

Literature review for the Wasilla Bypass project, Wasilla.

Survey of a proposed road right-of way, Dillingham.

Testing of DIL-069, a historic site near Dillingham.

1981  Survey of a proposed highway reconstruction, Mile 65-76, Seward Highway.

Survey of five proposed oil and gas exploration areas, Prudhoe Bay and Colville River areas.

Alaskan Research/Fieldwork continued:

1981    Survey of a proposed runway and access road, Kokhanok.

        Survey of Sunshine, West Long Lake, and Welch Roads, Matanuska-Susitna Borough.

        Survey of a proposed drilling area, Grant Lake.

1979    Survey of Izembek National Wildlife Refuge, Cold Bay.

1977-1978  Surveys of Kodiak National Wildlife Refuge, Kodiak.

1975    Examination of a proposed water improvements system, Port Lions.

1971    Survey of Izembek National Wildlife Refuge, Cold Bay.


Publications:   1974 Analysis of Pottery from the Western Alaska Peninsula. *Anthropological Papers of the University of Alaska* 16(1).

1977 Archeological Sites in Section Four. In *Pipeline Archeology*, J.P. Cook editor, Institute of Arctic Biology, University of Alaska, Fairbanks.

1996 "A Village Which Sprang Up Before My Very Eyes," An Historical Account of the Founding of Eklutna. In *Adventures Through Time: Readings in the Anthropology of Cook Inlet, Alaska*. Cook Inlet Society, Anchorage.

1998 Prehistoric Marine Adapatations of Prince William Sound and the Pacific Coast of the Kenai Peninsula. *Arctic Anthropology* 35(1):132-145.