IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIVE VILLAGE OF EYAK *et al*,<br><br>Plaintiffs,<br><br>v.<br><br>CARLOS GUTIERREZ, SECRETARY OF COMMERCE<br><br>Defendant | Case No. A98-365-CV (HRH)<br><br>**NOTICE OF ERRATA REGARDING MOTION AND APPLICATION OF NON-RESIDENT ATTORNEY LYNN LEE FOR PERMISSION TO APPEAR AND PARTICIPATE IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA** |

To the Honorable Judge of the above-entitled court:

On July 22, 2008, a motion and application was filed on behalf of Lynn Y. Lee for permission to appear and participate as counsel for Plaintiffs in the above-entitled action, pursuant to Rule 83.1(d) of the Local Rules for the United States District Court, District of Alaska. However, the following items were not included with the original application, and have accordingly been attached to this notice to correct the earlier omission:

(1) A Certificate of Good Standing from the state of California, where the applicant has been admitted to practice;

(2) A check for the required fee of $150.

DATED this ____ day of August 2008

Lynn Y. Lee (Applicant)
HOGAN & HARTSON LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Phone: (310) 785-4600
Facsimile: (310) 785-4601
E-mail: lylee@hhlaw.com

\\\LA - 090334/010361 - 396655 v1



Natalie A. Landreth (Bar no. 0405020)
NATIVE AMERICAN RIGHTS FUND
801 B Street, Suite 401
Anchorage, AK 99501
Phone: (907) 276-0680
Facsimile: (907) 276-2466
Email: landreth@narf.org

## CERTIFICATE OF SERVICE

I, Natalie Landreth, certify that a true and correct copy of Notice of Errata was served on August 6, 2008 pursuant to the Court's electronic filing procedures upon the following:

Dean Dunsmore (dean.dunsmore@usdoj.gov)

lorraine.carter@usdoj.gov

Beverly F. Li (beverly.li@usdoj.gov)

efile_nrs.enrd@usdoj.gov

Brian McLachlan (brian.mclachlan@usdoj.gov)


s/nlandreth