**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

July 29, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, LYNN YUHEE LEE, #235531 was admitted to the practice of law in this state by the Supreme Court of California on January 19, 2005; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records