

**HOGAN & HARTSON, LLP**
1999 AVENUE OF THE STARS
SUITE 1400
LOS ANGELES, CA 90067

7738

BANK OF AMERICA, NA
WASHINGTON, DC 20002
15-120/540

8/5/2008

PAY TO THE
ORDER OF ___ Clerk, U.S. District Court, for the District of Alaska

$ **150.00

One Hundred Fifty Only*****************************************************************************************************

DOLLARS

OVER $1,000 REQUIRES TWO SIGNATURES

MEMO   90334.10361*Pro Hac Vice Fee

⑆007738⑆ ⑆054001204⑆ 00492055284⑆

HOGAN & HARTSON, LLP/LOS ANGELES DISB ACCT
Clerk, U.S. District Court, for the District of Alaska

7738

8/5/2008

150.00

L.A. Disbursement Acct     90334.10361*Pro Hac Vice Fee

150.00