```
            UNITED STATES
            DISTRICT COURT
             District of Alaska
             Anchorage Division

           #  00133327  -  BC
             August 6, 2008


   Code    Case #    Qty     Amount

   6855XX-N 98-365            150.00 CK


           TOTAL→            150.00



   FROM: HOGAN & HARTSON, LLP
    FOR: LYNN Y. LEE
         PRO HAC VICE FEE
         A98-365-CV-HRH
```