Natalie Landreth
NATIVE AMERICAN RIGHTS FUND
420 L Street, Suite 505
Anchorage, Alaska 99501
Phone: (907) 276-0680
Facsimile: (907) 276-2466
Email: landreth@narf.org

Goriune Dudukgian
ALASKA LEGAL SERVICES CORPORATION
1016 West 6th Ave., Suite 200
Anchorage, Alaska 99501
Phone: (907) 222-4524
Facsimile: (907) 279-7417

Rich de Bodo
HOGAN & HARTSON LLP
1999 Avenue of the Stars Suite 1400
Los Angeles, California 90067
Phone: (310) 785-4888
Facsimile: (907) 785-4601

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EYAK *et. al*,<br><br>           Plaintiffs,<br><br>v.<br><br>CARLOS GUTIERREZ, SECRETARY OF COMMERCE<br><br>           Defendant. | Case No. A98-365-CV (HRH)<br><br>**MOTION FOR LEAVE TO FILE LATE EXHIBIT RESPONSES** |

Plaintiffs move for leave to file the responses to Defendant's objections to exhibits, attached hereto.  Although Plaintiffs did file their responses to the Defendant's pretrial motions on August 5th as provided for in the pre-trial order, occupied with the intensive preparation required for this case, Plaintiffs' counsel unintentionally overlooked the section above it in the order that required responses to the Defendant's objections also be served and

filed the same day.  Plaintiffs realized their mistake on August 6th and have attempted to

remedy the oversight as soon as possible.  Plaintiffs' counsel apologize for any

inconvenience this may have caused the Court or counsel for Defendant.

DATED this 7th day of August 2008.

<div style="margin-left:40%">

s/nlandreth

Natalie A. Landreth (Bar no. 0405020)
NATIVE AMERICAN RIGHTS FUND
420 L Street, Suite 505
Anchorage, Alaska 99501
Phone: (907) 276-0680
Facsimile: (907) 276-2466
Email: landreth@narf.org

Goriune Dudukgian
ALASKA LEGAL SERVICES CORPORATION
1016 West 6th Ave., Suite 200
Anchorage, Alaska 99501
Phone: (907) 222-4524
Facsimile: (907) 279-7417

Rich de Bodo
HOGAN & HARTSON LLP
1999 Avenue of the Stars Suite 1400
Los Angeles, California 90067
Phone: (907) 310-785-4694
Facsimile: (907) 785-4601

</div>

**CERTIFICATE OF SERVICE**

I, Natalie Landreth, certify that a true and correct copy of **MOTION FOR LEAVE TO FILE LATE EXHIBIT RESPONSES** was served on August 7, 2008 pursuant to the Court's electronic filing procedures upon the following:

Dean Dunsmore     dean.dunsmore@usdoj.gov, lorraine.carter@usdoj.gov

Beverly F. Li     beverly.li@usdoj.gov, efile_nrs.enrd@usdoj.gov

Brian McLachlan     brian.mclachlan@usdoj.gov


                    s/nlandreth