Natalie Landreth
NATIVE AMERICAN RIGHTS FUND
420 L Street, Suite 505
Anchorage, Alaska 99501
Phone: (907) 276-0680
Facsimile: (907) 276-2466
Email: landreth@narf.org

Goriune Dudukgian
ALASKA LEGAL SERVICES CORPORATION
1016 West 6th Ave., Suite 200
Anchorage, Alaska 99501
Phone: (907) 222-4524
Facsimile: (907) 279-7417

Rich de Bodo
HOGAN & HARTSON LLP
1999 Avenue of the Stars Suite 1400
Los Angeles, California 90067
Phone: (310) 785-4888
Facsimile: (310) 785-4601

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| EYAK *et. al*,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>CARLOS GUTIERREZ, SECRETARY OF COMMERCE<br><br>　　　　　　Defendant. | Case No. A98-365-CV (HRH)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO ACCEPT LATE EXHIBIT RESPONSES** |

      This Court, having reviewed Plaintiffs' motion for leave to file late exhibit responses and any opposition thereto, and being fully advised in the premises, IT IS HEREBY ORDERED THAT the exhibit responses are accepted and shall be docketed as a separate entry.

DATED:_____   _____
                                                                              H. RUSSEL HOLLAND
                                                                              United States District Judge

## CERTIFICATE OF SERVICE

I, Natalie Landreth, certify that a true and correct copy of **[PROPOSED] ORDER GRANTING MOTION TO ACCEPT LATE EXHIBIT RESPONSES** was served on August 7, 2008 pursuant to the Court's electronic filing procedures upon the following:

Dean Dunsmore     dean.dunsmore@usdoj.gov, lorraine.carter@usdoj.gov

Beverly F. Li     beverly.li@usdoj.gov, efile_nrs.enrd@usdoj.gov

Brian McLachlan     brian.mclachlan@usdoj.gov


                              s/nlandreth