**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

NATIVE VILLAGE OF EYAK, et al.    v.    CARLOS M. GUTIERREZ, Secretary of Commerce

THE HONORABLE H. RUSSEL HOLLAND    CASE NO.  3:98-cv-00365-HRH

Deputy Clerk                        Official Recorder

_____             _____

APPEARANCES:    for PLAINTIFF:   ----

                for DEFENDANT:   ----

PROCEEDINGS:    **ORDER FROM CHAMBERS**

    This court, having reviewed plaintiffs' motion for leave to file late exhibit responses and any opposition thereto (Docket No. 168), and being fully advised in the premises,

    IT IS HEREBY ORDERED that the exhibit responses are accepted and shall be docketed as a separate entry.