RONALD J. TENPAS
Assistant Attorney General

BRIAN A. MCLACHLAN
U.S. Department of Justice
Environment & Natural Resources Division
c/o United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Tel: (206) 553-4148
Fax: (206) 553-4067
brian.mclachlan@usdoj.gov

Attorney for Federal Defendant
(Additional Counsel Listed in Signature Block)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| NATIVE VILLAGE OF EYAK, | ) | |
| NATIVE VILLAGE OF TATITLEK, | ) | Case No. A98-365-CV (HRH) |
| NATIVE VILLAGE OF CHENEGA, | ) | |
| (aka CHENEGA BAY), NATIVE | ) | |
| VILLAGE OF NANWALEK, NATIVE | ) | **DEFENDANT'S NOTICE** |
| VILLAGE OF PORT GRAHAM, | ) | **REGARDING DIGITAL** |
| | ) | **EVIDENCE PRESENTATION SYSTEM** |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CARLOS GUTIERREZ, Secretary | ) | |
| of Commerce, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

In accordance with Local Rule 39.3(c), Defendant gives notice that he intends to use

the Digital Evidence Presentation System (DEPS) at the trial scheduled to begin August 18,

DEF.'S NOTICE REGARDING DIGITAL ELECTRONIC PRESENTATION SYS.

2008, at 9:00 a.m. in Anchorage, AK before Judge Holland. Counsel for Defendant has taken training with the court Automation Specialist in accordance with Local Rule 39.3(c)(1).

RESPECTFULLY SUBMITTED this 13th day of August, 2008.

        RONALD J. TENPAS
        Assistant Attorney General

        BRIAN MCLACHLAN (D.C. 472413)
        U.S. Department of Justice
        Environment & Natural Resources Division
        c/o United States Attorney's Office
        700 Stewart Street, Suite 5220
        Seattle, Washington 98101-1271
        Tel: (206) 553-4148
        Fax: (206) 553-4067
        brian.mclachlan@usdoj.gov

        /s/ Beverly F. Li
        BEVERLY F. LI (WSBA # 33267)
        U.S. Department of Justice
        Environment & Natural Resources Division
        P.O. Box 663
        Washington, D.C. 20044-0663
        Telephone: 202-353-9213
        Facsimile: 202-305-0506
        beverly.li@usdoj.gov

        JOSEPH H. KIM (IL 6243249)
        United States Department of Justice
        Environment & Natural Resources Division
        P.O. Box 7369
        Washington, DC 20044-7369
        Telephone: 202-305-0207
        Facsimile: 202-305-0275
        joseph.kim@usdoj.gov

        DEAN K. DUNSMORE
        U.S. Department of Justice Environment &
        Natural Resources Division
        801 B Street, Suite 504

Anchorage, AK 99501-3657
Telephone: (907) 271-5452
Facsimile:(907) 271-5827
dean.dunsmore@usdoj.gov

Attorneys for Federal Defendant

**CERTIFICATE OF SERVICE**

 I HEREBY CERTIFY that on August 13, 2008, the foregoing DEFENDANT'S NOTICE REGARDING DIGITAL ELECTRONIC PRESENTATION SYSTEM was served on the following counsel of record via the Court's ECF system as more fully reflected on the Notice of Electronic Filing:

Goriune Dudukgian
gdudukgian@alsc-law.org

Natalie Landreth
landreth@narf.org

Richard de Bodo
rdebodo@hhlaw.com

             /s/ Beverly F. Li
             Beverly F. Li
             Counsel for Defendant