Natalie Landreth
NATIVE AMERICAN RIGHTS FUND
801 B Street, Suite 401
Anchorage, Alaska 99501
Phone: (907) 276-0680
Facsimile: (907) 276-2466
Email: landreth@narf.org

Goriune Dudukgian
ALASKA LEGAL SERVICES CORPORATION
1016 West 6th Ave., Suite 200
Anchorage, Alaska 99501
Phone: (907) 222-4524
Facsimile: (907) 279-7417

Rich de Bodo
HOGAN & HARTSON LLP
1999 Avenue of the Stars Suite 1400
Los Angeles, California 90067
Phone: (907) 310-785-4694
Facsimile: (907) 785-4601

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EYAK *et. al,*<br><br>                     Plaintiffs,<br><br>v.<br><br>CARLOS GUTIERREZ, SECRETARY OF COMMERCE<br><br>                     Defendant. | Case No. A98-365-CV (HRH)<br><br>**NOTICE REGARDING INTENTION TO USE HISTORICAL ARTIFACTS AT TRIAL** |

Notice is hereby given to the Court that Plaintiffs will be utilizing ancient spearheads, fish hooks, fishing weights and, possibly, a whaling hook at trial scheduled before Judge Holland in Courtroom 2 to begin on August 18, 2008. These hunting and fishing instruments are cultural artifacts. Plaintiffs will require special assistance to bring the artifacts into the Courtroom.

DATED this 14th day of August 2008.

        s/nlandreth

        Natalie A. Landreth (Bar no. 0405020)
        NATIVE AMERICAN RIGHTS FUND
        801 B Street, Suite 401
        Anchorage, Alaska 99501
        Phone: (907) 276-0680
        Facsimile: (907) 276-2466
        Email: landreth@narf.org

**CERTIFICATE OF SERVICE**

I, Natalie Landreth, certify that a true and correct copy of **NOTICE REGARDING USE OF HISTORICAL ARTIFACTS AT TRIAL** was served on August 14th, 2008 pursuant to the Court's electronic filing procedures upon the following:

Dean Dunsmore    dean.dunsmore@usdoj.gov, lorraine.carter@usdoj.gov

Beverly F. Li    beverly.li@usdoj.gov, efile_nrs.enrd@usdoj.gov

Brian McLachlan    brian.mclachlan@usdoj.gov

        s/nlandreth