Natalie Landreth
NATIVE AMERICAN RIGHTS FUND
801 B Street, Suite 401
Anchorage, Alaska 99501
Phone: (907) 276-0680
Facsimile: (907) 276-2466
Email: landreth@narf.org

Goriune Dudukgian
ALASKA LEGAL SERVICES CORPORATION
1016 West 6th Ave., Suite 200
Anchorage, Alaska 99501
Phone: (907) 222-4524
Facsimile: (907) 279-7417

Rich de Bodo
HOGAN & HARTSON LLP
1999 Avenue of the Stars Suite 1400
Los Angeles, California 90067
Phone: (907) 310-785-4694
Facsimile: (907) 785-4601

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EYAK *et. al,*<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>CARLOS GUTIERREZ, SECRETARY OF COMMERCE<br><br>　　　　　Defendant. | Case No. A98-365-CV (HRH)<br><br>**NOTICE OF LODGING OF DEPOSITION TRANSCRIPTS BY PLAINTIFFS'** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　**PLEASE TAKE NOTICE THAT** Plaintiff's Native Village of Eyak, Native Village of Tatitlek, Native Village of Chenega (aka Chenega), Native Village of Nanwalek, and Native Village of Port Graham, have lodged with the above-entitled Court true and correct certified copies of the following deposition transcripts:

\\\LA - 090334/010361 - 398301 v1

| DATE | WITNESS DEPOSITION |
|---|---|
| 2007-06-11 | Deposition transcript of Tracy Buck |
| 2008-05-23 | Deposition transcript of Michael Yarborough |
| 2008-05-27 | Deposition transcript of Christopher Wooley |
| 2008-05-28 | Deposition transcript of Linda Yarborough |
| 2008-05-29 | Deposition transcript of Robyn Angliss |
| 2008-05-29 | Deposition transcript of Mark Wilkins |
| 2008-05-30 | Deposition transcript of Dana Hanselman |
| 2008-05-30 | Deposition transcript of Guy Noll |
| 2008-06-02 | Deposition transcript of E. Eric Knudsen |
| 2008-06-03 | Deposition transcript of Stephen Langdon |

DATED this 18th day of August 2008.

s/nlandreth

Natalie A. Landreth (Bar no. 0405020)
NATIVE AMERICAN RIGHTS FUND
420 L Street, Suite 505
Anchorage, Alaska 99501
Phone: (907) 276-0680
Facsimile: (907) 276-2466
Email: landreth@narf.org

\\\LA - 090334/010361 - 398301 v1

## CERTIFICATE OF SERVICE

I, Natalie Landreth, certify that a true and correct copy of **NOTICE OF LODGING OF DEPOSITION TRANSCRIPTS BY PLAINTIFFS'** was served on August 18, 2008 pursuant to the Court's electronic filing procedures upon the following:

Dean Dunsmore (dean.dunsmore@usdoj.gov)

lorraine.carter@usdoj.gov

Beverly F. Li (beverly.li@usdoj.gov)

efile_nrs.enrd@usdoj.gov

Brian McLachlan (brian.mclachlan@usdoj.gov)


                                        s/nlandreth

\\\LA - 090334/010361 - 398301 v1