RONALD J. TENPAS
Assistant Attorney General

BRIAN A. MCLACHLAN
U.S.  Department of Justice
Environment & Natural Resources Division
c/o United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Tel: (206) 553-4148
Fax: (206) 553-4067
brian.mclachlan@usdoj.gov

Attorney for Federal Defendant
(Additional Counsel Listed in Signature Block)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| NATIVE VILLAGE OF EYAK,<br>NATIVE VILLAGE OF TATITLEK,<br>NATIVE VILLAGE OF CHENEGA,<br>(aka CHENEGA BAY), NATIVE<br>VILLAGE OF NANWALEK, NATIVE<br>VILLAGE OF PORT GRAHAM,<br><br>Plaintiffs,<br><br>v.<br><br>CARLOS GUTIERREZ, Secretary<br>of Commerce,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:98-CV-365-HRH<br><br><br><br><br><br><br><br>NOTICE OF LODGING OF<br>DEPOSITION TRANSCRIPTS BY<br>DEFENDANT |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Defendant, Carlos Gutierrez, Secretary of Commerce,

hereby lodges with the above-entitled Court true and correct copies of the following deposition

1

transcripts:

| Exhibit | Date | Witness Deposition |
|---------|------|--------------------|
| G | May 8, 2008 | Herman Moonin, Jr. |
| H | May 9, 2008 | Simeon Kvasnikoff |
| I | May 9, 2008 | Henry Makarka |
| J | May 7, 2008 | Nick Tanape |
| K | May 13, 2008 | Ken Vlasoff |
| L | May 13, 2008 | Pete Kompkoff |
| M | May 14, 2008 | Mae Lange |
| N | June 5-6, 2008 | Bob Henrichs (Vol. I & II) |
| O | June 6, 2008 | Matt Ganley |
| P | January 24, 2001 | Matt Ganley |
| Q | January 24, 2001 | Polly Wheeler |
| R | June 13, 2008 | Patricia Partnow |
| S | June 2, 2008 | Eric Knudsen |
| T | June 4, 2008 | John Johnson |
| U | June 5, 2008 | Jeff Leer |

These deposition transcripts are included in the judge's copies of Defendant's Exhibits that were submitted to the Court at the commencement of trial on August 18, 2008.

RESPECTFULLY SUBMITTED this 18th day of August, 2008.

RONALD J. TENPAS
Assistant Attorney General

/s/ Dean K. Dunsmore
BRIAN MCLACHLAN (D.C. 72413)
U.S. Department of Justice
Environment & Natural Resources Division
c/o United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Tel: (206) 553-4148
Fax: (206) 553-4067
brian.mclachlan@usdoj.gov

BEVERLY F. LI (WSBA # 33267)
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-353-9213
Facsimile: 202-305-0506
beverly.li@usdoj.gov

JOSEPH H. KIM (IL 6243249)
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7369
Washington, DC 20044-7369
Telephone: 202-305-0207
Facsimile: 202-305-0275
joseph.kim@usdoj.gov

Native Village of Eyak v. Gutierrez
Case No. 3:98-CV-365-HRH
Notice of Lodging of Deposition Transcripts     3

DEAN K. DUNSMORE
U.S. Department of Justice
Environment & Natural Resources
Division
801 B Street, Suite 504
Anchorage, AK 99501-3657
Telephone: (907) 271-5452
Facsimile:(907) 271-5827
dean.dunsmore@usdoj.gov

Attorneys for Federal Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 18, 2008, the foregoing Notice of Lodging of
Deposition Transcripts by Defendant were served on the following counsel of record via the Court's
ECF system as more fully reflected on the Notice of Electronic Filing:

Goriune Dudukgian
gdudukgian@alsc-law.org

Natalie Landreth
landreth@narf.org

Richard de Bodo
rdebodo@hhlaw.com

/s/ Dean K. Dunsmore
DEAN K. DUNSMORE
Counsel for Defendant

Native Village of Eyak v. Gutierrez
Case No. 3:98-CV-365-HRH
Notice of Lodging of Deposition Transcripts      4