### *2ND AMENDED
MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

NATIVE VILLAGE OF EYAK, ET AL. vs. *CARLOS GUTIERREZ

BEFORE THE HONORABLE H. RUSSEL HOLLAND   CASE NO. 3:98-CV-00365-HRH

DEPUTY CLERK/RECORDER:      CAROLINE EDMISTON

APPEARANCES:   PLAINTIFF:   GORIUNE DUDUKGIAN, NATALIE LANDRETH,
                            RICHARD de BODO, LYNN LEE

               DEFENDANT:   BRIAN A. MCLACHLAN, JOSEPH KIM,
                            BEVERLY LI

PROCEEDINGS: TRIAL BY COURT - DAY 1 HELD 08/18/08:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:04 a.m. court convened.

Court and counsel heard plaintiff's request for daily transcripts and the parties make no request for daily transcripts at this time. Court ordered the clerk to call the transcribers and cancel the order.

Opening Arguments heard.

Henry Makarka sworn and testified on behalf of the plaintiff. Plaintiff's exhibit 1, 3, 4, 358 **ADMITTED.** Plaintiff's exhibit 12, 36 **IDENTIFIED.**

At 11:06 a.m. court recessed until 11:20 a.m.

Jeffrey Alan Leer sworn and testified on behalf of the plaintiff. Defendant's exhibits X and Y **ADMITTED.**

At 12:00 p.m. court recessed until 1:03 p.m.

Jeffrey Alan Leer resumed the stand and testified further on behalf of the plaintiff. Defendant's exhibit W **ADMITTED.** Plaintiff's exhibit 360, *361 **ADMITTED.**

Robert Henrichs sworn and testified on behalf of the plaintiff.

Continued To Page 2

DATE:   August 19, 2008          DEPUTY CLERK'S INITIALS:    CME

Revised 6/18/07

2ND AMENDED
Continuation Page 2
Native Village of Eyak, et al vs. *Carlos Gutierrez
3:98-CV-00365-HRH
Trial by Court - Day 1
August 18, 2008
------------------------------------------------------------------

At 1:51 p.m. court recessed until 2:01 p.m.

Robert Henrichs resumed the stand and testified further on behalf of the plaintiff.  Plaintiff's exhibit 36 **ADMITTED.**

Herman Moonin, Jr. Sworn and testified on behalf of the plaintiff.  Plaintiff's exhibit 40, 72 **IDENTIFIED**.

At 3:53 p.m. court recessed until 4:01 p.m.

Ken Glasoff sworn and testified on behalf of the plaintiff. Plaintiff's exhibit 37, 72 **IDENTIFIED**.

Court and counsel heard re transcript issue and court ordered parties to check with clerk re issues.

At 4:26 p.m. court recessed this matter to reconvene **Tuesday August 19, 2008 at 9:00 a.m.**

*Amended information.

DATE:   August 19, 2008       DEPUTY CLERK'S INITIALS:     CME

Revised 6/18/07