MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

<u>NATIVE VILLAGE OF EYAK, ET AL.</u> vs. <u>    CARLOS GUTIERREZ    </u>

BEFORE THE HONORABLE <u>H. RUSSEL HOLLAND</u> CASE NO. <u>3:98-CV-00365-HRH</u>

DEPUTY CLERK/RECORDER:        CAROLINE EDMISTON

APPEARANCES:   PLAINTIFF:   GORIUNE DUDUKGIAN, NATALIE LANDRETH,
                            RICHARD de BODO, LYNN LEE

               DEFENDANT:   BRIAN A. MCLACHLAN, JOSEPH KIM,
                            BEVERLY LI

PROCEEDINGS: TRIAL BY COURT - DAY 2 HELD 08/19/08:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:03 a.m. court convened.

Ken Glasoff resumed the stand and testified further on behalf of the plaintiff.

Everett Eric Knudsen sworn and testified on behalf of the plaintiff. Plaintiff's exhibits 362, 363, 364(A-E) **ADMITTED**.

Simeon George Kvasnikoff, Sr. Sworn and testified on behalf of the plaintiff.

At 10:30 a.m. court recessed until 10:45 a.m.

Simeon George Kvasnikoff, Sr. Resumed the stand and testified further on behalf of the plaintiff.

Matthew Ganley sworn and testified on behalf of the plaintiff. Plaintiff's exhibits 12, 36, 37, 38, 39, 40, 357 **ADMITTED.**

At 11:59 a.m. court recessed until 1:05 p.m.

Court and counsel heard re exhibits.

Matthew Ganley resumed the stand and testified further on behalf of the plaintiff. Plaintiff's exhibits 2, 5, 28, 89, 91, 93, 117, 147, 155, 164, 231, 365 **ADMITTED.** Defendant's exhibits EK, EL, EO **ADMITTED.**

At 3:02 p.m. court recessed until 3:14 p.m.

Continued To Page 2

DATE:   August 19, 2008        DEPUTY CLERK'S INITIALS:    CME

Revised 6/18/07

```
                    Continuation Page 2
        Native Village of Eyak, et al vs. Carlos Gutierrez
                       3:98-CV-00365-HRH
                     Trial by Court - Day 2
                        August 19, 2008
------------------------------------------------------------------
```

Matthew Ganley resumed the stand and testified further on behalf of the plaintiff. Plaintiff's exhibits 6, 10, 11, 80, 251, **ADMITTED**. Defendant's exhibit DZ **IDENTIFIED.**

At 4:38 p.m. court recessed this matter to reconvene **Wednesday August 20, 2008 at 9:00 a.m.**

DATE:  August 19, 2008     DEPUTY CLERK'S INITIALS:    CME

Revised 6/18/07