MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

NATIVE VILLAGE OF EYAK, ET AL. vs. _____CARLOS GUTIERREZ_____

BEFORE THE HONORABLE H. RUSSEL HOLLAND CASE NO. 3:98-CV-00365-HRH

DEPUTY CLERK/RECORDER:        CAROLINE EDMISTON

APPEARANCES:    PLAINTIFF:    GORIUNE DUDUKGIAN, NATALIE LANDRETH,
                              RICHARD de BODO, LYNN LEE

                DEFENDANT:    BRIAN A. MCLACHLAN, JOSEPH KIM,
                              BEVERLY LI

PROCEEDINGS: TRIAL BY COURT - DAY 3 HELD 08/20/08:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:04 a.m. court convened.

Matthew Ganley resumed the stand and testified further on behalf
of the plaintiff.  Defendant's exhibit C, P, EU **IDENTIFIED**.

At 10:45 a.m. court recessed until 10:56 a.m.

Matthew Ganley resumed the stand and testified further on behalf
of the plaintiff.  Defendant's exhibits A, EQ **IDENTIFIED.**
Defendant's exhibit C **ADMITTED.**

At 12:03 p.m. court recessed until 1:02 p.m.

Patricia Partow sworn and testified on behalf of the plaintiff.
Plaintiff's exhibit 90 **ADMITTED**.  Plaintiff's exhibit 211
**IDENTIFIED**.  Defendant's exhibit EF **IDENTIFIED**.

John Fredrick Charles Johnson sworn and testified on behalf of
the plaintiff.  Plaintiff's exhibits 62 **ADMITTED.**  Plaintiff's
exhibit 72 **IDENTIFIED.**

At 3:06 p.m. court recessed until 3:21 p.m.

John Fredrick Charles Johnson resumed the stand and testified
further on behalf of the plaintiff.  Plaintiff's exhibit 72, 265
(Only the portions played into the record) **ADMITTED.**
Defendant's exhibit T **IDENTIFIED.**

Court and counsel heard re trial schedule and parties estimation.

Continued To Page 2

DATE:__August 20, 2008_____ DEPUTY CLERK'S INITIALS:____CME_____

Revised 6/18/07

```
                      Continuation Page 2
          Native Village of Eyak, et al vs. Carlos Gutierrez
                        3:98-CV-00365-HRH
                     Trial by Court - Day 3
                        August 20, 2008
---------------------------------------------------------------
```

At 4:40 p.m. court recessed this matter to reconvene **Thursday
August 21, 2008 at 9:00 a.m.**

DATE:___August 20, 2008_____ DEPUTY CLERK'S INITIALS:_____CME_____

Revised 6/18/07