```
            MINUTES OF THE UNITED STATES DISTRICT COURT
                       DISTRICT OF ALASKA
```

NATIVE VILLAGE OF EYAK, ET AL. vs.   CARLOS GUTIERREZ

BEFORE THE HONORABLE H. RUSSEL HOLLAND   CASE NO. 3:98-CV-00365-HRH

DEPUTY CLERK/RECORDER:      CAROLINE EDMISTON

APPEARANCES:    PLAINTIFF:    GORIUNE DUDUKGIAN, NATALIE LANDRETH,
                              RICHARD de BODO, LYNN LEE

                DEFENDANT:    BRIAN A. MCLACHLAN, JOSEPH KIM,
                              BEVERLY LI

PROCEEDINGS: TRIAL BY COURT - DAY 4 HELD 08/21/08:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:03 a.m. court convened.

Court and counsel heard re trial scheduling.

John Fredrick Charles Johnson resumed the stand and testified further on behalf of the plaintiff. Defendant's exhibit T **IDENTIFIED**. Plaintiff's exhibit 366 **ADMITTED**.

Plaintiff rested.

Court and counsel heard re defendant's oral motion for judgment; **DENIED**.

Mark Wilkins sworn and testified on behalf of the defendant. Defendant's exhibit CU, CV, CY **ADMITTED**. Plaintiff's exhibit 367 **ADMITTED**.

At 10:44 a.m. court recessed until 10:57 a.m.

Mark Wilkins resumed the stand and testified further on behalf of the defendant.

Dana Hanselman sworn and testified on behalf of the defendant. Defendant's exhibit DF **ADMITTED**.

Robyn Angliss sworn and testified on behalf of the defendant. Defendant's exhibit DH(Appendix D only), DI, DJ, DL, DM, DO, DP, DQ **ADMITTED**.

At 11:58 a.m. court recessed until 1:06 p.m.

Continued To Page 2

DATE:   August 21, 2008      DEPUTY CLERK'S INITIALS:    CME

Revised 6/18/07

Continuation Page 2
Native Village of Eyak, et al vs. Carlos Gutierrez
3:98-CV-00365-HRH
Trial by Court - Day 4
August 21, 2008

---

Robyn Angliss resumed the stand and testified further on behalf of the defendant.

Linda Finn Yarborough sworn and testified on behalf of the defendant. Defendant's exhibits D, E, FB-(A16, A18, A20) **ADMITTED**. Defendant's exhibit CL **IDENTIFIED**. Plaintiff's exhibit 136 **IDENTIFIED**.

At 3:02 p.m. court recessed until 3:13 p.m.

Linda Finn Yarborough sworn and testified on behalf of the defendant. Defendant's exhibit **CM ADMITTED**.

At 3:31 p.m. court recessed this matter to reconvene **Tuesday August 26, 2008 at 9:00 a.m.**

DATE: ___August 21, 2008___   DEPUTY CLERK'S INITIALS: ___CME___

Revised 6/18/07