**\*AMENDED**
MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

NATIVE VILLAGE OF EYAK, et al.   vs.   CARLOS GUTIERREZ

BEFORE THE HONORABLE H. RUSSEL HOLLAND   CASE NO. 3:98-CV-00365-HRH

DEPUTY CLERK/RECORDER:        SAMANTHA LARK

APPEARANCES:   PLAINTIFF:     GORIUNE DUDUKGIAN
                              NATALIE LANDRETH
                              RICHARD DE BODO

               DEFENDANT:     BRIAN A. MCLACHLAN
                              BEVERLY LI
                              JOSEPH KIM

PROCEEDINGS: TRIAL BY COURT DAY - 5 HELD AUGUST 26, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:00 a.m. court convened.

Court and counsel heard re parties prepared to proceed.

Stephen John Langdon sworn and testified on behalf of the defendant.

At 10:38 a.m. court recessed until 10:46 a.m.

Stephen John Langdon resumed stand and testified further on behalf of the defendant. Defendant's exhibit BS **ADMITTED.** Plaintiff's exhibit 197 page 53 **ADMITTED.**

At 12:01 p.m. court recessed until 1:02 p.m.

Stephen John Langdon resumed stand and testified further on behalf of the defendant.

Michael Yarborough sworn and testified on behalf of the defendant. Defendant's exhibit AO **IDENTIFIED.** Defendant's exhibits AJ, AP pages 250 and 255 **ADMITTED.**

At 2:55 p.m. court recessed until 3:04 p.m.

Michael Yarborough resumed stand and testified further on behalf of the defendant. Defendant's exhibits AL pages **\*193-194, AO, AV pages 470-471 and BW pages 52-82 ADMITTED.**

At 4:33 p.m. court recessed this matter to reconvene **Wednesday, August 27, 2008 at 9:00 a.m.**

DATE: August 27, 2008           DEPUTY CLERK'S INITIALS:   sal

Revised 6/18/07