**\*2ND AMENDED**
MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

<u>NATIVE VILLAGE OF EYAK, et al.</u>   vs.   <u>CARLOS GUTIERREZ</u>

BEFORE THE HONORABLE <u>H. RUSSEL HOLLAND</u> CASE NO. <u>3:98-CV-00365-HRH</u>

DEPUTY CLERK/RECORDER:        SAMANTHA LARK

APPEARANCES:    PLAINTIFF:    GORIUNE DUDUKGIAN
                              NATALIE LANDRETH
                              RICHARD DE BODO

                DEFENDANT:    BRIAN A. MCLACHLAN
                              BEVERLY LI
                              JOSEPH KIM

PROCEEDINGS: TRIAL BY COURT DAY - 5 HELD AUGUST 26, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:00 a.m. court convened.

Court and counsel heard re parties prepared to proceed.

Stephen John Langdon sworn and testified on behalf of the defendant.

At 10:38 a.m. court recessed until 10:46 a.m.

Stephen John Langdon resumed stand and testified further on behalf of the defendant. Defendant's exhibit BS **ADMITTED.** Plaintiff's exhibit 197 page 53  **ADMITTED.**

At 12:01 p.m. court recessed until 1:02 p.m.

Stephen John Langdon resumed stand and testified further on behalf of the defendant.

Michael Yarborough sworn and testified on behalf of the defendant. Defendant's exhibit AO **IDENTIFIED.**  Defendant's exhibits AJ, AP pages 250 and 255  **ADMITTED. \***Plaintiff's exhibit 307 page 38 line 3 to page 40 line 5 **ADMITTED.**

At 2:55 p.m. court recessed until 3:04 p.m.

Michael Yarborough resumed stand and testified further on behalf of the defendant. Defendant's exhibits AL pages **\***193-194, AO, AV pages 470-471 and BW pages 52-82 **ADMITTED.**

Continued to Page 2

DATE: <u>  August 27, 2008          </u>     DEPUTY CLERK'S INITIALS:<u>     sal   </u>
Revised 6/18/07

```
                    Continuation - Page 2
        Native Village of Eyak, et al vs Carlos Gutierrez
                        3:98-CV-00365-HRH
                       Trial by Court Day - 5
                         August 26, 2008
```
-----------------------------------------------------------------

At 4:33 p.m. court recessed this matter to reconvene **Wednesday, August 27, 2008 at 9:00 a.m.**

DATE:  August 27, 2008          DEPUTY CLERK'S INITIALS:   sal

Revised 6/18/07