MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

NATIVE VILLAGE OF EYAK, et al.    vs.  CARLOS GUTIERREZ

BEFORE THE HONORABLE H. RUSSEL HOLLAND CASE NO. 3:98-CV-00365-HRH

DEPUTY CLERK/RECORDER:    SAMANTHA LARK

APPEARANCES:    PLAINTIFF:  GORIUNE DUDUKGIAN,NATALIE LANDRETH
                            RICHARD DE BODO AND LYNN LEE

                DEFENDANT:  BRIAN A. MCLACHLAN, BEVERLY LI AND
                            JOSEPH KIM

PROCEEDINGS: TRIAL BY COURT DAY - 6 HELD AUGUST 27, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:00 a.m. court convened.

Court and counsel heard re defendant's witness still under oath.

Michael Yarborough resumed stand and testified further on behalf
of the defendant. Plaintiff's exhibits 66, 118 and 369
**IDENTIFIED.**  Plaintiff's exhibit 82 **ADMITTED.**

At 10:34 a.m. court recessed until 10:43 a.m.

Michael Yarborough resumed stand and testified further on behalf
of the defendant.

Guy T. Noll sworn and testified on behalf of the defendant.
Defendant's exhibits A, B, C, F and DS **ADMITTED.**

Christopher Brian Wooley sworn and testified on behalf of the
defendant.

At 11:59 a.m. court recessed until 1:02 p.m.

Christopher Brian Wooley resumed the stand and testified further
on behalf of the defendant. Defendant's exhibit BM, ED
**IDENTIFIED.** Defendant's exhibits AN page 101, BY page 26, EB page
8, EC pages 36-37 and DY pages 128, 131 and 147 **ADMITTED.**

CONTINUED TO PAGE 2

DATE: August 27, 2008         DEPUTY CLERK'S INITIALS:    sal

Revised 6/18/07

```
                         Continuation - Page 2
           Native Village of Eyak, et al vs Carlos Gutierrez
                          3:98-CV-00365-HRH
                        Trial by Court Day - 6
                          August 27, 288
--------------------------------------------------------------------
```

At 3:01 p.m. court recessed until 3:11 p.m.

Christopher Brian Wooley resumed the stand and testified further on behalf of the defendant. Defendant's exhibit ED pages 63, 204 and 205 **ADMITTED.**

At 4:27 p.m. court recessed this matter to reconvene **Thursday, August 28, 2008 at 9:00 a.m.**

DATE: <u>  August 27, 2008          </u>   DEPUTY CLERK'S INITIALS: <u>    sal  </u>

Revised 6/18/07