Natalie Landreth
NATIVE AMERICAN RIGHTS FUND
801 B Street, Suite 401
Anchorage, Alaska 99501
Phone: (907) 276-0680
Facsimile: (907) 276-2466
Email: landreth@narf.org

Goriune Dudukgian
ALASKA LEGAL SERVICES CORPORATION
1016 West 6th Ave., Suite 200
Anchorage, Alaska 99501
Phone: (907) 222-4524
Facsimile: (907) 279-7417

Rich de Bodo
HOGAN & HARTSON LLP
1999 Avenue of the Stars Suite 1400
Los Angeles, California 90067
Phone: (907) 310-785-4694
Facsimile: (907) 785-4601

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EYAK *et. al*,<br><br>                    Plaintiffs,<br><br>v.<br><br>CARLOS GUTIERREZ, SECRETARY OF COMMERCE<br><br>                    Defendant. | Case No. A98-365-CV (HRH)<br><br>**NOTICE REGARDING EXHIBITS** |

On August 28, the parties indicated that they would meet and confer regarding additional designations of exhibits. However, the parties have been unable to reach an agreement and therefore the record should be considered closed as of August 28, 2008 and no additional pages or exhibits be admitted.

The parties have communicated about this issue and it is clear that they did not have a meeting of the minds or an agreement when this discussed this matter briefly in court on August 28. When the parties communicated after trial, the Defendants requested to add almost *900 pages* of new material to the record that was not discussed during the trial and which Plaintiffs would now have no opportunity to address or explain. Plaintiffs did not and would not agree to such a proposal, and these additions at this time, when the Plaintiffs would have no opportunity to meaningfully respond, would clearly cause undue prejudice to Plaintiffs.

Because it is plain the parties had completely different views of this process, there was no meeting of the minds and the record in this case has now closed. Plaintiffs recognize this means they too will have to forego the opportunity to designate additional pages and accept this result.

DATED this 29th day of August 2008.

<div style="margin-left: 40%;">

s/nlandreth

Natalie A. Landreth (Bar no. 0405020)
NATIVE AMERICAN RIGHTS FUND
801 B Street, Suite 401
Anchorage, Alaska 99501
Phone: (907) 276-0680
Facsimile: (907) 276-2466
Email: landreth@narf.org

</div>

## CERTIFICATE OF SERVICE

I, Natalie Landreth, certify that a true and correct copy of NOTICE REGARDING EXHIBITS in Case No. A98-365-CV (HRH) was served electronically pursuant to the Court's electronic filing procedures upon the following:

Dean Dunsmore   dean.dunsmore@usdoj.gov, lorraine.carter@usdoj.gov

Beverly F. Li   beverly.li@usdoj.gov, efile_nrs.enrd@usdoj.gov

Brian McLachlan   brian.mclachlan@usdoj.gov

                                                s/nlandreth