```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

NATIVE VIDEO OF EYAK, et al.   vs.   CARLOS GUTIERREZ

BEFORE THE HONORABLE H. RUSSEL HOLLAND  CASE NO. 3:98-CV-00365-HRH

DEPUTY CLERK/RECORDER:      SAMANTHA LARK

APPEARANCES:    PLAINTIFF:  GORIUNE DUDUKGIAN, NATALIE LANDRETH
                            RICHARD DE BODO AND LYNN LEE

                DEFENDANT:  BRIAN A. MCLACHLAN, BEVERLY LI AND
                            JOSEPH KIM

PROCEEDINGS: TRIAL BY COURT DAY - 7 HELD AUGUST 28, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:00 a.m. court convened.

Court and counsel heard re defendant's witness still under oath. Christopher Brian Wooley resumed the stand and testified further on behalf of the defendant. Defendant's exhibit DV **IDENTIFIED.**

At 10:45 a.m. court recessed until 11:01 a.m.

Christopher Brian Wooley resumed the stand and testified further on behalf of the defendant. Defendant's exhibit AM **IDENTIFIED.** Defendant's exhibits BM chapters 12 thru 19 pages 136 thru 166, DV pages 45 thru 47, EC pages XV, 35, 99, 100 and 174, and FB page 166 **ADMITTED.**

At 12:01 p.m. court recessed until 1:04 p.m.

Christopher Brian Wooley resumed the stand and testified further on behalf of the defendant.

Defendant rested.

Court and counsel heard re additional exhibits plaintiff would like to be admitted.

At 1:22 p.m. court recessed until 1:44 p.m.

CONTINUED TO PAGE 2

DATE: August 28, 2008            DEPUTY CLERK'S INITIALS:    sal

Revised 6/18/07

```
                 Continuation - Page 2
      Native Village of Eyak, et al vs Carlos Gutierrez
                      3:98-CV-00365-HRH
                    Trial by Court Day - 7
                       August 28, 288
```
-----------------------------------------------------------------
Court and counsel heard re Stipulated List of Exhibits to be
prepared and submitted by counsel by close of business on **August 29, 2008.**

Plaintiff's exhibit 64 **ADMITTED.**

Court and counsel heard re parties to order ordinary 30 day
transcripts of the entire trial proceedings.

Court and counsel heard re Joint Oral Motion that Briefing
Calendar previously set by the court commence when the Transcript
is completed and counsel has been provided with copies; **GRANTED.**

Court heard: Closing Brief, limited to 50 pages, due 30 days
after the transcript is completed. Response Brief, limited to 25
pages, due 30 days after filing of Closing Brief; Reply Brief ,
limited to 25 pages, due 21 days after filing of response;
Briefing re EEZ to be separate and simultaneous with the above
briefing schedule; The Federal and Local Rule page limitations
will apply to the legal issue.

Court and counsel heard re filing Exhibits to include designated
deposition pages; Exhibits to be submitted within 30 days.

Court heard; matters take **UNDER ADVISEMENT**, written ruling to
issue.

DATE:  August 28, 2008          DEPUTY CLERK'S INITIALS:____

Revised 6/18/07