**\*AMENDED**
MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

NATIVE VILLAGE OF EYAK, et al.    vs.  CARLOS GUTIERREZ

BEFORE THE HONORABLE H. RUSSEL HOLLAND   CASE NO. 3:98-CV-00365-HRH

DEPUTY CLERK/RECORDER:      SAMANTHA LARK

APPEARANCES:    PLAINTIFF:   GORIUNE DUDUKGIAN, NATALIE LANDRETH
                             RICHARD DE BODO AND LYNN LEE

                DEFENDANT:   BRIAN A. MCLACHLAN, BEVERLY LI AND
                             JOSEPH KIM

PROCEEDINGS: TRIAL BY COURT DAY - 7 HELD AUGUST 28, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:00 a.m. court convened.

Court and counsel heard re defendant's witness still under oath. Christopher Brian Wooley resumed the stand and testified further on behalf of the defendant. Defendant's exhibit DV **IDENTIFIED.**

At 10:45 a.m. court recessed until 11:01 a.m.

Christopher Brian Wooley resumed the stand and testified further on behalf of the defendant. Defendant's exhibit AM **IDENTIFIED.** Defendant's exhibits BM chapters 12 thru 19 pages 136 thru 166, DV pages 45 thru 47, EC pages XV, 35, 99, 100 and 174, and FB page 166 **ADMITTED.**

At 12:01 p.m. court recessed until 1:04 p.m.

Christopher Brian Wooley resumed the stand and testified further on behalf of the defendant.

Defendant rested.

Court and counsel heard re additional exhibits plaintiff would like to be admitted.

CONTINUED TO PAGE 2

DATE: September 3, 2008         DEPUTY CLERK'S INITIALS:   sal

Revised 6/18/07

```
                          *AMENDED
                    Continuation - Page 2
         Native Village of Eyak, et al vs Carlos Gutierrez
                       3:98-CV-00365-HRH
                      Trial by Court Day - 7
                         August 28, 288
```
--------------------------------------------------------------------
At 1:22 p.m. court recessed until 1:44 p.m.

Court and counsel heard re Stipulated List of Exhibits to be prepared and submitted by counsel by close of business on **August 29, 2008.**

Plaintiff's exhibit 64 **ADMITTED.**

Court and counsel heard re parties to order ordinary 30 day transcripts of the entire trial proceedings.

Court and counsel heard re Joint Oral Motion that Briefing Calendar previously set by the court commence when the Transcript is completed and counsel has been provided with copies; **GRANTED.**

Court heard: Closing Brief, limited to 50 pages, due 30 days after the transcript is completed. Response Brief, limited to 25 pages, due 30 days after filing of Closing Brief; Reply Brief , limited to 25 pages, due 21 days after filing of response; Briefing re EEZ to be separate and simultaneous with the above briefing schedule; The Federal and Local Rule page limitations will apply to the legal issue.

Court and counsel heard re filing Exhibits to include designated deposition pages; Exhibits to be submitted within 30 days.

Court heard; matters take **UNDER ADVISEMENT**, written ruling to issue.

**\***At 1:54 p.m. court adjourned.




DATE:  September 3, 2008           DEPUTY CLERK'S INITIALS:  **\*sal**

Revised 6/18/07