(Rev 8/08)

# LIST OF EXHIBITS

Case No. 3:98-CV-00365-HRH       Judge: **H. RUSSEL HOLLAND**

Title  NATIVE VILLAGE OF EYAK, ET AL.
vs.  Carlos Gutierrez

Dates of Trial:  August 18, 2008  thru  August 28, 2008

Deputy Clerk/Recorder: Caroline Edmiston

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Goriune Dudukgian | Brian A. McLachlan |
| Natalie Landreth | Joseph Kim |
| Richard de Bodo and Lynn Lee | Beverly Li |

---------EXHIBITS---------

| PLAINTIFF ||||| DEFENDANT ||||
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 1 | X | 8/18 | Map | A | X | 8/27 | Map Nautical Chart 7/2006 |
| 2 | X | 8/19 | Chugach Regional Travel System | B | X | 8/27 | Nautical Chart 2005 |
| 3 | X | 8/18 | Model of Kayak | C | X | 8/27 | Map Nautical Chart 9/15/01 |
| 4 | X | 8/18 | Drawing of Kayak | D | X | 8/21 | Map Nautical Chart 7/10/99 |
| 5 | X | 8/19 | Mitchell, In-In. Cooperative Studies | E | X | 8/21 | Map Nautical Chart 12/30/07 |
| 6 | X | 8/19 | Map | F | X | 8/27 | Nautical Chart 1/29/00 |
| 7 |  |  |  | G |  |  |  |
| 8 |  |  |  | H |  |  |  |
| 9 |  |  |  | I |  |  |  |
| 10 | X | 8/19 | Map | J |  |  |  |
| 11 | X | 8/19 | Map | K |  |  |  |

Continuation
List of Exhibits

Page: 2

| Case No: | 3:98-CV-00365-HRH | | Judge: H. RUSSEL HOLLAND | | | | |

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 11 | | | | L | | | |
| 12 | X | 8/19 | Map - Fishing area | M | | | |
| 13 | | | | N | | | |
| 14 | | | | O | | | |
| 15 | | | | P | X | | Deposition page |
| 16 | | | | Q | | | |
| 17 | | | | R | | | |
| 18 | | | | S | | | |
| 19 | | | | T | X | | |
| 20 | | | | U | | | |
| 21 | | | | V | | | |
| 22 | | | | W | X | | Donald Orr List words |
| 23 | | | | X | X | 8/18 | List of names words/spelled |
| 24 | | | | Y | X | 8/18 | " " |
| 25 | | | | Z | | | |
| 26 | | | | AA | | | |
| 27 | | | | AB | | | |
| 28 | X | 8/19 | Primary Currents Affecting Baidarka | AC | | | |
| 29 | | | | AD | | | |
| 30 | | | | AE | | | |

Continuation List of Exhibits

Page: 3

Case No: 3:98-CV-00365-HRH     Judge: H. RUSSEL HOLLAND

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 31 | | | | AF | | | |
| 32 | | | | AG | | | |
| 33 | | | | AH | | | |
| 34 | | | | AI | | | |
| 35 | | | | AJ | ✓ | 8/24/08 | KAJ Birket-Smith |
| 36 | X | 8/18 | Map - Gulf of AK | AK | | | |
| 37 | X | 8/19 | Map - Tatitlek | AL | ✓ | 8/26 | Gavriil Davydov, Two Voyages Russia - Book pg 93 & 94 |
| 38 | X | 8/19 | Map - Chenega | AM | ✓ | | K. Solovova & The rise & decline |
| 39 | X | 8/19 | Map | AN | ✓ | 8/27 | James Haggarty pg 101 1990 Exxon Cultural |
| 40 | X | 8/19 | Resource List Map | AO | ✓ | 8/26/08 | Fredrica de Laguna The Archaeology of Prince |
| 41 | | | | AP | ✓ | 8/26/08 | Nathaniel Portlock pages 250 & 255 only |
| 42 | | | | AQ | | | |
| 43 | | | | AR | | | |
| 44 | | | | AS | | | |
| 45 | | | | AT | | | |
| 46 | | | | AU | | | |
| 47 | | | | AV | ✓ | 8/26 | Basil Dmytryshyn pages 470 The Russian Americans - 471 |
| 48 | | | | AW | | | |
| 49 | | | | AX | | | |
| 50 | | | | AY | | | |

| Case No: | 3:98-CV-00365-HRH | | Judge: H. RUSSEL HOLLAND | | | |

| **PLAINTIFF** | | | | **DEFENDANT** | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 51 | | | | AZ | | | |
| 52 | | | | BA | | | |
| 53 | | | | BB | | | |
| 54 | | | | BC | | | |
| 55 | | | | BD | | | |
| 56 | | | | BE | | | |
| 57 | | | | BF | | | |
| 58 | | | | BG | | | |
| 59 | | | | BH | | | |
| 60 | | | | BI | | | |
| 61 | | | | BJ | | | |
| 62 | ✓ | 8/30 | Prehistoric Pictograph | BK | | | |
| 63 | | | | BL | | | |
| 64 | X | 8/28 | "The Hunter And The Hunted" A Pratt Museum Exhibition | BM | ✓ | 8/28/08 | Alexander Walker Chapter 12-19, pgs 1300-1606 |
| 65 | | | | BN | | | |
| 66 | X | | De Laguna Chugach Prehistory | BO | | | |
| 67 | | | | BP | | | |
| 68 | | | | BQ | | | |
| 69 | | | | BR | | | |
| 70 | | | | BS | ✓ | 8/28/08 | Bret Kline |

| Case No: | 3:98-CV-00365-HRH | | Judge: H. RUSSEL HOLLAND | | | |

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 71 | | | | BT | | | |
| 72 | X | 8/20 | Photo - Selanoff Evanoff | BU | | | |
| 73 | | | | BV | | | |
| 74 | | | | BW | ✓ | 8/26/08 | Ronald Stanek - Pages 52-82 |
| 75 | | | | BX | | | |
| 76 | | | | BY | ✓ | 8/27 | Ronald Stanek page 2cc Ethnographic |
| 77 | | | | BZ | | | |
| 78 | | | | CA | | | |
| 79 | | | | CB | | | |
| 80 | X | 8/19 | Dr. Crowell Manuscript | CC | | | |
| 81 | | | | CD | | | |
| 82 | X | 8/27 | Russians in America Lydia Black | CE | | | |
| 83 | | | | CF | | | |
| 84 | | | | CG | | | |
| 85 | | | | CH | | | |
| 86 | X | 8/19 | Book | CI | | | |
| 87 | | | | CJ | | | |
| 88 | | | | CK | | | |
| 89 | X | 8/19 | Account of Astronomical Expedition - Russia | CL | X | | Crowell & Mann Archaeology |
| 90 | X | 8/20 | Lisiansky, Urey 1814 Voyage Around the World | CM | X | 8/21 | Linda & Michael Yarabrough Maritime Adaptations |

| Case No: | 3:98-CV-00365-HRH | | Judge: H. RUSSEL HOLLAND | | | | |
|---|---|---|---|---|---|---|---|

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 91 | X | 8/19 | EXCERPT POTOPZAIKOV | CN | | | |
| 92 | | | | CO | | | |
| 93 | X | 8/19 | William H. Dall 1870 Alaska & its resources | CP | | | |
| 94 | | | | CQ | | | |
| 95 | | | | CR | | | |
| 96 | | | | CS | | | |
| 97 | | | | CT | | | |
| 98 | | | | CU | X | 8/21 | Reports |
| 99 | | | | CV | X | 8/21 | Reports |
| 100 | | | | CW | | | |
| 101 | | | | CX | | | |
| 102 | | | | CY | X | 8/21 | Reports |
| 103 | | | | CZ | | | |
| 104 | | | | DA | | | |
| 105 | | | | DB | | | |
| 106 | | | | DC | | | |
| 107 | | | | DD | | | |
| 108 | | | | DE | | | |
| 109 | | | | DF | X | 8/21 | NOAA DATA |
| 110 | | | | DG | | | |

| Case No: | 3:98-CV-00365-HRH | | Judge: H. RUSSEL HOLLAND |

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 111 | | | | DH | X | 8/21 | Reports Appendix D only |
| 112 | | | | DI | X | 8/21 | Data |
| 113 | | | | DJ | X | 8/21 | Data |
| 114 | | | | DK | | | |
| 115 | | | | DL | X | 8/21 | Data Report |
| 116 | | | | DM | X | 8/21 | Map |
| 117 | X | 8/19 | | DN | | | |
| 118 | X | | Birket-Smith KAJ 1953 Chugach Eskimo | DO | X | 8/21 | Report |
| 119 | | | | DP | X | 8/21 | Data Report |
| 120 | | | | DQ | X | 8/21 | Report |
| 121 | | | | DR | | | |
| 122 | | | | DS | X | 8/27 | Bowditch National |
| 123 | | | | DT | | | |
| 124 | | | | DU | | | |
| 125 | | | | DV | X | | J.M. Erlandson - Archive - pgs 45-47 |
| 126 | | | | DW | | | |
| 127 | | | | DX | | | |
| 128 | | | | DY | ✓ | 8/27 | Townsend, Ranked Societies 128, 131, 147 |
| 129 | | | | DZ | X | 8/21 | Page - Russians in AK |
| 130 | | | | EA | | | |

(Rev 8/08)

Continuation
List of Exhibits

Page: 8

| Case No: | 3:98-CV-00365-HRH | | Judge: H. RUSSEL HOLLAND | | | |

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 131 | | | | EB | ✓ | 8/27 | Ernest Burch - Book page 8 |
| 132 | | | | EC | ✓ | 8/27 | Leuchmann Sonja Pts Alutiiq Villages 36:37 |
| 133 | | | | ED | ✓ | 8/27 | Hoegarty James Pts 63, Hesquiat Harbour 204-205 |
| 134 | | | | EE | | | |
| 135 | | | | EF | X | | Book - pg 5 Partow |
| 136 | X | | | EG | | | |
| 137 | | | | EH | | | |
| 138 | | | | EI | | | |
| 139 | | | | EJ | | | |
| 140 | | | | EK | X | 8/19 | Transcript Interview Theodore Chernavitsky pgs 1 & 2 |
| 141 | | | | EL | X | 8/19 | Transcript Interview Theodore Chernavitsky 3 & 4 |
| 142 | | | | EM | | | |
| 143 | | | | EN | | | |
| 144 | | | | EO | X | 8/19 | Transcript of Interview Ann Klochnikoff |
| 145 | | | | EP | | | |
| 146 | | | | EQ | X | | Report |
| 147 | X | 8/19 | Khlebnikov, Kirill T. 1973 Baranov | ER | | | |
| 148 | | | | ES | | | |
| 149 | | | | ET | | | |
| 150 | | | | EU | X | | Supp. Ganley |

Continuation List of Exhibits

Page: 9

Case No: 3:98-CV-00365-HRH          Judge: H. RUSSEL HOLLAND

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 151 | | | | EV | | | |
| 152 | | | | EW | | | |
| 153 | | | | EX | | | |
| 154 | | | | EY | | | |
| 155 | X | 8/19 | Davydov, Gabriel Two Voyages to Russian | EZ | | | |
| 156 | | | | FA | | | |
| 157 | | | | FB | X | 8/21 | part of Exhibit EL A16, A18, A20 - Maps ↓ page here (8.28.08) |
| 158 | | | | | | | |
| 159 | | | | | | | |
| 160 | | | | | | | |
| 161 | | | | | | | |
| 162 | | | | | | | |
| 163 | | | | | | | |
| 164 | X | 8/19 | Golovin, P.N. The end of Russian America | | | | |
| 165 | | | | | | | |
| 166 | | | | | | | |
| 167 | | | | | | | |
| 168 | | | | | | | |
| 169 | | | | | | | |
| 170 | | | | | | | |

(Rev 8/08)

Continuation
List of Exhibits

Page: 10

| Case No: | 3:98-CV-00365-HRH | | Judge: H. RUSSEL HOLLAND | | | | |

| \multicolumn{4}{c}{PLAINTIFF} | \multicolumn{4}{c}{DEFENDANT} |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 171 | | | | | | | |
| 172 | | | | | | | |
| 173 | | | | | | | |
| 174 | | | | | | | |
| 175 | | | | | | | |
| 176 | | | | | | | |
| 177 | | | | | | | |
| 178 | | | | | | | |
| 179 | | | | | | | |
| 180 | | | | | | | |
| 181 | | | | | | | |
| 182 | | | | | | | |
| 183 | | | | | | | |
| 184 | | | | | | | |
| 185 | | | | | | | |
| 186 | | | | | | | |
| 187 | | | | | | | |
| 188 | | | | | | | |
| 189 | | | | | | | |
| 190 | | | | | | | |

(Rev 8/08)

Continuation
List of Exhibits

Page: 11

| Case No: | 3:98-CV-00365-HRH | | Judge: H. RUSSEL HOLLAND | | | | |

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 191 | | | | | | | |
| 192 | | | | | | | |
| 193 | | | | | | | |
| 194 | | | | | | | |
| 195 | | | | | | | |
| 196 | | | | | | | |
| 197 | ✓ | | Shepard Bernard Stanek map (pages 3) | | | | |
| 198 | | | | | | | |
| 199 | | | | | | | |
| 200 | | | | | | | |
| 201 | | | | | | | |
| 202 | | | | | | | |
| 203 | | | | | | | |
| 204 | | | | | | | |
| 205 | | | | | | | |
| 206 | | | | | | | |
| 207 | | | | | | | |
| 208 | | | | | | | |
| 209 | | | | | | | |
| 210 | | | | | | | |

Continuation
List of Exhibits

Page: 12

| Case No: | 3:98-CV-00365-HRH | | Judge: H. RUSSEL HOLLAND | | | | |
|---|---|---|---|---|---|---|---|

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 211 | X | | Gideon, Hieromonk - The Round the World Voyage | | | | |
| 212 | | | | | | | |
| 213 | | | | | | | |
| 214 | | | | | | | |
| 215 | | | | | | | |
| 216 | | | | | | | |
| 217 | | | | | | | |
| 218 | | | | | | | |
| 219 | | | | | | | |
| 220 | | | | | | | |
| 221 | | | | | | | |
| 222 | | | | | | | |
| 223 | | | | | | | |
| 224 | | | | | | | |
| 225 | | | | | | | |
| 226 | | | | | | | |
| 227 | | | | | | | |
| 228 | | | | | | | |
| 229 | | | | | | | |
| 230 | | | | | | | |

Continuation
List of Exhibits

Page: 13

| Case No: | 3:98-CV-00365-HRH | | Judge: H. RUSSEL HOLLAND | | | | |

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 231 | X | 8/19 | Menzies, Archibald 1793 AK. Travel Journal | | | | |
| 232 | | | | | | | |
| 233 | | | | | | | |
| 234 | | | | | | | |
| 235 | | | | | | | |
| 236 | | | | | | | |
| 237 | | | | | | | |
| 238 | | | | | | | |
| 239 | | | | | | | |
| 240 | | | | | | | |
| 241 | | | | | | | |
| 242 | | | | | | | |
| 243 | | | | | | | |
| 244 | | | | | | | |
| 245 | | | | | | | |
| 246 | | | | | | | |
| 247 | | | | | | | |
| 248 | | | | | | | |
| 249 | | | | | | | |
| 250 | | | | | | | |

| Case No: | 3:98-CV-00365-HRH | | Judge: H. RUSSEL HOLLAND |

| **PLAINTIFF** | | | | **DEFENDANT** | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 251 | X | 8/19 | Linda Yarbourgh | | | | |
| 252 | | | | | | | |
| 253 | | | | | | | |
| 254 | | | | | | | |
| 255 | | | | | | | |
| 256 | | | | | | | |
| 257 | | | | | | | |
| 258 | | | | | | | |
| 259 | | | | | | | |
| 260 | | | | | | | |
| 261 | | | | | | | |
| 262 | | | | | | | |
| 263 | | | | | | | |
| 264 | | | | | | | |
| 265 | X | 8/20 | audiotape (only portion played in court) | | | | |
| 266 | | | | | | | |
| 267 | | | | | | | |
| 268 | | | | | | | |
| 269 | | | | | | | |
| 270 | | | | | | | |

Continuation
List of Exhibits

Page: 15

| Case No: | 3:98-CV-00365-HRH | | Judge: H. RUSSEL HOLLAND | | | |

| **PLAINTIFF** | | | | **DEFENDANT** | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 271 | | | | | | | |
| 272 | | | | | | | |
| 273 | | | | | | | |
| 274 | | | | | | | |
| 275 | | | | | | | |
| 276 | | | | | | | |
| 277 | | | | | | | |
| 278 | | | | | | | |
| 279 | | | | | | | |
| 280 | | | | | | | |
| 281 | | | | | | | |
| 282 | | | | | | | |
| 283 | | | | | | | |
| 284 | | | | | | | |
| 285 | | | | | | | |
| 286 | | | | | | | |
| 287 | | | | | | | |
| 288 | | | | | | | |
| 289 | | | | | | | |
| 290 | | | | | | | |

(Rev 8/08)

Continuation List of Exhibits

Page: 16

| Case No: | 3:98-CV-00365-HRH | | Judge: H. RUSSEL HOLLAND | | | |

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 291 | | | | | | | |
| 292 | | | | | | | |
| 293 | | | | | | | |
| 294 | | | | | | | |
| 295 | | | | | | | |
| 296 | | | | | | | |
| 297 | | | | | | | |
| 298 | | | | | | | |
| 299 | | | | | | | |
| 300 | | | | | | | |
| 301 | | | | | | | |
| 302 | | | | | | | |
| 303 | | | | | | | |
| 304 | | | | | | | |
| 305 | | | | | | | |
| 306 | | | | | | | |
| 307 | ✓ | 8/12ee | Deposition of Michael Yarbrough. Pg 38 line 3 to page 40 line 5 | | | | |
| 308 | | | | | | | |
| 309 | | | | | | | |
| 310 | | | | | | | |

Continuation
List of Exhibits

Page: 17

| Case No: | 3:98-CV-00365-HRH | Judge: H. RUSSEL HOLLAND |

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 311 | | | | | | | |
| 312 | | | | | | | |
| 313 | | | | | | | |
| 314 | | | | | | | |
| 315 | | | | | | | |
| 316 | | | | | | | |
| 317 | | | | | | | |
| 318 | | | | | | | |
| 319 | | | | | | | |
| 320 | | | | | | | |
| 321 | | | | | | | |
| 322 | | | | | | | |
| 323 | | | | | | | |
| 324 | | | | | | | |
| 325 | | | | | | | |
| 326 | | | | | | | |
| 327 | | | | | | | |
| 328 | | | | | | | |
| 329 | | | | | | | |
| 330 | | | | | | | |

Continuation
List of Exhibits

Page: 18

| Case No: | 3:98-CV-00365-HRH | | Judge: H. RUSSEL HOLLAND | | | | |

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 331 | | | | | | | |
| 332 | | | | | | | |
| 333 | | | | | | | |
| 334 | | | | | | | |
| 335 | | | | | | | |
| 336 | | | | | | | |
| 337 | | | | | | | |
| 338 | | | | | | | |
| 339 | | | | | | | |
| 340 | | | | | | | |
| 341 | | | | | | | |
| 342 | | | | | | | |
| 343 | | | | | | | |
| 344 | | | | | | | |
| 345 | | | | | | | |
| 346 | | | | | | | |
| 347 | | | | | | | |
| 348 | | | | | | | |
| 349 | | | | | | | |
| 350 | | | | | | | |

Continuation
List of Exhibits

Page: 19

| Case No: | 3:98-CV-00365-HRH | | Judge: H. RUSSEL HOLLAND | | | | |

| \multicolumn{4}{c|}{PLAINTIFF} | \multicolumn{4}{c}{DEFENDANT} |

| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| 351 | | | | | | | |
| 352 | | | | | | | |
| 353 | | | | | | | |
| 354 | | | | | | | |
| 355 | | | | | | | |
| 356 | | | | | | | |
| 357 | X | 8/19 | Book | | | | |
| 358 | X | 8/18 | Subsistence Registration Card | | | | |
| 359 | | | | | | | |
| 360 | X | 8/18 | Map - Island | | | | |
| 361 | X | 8/18 | Map - Island | | | | |
| 362 | X | 8/19 | Charts May 23 | | | | |
| 363 | X | 8/19 | Charts A&B Dr. Leer | | | | |
| 364 | X | 8/19 | Charts A-E | | | | |
| 365 | X | 8/19 | Black White version color copy | | | | |
| 366 | X | 8/21 | Kelp | | | | |
| 367 | X | 8/21 | Map | | | | |
| 368 | | | | | | | |
| 369 | X | | Linda Yarborough Article | | | | |
| 370 | | | | | | | |