RONALD J. TENPAS
Assistant Attorney General

BRIAN A. MCLACHLAN
U.S. Department of Justice
Environment & Natural Resources Division
c/o United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Tel: (206) 553-4148
Fax: (206) 553-4067
brian.mclachlan@usdoj.gov

Attorneys for Federal Defendants
(Additional Counsel Listed in Signature Block)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIVE VILLAGE OF EYAK,<br>NATIVE VILLAGE OF TATITLEK,<br>NATIVE VILLAGE OF CHENEGA,<br>(aka CHENEGA BAY), NATIVE<br>VILLAGE OF NANWALEK, NATIVE<br>VILLAGE OF PORT GRAHAM,<br><br>    Plaintiffs,<br><br>  v.<br><br>CARLOS GUTIERREZ, Secretary<br>of Commerce,<br><br>    Defendant. | Case No. 98-CV-365 (HRH)<br><br>**DEFENDANT'S MOTION TO**<br>**SUPPLEMENT TRIAL EXHIBITS** |

Defendant, Carlos Gutierrez, Secretary of Commerce, hereby moves to supplement admitted trial exhibit FB in accordance with the procedures set forth at trial. In support thereof, Defendant states as follows:

1. At the close of trial, the parties discussed supplementing the exhibits already admitted into evidence at trial with either new exhibits or additional pages of exhibits where excerpts had

already been admitted into evidence. Indeed, Plaintiffs supplemented their exhibits in this manner with Exh. 64 by agreement of the parties. See Docket No. 189 at 2. As for other exhibits discussed that day, the parties agreed to meet and confer on this matter immediately following the conclusion of the trial.

2. The bulk of the additional exhibits at issue were exhibits Plaintiffs wished to add or to supplement. Defendant promptly provided Plaintiffs with counter-designations under the procedure set forth at trial. See Exhibit 1 hereto (chain of e-mail correspondence between the parties). Defendant simply wished to ensure that sufficient context was provided for Plaintiffs' proposed additional excerpts.

3. Plaintiffs apparently believe that there was some misunderstanding, and have chosen to forego supplementing their exhibits rather than supplement them with the context provided by Defendant's counter-designations. See Exhibit 1 hereto and Notice Regarding Exhibits [Docket No. 187]. Defendant does not oppose Plaintiffs' decision to forego supplementation of their exhibits, and this decision moots Defendant's counter-designations for these exhibits.

4. Nonetheless, there remains the issue of a single exhibit which Defendant wishes to supplement. See Exhibit 1 hereto. This exhibit (FB) is currently admitted as an excerpt of Exh. CL, which was itself used (but not admitted in whole) at trial. Defendant wishes to add the cover page, the table of contents, and pages 53-69 and 153-165 to the already admitted excerpt. A copy of the proposed exhibit (proposed to be denominated Exh. FB.1) is attached hereto as Exhibit 2. Defendant used page 54 of this exhibit at trial and, as discussed by the parties, had merely neglected to move this page into evidence at trial. Pages 53-69 are offered in order to provide the missing page 54 used at trial and to provide the remainder of the chapter for context. Similarly, Plaintiffs used and moved

into evidence page 166 at trial in cross-examination, where the witness requested to view previous pages to place that excerpt into context. Plaintiffs chose not to provide the witness or the Court with those prior pages, and Defendant simply offers them (pages 153-165) for this purpose.

5. Defendant believes that this motion to supplement the record is fully consistent with the Court's instructions at the close of trial, which suggested that liberal latitude could be granted for exhibits already used at trial. Defendant has contacted Plaintiffs in an attempt to secure a stipulation or otherwise ascertain their position on this motion. See Exhibit 1 hereto. Plaintiffs have now responded and refuse to enter in to any stipulation. See id. Accordingly, Defendant submits this motion now in order to allow any further briefing to be completed in advance of the due date for submission of trial exhibits to the Court. See Docket No. 189 at 2.

WHEREFORE, Defendant, Carlos Gutierrez, Secretary of Commerce, respectfully requests that he be granted leave to supplement the admitted trial exhibits with Exh. FB.1 (attached hereto as Exhibit 2), in place of the currently admitted excerpt that is Exh. FB.

Dated: September 4, 2008

RONALD J. TENPAS
Assistant Attorney General

BRIAN MCLACHLAN (D.C. 472413)
U.S. Department of Justice
Environment & Natural Resources Division
c/o United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Tel: (206) 553-4148
Fax: (206) 553-4067
brian.mclachlan@usdoj.gov

BEVERLY F. LI (WSBA # 33267)
U.S. Department of Justice
Environment & Natural Resources Division

P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-353-9213
Facsimile: 202-305-0506
beverly.li@usdoj.gov

  s/ Joseph H. Kim
JOSEPH H. KIM (IL 6243249)
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7369
Washington, DC 20044-7369
Telephone: 202-305-0207
Facsimile: 202-305-0275
joseph.kim@usdoj.gov

DEAN K. DUNSMORE
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone: (907) 271-5452
Facsimile:(907) 271-5827
dean.dunsmore@usdoj.gov

Attorneys for Federal Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 4, 2008, I filed the foregoing DEFENDANT'S MOTION TO SUPPLEMENT TRIAL EXHIBITS electronically through the CM/ECF System, which caused the following counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

    Goriune Dudukgian
    gdudukgian@alsc-law.org

    Natalie Landreth
    landreth@narf.org

    Richard de Bodo
    rdebodo@hhlaw.com

    Lynn Y. Lee
    lylee@hhlaw.com (served through local counsel)

          s/ Joseph H. Kim
          Joseph H. Kim
          Counsel for Defendant