### Kim, Joseph (ENRD)

**From:** Natalie Landreth [landreth@narf.org]
**Sent:** Thursday, September 04, 2008 1:54 PM
**To:** Kim, Joseph (ENRD); 'de Bodo, Richard'; 'Goriune Dudukgian'; 'Lee, Lynn Y.'
**Cc:** McLachlan, Brian (ENRD); Li, Beverly (ENRD); 'Demian A. Schane'
**Subject:** RE: page designations for exhibits

Dear Joe,

Your email misstates the facts and our agreement. Our discussion on Thursday arose from our side's request to move a handful of pages into evidence; defendant requested the right to propose counter-designations to what we offered. When you told us that you wanted to offer more than 900 pages of "counter-designations" to the handful of pages we were proposing to offer, we realized that the parties had not reached a meeting of the minds or achieved an agreement last Thursday, we became concerned that the defendant was pursuing a different agenda from what we had been told, and we withdrew our request to offer our pages. As such, there is no agreement or basis for you to offer counter-designations. This is not changed by the fact that you are now proposing to offer fewer pages into evidence.

We also feel that it would be extremely unfair and prejudicial for defendant to sneak in documents, as you propose, which its witnesses did not directly sponsor and explain in detail during their direct testimony. As you know, we cross-examined all your experts in detail about each page in the materials that they expressly relied upon in their direct testimony. You are asking to add 30 pages of exhibits that your witnesses did not directly sponsor or explain in detail during their direct testimony. This has nothing to do with providing "context." Moreover, you are requesting to do this after our opportunity to call rebuttal witnesses has passed.

Thank you, Natalie

*Natalie Landreth*
*Staff Attorney*
*Native American Rights Fund*
*420 L Street, Suite 505*
*Anchorage, Alaska 99501*
*ph: 907-276-0680*
*fax: 907-276-2466*

This electronic message transmission contains information from the Native American Rights Fund which may be confidential, privileged and/or attorney work product. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us immediately by email and delete the original message

---

**From:** Kim, Joseph (ENRD) [mailto:Joseph.Kim@usdoj.gov]
**Sent:** Tuesday, September 02, 2008 7:55 AM
**To:** Natalie Landreth; de Bodo, Richard; Goriune Dudukgian; Lee, Lynn Y.
**Cc:** McLachlan, Brian (ENRD); Li, Beverly (ENRD); Demian A. Schane
**Subject:** RE: page designations for exhibits

Counsel:

We were surprised and disappointed by your unilateral filing on Friday. We responded in good faith to your concerns (as shown in the e-mail below) and we expected that you would have responded in kind prior to filing your "notice" with the Court. In any event, we understand from your "notice" that you would rather not admit any of your additional exhibits if the excerpts you have selected must be put into context as we have requested, and we do not oppose your decision to choose to not put in any of your excerpts. Nonetheless, there remains the issue of one exhibit that we had also proposed to supplement -- Exh. FB. It currently consists of three maps from a Crowell and Mann reference. We have proposed to supplement this exhibit with a few additional pages -- pages 53-69 and 153-166. As you may recall, page 54 was already used by us at trial and we neglected to move it into evidence (and we offer pages 53-69 to provide context for the page used at trial), and page 166 was used by you at trial, and the witness had requested to see prior pages, and thus we offer pages 153-166 to put the page used by you into context. Please let us know whether you consent to the addition of these pages to Exh. FB, whether you would like to counter-designate additional pages from the same Crowell and Mann

reference, or whether you oppose this supplementation. In light of your filing on Friday, we intend to file our own "notice" tomorrow, and thus we will need to hear from you by noon (eastern) tomorrow in order to incorporate your position in our filing.

Joe

---

**From:** McLachlan, Brian (ENRD)
**Sent:** Friday, August 29, 2008 7:45 PM
**To:** 'Natalie Landreth'; Li, Beverly (ENRD); 'de Bodo, Richard'; 'Goriune Dudukgian'; 'Lee, Lynn Y.'; Kim, Joseph (ENRD)
**Subject:** RE: page designations for exhibits

Counsel,

Although we do not agree with you characterization below, in an attempt to resolve this without involving the Court we have revised our list (in bold) to hopefully accommodate your concerns. The additional items noted in our email of 8/28 below apply as well. Thanks,

Brian


BW: 1-15, 101-124, 149-155
AL: no additional designations by Defendant (other than cover page and TOC -- iii, iv)
AN: **No party adds any pages not already admitted**
AP: 236-238, 244-255
BY: 7-28
DY: **123-130; 148-150**
EB: 13, 310
ED: 1-13, 62-83, 92-95, 195-209

AM: **No party adds any pages not already admitted**
202: no additional designations by Defendant
161: **No party adds any pages not already admitted**
177: 86-92
95: 488-491.

EC: **No party adds any pages not already admitted**
FB (Crowell and Mann): 53-69, 153-166.

> -----Original Message-----
> **From:** Natalie Landreth [mailto:landreth@narf.org]
> **Sent:** Friday, August 29, 2008 5:17 PM
> **To:** Li, Beverly (ENRD); McLachlan, Brian (ENRD); 'de Bodo, Richard'; 'Goriune Dudukgian'; 'Lee, Lynn Y.'; Kim, Joseph (ENRD)
> **Subject:** RE: page designations for exhibits
>
> Counsel:
>
> We are in receipt of your list and have reviewed your proposed designations. It appears, however, that we did not have a meeting of the minds or an agreement on this issue. We did not agree to add enormous sections (or entire books) that no one discussed during the trial. You are proposing to add hundreds of pages to the record that we have had no opportunity to discuss or rebut (which we were prepared to do on the spot). It is improper to add such a significant amount of evidence after all testimony has concluded, and clearly does not reflect our understanding of what was to be done. We relied on the agreement we thought we had in choosing to forego rebuttal, and would now be unduly prejudiced by your proposed additions of vast amounts of new material. Accordingly, in light of the fact that we clearly did not agree, we believe there is no basis to add any further pages or exhibits to the record (by either side) and that the record consisting of what has already been

admitted will stand.

*Natalie Landreth*
*Staff Attorney*
*Native American Rights Fund*
*420 L Street, Suite 505*
*Anchorage, Alaska 99501*
*ph: 907-276-0680*
*fax: 907-276-2466*

This electronic message transmission contains information from the Native American Rights Fund which may be confidential, privileged and/or attorney work product. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us immediately by email and delete the original message

---

**From:** Li, Beverly (ENRD) [mailto:Beverly.Li@usdoj.gov]
**Sent:** Thursday, August 28, 2008 5:32 PM
**To:** Natalie Landreth; McLachlan, Brian (ENRD); de Bodo, Richard; Goriune Dudukgian; Lee, Lynn Y.; Kim, Joseph (ENRD)
**Subject:** RE: page designations for exhibits

Counsel:
Below are Defendant's additional page designations for the exhibits that were discussed at the end of trial. Please note that these are additional pages to both those already admitted during the course of trial, and those contained in Plaintiffs' handwritten list from this afternoon. Moreover, Defendant would like to include the cover page and table of contents for any source that will not be admitted in its entirety. We had not reached a definite agreement as to who would prepare the exhibits for lodging with the court, but it would seem reasonable for each side to prepare its own exhibits. Thus, Defendant would be responsible for preparing the lettered exhibits, and Plaintiffs would be responsible for preparing the numbered exhibits. Please let me know if this arrangement is acceptable.

BW: 1-15, 101-124, 149-155
AL: no additonal designations by Defendant (other than cover page and TOC -- iii, iv)
AN: all pages
AP: 236-238, 244-255
BY: 7-28
DY: all pages
EB: 13, 310
ED: 1-13, 62-83, 92-95, 195-209

AM: all pages
202: no additional designations by Defendant
161: 34-199
177: 86-92
95: 488-491.

EC: all pages
FB (Crowell and Mann): 53-69, 153-166.

-Beverly

EXHIBIT _1_
Page _3_ of _3_