# Archaeology and Coastal Dynamics of Kenai Fjords National Park, Alaska

NATIONAL PARK SERVICE, ALASKA REGION
RESEARCH/RESOURCES MANAGEMENT REPORT ARRCR/CRR-98/34



By

EXHIBIT 2
Page 1 of 39

DEFENDANT'S EXHIBIT
CASE NO. 3:98-CV-365-HRH
EXHIBIT NO. F8.1

Aron L. Crowell and Daniel H. Mann

# TABLE OF CONTENTS

LIST OF FIGURES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . vii
LIST OF TABLES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . xv

CHAPTER 1:  INTRODUCTION, BY ARON L. CROWELL. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
    THE PEOPLE OUT THAT WAY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
    THEORETICAL ISSUES AND RESEARCH DESIGN . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
    OVERVIEW OF THE 1993 ARCHAEOLOGICAL AND GEOLOGICAL SURVEY OF KENAI FJORDS
        NATIONAL PARK . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
    GIS AND PREDICTIVE SITE MODELING . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
    1993 STUDY AREAS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
    FIELD OPERATIONS AND METHODS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
    ALASKA NATIVE CONSULTATION AND NAGPRA . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
    PERSONNEL AND ACKNOWLEDGMENTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

CHAPTER 2:  GEOLOGY AND NATURAL HISTORY, BY DANIEL H. MANN. . . . . . . . . . . . . . . . 13
    GEOLOGY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
        Large-Scale Tectonics . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
        Lithology . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
        Seismicity . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
        Geological Hazards . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
        Holocene Tectonics and Sea Level Changes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
        Earlier Tectonic Events . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
    GEOMORPHOLOGY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21
        Soils . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21
        Coastal Geomorphology . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21
    VEGETATION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23
    FAUNA . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
    PALEOENVIRONMENTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
        The Gulf of Alaska . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
        Coastal Southcentral Alaska . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28

CHAPTER 3:  GEOLOGICAL AND PALEOENVIRONMENTAL INVESTIGATIONS,
        BY DANIEL H. MANN. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31
    METHODS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32
    THE EXTENT AND TIMING OF LITTLE ICE AGE (LIA) MAXIMA IN NORTHWESTERN FJORD
        AND AIALIK BAY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32
        Northwestern Fjord/Harris Bay . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32
        Aialik Bay . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37
    ARRIVAL TIMES OF TREES IN KENAI FJORDS NATIONAL PARK . . . . . . . . . . . . . . . . . . . 37
    TEPHRA STRATIGRAPHY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41
    SEA-LEVEL HISTORY AND ANCIENT EARTHQUAKES . . . . . . . . . . . . . . . . . . . . . . . . . . . 41
        The Youthful Mountains/Drowned Cirques Paradox . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41
        Impact of the 1964 Earthquake on Terrestrial Vegetation and Shorelines in Aialik Bay . . . . . . . . . . 44
        The Penultimate Earthquake at Verdant Cove . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44
        Possible Geomorphic History of the Verdant Cove Spit . . . . . . . . . . . . . . . . . . . . . . . . . . 50

EXHIBIT 2
Page 2 of 39

**CHAPTER 4: CULTURE AND ARCHAEOLOGY OF THE OUTER KENAI COAST, BY ARON L. CROWELL** .................................................. 53
    AN OVERVIEW OF TRADITIONAL CHUGACH CULTURE .............................. 53
        Language and Cultural Identity ................................................ 53
        Population and Territories ..................................................... 53
        Dwellings and Settlements .................................................... 54
        Implements and Manufactures ................................................. 55
        Boats ..................................................................... 55
        Subsistence Economy ....................................................... 55
    ARCHAEOLOGICAL SITES OF KENAI FJORDS NATIONAL PARK ...................... 58
    REGIONAL CULTURAL HISTORY ................................................... 58
        Paleoarctic (ca. 10,000 - 7500 B.P.) ............................................ 58
        Ocean Bay and Related Early Phases (ca. 7500 - 3500 B.P.) ....................... 64
        Kachemak and the Intermediate Period (ca. 3,500 - 900 B.P.) ..................... 64
        Late Precontact (ca. 900 - 190 B.P.) ............................................ 67
    ARCHAEOLOGICAL RESEARCH ISSUES: THE LATE PRECONTACT
        AND CONTACT PERIODS .................................................. 67
        Alutiiq Ethnogenesis ......................................................... 67
        Chugach-Dena'ina Interaction .................................................. 68
        Late Precontact and Contact Period Demography .................................. 68
        Subsistence and Settlement Patterns ............................................. 68

**CHAPTER 5: PIECING TOGETHER THE HISTORY OF THE OUTER KENAI COAST (CA. 1740 - 1930), BY LINDA COOK** .................................... 71

**CHAPTER 6: ARCHAEOLOGICAL RESULTS OF THE 1993 SURVEY, BY ARON L. CROWELL** ... 81
    WESTERN COAST OF RESURRECTION BAY: SURVEY NOTES ........................ 81
        Porcupine Cove ............................................................. 81
        Cove North of Porcupine Cove ................................................. 81
        Bulldog Cove/Bear Lake Complex .............................................. 81
    RESURRECTION BAY SITE INVESTIGATIONS ....................................... 83
        Bulldog Cove 1 Site (XBS-021) ................................................ 83
        Bulldog Cove 2 Site (XBS-022) ................................................ 84
    AIALIK BAY: SURVEY NOTES ...................................................... 85
        Aialik Cape to Bear Cove ..................................................... 85
        Inner Aialik Bay ............................................................ 86
        Pederson Glacier Foreland and Lakes ........................................... 87
        Holgate Arm ............................................................... 87
        Quicksand Cove ............................................................ 88
        McMullen Cove ............................................................ 88
        Verdant Cove .............................................................. 88
        Outer Harris Peninsula to Aligo Point ........................................... 94
    AIALIK BAY: SITE INVESTIGATIONS ............................................... 94
        Bear Cove Site (XBS-030) .................................................... 94
        Verdant Cove South Midden Site (XBS-031) ................................... 101
        Verdant Cove Early Contact Village Site (XBS-029) ............................. 103
        Denton Site (XBS-014) ...................................................... 110
    HARRIS BAY: SURVEY NOTES .................................................... 112
        East Side of Harris Bay (Aligo Point to Northwestern Lagoon) .................... 113
        West Side of Harris Bay (Harris Point to Northwestern Lagoon) ................... 113
    HARRIS BAY SITE INVESTIGATIONS .............................................. 113
        The Northwestern Lagoon Site (XBS-020) ...................................... 113
    OTHER SURVEY RESULTS ........................................................ 124

EXHIBIT 2
Page 3 of 39

    Sandy Bay and Paguna Arm ............................................. 124
    Nuka River ............................................................ 124
DISCUSSION ............................................................... 124
    Sea Level and Site Preservation ......................................... 124
    Site Locations and Settlement Pattern ................................... 126

CHAPTER 7:  CULTURAL MATERIALS, BY ARON L. CROWELL ......................... 129
    HOUSES ............................................................... 129
        Ethnohistoric Data on Chugach Houses .............................. 129
        Archaeological Dwellings in Kenai Fjords National Park ............... 131
    CACHE OR COOKING PITS ............................................. 133
    COBBLE FEATURES .................................................... 134
    CULTURALLY MODIFIED TREES ......................................... 134
    ARTIFACTS ............................................................ 137
        Stone Tools ...................................................... 137
        Glass Beads ..................................................... 148
        Glass Bowl ...................................................... 151
        Window Glass ................................................... 151
        Ceramics ........................................................ 151
        Metal Artifacts .................................................. 151
    DISCUSSION .......................................................... 151

CHAPTER 8:  A PREDICTIVE GIS MODEL OF ARCHAEOLOGICAL SITE LOCATIONS IN KENAI
        FJORDS NATIONAL PARK, BY ARON L. CROWELL AND DANIEL H. MANN .... 153
    PRIOR SETTLEMENT MODELS FOR THE ALUTIIQ REGION .................. 153
        Resource Focus Models ............................................ 154
        Landscape Models ................................................ 154
    A GIS MODEL OF ARCHAEOLOGICAL SITE DISTRIBUTION ................. 154
        Geographical Information System (GIS) Coverage ..................... 154
        Proximity to Subsistence Resources .................................. 155
        Landscape Factors ................................................ 159
        Little Ice Age Glacial Limits ....................................... 163
        Combined Analysis ............................................... 163
    DISCUSSION .......................................................... 163

REFERENCES ............................................................... 167

APPENDIX:  FAUNAL ANALYSIS, KENAI FJORDS ARCHAEOLOGICAL SURVEY,
        BY LINDA F. YARBOROUGH ............................................. A1
    INTRODUCTION ....................................................... A1
    MEASUREMENTS OF ABUNDANCE ...................................... A1
    KEFJ FAUNAL SITE ASSEMBLAGES ....................................... A3
        XBS-030, Bear Cove .............................................. A3
        XBS-020, Northwestern Lagoon Site ................................. A3
        XBS-014, Denton Site ............................................. A4
        XBS-029, Verdant Cove Early Contact Site ........................... A8
    CHARACTERISTICS OF IDENTIFIED SPECIES ............................. A13
        Fish ............................................................. A13
        Birds ............................................................ A15
        Terrestrial Mammals .............................................. A16
        Marine Mammals ................................................. A17
        Invertebrates .................................................... A23

EXHIBIT 2
Page 4 of 39

en

    Class Amphineura ................................................................. A23  
CALCINED BONE ...................................................................... A24  
POSSIBLE EFFECTS OF ENVIRONMENTAL CHANGE ................................. A24  
SITE SEASONALITY .................................................................... A26  
SUGGESTIONS FOR FUTURE RESEARCH ............................................. A30  
CONCLUSION .......................................................................... A31

EXHIBIT 2  
Page 5 of 39

# CHAPTER 4

# CULTURE AND ARCHAEOLOGY OF THE OUTER KENAI COAST

he outer Kenai coast has remained archaeological *terra incognita* until quite recently, although surveys and excavations have been conducted in the Kodiak archipelago, the Alaska Peninsula, Cook Inlet, and Prince William Sound since the 1930s. Despite local variations, the long-standing cultural unity of this region is now evident (Clark 1984a), and the various local sequences defined by archaeologists may be considered as components of a single "North Pacific maritime co-tradition" (Workman 1980). This archaeologically-defined culture area coincides closely with the distribution of the Alutiiq (also Sugcestun or Sugpiaq) language at the time of contact. The cultural integrity of the Alutiiq region was sustained by maritime mobility and patterns of extensive intra-regional trade, warfare, and social interaction (Crowell 1988).

## AN OVERVIEW OF TRADITIONAL CHUGACH CULTURE

A brief overview of Chugach ethnology and traditional material culture is presented here as a background for archaeological interpretation. Published studies of Chugach culture, which in some cases make brief specific references to the Unegkurmiut of the outer Kenai Peninsula coast, include Birket-Smith's *The Chugach Eskimo* (1953) and his notes on the nineteenth century Jacobsen collection from Prince William Sound (Birket-Smith 1941); settlement data and ethnographic notes in de Laguna's *Chugach Prehistory* (1956); Hassen's dissertation on Chugach responses to European contact (1978); J. F. C. Johnson's collection of tales and photographs (1984); subsistence studies by Stanek (1985) and Stratton and Chisum (1986); and overviews by D. Clark (1984a) and Betts et al. (1991). The comparative discussion of Alutiiq hunting techniques, seasonal round, and settlement patterns is modified from Crowell's presentation in Haggarty et al. (1991:81-97).

### Language and Cultural Identity

Numerous Russian, English, and German variations on the ethnic term "Chugach" appear in historical references to the people of Prince William Sound (figures 28 and 29) and may all have been derived from the self-designation *suácit* (Clark 1984a:195). The Native language of the region is an eastern dialect of Yup'ik variously called Pacific Yup'ik, Pacific Eskimo, šuk/suk, Sugpiaq, and Alutiiq (Clark 1984a:185). The Russians applied the term *Aleut* to all of the sea-mammal hunting peoples they encountered during their Alaska expansion, including the Chugach (Pullar 1994). This name gained general acceptance among the Native populations of Kodiak, the Kenai Peninsula, and Prince William Sound and is still preferred by many to describe their ethnic affiliation. The term *Alutiiq* (plural *Alutiit*) was in use as early as the mid-nineteenth century (Holmberg 1985:35) and has more recently come into widespread use as a self-designation for speakers of Pacific Yup'ik. Chugach is accepted as an ethnonym for people of Prince William Sound and the lower Kenai Peninsula (e.g., the name Chugach Alaska Corporation). The name *Unegkurmiut* (rendered "people out that way") was a Prince William Sound term specifying the Kenai Peninsula Eskimo and was probably not used by the people themselves (Davis 1984:199).

### Population and Territories

At the time of initial European contact, Chugach villages were located throughout Prince William Sound and as far east as Controller Bay and Kayak Island, although the intervening Copper River delta was held by the Eyak (Birket-Smith 1953; Birket-Smith and de Laguna 1938:341-352; de Laguna 1956). Chugach territory to the west of Prince William Sound extended along the outer coast of the Kenai Peninsula and up the eastern shore of Cook Inlet to near Seldovia, at the southern entrance to Kachemak Bay (Workman and Workman 1988:340-341)[8]. Information gathered by de Laguna in 1930 (1956:35-36)

EXHIBIT 2
Page 6 of 39



Figure 28. "A Woman of Prince William Sound," watercolor by John Weber, who accompanied James Cook in 1778. She wears a fur cape, face paint, beaded labrets, a septum pin, and ear ornaments. Photograph courtesy of the Anchorage Museum of History and Art.



Figure 29. "A Man of Prince William Sound" by John Weber, 1778. He wears a painted spruce root hat, waterproof gutskin parka (kamleika), and beaded septum pin. Labret perforations are visible the lower lip area. Photograph courtesy of the Anchorage Museum of History and Art.

suggests that there were at least 11 historic period Chugach settlements between Day Harbor and Seldovia. Reported villages within Kenai Fjords National Park included one in Aialik Bay, one in Two Arm Bay, one at McArthur Pass, and two on Nuka Passage. With the exception of Yalik, in Yalik Bay, precise locations were not recorded. Russian reports and Alaska Commercial Company records pertaining to Yalik and other outer coast villages are discussed in chapter 5.

Inconsistent estimates of the total Chugach population between 1792 and 1839 range from about 400 to almost 1000 (Hassen 1978). The first U.S. census in 1880 counted 267 Chugach, including 32 at Yalik (Petroff 1884:28).

---

8. Sites in Kachemak Bay once occupied by the antecedent Kachemak (Eskimo) culture were abandoned about A.D. 500 (Workman and Workman 1988).

At contact, the population of Prince William Sound was divided into eight politically autonomous local groups, each with its own headman and territory that included a main winter village and various resource locales and seasonal camp sites (Birket-Smith 1953:20-21). Birket-Smith enumerates the principal villages of the sound (some established at later dates) as Palugvik, Nuchek, Alukaq, Atyat, Kunin (later Palutaq and Tatitlik), Kangirtluq (Kiniklik), and Tyayuluk (later Chenega). It is likely that the outer Kenai coast population was similarly organized, so that each winter village would have been associated with an area composed of one or several adjacent fjords.

**Dwellings and Settlements**

Chugach villages were always situated close to the sea, in locations with protected beaches for landing boats, open views of adjacent bays for monitoring sea mammals, and access to freshwater and food

EXHIBIT 2
Page 7 of 39

resources (Birket-Smith 1953:52). Defensive considerations could also have been important. De Laguna (1956:11) suggested that villages in Prince William Sound were never located at the heads of bays, despite the easy access to salmon that such locations often offer, because there would be no way to escape by water during an attack. Houses were often aligned in rows parallel to the beach, similar to settlement plans of Northwest Coast Indian villages.

Early contact period descriptions of Chugach houses are important for the interpretation of archaeological camps and villages. Historical accounts suggest that the Prince William Sound Chugach built permanent winter and summer dwellings at the same or separate locations, depending on the local distribution of resources and the requisite pattern of seasonal movement. Small plank huts and other types of temporary shelters were used at fishing and sealing camps, which were often located at some distance from the main village. As discussed below, numerous house depressions, some with entrance tunnels, were recorded at sites in Kenai Fjords National Park.

### Implements and Manufactures

Small, stone oil lamps provided light in Chugach houses, which were heated with open wood fires. Painted wooden boxes, storage and cooking baskets, carved wooden serving bowls, skin bedding, and grass mats appointed the house interior. Woodworking tools included crooked knives with blades of cold-hammered copper and later iron, bow drills, chisels, wedges, and stone adzes. For skin working, Chugach women used slate and later iron-bladed knives.

Clothing included transparent, waterproof overgarments sewn by Chugach women from the intestines of seals, sea lions, and bears. Coats or parkas were made from marten, mink, ground squirrel, river otter, sea otter, bear, cormorant, or eagle skins. The most common type of headgear was the conical hat woven from spruce root, and decorated with paint, dentalium shells, and sea lion whiskers. Tattooing, face-painting, septum pins, labrets, beaded headbands, and ear ornaments were among the means of personal ornamentation, many indicative of social affiliation and status.

### Boats

The Chugach kayak (*qayaq*; Russian *baidarka*) had a frame made of hemlock and a distinctive bifurcated bow. It was covered with seal or sea lion skins, and waterproofed with oil. These lightweight boats, used for hunting and travel, were an essential part of the Chugach coastal adaptation. One- and two-hatch models were in use at contact, and three-hatch craft came into use during the Russian period. The largest boats were skin-covered umiaks (*angyaq*; Russian *baidar*), capable of transporting up to 20 or 30 people. Wooden dugout canoes were also used.

### Subsistence Economy

*Fishing.* Fish was (and remains) a staple food, harvested and stored in large quantities from spring through fall to meet the dietary needs of winter. Important fish include five species of salmon (red, pink, silver, chum, king), flatfish species, cod species, herring, eulachon, rockfish, and sculpin. Traditionally, most Chugach salmon fishing was done at stone or stake weirs built across stream channels and entrances, where fish were taken with harpoons, gaffs, leisters (spears), and dip nets (Birket-Smith 1953:41; Portlock 1789:253; Stanek 1985, 1998). Wooden or woven grass salmon traps were also set in river mouths. Herring were harvested in shallow water with leisters, fish rakes, and small nets; and herring roe was collected from seaweed. Cod, halibut, rockfish, and sculpin were taken offshore with V-shaped hooks made of bone and/or wood, and weighted with notched cobblestones using kelp or sinew lines.

*Hunting Techniques.* Hunting weapons included a wide variety of specialized darts and harpoons for sea mammals. Fletched darts, which were thrown with the aid of wooden throwing boards, had light wooden shafts and barbed or toggling points. The point was detachable, but remained tied to the dart shaft by a braided sinew cord. Thus the shaft, often fitted with a bladder float, had to be pulled through the water by the wounded animal as it tried to swim away. Harpoon arrows, heavy casting harpoons; and multi-pronged bird darts, leashed to the bow of the kayak, were also carried by hunters at sea. Bears, mountain goats, and smaller land animals were killed with arrows, snares, and traps.

EXHIBIT 2
Page 8 of 39

***Seals and Sea Lions.*** The Chugach and Koniag used a great variety of methods for hunting harbor seals (Birket-Smith 1953:24; Davydov 1977:221; Gideon 1989:56; Holmberg 1985:51; Lisianskii 1814:205). They pursued harbor seals from kayaks in virtually all coastal areas, especially where the animals were concentrated at haulouts and rookeries. Sleeping seals were stalked and killed with harpoons, lances, and clubs. Hunters also put stuffed or inflated seal skins on rocks, or crouched behind rocks wearing wooden helmets shaped like seals' heads, luring the animals into harpoon range with barks and cries. Prince William Sound Chugach hunted fur seals from kayaks during their annual spring migration (Birket-Smith 1953:23). They hunted sea lions from kayaks, using large harpoons attached to inflated bladders or floats or attacked the sea lions with harpoons at their haulouts.

***Sea Otters.*** Sea otters were commonly hunted on calm days from kayaks, using light darts or harpoon arrows. The method is described by Holmberg (1985:49), Lisianskii (1814:203), Gideon (1989:56), and others. Multiple boats traveled in a line until an otter was encountered. The hunter who spotted the animal would raise his paddle as a signal, and the other boats would form a circle around the prey. The hunters attempted to strike the animal with arrows or darts each time it resurfaced. Birket-Smith (1953:32) learned that Chugach hunters occasionally killed sea otters on shore with clubs.

***Cetaceans.*** Like other Alutiiq hunters and the Unangan of the Aleutian Islands, Chugach whalers hunted baleen whales from kayaks, using poisoned darts that were launched with the aid of throwing boards (Black 1987; Crowell 1991). Historic references (Holmberg 1985:47; Merck 1980:73; Veniaminov 1984:358) identify humpback, fin, and possibly minke whales as the primary species taken by this method, although orca and sperm whales have been identified at the Palugvik site in Prince William Sound (L. Yarborough, personal communication, 1998). Alutiiq whale darts were tipped with long slate blades coated with a poison derived from the root of the monkshood plant, *Aconitum* (Bisset 1976; Heizer 1943). The effect of the poison was usually fatal, but delayed, so dead whales could not be recovered for several days. An oral narrative recorded by Birket-Smith (1953:34) describes a second type of Chugach whaling in which toggle harpoons, *angyaqs*, and sealskin floats where employed, as in northern Alaska and the southern Northwest Coast. Alutiiq hunters captured harbor and Dall porpoises from kayaks, using throwing boards and special darts (Davydov 1977:225; Merck 1980:105).

***Economy and Seasonal Round.*** The breeding cycles and migration patterns of salmon, sea mammals, and birds are synchronized with the annual spring bloom of plankton, resulting in an abundance of fish and game during the late spring, summer, and early fall. These seasons are generally the most intensive periods of Alutiiq subsistence activity. Resources in winter are less diverse and more difficult to harvest because of bad weather.

Colonial fur and food production, and later commercial salmon fishing, dramatically altered Alutiiq subsistence patterns, so that ethnohistoric reconstructions of the precontact seasonal round are problematic (Birket-Smith 1953:23-24; D. Clark 1984b:190). In addition, significant local variations were present.

An approximation of the Kodiak Alutiiq (Koniag) seasonal schedule during the early years of Russian contact (figure 30A) may be gleaned from observations by Davydov (1977), Holmberg (1985), Merck (1980), and Sauer (1802). Early spring pursuits, undertaken from winter villages, included hunting fur seals and other marine mammals, cod fishing, harvesting shellfish and migratory waterfowl, and collecting eggs from seabird colonies. Russian-organized sea otter hunts dominated hunting activity from April through June, so that harbor seals, sea lions, and porpoises could be taken only incidentally. In late summer and early fall, subsistence was dominated by intensive salmon fishing at temporary camps or substantial summer villages. During late fall and winter, the emphasis shifted toward ceremonial and maintenance activities, and dried salmon and other stored foods became the dietary staples.

While many practices were similar In Prince William Sound (figure 30B), subsistence pursuits during fall and winter seem to have been more diverse than on Kodiak Island, and included seal, sea lion, halibut fishing, and mountain goat hunting. Herring, harvested from June through November, was an important adjunct to salmon fishing. Birket-Smith suggests without specific evidence that sea otters and whales were hunted throughout the year.

EXHIBIT 2
Page 9 of 39



A. APPROXIMATE SEASONAL RESOURCE USE
KODIAK ISLAND ALUTIIQ, CA. 1790 - 1805

1. Davydov (1977:175, 224, 232)
2. Holmberg (1985:48, 50)
3. Merck (1980:105-106)
4. Sauer (1802:178)
5. Billings (in Merck 1980:206)



B. APPROXIMATE SEASONAL RESOURCE USE,
PRINCE WILLIAM SOUND CHUGACH,
19TH CENTURY

Data from Birket-Smith (1953:5-42, 65, 145) with ammendments by L. Yarborough (personal communication, 1998)

Figure 30 (A+B). Ethnohistorically reconstructed seasonal rounds: A. Kodiak Island Alutiiq (ca. 1790 - 1805); B. Prince William Sound Chugach (nineteenth century).

EXHIBIT 2
Page 10 of 39

## ARCHAEOLOGICAL SITES OF KENAI FJORDS NATIONAL PARK

The archaeological record of Kenai Fjords National Park and adjacent Nuka Island includes 54 sites and historical properties with dates ranging from A.D. 250 to the mid-twentieth century (table 7).

This cultural resource base includes nine indigenous settlement sites, provisionally defined by the presence of at least one surface house depression. For analytical purposes, these are divided into "large villages" (more than 10 housepits), "medium villages" (6-10 housepits), and "small villages (1-5 housepits).

Ten sites have midden or charcoal deposits but lack housepits, and 14 are isolated or non-contextual finds of artifacts and/or fire-cracked rock. Many of the latter represent intertidal scatters of material generated by erosion of formerly intact sites after the 1964 earthquake. There are almost 40 locations with culturally modified trees, or CMTs, including three (XBS-023, -024, -025) that have been designated as heritage resources on this basis alone (see chapter 7).

The apparent concentration of Unegkurmiut sites in the western and eastern ends of the park (figure 31) may be a combined result of uneven survey coverage and actual preferences for certain types of shoreline (see chapter 8). Most sites in the western end of the park were found during oil spill surveys by the Exxon Cultural Resource Program (see figure 3), and sites on western Nuka Island and the adjacent peninsula shoreline were located during McMahan and Holmes' survey for the State of Alaska (1987). A number of the latter sites were revisited during an oil contamination study by Reger, McMahan, and Holmes (Reger et al. 1992).

Sites in the eastern end of the park are known as the result of Exxon surveys (Haggarty et al. 1991; Mobley et al. 1990), Bureau of Indian Affairs investigations (Kent and McCallum 1991), and this study. Oral histories and place names provided by elders in Nanwalek and Port Graham (Leer 1980; Stanek 1985, 1998) and in Prince William Sound (de Laguna 1956) refer to old villages and camps at locations throughout KEFJ that can be correlated, at least in some instances, with known archaeological sites.

Euro-American sites of the postcontact period (figure 32) include gold mines around Nuka Bay, as well as fox farms and historic cabins. The history of mining and fox farming is discussed in chapter 5.

## REGIONAL CULTURAL HISTORY

A framework for regional cultural history was proposed by Workman (1980), who suggested that archaeological sequences of the upper Alaska Peninsula, lower Cook Inlet, Kodiak archipelago, and Prince William Sound (summarized in figure 33) be considered as branches of a single "North Pacific Maritime co-tradition." This broad region coincides approximately with the historic distribution of the Alutiiq language and culture, with the important exception of Kachemak Bay in lower Cook Inlet, where occupation by what are understood as ancestral Alutiiq populations ended during the first millennium A.D.[9] and where Dena'ina people were living at the time of Russian contact. It is reasonable to suppose that ancestral populations of the outer Kenai coast were participants in the North Pacific Maritime co-tradition, while recognizing that archaeological information is still too limited to allow detailed analysis of cultural relationships.

### Paleoarctic (ca. 10,000 - 7500 B.P.)

The earliest known inhabitants of the Gulf of Alaska region lived during the Paleoarctic period of about 10,000 - 7,500 years ago. This period is represented by the Koggiung and Ugashik Narrows sites on the Alaska Peninsula (Dumond 1981; Henn 1978), and by other locales in southeastern Alaska (Davis 1988), on the Kenai Peninsula (Workman 1996), and in upper Cook Inlet (Reger 1981). Microblades and microblade cores are distinctive components of Paleoarctic stone tool assemblages, with stylistic varia-

---

9. Abandonment of this location by Kachemak tradition occupants occurred around A.D. 500, followed by about 300 years of residence at the Yukon Island Bluff Site by a Norton-influenced culture (Workman and Workman 1980:394-396), arguably equivalent to the Beach phase on the Pacific coast of the Alaska Peninsula (G. Clark 1977). The subsequent Dena'ina influx into Kachemak Bay is not clearly dated.

EXHIBIT 2
Page 11 of 39

Table 7. Archaeological Sites in Kenai Fjords National Park and on Nuka Island

| AHRS No. | Site Name | Culture | Site Type | Estimated Dates of Occupation | Citations |
|---|---|---|---|---|---|
| XBS-014 | Denton Site | U | Small village | A.D. 1850 - 1900 | Schaaf (1989); Exxon CRP (1990) |
| XBS-015 | Verdant Bay House Pits | U | Medium village | | Exxon CRP (1989-90) |
| XBS-018 | Matushka Midden | U | Midden | | Exxon CRP (1989-90) |
| XBS-020 | Northwestern Lagoon Site | U | Large village | A.D. 1200 - 1750 | Kent and McCallum (1991:316-321) |
| XBS-021 | Bulldog Cove 1 | U | Midden | | Kent and McCallum (1991:308-311) |
| XBS-022 | Bulldog Cove 2 | E | Cabin | A.D. 1940 - 1960 | Kent and McCallum (1991:311-315) |
| XBS-023 | Pederson Glacier CMT Grove | U | CMTs | After A.D. 1895 | Kent and McCallum (1991:303-307) |
| XBS-024 | Coleman Bay CMT Grove | U | CMTs | After A.D. 1700 | Kent and McCallum (1991:293-296) |
| XBS-025 | Aialik Bay Cabin CMT Grove | U | CMTs | After A.D. 1700 | Kent and McCallum (1991:298-301); Leeper and Cook (1992) |
| XBS-028 | Verdant Cove Pond | U | Hearth | ca. A.D. 1800 | |
| XBS-029 | Verdant Cove Early Contact Village | U | Medium village | ca. A.D. 1780 - 1820 | |
| XBS-030 | Bear Cove Site | U | Large village | Before A.D. 1350 - ? | |
| XBS-031 | Verdant Cove South Midden | U | Midden | A.D. 1400 | |
| SEL-119 | House Pit Complex | U | Large village | | McMahan and Holmes (1987:20-22); Exxon CRP (1989-90) |
| SEL-130 | Home Cove Site | U | Artifact scatter in intertidal zone | A.D. 1200 (?) - 1890s | McMahan and Holmes (1987:22-34) |
| SEL-131 | Sather Fox Farm | E | Fox farm | A.D. 1920s - 1940s | McMahan and Holmes (1987:34-52) |
| SEL-172 | Yalik | U | Medium village | Until A.D. 1880-1890 | Shields (1983); Petroff (1884:29); de Laguna (1956:36); Birket-Smith (1953:146); Exxon CRP (1989-90) |
| SEL-173 | Yalik Bay Head Cache Pits | U | Cache | | Shields (1983); Exxon CRP (1989-90) |
| SEL-174 | Yalik Point Depressions | U | Small village | | Shields (1983); Exxon CRP (1989-90) |
| SEL-175 | Surprise Bay Mine | E | Gold mine | Early 1920s | Shields (1983) |
| SEL-176 | Beauty Bay Mine | E | Gold mine | ca. 1920 - 1930s | Shields (1983) |
| SEL-177 | Shelter Cove Mine | E | Gold mine | 1930s - 1940s | Shields (1983) |

EXHIBIT 2
Page 12 of 39

Table 7. (continued)

| AHRS No. | Site Name | Culture | Site Type | Estimated Dates of Occupation | Citations |
|---|---|---|---|---|---|
| SEL-185 | Yalik Bay Cabin | E | Cabin | | Exxon CRP (1989) |
| SEL-188 | McArthur Pass Site | U | Midden | A.D. 250 - 1400 | Schaaf and L. Johnson (1990); Betts et al. (1991); Exxon CRP (1989-90); Dekin et al. (1992); de Laguna (1956:35-36) |
| SEL-194 | Head Block Midden | U | Midden, erosion scatter | | Exxon CRP (1989-90) |
| SEL-196 | Yalik Division Site | U | Scatter | After ca. A.D. 1200 | Exxon CRP (1989-90); Mobley et al. (1990:287); Reger et al. 1992 |
| SEL-197 | Pye Fire-Cracked Rock Site | U | Midden | | Exxon CRP (1989-90); Mobley et al. (1990:287) |
| SEL-198 | Hoof Point Fire-Cracked Rock Site | U | Midden and rock shelter | | Exxon CRP (1989-90); Haggerty et al. (1991:194) |
| SEL-199 | Roaring Cove FCR Scatter | U | Intertidal scatter | | Exxon CRP (1989-90) |
| SEL-200 | Ragged Island Site 1 | U | Intertidal scatter | | Exxon CRP (1989-90) |
| SEL-201 | Ragged Island FCR and Slate Site | U | Intertidal scatter | | Exxon CRP (1989-90) |
| SEL-202 | | E | Historic structures | World War II | Exxon CRP (1989-90) |
| SEL-203 | Kitten Pass Road Cut | E | Historic structure | | Exxon CRP (1989-90) |
| SEL-204 | FCR Bedrock Berm Site | U | Midden | | Exxon CRP (1989-90) |
| SEL-205 | | U | Intertidal scatter | | Exxon CRP (1989-90) |
| SEL-206 | Head Block Scatter | U | Intertidal scatter | After ca. A.D. 1200 | Exxon CRP (1989-90) |
| SEL-209 | McCarty Lagoon House Pit | U | Small village | | Exxon CRP (1989-90) |
| SEL-212 | Ferrum Creek | E | Gold mine | 1930s - 1950s | |
| SEL-213 | | E | Gold mine | 1930s - present | |
| SEL-215 | Berger Bay ITZ Lithics I | U | Intertidal scatter | After ca. A.D. 1200 | Exxon CRP (1989-90); Reger et al. 1992 |
| SEL-216 | Berger Bay ITZ Lithics II | U | Intertidal scatter | | Exxon CRP (1989-90); Reger et al. 1992 |
| SEL-217 | Mikes Bay I | U | Intertidal scatter | After ca. A.D. 1200 | Exxon CRP (1989-90); Reger et al. 1992 |
| SEL-218 | Mikes Bay II | U | Isolated artifact | After ca. A.D. 1200 | Exxon CRP (1989-90); Reger et al. 1992 |
| SEL-219 | Bowman Site | U | Intertidal scatter | | McMahan (1991b:38-39) |

EXHIBIT 2
Page 13 of 39

Table 7. (continued)

| AHRS No. | Site Name | Culture | Site Type | Estimated Dates of Occupation | Citations |
|---|---|---|---|---|---|
| SEL-220 | | U | Isolated artifact | After ca. A.D. 1200 | McMahan (1991b:39); Reger et al. 1992 |
| SEL-221 | | U | Intertidal scatter | After ca. A.D. 1200 | McMahan (1991b:40) |
| SEL-224 | Nuka Fox Pen #1 | E | Fox Farm | | Exxon CRP (1989-90) |
| SEL-225 | Nuka Fox Pen #2 | E | Fox Farm | | Exxon CRP (1989-90) |
| SEL-228 | Taroka Arm Site | U | Midden | | Kent and McCallum (1991:323) |
| SEL-233 | Nuka Bay Mines | E | Gold mine | 1920s (?) | |
| SEL-234 | Alaska Hills Mining Corp. Mill & Camp | E | Gold mine | 1920s (?) | |
| SEL-235 | Lucky Devil Mine | E | Gold mine | 1920s (?) | |
| SEL-236 | Rosness and Larsen Property | E | Gold mine | 1920s (?) | |
| SEL-237 | | E | Historic structure | | |

EXHIBIT 2
Page 14 of 39

62 | Chapter 4: Culture and Archaeology of the Outer Kenai Coast



Figure 31. Unegkurmiut Chugach archaeological sites in Kenai Fjords National Park. 1993 SAIP study areas are enclosed by dashed lines.

EXHIBIT 2
Page 15 of 34



Figure 32. Gold mines, fox farms, and other Euro-American sites in Kenai Fjords National Park. 1993 study areas are enclosed by dashed lines.

EXHIBIT 2
Page 16 of 39

tions that suggest the possibility that at least two different Siberian-derived cultures origins are actually represented (Ackerman 1992). Larger blades, burins, scrapers, and bifacial tools also occur. Davis applies the term "Paleomarine tradition" to the two Southeastern Alaska sites (Groundhog Bay 2 on Icy Strait and the Hidden Falls site on Baranof Island) because their positions along raised paleoshorelines suggest that the occupants were subsisting primarily on coastal resources. However, land-focused subsistence may have predominated even at coastal Paleoarctic settlements.

## Ocean Bay and Related Early Phases (ca. 7500 - 3500 B.P.)

Clear evidence for the development of a specialized focus on maritime fish and game dates to the Ocean Bay I (7500-4500 B.P.) and Ocean Bay II (4500 B.P.- 3500 B.P.) phases on Kodiak (D. Clark 1979; Fitzhugh 1996; Jordan and Knecht 1988), and the closely-related Takli Alder and Birch phases on the Pacific coast of the Alaska Peninsula (G. Clark 1977). The timing of the Alder and Birch phases is similar to Ocean Bay I and II, although Birch extends later (until about 2750 B.P.) and thus overlaps with early Kachemak phases on Kodiak Island (Old Kiavik) and Kachemak Bay (Kachemak I and II).

Ocean Bay 1/Takli Alder has been proposed as a Paleoarctic-derived common ancestor to the more localized cultural phases that followed in the Alutiiq region (Workman 1980). This is supported by increasing evidence that Ocean Bay II and closely related cultural expressions were present throughout the historic Alutiiq range, as well as in lower Cook Inlet. A late Ocean Bay presence in Kachemak Bay has been demonstrated at the Sylva site (SEL-245), where slate bayonet-shaped points and other diagnostic tools are associated with a date of 4,440 ± 90 B.P. (Workman 1996:43). Preliminary indications of a late Ocean Bay occupation at KEN-324 in Tuxedni Bay, on the western shore of Cook Inlet, include radiocarbon dates of 3,440 ± 90 B.P. and 3,500 ± 90 B.P., although the artifact sample is inconclusive (Crowell, unpublished field notes, 1996). Other closely related components are present at Pedro Bay on Lake Iliamna (Townsend and Townsend 1961), and along the Brooks River near Naknek Lake on the Alaska Peninsula, where sites dating between ca. 4450 - 3850 B.P. define the Brooks River Strand phase (Dumond 1981:116-119). The subsequent Gravels phase at Brooks River appears unrelated and is assigned by Dumond to the Arctic Small Tool Tradition. There are also several pre-3500 B.P. dates from Prince William Sound (the Uqciuvit phase) that indicate occupation contemporary with late Ocean Bay II (Haggarty et al. 1991; Yarborough and Yarborough 1996), although artifact samples are too small for comparative analysis. No sites of this antiquity have so far been found on the outer Kenai coast.

Tectonic subsidence and coastal erosion is at least partially responsible for the paucity of Ocean Bay cultural evidence east of Cook Inlet. The preservation of numerous OBI/Takli Alder and OBII/Takli Birch phase sites on Kodiak Island and the Pacific coast of the Alaska Peninsula can be attributed to Holocene uplift or stability of shorelines in these areas (Crowell and Mann 1996; Fitzhugh 1996).

Ocean Bay I finds at the Rice Ridge site on Kodiak Island (Hausler-Knecht 1993) include barbed harpoons, fish hooks, microblades and cores, bone lance heads with slots for microblade inserts, and stone lamps for burning sea mammal oil. Whale, seal, sea otter, and bird remains confirm a maritime subsistence focus. At sites throughout the region, the transition to Ocean Bay II/Takli Birch is marked by a switch from silaceous raw materials to slate for the manufacture of many stone tools, although slate was worked primarily by grinding on the Alaska Peninsula (G. Clark 1977) and by a distinctive "saw, snap, and scrape" method on Kodiak Island (D. Clark 1979). Shallow, round to oval house floors suggesting skin tents are present at many Ocean Bay sites, but occasional semi-subterranean houses are reported for Ocean Bay II (Clark 1979:138; Hausler-Knecht 1993). Sheet deposits of red ochre, which may have been used in skin preparation, are characteristic of occupation floors.

## Kachemak and the Intermediate Period (ca. 3,500 - 900 B.P.)

The best known archaeological culture of the period 3500 - 900 B.P. is the Kachemak Tradition, which comprehends (at a minimum) the Kodiak archipelago and Kachemak Bay (D. Clark 1966a, 1966b, 1970, 1984a; de Laguna 1975; Heizer 1956; Jordan and Knecht 1988; Workman et al. 1980). The derivation of Kachemak from Ocean Bay II is uncertain because

EXHIBIT 2
Page 17 of 39

| Radiocarbon Years B.P. | Glacial Advances | | | Alaska Pen. North Coast/ Interior | Alaska Pen. Pacific Coast | Kodiak Archipelago | Lower Cook Inlet (Kachemak Bay) | Outer Kenai Coast | Prince Wm. Sound |
|---|---|---|---|---|---|---|---|---|---|
| | Alaska 1 Pen. | Kenai 2 Coast | Prince 3 Wm. Sound | | | | | | |
| 0 | Minor undated advances | LIA | LIA | B. R. Bluffs | Mound | Koniag | Dena'ina | Chugach (provisional) | Chugach |
| 1000 | | | | B. R. Camp | Beach | | Yukon I. Bluff Site | SEL-188 Site | Palugvik |
| 2000 | | | | B. R. Falls | Cottonwood | Three Saints | Kachemak III | | |
| 3000 | | | | B. R. Weir | | | Kachemak Sub-III | | |
| | | HYPSITHERMAL | | Smelt Creek | | Old Kiavik | Kachemak II | | |
| 4000 | | | | Brooks River Gravels | Takli Birch | | Kachemak I | No known sites | Uqciuvit |
| 5000 | | | | Brooks River Strand | | Ocean Bay II | Ocean Bay II | | |
| 6000 | | | | | Takli Alder | | | | |
| 7000 | | | | | | Ocean Bay I | | | |
| 8000 | | | | Koggiung | PALEOARCTIC (presumed across entire region) | | | | |
| 9000 | | | | Ugashik Narrows Site | | | | | |
| 10,000 | | Remnant Ice | | | | | | | |
| 11,000 | | | | | | | | | |

1. Detterman 1986; Pinney and Beget 1991
2. Wiles and Calkin 1990, 1993
3. Heusser 1983b

Figure 33.  Archaeological cultures and Holocene glacial history of the Alaska Peninsula, Kodiak archipelago, lower Cook Inlet, outer Kenai Peninsula coast, and Prince William Sound.

EXHIBIT 2
Page 18 of 39