of the scarcity of early Kachemak sites. Many artifact forms make their first appearance in the Old Kiavik phase on Kodiak Island, which is dated to approximately 3450 B.P. (Clark 1966a), and during the Kachemak I phase in Kachemak Bay (de Laguna 1975). Chipped stone tools were more common than in Ocean Bay II, and the saw and snap method of slate working was no longer used. Characteristic early Kachamek artifacts include grooved plummets, notched pebble sinkers, toggling harpoon heads, ground slate endblades with barbs and serrated stems, planing adzes, and labrets[10].

In later Kachemak phases on Kodiak and in Kachemak Bay, assemblages became more diverse. Slate projectile points with barbs and incised designs, ground slate knives, compound fishhooks, closed and open socket toggling harpoons, barbed darts, abundant notched sinkers, and a wide variety of other tools relating to maritime subsistence are represented, along with artistically elaborated styles of stone lamps, labrets, nose rings, amulets, pins, maskettes, and figurines (cf. Heizer 1956). Thick, gravel-tempered pottery made its first appearance on Kodiak during the Three Saints phase (Clark 1970). Late Kachemak mortuary ceremonialism was complex and included the molding of clay death masks, insertion of artificial ivory eyes in crania, and the drilling and sawing of bone (Simon 1992). Offerings such as the 3,500 bone-and-shell beads found with a woman buried at Cottonwood Creek (Workman et al. 1980) imply wealth and high status for certain individuals.

Both Clark (1975) and Workman (1980) see contemporary developments on the Alaska Peninsula and in Prince William Sound as related to, but nonetheless distinct from, the core Kachemak tradition. On the Pacific coast of the Alaska Peninsula, the Takli Cottonwood phase (A.D. 200 - 500) and Kukak Beach phase (A.D. 500 - 1000) followed Takli Birch after a 1000 year gap (G. Glark 1977). Ceramics, which made their first appearance in the Cottonwood phase[11], are one indication of interaction with the contemporary Norton culture of the Bering Sea and Bristol Bay (G. Clark 1977:82). Although there are also many similarities and evident connections across Bering Strait to the Kodiak archipelago, some diagnostic Kachemak traits are absent (e.g., end-grooved weights) or appear late on the mainland (e.g., notched pebble sinkers); and there is no evidence of the elaborated artistic and mortuary traditions, which characterize late Kachemak in its core area. Similar absences are noted for the Palugvik phase in Prince William Sound, where ceramics as well as other characteristic Kachemak types like bone wedges, adze hafts, boulder flakes, and arrowheads with blade slits are also missing (Yarborough and Yarborough 1996).

On Kodiak, there are many more and larger Kachemak sites than during Ocean Bay times (Fitzhugh 1996; Haggarty et al. 1991; Jordan and Knecht 1988), suggesting population growth and/or survey bias resulting from the high visibility of thick, often eroding coastal middens. This trend is not apparent elsewhere in the Alutiiq region, however. With the exception of the large Kukak village site, there are relatively few sites of this time period on the Pacific coast of the Alaska Peninsula. Kachemak Bay itself seems to have been depopulated at around A.D. 500 (Workman and Workman 1988). The McArthur Pass site (SEL-188), where the lowest level of occupation is radiocarbon dated to about 1200 B.P., is the only outer Kenai coast site to fall even marginally within the Kachemak time period (Betts et al. 1991). The Palugvik phase is so far represented by only a handful of sites in Prince William Sound, including Palugvik (de Laguna 1956), Uqciuvit (Yarborough and Yarborough 1996), and two recently tested locales on Eleanor and Knight Islands (L. Yarborough 1997).

---

10. Labrets first appear on the Alaska Peninsula at the end of the Birch phase, ca. 2800-2900 B.P. (G. Clark 1977:table 19).

11. Data from the AFG-207 site at Cape Douglas, investigated by SAIP archaeologists in 1994, indicate that both fiber and gravel-tempered pottery were in use on the Pacific coast of the Alaska Peninsula by 2020 ± 80 B.P., only slightly later than the first appearance of ceramics on the Bering Sea slope of the Peninsula during the Smelt Creek phase of the Norton tradition. The use of fiber-tempered ceramics in the Cottonwood phase was formerly attested only by a few sherds from the Hook Point site (G. Clark 1977), and gravel-tempered ware was not previously dated to earlier than the Mound phase, about 950 B.P.

EXHIBIT 2
Page 19 of 39

### Late Precontact (ca. 900 - 190 B.P.)

The beginning of the late precontact period at about 900-1000 B.P. is marked by nearly simultaneous cultural transitions in locally-defined sequences across the Gulf of Alaska region (Mills 1994). New cultural stages include the Mound phase along the Pacific coast of the Alaska Peninsula (G. Clark 1977), the Koniag phase on Kodiak Island (Clark 1974a; Knecht 1995), and the Chugach phase of the outer Kenai coast and Prince William Sound (Yarborough and Yarborough 1996). During the late precontact period, archaeologists see evidence for accelerated population growth (Erlandson et al. 1992; Jordan and Knecht 1988), increased warfare (Moss and Erlandson 1992), intensified resource exploitation (Knecht 1995), new forms of ceremonialism (Donta 1992; Jordan and Knecht 1988), and population movements including Dena'ina expansion into outer Cook Inlet (Workman and Workman 1988). Complex Kachemak mortuary practices fell out of use, replaced by new ways of treating the dead that included flexed inhumations in villages and houses, cremation, and cave burials.

Artifact assemblages of the late precontact period are indicative of interactions that linked the entire Alutiiq region. Common trends include the continued reduction of chipped stone tools in favor of slate grinding and the appearance of new diagnostic stone tools, such as barbed slate points with medial ridges, splitting adzes, triangular slate endblades, and large, undecorated stone lamps with broad rims. The use of gravel-tempered ceramics increased on the Alaska Peninsula and western Kodiak Island, but did not spread farther east. Large quantities of burned rock are characteristic of late prehistoric site middens in all areas, interpreted as the by-product of sweat bathing. Both stone and bone tools are simpler in style and less typologically diverse than in Kachemak times, although the production of twined baskets and diverse objects of carved and painted wood — masks, figurines, bentwood bowls, shields, hunting weapons, toys, and so on — is attested by finds at the Karluk 1 wet site (Jordan and Knecht 1988; Knecht 1995) and Palutat Cave (de Laguna 1956). Very large semisubterranean houses with multiple side chambers came into use on Kodiak around 600 B.P., suggesting the development of large corporate households recorded by historic observers in the late 1700s.

## ARCHAEOLOGICAL RESEARCH ISSUES: THE LATE PRECONTACT AND CONTACT PERIODS

With the sole exception of the lowest component at the McArthur Pass site, currently known sites in Kenai Fjords National Park are all less than 1,000 years old and thus fall within the late precontact or postcontact periods. As discussed elsewhere in this report, the limited time depth of the archaeological record in the park is the result of geological factors and almost certainly does not reflect a late date of first occupation. While archaeological research in the park may never yield information on the early phases of the region's prehistory, there is a significant potential for discoveries about cultural trends that characterized the last 10 centuries in the Gulf of Alaska region.

### Alutiiq Ethnogenesis

The problem of Alutiiq "ethnogenesis" has emerged as an important focus of research on this time period (Clark 1988, 1992; Dumond 1965, 1987a, 1988). Historical reconstruction must account for the congruence of a language (Alutiiq or Sugcestun) that is closely related to Central Yup'ik Eskimo, and can only recently have become isolated from it; physical traits (osteology, teeth, and blood genes) that suggest a combined Eskimo-Northwest Coast Indian ancestry; and a course of cultural development that seems to have been largely independent of external influences until new traits derived from both the Northwest Coast and Bering Sea culture areas arrived during the second millennium A.D. Dumond proposes an actual migration of Yup'ik speakers into the area from the Alaska Peninsula at about 1000 B.P. (before present), while D. Clark (1992:14) argues for a more gradual process of linguistic and cultural diffusion ("Neoeskimoization") that may not have been complete until the last few centuries before European contact. Jordan and Knecht (1988) emphasize continuities and in-place development between the late prehistoric Koniag and the preceding Kachemak cultures on Kodiak Island, seeing various introduced artifact types (e.g., gravel-tempered Bering Sea ceramics and triangular ground slate projectile points, Northwest Coast splitting adzes) as evidence of increased inter-regional trade and interaction, rather than the influx of new peoples.

EXHIBIT 2
Page 20 of 39

Outer Kenai coast artifact assemblages from present and future investigations will help to document the spread of new types and styles into the region, leading to a better understanding of late precontact cultural dynamics. For example, gravel-tempered pottery that appears on the Alaska Peninsula and western Kodiak at the start of the late precontact period — signaling either increased contact or actual migration of Bering Sea populations into parts of the Alutiiq region — has been found in small amounts as far east as Kachemak Bay (de Laguna 1975:Workman et al. 1980), but not in Prince William Sound. Future demonstration of the presence or absence of ceramics along the intervening Kenai coast (so far not found in surface surveys and small subsurface test samples) will be interesting, especially if it can be shown to reflect on the location of precontact political territories. More generally, possible differences in the relative strength of Bering Sea and Northwest Coast influences on the western (Koniag) and eastern (Chugach) Alutiiq areas have not been considered, and evaluation of data from the geographically intermediate Kenai Fjords area may prove to be critical for this type of analysis.

### Chugach-Dena'ina Interaction

Just as the Alaska Peninsula has been a long-standing zone of interaction between Bering Sea and Gulf of Alaska peoples (Dumond 1981), the Kenai Peninsula was an area where Chugach and Dena'ina groups were in close contact for many thousands of years. There is historical and archaeological evidence of considerable trade, conflict, overlapping occupations, and cultural diffusion between the two groups. Kenai Peninsula Dena'ina use of Eskimo-type skin boats (kayaks and umiaks), waterproof parkas made of sea mammal gut, and techniques for seal and beluga hunting indicate cultural borrowing from the Koniag or Chugach, and convergence toward a similar maritime-based economy. For the historic period there are reports and oral histories of Dena'ina-Chugach trade and warfare conducted in Cook Inlet and across passes through the mountains (Birket-Smith 1953:140; Osgood 1966; Townsend 1981:623). Holmes (1988) demonstrated combined Chugach and Dena'ina use of the upper Kenai River area for salmon fishing and caribou hunting during the late prehistoric and contact periods. The Kachemak withdrawal from Kachemak Bay around A.D. 500 and its reoccupation by the Dena'ina during their late prehistoric expansion (de Laguna 1975; Workman and Workman 1988) provide a further indication that the Kenai Peninsula was a shifting and permeable border zone of considerable interest for future research. Outer coast sites may yield artifacts, raw materials, or other indications of interaction with Cook Inlet Dena'ina populations.

### Late Precontact and Contact Period Demography

The magnitude and pattern of late prehistoric population growth in the Gulf of Alaska are also at issue. Both historic period census data and archaeological site frequencies suggest that populations attained far higher levels on Kodiak Island than on the Alaska Peninsula, outer Kenai coast, or Prince William Sound, probably because of greater resource abundance (particularly salmon) on Kodiak (Erlandson et al. 1992). This conclusion is only preliminary because existing archaeological survey coverage is inconsistent, site attrition as the result of sea level change must be considered, and proposed correlations between settlement density and resource availability have not been confirmed. SAIP studies in Kenai Fjords and other southern Alaska coastal parks are intended as a first step toward correcting these deficiencies.

The original size of the Native Alaskan population and its rate of decline following Russian contact are also critical topics for archaeological demography in the Gulf of Alaska. Historical census data are typically poor to absent, as in the case for the Unegkurmiut before 1880. Archaeological investigations can document the pattern of population decline by establishing the number and size of occupied settlements at contact, as well as approximate dates for their abandonment. Dates of occupation are estimated, using recently developed type seriations for imported English ceramics (Jackson 1991) and glass trade beads (Crowell 1997).

### Subsistence and Settlement Patterns

Erlandson et al. (1992:46-47) also discuss the relationship between aboriginal settlement patterns and population density, suggesting that Alutiiq groups may have become more sedentary and specialized in their subsistence pursuits as prime resource areas became more densely settled during the late precon-

EXHIBIT 2
Page 21 of 34

tact period. Due to infilling of the environment by human settlement, the territories used by local groups would have become smaller. Knecht (1995) identifies the Karluk River and Ayakulik River on Kodiak Island as areas of concentrated and sedentary late prehistoric Koniag settlement, with a specialized focus on salmon harvesting.

Conversely, a more mobile settlement pattern and diversified set of resource exploitation activities was probably characteristic of lightly settled areas with poor resource bases (like the outer Kenai coast), or of more favorable areas that had been depopulated following European contact. Under these conditions, many Alutiiq local groups maintained both winter/spring villages and summer/fall fishing camps, often located some distance apart, and used other short term camps for activities like egg collecting, seal hunting, and berry picking (Haggarty et al. 1991:90-99).

EXHIBIT 2
Page 22 of 39

## CHAPTER 8

# A PREDICTIVE GIS MODEL OF ARCHAEOLOGICAL SITE LOCATIONS IN KENAI FJORDS NATIONAL PARK


This chapter uses cultural, geological, and biological resource data in a Geographic Information System (GIS) database to model archaeological site distribution along the KEFJ coastline. Because of the elimination of most shoreline sites older than ca. A.D. 1170 by tectonic subsidence (cf. chapter 3) and the postcontact abandonment of outer coast settlements by A.D. 1890 (cf. chapter 5), the model is concerned primarily with the late precontact/early historic period. The analysis considers factors that may have influenced the choice of settlement locations, including shoreline geomorphology and the distribution of subsistence resources.

The analysis is relevant to the question of why the area as a whole was apparently rather sparsely settled. Oswalt (1967) estimated that the entire eastern portion of the Alutiiq culture area (including the outer coast of the Kenai Peninsula and Prince William Sound) had a population at contact of only .15 persons/km$^2$, compared to .30 persons/km$^2$ for Kodiak Island and the Alaska Peninsula. Lower archaeological site densities (sites/linear km of shoreline) have been calculated for the eastern Alutiiq region as well (Mobley et al. 1990), although this type of comparison is not valid unless corrected for site age because of the much longer sequence that is preserved in the western region (Crowell and Mann 1996).

The time frame of the model allows relative sea level to be treated as a constant, although subsidence in 1964 damaged some sites that are now known only as intertidal artifact scatters, and probably destroyed others or buried them beneath prograded beach deposits. Glacial advances during the Little Ice Age, continuing at some locations until as late as the nineteenth century A.D., do figure in the analysis since most sites inside the limits of ice expansion would have been overridden and destroyed[40].

### PRIOR SETTLEMENT MODELS FOR THE ALUTIIQ REGION

Ethnohistoric observations on traditional Alutiiq life provide insight into the spatial occurrence of archaeological sites, as discussed by de Laguna (1956) for Prince William Sound and Clark (1987) for Kodiak Island. The use of ethnographic analogy becomes increasingly problematic as earlier time periods are considered, however, because of cumulative cultural and environmental change. It is also essential to note that Russian, Spanish, and English observations of Alaska Native life were recorded during a period of dramatic demographic decline and social disruption.

Despite these shortcomings, some basic characteristics of Alutiiq subsistence practices and settlement pattern can be ascertained (cf. chapter 4):

1) Maritime food resources — salmon, sea mammals, birds, shellfish — were of primary importance. Caribou, sheep, mountain goats, plant foods, and other terrestrial resources played a significant, but lesser, role in the diet.

2) There was a high degree of seasonal variation in resource availability and use. An intensive, cooperative, and diversified subsistence effort was required during the spring/summer/fall period, to allow storage of sufficient food for the winter months. From November through February, ceremonial life and inter-village feasting were the focus of community attention, and little fishing or hunting was conducted.

3) There was a corresponding seasonal pattern of settlement nucleation and dispersal, so that site types include large winter villages (usually with

---

40. A possible exception, suggested by J. F. C. Johnson (personal communication, 1998) would be cave sites, used by the Chugach for both habitation and burial.

EXHIBIT 2
Page 23 of 39

semisubterranean houses), summer villages, and numerous smaller hunting and fishing camps used during spring, summer, and fall.

4) Factors involved in the selection of village locations included proximity to the sea, good beaches for landing boats, open views of adjacent bays for monitoring sea mammals and the approach of enemies, a southern exposure for warmth and light, and access to fresh water and food resources.

### Resource Focus Models

Projection of these cultural patterns into the past has been the basis for two basic types of coastal site distribution models. "Resource focus" models, including Dumond's study of the Alaska Peninsula (1987b) and analysis by Exxon Cultural Resource Program archaeologists of the entire oil spill region (Erlandson et al. 1992; Haggarty et al. 1991), are based on the idea that settlement locations were chosen primarily to minimize distances to seal haulouts, bird rookeries, salmon streams, and other resource locations, in order to reduce the effort involved in harvest and transport. Factors such as seasonal changes in the location of critical resources, the territorial boundaries of human groups, and long-term demographic pressure on resources may be considered within this framework. The Exxon program used a large GIS database to demonstrate general spatial correlations between resource and settlement locations, although uneven archaeological survey data across the region allowed relatively few definitive conclusions.

### Landscape Models

This resource focus approach may be contrasted with studies that emphasize physical and landscape factors. In his study of settlement patterns on Amchitka Island, McCartney (1977) correlated site locations with shoreline topography and degree of wave and wind exposure, on the assumption that high Unangan (Aleut) maritime mobility minimized the need to consider spatial proximity to hunting and fishing locations. Corbett (1991) considers resource access as well as numerous geographical factors in her analysis of western Aleut settlement patterns, including the distribution of level space suitable for occupation, access to fresh water, and protected boat landing beaches.

Another geographical approach is represented by Dekin's GIS prediction model for site densities along Gulf of Alaska coastlines, based on sample correlations between site density and shoreline type (Research Foundation of the State University of New York 1992). The predicted number of sites for the outer Kenai coast is quite high. These results are suspect, however, since only one variable is incorporated (intertidal zone type), while resource distributions and shoreline configuration are not considered.

## A GIS MODEL OF ARCHAEOLOGICAL SITE DISTRIBUTION

It is likely, of course, that both resource distributions and landscape factors were influential in determining the locations, sizes, types, and density of settlements along Gulf of Alaska shorelines. As a test of the relative weight of such factors on the outer Kenai coast, we developed a set of hypotheses about late precontact Unegkurmiut settlement patterns, then compared these predictions with the actual distribution of known sites in Kenai Fjords National Park. We anticipated that the results of this work would be useful both within and beyond park boundaries as a means of identifying coastal areas with high potential for undiscovered archaeological sites.

### Geographical Information System (GIS) Coverage

The analysis required the spatial overlay of archaeological, geographical, and biological information, a task accomplished by development of an Arc/Info GIS database that included the following coverage:

1) Base map: Topography, bathymetry, shorelines corrected by photographic interpretation from USGS base maps, park outline, land ownership, previous survey coverage.

2) Archaeological sites: Locations of all Unegkurmiut sites including villages (sites with house pits), middens, and artifact scatters or isolated finds.

3) Critical biological resources: Modern locations of seal haulouts and concentrations; Steller sea lion haulouts and rookeries; salmon streams; and

EXHIBIT 2
Page 24 of 39

seabird colonies. Other available resource distributions that were included in the database but not used in the present analysis were: groundfish (halibut, cod, rockfish, perch, sablefish, pollock), caribou, Dall sheep, shrimp, and herring. The groundfish data are considered by Yarborough in her discussion in the appendix. Data sources included Alaska Department of Fish and Game Habitat Management maps (ADFG 1985a, 1985b), Calkins and Pitcher (1982), and Sowls et al. (1978).

4) Coastal geomorphology: Shorelines were characterized from aerial photographic analysis by Mann in terms of wave energy (low, medium, high) and shoreline type. The most basic division was between rocky shorelines (boulders, bedrock wall, wave-cut platform) and non-rocky shorelines (beaches, spits, tidal flats).

5) Glaciers: Locations and dates of Little Ice Age glacial maxima (Wiles 1992; 1993 field data).

**Proximity to Subsistence Resources**

Subsistence resources, including several of the most critical — harbor seal haulouts (figure 76), sea lion haulouts and rookeries (figure 76), salmon runs (figure 77), and seabird nesting colonies (figure 78) — are unevenly distributed along the coastline of Kenai Fjords National Park. Other things being equal, consideration of the effort (and risks) of ocean travel suggest that areas closest to these resources (and especially where a combination of subsistence takes is possible) would have been most desirable for Unegkurmiut settlement (cf. Erlandson et al. 1992).

It is important to note that the present analysis and figured resource distributions are based on recent biological surveys. It is possible that sea mammal, seabird, and fish distributions were significantly different during the Little Ice Age, when ice positions in the fjords were more advanced. L. Yarborough considers some of the ramifications in her analysis of faunal samples from Aialik Bay (appendix).

In addition to the spatial patchiness of subsistence resources in KEFJ, their productivity and accessibility are also highly seasonal. To efficiently exploit this type of resource base, northern hunting and gathering societies typically employed a "logistical" settlement pattern comprised of permanent central base settlements and outlying temporary exploitation camps (Binford 1980). Base villages were situated to maximize access to the greatest variety and seasonal range of resources, while camps were used during the harvest of specific items. Based on this general pattern, as well as specific ethnohistoric data for the Chugach, the following hypotheses may be derived:

*Hypothesis 1*: Larger sites with multiple house pits (probable winter or summer base villages) should occur in areas of high resource diversity.

*Hypothesis 2*: Small sites without house pits (probable temporary camps for fishing and hunting) should occur in areas of low resource diversity.

*Hypothesis 3*: Areas of the coast without access to resources (or rather, where all such resources are too distant to repay harvesting effort) are the least likely places to find village sites or camps.

To operationalize these predictions, buffer zones were constructed around primary resource locations for which good data are presently available: seal and sea lion locations, seabird colonies, and streams carrying pink, chum, sockeye (red), and coho (silver) salmon runs, with each salmon species occurrence counted separately. These buffer zones (which are circles in the case of "point resources" like bird colonies and the mouths of salmon streams) enclose the region over which each resource location would have been most easily and productively exploited. Exploitation distances of 10 km were assigned to resources normally harvested by kayak (seals, sea lions) and to the largest bird colonies (over 100,000 birds). Five km exploitation distances were assigned to medium bird colonies (10,000 - 100,000) and one km distances to salmon stream mouths and small bird colonies (less than 10,000 birds).

These graduated exploitation distances are somewhat arbitrary, but are intended to reflect a combination of both ease of access and harvest potential. Salmon streams were assigned a small exploitation radius because Alutiiq salmon fishing techniques involved mass harvesting (using weirs and fish spears), as well as large-scale processing (drying, smoking), and was normally carried out by setting up residence near the stream.

EXHIBIT 2
Page 25 of 39



Figure 76. Harbor seal and sea lion haulouts and rookeries, Kenai Fjords National Park (redrawn from ADFG 1985b).

EXHIBIT 2
Page 26 of 39



Figure 77. Anadromous fish streams by species, Kenai Fjords National Park (redrawn from ADFG 1985b).

EXHIBIT 2
Page 27 of 39



Figure 78. Seabird colonies, Kenai Fjords National Park (redrawn from Sowls et al. 1978).

EXHIBIT 2
Page 28 of 39

Buffer zones for these resources are shown in figure 79, in combination with the actual distribution of known Unegkurmiut sites. Colors indicate the number of buffer zone overlaps (orange = 5, yellow = 4, green = 3, dark blue = 2, and light blue = 1), providing a visual indication of resource access and diversity along the coastline of the park. Several areas of access to multiple resources are indicated. These include the Chiswell Islands and adjacent Harris Peninsula, inner Aialik Bay, and (to a somewhat lesser degree) Aialik Peninsula, the Pye Islands, and Nuka Bay. Some considerable areas of the coast fall outside all the buffer zones.

While a seasonal breakdown was not included in the model, it is notable that inner Aialik Bay, outer Aialik Bay, and Nuka Bay offer access to resources throughout the subsistence cycle from spring (e.g., bird eggs, seals) through late fall (red and silver salmon). This reinforces hypothesis 1, i.e., that large, permanent village sites are more likely to be located in such areas.

Before bringing other elements into the analysis, we may evaluate these "resource focus" hypotheses on their own. It does appear that portions of the coast with no resource access (as constructed in the model) are generally bereft of sites, supporting hypothesis 3. Small sites without house pits (middens, artifact scatters, cache pits) fall within one (or at most two) resource zones, as suggested by hypothesis 2. However, the predicted occurrence of house pit sites in areas of multiple, overlapping resource zones (hypothesis 3) is not upheld. Even the "large" and "medium" villages of Aialik, Harris, and Nuka Bays are situated where the model indicates access to only one (or at most two) major food sources. Conversely, there are no village sites in the Chiswells or at the head of Aialik Bay, even though these appear to be prime locations.

Adjusting the assumptions of the model to show exploitation of resources from greater distances would raise the resource diversity index for known village sites, improving the fit between model and reality. The given distances may, in fact, be fairly conservative given the known efficiency of the kayak as a mode of long-distance transport. As considered by L. Yarborough (appendix), ice positions during the LIA may also have altered the situation by shifting spring harbor seal concentrations from the heads of bays to their middle and outer sections.

Future adjustments in the model should be based on empirical feedback from site excavations and faunal analyses. Further studies of the Aialik Bay sites, for example, might demonstrate significant harvesting of Chiswell Island seabird species and provide a justification for modeling larger catchment zones around the offshore rookeries.

While many faults could be found with this limited and somewhat artificial consideration of Unegkurmiut subsistence and settlement, the basic "resource focus" approach to predicting site occurrence (if not site type) appears to have some utility. At the same time, it cannot stand on its own; several basic constraints imposed by the physical landscape must also be brought into the analysis.

### Landscape Factors

From field observations (cf. discussion in chapter 6) and suggestions by earlier investigators, we believed that several different types of landscape (geomorphological) factors were critical in Unegkurmiut selection of settlement sites. The most important was probably access to a beach that was safe and convenient for landing skin boats. This simple consideration eliminates a very substantial portion of the outer Kenai coast, where sheer rock walls and boulder beaches predominate. Rocky coastline is particularly pervasive along the outer shorelines of Aialik, Harris, and McCarty Peninsulas, where subsidence has been rapid and where the coastal configuration consists of drowned glacial cirques (figure 80).

Extensive areas of coastline are also subject to the regular presence of high energy surf, particularly shores facing southeast in the direction of prevailing winds and wave fetch (figure 81). Although such beaches could have been used in calm weather, we expect difficulty of access would have deterred settlement. Therefore,

*Hypothesis 4*: Archaeological sites will be at beaches rather than along sections of rocky shoreline (cliffs or boulders). (A refinement to hypothesis 4, not included in the present analysis, would be a predicted preference for beaches with relatively fine-grained substrates, i.e., sand or gravel.).

EXHIBIT 2
Page 29 of 39

Figure 79. Estimated resource exploitation zones for selected subsistence resources in Kenai Fjords National Park.

EXHIBIT 2
Page 30 of 39



Figure 80. Coastline classified geomorphologically from air photo analysis by D. Mann as "rocky" (bedrock shorelines and wave-cut platforms) and "non-rocky" (all beach types, salt marsh) along the coast of Kenai Fjords National Park.

EXHIBIT 2
Page 31 of 39



Figure 81. Coastline classified from air photo analysis by D. Mann as having "low," "medium," and "high" levels of average wave energy, Kenai Fjords National Park.

EXHIBIT 2
Page 32 of 39

*Hypothesis 5*: Archaeological sites will be located where there is low or medium average wave energy, based on air photo interpretation.

Sections of non-rocky shoreline with low or medium wave energy are shown in figure 82, overlaid with actual site locations. This GIS output indicates the rather strong utility of these factors in predicting site locations. Known sites are almost all found at low-surf beaches, while high energy and/or rocky shores are associated with only a few small midden sites (in the Chiswells and Two Arm Bay). Conversely, there are extended portions of the coast that provide protected boat landing zones, but where no archaeological sites have so far been found. Areas like this where other factors are also favorable (resource access, absence of recent glaciation) would be likely areas for undiscovered cultural resources.

We suspect that a secondary element in settlement site selection was avoidance of potential avalanches, which are a threat at some beaches that lie at the foot of very steep, nearshore terrain. Avalanche chutes are quite localized, however, and not easily mapped at the present scale of the model. Systematic data on their occurrence throughout the park is also currently unavailable.

## Little Ice Age Glacial Limits

Finally, we considered the impact of LIA glacial advances on the preservation of sites within Kenai Fjords National Park. Obviously, sites are very unlikely to remain inside the limits of LIA glacial advances (i.e., inside their terminal moraines), unless they postdate retreat of the ice.

The West and North Arms of Nuka Bay, for example, were not covered by advancing glaciers during the LIA, suggesting a potential for the survival of relatively early sites. Retreat from maximum positions in Aialik and Harris Bays was early (ca. A.D. 1600), allowing sufficient time for the reestablishment of the salmon runs and seabird rookeries that exist in these bay heads today, and potentially attracting human recolonization.

## Combined Analysis

Segments of shoreline plotted in red on figure 83 are locations where favorable terms for all of the predictive factors intersect — access to more than one major food source, a protected beach for boat landings, and the absence of LIA glaciation. Most known sites fall outside these zones because of the (perhaps overly conservative) resource diversity constraint discussed above. However, several known sites do occur at these "ideal" locations, including the large village site SEL-119 on the north shore of Nuka Passage. As discussed earlier in this report, SEL-119 is at or near where an historic "Chugach village" is marked on Arkhimandritov's 1849 map. A number of other excellent locales in Nuka Bay and on Nuka Island were pinpointed by the analysis, although these did not include the site identified by Shields (1983) as the historic village of Yalik on the north shore of Yalik Bay (Shields 1983).

The yellow segments in figure 83 are favorable settlement locations located inside the LIA moraines of McCarty, Northwestern, Pederson, and Aialik glaciers. Withdrawal of the first three glaciers listed took place at the very end of the LIA, so that any indigenous sites within their moraines would have to date to late nineteenth or early twentieth century seasonal use of the outer coast by people residing in lower Cook Inlet. For example, CMTs at Pederson Lagoon (site XBS-023) are in an area that was icebound until after 1885.

Aialik Glacier retreated before A.D. 1700, suggesting a potential for older Unegkurmiut sites between the LIA moraine and the head of the Aialik Bay, where small salmon runs have been reestablished. The brief survey of this area in 1993 was unsuccessful at locating any cultural traces.

## DISCUSSION

Evaluation of this preliminary settlement model suggests that landscape and oceanic factors (shoreline type, wave energy, near-shore slope, glaciers) may have been the most significant determinants of settlement pattern on the outer Kenai coast. The mountainous, subsiding coastline offers relatively few sheltered beaches that are safe and convenient for boat access, a fact evident today from the scattered distribution of "kayak landing beaches" marked on a park recreation map (Trails Illustrated 1993). Many (if not most) of the beaches used by modern kayakers (except those inside the LIA moraines) are locations

EXHIBIT 2
Page 33 of 39



Figure 82. Unegkurmiut Chugach archaeological sites in relation to sections of coastline classified as being both "non-rocky" (beaches, salt marsh) and having "low" or "medium" wave energy, Kenai Fjords National Park.

EXHIBIT 2
Page 34 of 39



Figure 83. Unegkurmiut Chugach archaeological sites, maximum extent of Little Ice Age (LIA) glaciation, and sections of shoreline classified as beaches with low to medium wave energy and access to more than one subsistence resource (seals, sea lions, seabirds, salmon). Shoreline segments in red have these favorable characteristics and are located outside of the limits of LIA glaciation. Shoreline segments in yellow have these characteristics, but are in areas covered by LIA glacial advances.

of known archaeological sites, which is of obvious concern for cultural resource management and protection.

It is also important to realize how much the coast has opened up over the last century, with a warming climate and the withdrawal of major glaciers. Unegkurmiut inhabitants dealt with harsher weather and advancing ice that may have sometimes driven them from their villages, like the old settlement at Northwestern Lagoon.

A refined consideration of resource access during the LIA maximum is given by Yarborough in the appendix and suggests some adjustments in interpretation that provide a better fit with faunal data from the Verdant Cove sites. It is nonetheless evident that sites could not always be situated in close proximity to subsistence resources because of the physical constraints of wind, waves, and terrain. This difficulty was obviously overcome, because people did settle on the outer Kenai coast; and, moreover, they returned after being displaced by tectonic disasters. Here again the analysis points to the critical importance of the kayak, which enabled the harvesting of sea mammals, birds, fish, and plant foods at long distances from the base villages.

The archaeology of the outer Kenai coast so far does not contradict the impression of early Russian and European traders, explorers, and census takers that this was a region of relatively sparse settlement and low total population. Chugach elders in Prince William Sound remembered only five villages in the park (de Laguna 1956:35-36), while only nine (of different dates) are known so far on the basis of archaeological evidence. Future research should provide more precise dates for site occupations, and the basis for a better understanding of pre- and postcontact demography. If populations were indeed low compared to adjacent regions like Kodiak Island, the explanation may derive from both the physical challenges of the outer Kenai coast and its relatively weak resource base, in which the most significant lack is the absence of large salmon runs.

EXHIBIT 2
Page 36 of 39