

Figure A-16. Modern spring/summer concentrations of biological resources in relation to SAIP 1993 archaeological sites, eastern Kenai Fjords National Park.

EXHIBIT 2
Page 37 of 39



Figure A-18. Modern autumn concentrations of biological resources in relation to SAIP 1993 archaeological sites, eastern Kenai Fjords National Park.

EXHIBIT 2
Page 38 of 39



Figure A-20. Modern winter concentrations of biological resources, in relation to SAIP 1993 archaeological sites, eastern Kenai Fjords National Park.

EXHIBIT 2
Page 39 of 39