RONALD J. TENPAS
Assistant Attorney General

BRIAN A. MCLACHLAN
U.S. Department of Justice
Environment & Natural Resources Division
c/o United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Tel: (206) 553-4148
Fax: (206) 553-4067
brian.mclachlan@usdoj.gov

Attorneys for Federal Defendants
(Additional Counsel Listed in Signature Block)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIVE VILLAGE OF EYAK,  )<br>NATIVE VILLAGE OF TATITLEK,  )<br>NATIVE VILLAGE OF CHENEGA,  )<br>(aka CHENEGA BAY), NATIVE  )<br>VILLAGE OF NANWALEK, NATIVE  )<br>VILLAGE OF PORT GRAHAM,  )<br>           )<br>             Plaintiffs,  )<br>           )<br>    v.    )<br>           )<br>CARLOS GUTIERREZ, Secretary  )<br>of Commerce,  )<br>           )<br>             Defendant.  )<br>           ) | Case No. 98-CV-365 (HRH)<br><br>**[PROPOSED] ORDER ON<br>DEFENDANT'S MOTION TO<br>SUPPLEMENT TRIAL EXHIBITS** |

This matter coming to be heard on Defendant's Motion to Supplement Trial Exhibits, the Court being duly advised, **IT IS HEREBY ORDERED**:

Defendant, Carlos Gutierrez, Secretary of Commerce, is **GRANTED** leave to supplement the admitted trial exhibits with Exh. FB.1 (attached to Defendant's motion as Exhibit 2), in place of the currently admitted excerpt that is Exh. FB.

**SO ORDERED.**

Date: _____                          _____
                                                                                 H. Russel Holland
                                                                                United States District Judge